# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Maria Artunduaga

                                      Plaintiff,

v.                                                                        Case No.: 1:12−cv−08733
                                                                       Honorable James B. Zagel

The University of Chicago Medical Center, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 12/20/2012 regarding motion to dismiss [9]. Motion to dismiss response [9] and/or an amended complaint is due by 1/11/2013. Status hearing set for 2/21/2013 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.