# EXHIBIT 3

### Williams, Akilah [BSD] - SUR

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Wednesday, August 31, 2011 6:31 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: MA |

Please put this in Maria Artunduaga's file

```
David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic
```


---

**From:** Dickie, Sara [UCH]
**Sent:** Wednesday, August 31, 2011 10:15 AM
**To:** Song, David [BSD] - SUR
**Cc:** Lee, Justine [UCH]
**Subject:** MA

Hey Dave,

Our discussions today with Maria were pretty good. We started first with John Seal who told us the following:
the problem is NOT knowledge and is NOT lack of motivation or wanting to work hard and that she IS teachable.
Maria's main problems stem from communication which he detailed as such:

-accent

-a jumbled and somewhat frenetic thought process that comes out when presenting patients

-too much confidence when it comes to patient management

-with patients she comes across as abrupt, arrogant and lacking in empathy

-she is occasionally argumentative when discussing plans or what has been perceived as an error on her part

Maria sat with us for about 30 minutes. Her perception of the problem stems from communication issues as well, however they are
different:

-accent

-inability to keep up with how quickly plans get made and list gets run, this may be a language processing issue

-fear of paging too often about "stupid" things

She feels that on the current service being run with two interns that there is intern favoritism from the top down and that she is the last
to know a lot of things. Complicated patients are being run by the chief alone and that the second intern is being given the bulk of the
duties and she is treated like a medical student. Things have really deteriorated. She was also concerned about lack of OR exposure.

Justine and I told her the following.

1. The OR is NOT her priority. Communication IS. This will be best practiced and overcome by being on the floor, working with
patients, staff and practicing patient presentation with her chief.

2. She can NEVER page too often. She should ALWAYS feel confident with a plan. If for ANY reason she feels the plan is
incorrect, may have changed b/c patient change in status, or the PATIENT gives her the impression that the plan changed. She should

1

PAGE her chief immediately and voice her concerns. She can NEVER page too often.

3. Her goal is to collect data, compile it into a concise profile to present, and report that data with or without a plan to her chief. She should NEVER make a plan and carry it out on her own. She should never be the last person to know something about a patient before the order is placed. She should strive to be average and not try to impress anyone at this point.

4. We discussed how it is very hard to reinvent yourself in other's eyes. She can never make a second first impression and so what is done is done. However, she CAN improve and we are here to help her. We encouraged her to go to the OR to run the list with her chief every day. We encouraged her to call or page us (me and justine) ANYTIME day or night if there is an issue.

Plan:

We called Brian Bello her chief for next month. He is excited to have her on service and to try and remake her image as well and to make her better. We discussed how we asked that she page him often and come to the OR to run the list. He supports this plan. He will also page or call us with ANY issues that come up so we can address them quickly. We also asked that he make Maria his primary contact and as best as possible let her run the list with ancillary staff so that she and he are the main communication point running the service.

That is where we stand. Hope things improve!

-sara

***************************************************************************

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this e-mail message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
***************************************************************************