# EXHIBIT 4



**2011-2012**
**RESIDENT/FELLOW CONTRACT**

**Department: Surgery**

**Program**: General Surgery - Plastic Surgery Track

\_\_X\_\_  **Resident**  \_\_\_\_\_  **Fellow**

This contract is entered into as of March 22, 2011 between THE UNIVERSITY OF CHICAGO MEDICAL CENTER, an Illinois not-for-profit corporation ("UCMC"), and Maria Artunduaga, M.D. ("Resident/Fellow").
(Name)

UCMC wishes to appoint the Resident/Fellow as a PGY 1 in the Department of Surgery and the Resident/Fellow wishes to accept such appointment. Therefore the parties hereto agree as follows:

1. <u>Term of Agreement.</u> Unless earlier terminated in accordance with this Agreement, the term of the Resident/Fellow appointment commences on June 20, 2011 ("Commencement Date") and terminates on June 30, 2012 (the "Appointment Period").

2. <u>Pre Commencement Health Screening</u>. It is a precondition to commencement of this contract that all Residents/Fellows who have not previously done so undergo a health screening examination provided by UCMC or designee on or prior to the Commencement Date specified in Section I of this contract. This examination is furnished without charge and the Resident/Fellow appointment will not commence until he or she successfully completes the physical examination including all required follow-up tests.

3. <u>Compensation of Resident/Fellow</u>. The total stipend of the Resident/Fellow for the term of this Agreement shall be $49,291, to be paid in arrears in monthly installments on the last regular working day of each month starting in July. The stipend may be reduced prorata for any periods during the Appointment Period where the Resident/Fellow is unable or unwilling to perform services pursuant to this Agreement or due to Resident/Fellow failure to comply with the terms of this Agreement, including a failure to complete the health screening requirements, maintain licensure, adhere to compliance policies, or complete medical records. The stipend may be reduced by any applicable withholding requirements, including FICA and any applicable federal or state withholding taxes.

4. <u>Additional Benefits</u>. In addition to the specified stipend, UCMC agrees to provide to the Resident/Fellow for the term of this Agreement, the following benefits:

2

a. The Resident/Fellow will be provided information about health insurance. If the Resident/Fellow elects in writing within thirty days of the commencement date shown in Section 1, health insurance, long-term disability coverage, and life insurance of the type and at the charges and under the terms and conditions customarily offered to UCMC staff, commencing on the Commencement Date.

b. Professional liability coverage through either the UCMC Self-Insurance Trust or through professional liability insurance of the affiliated hospitals, which shall be maintained at levels acceptable to UCMC for activities performed in connection with assigned duties as a Resident/Fellow at UCMC and at off-campus rotations approved by the Program Director and the Chairman of the Department to which this appointment is made (the "Department Chairman"), and the Office of Medical-Legal Affairs.

c. Paid vacation leave of four weeks, to be scheduled by mutual agreement between the Resident/Fellow and the Program Director, and five days of sick leave to be used only for personal illness.

d. Personal Leave of Absence as described in the GME Policy titled "Leave of Absence" available on the University of Chicago Medical Center website under GME Resources). In order to meet ACGME program requirements, a resident/fellow may be required to extend the training period for any dates of absence in excess of allowable vacation time. Extensions of training beyond the dates of this Contract require specific approval of the program director. In addition, an Amendment to this Contract, or a new Resident/Fellow Contract will be required.

e. Up to four weeks paid short-term medical leave (including pregnancy), as described in the Resident/Fellow Handbook. Short-term medical leave runs concurrent with eligible FMLA.

f. Eligible residents/fellows may receive approval up to a maximum 12 weeks leave under the Family Medical Leave Act as described in the Resident/Fellow Handbook. FMLA is inclusive of short-term disability and any other paid (vacation/sick) or unpaid leave.

