# Exhibit A



**THE UNIVERSITY OF CHICAGO MEDICAL CENTER**

DEPARTMENT OF SURGERY
*Section of Plastic and Reconstructive Surgery*

MC 6035
5841 South Maryland Avenue
Chicago, Illinois 60637-1470
*fax* 773-702-6302
*fax* 773-702-1634

| | |
|---|---|
| **Meeting Name:** | Summary of evaluation with Dr. Maria Artunduaga |
| **Date:** | Wednesday, November 2nd, 2011 |
| **Time:** | 1:00 p.m. |
| **Location:** | J641 |
| **Participants:** | Dr. Maria Artunduaga, Dr. David Song, Dr. Julie Park and Akilah Williams |

Acknowledging that this was a very difficult meeting, we convened an urgent meeting with Dr. Maria Artunduaga after her most recent rotation on our service through the month of October. It was unanimous amongst the numerous evaluators across the Department of Surgery, particularly within our section, that the issues that Dr. Artunduaga has will be extremely difficult to correct within the time allotted during residency period. We all recognize that she is a pleasant, hard-working individual who most certainly is intelligent. However, the overwhelming issue was thematically agreed upon once again by all of the reviewers, including a 360 degree evaluation by a nurse practitioner who worked with her extensively.

It became very clear that during the month of October, while Maria had another intern on service who admittedly was not the strongest intern and perhaps added to the problem, performed far below what would be acceptable for an intern, particularly an intern in Plastic and Reconstructive surgery. Throughout the entire course of the month, Dr. Artunduaga failed to communicate properly and failed to efficiently organize a system of rounding and patient follow-up. Several times near misses were found, one in particular as it pertained to maintenance fluid, another as it pertained to drain management, where Dr. Artunduaga failed to recognize her errors despite being told multiple times to follow-up. These are thematically consistent with the evaluations Dr. Artunduaga received in the months of July, August and September where it was seen that "she frequently appeared disorganized, unsure of her knowledge and at times had an unsuccessful doctor/patient relationship." Another set of reviewers stated that "she is often frazzled when presenting patient issues, and it was very difficult to keep her organized and goal-oriented."

It was also found that she accidently sent a patient home with a picc line which was supposed to come out before discharge after multiple times of prompting. This was not fully realized by Dr. Artunduaga. Once again, while on our service, she failed to realize an issue of severe vaginal bleeding and tachycardia and did not appropriately notify senior residents. Another issue is where a patient had a supra-ventricular tachycardia and cardiology was consulted. She failed to follow up with this patient. The list continues with multiple sets of tests and lab that were incorrectly or not ordered. This is not just focusing on specific incidents, and I relayed to Dr. Artunduaga that if these incidents were isolated or if they were thematically different, we would have had a much different conversation of remediation. With all of these issues being



EXHIBIT A

AT THE FOREFRONT OF MEDICINE®

thematically universal when it came to her performance or lack thereof, it was quite clear to all of the reviewers that Surgery, and in particular Plastic and Reconstructive Surgery, just would not be the best fit for Dr. Artunduaga.

Regrettably, this is painful for all of us to discover and we have assured Dr. Artunduaga that we would like to move forward in every way possible to support her transition into another specialty or another program. We discussed the probability of probation, but we agreed that probation at this level would not lead to successful remediation and only lead to a permanent deleterious record in her portfolio, thus jeopardizing her future possibilities. I have relayed this to Dr. Artunduaga and have confirmed that she has understood them clearly. I also as a courtesy have given her 24 hours to decide whether she would like to proceed with probation or if she would like to consider a transition in her career where we would all be helpful. She has agreed to get back with me in 24 hours.

The meeting ended with Dr. Artunduaga stating that she recognized and understood these issues, yet being adamant that she has improved. This has further reiterated to us that she feels that she has improved, however, no one else in the entire section and across the department has recognized that fact. Once again, this was a confirmatory step for us, understanding the disconnect between her skill set, the understanding of the situation and the reality of the situation at hand. Regrettably, these things have come to fruition and I have relayed to her both my personal and our collective disappointment at the situation, and have once again relayed to her that we will do whatever is in our power to facilitate her transition. We have also allowed her to understand the grievance process as well and relayed contact information related to grievance if she so chose to move forward in that direction.

_____
Dr. Maria Artunduaga

_____
Dr. Julie Park

_____
Dr. David Song

_____
Akilah Williams

# Exhibit B



**THE UNIVERSITY OF CHICAGO MEDICAL CENTER**

DEPARTMENT OF SURGERY
*Section of Plastic and Reconstructive Surgery*

MC 6035
5841 South Maryland Avenue
Chicago, Illinois 60637-1470
*phone* 773.702.6302
*fax* 773.702.1634

April 30, 2012

Dr. Artunduaga;

This letter is to inform you that you I am making a new assignment for you for the completion of your internship year.

To summarize your status: We have decided not to offer you another year of training in our program. You have invoked a Grievance concerning non-renewal of your contract and that process is underway. Your rights under the ACGME and your contract are handled through that process. We have decided that due to your substantial deficiencies, you will remain on probation for the remainder of this year and, as a result, any clinical work would be supervised. You have invoked a Grievance for that decision.

We provided you with a clinical experience that would allow you to complete your internship year. This experience was done under heightened supervision due to the deficiencies that resulted in the non-renewal decision and the continuing probation. You have complained that this is an inadequate experience, is somehow discriminatory and is in violation of rights you claim to have. You have, surprisingly, stated that it is a "waste of your time." Yet, you have not fully participated in this assignment, coming late to morning rounds and skipping many morning rounds completely. This is disruptive to the program.

There is nothing that gives an intern any rights to any specific rotations or experiences.

It is my opinion that your assignment was an appropriate assignment and that you have been given adequate clinical and educational opportunities while assigned to the Endocrine Service. Your continued challenges to this assignment and accusations about the people involved are unproductive. We have provided you, repeatedly, with information about the reasons for your non-renewal and your probation.

You have continued to exhibit disruptive and unprofessional behavior. You have failed to fully participate in the Endocrine assignment. Thus, you have failed to meet the expectations of the program and the conditions of probation and we are prepared to terminate you now.

This letter is to inform you that we will give you one more chance to complete your internship year. Any further incidents of unprofessional behavior, insubordination, harassment, threats or dereliction of your responsibilities will result in your immediate



AT THE FOREFRONT OF MEDICINE

termination from the program. Your rights will be addressed at the Grievance hearing and I ask you to stop sending demanding and harassing emails to me and others.

Your assignment beginning May 1 is to complete an independent study under my supervision. If you do that, we will be able to certify that you completed your internship year.

I hope that you take this opportunity to complete this year without further incident.

Sincerely,

David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic and Reconstructive Surgery
Vice-Chairman, Department of Surgery