IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, | |
| Plaintiff, | |
| v. | No. 12 C 8733 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER and DR. DAVID SONG, individually, | Judge James B. Zagel Magistrate Judge Sidney I. Schenkier |
| Defendants. | |

**APPENDIX IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT**

<u>**DOCUMENT**</u>                                                                                          <u>**EXHIBIT**</u>

Email dated August 9, 2012............................................................................................A

Letter dated November 18, 2011 **(document filed under seal)**.................................................B

Letter dated March 23, 2012............................................................................................C

Letter dated April 6, 2012...............................................................................................D

Submission to Grievance Committee **(document filed under seal)**..........................................E

Grievance Hearing Handout ............................................................................................ F

Grievance Hearing Transcript – May 16, 2012 ........................................................................G

Memorandum dated May 31, 2012........................................................................................H

Letter to ACGME dated April 27, 2012 .................................................................................I

Letter to ACGME dated June 22, 2012 ...................................................................................J

Email dated June 19, 2012...............................................................................................K

2

**DOCUMENT**                                                      **EXHIBIT**

Defendant University of Chicago Medical Center's
First Request for Production of Documents.................................................................................. L

Affidavit of John W. Fischer, IV ......................................................................................... M

Respectfully submitted,

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER


By:     s/ Michael G. Cleveland
                One of Its Attorneys

Michael G. Cleveland, Bar No. 00460915
Andrew Oppenheimer, Bar No. 6313655
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois  60601-1003
T:  +1 (312) 609-7500

Dated:  February 4, 2014

CHICAGO/#2540038.1

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing APPENDIX IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT to be served upon:

Jamie S. Franklin
The Franklin Law Firm LLC
53 W. Jackson Boulevard, Suite 803
Chicago, IL 60604
jsf@thefranklinlawfirm.com

by electronic means on February 4, 2014.

s/ Michael G. Cleveland
Michael G. Cleveland