IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER and DR. DAVID SONG, individually,<br><br>Defendants. | No. 12 C 8733<br><br>Judge James B. Zagel<br>Magistrate Judge Sidney I. Schenkier |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

# EXHIBIT E

### Filed under seal pursuant to LR 26.2

Respectfully submitted,

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER

By:     s/ Michael G. Cleveland
        One of Its Attorneys

Michael G. Cleveland, Bar No. 00460915
Andrew Oppenheimer, Bar No. 6313655
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
T: +1 (312) 609-7500

Dated: February 4, 2014