# EXHIBIT F

# Grievance Hearing
# University of Chicago

## Handout for Oral Statement

Dr. Maria Alexandra Artunduaga

May 16, 2012

UCMC00001954

# TABLE OF CONTENTS

EXECUTIVE SUMMARY OF PRESENTATION
MY BACKGROUND
NOVEMBER 2nd LETTER
PERFORMANCE ANALYSIS FIGURES
    FIG. 1: DR. PARK'S NUMERICAL ANALYSIS
    FIG. 2: PERFORMANCE EXPECTATIONS BASED ON
        DR. PARK'S ANALYSIS
    FIG. 3: NUMERICAL ANALYSIS OF WEEKLY EVALUATIONS
    FIG. 4: PLASTIC SURGERY FACULTY EVALUATION OF PROBATION
    FIG. 5: CORE COMPETENCIES COMPARISON WITH PGY-1
        AVERAGE AND PRS INTERNS (2009-12)
    FIG. 6: COMPARATIVE ANALYSIS OF PROGRESS ON 19
        INDIVIDUAL COMPETENCIES
MISHANDLING OF INFORMATION BY THE PROGRAM
PETITIONS
CLOSING STATEMENT
APPENDICES
    APPENDIX A: PERSONAL STATEMENT
    APPENDIX B: RESIDENCY APPLICATION
    APPENDIX C: LETTERS OF RECOMMENDATION

UCMC00001955

# EXECUTIVE SUMMARY OF PRESENTATION

This handout was prepared in support of my oral statement before the Grievance Committee on Wednesday, May 16, 2012, at the University of Chicago Medical Center, in the process against the decisions made by Dr. David H. Song, in his capacity as Program Director of Plastic and Reconstructive Surgery. This document, as well as the oral statement itself, is structured to provide the following information:

- Introduction to my personal background, with particular attention to the characteristics that make me a highly unusual resident among all others in the Section of Plastic and Reconstructive Surgery, as well as all other members of my incoming PGY-1 class at the Department of Surgery. With this in mind, I outline my initial expectations for my internship year and the challenging transition period I would be about to undergo.

- November 2 letter from Dr. Song after my fourth month of training, which marks the moment when he demonstrated to me that –quite prematurely, in my opinion– he had lost all faith in my capacity to succeed in the Program, and also defined the defeatist mindset with which he would approach my probation period.

- Numerical analysis of my performance by Dr. Park is presented, the only numerical analysis in the entire documentation presented by the Section. Her particular treatment of the data and the metrics she used, along with its conclusions as later quoted by Dr. Song, suggest in a concise way how they never intended to give me a real chance to succeed.

- I present the results of my numerical analysis of weekly evaluations during probation, and contrast it against the methods and evidence used by the Plastic Surgery faculty to reach their decision.

- Data from the other 5 interns in Plastic Surgery from the last 3 years is added to the analysis in my original documentation, showing that: 1) their performance in the 6 core competencies for the most part is indistinguishable from the average of my entire PGY-1 Department of Surgery class, so my earlier analysis still holds mostly true when adding this new sample; and 2) by the end of my probation, my significant progress in all of the 19 individual competencies, as evaluated by the faculty, had already brought me within range of their own performance as first-year residents.

- Since a thorough description of all the failures of academic due process on the part of the Section has already been provided in my written documentation, I choose to focus on only two specific aspects in this hearing, namely Dr. Song's capricious handling of information and his mischaracterizations about my performance. A type of conduct which alone should invalidate his entire case against me, it has ranged in many instances from misleading to outright defamatory, counter to the spirit of constructive evaluation, and significantly non-compliant with ACGME and GME regulations.

UCMC00001956

Further supporting material I will not get to address in my oral presentation includes:

- Detailed list of petitions for the Grievance Committee to take into account in consideration of its final decision

- Closing statement

- Appendix section with samples of my original application to the Program:

    - Personal statement
    - ERAS application
    - Letters of recommendation

An electronic version of this handout can be found at:

http://dl.dropbox.com/u/3252918/grievance/dr_artunduaga_grievance_handout.zip

4

UCMC00001957

# MY BACKGROUND

Though a more comprehensive summary of my academic record was provided with my
written documentation, and expanded in Appendices A, B and C of this document,
I hereby provide a few relevant facts about my background for context.

## My background is highly unusual for a Surgery resident at UCMC:

- Born and raised in a small town in a Latin American country
  (Colombia, South America)
- Only started learning English at 18
- Medical education in Spanish
- Four (4) years of research work following medical school, with limited clinical
  exposure before starting residency training
- Hispanic background is unusual for a doctor working at UChicago.
- Spanish accent uncommon in UChicago making communication challenging

## However:

- I got **236/225/pass/pass** scores at the USMLE
- I am an accomplished scholar http://martunduaga.com
- I became a US Permanent Resident as an alien of unusual talent under the
  National Interest Waiver program.
- Three peer reviewed publications including a first authorship in NEJM
- Fourteen (14) podium presentations, six (6) poster presentations,
  two (2) book chapters
- Awards: ASPO Travel grant 2010; AAUW International Fellowship 2009-2010;
  1st place, ASPO basic science award 2009; Valedictorian 1996; Andrés Bello
  scholarship 1996; Scholars for Colombia 1996; Highest SAT score in the state
  and ranked top 20 in Colombia 1996;
- I have demonstrated leadership qualities: ECFMG advisor; Harvard Medical
  School officer at Colombian Student Society at Harvard and MIT; organizer of the
  "1st Symposium in Health and Biological Sciences" and "Transformation of
  Colombia's Health Sector" conferences; medical volunteer for four (4)
  international medical missions (MMFC, HUGS,HTC); ACOME/OME co-founder;
  Leadership school (1995-1996)

UCMC00001958

# NOVEMBER 2nd LETTER



DEPARTMENT OF SURGERY
Section of Plastic and Reconstructive Surgery

MC 6035
5841 South Maryland Avenue
Chicago, Illinois 60637-1470
tel: 773-702-6302
fax: 773-702-1634

**Meeting Name:** Summary of evaluation with Dr. Maria Artunduaga

**Date:** Wednesday, November 2nd, 2011

**Time:** 1:00 p.m.

**Location:** J641

**Participants:** Dr. Maria Artunduaga, Dr. David Song, Dr. Julie Park and Akilah Williams

Acknowledging that this was a very difficult meeting, we convened an urgent meeting with Dr. Maria Artunduaga after her most recent rotation on our service through the month of October. It was unanimous amongst the numerous evaluators across the Department of Surgery, particularly within our section, that the issues that Dr. Artunduaga has will be extremely difficult to correct within the time allotted during residency period. We all recognize that she is a pleasant, hard-working individual who most certainly is intelligent. However, the overwhelming issue was thematically agreed upon once again by all of the reviewers, including a 360 degree evaluation by a nurse practitioner who worked with her extensively.

It became very clear that during the month of October, while Maria had another intern on service who admittedly was not the strongest intern and perhaps added to the problem, performed far below what would be acceptable for an intern, particularly an intern in Plastic and Reconstructive surgery. Throughout the entire course of the month, Dr. Artunduaga failed to communicate properly and failed to efficiently organize a system of rounding and patient follow-up. Several times near misses were found, one in particular as it pertained to maintenance fluid, another as it pertained to drain management, where Dr. Artunduaga failed to recognize her errors despite being told multiple times to follow-up. These are thematically consistent with the evaluations Dr. Artunduaga received in the months of July, August and September where it was seen that "she frequently appeared disorganized, unsure of her knowledge and at times had an unsuccessful doctor/patient relationship." Another set of reviewers stated that "she is often frazzled when presenting patient issues, and it was very difficult to keep her organized and goal-oriented."

