# EXHIBIT K

**Litigation**

---

**From:** Maria Alexandra Artunduaga, M.D. <martunduaga@gmail.com>
**Sent:** Tuesday, June 19, 2012 10:55 AM
**To:** Ricardo Garcia; Antonio Copete
**Subject:** fraud e-mail

Hi Madeleine and Alejandro,

I recently came across with the following article, and I realize that we might have something very interesting to add to my case.



http://articles.chicagotribune.com/2010-07-08/business/ct-biz-0708-berger-rush--20100708_1_whistle-blower-rush-surgeon-rush-university-medical-center

As you know, I am new to the American Health Care System, since the beginning of my residency I made questions regarding insurance coverage and the way how UCMC runs its protocols. When I witnessed Dr. Song running two rooms simultaneously, performing "time-outs" over the phone instead of being present in the operating room, or letting senior residents perform complete surgeries without scrubbing into the case, I found it disturbing. I voiced my opinion to some of my peers, including my PRS co-intern Dr. Deana Shenaq, but the answer I got was "this is how we do it at U of C", therefore I didn't take any action upon my observations.

Connecting the dots, Dr. Song did mention several times that I wasn't a "good fit to the hospital", I believed he was concerned about me whistle-blowing. This might explain why he wanted to keep me away from the hospital, perhaps to avoid me collecting evidence. I can have screenshots of the OR schedules that compromise him; this is also a unique trend in UCMC, I've never seen this practice done at other US hospitals.

Let me know what you think, and if we should explore this avenue.

--

Maria Alexandra Artunduaga, M.D.
Plastic & Reconstructive Surgery Resident
University of Chicago Medical Center

MA003675