# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO<br>MEDICAL CENTER and DR. DAVID SONG,<br>individually,<br><br>    Defendants. | No. 12 C 8733<br><br>Judge: James B. Zagel<br>Magistrate Judge: Sidney I. Schenkier |

## DEFENDANT UNIVERSITY OF CHICAGO MEDICAL CENTER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, The University of Chicago Medical Center ("UCMC"), by its attorneys, pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby request that Plaintiff, Dr. Maria Artunduaga, produce and permit UCMC to inspect and photocopy the following documents within thirty days (30) from the date hereof:

### DEFINITIONS AND INSTRUCTIONS

1. The term "you" means Dr. Maria Artunduaga.

2. The term "Complaint" means any amended complaint subsequently filed by Plaintiff in this case.

3. The term "document" means any written, graphic or recorded material of every kind and description, however produced or reproduced, whether draft or final, original or reproduction, signed or unsigned, and regardless of whether approved, signed, sent, received, redrafted or executed, prepared by or for, or in the possession, custody or control of Plaintiff, her attorneys or other persons acting on her behalf. Without limiting the foregoing, the term

"document" includes the following: correspondence, memoranda, electronic mail messages, text messages, instant messages, Facebook postings, blog posting, chat board postings, computer generated documents, documents maintained on computer or computer disk or tape, notes, jottings, books, records, reports, surveys, studies, analyses, projections, tapes, recordings, or transcriptions of verbal conversations or statements, however made, business forms, labels, papers and forms filed with courts or other governmental bodies, notices, messages, calendar or diary entries, charts, tabulations, statistical or information accumulation including all forms of computer storage and retrieval, transportation logs, appointment books, resolutions, minutes or informal memoranda of meetings, and copies of documents which are not identical duplicates of the originals (*e.g.*, because handwritten or "blind" notes appear thereon or are attached thereto) or material similar to any of the foregoing. The term "document" further includes any electronically stored information, including, but not limited to, magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or reproduction software); any "deleted" but recoverable files on said media; any electronic file fragments (files that have been deleted and partially overwritten with new data); and slack (data fragments stored randomly from random access memory on a hard drive during the normal operation of a computer [RAM slack] or residual data left on the hard drive after new data has overwritten some but not all of the previously stored data).

   4. The term "relating to" means consisting of, referring to, reflecting, supporting, contradicting, compromising or being in any way legally, logically, or factually connected with the matter discussed.

   5. The term "person" means natural persons, groups of natural persons acting as individuals, groups of natural persons acting in a collegial capacity (*e.g.*, as a committee, board

CHICAGO/#2399838.2

of directors, etc.), corporation, partnership, association, joint venture and any other incorporated or unincorporated business, governmental, public or social entity.

6. The term "communication" means all inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, telephone conversations, letters, notes, telegrams and all other forms of oral or written intercourse.

7. Wherever appropriate, the singular form of a word should be interpreted as a plural.

8. Wherever appropriate, the masculine form of a word should be interpreted as feminine.

9. "And" as well as "or" should be construed either disjunctively or conjunctively as necessary to bring within the scope of these Requests any documents which might otherwise be construed as outside its scope.

10. Unless another time period is specified, the documents requested herein are those prepared, written, sent and/or received through the current date.

11. In producing documents pursuant to these Requests, Plaintiff should state, by item number, the specific request(s) in response to which each document or group of documents is being produced.

12. If Plaintiff has no documents in her possession or control that are responsive to a particular request, she should so state in writing.

13. With respect to any document for which a privilege is asserted, identify each document by stating:

    a. The name, title and job or position of the document's author;

    b. The name, title and job or position of the document's sender;

  c.  The name, title and job or position of every person who received or saw the document or any of its copies;

  d.  The date of the document;

  e.  The physical description of the document, including size, length, typed or handwritten, etc.;

  f.  A brief description of the document's subject matter;

  g.  The basis for the privilege asserted; and

  h.  The name, title and job or positions of all persons on whose behalf the privilege is asserted.

## DOCUMENTS REQUESTED

1. All documents that were used in answering UCMC's First Set of Interrogatories, served on you contemporaneously herewith, or were identified in any of your answers to those interrogatories.

