# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF CHICAGO MEDICAL CENTER and DR. DAVID SONG, individually, <br><br> Defendants. | No. 12 C 8733 <br><br> Judge James B. Zagel <br> Magistrate Judge Sidney I. Schenkier |

## AFFIDAVIT OF JOHN W. FISCHER, IV

John W. Fischer, IV, being first duly sworn on oath deposes and says:

1. I am employed as an eDiscovery Project Manager by the law firm of Vedder Price P.C., which represents Defendant The University of Chicago Medical Center in this lawsuit.

2. I have been responsible for managing the electronic discovery in this case and make this Affidavit based on my own personal knowledge.

3. Original counsel and counsel for UCMC agreed that the mailboxes of 15 custodians for the period June 1, 2011 to March 13, 2103 would be searched using agreed upon search terms. The custodians were: Jonathan Rothstein, Akilah Williams and Drs. Nora Jasjkowiak, Yolanda Becker, Kevin Roggin, Mark Ferguson, Eric Grossman, David Song, Julie Park, Sara Dickie, Justine Lee, John Seal, Konstanin Umanskiy, Edward Kaplan and Peter Angelos. The search terms were: Maria, Alexandra, Artunduaga, MAA, M.A.A., MA, M.A., accent, communication, culture, cultural, Hispanic, Latino/a, Colombia, Columbia and schedule.

4. UCMC contracted with a third party vendor to collect the information from UCMC's servers and to host the data so the data could be searched for documents containing the agreed upon search terms. From the 15 custodians, 896,753 documents were collected.

CHICAGO/#2539642.2

Searching those documents using the agreed-upon search terms resulted in 236,748 hits. The cost of this process, paid entirely by UCMC, was $43,260.65.

5. UCMC then contracted with a different third party vendor for contract attorneys to review the 236,748 documents for responsiveness to Plaintiff's document requests and for privilege. As a result, 4,451 documents (comprising 14,664 pages) were produced to Plaintiff, 103 of which contained redactions for privilege; privilege was claimed as to the entirety of an additional 692 documents. The cost of this process to date, paid entirely by UCMC, was $181,826.41, resulting in a total $225,087.06.

FURTHER AFFIANT SAYETH NOT

_____
JOHN W. FISCHER, IV

SUBSCRIBED AND SWORN TO
before me this ____ day of February
2014

_____
NOTARY PUBLIC

OFFICIAL SEAL
ELDA CAPILLA
Notary Public, State of Illinois
My Commission Expires
May 30, 2015

2

CHICAGO/#2539642.2