IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. MARIA ARTUNDUAGA,

        Plaintiff,

v.

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER,

        Defendant.

No. 12 C 8733

Judge James B. Zagel
Magistrate Judge Sidney I. Schenkier

**APPENDIX IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DOCUMENT**                                        **TAB**

### DECLARATIONS[1]

Becker, Dr. Yolanda ................................................................................1
Curell, Krista..........................................................................................2
Kamin, Barry...........................................................................................3
Naclerio, Dr. Robert................................................................................4
Park, Dr. Julie ........................................................................................5
Posner, Dr. Mitchell................................................................................6
Roggin, Dr. Kevin....................................................................................7
Song, Dr. David .......................................................................................8

### DEPOSITION TRANSCRIPTS AND EXHIBITS[2]

Angelos, Dr. Peter....................................................................................9
   Dep. Exhibit  4
   Dep. Exhibit 5

---

[1]  Includes exhibits thereto.
[2]  Cited exhibits only.

| **DOCUMENT** | **TAB** |
|---|---|
| Artunduaga, Dr. Maria | 10 |
| Dep. Exhibit 12 | |
| Dep. Exhibit 15 | |
| Dep. Exhibit 17 | |
| Dep. Exhibit 18 | |
| Dep. Exhibit 19 | |
| Dep. Exhibit 20 | |
| Dep. Exhibit 28 | |
| Dep. Exhibit 35 | |
| Dep. Exhibit 36 | |
| Dep. Exhibit 46 | |
| Dickie, Dr. Sara | 11 |
| Dep. Exhibit 2 | |
| Dep. Exhibit 3 | |
| Dep. Exhibit 9 | |
| Dep. Exhibit 10 | |
| Dep. Exhibit 12 | |
| Ferguson, Dr. Mark | 12 |
| Dep. Exhibit 5 | |
| Dep. Exhibit 6 | |
| Fleming, Dr. Irma | 13 |
| Dep. Exhibit 7 | |
| Garcia, Ricardo | 14 |
| Dep. Exhibit 12 | |
| Grossman, Dr. Eric | 15 |
| Dep. Exhibit 1 | |
| Dep. Exhibit 11 | |
| Dep. Exhibit 13 | |
| Jaskowiak, Dr. Nora | 16 |
| Dep. Exhibit 2 | |
| Dep. Exhibit 6 | |
| Dep. Exhibit 7 | |
| Dep. Exhibit 8 | |
| Dep. Exhibit 9 | |
| Dep. Exhibit 14 | |
| Kamin, Barry | 17 |

**DOCUMENT**                                                                          **TAB**

Kaplan, Dr. Edwin ...................................................................................................18
   Dep. Exhibit 7
   Dep. Exhibit 11
   Dep. Exhibit 16

Song, Dr. David .......................................................................................................19
   Dep. Exhibit 2
   Dep. Exhibit 8

Umanskiy, Dr. Konstantin ......................................................................................20
   Dep. Exhibit 2
   Dep. Exhibit 6
   Dep. Exhibit 7
   Dep. Exhibit 8

## OTHER

*Dr. Maria Artunduaga vs. The University of Chicago Medical Center and Dr. David Song*, Case
No. 2014-L-008678, Verified First Amended Complaint ..........................................21
Defendant's Ans. and Objs. to Pltf's First Set of Interrogs .......................................22

## UNPUBLISHED CASES

*Tseng v. Florida A &M Univ.*, 2010 U.S. App. LEXIS 10909 (11th Cir. 1:09-cv -15297)
(May 27, 2010)..........................................................................................................23
*Nayak v. St. Vincent Hosp. and Health Care Cntr.*, 2014 U.S. Dist. LEXIS 71379, *32
(S.D. Ind. 1:12-cv-00817) (May 22, 2014).............................................................24
*Liu v. County of Cook*, 2014 U.S. Dist. LEXIS 27163, *16 (N.D. Ill. 1:10-cv-6544)
(March 3, 2014) ........................................................................................................25
*Prasad v. Acxiom Corp.*, 2013 U.S. Dist. LEXIS 82237, *13-14 (N.D. Ill. 1:10-cv-5954)
(June 12, 2013) .........................................................................................................26
*Bertucci's Corp.*, 2006 U.S. Dist. LEXIS 92726, *11-12 (D. Conn. 3:05-cv-756)
(Dec. 20, 2006) .........................................................................................................27

Dated:  <u>February 20, 2015</u>

Respectfully submitted,

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER


By:   <u>s/ Michael G. Cleveland</u>

One of Its Attorneys

Michael G. Cleveland
Andrew Oppenheimer
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
+1 (312) 609-7500

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that he caused copies of the foregoing APPENDIX IN

SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT to be served upon:

Jamie S. Franklin
The Franklin Law Firm LLC
53 W. Jackson Boulevard, Suite 803
Chicago, IL 60604
jsf@thefranklinlawfirm.com

by U.S. Mail  on February 20, 2015.


s/ Michael G. Cleveland
Michael G. Cleveland