# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. MARIA ARTUNDUAGA,

       Plaintiff,

v.

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER,

       Defendant.

No. 12 C 8733

Judge James B. Zagel
Magistrate Judge Sidney I. Schenkier

## DECLARATION OF DR. YOLANDA BECKER, M.D.

I, Dr. Yolanda Becker, M.D., declare under penalty of perjury under the laws of the
United States and the State of Illinois as follows:

1.     I have personal knowledge of the facts set forth below.

2.     I am over the age of 18 and a resident of the State of Illinois.

3.     I was born in the United States.

4.     I attended medical school at Johns Hopkins University and graduated in 1990. I
did my internship and residency at Vanderbilt University Medical Center from 1990 to 1997
(including two years of medical research).

5.     After my residency, I did a fellowship in transplant surgery at the University of
Wisconsin Hospitals and Clinics in Madison, Wisconsin from 1997 to 1999.

6.     During that same period of time. I did a two-year fellowship in surgical education
research at the Association for Surgical Education.

7.     From 1999 to July 2010, I was an Attending Physician at the University of
Wisconsin Hospitals and Clinics in Madison, Wisconsin

8.     I joined the University of Chicago Medical Center as an Attending Physician in the Section of Transplant Surgery, Professor of Surgery and Director of UCMC's Kidney and Pancreas Program in August 2010. I have held those positions ever since.

9.     As of the end of the 2011 – 2012 academic year, I had 15 years of experience as a medical educator.

10.     I met Dr. Maria Artunduaga when she rotated to the Transplant service in February 2012. Prior to her coming on the service, I had no information about her performance and did not know she was on probation.

11.     I worked with Dr. Artunduaga for one week in the month of February. On February 21, 2012, I submitted my evaluation of her performance on the service. A copy of my evaluation is Exhibit A. I did not learn that she was on probation until after I had submitted my evaluation of her.

12.     On February 23, 2012, I received an email from Dr. Artunduaga thanking me for the "wonderful time" she had on the rotation and requesting that I get input from Dr. Irma Fleming and Dr. Dolamu Olaitin before I completed her evaluation. At the time, Dr. Fleming was a third year General Surgery resident and Dr. Olaitin was the Transplant Fellow. In her email, Dr. Artunduaga informed me that she was on probation because she was not performing at the level of a plastic surgery resident, that Dr. Song would be taking my evaluation into account and asked for my help. I responded by telling her that I had already spoken to the relevant people. These emails are contained in Exhibit B.

13.     On Saturday February 25, 2012, Dr. Artunduaga cornered me in a room off the ICU. She accused me of lying in her evaluation and being a terrible person. She accused me of trying to get her fired. I told her that I had evaluated her as I do all other residents. I eventually was able to extricate myself. It was one of the most uncomfortable conversations I have ever had with a medical student or resident.

14.     On Sunday February 26, 2012, I sent an email to Dr. David Song and Dr. Julie Park stating that Dr. Artunduaga wanted to appeal my evaluation. Later that day or the next day, I phoned Dr. Park. I told Dr. Park about how Dr. Artunduaga had confronted me and had

-2-

implied that I did not know how to evaluate residents. I also told her that I felt that Dr. Artunduaga was trying to play on my sympathies to get me to change the evaluation. I told Dr. Park that I had evaluated Dr. Artunduaga in the same manner I did other residents. Dr. Park apologized to me for Dr. Artunduaga's conduct on behalf of the PRS section. Dr. Park sent me a follow up email on February 27. It is also contained in Exhibit B.

15.     I tend to be an easy grader in evaluating residents. My evaluation of Dr. Artunduaga was actually generous toward her. She was one of the worst residents I have ever encountered. While she tried hard, my opinion was that she was not cut out to be a surgeon and not likely to become a competent one. Dr. Artunduaga lacked medical knowledge and was a danger to patients. She was responsible for two incidents that could have resulted in significant patient harm had they not been caught. In the first incident, she told me that she had ordered critical medicine for a patients, as I had directed, but in fact she had not. In the second, I discovered that she had not ordered critical medication for a different patient, even though I had told her to. From these incidents, I decided that Dr. Artunduaga could not be relied upon and could not be trusted to tell the truth.

16.     Dr. Artunduaga speaks fluent English.

17.     At no time did Dr. Artunduaga complain to me that she was being harassed or discriminated against because she was from Colombia or that she was being retaliated against because she had complained about discrimination or harassment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _Feb 18th_, 2015                        By: _____
                                                     Dr. Yolanda Becker, M.D.

