# TAB 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER,<br><br>   Defendant. | No. 12 C 8733<br><br>Judge James B. Zagel<br>Magistrate Judge Sidney I. Schenkier |

## DECLARATION OF DR. ROBERT M. NACLERIO, M.D.

I, Dr. Robert M. Naclerio M.D., declare under penalty of perjury under the laws of the United States and the State of Illinois as follows:

1.  I have personal knowledge of the facts set forth below.

2.  I am over the age of 18 and a resident of the State of Illinois.

3.  I was born in the United States.

4.  I attended medical school at Baylor College of Medicine from 1972 to 1976. I did my residency in General Surgery at Johns Hopkins Hospital from 1976 to 1978. I did my residency in Otolaryngology at Baylor College of Medicine from 1978 to 1980 and from 1982 to 1983. I was a Fellow in the Clinical Immunology Division of Johns Hopkins University School of Medicine from 1980 to 1982. From 1983 to 1994, I practiced medicine at Johns Hopkins Hospital and held academic appointments at Johns Hopkins University School of Medicine.

5.  In 1994, I joined the University of Chicago Medical Center as an Attending Physician in the Section of Otolaryngology, Section Chief of that Section and Professor of Surgery. I have held those positions ever since.

6. Since 1994, I have been Program Director of the Otolaryngology residency program.

7. During the time I have been Otolaryngology Program Director, decisions relating to the selection, appointment, discipline, remediation, probation, and contract renewal of residents in the Plastic and Reconstructive Surgery ("PRS") were made and carried out by the PRS program. I did not make or carry out and was not responsible for such decisions for PRS residents. Likewise, the PRS section did not make or carry out and was not responsible for such decisions for residents in the Otolaryngology residency program.

8. I was not responsible for determining whether Dr. Maria Artunduaga was making adequate progress in the PRS program or in the decisions to place Dr. Artunduaga on probation and not to offer her a second year residency contract.

9. Dr. David Song did not make or carry out and was not responsible for decisions relating to the selection, appointment, discipline, remediation, probation or contract renewal of Dr. Jonathan Lusardi, a Resident in the Otolaryngology residency program.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2015        By: _____
                                    Dr. Robert M. Naclerio, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, | |
| Plaintiff, | |
| v. | No. 12 C 8733 |
| | Judge James B. Zagel |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, | Magistrate Judge Sidney I. Schenkier |
| Defendant. | |

**APPENDIX IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# VOLUME II