g. Residents/Fellows with disabilities may request and receive accommodation for disabilities pursuant to UCMC policy "Equal Employment Opportunity for Individuals with Disabilities". UCMC will provide a reasonable accommodation to the known physical or mental limitations of an otherwise qualified applicant or employee with a disability, unless doing so would impose an undue hardship on UCMC.

h. Access to appropriate and confidential counseling, medical and psychological support services are available through the confidential Employee Assistance Program (EAP), the Physician's Assistance Committee (PAC), and other programs recommended by the EAP and the PAC. The PAC has the responsibility to receive, verify and evaluate reports related to the health, well-being and impairment of physicians, including all members of the Medical Staff, UCMC Residents, Clinical Fellows and medical students on occasion (referred to herein as "practitioners"), and to provide recommendations to Chairs and Program Directors about their practitioners. The PAC is described in further detail in the Resident/Fellow Handbook and PAC brochure. The protocol under which the PAC functions is available in the Office of

3

Graduate Medical Education. It is agreed that mandatory referral for evaluation as a condition of performance evaluation may be imposed by the Program Director.

i. The benefits provided under this Agreement are in lieu of benefits ordinarily provided to UCMC employees.

j. Privileges to use library services.

k. The Program Director will ensure review of goals and objectives at least annually.

l. Access to information related to eligibility for specialty Board examinations will be provided.

5. Duty Hours. UCMC agrees to implement the ACGME Common duty hour standards and any duty hour standards prescribed by the applicable Residence Review Committee. UCMC will monitor program compliance with duty hour standards to meet the goals of promoting patient safety, resident learning and well being. (Refer to GMEC Policy "Duty Hours and Working Environment" available on the University of Chicago Medical Center website under GME resources)

6. Obligations and Responsibilities of Resident/Fellow. The Resident/Fellow agrees to fulfill the following obligations and responsibilities:

a. To use his or her best efforts, judgment and diligence in a professional manner in performing all duties, tasks and responsibilities (including but not limited to, clinical services and educational and scholarly activities) assigned to the Resident/Fellow by the Program Director (or any other person designated or authorized by the Program Director) for the duration of the Appointment Period. Clinical services shall be provided under circumstances and at locations as assigned by the Program Director.

b. To fulfill the educational and clinical requirements of the graduate medical or dental education and clinical training programs.

c. To continuously comply with the published principles of ethics of the American Medical Association or the American Dental Association.

d. To abide by the rules, policies and procedures contained in the applicable policies, procedures, bylaws, orders, rules and regulations of UCMC and of each affiliated Hospital and the guidelines established by applicable regulatory or accrediting agencies, including without limitation, the ACGME.

e. To comply with all ACGME and UCMC GME policies and requirements applicable to the training program and working environment, including but not limited to duty hour standards and levels of supervision.

f. If the Resident/Fellow is not a United States citizen, to obtain and show proof of visa status consistent with undertaking and fulfilling the obligations of this Agreement. Further, the Resident/Fellow authorizes UCMC to solicit and/or obtain verification of such status from third parties. Failure to possess such proof by the Commencement Date of this Agreement will serve to automatically terminate this Agreement. The provisions of this paragraph shall survive the expiration, termination or nonrenewal of this agreement. The cost of obtaining and maintaining an H1-B visa is the

4

responsibility of the Program.

g. License to Practice Medicine or Dentistry. The Resident/Fellow is required and is responsible for obtaining and continuously maintaining, at his or her expense, a current and valid Illinois medical or dental temporary or permanent license. The Resident/Fellow will submit all required applications, forms and other documents as directed by the Office of Graduate Medical Education, and will follow in a timely fashion all requirements of the Graduate Medical Education Office pertaining to licensure. Any Resident/Fellow who does not possess a current and valid Illinois license will not be permitted to participate in any patient care activities, and will not receive any compensation for any period of time during which the Resident/Fellow is prohibited from working due to the absence of a license. Failure to obtain and maintain a license as required by this Agreement shall be cause for UCMC to terminate this Agreement immediately, and/or to take such other steps as UCMC shall deem necessary.