It was also found that she accidently sent a patient home with a picc line which was supposed to come out before discharge after multiple times of prompting. This was not fully realized by Dr. Artunduaga. Once again, while on our service, she failed to realize an issue of severe vaginal bleeding and tachycardia and did not appropriately notify senior residents. Another issue is where a patient had a supra-ventricular tachycardia and cardiology was consulted. She failed to follow up with this patient. The list continues with multiple sets of tests and lab that were incorrectly or not ordered. This is not just focusing on specific incidents, and I relayed to Dr. Artunduaga that if these incidents were isolated or if they were thematically different, we would have had a much different conversation of remediation. With all of these issues being

AT THE FOREFRONT OF MEDICINE®

UCMC00001959

thematically universal when it came to her performance or lack thereof, it was quite clear to all of the reviewers that Surgery, and in particular Plastic and Reconstructive Surgery, just would not be the best fit for Dr. Artunduaga.

Regrettably, this is painful for all of us to discover and we have assured Dr. Artunduaga that we would like to move forward in every way possible to support her transition into another specialty or another program. We discussed the probability of probation, but we agreed that probation at this level would not lead to successful remediation and only lead to a permanent deleterious record in her portfolio, thus jeopardizing her future possibilities. I have relayed this to Dr. Artunduaga and have confirmed that she has understood them clearly. I also as a courtesy have given her 24 hours to decide whether she would like to proceed with probation or if she would like to consider a transition in her career where we would all be helpful. She has agreed to get back with me in 24 hours.

The meeting ended with Dr. Artunduaga stating that she recognized and understood these issues, yet being adamant that she has improved. This has further reiterated to us that she feels that she has improved, however, no one else in the entire section and across the department has recognized that fact. Once again, this was a confirmatory step for us, understanding the disconnect between her skill set, the understanding of the situation and the reality of the situation at hand. Regrettably, these things have come to fruition and I have relayed to her both my personal and our collective disappointment at the situation, and have once again relayed to her that we will do whatever is in our power to facilitate her transition. We have also allowed her to understand the grievance process as well and relayed contact information related to grievance if she so chose to move forward in that direction.

**Did not sign the letter**

_____    _____
Dr. Maria Artunduaga          Dr. David Song

_____    _____
Dr. Julie Park                Akilah Williams

UCMC00001960



**Figure 1:** Dr. Park's graphical analysis of Dr. Artunduaga's performance. This is where the claim "Your overall faculty evaluations are well below the norm for residents at your level of training" (March 27 letter) is derived from. No other graphical analyses were presented by the Section

M. Artunduaga  Grievance Hearing Handout  May 16, 2012

8

UCMC00001961



Figure 1: Necessary goals for Dr. Artunduaga to achieve on average over 2012, based on Dr. Park's graphical analysis.



**Figure 2:** Summary of weekly evaluations during probation, based on Fellows/Residents' assessment of 10 areas for improvement

M. Artunduaga  Grievance Hearing Handout  May 16, 2012

10

UCMC00001963

# Conditions of Probation – Plastic and Reconstructive Surgery Faculty Evaluation (March 26)



M. Artunduaga  Grievance Hearing Handout  May 16, 2012

**Figure 3:** Plastic Surgery faculty analysis of 9 conditions of probation. Evidence selected and grade given for each.

11

UCMC00001964



**Figure 4:** Progress on 6 Core Competencies for Dr. Artunduaga vs. PGY-1 class average. Data from 5 PRS interns (2009-12) also included.

Artunduaga     PGY-1 average ± SD     PGY-1 average     PRS interns (2009-12)     PRS intern average (2009-12, w/o MA)

* Months with faculty evaluations for Artunduaga not available



**Figure 5:** Performance of PRS interns on 19 individual competencies (2009-12). Dr. Artunduaga's evaluations of July-August and January are provided for performance comparison between the start of the internship year and the end of probation.

UCMC00001966

# MISHANDLING OF INFORMATION BY THE PROGRAM

## I. Due Process - Major stages[1]

### 1) Evaluation:
- Affects everything else in the process
- Extremely important to comply with ACGME and GME regulations

### 2) Corrective Measures:
- Warranted by the facts?
- Implemented correctly?
- Evaluated fairly?

### 3) Grievance Process:
- The current stage, so not a subject of discussion
- NOT a substitute or excuse for incorrect implementation of earlier stages
- Primary responsibility for recognition of residents' rights rests with Program Director, NOT Grievance Committee

## II. Evaluation - List of missing documents from personal file[2]

- Minutes from Plastic Surgery faculty meeting (3/26/12)
- Binder given to faculty at meeting (3/26/12)
- Table/Grid of specific Conditions of Probation (3/26/12)
- Dr. Park's evaluation of Probation (3/14/12)
- 8 out of 11 minutes from meetings with Dr. Park
  (1/3/12, 1/10/12, 1/25/12, 2/6/12, 2/13/12, 2/28/12, 3/5/12, 3/12/12)
- 7 out of 19 faculty evaluations
  (July-August, September, February)
- Evaluation by Dr. Deana Shenaq, Plastic Surgery intern (5/3/12)
- E-mail by Dr. Sara Dickie, Plastic Surgery chief resident (2/21/12)

---

[1] Written arguments, line of reasoning 3
[2] Please refer also to rebuttal statement from 05/14/12

M. Artunduaga  Grievance Hearing Handout  May 16, 2012

**14**

UCMC00001967

## III. Probation - Mischaracterizations of submitted evaluations

- **PICC line:**
    - A compliment turned into a negative report

- **In-Service score:**
    - Percentile is NOT the same as test score
    - Severely punished as a result of test score despite previous explicit assurances to the contrary by chief resident.

- **April's Endocrine Service Evaluations:**
    - No evaluations of any kind, but permanently removed from all clinical duties nonetheless due to supposed bad performance in the service.

- **"... unanimous amongst the numerous evaluators... that the issues that Dr. Artunduaga has will be extremely difficult to correct..." (11/02/11)**
    - Used as argument to first encourage resignation, then impose Probation
    - Dr. Hurst (10/17/11): *"Given that she was trained where the routines and customs are not necessarily known to us... it does make it more difficult to assess her overall capabilities so early on in her residency."*
    - Favorable reviews before Probation: Dr. Angelos, Dr. Hurst, Dr. Chhablani, Dr. Kaplan, Dr. Bello.
    - Favorable reviews during Probation: Dr. Skelly, Dr. Milner, Dr. Steppacher, Dr. Blecha, Dr. Hall, Dr. Eton, Dr. Renz, Dr. Witkowski, Dr. Thistlethwaite, Dr. Shao, Dr. Fleming, Dr. Paruch, Dr. Olaitan, Dr. Li

- **"... she feels that she has improved, however, no one else... has recognized that fact" (11/02/11)**
    - Also used as an argument to place me on Probation
    - Dr. Angelos (10/13/11) : *"I am convinced that her operative skills will improve since I saw improvement over the course of the month... I believe that she has the intelligence and desire to improve and that she should be given a chance to do so."*

15

UCMC00001968

# PETITIONS

The following is a detailed list of petitions for the Grievance Committee to take into consideration when deliberating on its final decision.

I hereby respectfully request from the Committee that it:

- In recognition of:

    - My significant overall progress on the 6 ACGME Core Competencies, particularly in the areas of Patient Care and Communication Skills, as shown by the data from official faculty evaluations.
    - My demonstrated capacity to excel in the 10 areas for improvement itemized in the conditions for probation and measured through weekly evaluations.
    - My demonstrated capacity to perform at a similar level as the other Plastic and Reconstructive Surgery interns from the past 3 years.
    - The improper and malicious way in which information about my performance was handled, in violation of ACGME and GME standards.
    - Significant failures in due process directly stemming from Dr. David H. Song's arbitrary and capricious management of my case as Program Director.
    - The explicit link in the probation letter between successful completion of probation and contract renewal.