2. All documents you received from UCMC (or any of its employees or agents) relating to your appointment as a Resident at UCMC, including but not limited to any contracts, agreements, handbooks, policies, correspondence, memoranda, job descriptions, evaluations, training materials, performance improvement plans and disciplinary notices.

3. All documents relating to your appointment as a Resident at UCMC, including but not limited to any contracts, agreements, handbooks, policies, correspondence, memoranda, job descriptions, evaluations, training materials, performance improvement plans and disciplinary notices.

4. All documents relating to communications between you and UCMC (or any of its employees or agents) regarding your appointment as a Resident at UCMC.

5. All documents relating to all communications between or among you and any other person or entity relating to or regarding your appointment as a Resident at UCMC.

6. All documents containing statements of witnesses that relate in any way to the allegations of your Complaint.

7. All calendars, notebooks, journals diaries and other documents in which you made any notations concerning your appointment as a Resident at UCMC, that relate to any claims you have asserted against UCMC or that relate in any way to the allegations of your Complaint.

8. All documents relating to any judicial, administrative or arbitral proceeding that you have been involved in as a party or witness, including but not limited to any depositions or statements given during any such proceeding.

9. All documents relating to the allegations of your Complaint.

10. All affidavits or other recorded statements obtained from any person or witness which relate to any of your claims against UCMC.

11. All documents relating to your probation.

12. All documents relating to the nonrenewal of your appointment as a Resident at UCMC.

13. All resumes, letters of reference, applications, offer letters or other documents relating to any effort on your part to obtain appointment as a medical resident from January 1, 2012 to the present.

14. All resumes, letters of reference, applications, offer letters or other documents relating to any effort on your part to obtain employment from January 1, 2012 to the present.

15. All documents relating to any appointment as a medical resident you held after June 30, 2012.

16. All documents relating to any employment, including self-employment, you held after June 30, 2012.

17. All of your paycheck stubs, W-2 forms, 1099 forms, state and federal tax returns, unemployment insurance benefit payment receipts, disability benefits, workers' compensation payment receipts, Medicare, Medicaid and/or other public aid received for the period from June 30, 2012 to the present.

18. All documents relating to any period after June 30, 2012 when you were unable to work due to hospitalization or other medical treatment.

19. All documents relating to or supporting your alleged entitlement to damages or any other monetary relief sought including, without limitation, any calculations thereof.

20. All documents relating to your claim for back pay.

21. All documents relating to your claim for front pay.

22. All documents relating to your claim for compensatory damages.

23. All documents relating to your claim for punitive damages.

24. All documents relating to your efforts, if any, to mitigate your damages.

25. All documents produced or provided to, or received by you from, any federal state or local regulatory body, including but not limited to the Equal Employment Opportunity Commission, and any other federal or state civil rights agency or commission, relating to any allegation made in your Complaint.

26. All documents produced or provided to, or received by you from, the American Council for Graduate Medical Education.

27. All documents relating to you efforts to obtain appointment as a Medical resident from July 1, 2004 to June 21, 2011.

CHICAGO/#2399838.2

28. All documents relating to any employment, appointment, internship or fellowship you held or worked in from July 1, 2004 to June 21, 2011.

29. To the extent not produced in response to the foregoing requests, all documents that relate to or support your claims against UCMC and all documents identified in Plaintiff's Rule 26 Initial Disclosures.

These Document Requests shall be deemed continuing, and further supplemental responses shall be served upon counsel for UCMC from time to time if and when Plaintiff obtains additional documents related to these Document Requests.

Respectfully submitted,

THE UNIVERSITY OF CHICAGO MEDICAL

By: _____
One of Its Attorneys

Michael G. Cleveland
Andrea L. Lewis
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
+1 (312) 609-7500

Dated: December 26, 2012

-7-

CHICAGO/#2399838.2

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing DEFENDANT UNIVERSITY OF CHICAGO'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS to be served upon:

Alejandro Caffarelli
Madeline Kate Engel
Caffarelli & Siegel Ltd
Two Prudential Plaza
180 North Stetson, #3150
Chicago, Illinois 60601

by E-mail and U.S. Mail on December 26, 2012.

Michael G. Cleveland

CHICAGO/#2399838.2