CHICAGO/#2609225.2

# EXHIBIT A

New Innovations RMS Evaluations                                      **Page 1 of 4**



DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Transplant**
2/1/2012 to 2/29/2012

| Evaluator |
|---|
| **Yoland Tai Becker** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ☑ | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ☑ | O | O |

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ☑ | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ☑ | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ☑ | O | O |

### Operative Skills

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ☑ | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ☑ |

### Personal Attributes/Professionalism

Ethical, honest, reliable

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | ☑ | O | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ☑ | O | O | O |



**UCMC00000977**

## New Innovations RMS Evaluations

Page 2 of 4

**Relations with Others/Communication Skills**

With patients and families

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

With other healthcare professionals

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

Documentation of practice activities

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

**Teaching Abilities**

Teaches other residents/students effectively

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|-----------|----------|-----------|------|---------------|-----------|---------|
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

Tracking M&M's/presentation quality

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

Critiques personal practice outcomes

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

**System-Based Practice**

Practices cost-effective patient care

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|-----------|----------|-----------|------|---------------|-----------|---------|
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ |

Demonstrated knowledge of risk-benefit analysis

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

Demonstrates understanding of role of specialist in overall patient management

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

---

**Overall Comments:**
My interaction with Maria was limited to one week on service. She should work toward more timely documentation. Maria should also work to build her clinical fund of knowledge. She has difficulty applying knowledge to a clinical situation and seemed easily overwhelmed. Strong mentorship and tutoring will likely help as Maria is certainly making a good effort.

Evaluation Submitted on 2/21/2012 4:26:47 PM EST.

---

UCMC00000978



# EXHIBIT B

## Park, Julie [BSD] - SUR

From:           Park, Julie [BSD] - SUR
Sent:           Monday, February 27, 2012 12:10 AM
To:             Becker, Yolanda [BSD] - SUR; Song, David [BSD] - SUR
Subject:        RE: Evaluation

Dear Dr. Becker,

Thank you for taking the time to evaluate our residents who rotate on your service, and for
your evaluation of Dr. Artunduaga and the follow-up clarification. It is important to us
that her evaluations are made in the same manner as they would be for any other resident
rotating on service. As long as you feel that you have used the same criteria with her as
for others, then your evaluation is appropriate. We appreciate the time and effort you put
into teaching our residents.

Sincerely,
Julie Park


-----Original Message-----
From: Becker, Yolanda [BSD] - SUR
Sent: Sun 2/26/2012 8:37 AM
To: Song, David [BSD] - SUR; Park, Julie [BSD] - SUR
Cc: Artunduaga, Maria [BSD] - SUR
Subject: FW: Evaluation

Dear Dr. Park and Dr. Song
Maria Artunduaga would like to appeal my evaluation. As I noted in the e*value system, I
rounded with Maria for one week. She feels that I should have marked ªN/Aª in several areas
where she feels she was not directly observed.
I had received informal feedback from the resident on our service and the NPªs because of a
few clinical situations that arose during my week on service. I observed interactions with
others including our fellow and had discussions with other attendings and that is how my
evaluation was derived.
Dr. Artunduaga feels that this is inadequate and is dissatisfied because my conversations
with Dr. Fleming and Dr. Olaitan were more informal or based on observation. In addition, her
specific request did not come in a timely fashion. Apparently, in further conversations, Dr.
Artunduagaªs performance inporved over the last week. However, I was not on service and could
not incorporate this into my evaluation.
I told her this morning that I would send you an e-mail and cc her to represent her concerns.
I am certainly glad for you to disregard my evaluation if you feel that is most appropriate.
Please feel free to contact me.

Regards,
Yolanda


--
Yolanda T. Becker, M.D., F.A.C.S.
Professor of Surgery
Director, Kidney and Pancreas Transplant Program Surgical Director, Perioperative Services

University of Chicago Medical Center
41 S. Maryland Avenue
MC 5027, Suite J-517

1

UCMC00000880

Chicago, IL 60637

Phone: 773-834-4601 Fax: 773-702-2126
Pager: #0672, DD: 773-652-0292

------ Forwarded Message
From: Yolanda Becker <ybecker@surgery.bsd.uchicago.edu>
Date: Thu, 23 Feb 2012 17:10:23 -0600
To: "Artunduaga, Maria [UCH]" <Maria.Artunduaga@uchospitals.edu>
Conversation: Evaluation
Subject: Re: Evaluation

I have already spoken with the relevant people. I'm glad you had a good time on our rotation.
YTB


On 2/23/12 1:26 PM, "Artunduaga, Maria [UCH]"
<Maria.Artunduaga@uchospitals.edu> wrote:

> Dear Dr. Becker,
>
> Although my month isn't over yet, I wanted to thank you for a
> wonderful rotation, I've learned a great deal from you and the other
> members of the team. It was a delight to be part of the transplant team.
>
> Also, I was wondering if you could get some input from Dolamu and Irma
> before completing my evaluation. Last year, my program director (Dr.
> David Song) decided to put me on probation because I was not
> performing at the level of a Plastic Surgery resident. He is going to
> take into account your evaluation; therefore I am trying to get a fair assessment of my
> skills.
>
> I think I have done a decent job; I would really appreciate your help
> on this regard.
>
> Thank you in advance,
>
> -M
>
>
> MARIA ALEXANDRA ARTUNDUAGA, M.D.
> Physician Resident
> Plastic and Reconstructive Surgery
> The University of Chicago Biological Sciences
> 5841 S. Maryland Ave. Rm J-641, MC 6035 Chicago, IL 60637, USA
> Maria.Artunduaga@uchospitals.edu
> Cell: (617) 999-3735
> Pager: (773) 652-1363 (#3394)
> Website: http://martunduaga.com <http://martunduaga.com>
>
>
>
>
> ***********************************************************************
> ********
> **

2

UCMC00000881