h. To notify the Program Director and the Office of Graduate Medical Education in writing immediately if the Resident/Fellow(s) medical license is revoked, suspended or otherwise restricted or if an application for a temporary or permanent license is denied. Any such revocation, suspension, restriction or denial shall serve automatically to terminate this Agreement.

i. To notify the Program Director, the Office of Graduate Medical Education and the Compliance Director in writing immediately if the Resident/Fellow is or becomes ineligible to participate in, or is suspended or excluded from, the Medicare, Medicaid or other governmental payment program. Any such ineligibility exclusion or suspension shall serve automatically to terminate this Agreement.

j. To complete medical records as set forth in applicable institutional policies of the institution where the resident is working. Failure to complete medical records in a timely fashion in accordance with those policies may result in disciplinary action. Disciplinary action taken for failure to complete medical records in a timely fashion is not subject to review under the Grievance Procedure provided for in Section 10 of this Agreement.

k. To complete all training required by either the Medical Center Compliance Office or institutional GME Committee. Failure to complete such training will result in suspension of the Resident/Fellow or other disciplinary action, and is not subject to review under the Grievance Procedure provided for in Section 10 of this Agreement.

l. During your appointment, your professional liability coverage may be provided by either the affiliated hospital at which the Program is based or by the UCMC Self-Insurance Trust. You agree to immediately notify the Office of Medical-Legal Affairs of any lawsuit or other claim resulting from patient services initiated against the Resident/Fellow and to cooperate with UCMC or the affiliated hospital in the defense of any professional malpractice or other action for which coverage is provided to the Resident/Fellow under this Agreement or involving a case about which the Resident/Fellow has knowledge. The provisions of this paragraph shall survive the termination or expiration of this Agreement. Failure to comply with the terms of this section may result in loss of liability coverage.

m. At all times during your appointment and after its termination you will promptly

5

report all adverse patient incidents about which the Resident/Fellow has personal knowledge to the Office of Medical-Legal Affairs and/or to the risk management office of the affiliated hospital. For purposes of this section an incident shall mean any occurrence or circumstance which could reasonably be expected to result in any assertion of a right to, or a suit or other proceeding seeking, compensation or damages. Incident includes, but is not limited to, any unanticipated death, paralysis, paraplegia, quadriplegia, spinal cord injury, nerve injury or neurological deficit, brain damage, total or partial loss of limb or loss of the use of a limb, loss or impairment of a sensory organ or reproductive organ, and substantial disability or disfigurement. Failure to report an incident may result in loss of liability coverage under the self-insurance trust. You will also cooperate and participate in risk management activities of UCMC and affiliated hospitals.

n. To refrain from accepting any fees from any patient or other responsible party for services rendered pursuant to the Program. For purposes of this Agreement, the term "Program" shall mean the educational and clinical activities assigned to the Resident/Fellow pursuant to this Agreement.

o. To continuously comply with all applicable laws, regulations and governmental guidelines, including but not limited to the OSHA standards for the prevention of transmission of blood borne pathogens.

Hospital and Participating Site Affiliations

You acknowledge that UCMC has contractual obligations to the affiliated hospitals. The Program is under the direct administration of UCMC and the educational standards for performance in the Program shall be established and administered by UCMC. Not withstanding the foregoing, at all times, all clinical care rendered by you will be under the direction and supervision of each patient's attending clinical faculty member, who is a member of the affiliated hospital medical staff.

7. Prohibition of Harassment. It is the policy of UCMC to maintain a work environment free from prohibited forms of harassment, including sexual harassment.

UCMC has established procedures for investigating and responding to claims of harassment. These procedures can be obtained from the Office of Graduate Medical Education and the Program Director. Any Resident/Fellow who believes that he or she has been subjected to harassment should report the alleged act immediately as set forth in the above publications.

If an investigation discloses that a Resident/Fellow has harassed any other employee or student of the hospitals or the University, or an affiliated hospital, the Resident/Fellow shall be subject to appropriate disciplinary action up to and including termination from the residency program.