    Issue the following decisions:

    - Either invalidate the entire probation process, due to numerous and significant lapses in due process in the lead-up to its declaration, as well as its subsequent conduct and evaluation; or, declare the successful completion of the probation period that ended in March, due to my fulfillment of its established goals
    - Reverse the decision of contract non-renewal and extend my residency training for another year.
    - Order the removal of all documentation of probation from my official record.

- Issue a reprimand to the Section of Plastic and Reconstructive Surgery for my dismissal on March 27 without just cause.

UCMC00001969

- Recognizing the arbitrary and capricious way in which Dr. Song has continued to direct my training following the non-renewal decision, and recognizing the significant improvement in my clinical abilities as demonstrated by my official evaluations:

  o Invalidate the decision of continuing probation and return me to regular resident status.
  o Issue a recommendation on the proper amount of clinical training I should be receiving from this point forward, compliant with ACGME standards, given both my demonstrated abilities and the sub-standard quality training that I have already been made a victim of, for a large part of my internship year, and without proper justification. The Program Director would still be free to use his discretionary power in considering how or whether to implement this recommendation.
  o Affirm my right as a resident to raise issues about my educational and work environment, to any member of the UCMC hierarchy I may deem appropriate, without fear of intimidation or retaliation.

- Given the chronic and systematic problems with my Program Director's handling of resident performance information, recommend the GME office to issue explicit guidelines on this matter in order to bring the Program in compliance with ACGME and GME standards. Suggestions include:

  o The Section of Plastic and Reconstructive Surgery should begin to issue official, documented faculty evaluations for all residents that rotate through the service.
  o Every e-mail sent to Ms. Akilah Williams, the Section's resident coordinator, for the purposes of adding information to my personal file, should be copied to me as well. This would both allow me to keep track of the information in my file, and also ensure compliance with the ACGME/GME requirements of timely feedback on performance.
  o Every evaluative conversation related to my academic performance, held either with me or with other UCMC housestaff members, should be documented, and likewise added to my file and copied to me by e-mail.
  o No written information about my performance should be prevented from being included in my file, so I can have access to any such information whenever I may request to view my file.

- Recommend the Program Director to play a constructive role in ensuring an appropriate educational and work environment for me from this point forward, and refrain from displaying a defensive, intimidatory or retaliatory attitude in response to respectful and legitimate concerns.

UCMC00001970

# CLOSING STATEMENT

In closing, I want first of all to affirm my belief in the fairness of the Grievance Process, and in its mission to resolve the issues I have brought up through the appropriate institutional channels. I also want to restate, as I already have several times before, that my overriding concern has always been the quality of the education I receive at the University of Chicago, which I deem to be critical to the success of my future professional career. As so many of my fellow UCMC Housestaff members can attest, I am a pleasant and hard-working professional, eager to learn and loath to engage in conflict. I have always wanted my personal relationships at UCMC to be nothing but constructive and collegial, first among them the relationship with my Program Director. At the same time, I cannot in good conscience assume a passive attitude and let an opportunity I have sought for so many years just go by, when my most basic rights as a resident have been systematically trampled on, and I have been made to stand a kind of treatment which too often has made me feel demeaned and humiliated, both as a professional and as a person. This is not a conflict I have sought, but one I have been forcibly led into as a consequence of a long string of arbitrary actions that have been taken against me since very shortly after my arrival at UCMC.

At this point, I would like nothing more than to see an acceptable closure of this unpleasant chapter. If the Committee happens to rule in my favor, I would like to see the ruling as a new beginning in a relationship that admittedly did not have a good start, but which does not have to end the same way either. Given my sense of professionalism, I am prepared to do my part to turn the page, and get back to becoming fully engaged in my clinical work as my first and only priority. At the same time, I hope Dr. Song agrees to play a constructive role in that process.

Finally, I would like to thank all members of the Committee for their time and careful consideration of the issues raised along this Grievance Process, along with the extensive amount of information provided by both parties participating in it. I pledge my full cooperation in the implementation of its decisions following this Process, and I wish to have a resolution to this matter in amicable terms.

Sincerely,

Maria Alexandra Artunduaga, M.D.
Plastic and Reconstructive Surgery Resident, PGY-1
University of Chicago Medical Center

M. Artunduaga  Grievance Hearing Handout  May 16, 2012

18

UCMC00001971

# APPENDICES

## APPENDIX A:  PERSONAL STATEMENT

I will never forget the day my youngest sister, Angelica, was diagnosed with cerebral palsy. Doctors said that she would never walk. My parents are both physicians and they arranged consultations, only to find out that health insurance would not cover the costs of her treatment. Nevertheless, they decided to go forward and pay whatever they could.  Angelica is walking now, and she is graduating with the highest honors from law school.

While attending medical school, I witnessed similar situations as a volunteer for medical missions. I saw hundreds of children with cleft/lip palate but there are few plastic surgeons dedicated to craniofacial surgery in Colombia because there is not training in the field and insurance coverage is minimal. My decision to become a pediatric plastic surgeon came with the realization that my personal fulfillment would be met by having the ability to provide form and function to children suffering from congenital malformations. When I accomplish this, I will be giving many children the opportunity that my sister barely had.

The impact of congenital malformations in my society motivated me to learn more abroad. During my last year of medical school, I was chosen to finish my clinical rotations in the US. This opportunity exposed me to world-class medicine, leading experts and accessible advanced technology.  In particular, the mentoring approach that I experienced while shadowing Dr. John B. Mulliken at Children's Hospital Boston revealed the possibility of realizing my potential as a skilled plastic surgeon, a dedicated researcher and an incredible teacher. Since that moment he became an endless inspiration to pursue my sense of wonder.

Upon completing a year of rural service in an isolated area of Colombia and two years of work as an emergency physician, I returned to the US to serve as a research fellow in genetics at Harvard Medical School. For the past three years I have studied the genetic causes of microtia, a common congenital malformation in Latin America and a leading cause of deafness in the Hispanic population.  Using DNA microarrays and next-generation sequencing we have identified a novel sub-chromosomal duplication in chromosome 1q32.1 that encompasses a gene that is mutated in some patients. Throughout this research, I have enjoyed learning entirely new skills, from going on recruitment trips with medical missions to applying the most complex genetic technologies.

I have also co-authored original articles in Nature Genetics and the Journal of Pediatrics, and first-authored a letter that was published recently in the New England Journal of Medicine. As a result, I have been invited to present at 10 conferences and won 2 national prizes in basic science research, an international fellowship for $30,000 and a candidacy for permanent residency in the United States as an alien of extraordinary ability in genetics research. During this time, I have served as a main officer for the Colombian Student Society, a group dedicated to the promotion of activities in science and technology at Harvard and MIT.

My ultimate career goal is to serve people who suffer from craniofacial anomalies by creating a treatment and research center in my home country. Although I have had extensive clinical exposure during my 6-year medical school program and 3 years of practice in general medicine, I know that pursuing residency is the next logical step in my career. This year, I was chosen from a pool of 200 international physicians to complete a surgical sub-internship at University of Washington, one of the busiest teaching hospitals in the nation. There, I realized that training with outstanding surgeons will continue to spark my enthusiasm about science, bringing me one step closer to the academic plastic surgeon that I wish to become.

I am confident that training in the US will help me to accomplish my goals. I believe that my research experience, strong academic background and personal abilities will make me a valuable asset to your program. I am looking for a residency program where I can expand my knowledge and skills so that in future years I can employ all I have learned to contribute not only to patient care in the US, but also with the hope of one day increasing the quality of care in Latin America.