8. Off Duty Activities (including Moonlighting). The Resident/Fellow with either a temporary Illinois medical license, or any type of visa, is not permitted to undertake patient care activities outside the Program. Other Residents/Fellows must obtain prior written approval from the Program Director for each moonlighting experience. Time spent in moonlighting experiences must be recorded for duty hour reporting and monitoring purposes.

In the event that approval is given for a Resident/Fellow to engage in any clinical practice

outside of the Program and in facilities not under corporate ownership by UCMC, no liability coverage under the Self-Insurance Trust will be provided unless otherwise expressly agreed to in writing. The Resident/Fellow is exclusively responsible for all liabilities arising out of such outside practice.

9. Termination of Agreement.

    a. Failure to comply with any of the terms of this Agreement, including, without limitation, (i) failure to fulfill the applicable educational and clinical requirements of the graduate education and clinical training program to the satisfaction of the Program Director, (ii) failure to acquire at least the same professional knowledge, skill and judgment that residents in the relevant department normally acquire at the same level of post graduate medical education and training, or (iii) failure to carry out satisfactorily his or her professional responsibilities, may result in disciplinary action of the Resident/Fellow by UCMC. Such disciplinary action may take any appropriate form, including without limitation performance of remedial or educational activities, immediate suspension of the Resident/Fellow, with or without pay, or termination of this Agreement. The Termination and Progressive Corrective Action policies of UCMC or other UCMC human resource policies governing grievances or the discipline or termination of UCMC employees shall not be applicable to Residents/Fellows.

    b. This Agreement may be terminated by the Resident/Fellow upon 30 days prior written notice to UCMC in the event of (1) failure of UCMC to provide any of the benefits under Section 4 of this Agreement, or (2) the Resident/Fellow(s) inability to fulfill the Agreement due to total incapacity or extreme hardship.

    c. This Agreement shall terminate automatically in the event that:
        i. Resident/Fellow(s) license to practice medicine is terminated or suspended; or
        ii. Resident/Fellow is, or becomes, ineligible to participate in the Medicare, Medicaid or other governmental payment programs; or
        iii.. in the case of a Resident/Fellow who is not a U.S. Citizen, suspension or loss of a visa status consistent with the provision of services pursuant to this Agreement.

    d. Upon termination of this Agreement, the obligations of UCMC under this Agreement shall cease. If the Resident/Fellow(s) appointment is terminated, the Program Director shall determine the extent of credit earned by the Resident/Fellow. The Program Director shall document a final performance evaluation to indicate credit earned during the course of training.

10. Resident/Fellow Grievance Procedure.

    a. A list of those matters which are grievable by Residents and Fellows and the procedures for implementing and pursuing the grievance procedure are contained in the GMEC policy titled "Grievance Procedure" available on the UCMC website under GME resources.
    b. Neither the conflict resolution nor corrective action procedures set forth in the Medical Staff By-Laws, nor any human resources policies of UCMC or affiliated hospitals pertaining to grievances, appeals, performance management, corrective action, or termination, shall apply to Residents/Fellows.

7

11. Patents and Software. Residents/Fellows shall be subject to the Statutes of The University of Chicago which governs patents and software and any policy issued there under by UCMC or the University of Chicago which applies to Residents/Fellows or, in the absence of a policy specifically applicable to Residents/Fellows, any policy which is applicable to UCMC or University of Chicago employees. In interpreting this Statute with respect to Residents/Fellows, the word "University" shall be deemed to include UCMC.