UCMC00001972

ERAS | AAMC

Maria Alexandra Artunduaga AAMC ID: 12357098

logout

| Account | Application | Documents | Programs | Help |

Home

# APPENDIX B: RESIDENCY APPLICATION

### Artunduaga, Maria Alexandra
### AAMC ID: 12357098

**Present Mailing Address**
77 Avenue Louis Pasteur
NRB room 256
Boston, MA 02115
Preferred Phone: 6179993735
Alternate Phone: 6174327837
Mobile Phone: 6179993735
martunduaga@gmail.com

**Permanent Mailing Address**
22 Laurel Street
Apt No. 23
Somerville, MA 02143

## Medical Education
Pontificia Universidad Javeriana, Colombia
01/1997 - 12/2003
M.D., 12/2003

## Education

**Graduate** - Harvard University Extension School, Boston, MA
Biostatistics
01/2010 - 05/2010

**Graduate** - Harvard University Extension School, Boston, MA
Biological Sciences
09/2009 - 12/2009

**Other** – Pontificia Universidad Javeriana, Bogota, Colombia
Biomedical Research
05/2005 -08/2005

**Other** – Pontificia Universidad Javeriana, Bogota, Colombia
Emergency medicine
02/2005 -05/2005

## Membership and Honorary/Professional Societies
No AOA Chapter At My School
American Physician Scientists Association, The American Society of Human Genetics, National Postdoctoral Association, Kaplan Medical Honor Society

## Medical School Honors / Awards
Highest class GPA during 6th year of medical school (12/2003) and International Medical Training Award (06/2003-11/2003)

## Certification/Licensure
ACLS, Exp. Date 05 / 2010
PALS, Exp. Date 07 / 2010

## Examinations
USMLE Step 3  10/2007
USMLE Step 2 CS (Clinical Skills)  06/2006
USMLE Step 2 CK (Clinical Knowledge)  10/2006

UCMC00001973

USMLE Step 1   12/2005

## Work Experience

07/2010 - 08/2010   **Average Hours/Week:** 80
University of Washington Medical School, Washington
Sub-Intern
Functioned at the intern level under close supervision of the surgery residents during 2 months. Attended all operative procedures on my patients and participated in all rounds and teaching conferences. Presented 2 cases at tumor liver clinic conference and 1 case at M & M conference with very positive feedback.

01/2010   **Average Hours/Week:** 2
Kaplan Test Prep Center, Colombia
ECFMG advisor
Provide guidance on several topics concerning the ECFMG certification process: study strategies, visiting medical rotations, immigration issues and research opportunities in the US.

06/2007   **Average Hours/Week:** 5
Seidman Laboratory, Harvard Medical School, Massachusetts
Tutor
Train summer college students, medical students and new research fellows in basic laboratory techniques.

02/2005 - 01/2007   **Average Hours/Week:** 60
Clinica La Carolina, Colombia
Emergency Medicine physician
Offered immediate diagnosis and treatment for acute illnesses and life-threatening conditions in a secondary level clinic. Supervised a team of 5 healthcare professionals in the Emergency Department responsible for the care of 20 patients.

07/2004 - 12/2004   **Average Hours/Week:** 100
Hospital Divino Niño, Colombia
Rural Physician
Six months mandatory practice after completion of medical school in rural areas where there is a shortage of physicians. Provided patient care in the hospital wards, clinics and the emergency department in a primary level hospital. Took house on-calls twice/week and one full-weekend per month. Pioneered health brigades in isolated communities.

12/2003 - 03/2004   **Average Hours/Week:** 60
Harvard Medical School, Massachusetts
Visiting International Physician
Invited to shadow prestigious surgical attendings at HMS affiliated hospitals: Dr. Joseph Nadol (MEEI), Dr. John Mulliken (Children's), Dr. Elof Eriksson (BWH) and Dr. Jesse Jupiter (MGH). Observed in the operating room, assisted in the outpatient clinic, participated in daily academic conferences, served as a translator in several clinic settings.

10/2003 - 11/2003   **Average Hours/Week:** 80
Baylor College of Medicine, Texas
Visiting Medical Student
Joined the Radiology and Surgical Emergency departments during 8 weeks. Radiology: Exposed to broad range of radiologic techniques and interpretations, from basic plain films to high-resolution CT/MRI imaging. Presented at the monthly radiology conference with very positive feedback. Surgical Emergency Room: Evaluated patients and proposed treatment plans with full use of the scientific literature. Performed 20 minor procedures and assisted senior residents in 30 trauma cases. First respondent in ~50% of trauma cases due to my communication skills.

08/2003 - 09/2003   **Average Hours/Week:** 60
Mount Sinai School of Medicine, New York
Visiting Medical Student
Joined the Surgical Intensive Care Unit (SICU) and General Surgery departments during 8 weeks. SICU: Participated in daily rounds and delivered patient care with the medical team. Performed 20 bedside surgical procedures and assisted medical care meetings with my communicative skills. Delivered a case-presentation at the departmental conference that was regarded as superb and educational talk. General Surgery: Exposed to 50 OR cases including standard laparascopic procedures and complex oncological operations. Performed focused patient evaluations, basic suturing in the OR and general wound management in the floor. Volunteered to take on call with a supervising resident once a week.

06/2003 - 07/2003   **Average Hours/Week:** 60
Harvard Medical School, Massachusetts
Visiting Medical Student
Awarded with an international medical exchange program in the US. Exposed to general otolaryngology, otology, pediatric otolaryngology, and head/neck surgery during 8 weeks. Observed in the operating room, helped in the outpatient clinic and participated in academic conferences. Volunteered to take on call with a supervising resident once a week.

01/2003 - 04/2003   **Average Hours/Week:** 5

UCMC00001974

Surcolombiana University, Colombia
Tutor
Lectured on basic sciences for the Annual Colombian Medical examination (ASCOFAME) preparation course.

## Volunteer Experience

03/ 2010 - 03/2010   **Average Hours/Week:** 6
1st Symposium in Health and Biological Sciences, Massachusetts
Organizer
Organized the first medical symposium on clinical and basic science research carried out by Colombian physicians and scientists at Harvard
University and MIT.

09/ 2009   **Average Hours/Week:** 4
Colombian Student Society at Harvard and MIT, Massachusetts
Officer for Harvard Medical School
Direct the first Colombian student organization in Harvard/MIT that sponsors monthly political, cultural and scientific talks on issues related to
our home country.

08/ 2009 - 08/2009   **Average Hours/Week:** 80
Help Us Give Smiles Foundation, Ecuador
Volunteer Physician and Researcher
Served as a translator and helped evaluating patients with microtia. Collected discarded surgical specimens for genetic testing.

08/ 2007 - 08/2007   **Average Hours/Week:** 80
Medical Missions for Children Foundation, Ecuador
Volunteer Physician and Researcher
Served as a translator and helped evaluating patients with microtia. Assisted reconstructive operations and collected blood samples and
epidemiological data for my research project.

07/ 2004 - 12/2004   **Average Hours/Week:** 6
Prevention and Promotion Program, Colombia
Director
Designed medical missions that targeted isolated communities in the region. Supervised a team of 5 healthcare professionals that provided
patient care and education on prevalent diseases.

04/ 2003 - 04/2003   **Average Hours/Week:** 80
Healing the Children Health brigade, Colombia
Volunteer Medical Student
Served as a translator, evaluator and surgical assistant for the medical mission in my home town.

10/ 2002 - 06/2007   **Average Hours/Week:** 10
Colombian Society for Medical Students, Colombia
Co-founder
Founded the first national organization for medical students in Colombia. Represented the concerns of medical students across the country,
promoted highest standards in Colombian medical education through the promotion of training, activities and projects related to health in
Colombia.

07/ 1997 - 06/2000   **Average Hours/Week:** 6
Javeriana Student Medical Organization, Colombia
Co-founder
Founded the first medical student council in my medical school. Discussed the interests and opinions of the medical students and proposed
new alternatives that will guarantee the rights and interest of our peers. Conducted the bi-annual orientation week, the annual cultural week
and the Javeriana olympiads.

02/ 1994 - 11/1996   **Average Hours/Week:** 6
Social service on public health topics, Colombia
Instructor
Conducted lectures, conferences and debates on public health topics for high school students in underprivileged neighborhoods in my home
town.