12. Notice of Non-Renewal or Non-Promotion. UCMC will provide the Resident/Fellow with a written notice of intent not to renew a yearly contract prior to completion of a multi-year residency program, or if the resident/fellow will not be promoted, by the end of February for contracts which run from July 1 to June 30 or for contracts for PGY1 residents. If the contract runs for a period other than July 1 to June 30, then UCMC will provide the Resident/Fellow with a written notice of intent not to renew the contract, or promote, no later than four months prior to the end of this contract. However, if the primary reason(s) for the non-renewal occur(s) after the second Monday in February or within the four months prior to the end of the contract, UCMC will provide the Resident/Fellow with as much written notice of the intent not to renew, or promote, as the circumstances will reasonably allow, prior to the end of the contract. If the Program cannot determine, by the end of February, if the contract will be renewed due to issues related to the resident/fellow(s) progress in the program, the Program Director will inform the resident/fellow in writing of the reasons why a decision cannot be made, the timetable for making the decision, and the issues which must be addressed by the resident/fellow before such decision can be made.

13. Renewal of Agreement. The Resident/Fellow understands and acknowledges that this Agreement expires no later than the date set forth in Section 1 and that UCMC makes no commitment to renew this Agreement. Reappointment is at the discretion of UCMC and is contingent upon several factors, including but not limited to, the following:
    a. Satisfactory completion of all training components;
    b. the availability of a position;
    c. satisfactory performance evaluations;
    d. full compliance with the terms of this Agreement;
    e. continuation by ACGME of institutional and program accreditation;
    f. UCMC financial ability.

    Each Resident/Fellow whose Appointment Period as stated in Section 1 is for one year, whose Appointment Period is from July 1 to June 30, and whose contract is to be renewed for another one year period, will receive a renewal contract no later than the second Monday in February. Residents/Fellows whose one year Appointment Period does not run from July 1 to June 30 and whose contract is to be renewed for a one year term will receive a renewal contract no later than 120 days prior to the commencement of the new contract term. Execution of a renewal agreement is contingent upon satisfactory evaluation during the 120 day period preceding the new contract term. In all cases, each Resident/Fellow offered a renewal contract shall accept such offer in writing by signing and returning the contract within 3 weeks of the date on which the Agreement was sent to the Resident/Fellow.

14. Hospital or Program Closure or Program Reduction. In the event a UCMC sponsored Program in which the Resident/Fellow is enrolled is closed or discontinued, or there is a proposed reduction in the size of the residency program, UCMC shall provide the Resident/Fellow with notification of the projected closing date as soon as possible after

8

the decision to close is made. In the event of such a reduction or closure, residents already in the program will be allowed to complete their education, or UCMC shall provide the Resident/Fellow with assistance in obtaining appointment to another ACGME residency program.

15. Access to Records. In accordance with Section 952 of the Omnibus Reconciliation Act of 1980 (PL 96-499), the Resident/Fellow agrees to make available for a period of four (4) years following completion of the term of this Agreement, upon request of the Secretary of Health and Human Services of the United States or of the United States Comptroller General or any of their authorized agents, all books, documents and records necessary to certify the nature and extent of the cost of the services rendered pursuant to this Agreement as required by federal statute or duly promulgated regulations.

16. Acceptance. This Agreement shall not be effective and shall not bind either party until it is submitted to UCMC and accepted by UCMC by signature below. UCMC reserves the right to refuse to accept any Agreement which is not submitted to UCMC within three weeks of the date on which the Agreement was sent to the Resident/Fellow.

17. Survival of Terms. All outstanding obligations of the parties shall survive termination or expiration of this Agreement for any reason.

18. Waiver. Any waiver by UCMC of the strict compliance with any term or provision of this Agreement shall not constitute a waiver of any other term or provision of this Agreement, or of any subsequent breach or failure to comply with such term or provision.

19. Controlling Law. This Agreement shall be construed in accordance with Illinois law, and the forum for any disputes arising hereunder shall be the circuit courts of Cook County, Illinois.

RESIDENT/FELLOW: _____ Date: 03/22/11

PROGRAM DIRECTOR: _____ Date: 3/30/2011

EXECUTIVE
ADMINISTRATOR: _____ Date: 4/4/11

THE UNIVERSITY OF CHICAGO MEDICAL CENTER

_____ Date: 5/16/11
Barry Kamin
Director, Graduate Medical Education

Approved GMEC 2-10-0

9