## Research Experience

06/2007   **Average Hours/Week:** 40
Harvard Medical School, Massachusetts
Post-doctoral Research Fellow, Jonathan G. Seidman, Ph.D.
Study the genetic causes of microtia through the execution of multiple molecular assays ranging from basic DNA isolation and standard
sequencing up to genomic libraries construction and its hybridization to gene-filters, microarrays and high-throughput sequencing. Part of my
work involves statistical/computational analysis of high-volume of data using advanced software. Currently, we are preparing two manuscripts

UCMC00001975

for submission to Nature Genetics based on our most recent findings (please refer to my personal statement).

02/2007 - 04/2007  **Average Hours/Week:** 40
Harvard Cell Biology Department, Massachusetts
Visiting Research Fellow, Bjorn R. Olsen, Ph.D.
Trained in basic principles of molecular biology (DNA isolation from blood, primer designing and DNA sequencing) and tissue engineering techniques (cell culture room-harvesting, passaging and cell manipulation).

## Publications

### Peer Reviewed Journal Articles/Abstracts

Artunduaga MA, Quintanilla-Dieck MdL, Greenway SC, Herman DS, DePalma SR, McDonough B, Watabe-Rudolph M, Nicolau Y, Rodriguez S, Hamdan US, Jarrin P, Osorno G, Brent B, Eavey RD, Seidman C, Seidman JG. Rare de novo copy number variant identifies new locus in non-syndromic microtia/anotia. Plastic and Reconstructive Surgery. 2010 Jun; 125(65): 24.

Artunduaga MA, Quintanilla-Dieck MdeL, Betensky RA, Nicolau Y, Hamdan U, Osorno G, Brent B, Eavey RD, Seidman CE, Seidman JG. A classic twin study of external ear malformations, including microtia. New England Journal of Medicine. 2009 Sep; 361(12): 1216-1218.

Greenway SC, Pereira AC, Lin JC, DePalma SR, Israel SJ, Mesquita SM, Ergul E, Korn JM, McCarroll SA, Gorham JM, Gabriel S, Altshuler DA, Quintanilla-Dieck MdeL, Artunduaga MA, Eavey RD, Plenge RM, Shadick NA, Seidman JG, Seidman CE. Novo copy number variants identify new genes and loci in sporadic, isolated tetralogy of Fallot. Nature Genetics. 2009 Aug; 41(8): 931-5.

Quintanilla-Dieck MdeL, Artunduaga MA, Eavey RD. Intentional exposure to loud music: the 2nd MTV.com survey reveals an opportunity to educate. Journal of Pediatrics. 2009 Oct; 155(4): 550-5.

### Peer Reviewed Book Chapter

Artunduaga MA, Quintanilla-Dieck MdL, Eavey RD. (2010). Could microtia possibly be genetic?. In Sih T, Chinski A, Eavey R, Godinho R (Ed.), *IX IAPO Manual of Pediatric Otorhinolaryngology* (pp. 120-122). Sao Paulo, Brazil. Editora e Grafica Vida & Consciencia.

Quintanilla-Dieck MD*, Artunduaga MA*, Eavey RD. (2009). Evaluation of noise-induced hearing loss in young people using a web-based survey technique. In Sih T, Chinski A, Eavey R, Godinho R (Ed.), *VIII IAPO Manual of Pediatric Otorhinolaryngology* (pp. 251-253). Sao Paulo, Brazil. Editora e Grafica Vida & Consciencia.

### Poster Presentation

Artunduaga MA, Quintanilla-Dieck MdL, Greenway S, DePalma SR, McDonough B, Nicola Y, Rodriguez-Santamaria S, Hamdan US, Osorno G, Brent B, Pereira A, Mesquita S, Breitbart R, Plenge R, Shadick N, Weinblatt M, De Jager P, Eavey R, Seidman C, Seidman J. (2009, May). *Genome-wide association study identifies rare de novo copy number variant (CNV) in non-syndromic microtia.* Poster presented at: Harvard Medical School Genetics Retreat; Boston, MA.

Artunduaga MA, Quintanilla-Dieck MdL, Greenway S, DePalma SR, McDonough B, Nicola Y, Rodriguez-Santamaria S, Hamdan US, Osorno G, Brent B, Pereira A, Mesquita S, Breitbart R, Plenge R, Shadick N, Weinblatt M, De Jager P, Eavey R, Seidman C, Seidman J. (2009, May). *Genome-wide association study identifies rare de novo copy number variant (CNV) in non-syndromic microtia.* Poster presented at: Brigham and Women's Hospital research excellence awards; Boston, MA.

Artunduaga MA, Quintanilla-Dieck MdL, Nicolau Y, Hamdan U, Hadlock TA, Cheney ML, Rodriguez s, Osorno G, Brent B, DePalma SR, McDonough B, Eavey RD, Seidman CE, Seidman JG. (2008, May). *Genetics of congenital external ear malformations (microtia).* Poster presented at: Harvard Medical School Genetics Retreat; Newport, RI.

Artunduaga MA, Quintanilla-Dieck MdeL, Microtia Research Group, Eavey RD, Seidman CE, Seidman JG. (2010, March). *Discovery of novel JARID1b variants in non-syndromic microtia using high-throughput sequencing.* Poster presented at: Harvard Medical School Genetics Retreat; Boston, MA.

Artunduaga MA, Quintanilla-Dieck MdeL, Microtia Research Group, Eavey RD, Seidman CE, Seidman JG. (2010, February). *Genetics of microtia: lessons from twin and family-based Studies.* Poster presented at: New England Science Symposium; Boston, MA.

Artunduaga MA, Quintanilla-Dieck, MdL, Nicolau Y, McDonough B, DePalma SR, Hamdan U, Rodriguez-Santamaria S, Osorno G, Eavey RD, Seidman CE, Seidman JG. (2009, April). *Congenital external ear malformation and isolated microtia: insights from a genome-wide association study.* Poster presented at: New England Science Symposium; Boston, MA.

### Oral Presentation

Artunduaga MA. (2008, March). *Microtia: the molecular approach to a clinical scenario.* Oral Presentation presented at: Otitis Media and Hypoacusia Symposium; Mexico city, Mexico.

UCMC00001976

Artunduaga MA. (2004, January). *Von-Hippel Lindau disease in the pediatric patient*. Oral Presentation presented at: CHB craniofacial conference; Boston, MA.

Artunduaga MA. (2003, October). *Arnold-Chiari malformations: a practical review for medical students*. Oral Presentation presented at: BCM Radiology Monthly Conference; Houston, TX.

Artunduaga MA. (2003, August). *Thrombotic thrombocytopenic purpura: an underlooked entity in the ICU*. Oral Presentation presented at: MSMM SICU Monthly Conference; New York, NY.

Artunduaga MA. (2010, August). *Small bowel carcinoma: an emergent disease in the US?*. Oral Presentation presented at: UWMC Surgery M & M conference; Seattle, WA.

Artunduaga MA. (2010, May). *Breaking through barriers: a story of a physician from the South who became a scientist in the North*. Oral Presentation presented at: AAUW Storrs Willimantic branch monthly meeting; Willimantic, CT.

Artunduaga MA. (2010, March). *Understanding the genetic causes of microtia using DNA microarrays and next-generation sequencing*. Oral Presentation presented at: Symposium on Biological and Health Sciences; Boston, MA.

Artunduaga MA, Quintanilla-Dieck MdL. (2008, January). *Adventures in microtia: linking patients to genes*. Oral Presentation presented at: MEEI Focus Research Conference; Boston, MA.

Artunduaga MA, Quintanilla-Dieck MdeL, Betensky RA, Nicolau Y, Hamdan U, Osorno G, Brent B, Eavey RD, Seidman CE, Seidman JG.. (2009, May). *Genetics of congenital external ear malformations in monozygotic and dizygotic twins*. Oral Presentation presented at: American Society of Pediatric Otolaryngology meeting; Seattle, WA.

Artunduaga MA, Quintanilla-Dieck MdeL, Eavey RD. (2008, April). *Music-induced hearing loss: MTV.com survey results reveals an opportunity to educate*. Oral Presentation presented at: New England Science Symposium; Boston, MA.

Artunduaga MA, Quintanilla-Dieck MdeL, Microtia Research Group, Eavey RD, Seidman CE, Seidman JG. (2010, May). *Rare de novo copy number variant identifies new locus in non-syndromic microtia/anotia*. Oral Presentation presented at: Plastic Surgery Research Council meeting; San Francisco, CA.

Artunduaga MA, Quintanilla-Dieck MdeL, Microtia Research Group, Eavey RD, Seidman CE, Seidman JG. (2010, June). *Rare de novo copy number variant identifies new locus in non-syndromic microtia*. Oral Presentation presented at: New England Society of Plastic and Reconstructive Surgery meeting; Hancock, MA.

Artunduaga MA, Quintanilla-Dieck MdeL, Microtia Research Group, Eavey RD, Seidman CE, Seidman JG. (2010, October). *Genomic analyses identify new locus and gene in non-syndromic microtia*. Oral Presentation presented at: North Eastern Plastic Surgery meeting; Washington, DC.

Artunduaga MA, Quintanilla-Dieck MdeL, Microtia Research Group, Eavey RD, Seidman CE, Seidman JG. (2010, April). *Genome-wide association study identifies rare de novo copy number variant in non-syndromic microtia*. Oral Presentation presented at: American Society of Pediatric Otolaryngology meeting; Las Vegas, NV.

## Hobbies & Interests
Latin dances, digital photography and figure drawing. Advanced scuba diver and tennis player

## Language Fluency (Other than English)
Spanish (first), French (conversational) and Portuguese (basic)

## Other Awards/Accomplishments
ASPO Travel grant (04/2010); AAUW International Fellowship (07/2009-06/2010); 1st place, ASPO basic science award (05/2009); Best high-School student in the State (12/1996); Valedictorian (12/1996); Andrés Bello scholarship (10/1996); Scholars for Colombia (10/1996); Highest SAT score in the state and ranked top 20 in Colombia (10/1996); Leadership school (1995-1996); 2nd place, state spelling contest (1996); 1st place, regional level, maths olympiads (1996); 1st place, oratory competition (1994)

UCMC00001977

University of Chicago Plastic and Reconstructive Surgery

Plastic age 1) inced)

# *APPENDIX C: LETTERS OF RECOMMENDATION*

Burt Brent, M.D.
*A Medical Corporation*

Reconstructive Plastic Surgery

July 11, 2010

Re: Maria Alexandra Artunduaga, M.D.
AAMC ID # 12357098

Dear Program Director:

It is with great pleasure that I write this letter on behalf of Dr. Maria Alexandra Artunduaga's application for Plastic and Reconstructive Surgery residency. I should note that this applicant has waived her right to see this letter now and in the future.

I met Maria two and a half years ago when she came to my practice to research the clinical histories of my patients with microtia, in order to identify potential candidates for a classic twin study. After a week of manually sorting through 2,500 clinical histories, she identified 53 families that qualified for the study. In only one year, Maria managed to get DNA samples, performed bench experiments and applied difficult computational analyses to determine the effects of the genotype and the environment in the causation of microtia. Last year, Maria first-authored a groundbreaking study in the *New England Journal of Medicine*, using for the first time a large number of twins to show indications that microtia can indeed be inherited.

Maria's innovative ideas have leaded us to massively collect 500 DNA samples from all over the world. Her fluency in both English and Spanish facilitated the recruitment efforts in Latin America, where microtia is highly prevalent. Since 2007 she has been involved in medical missions overseas. During these trips, she has proven to be a committed scientist and a caring physician. She has personally collected blood and tissue samples and performed clinical evaluations in her patients. From my perspective, one rarely see researchers leaving the laboratory to get first hand information and immerse themselves with patients, families and communities in a foreign country. I was told that she did an amazing job explaining her research in simple terms to the patients as well as sharing her knowledge by imparting detailed teachings of the latest genetic research methodologies to doctors and hospital staff. Her performance has been memorable and her charisma has played a key-role for these large recruitments.

Her *Curriculum vitae* strongly reflects that she has been an extremely bright individual and an innate leader since her childhood. She was a recipient of several honors for her SAT-like examination score such as the "*Andrés Bello*" scholarship from the Colombian Ministry of Education, a prestigious award given to the top senior high-school students in her home country. During medical school, she distinguished herself as a co-founder of the first Colombian Association for Medical Students. For her academic and leadership accomplishments, Maria was one of three students chosen to finish her last year of medical school with rotations at Harvard Medical School, Mount Sinai School of Medicine and Baylor College of Medicine. Her evaluation in all aspects was outstanding, ranking her at the very top of her class during her last year of medical school. Her experience in the U.S. motivated her to increase her understanding of craniofacial anomalies and shortly afterward she joined the Seidman laboratory in Harvard Medical School. Maria's incredible capacity to successfully take on the most difficult challenges became even more evident when in less than two years she began receiving awards for her research work in the genetics of microtia. Last year, she received First Prize in the William P. Potsic Basic Science Award at the American Society of Pediatric Otolaryngology meeting and a

2995 Woodside Road, Suite 300, Woodside, CA 94062-2401   (650) 851-5300   FAX (650) 851-5302
Website:  http://www.earsurgery.com

UCMC00001978

University of Chicago Plastic and Reconstructive Surgery     Artunduaga, Maria Alexandra (12357098), LoR - 001 (Burton, Brent, M.D., Plastic Surgeon, S+O Dept of Plastic Surgery) (Page 2)

3+3 Combined/Coordinated (Advanced)

2

grant for $30,000 by the American Association for University Women (AAUW). This fellowship is awarded to the most promising young female scientists in the world. Recently, she was awarded with a travel grant from the American Society of Pediatric Otolaryngology. It is indeed remarkable that she has received three such prestigious awards consecutively.

Maria's love for science is boundless and the originality of her thinking has been crucial for the microtia project. Her ability to orchestrate an international collaboration has resulted in the identification of a promising microtia-associated region in the DNA. By reporting seminal studies in excellent peer-reviewed publications such as *Nature Genetics*, the *New England Journal of Medicine* and the *Journal of Pediatrics*, she has surpassed my highest expectation. Maria's accomplishments have been exceptional, and with her high international profile, she has been invited to national and international conferences. Her story is truly inspirational.

I was pleased to learn that Maria wants to become a craniofacial surgeon. There is a scarcity of plastic surgeons interested on this field in her country. Becoming a craniofacial surgeon requires a tremendous amount of dedication and sacrifice but I am confident that she will become a fine surgeon—with her discipline and perseverance she has proven that she has the ability to undertake and successfully complete the most challenging projects. I will not be surprised if she matches in a residency program because her USMLE scores are excellent and she is performing a state-of-the-art research project in Harvard Medical School. I am sure she will complete this research, and I have every expectation that we will see many more worthwhile contributions in the scientific literature from her efforts for many years to come.

In summary, Dr. Maria Alexandra Artunduaga is among the brightest and most talented physician-scientists I have encountered. Not only is clear that she is considered to be at the top of the microtia genetics field but has the work ethic, personal standards, enthusiasm for academics, and the true interest in surgery. I am pleased that she chose to pursue a career in plastic surgery and wants to become a surgeon-scientist when she returns to Colombia. I look forward to her continued successes in her microtia research and her future surgery training in the U.S. I think that her contributions to the medical field make her a top candidate for your residency program, and it is my pleasure to recommend her unreservedly.

Please fell free to contact me for any additional information.

Sincerely yours,

Burt Brent, MD

UCMC00001979

University of Chicago Plastic and Reconstructive Surgery    Artunduaga, Maria Alexandra (12357098); LoR - 002 (Jonathan Seidman, Ph.D. and Christine Seidman, M.D.) Professor, HMS Dept. of Genetics) (inactive)    (Page 1)

Case: 1:12-cv-08733 Document #: 50-    3+3 Combined/Coordinated (Advanced)

# Harvard Medical School

## DEPARTMENT OF GENETICS

77 Avenue Louis Pasteur
Boston, MA 02115
Phone:    (617) 432-7871
Fax:    (617) 432-7832

Jonathan G. Seidman, Ph. D.
Henrietta B. and Frederick H. Bugher
Professor of Cardiovascular Genetics

Christine E. Seidman, M.D.
Thomas W. Smith
Professor of Medicine and Genetics

July 20, 2010

Re: Maria Alexandra Artunduaga, M.D.
    AAMC ID # 12357098

Dear Program Director:

We are writing this letter to strongly support the selection of Dr. Maria Alexandra Artunduaga as a surgical resident in your program. She has waived the right to see this letter now and/or in the future.

We have known Maria for 3 years and have worked closely with her during her research fellowship in our laboratory in the Department of Genetics at Harvard Medical School. The laboratory's focus is on the use of genetics to define the etiology of human diseases. In collaboration with Dr. Roland Eavey (formerly at Massachusetts Eye and Ear Infirmary, and currently at Vanderbilt Medical School), Maria has studied the genetic basis of microtia, in particular those malformation of the pina that arise in the absence of a recognized clinical syndrome such as Treacher Collins. When Maria joined our group in 2007 she had minimal experience in bench research and limited computational skills, but during her tenure her she has ably acquired these and today she is an accomplished experimentalist.

Maria and on another research fellow have been the driving force behind the microtia project. With Dr. Eavey she recognized that higher incidence of microtia in Equator and Colombia than in other South and North American countries. She hypothesized that this high incidence was due to shared genetic variants within indigenous populations of these countries. To test this hypothesis Maria traveled to Quito and Columbia to recruit microtia subjects and their families for genetic studies. She was remarkably successful in this, and collected consented specimens and clinical data on 150 families and 75 twins with microtia. Using this cohort of patients, she has undertaken two important studies to define the role of genetics in microtia. First she has defined the inheritance of microtia among monozygotic (identical) and dizygotic (fraternal) twins, a study that indicates a substantial role for genetics in microtia (New England Journal of Medicine 2009; 361:1216-1218). Second she initiated genome-wide analyses to define loci that segregated with microtia in familial cases. She is currently using next-generation sequencing to interrogate genes within these loci.

Maria's tenure in the laboratory made extensive use of both clinical and laboratory skills. She has become quite skillful in recognizing the manifestations of subtle ear malformations and associated facial findings in patients. This excellent clinical acumen is supported by strong organizational skills, which have fostered statistical analyses of clinical features from large cohorts of patients and controls as well as detailed genetic data. Maria's oral and written presentations are also strong. While English is not her native language, she is totally fluent and communicates with thoughtful insights. In addition to the NEJM paper, she contributed to a manuscript on tetralogy of Fallot (TOF) that was published in Nature Genetics (2009; 41(8):931-5

Maria's interpersonal interactions are particularly strong. She deals with research patients with appropriate compassion and candor and is a valued colleague to the other trainees in the laboratory. She is a willing teacher who has been generous in helping others to learn new

UCMC00001980

University of Chicago Plastic and Reconstructive Surgery — Arizmendia, Maria Alexandra (12357098); LoR - 002 (Jonathan Seidman, Ph.D. and Christine Seidman, M.D., Professor, HMS Dept. of Genetics) (inactive) - (Page 2)

Case: 1:12-cv-08733 Document #: 50-5 Filed: 05/15/19 Page 44 of 48 PageID #:648

3+3 Combined/Coordinated (Advanced)

techniques easily. She adapts easily to new procedures and methodologies and has always been an excellent team player.

Maria's contributions to understanding the genetic basis of microtia were rewarded by a travel grant and the first prize in basic science research from the American Society of Pediatric Otolaryngology. She has also lectured on the genetics of microtia at the Children's Hospital in Mexico City. Last year, she was awarded an international fellowship from the American Association of University Women to continue her important research.

We trust that this brief synopsis will help you to appreciate the multiple accomplishments of this talented young clinical investigator. Maria recognizes that for her efforts to continue to be productive, she will need additional clinical training. And to that end she has elected to seek surgical training. We know that she will work hard and expect that she will be successful in this next important endeavor. We respectfully request that you favorable consider her application for surgery residency in your program.

If we can provide any additional information, please feel free to contact us.

Sincerely,

Jonathan G. Seidman, Ph.D.

Christine E. Seidman, M.D

UCMC00001981

University of Chicago Plastic and Reconstructive Surgery    Artunduaga, Maria Alexandra (12357098); LoR - 003 (John B. Mulliken, M.D., Pediatric Plastic Surgeon, CHB Plastic Surgery) (Page 1)

Case: 1:12-cv-08733 Document #: 50-6 Filed: 02/04/14 Page 30 of 34 PageID #:717

3+3 Combined/Coordinated (Advanced)



**Harvard Medical School**
**Professor of Surgery**

**John B. Mulliken, MD**
Children's Hospital Boston
300 Longwood Avenue
Boston, Massachusetts 02115
Tel: (617) 355-7686
Fax: (617) 738-1657
john.mulliken@childrens.harvard.edu



Children's Hospital Boston
Department of Plastic Surgery
Director, Craniofacial Centre

July 19, 2010

Dear Program Director:
The applicant has
waived his/her
right to see this letter.
ERAS Support Services

Re: Maria Alexandra Artunduaga, M.D.
AAMC ID # 12357098

Dear Program Director:

It is pleasure to write this letter of support for this candidate's application for your residency. I have known Maria for 6 years. She began to "tag along" with me while attending medical school in Columbia.

She was accepted in the prestigious Pontificia Universidad Javeriana after ranking 20 among 450,000 senior high-school students in the country. Her performance in medical school was notable for academic achievements, leadership skills and social work. She applied to leading institutions in the U.S. and was accepted to finish her studies abroad.

After graduation, she practiced medicine for one year in the "zona roja" (red zone) in Columbia. She was in charge of a small hospital, provided primary care, performed small surgical procedures, and delivered babies. Thereafter she worked in Bogota for another two years in order to raise funds to be able to return to the U.S., having passed USMLE boards with high marks.

In 2007, she joined the Seidman Laboratory at Harvard Medical School. Her mentors, Christine and Jonathan Seidman are internationally recognized researchers in human genetics. Maria's research is focused on the genetic basis of microtia. Having collected DNA from 500 individuals, she learned to master complex technologies, such as genome-wide scans and high-throughput sequencing. Her scientific productivity includes publications in *Nature Genetics*, *Journal of Pediatrics*, and first-authorship of a letter in the *The New England Journal of Medicine* based on her results in a twin study of microtia.

She has been invited to present her research at national and international conferences. In 2009, she was awarded first prize in basic science research by the American Pediatric of Otolaryngology, and given a scholarship by American Association of University Women, chosen from a pool of 1,100 applicants.

Maria's dream is to become a physician-scientist and return to her country to build a craniofacial center for treatment and research. Training in the U.S. would help her to fulfill this dream.

I am very proud of Maria, and have no doubts that she will perform as an outstanding resident. She has the native intelligence, love of life-long learning, and sense of wonder to become an accomplished surgeon

Sincerely yours,

John B. Mulliken, M.D.

University of Chicago Plastic and Reconstructive Surgery · Artunduaga, Maria Alexandra (12357098) · LoR - 004 (Karen D. Horvath, M.D., Professor/Program Director UW Dept. of Surgery) · (Page 1)

Case: 1:12-cv-08733 Document #: 50-6 Filed: 02/04/14 Page 31 of 34 PageID #:1261

3+3 Combined/Coordinated (Advanced)

## UW Medicine
### SCHOOL OF MEDICINE

August 30, 2010

**Karen D. Horvath, MD, FACS**

*Professor of Surgery*
*Residency Program Director*

RE:  Maria Alexandra Artunduaga, M.D.
     AAMC # 12357098

University of Washington Medical Center
1959 NE Pacific Street, Box 356410
Seattle, WA  98195-6410
Surgical Education Office 206-543-3687
Academic Office 206-543-2241
Fax: 206-543-8136
Paging Operator 206-598-6190
Patient Care Coord. (Inna) 206-598-9459
*khorvath@uw.edu*

**Dr. Artunduaga has waived her right to view this letter**

Dear Program Director,

Dr. Maria Artunduaga has just completed our eight week sub-I Program for International Medical graduates. This program was designed to choose highly selected international medical graduates and allow them to work in our program and be evaluated as a clinical clerk with 4th year medical student responsibilities. Our ultimate goal for this program is to select physicians that will excel in U.S. training programs. We ask these sub-I's to focus mostly on ward care, ICU patient care, and clinic care. This allows them to learn our system of practice in a U.S. University hospital. Maria successfully completed this sub-I during July and August 2010.

Dr. Artunduaga was educated at the Pontificia Universidad Javeriana Medical School in Bogota, Colombia. During medical school, she excelled in her academic achievements and co-founded the first Colombian Association for Medical Students. During her last year of medical school, she was chosen to finish her studies in the U.S. In 2007, she joined the Seidman laboratory at Harvard Medical School as a postdoctoral research fellow and has won a number of awards including two first prizes in basic science research from the American Society of Pediatric Otolaryngology, a fellowship from the American Association of University Women and a candidacy for permanent residency in the United States as a researcher of extraordinary ability. Her work has resulted in publications in *The New England Journal of Medicine*, *Nature Genetics* and *The Journal of Pediatrics*. Maria's ultimate goal is to become an academic craniofacial plastic surgeon to be able to return to Colombia to lead a center for research and treatment of craniofacial anomalies.

Dr. Artunduaga expressive and receptive English is excellent. She is extremely bright with a good fund of knowledge. She is completely self-motivated, takes initiative and is responsive to feedback. Her patient work-ups and clinic presentations were organized and thorough and her data synthesis abilities were good and improved over time. She was responsible and dependable and she participated in the team. Maria is very pleasant and did not have any attitude or interpersonal problems. She is appropriately assertive in her patient care and takes ownership of the patient. Her clinical performance is at the level of a good 4th year medical student level. I think the best word to describe Maria is 'fortitude'. She is driven to accomplish her goals and succeed.

## UNIVERSITY OF WASHINGTON

UCMC00001983

University of Chicago Plastic and Reconstructive Surgery          Artunduaga, Maria Alexandra (12357098); LoR - 004 (Karen D. Horvath, M.D.,
Case: 1:12-cv-08733 Document #: 50-6 Filed: 02/04/14 Page Director, UW Page 37 of 61 PageID #:(Page 2)
3+3 Combined/Coordinated (Advanced)

Dr. Maria Artunduaga left our eight week program as a VERY GOOD candidate for a preliminary or categorical position in general surgery. With a little time and more experience I anticipate that she would quickly advance to the level of an EXCELLENT resident.

Sincerely,

Karen D. Horvath, MD, FACS
Professor of Surgery
Residency Program Director

UNIVERSITY OF WASHINGTON

UCMC00001984

University of Chicago Plastic and Reconstructive Surgery    AAMC ID #: Maria Artunduaga (12357098) 3+3 005 (Ernest Benjamin, M.D., Chief,
Case 1:12-cv-06073 Document #: 50 Filed: 02/04/14    Division of Surgical Critical Care, MSMC) - (Page 1)
3+3 Combined/Coordinated (Advanced)



MOUNT SINAI
SCHOOL OF
MEDICINE

**Ernest Benjamin, M.D. Division Chief**
Director, Surgical ICU

**John M. Oropello, M.D.**
Co-Director, Surgical Intensive Care Unit
Co-Director, Neurosurgical Intensive Care Unit
Director, Critical Care Medicine Fellowship

**Andrew B. Leibowitz, M.D.**
Co-Director, Surgical Intensive Care Unit
Director, Surgical Nutrition Support Service

**Anthony Manasia, M.D.**
Assistant Director, Surgical Intensive Care Unit
Director, Critical Care Research

**Roopa Kohli-Seth, M.D.**
Director, Medical Education
Director, Central Venous Access Service

**Adel Bassily-Marcus, M.D.**
Director, Critical Care Consultation Service

**Division of Critical Care Medicine**
**Department of Surgery**

One Gustave L. Levy Place
Box 1264
New York, NY 10029-6574

Tel: (212) 241-8867
Fax: (212) 860-3669

October 18, 2010

Re: Maria Alexandra Artunduaga, MD
AAMC ID # 12357098

It is with great pleasure that I write this letter on behalf of Dr. Maria Alexandra Artunduaga Buitrago. I have known Dr Artunduaga for over seven years - I met her first during her rotation in the Surgical ICU at the Mount Sinai Medical Center, New York when she was a final year medical student from Pontificia Universidad Javeriana Medical School in Colombia. My direct observation in a very busy and demanding ICU setting convinced me that Maria Alexandra was one of the very best medical students that have rotated in our ICU.

Dr Artunduaga is extremely bright, inquisitive and always eager to further her medical experience at every opportunity. She was an active participant in medical rounds and she was always very knowledgeable regarding the conditions of her patients and the relevant literature. During her rotation, Maria Alexandra always took the initiative when it came to academic events and asked if she could give a presentation on a critical care topic. She was assigned "Thrombotic Thrombocytopenic Purpura" to review and she gave an outstanding talk to our entire group of faculty, housestaff and medical students. The material was well-researched and concisely presented.

Dr. Artunduaga is a very pleasant, congenial and well-rounded person who relates very well with everyone. Her appealing personality made her universally liked by patients and their families and her fluency in English and Spanish made her a very important member of the medical team. I remember how she managed to help the faculty, residents and nurses with translating and maintain correct patient care during the Northeast blackout of 2003. Once she realized that there was no power to keep the ventilators on for many hours, she was one of the first to assist in organizing the medical teams needed to maintain patient safety.

While she was at Mount Sinai she also did a one month rotation in the General Surgery department. Although I did not observe her clinical performance, there I do know that she served as a sub-intern on a very vigorous surgical service. Her evaluations in all points were excellent.

Maria spent three years working as an emergency physician in her home country before returning to the United States to join one of the most prominent genetics laboratories in the nation. Her research focus was on discovering the genetic basis of microtia, or ear malformations. Although I did not observe her directly during her year, I have been told that her

UCMC00001985

PIs were impressed by her fund of knowledge and quick learning of new techniques and methodology. She has made significant inroads into the etiology of this disease and has co-authored publications in The New England Journal of Medicine, Nature Genetics, the Journal of Pediatrics and two book chapters.

Recently, I have been in contact with Maria as she made her decision to seek additional postgraduate training in the US. I am confident she will be an excellent surgeon, and I believe that she is a most outstanding applicant for your residency program. She has the necessary work ethic, the clinical knowledge and a real commitment to her academia work.

In summary, Dr. Maria Alexandra Artunduaga is an outstanding applicant for your program. She has the work ethic, personal standards, research background, enthusiasm for academics, and the true interest in science. I am so pleased that she chose a surgical specialty for her future training. I think she will be a superb asset to your program, and it is my pleasure to recommend her unreservedly

Please do not hesitate to contact me if you should need any further information.

Sincerely,

Ernest Benjamin M.D.
Professor of Anesthesiology and Surgery
Chief, Division of Surgical Critical Care

UCMC00001986