# TAB 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. MARIA ARTUNDUAGA,

     Plaintiff,

v.

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER,

     Defendant.

No. 12 C 8733

Judge James B. Zagel
Magistrate Judge Sidney I. Schenkier

## DECLARATION OF DR. JULIE PARK, M.D.

I, Dr. Julie Park, M.D., declare under penalty of perjury under the laws of the United States and the State of Illinois as follows:

1.     I have personal knowledge of the facts set forth below.

2.     I am over the age of 18 and a resident of the State of Illinois.

3.     I was born in the United States.

4.     I attended medical school and did my internship and residency at Johns Hopkins University from June 1999 to June 2007 (including two years for medical research). After completing my residency, I did a fellowship in microsurgical breast and aesthetic surgery at Mercy Medical Center in Baltimore, Maryland from July 2007 to November 2007. I was an attending physician at Mercy Medical Center from November 2007 to June 2008.

5.     I joined the University of Chicago Medical Center as an Attending Physician in the Section of Plastic and Reconstructive Surgery ("PRS") and Assistant Professor of Surgery in July 2008. I have held those positions ever since.

6. In November 2011, I became Associate Program Director of the PRS residency program. In November 2013, I became Program Director of the PRS residency program.

7. As of the end of the 2011 – 2012 academic year, I had four years of experience as a medical educator.

8. I met Dr. Maria Artunduaga when she interviewed on campus for a first year resident position in the PRS program for the 2011-2012 academic year. Prior to interviewing her, from materials she submitted in connection with her application, I learned that she had been born in Colombia and attended medical school there. By interviewing her, I learned that she speaks English with a Spanish accent.

9. I attended the PRS meeting in January 2011 at which the PRS attendings and residents who had participated in interviews ranked candidates for the next year's residency program for submission to the national medical student match. I personally thought she was a top tier candidate.

10. I had little direct exposure to Dr. Artunduaga when she worked on the PRS service in October 2011.

11. Dr. David Song, PRS section chief and Program Director at the time, asked me to attend a meeting that he had with Dr. Artunduaga on November 2, 2011. Akilah Williams, Coordinator for the PRS residency program, attended as well. At the meeting, Dr. Song told Dr. Artunduaga that she could resign from the program or would be put on probation. She said she wanted probation. Both Dr. Song and I told her that we strongly felt she should look at other residencies in medicine and offered to help her find a new position if she wanted to pursue a new career path. Dr. Song gave her 24 hours to reconsider her decision to accept probation.

12. After Dr. Artunduaga decided to stick with her decision to go on probation rather than leave the program, Dr. Song asked me to serve as her mentor during her probationary period. I agreed to do so.

13. During the probationary period, I met with Dr. Artunduaga on November 28, 2011 and January 3, 10, 18 and 25, February 6, 13 and 28 and March 5, 12 and 28, 2012. No

-2-

meetings took place in December because Dr. Artunduaga was on vacation that entire month. We were to have met on February 20, 2012 as well, but Dr. Artunduaga canceled the meeting. I offered multiple times to reschedule that meeting but without success.

14.     To be able to provide Dr. Artunduaga current feedback on her performance during her probation, I developed an evaluation form to be sent weekly to other Residents, Fellows, Physician Assistants and Nurses with whom she worked. The form was based on the goals of the probationary period. Exhibit A is a sample of the form I developed. I told Dr. Artunduaga that the form was intended to help me help her and that the decision of whether she successfully completed her probation would be based on the same performance criteria that apply to all residents.

15.     In the meetings I had with Dr. Artunduaga during her probationary period, I reviewed with her any evaluations submitted by Attendings, the weekly performance reviews submitted by the other members of the patient care team and any other information that came to my attention regarding her performance. I provided her my assessment of her performance, offered her suggestions about how she could improve and addressed any issues she raised.

16.     Akilah Williams attended all of the meetings I had with Dr. Artunduaga during the probationary period. At the end of each meeting, Ms. Williams and I gave Dr. Artunduaga a document to sign confirming that I had reviewed her performance with her. Copies of all of those forms, signed by Dr. Artunduaga, are Exhibit B.

17.     Ms. Williams kept notes during each of the meetings, which she subsequently typed. The notes were not provided to Dr. Artunduaga during the probationary period. Exhibit C is a copy of Ms. Williams' notes. They are an accurate summary of what took place at each of the meetings.

18.     Dr. Song told me that he did not want to be perceived as biasing Dr. Artunduaga's evaluations during her probationary period and asked me not to provide him any information on her performance during that time. I did not provide him any such information.

19.     On January 26, 2012, Dr. Artunduaga emailed me that Dr. Nora Jaskowiak had complained that Dr. Artunduaga had improperly prescribed an antibiotic to a patient. Dr.

-3-

Artunduaga's email is Exhibit D. I discussed what had happened with Dr. Artunduaga and urged her to send Dr. Jaskowiak an appropriate apology. Dr. Artunduaga did not send her apology until February 9, 2012 and only after I had to urge her repeatedly to send it. Dr. Artunduaga's email to Dr. Jaskowiak and Dr. Jaskowiak's response to it is Exhibit E.

20.     On February 24, 2012, I saw an email from Dr. Artunduaga to Dr. Song in which she wrote that I had said it was "OK" for her to exceed the monthly 80 hour per week average standard for residents set by the Accreditation Counsel for Graduate Medical Education. I did not tell Dr. Artunduaga any such thing; as I emailed her later that same day, what I said was that it was okay for her to go a few hours over in one week of the month because she could make it up by working less hours per week in the rest of the month. At our next weekly meeting, I told Dr. Artunduaga that I was concerned that she had not gotten my point when we discussed her potentially being over hours, which was that she needed to and could easily make up the difference in the remainder of the month. She told me that she had understood it. I then showed her the February 24, 2012 email to Dr. Song in which she wrote that I had "Ok'd" her exceeding the monthly 80 hour per week average. She responded that she "should not have done that." From this, I concluded that she was either lying to me about having understood my point or was lying to Dr. Song about what I had told her. Copies of the emails referred to are Exhibit F.

21.     Also, on February 24, 2012, Dr. Artunduaga emailed me complaining that the evaluation of her performance completed by Transplant Attending Dr. Yolanda Becker was unfair. I responded to her that I would talk to Dr. Becker to be sure that she had evaluated Dr. Artunduaga in the same fashion as she did other residents. Copies of these emails are Exhibit G. On February 26, 2012, Dr. Becker emailed me that Dr. Artunduaga had asked her to reconsider the evaluation. I then spoke with Dr. Becker, who told me that she had evaluated Dr. Artunduaga in the same manner she did other residents. Dr. Becker told me that Dr. Artunduaga had implied that she did not know how to evaluate residents and had tried to use the probation to play on Dr. Becker's sympathies and get her to change the evaluation. I regarded Dr. Artunduaga's conduct as unprofessional and apologized to Dr. Becker on behalf of the section. I sent Dr. Becker an email as well. It is Exhibit H. At our next weekly meeting, I told Dr. Artunduaga that what she had done was inappropriate, but she did not seem to understand that it was.

22. During Dr. Artunduaga's probation, based on a report I received from senior PRS Resident Dr. Grant Kleiber, I spoke with Physician Assistant Christine Trotter, who works on the Transplant service. She is one of the medical team members who received weekly evaluations to complete regarding Dr. Artunduaga. Ms. Trotter told me that she had been approached by a senior surgeon and told that she should evaluate Dr. Artunduaga favorably because she had "discovered a gene and needed to be kept in the program." She told me that she felt pressured and was uncomfortable at being asked to evaluate Dr. Artunduaga in a specific way. I told Ms. Trotter that the PRS section was not dictating that Dr. Artunduaga be evaluated in any particular way and only wanted honest feedback.

23. Also during Dr. Artunduaga's probation, Dr. Christopher Skelly, the Chief of Vascular Surgery, told me that Dr. Artunduaga had spoken with Vascular Attendings in an attempt to obtain their sympathy and sway their evaluations. He told me that a very senior surgeon, whom he would not identify, had called him before she began on the service to encourage him to consider her in a positive light.

24. I prepared a letter to Dr. Song, dated March 14, 2012, summarizing Dr. Artunduaga's performance during her probation and my opinions regarding her performance and whether she should be continued in the program. A copy of the letter is Exhibit I. It truthfully and accurately summarizes my interactions with Dr. Artunduaga throughout the probationary period, including when I worked with her on the PRS service in March 2012.

25. I attended the March 26, 2012 meeting of the PRS section at which the PRS Attending Physicians voted not to offer Dr. Artunduaga a contract for a second year in the program. For the meeting, the Attendings received and reviewed a package of materials I put together regarding the probationary period, including my March 14, 2012 letter to Dr. Song, and a memo to the faculty submitted by Dr. Artunduaga. The package of materials is Exhibit J. Like all the other Attendings, I voted not to offer her the contract.

26. I began maternity leave on March 30, 2012, and had no further involvement in any matters regarding Dr. Artunduaga until I appeared at the May 16, 2012 grievance committee hearing.

27.     On March 20, 2012 Transplant Attending Physician Dr. Richard Thistlethwaite emailed me his evaluation of Dr. Artunduaga's performance on the Transplant rotation. Dr. Thistlethwaite's email is Exhibit K.

28.     Dr. Artunduaga speaks fluent English.

29.     At no time did Dr. Artunduaga complain to me that she was being harassed or discriminated against because she was from Colombia or that she was being retaliated against because she had complained about discrimination or harassment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _February 19_, 2015        By: _____
                                       Dr. Julie Park, M.D.

# EXHIBIT A

Weekly Evaluation of Maria Artunduaga, M.D.




**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/1/2012 to 2/8/2012

| Evaluator |
|---|
| **Christine Trotter** |
| Nurse |

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

    Yes                  **No**                  N/A
    ○                   ⊘                  ○

*Maria has improved on her ability to prioritize her week as the rotation has continued, but still needs work.*

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

Yes  No      **Shows Improvement**          Needs Help    N/A
○   ○             ⊘                ○      ○

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ⊘ | ○ | ○ | ○ | ○ |

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|



UCMC00000982



8 At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ⊘ | ○ | ○ |

In our patient population, immunosuppression is critical in safely providing for patient. We did have an incident where the proper immunosuppression was not ordered as well as subtherapeutic levels of these meds which could have caused patient safety issues. While this issue is the result of many people missing these things it was also not picked up by Maria. Since this incident I think she has been diligent in ensuring that these events do not happen again.

INTERPERSONAL AND COMMUNICATION SKILLS

FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

9 Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

10 Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.

Overall Comments:

Evaluation Submitted on 2/15/2012 10:45:34 AM EST.



UCMC00000983

# EXHIBIT B

November 28, 2011

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

María Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000818



January 3, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.



Akilah Williams

UCMC00000821



January 10, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams



January 18, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000825



January 25, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000827

February 8, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artuhduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000829



February 13, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000831



February 28, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.                                  Julie Park, M.D.

Akilah Williams

UCMC00000834

March 5, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000837

March 12, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.



Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000839

# **EXHIBIT C**



11/28/2011
Minutes from meeting with Dr. Maria Artunduaga.
Present: Maria Artunduaga, Julie Park, and Akilah Williams

- Dr. Park covered in detail the 7 page document that was typed by Maria, reviewing what Maria says happened with several patients
  - Patient #1
    - Maria rounded at 6am, it was determined that the patient was unstable
    - Blood transfusion did not begin until noon. Maria says that blood was not available due to the patient having antibodies that needed to be matched.
    - Maria spoke with Dan Butz and asked Dan to keep a close eye on the patient

Dr. Park suggests Maria develop better clinical insight and a sense of when a patient is making a turn for the worse. She should also document her efforts and calls with the blood bank Maria in trying to expedite the blood availability. While waiting for blood, in addition to crystalloid, 5% albumin could have been given. Other senior residents are also available to assist in any questions of patient management and assessing if the patient needed to be transferred to a higher level of care earlier. There also should always be appropriate continuity and transfer of care with the patient (referencing case with Libby Carlisle, PA, that Maria was pulled in to cover instead of being with the aforementioned patient)

  - Patient #2-Dr. Gottlieb patient

Dr. Park suggested that Maria identify the main problem with the patient. Dr. Park stressed that patient safety should come first and if Maria has first hand experience with an unstable patient that she should make sure the patient gets what is needed, and continue to follow up until the patient is stable irrespective of which intern usually rounds on a particular resident's patients. This is especially true if she has concerns about the effectiveness of her co-intern.

In regards to her co-intern, Maria stated that she felt co-intern was forgetting details because he was not writing things down. Dr. Park suggested that if Maria has identified specific problems with her co-resident, she can suggest ways to improve directly with her co-resident (ie, writing down a list of things that need to get done).

  - Patient 4

Regarding the patient that was sent home with the picc line, Dr. Park suggested that Maria not put off until later what she can do at the present time, especially since unexpected emergencies can arise on a surgical service.

- B Service
  - Instead of dropping what she is doing each time her fellow needed help to use EPIC, Maria could have improved her time management skills by planning ahead for the tasks she knew her fellow need help with. For example, brief op notes and postoperative orders could be entered into EPIC for the fellow so that the fellow





needed only to review and sign off of them. This would then not require Maria to leave clinic or her duties.

- Maria feels her main problem is communication and getting her point across. Dr. Park feels that Maria should gain a better understanding of the problems of each patient to make better assessments and that this will also help her understand the orders for the day

- Evaluations

  - o Maria stated she spoke with Dr. Ferguson and was familiar with his evaluation, and that she also went over his evaluation of her with Dr. Song
  - o Dr. Park discussed the evaluations of Drs. Carla Moreira and Eric Grossman and Kristy Todd, PA. It was again discussed that Maria should better identify what are the main problems and become better at verbalizing patient concerns.
  - o Dr. Park discussed the need for Maria to improve how she receives both positive and negative feedback. Dr. Park suggested some examples that could help her, such as acknowledging the comments before rushing into explaining her side of the story

- Perspectives-Maria has contacted Perspectives and they are supposed to be returning her call soon with information for a counselor that is near where she lives.



- On her current rotation (Thoracic Surgery), Maria feels she has not had the opportunity to showcase her work, and prove that she does not endanger patients. She has asked her current senior to let her do more work. Dr. Park suggested that when she starts her vascular rotation in January, she should let them know that she wants to prove herself and ask her seniors what she will be allowed to do to earn their trust.

- Next meeting will be January 3rd, 2012.

UCMC00000820



01/03/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria is on Vascular service for the month of January. She is working with Irma Fleming (PGY 3) and Michael Shao (fellow)
  - Maria's major duties will include managing the floor, seeing floor consults and attending clinic. She also spoke with the intern who was on Vascular last month to see how the service was run. Irma was very supportive and willing to help
  - After Maria rounds, sees floor consults and writes orders she should report back to Irma
  - Maria will carry around with her a few chapters to read in her down time
- Dr. Park suggested Maria perform the following when consulting a patient:
  - Define what is urgent/non-urgent/needs to be operated on. If there are questions, always err on the urgent side
  - Define why Vascular is being consulted
  - Think as a surgeon; show that she has assessed the situation
  - Look at the patient's blood flow
  - Obtain pulses
  - Find a Doppler
- Maria's clinical duties will include
  - Completing paperwork
  - Performing history and physicals
  - Familiarize herself with the proper anatomy
- Reviewed Evaluations
  - Carla Moreira, MD
  - Nirja Mehta
  - Amy Durkin
  - Mark Ferguson, MD
  - Wickii Vigneswaran, MD
    - Recurring theme—Maria has a lack of clinical knowledge, prioritization and communication
    - Maria should block out time with perspectives for counseling. This should be done as soon as possible



- Next meeting will be January 9th at 4:30pm, 2012

UCMC00000822



01/10/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria received better scores from her evaluators this week (Drs. Michael Shao and Irma Fleming)
- Maria feels her break in December left her feeling refreshed and that her attitude and communication have improved. She is reading and preparing more
  - Dr. Park told Maria that she should be able to identify what has changed so she can keep it up
- Maria feels that she is able to run the floor with less PA's on service and that her ability to see and analyze consults has improved. She will continue to outline her duties prior to starting her new service
- Dr. Park expressed concern over being unable to use the data Maria presented to her over the weekend. Her numbers did not match
  - Maria should rely on her senior more to verify that she is relaying the correct information to the attendings. She should utilize her resources
- Maria will be going for counseling next week and will continue to work on managing her stress. Perspectives will call her this week to schedule an appointment


- Next meeting will be Wednesday. January 18th at 3:30pm, 2012





01/18/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria has been running the floor more this week
- Maria has received guidance from Drs. Irma Fleming and Michael Shao
- Maria has a better understanding of what her duties are now as opposed to before. She has leaned that she should describe wounds and not just show a picture
- Maria is trying to become more organized and look less flustered
- Maria attended counseling on 1/16/2012 from 2-3pm. This lasted 45 minutes to an hour
    - She received anxiety handouts
    - She found the time spent to be useful
    - She was told to exercise
    - Her next appointment will be in 2 weeks
- Dr. Park reviewed Maria's evaluations which showed improvement again. It sounds as if Dr. Fleming was working closely with Maria. Dr. Fleming feels that Maria is teachable but has obstacles to overcome regarding her reputation. Dr. Shao feels she should show anticipation and be proactive with patient care
- Dr. Park has noticed that she has improved her listening skills and has stopped interrupting others. She feels Maria should listen carefully to what others tell her
- Next month Maria will be on transplant rotation
    - She will speak with the PA on this service prior to her start date to receive proper guidance
    - She will also be attending clinic
- Dr. Park feels Maria needs to learn to work with the PA on her service in February
    - Communicate what has been done in the past and what needs to be done
    - Make sure her presentation is polished for the attendings-she should come off knowledgeable and professional
    - See what is working well with her current team and bring that to the next rotation
- Maria will carve out more time to accomplish more reading

- Next meeting will be Monday. January 23rd at 4:30pm, 2012

UCMC00000826



01/25/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria will be working on Transplant service next month, followed by 2 weeks of Kaplan, then 2 weeks of night float
- Maria has been working with resident Jennifer Paruch more which she enjoys. Jen has guided her on how to better present patients
- Maria still gets anxious and is considering medication. She will speak with her contact at Perspectives to see if she can get a referral to a psychiatrist
  - Dr. Park told Maria that she should not self-medicate
  - Maria would like something more specific from Perspectives, other than the exercises that were given, that will help her better deal with her anxiety
- Maria feels she is getting better at multi-tasking
  - She has been asking for feedback and guidance
- Dr. Park discussed the evaluations from Drs. Shao and Paruch which were both positive
  - Maria should keep up the good work
- Maria recently had a negative experience with one of the nurses
  - Maria made changes in insulin for a patient which the nurse did not recognize
  - The nurse said that she followed the orders in the system and did not see Maria's new orders
  - The nurse had been covering this particular patient for 3 days
  - Maria told the nurse that she should speak with her regarding this patient since she was the resident following him, but the nurse took offense and stated she was just doing her job
  - Dr. Park recommended to Maria that she choose her battles carefully. She should tell the nurse she changed the order and follow-up to make sure the task was completed. Maria should have a face to face discussion with this nurse to show that her intentions were not to show the nurse in a negative light
  - Dr. Park told Maria that if there is truly a patient related issue that she should talk to her senior
- Maria feels like she isn't being incorporated into social events that her peers plan
  - Dr. Park said that Maria's working relationships should be her main focus and that they are more important than socializing. The other residents should be able to trust her. If this is a major issue, she can speak with her co-resident Dr. Deana Shenaq

- Next meeting will be Wednesday, February 1st at 10:30am, 2012

UCMC00000828



02/06/2012

Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria is working on adapting to the Transplant service. She participates in clinic but does not see consults. She has not yet spoken with Puneet regarding the power struggle on the service between the fellow and physician assistant. Irma Fleming has told Maria to follow the instructions of the attending on the service, but to let Christine know what the plan of action is and what has been taken care of
- Regarding her evaluations, Dr. Park feels that Maria is moving in the right direction but is not where she needs to be yet
    - o Dr. Park would like the attendings to evaluate her as any other resident. They should not focus on the fact that she is on probation. This is why they still evaluation her only once a month
- Maria mentioned she has worked over the 80 hour work limit, and one day she worked 2 hours over the limit. Dr. Park expressed that she needs to work on managing her time better in order to properly follow guidelines set by ACGME
    - o Appropriate sleep will ensure an optimal work performance
    - o Pager sign out and hand off duties should be at the designated time
- Maria noted that it has been difficult to keep up with the workload on Transplant service. Dr. Park told her that every intern faces the same problems, and that she should identify her barriers and work to fix them
- Maria has been able to practice presenting patients which has gone well
- Discussion was had regarding the phone call from Dr. Jaskowiak to Maria. Early in her intern year, Maria refilled an antibiotic over the phone for a patient instead of having the patient come in for an evaluation.
    - o Maria feels the call was educational in nature
    - o Maria gave Dr. Jaskowiak the impression she was giving excuses instead of trying to manage the patient's problem
    - o Dr. Park told her that when confronted with an issue in which she has made a mistake, she should promptly apologize and explain that it will not happen again to appease the current concern. There is no need to explain at that point what happened. She can send a follow-up email later with background information regarding the situation
    - o Maria told Dr. Jaskowiak that she would email her regarding the situation but never followed up. Dr. Jaskowiak was putting off talking to Dr. Park because she was waiting for Maria's email
    - o Dr. Park told Maria that interactions can be taken 2 ways: You can get angry and depressed or use them as opportunities to improve people's perception of you
    - o Maria should always take the higher ground. She can take out her frustrations by talking and venting with others
    - o Maria should contact Dr. Jaskowiak to follow up even though it has been 2 weeks

- Next meeting will be Monday, February 13th at 4:30pm, 2012



UCMC00000830

02/13/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- On Saturday the 11th, Maria rounded from 9:30am until 5:30pm. She usually leaves around 11am
  - She rounded with just her and the attending
  - She stayed 5 hours over what she should have stayed
  - She did not have to work on Sunday
- There is still a power struggle on this service
  - Fellow talks to the attending but the NP (Christine Trotter) seems to have her own plan of action
  - The PA has a few complaints against her, but Maria tries to ignore them because it's not her battle to fight
  - Maria was told by the attending to follow his orders, not the PA's orders
  - Maria does not want to overstep her boundaries but she is not able to run the floor
  - She asks the PA constantly if there is anything that she can help with
  - Dr. Park expressed concern over Maria not adapting to her new service quick enough
- Maria sent Dr. Jaskowiak the follow up email like Dr. Park suggested. She has not heard back yet
- Maria was able to present a patient on Saturday which went well
- Maria is going on Saturday to see the psychiatrist at Rush
  - She feels she needs the psychotherapy
- Dr. Park feels that Maria is getting better but still needs improvement
  - Dr. Song's bar is higher than standards on other services, and Maria should understand this
  - Maria should still do well despite the power struggle going on
- Maria feels she needs more time to study for the inservice which is on 3/1/2012
  - Dr. Park said she needs to study for both Transplant and the inservice
  - Dr. Park gave Maria a homework assignment: Maria should complete the 2010 inservice exam by next Monday and report on what she needs to work on for the inservice

- Next meeting will be Monday, February 20th at 4:15pm, 2012

UCMC00000832





02/28/2012

Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria has expressed that she has had both good and bad days on transplant service
- Regarding the evaluation from Dr. Becker, Maria states that she believes Dr. Becker's evaluation was based on concerns from a team member and hear-say. Maria told Dr. Becker that she did not think that her evaluation would help and that she was submitting her evaluation too early on in the rotation
  o Maria stated she just wanted a fair evaluation, and that her other evaluations from Irma and Dola were far different than what Dr. Becker rated her
  o Maria barely interacted with Dr. Becker, maybe 3 times at most
  o Dr. Park spoke with Dr. Becker, and Dr. Becker stated that she evaluated Maria the same way she evaluates every other resident. She evaluates her medical students in the same manner
  o Dr. Park feels Maria has spent a lot of time worrying about her reviews and not enough time focusing on her work. The weekly evaluations aren't going to make or break her, they are for real-time feedback and to correct any problems. Feelings of the attendings are also shaped by the rumblings of the team
- Maria's last rotation on probation will be with plastic surgery
  o Dr. Parks states that Maria should already have a sense of how our service runs, the pitfalls and how to interact with the other intern on service
  o This will show as a test for Maria to show that she is a resident we should keep
  o Maria stated that here will be 1 person on the floor and 1 person in the operating room, and that communication will be better
  o Dr. Park told Maria to email her attendings prior to the service starting to see what their expectations of her will be
- Dr. Park stated that Maria had been entering her notes late
  o Maria states she was entering her notes around 3 or 4pm, that she never stayed after 6pm to enter notes
  o Dr. Park referenced an email from Sara Dickie regarding her conversation with Irma Fleming. The email stated Irma was surprised that Maria was over hours because Irma and she would run the list at the end of the day (on a daily basis). Irma was under the impression Maria was signing out to the night float at this time, and both she and Maria were leaving the hospital at the same time. However, Maria told her that she routinely stayed 1-2 hours later than this to finish her daily progress notes. Irma looked back and indeed most notes were placed as late entries for the day, going in after 6pm
  o Maria stated that when she is running the floor she leaves notes until the end of the day
- Maria has spoke with her counselor and has been taking medication for 1 week
  o Her counselor has provided some guidance
- Maria sat down with Irma and a fellow to go over her presentation skills in the past week
  o Dr. Park stated that it should not have taken so long for this to happen, as the rotation is almost over. She should not have waited 3 weeks into the rotation
  o Maria stated that an attending had to encourage Irma to let her present





03/5/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria's first day and a half has been fine so far.
- Maria has not spoken with any seniors about the goals of her rotation. She wanted to do this after inservice on 3/1 but she stayed later than she had planned to complete the exam
    - Dr. Park stated that if she wants suggestions regarding her goals she should ask as soon as possible
- Regarding her hours last week last Thursday (3/1) Maria left around 5pm; last Friday (3/2) she left around 6pm
    - Dr. Park suggested Maria leave early if there is nothing going on in the hospital
- Inservice
    - Maria believes she got around 40% correct. She feels she performed well on the basics
    - She will study more next year to learn the differences in surgeries and techniques
- Evaluations
    - Maria worked with Dr. Blecha a couple of times, operated with him once
    - Maria will continue to work on the delivery of her H&P's and have more confidence when she talks
    - Dr. Park wants Maria's attendings to evaluate her just like any other resident. Maria should not go to her attendings prior to them completing her evaluations because that would show a bias. Her attendings should evaluate her on her actions
    - If Maria wants feedback she should not wait until the end of the month to ask. She should ask during clinic or along the way of her rotation
    - Maria should focus more on the job she does, not on how people will evaluate her
    - Dr. Park has never had an intern or resident sit down with her and say 'this is what I have done this month.' All interns should be evaluated the same way
    - Maria focuses on her evaluations because she feels the rumors have left her with a negative reputation, and she feels that people have the wrong impression of her. She would like her attendings to know that her career is important to her, and that a negative evaluation will have an impact on her career
- Goals for her next few days include being a team member, having the service run smoothly, focus on presentation skills, making decision and showing leadership
    - Dr. Park added that Maria should show that she is competent and that everything is under control
- Maria mentioned Dr. Umanskiy inviting other interns to a monthly skills session, including Deana. She was told there was not room for her in the session
    - Dr. Park reiterated that Maria will need to have the time to actually complete any homework that Dr. Umanskiy may give, and Maria stated she will have the time
    - Maria stated she has watched you tube videos and wants to know which exercises can help her progress into becoming a better surgeon
    - Akilah will look into who is going and what the criteria is for the sessions
- Next meeting will be Monday, March 12th at 4:00pm, 2012



UCMC00000838



03/12/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria spoke with Grant, Matt and Yonni for feedback
    - She will work on prioritization with the other intern on service, consults, trying to relax and slowing her speech
    - She will continue to manage her stress and performance. The performance Dr. Park has witnessed from Maria has not matched her evaluations
- Maria believes her medication has helped her function better
- Regarding Dr. Reid's case last Friday, Maria told Dr. Park she was trying to figure out where the case was. She thought the patient was in pre-op
    - Dr. Park informed Maria that there were several different ways to find out where the case was located, including looking in EPIC and the actual board it is written on
    - Dr. Park did not feel it should have taken as long as it did for Maria to find the room
- Orders
    - Dr. Park assumed Maria put in orders for a patient as she requested, but Maria stated she forgot to
    - From now on, Maria says she will write these requests down
    - Maria says she completed an addendum for one of Dr. Reid's patients, and that the H&P had already been completed. Dr. Park was under the impression that the H&P was completed by Dr. Reid
- Evaluations
    - Maria should stop interrupting when people are trying to teach her
    - During our weekly meetings Maria listens, but this needs to carry over into her daily life
    - Maria argued with Grant about proper surgical technique and error when she should have been listening
- Maria should take this opportunity while on plastics service to interact and meet more with Dr. Reid, as he performs the craniofacial sub-specialty she is interested in
    - She should not choose to be the floor intern for the day as opposed to going to one of Dr. Reid's cases. This shows a missed opportunity
- Presentation Skills
    - Dr. Park was concerned that Maria still required further development of her presentation skills to this point
    - Maria stated that every service is different and she needs to adapt
    - Dr. Park told her to find the key aspects of what to present on each service
- Dr. Park again emphasized that importance of learning every aspect of the services she is on, as these details will help her become a safer surgeon
- Dr. Tothy
    - Maria stated that Dr. Tothy paged her twice and she answered on the 2nd page. Maria was performing a debridement at the time
    - Maria states that Dr. Tothy told her she would report her to her attendings
    - Maria admitted to hanging up on Dr. Tothy



- o Dr. Park stressed that it is never professional to hang up on a colleague, or anyone in the hospital for that matter, to which Maria agreed. She stated Maria needs to learn impulse control; she should apologize and appease the person. Remaining calm is key
- o Dr. Park feels the email that Maria sent to Dr. Tothy contained excuses and was also unprofessional. Maria is unable to see that the email was rude and fails to take responsibility in everything. She needs to act more mature, focus on doing her job and not on her weekly/monthly evaluations
- o She should never tell anyone that, since we are a surgical service, it will take us longer to provide feedback. We are able to prioritize just like any other service.
- o Maria stated that her probation has been difficult for her
- Maria is doing fine with her duty hours
- Maria should talk to Grant to get clarification about his evaluation, ask for feedback and don't make excuses
- Next meeting will be Monday, March 19th at 4:30pm, 2012

UCMC00000841

# EXHIBIT D

From:         Song, David [BSD] - SUR
Sent:         Monday, January 30, 2012 12:55 PM
To:           Williams, Akilah [BSD] - SUR
Subject:      FW: August refill issue (Dr. Jaskowiak)
Attachments:  image001.png

Please put this in her file

thanks

David H. Song, MD, MBA, FACS
*Cynthia Chow Professor of Surgery*
Chief, Section of Plastic Surgery
Vice-Chairman, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

---

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Thursday, January 26, 2012 9:33 PM
**To:** Song, David [BSD] - SUR; Park, Julie [BSD] - SUR
**Subject:** August refill issue (Dr. Jaskowiak)

Drs. Song and Park,

Today I received a call from Dr. Jaskowiak, regarding an antibiotic prescription I refilled over the phone for one of her patients in August, 2011. She said it was very bad clinical judgment on my part to have done it without examining the patient first; and also expressed a lot of frustration because I did not inform her about the episode. I told her what happened, unfortunately, she replied that she could not believe me since there is not record of what happened. I decided to write you before things escalate, this is what happened:

On August 20, Andrea Olivas, General Surgery PGY-3 received a page from patient CJ stating that a refill was needed at her closest 24-hours pharmacy. Dr. Olivas could not get a hold of the pharmacy, she asked me to help her out by calling later during my night-shift. Once I communicated with the pharmacy, they said this was CJ's second refill. This information was confirmed by the patient, who told me that she was advised to reach the Surgery resident on-call to refill her prescription whenever she had RUQ, and to make an appointment at the clinic to get her cholecystectomy scheduled.

During that week, Dr. Jaskowiak was on vacation, I decided to refill the prescription for only 7 days, because she refused to come to ED. I urged her to give us a call on Monday, so an appointment could be set up. Unfortunately, the patient never called the clinic, and I did not follow up to make sure she was contacted by the scheduler.

I understand Dr. Jaskowiak's point, and totally agree that junior residents should not prescribe antibiotics over the phone; however, my lack of experience at that time (it was my third call) and guidance (I was told to refill a prescription) made me more prone to errors. I naively believed the information I was given, CJ's medical records had no consult/progress notes, and the only available information was a discharge summary from March, 2011.

I made mistakes during my first months of internship and I am dealing with the consequences now. Currently, in a more nurturing environment, I have shown great improvement (as stated by my recent reviews). It is disappointing that Dr.

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    UCMC00010434

Jaskowiak puts in doubt my word about what happened. I have already told Andrea what is going on, and although she does not remember the specifics, she gave her OK to be contacted if necessary.

I hope this e-mail clarifies this situation, let me know if you want to sit down and talk about it.

-M

Maria Alexandra Artunduaga, M.D.
Physician Resident, Section of Plastic & Reconstructive Surgery
University of Chicago Medical Center
5841 S. Maryland, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 852-1383 (#3394)
Website: http://martunduaga.com

********************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
********************************************************************************

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT E

**From:**     Park, Julie [BSD] - SUR
**Sent:**     Wednesday, February 22, 2012 4:13 PM
**To:**     Williams, Akilah [BSD] - SUR
**Subject:**     FW: CJ's August refill

Pls add to folder

**From:** Jaskowiak, Nora [BSD] - SUR
**Sent:** Wednesday, February 22, 2012 7:58 AM
**To:** Artunduaga, Maria [BSD] - SUR
**Subject:** RE: CJ's August refill

Maria-

Thanks for your email. I really appreciate having a summary of the events.

It sounds like you have learned a lot this year and would likely make different choices were you faced with a similar situation now.

For me, the most important lessons are:

1) communicate - this should have been communicated with me via email at the time, even though I was on vacation

2) follow-up - make sure that a plan that you have laid out actually happens and don't make assumptions that patients (or others) will do what they say, especially once you have given them what they wanted

3) document - there is a capability in EPIC to write a Phone Note - which could have served as documentation of this whole episode

4) trust yourself- if you had doubts about the correctness of this plan, feel free to obtain the input of others whom you trust to confirm

As an FYI, when I saw Conchita a few weeks ago, she was complaining of persistent diarrhea. She tested positive for C. Diff, which was has been treated and is now resolved.

I'm glad to hear that things seem to be going better for you now.

Thanks, Dr. J

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Thursday, February 09, 2012 9:10 PM
**To:** Jaskowiak, Nora [BSD] - SUR
**Subject:** CJ's August refill

Dear Dr. Jaskowiak,

First of all, I want to apologize for taking so long to write you. I was wrapping things up during the last 2 weeks, so that I could meet with the attendings from my January rotation. This week, I finished going through my e-mails, CJ's medical records and catching up with Andrea Olivas, the middle level resident who asked me to refill that order.

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER         UCMC00011312

You are right, I made a huge mistake, and I regret it. I know that I sounded very defensive during our conversation, but given my situation (on-going probation), I freaked upon the possibility of getting into more trouble. Under normal circumstances, I would never refill an antibiotic prescription over the phone, unfortunately, at that time, I had only basic knowledge about "refill" mechanisms (it's not customary in Colombia, prescription regulations are different), and I had no guidance from senior residents in regards to the steps to follow with outside calls (attending/chief approval and follow-up appointment set up).

My inexperience (it was my third call) made me more prone to errors, and I want to apologize for that. You can have my word that it will never happen in the future; I learned my lesson and I appreciate your honest feedback.

This is my recall of the account:
On August 20, Andrea Olivas, General Surgery PGY-3 received a page from patient CJ stating that her prescription needed to get refilled. Andrea could not get a hold of the pharmacy, she asked me to help her out by calling later during my Saturday night shift. Once I communicated with the pharmacy, they said this was CJ's second refill. This information was confirmed by the patient, who told me that she was advised to reach the surgery resident on-call to refill her prescription whenever she had RUQ pain, she said she was scheduled to follow up with you at the clinic, but she decided not to attend since she did not want to get her cholecystectomy scheduled yet and her symptoms improved.

Because you were on vacation that week and the patient refused to come to ED, I decided to refill the prescription for only 7 days. I urged her to give us a call on Monday, so an appointment could be set up. CJ never called the clinic, and I did not follow up to make sure the scheduler contacted her. I naively believed the information I was given, CJ's medical records had no consult/progress notes, and the only available information was a discharge summary from March, 2011.

I agree with you, a physician should not prescribe antibiotics over the phone; and again I want to apologize for my bad clinical judgment. I made mistakes during my first months of internship and I am dealing with the consequences now. Currently, I am in a more nurturing environment, and I have shown great improvement. Thank you for your advice, I hope to keep counting with your guidance in the future.

Warm regards,

-M

Maria Alexandra Artunduaga, M.D.
Physician Resident, Section of Plastic & Reconstructive Surgery
University of Chicago Medical Center
5841 S. Maryland, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com

*****************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are

2

hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
**************************************************************************

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00011314

# EXHIBIT F

| From: | Park, Julie [BSD] - SUR <jpark@surgery.bsd.uchicago.edu> |
|---|---|
| Sent: | Friday, February 24, 2012 7:28 PM |
| To: | Song, David [BSD] - SUR <dsong@surgery.bsd.uchicago.edu>; Artunduaga, Maria [UCH] <maria.artunduaga@uchospitals.edu> |
| Subject: | RE: Over-hours |

Dr. Song is correct. When you mentioned you were over a few hours each
week, I said it was okay as long as you make it up in the following
weeks because the hours are averaged.
-Julie Park

-----Original Message-----
From: Song, David [BSD] - SUR
Sent: Friday, February 24, 2012 2:10 PM
To: Artunduaga, Maria [BSD] - SUR
Cc: Park, Julie [BSD] - SUR
Subject: RE: Over-hours

Maria

While the general surgery chiefs and plastic surgery chiefs monitor duty
hours, it is also the imperative of each and every resident to plan
ahead and monitor his/her own hours and communicate this appropriately
to those in the supervisory rule. As for Dr Park saying: "it was OK as
long it was only a few hours," I can't imagine that this is actually
what she meant as these rules are absolute hard stops and there are
non-negotiatialbe. She may have meant that it was OK as long as it was
only a few hours over since you will make it up the next week..." but I
am copying her on this message so that she can clarify what she meant
and also to be clear to you that the 80 hour work week is NON-negotiable
and we have a zero tolerance policy for breaching this rule.

Please do not let this happen again.

thanks


David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong


-----Original Message-----
From: Artunduaga, Maria [BSD] - SUR
Sent: Fri 2/24/2012 10:39 AM
To: Song, David [BSD] - SUR
Subject: Over-hours

UCMC00001481

Dear Dr. Song,

Regarding your call yesterday, I just wanted you to know that I did
notify my senior resident on a timely manner during my first and second
week of the rotation, I failed to tell the fellow about my hours because
I was afraid that it will have a detriment impact on my weekly
evaluations. I also mentioned it to Dr. Park during our February weekly
meetings, she said it was OK as long it was only a few hours.

Last Monday, I ask Justine/Sara for help because I know how important it
is to strictly follow the ACGME rules. I still believe it was the proper
thing to do; I have noticed that in the General Surgery Department, the
chiefs monitor the junior's hours weekly and they make adjustments so
everybody complies.

If you want me to proceed differently in the future, please let me know
who/how should I notify that I'm close to the time limit.

Best Regards

-M


MARIA ALEXANDRA ARTUNDUAGA, M.D.

Physician Resident

Plastic and Reconstructive Surgery

The University of Chicago Biological Sciences

5841 S. Maryland Ave. Rm J-641, MC 6035

Chicago, IL 60637, USA

Maria.Artunduaga@uchospitals.edu

Cell: (617) 999-3735

Pager: (773) 652-1363 (#3394)

Website: http://martunduaga.com <http://martunduaga.com>

UCMC00001482

*************************************************************************
********

This e-mail is intended only for the use of the individual or entity to
which it is addressed and may contain information that is privileged and
confidential.
If the reader of this e-mail message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of
this communication is prohibited. If you have received this e-mail in
error, please notify the sender and destroy all copies of the
transmittal.

Thank you
University of Chicago Medical Center
*************************************************************************
********


This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is
privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the
sender and destroy/delete all copies of the transmittal. Thank you.


This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is
privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the
sender and destroy/delete all copies of the transmittal. Thank you.

UCMC00001483

# EXHIBIT G

**Park, Julie [BSD] - SUR**

| | |
|---|---|
| **From:** | Park, Julie [BSD] - SUR |
| **Sent:** | Friday, February 24, 2012 7:33 PM |
| **To:** | Artunduaga, Maria [BSD] - SUR |
| **Subject:** | RE: Early Transplant evaluation |

Dear Maria,

I will speak with Dr. Becker and make sure that she is evaluating in the same manner that she does all the residents that rotate on the Transplant service.

- Julie Park

---

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Friday, February 24, 2012 10:43 AM
**To:** Park, Julie [BSD] - SUR
**Subject:** Early Transplant evaluation

Dear Dr. Park,

Sorry to bother you at the end of the week with this, but I think it is important to ask:

Dr. Becker, one of the Transplant Surgery attendings, submitted a very poor review of my performance last Tuesday. I'm very concerned because our interaction has been limited to 3 kidney rounds and we still have over several days to go. She graded me on areas that she has never supervised me on, such as OR/Clinic/Managerial skills. Typically, the interns don't interact with her much: she has a Friday AM clinic (PA out, intern covers the floor), she prefers having the senior resident covering her cases and ultimately I was not running the floor during the time she was in charge of the Kidney service.

I really don't see why she's evaluating me so poorly.... Yesterday, she recognized she asked "the relevant people" about my performance, but I have learned she didn't ask the Transplant fellows (Dolamu/Qi) or the senior resident (Irma). It worries me her carelessness will later be used against me during my final review. What do you think I should do?

-M

**MARIA ALEXANDRA ARTUNDUAGA, M.D.**
Physician Resident
Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. Rm J-641, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com



1

# EXHIBIT H

## Park, Julie [BSD] - SUR

From:      Park, Julie [BSD] - SUR
Sent:      Monday, February 27, 2012 12:10 AM
To:      Becker, Yolanda [BSD] - SUR; Song, David [BSD] - SUR
Subject:      RE: Evaluation

Dear Dr. Becker,

Thank you for taking the time to evaluate our residents who rotate on your service, and for your evaluation of Dr. Artunduaga and the follow-up clarification. It is important to us that her evaluations are made in the same manner as they would be for any other resident rotating on service. As long as you feel that you have used the same criteria with her as for others, then your evaluation is appropriate. We appreciate the time and effort you put into teaching our residents.

Sincerely,
Julie Park

-----Original Message-----
From: Becker, Yolanda [BSD] - SUR
Sent: Sun 2/26/2012 8:37 AM
To: Song, David [BSD] - SUR; Park, Julie [BSD] - SUR
Cc: Artunduaga, Maria [BSD] - SUR
Subject: FW: Evaluation

ear Dr. Park and Dr. Song
aria Artunduaga would like to appeal my evaluation. As I noted in the e*value system, I rounded with Maria for one week. She feels that I should have marked ³N/A² in several areas where she feels she was not directly observed.
I had received informal feedback from the resident on our service and the NP¹s because of a few clinical situations that arose during my week on service. I observed interactions with others including our fellow and had discussions with other attendings and that is how my evaluation was derived.
Dr. Artunduaga feels that this is inadequate and is dissatisfied because my conversations with Dr. Fleming and Dr. Olaitan were more informal or based on observation. In addition, her specific request did not come in a timely fashion. Apparently, in further conversations, Dr. Artunduaga¹s performance inporved over the last week. However, I was not on service and could not incorporate this into my evaluation.
I told her this morning that I would send you an e-mail and cc her to represent her concerns. I am certainly glad for you to disregard my evaluation if you feel that is most appropriate. Please feel free to contact me.

Regards,
Yolanda

--
Yolanda T. Becker, M.D., F.A.C.S.
Professor of Surgery
Director, Kidney and Pancreas Transplant Program Surgical Director, Perioperative Services

niversity of Chicago Medical Center
41 S. Maryland Avenue
MC 5027, Suite J-517

1

UCMC00000880

# EXHIBIT I

 

THE UNIVERSITY OF
**CHICAGO**
**MEDICAL CENTER**

DEPARTMENT OF SURGERY    MC 6035
*Section of Plastic and Reconstructive Surgery*    5841 South Maryland Avenue
Chicago, Illinois 60637-1470
*tel*    773-702-6302
*fax*    773-702-1634

March 14, 2012

Dear Dr. Song,

I am writing to provide an update on Dr. Maria Artunduaga's performance as a resident during her probationary period. During this period, we had hoped both to monitor her progress and to provide timely constructive suggestions on how she could improve to meet the standards we expect of our interns. We wanted her to succeed, so we took the special steps of implementing a weekly evaluation system and also weekly advising meetings with me, in my role as Associate Program Director. We asked the members comprising Maria's team (fellows, senior residents, and physician extenders) to complete weekly evaluations on Maria's performance. This is unusual and requires extra effort by our surgical service and others. The goal has been to identify early any potential problems Maria may be having so that she can address these concerns quickly.

My current assessment is based on the probationary meetings as well as our direct observations of her this month now that she is rotating on the Plastic and Reconstructive Surgery service. The probationary meetings have occurred on a weekly basis, with the exception of the week of February 20, 2012. That week, Maria cancelled our meeting twice. Our meetings are conducted with our residency coordinator Akilah Williams.

At this point, I have several serious reservations regarding her continuation as a resident. She continues to show problems with clinical judgment, floor management, handling criticism in a constructive fashion, and working with peers. These problems far exceed those that I have encountered with any other resident in our section. The improvements that we have seen (*e.g.*, incremental improvement on managing floor work) are occurring too slowly, and the poor receptiveness to teaching suggests this will not change in the near future.

Unfortunately, I have recently learned that a complication has arisen with her evaluations such that I do not believe we can trust them. We have heard from residents and attending physicians on other services that Maria has gone out of her way to meet those who complete her evaluations and emphasize to them that her continuation as a resident is dependent on favorable reviews. In one case, she met with a very senior faculty member in surgery which resulted in him calling more junior surgeons who would be evaluating her. Collectively, these actions were felt as pressure to provide only positive reviews by people completing the evaluations. This has impacted both the normal monthly evaluations completed by attending physicians with input from residents and the weekly review system that had been intended to provide timely advice to Maria. We have continued to receive direct complaints from other services regarding Maria (described below). The complaints are similar to those from before the probationary period began and are consistent with our observations this month during her rotation on Plastic and Reconstructive Surgery.

Below I provide specific examples that illustrate my overall interim assessment above. These examples are clustered in the following categories: (A) clinical performance; (B) interpersonal conflicts; (C) responsiveness to advising; and (D) interference with the evaluation process.

AT THE FOREFRONT OF MEDICINE®

UCMC00002140



### (A) Clinical Performance

There have been several instances in which Maria has shown subpar clinical abilities. I highlight a few of these below.

1) On 1/8/12, Maria was on weekend cross cover call for Plastic and Reconstructive Surgery (PRS). She had been instructed to contact me with my patient's morning hematocrit and a routine evaluation of whether or not the patient was orthostatic. I received a series of text pages on my cell phone that reported conflicting and partial data. In an effort to get clarification, I called her directly to talk with her. I was surprised to find that she did not seem to understand what the requested information was for. When I pointed out that she had provided me with conflicting data, she blamed the nurses for giving her the wrong information. The main issue was that she provided clinically important information in incomplete and piecemeal fashion, and she failed to notice that some of the information was contradictory. We expect our residents to understand the clinical relevance of their work and to confirm the accuracy of their reports if they have reason to suspect problems with their information.

2) On 3/6/12, I was coordinating a dressing change on a complex pediatric patient. Maria was the floor intern and should have been present for this procedure. She was not operating at the time, and I paged her repeatedly regarding this procedure. Maria did not show up for the dressing change. When I asked her about it afterwards, she said that the senior resident "Did not tell her to go". Our sub-interns, interns, and residents are aware of scheduled procedures and operations, and they are expected to provide support. By blaming her senior resident, Maria showed that she still does not comprehend her clinical responsibilities. We cannot run an effective surgical service if team members fail to perform their duties.

3) On 3/10/12, I was performing revision on a reconstructed breast as well as a removal of a mediport in the operating room with Maria and with senior resident Dr. Grant Kleiber. Grant was guiding Maria through the removal of a medi-port while I revised the contralateral breast. He very patiently explained each step along the way, describing how to do it and why it was needed. Maria kept interrupting him, insisting that she understood. In many cases, she would then begin a step incorrectly or answer his instruction in a manner that made clear her lack of understanding. At one point, Grant was guiding Maria through making a purse string suture around a catheter. He had explained why it was necessary and also emphasized the importance of not cutting the catheter with the needle. When Maria tried to place the suture, Grant stopped her because she had stuck the catheter with the needle, imperiling this procedure. Rather than acknowledge the mistake and try again with greater care, Maria argued that she had not stuck the catheter with the needle. We and our patients cannot afford this type of argumentativeness in the operating room. Furthermore, a resident who fails to recognize an error in technique that could have serious ramifications is likely to repeat that mistake. The purse string procedure is rather basic, though important, and should be mastered early in the intern year. It became clear during this procedure that she was unfamiliar with the purse string technique.

4) Later on 3/10/12, I asked Maria to step out of my breast revision case in order to cover a open reduction internal fixation of a bilateral mandible fx case with Dr. Reid that was underway. Dr. Kleiber asked her to put in discharge orders for my patient prior to leaving for Dr. Reid's case. This was a sensible request and should have taken only 2-3 minutes to complete. While Dr. Kleiber finished suturing, I then talked to Maria outside of the operating room and emphasized the importance of gaining operative experience with Dr. Reid. I repeatedly reiterated that she



UCMC00002141



should complete Dr. Kleiber's request before heading to Dr. Reid's case. Then I went into Dr. Reid's case for about 5-10 minutes to talk with him. Maria arrived after I left the OR. I had assumed she used this time to enter the discharge orders for the case. However, when I next spoke with Dr. Kleiber, he informed me that no orders had been placed for the patient. When I next saw Maria, I asked her if she had placed the orders, thinking it could have been an error in EPIC that occurred. She looked at me as if she had no recollection of being asked to do it. When I discussed this episode further with her, Maria told me she had heard Dr. Kleiber and myself, and had forgotten to do the orders. This concerns me: she seems to have problems hearing or processing direct requests, even when she replies in the affirmative and conveys the impression that she has understood and will complete what is asked of her.

When I asked her what she had done in the 5-10 minutes it took her to scrub into the case, she told me she had to figure out which OR the case was in. This information is clearly listed on all the anesthesia monitors in the OR and as well as on EPIC.

5) On 3/10/12, we had a patient who required an I&D of an abscess. Maria was assigned to this procedure. Even though this was a basic procedure, I was concerned about the subpar clinical skills and knowledge that Maria had exhibited during this rotation. Therefore, I asked Dr. Kleiber to supervise Maria on the I&D, which is an unusual step to take at this point in an intern's year. When he reported back to me, he was glad that he had been present, because it appeared that Maria did not know what was required to properly clean the abscess. She had set out to make an incision that was too small, and she would not have broken up all the loculations in the abscess if it were not for his guidance and prompting during the procedure. This reflects poorly on Maria's ability to learn and her clinical judgment.



### (B) Interpersonal Conflicts

Maria has had several incidents that illustrate a continuing problem to interact constructively with other medical staff. I discuss a few of these below. The frequency with which problems come to our attention is far greater than with any of our other residents.

1) Last fall, Maria improperly prescribed antibiotics over the telephone to a patient of Dr. Nora Jaskowiak. This came to light approximately 3 months after the incident when the patient had her next scheduled appointment with Dr. Jaskowiak. Dr. Jaskowiak was unhappy to learn this and brought it to Maria's attention. Rather than accept responsibility for her actions and apologize, Maria blamed a number of other residents and ultimately Dr. Jaskowiak herself. This is documented in several emails, and Dr. Jaskowiak spoke to me directly about this incident. Though Maria could not remember clearly the details surrounding the patient and prescription, she felt comfortable in attributing responsibility to many others even asserting that Dr. Jaskowiak had provided prescription instructions in an email. Maria told Dr. Jaskowiak that she would go back through her emails to find this email message; she has been unable to find any such message. Finally after much prompting and guidance by myself, Maria wrote an apology to Dr. Jaskowiak. The clinical mistake itself was problematic, but Maria's excuses and argumentativeness in response preclude her taking steps to ensure that such problems do not happen again and disrupt the entire team's focus on caring for current patients.



UCMC00002142



2) Earlier this month, Maria was paged repeatedly by Dr. Alison Tothy, director of the pediatric ER. Dr. Tothy needed her to consult on a patient with a hand injury. Maria did not respond to the pages in a timely fashion. When Dr. Tothy eventually was able to speak with Maria, Dr. Tothy reported that Maria's behavior was unprofessional and that Maria hung up on her while she was still trying to get details of the management of the patient. Maria later emailed Dr. Tothy an explanation whose tone could best be described as obnoxious and arrogant. She seemed to explain hanging up by stating that she did not realize Dr. Tothy was an attending physician. Dr. Kleiber (her senior resident) later reported to me that in a later conversation with Maria, he was struck by that fact that she did not seem apologetic at all and that she did not feel remorse or that her actions were wrong. Her behavior, tone, and the action of hanging up on a colleague were unprofessional, regardless of whether the person on the other end of the phone is an attending, resident, or nurse. Additionally, by hanging up on Dr. Tothy prematurely, the care for the patient was delayed and hampered. This incident embroiled Dr. Ginard Henry, Dr. Kleiber, and you in repeated conversations with the ER. Dr. Kleiber informed me he is concerned that Maria's actions reflect poorly on PRS, are an embarrassment to the other residents, and could compromise our effectiveness in coordinating care with other services.

3) Dr. Reid reported an incident to me that came to his attention when he was going to see one of his patients in the neurosurgery clinic. Dr. Reid has a joint patient with neurosurgery who is a ward of the state and from whom getting consent is difficult. The neurosurgery nurses in clinic did not realize Dr. Reid was present and were talking about Maria and an interaction she had with them over the phone on 3/8/12. When prompted, they explained that she was abrupt, rude, and unprofessional in lashing out at them.



When I discuss these incidents and others with Maria during our probationary meetings, her immediate response is to provide excuses and explanations rather than to try to address the root problems.

At times it is difficult to discern whether problems arise because Maria has not listened well to instructions or whether she has been purposely misleading. An example of this is a recent issue we have had with her duty hours, which was explained in several recent emails. When we met in early February, Maria told me she was over her hours that week. I asked by how much, and she told me 2 hours. I told her that she should be able to make that up during the rest of the month because the hours are averaged, and that she should focus on performing efficiently so that she could do so. The next week when I asked about her hours, she informed me that she was over hours again that week because of emergencies that arose when she was rounding on the weekend with an attending. I once more told her that she needed to balance her hours over the remainder of the month to meet her requirements. She then emailed Sara Dickie and you regarding this matter, stating that she had "mentioned it to Dr. Park during our February weekly meetings, she said it was OK as long it was only a few hours." In our next meeting, I told Maria I was concerned that she did not comprehend the main point of the last several encounters regarding duty hours – which was that she needed to compensate for being over hours the first 2 weeks during the rest of her month. Maria insisted that she understood that message. I then read back to her the email that she had written to you and asked for clarification. Maria said that she understood that I had been telling her she needed to mind her duty hours and that "it was a mistake" to write what she did. We have seen a pattern in which Maria's failure to perform had been recast by her through misrepresentation of the instructions given by her colleagues and mentors.



UCMC00002143



### (C) Responsiveness to Advising

We have gone to extraordinary effort to mentor Maria. There are many instances in which she does not heed our advice. This has hurt her training and preparedness. This assessment is comes from my own personal experiences with Maria and from what she relays in our meetings. Here are a few examples:

1) Beginning in January, I repeatedly advised and encouraged Maria to study for the In-Service exam. She agreed that it was important and said she would. It became clear as the weeks passed that she was not making much progress on that front. I specifically told her to review previous In-Service exams and asked if she knew how to access them. She told me she did. In our next meeting, when I asked her about it, she said she had not started yet. I then showed her the website with the previous exams. I assigned her "homework" by asking her to complete the 2010 In-Service exam before we met the following week in order to identify the areas she would need to focus her studying on. The next week she cancelled our meeting twice. When I ran into Maria in the hospital, I asked if she had completed the 2010 In-Service yet. She had not. When we met the following week, she still had not completed a full in-service exam. We do not have problems with our other residents studying for the In-Service exam.

2) I had told Maria before she started on the Plastic Surgery service (on March 1) that she needed to maximize her opportunities during these two weeks to show the department her abilities. In particular, Maria has expressed interest in becoming a pediatric craniofacial surgeon. Therefore it is important that she operate with Dr. Russell Reid.



On March 7, I spoke with Dr. Jonathan Bank (who is the senior resident on Dr. Reid's service) to find out if Maria was operating with Dr. Reid since Wednesdays are his main operative days. I was surprised to learn that Maria chose to be the intern covering floor duties and not be in the OR with Dr. Reid, even though the opportunity had been offered to her. I asked Dr. Bank to make sure Maria scrubbed in with Dr. Reid for the remainder of his cases that week. I requested that she know in advance so that she could prepare for those cases. Later in the afternoon I was speaking with Grant Kleiber (the senior resident covering my service) to go over plans for the next day. I was informed that Maria had chosen to cover my case over Dr. Reid's. I had a panniculectomy scheduled on an obese patient whom Gyn-Onc was going to try a robotically assisted hysterectomy. There was a chance we would not even be needed. I specifically told Dr. Kleiber to make sure Maria operated with Dr. Reid. Ultimately Maria did end up operating with Dr. Reid. However the lengths to which we went to ensure that she did so were unusual and unexpected for someone interested in pediatric craniofacial surgery.

On, Friday March 9, 2012, Maria missed an opportunity to operate with Dr. Reid again. This follows after Dr. Reid told me that he and she had talked about his operative schedule for the rest of her rotation on PRS and the fact that she recognized that he did not have many cases scheduled for the last week of her rotation with us. Then Maria scrubbed into one of my cases that was a second stage breast revision. When I left the case, I ran into Jonathan Bank who informed me that he has been encouraging Maria to come into Dr Reid's cases and that, in fact, Dr. Reid had a mandible fracture that was in the OR already. I went back to my OR, where Maria was just applying steri-strips and I asked her to step out to talk with me. I informed her that she needed to have more time with Dr. Reid and needed to take advantage of when he had cases. Once more, I had to directly and actively make sure that Maria was taking advantages of working with Dr. Reid, which she should have taken the initiative to ensure herself.





**(D) Interference with the Evaluation Process**

I am concerned that her reviews (weekly and monthly evaluations) on other services have been completed with her probation status in mind and under the impression that they should rate her favorably to safeguard her status as a resident. This problem has originated with the unusual steps that Maria has gone to speak with her reviewers directly about her perception of the consequences of their reviews. The unfortunate impact of this is that it has undermined our process for providing feedback to Maria that would help her improve as a resident and achieve at the level we require. Evidence for this has come to light recently from several sources:

1) Maria mentioned Dr. Darwin Eaton, Vascular Surgery, wrote his evaluation "before she could talk to him" as an explanation for why it was an unimpressive review.

2) Dr. Grant Kleiber informed me of an unsolicited conversation he had with the Transplant Nurse Practitioner Christine Trotter in the beginning of March. He told me that Christine was approached by a senior Transplant surgeon regarding the weekly reviews that residents, fellows, and physician extenders would perform on Maria. She was told by this surgeon to review Maria favorably because "she had discovered a gene and needed to be kept in the program". Christine was uncomfortable with the idea of not accurately evaluating Maria.

   Upon learning this, I paged Christine Trotter and spoke with her directly. I made clear that this edict did not come from the Plastic Surgery Section and that we valued honest and accurate evaluations and feedback. I explained that the main purpose of the weekly evaluations by the team was to be able to give Maria more timely feedback so that any issues could be addressed expeditiously.



3) Dr. Yolanda Becker and Maria had repeat discussions regarding her Transplant evaluation, which is documented in several emails. Maria objected to Dr. Becker's evaluation and asked Dr. Becker to consult with her team again and reconsider the evaluation. Dr. Becker has been involved with medical education for several years. Maria implied through her emails and in her direct conversation that Dr. Becker did not know how to perform a resident evaluation.

   Following this, I spoke with Dr. Becker directly, because I felt the need to apologize on behalf of our section for the unprofessional behavior that Maria exhibited. Dr. Becker felt that Maria was trying to engage her sympathies over being in probation in order to favorably skew her evaluations. Dr. Becker assured me that she evaluated Maria in the same manner and using the same criteria that she does all of the residents. Maria and I spoke about this during our weekly meeting. She still does not feel that she did anything inappropriate.

4) I have spoken with Dr. Chris Skelly, Chief of Vascular Surgery, to ascertain whether he felt that Maria was talking with other attendings to obtain their sympathy and sway their evaluations on his service. He replied that he felt she had done that with many of the Vascular faculty. He also informed me that a very senior surgeon, whom he kept anonymous, had given him a call before Maria started on the service encouraging him to try to consider Maria in a positive light so that she may pass her probation.



Based on her evaluations, there had been evidence that Maria was approaching the level of an average surgical intern in several areas. This level of average represented improvement, but was not up to par with the expectations we have for our PRS residents, who routinely perform well above average and need to maintain this level to remain in good standing in our program. Even reaching average performance had taken more teaching and advising than other residents require. After ten weeks of



probationary meetings, I still find I am still working on the same issues with Maria – learning how to present patients, learning how to anticipate and address clinical and interpersonal problems, listening carefully, behaving professionally and avoiding conflicts, and focusing more on doing her job well rather than the evaluations themselves.

Her performance on our service these past two weeks reveals that she has not actually reached the level of even an average surgical intern. Her performance on our service is not compatible with the evaluations I have seen over the past two months. Clinically she still lacks many of the basic skills we require. She has not responded well to teaching and feedback that could help her improve. This is in contrast to the evaluations we have received from other services, but it is consistent with the problems that have arisen on other services that we have been expressed to us recently by a range of clinical staff.

Finally, I am very concerned by persistent evidence regarding unprofessional behavior and an inability to accept responsibility for problems that arise surrounding her work. She does not perform well under stress or pressure. I do not think she meets the level of excellence that we as a section expect from our residents.

Sincerely,

Julie E. Park, M.D.
Associate Program Director
Assistant Professor of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago



UCMC00002146



Averaged Faculty Evaluations of MA and co PGY1

UCMC00002147



UCMC00002148

## Averaged Faculty Evaluations for PGY 1 past 3 years

| | MA | DS | EK | DB | SF | LA |
|---|---|---|---|---|---|---|
| Gen Knowledge | 3.19 | 4.56 | 4.33 | 5 | 3.9 | 4.58 |
| Operative knowledge | 2.93 | 4 | 4 | 4 | 3.86 | 4.14 |
| preop care | 3 | 4.56 | 4.83 | 4.5 | 4 | 4.67 |
| postop care | 3.06 | 4.78 | 4.83 | 5 | 4.2 | 4.83 |
| communicate | 3.06 | 5 | 5 | 5 | 4.1 | 5 |
| operative preparedness | 3.08 | 4.83 | 4.5 | 4.5 | 4.57 | 4.86 |
| adv OR skills | 2.89 | 4 | 2.5 | 5 | 3.6 | 3.75 |
| ethical | 4.56 | 5.56 | 5.83 | 6 | 5.2 | 5.42 |
| sensitivity | 4.53 | 5.33 | 5.83 | 5.5 | 5.1 | 5.42 |
| communication with pts and families | 3.87 | 5.56 | 5.67 | 5 | 5 | 5.42 |
| communication with other professionals | 3.37 | 5.56 | 5.83 | 5 | 5 | 5.42 |
| documentation | 3.29 | 5 | 5 | 4.5 | 4.5 | 4.83 |
| teaching | 2.67 | ,4.83 | 4.67 | 5 | 4.33 | 4.6 |
| ability to manage service | 2.22 | 4.8 | 3.33 | 4 | 3.8 | 4.43 |
| presentation quality | 3 | 4.4 | 3.5 | 4.5 | 4 | 4.33 |
| critiques personal outcomes | 3.25 | 4.63 | 4.6 | 4 | 4 | 4.78 |
| cost-effective pt care | 3.36 | 4.44 | 4.8 | 4 | 4.13 | 4.4 |
| knowledge of risk-benefit | 3.27 | 4.67 | 4.17 | 5 | 4.22 | 4.45 |
| understanding role of specialist | 3.38 | 4.78 | 4.67 | 5 | 4.4 | 4.64 |




UCMC00002149

# EXHIBIT J

# **CONFIDENTIAL**

## M. A.
## PGY 1

UCMC00000844

# Table of Contents

1. M.A. Summary of probation
2. Summary of probation and graph of faculty evaluations
3. Letters and emails to/from M.A. regarding probation
4. Emails regarding Incidents with attendings and work hours
   a. Dr. Jaskowiak, General Surgery
   b. Dr. Becker, Transplant Surgery
   c. Dr. Tothy, Pediatric ER
   d. Transplant work hours
5. Emails from attendings reviewing performance
   a. Dr. Umanskiy, General Surgery
   b. Dr. Ferguson, Thoracic Surgery
   c. Dr. Thistlewaite, Transplant Surgery
6. Emails from Senior Residents reviewing performance
7. Emails regarding probation meetings
8. Cardiothoracic evaluations Nov 2011
   a. Monthly from faculty
   b. Weekly from team
9. Vascular evaluations Jan 2012
   a. Monthly from faculty
   b. Weekly from team
10. Transplant evaluations Feb 2012
    a. Monthly from faculty
    b. Weekly from team
11. Plastic Surgery evaluations March 2012
    a. Weekly from team
12. Minutes from weekly meetings with Dr. Park and Akilah Williams

UCMC00000845



March 23, 2012

Dr. David H. Song
Professor of Surgery
Vice Chairman, Department of Surgery
Chief, Section of Plastic and Reconstructive Surgery
Director, Residency Training Program
University of Chicago Medical Center
5841 S. Maryland Avenue, MC 6035
Chicago, IL 60637

I would like to use this letter as an opportunity to summarize from my perspective the overall progress and conclusions about the probation period that is about to end, how I believe the goals set have been accomplished, as well as to address a few issues that have arisen during this period. It is my hope that you and the faculty members in charge of reviewing my probation will take this into consideration when deciding whether to lift my probationary status.

Even though I made clear that I disagreed with the appropriateness of such a severe sanction as probation at this point in my training, for all the reasons I presented at length in my November 18th letter, I decided to embrace this as a challenge that looking back at this period I now realize has helped me grow and mature both as a person and as a professional. Regarding the probation goals itemized on your November 15th letter, I believe I have met or exceeded all of them as has been widely acknowledged in numerous weekly performance evaluations, some of which I am quoting below:



*"She does perform at a comparable level to her peers. Overall, we were pleased with Dr. Artunduaga's performance on our busy service as far as her work ethic, positive attitude, and willingness to learn and to pursue continual self-improvement. These traits should serve her well in her professional development and maturation. Her struggles early in internship can likely be attributed to needing some time to adjust to an unfamiliar clinical environment. She continues to make progress in all facets of her job and has the insight to understand the areas she should focus on improving. She has the raw tools to mature into an excellent clinician. With time, experience, and mentorship from senior residents or attendings, she should develop into a fine resident and surgeon."* Michael Shao, Vascular Surgery Fellow

*"I think Maria did a great job in Vascular Surgery, I would be happy to have her on my team again in the future. She is easy to get along with, a good communicator, and very enthusiastic. If she has had problems in the past with efficiency, she has clearly made progress, because I would never make that complaint about her."* Jennifer Paruch, General Surgery Resident

*"I have been with Maria since earlier in the year on Kaplan service, we then were together again on Vascular and now Transplant. Therefore, I have had the opportunity to see her grow over several months. She has exponentially improved since our initial encounter. She*

1

UCMC00000846



has efficiently done everything she has been asked to do, she has learned to reflexively double check any information she passes on, she's dramatically improved when presenting patients, and she continues to be enthusiastic and always has a smile on her face regardless of her current situation, which would make anyone else stressed. I have seen interns do much more egregious acts to warrant this type of probation and having spent the most time with her of any resident, she has not shown any evidence of being a threat to patients. She has effectively managed the Transplant service for a week and a half while the PA was on vacation without any issues. I say this because: 1. Transplant is a service that we don't manage often as General surgery residents, therefore we have very limited experience and 2. Many of the interns before Maria have had the PA as the main floor person. I have otherwise enjoyed working with her and I know she will continue to improve. She is a great person and a great doctor if given the chance. She takes feedback well and is willing to learn. It's just sad that no one wants to take the time to teach." Irma Fleming, General Surgery Resident

"She is excellent at prioritizing her work. She pays attention to details and follows things up very well. I think she is an extremely good clinician for her level. In the transplant service, I've worked with her more than anyone else and I think she's is exceptional, way above average, very enthusiastic and has improved tremendously over the past weeks. I have no concerns whatsoever about her clinical competence. Arguably one of the best interns I've worked with on the transplant service." Dolamu Olaitan, Transplant Surgery Fellow



In regards to the confidentiality of the probation that you said in writing you were concerned for my sake that I had been infringing upon, I would like to remind you that a fair number of residents and attendings in the Department of Surgery knew about my struggles because you took the step of discussing your concerns with them prior to making your decision. During my Thoracic Surgery rotation in November, my superiors did not allow me to perform my intern floor duties or to perform junior level cases because they "knew about my issues." When I asked you for your help, you said you could not intervene on my behalf because I had a "bad reputation" and that I should work things out on my own. Therefore, as it became clear to me that information about my perceived performance had not been kept confidential by other people, I felt compelled to talk openly about it in future rotations, and that of course included discussing my probationary status. In my conversations, my overriding intention was only to ask to be given the same opportunities as others and to be fairly evaluated, as I stated in my letter from November 18th. I did not, nor would I ever ask for special favors on my behalf since it is my belief that in Medicine no one would ever risk their professional credibility by saying good things about a bad performer.

The proactive attitude I have taken has indeed helped blunt the preconceptions the attendings and residents would otherwise have about me, as proven by the attitude of some of those with whom I did not have the opportunity to discuss my situation beforehand. As an example of this, one of the attendings during my probation period believed she had seen enough of me based on the limited interactions I had with her during only three service rounds, and submitted her evaluation 10 days before she was supposed to do so. In her review, she graded me poorly on several aspects, even on areas that she had never supervised me on.

2

UCMC00000847



When I expressed my bewilderment to her, she said to me that she had assumed that I was not good because I was under probation, and that she was grading me based on other people's comments, some of whom in fact later told me they had never spoken with her about me. Her prejudgment also clearly had other negative effects on my interactions with her, for instance when during one of my night-float shifts, she decided not to communicate with me in regards to a case, preferring instead to call a senior resident on-call, despite knowing that it was me who was covering her service and that I should be the one taking care of her patient.

At the same time, I have also made mistakes I do recognize, but which I would ask you to contrast against the seriousness of the accusations against me that led to the meeting and letter from November 2nd. A few weeks ago, I behaved inappropriately towards Dr. Alison Tothy when I abruptly ended a conversation where I felt she was speaking very rudely to me, despite the fact I had already examined her patient and so far had followed proper procedure with him. I also had another incident with Dr. Nora Jaskowiak who admonished me due to an antibiotic prescription that I was asked to refill outside of my regular duties, but which I filled out incorrectly when there did not exist any documentation in the electronic chart and I instead decided to do based on the information the patient gave to me. I also had difficulty with time management during my Transplant Surgery rotation because I was concentrating so much on going the extra mile on my work that I sometimes failed to make appropriate arrangements to leave the hospital on time before being over-hours. While I acknowledge these and other mistakes, I also have to say that being on probation has put an additional amount of stress to my daily routine that I have had to learn to cope with only gradually over time.

In conclusion, as I believe my weekly evaluations attest, despite the occasional difficulties the record shows that my performance is entirely comparable to that of my intern class, even well above average in some instances. I understand that Plastic Surgery residents are expected to do better than General Surgery residents, but given the point where I started and which I made fully transparent when I first applied to this Program, I believe my strong rate of progress is unmistakable as I hope you and the faculty committee will recognize. I am certain that with my abilities and hard work ethic, aided by your mentorship and guidance, I can become the resident you want and expect me to be. I just want to have the same opportunities to develop my skills as other residents are having. I hope you find my performance satisfactory in order to remain in this Program, and furthermore I would urge you to consider removing any trace of this disciplinary action from my permanent record, as you have the power to do.

Sincerely,

Maria Alexandra Artunduaga, M.D.

C.C. Probation committee members

3

UCMC00000848



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

DEPARTMENT OF SURGERY       MC 6035
Section of Plastic and Reconstructive Surgery    5841 South Maryland Avenue
                                                 Chicago, Illinois 60637-1470
                                                 tel    773-702-6302
                                                 fax    773-702-1634



March 14, 2012

Dear Dr. Song,

I am writing to provide an update on Dr. Maria Artunduaga's performance as a resident during her probationary period. During this period, we had hoped both to monitor her progress and to provide timely constructive suggestions on how she could improve to meet the standards we expect of our interns. We wanted her to succeed, so we took the special steps of implementing a weekly evaluation system and also weekly advising meetings with me, in my role as Associate Program Director. We asked the members comprising Maria's team (fellows, senior residents, and physician extenders) to complete weekly evaluations on Maria's performance. This is unusual and requires extra effort by our surgical service and others. The goal has been to identify early any potential problems Maria may be having so that she can address these concerns quickly.

My current assessment is based on the probationary meetings as well as our direct observations of her this month now that she is rotating on the Plastic and Reconstructive Surgery service. The probationary meetings have occurred on a weekly basis, with the exception of the week of February 20, 2012. That week, Maria cancelled our meeting twice. Our meetings are conducted with our residency coordinator Akilah Williams.

At this point, I have several serious reservations regarding her continuation as a resident. She continues to show problems with clinical judgment, floor management, handling criticism in a constructive fashion, and working with peers. These problems far exceed those that I have encountered with any other resident in our section. The improvements that we have seen (e.g., incremental improvement on managing floor work) are occurring too slowly, and the poor receptiveness to teaching suggests this will not change in the near future.

Unfortunately, I have recently learned that a complication has arisen with her evaluations such that I do not believe we can trust them. We have heard from residents and attending physicians on other services that Maria has gone out of her way to meet those who complete her evaluations and emphasize to them that her continuation as a resident is dependent on favorable reviews. In one case, she met with a very senior faculty member in surgery which resulted in him calling more junior surgeons who would be evaluating her. Collectively, these actions were felt as pressure to provide only positive reviews by people completing the evaluations. This has impacted both the normal monthly evaluations completed by attending physicians with input from residents and the weekly review system that had been intended to provide timely advice to Maria. We have continued to receive direct complaints from other services regarding Maria (described below). The complaints are similar to those from before the probationary period began and are consistent with our observations this month during her rotation on Plastic and Reconstructive Surgery.

Below I provide specific examples that illustrate my overall interim assessment above. These examples are clustered in the following categories: (A) clinical performance; (B) interpersonal conflicts; (C) responsiveness to advising; and (D) interference with the evaluation process.



AT THE FOREFRONT OF MEDICINE®

UCMC00000849



## (A) Clinical Performance

There have been several instances in which Maria has shown subpar clinical abilities. I highlight a few of these below.

1) On 1/8/12, Maria was on weekend cross cover call for Plastic and Reconstructive Surgery (PRS). She had been instructed to contact me with my patient's morning hematocrit and a routine evaluation of whether or not the patient was orthostatic. I received a series of text pages on my cell phone that reported conflicting and partial data. In an effort to get clarification, I called her directly to talk with her. I was surprised to find that she did not seem to understand what the requested information was for. When I pointed out that she had provided me with conflicting data, she blamed the nurses for giving her the wrong information. The main issue was that she provided clinically important information in incomplete and piecemeal fashion, and she failed to notice that some of the information was contradictory. We expect our residents to understand the clinical relevance of their work and to confirm the accuracy of their reports if they have reason to suspect problems with their information.

2) On 3/6/12, I was coordinating a dressing change on a complex pediatric patient. Maria was the floor intern and should have been present for this procedure. She was not operating at the time, and I paged her repeatedly regarding this procedure. Maria did not show up for the dressing change. When I asked her about it afterwards, she said that the senior resident "Did not tell her to go". Our sub-interns, interns, and residents are aware of scheduled procedures and operations, and they are expected to provide support. By blaming her senior resident, Maria showed that she still does not comprehend her clinical responsibilities. We cannot run an effective surgical service if team members fail to perform their duties.

3) On 3/10/12, I was performing revision on a reconstructed breast as well as a removal of a mediport in the operating room with Maria and with senior resident Dr. Grant Kleiber. Grant was guiding Maria through the removal of a medi-port while I revised the contralateral breast. He very patiently explained each step along the way, describing how to do it and why it was needed. Maria kept interrupting him, insisting that she understood. In many cases, she would then begin a step incorrectly or answer his instruction in a manner that made clear her lack of understanding. At one point, Grant was guiding Maria through making a purse string suture around a catheter. He had explained why it was necessary and also emphasized the importance of not cutting the catheter with the needle. When Maria tried to place the suture, Grant stopped her because she had stuck the catheter with the needle, imperiling this procedure. Rather than acknowledge the mistake and try again with greater care, Maria argued that she had not stuck the catheter with the needle. We and our patients cannot afford this type of argumentativeness in the operating room. Furthermore, a resident who fails to recognize an error in technique that could have serious ramifications is likely to repeat that mistake. The purse string procedure is rather basic, though important, and should be mastered early in the intern year. It became clear during this procedure that she was unfamiliar with the purse string technique.

4) Later on 3/10/12, I asked Maria to step out of my breast revision case in order to cover a open reduction internal fixation of a bilateral mandible fx case with Dr. Reid that was underway. Dr. Kleiber asked her to put in discharge orders for my patient prior to leaving for Dr. Reid's case. This was a sensible request and should have taken only 2-3 minutes to complete. While Dr. Kleiber finished suturing, I then talked to Maria outside of the operating room and emphasized the importance of gaining operative experience with Dr. Reid. I repeatedly reiterated that she





should complete Dr. Kleiber's request before heading to Dr. Reid's case. Then I went into Dr. Reid's case for about 5-10 minutes to talk with him. Maria arrived after I left the OR. I had assumed she used this time to enter the discharge orders for the case. However, when I next spoke with Dr. Kleiber, he informed me that no orders had been placed for the patient. When I next saw Maria, I asked her if she had placed the orders, thinking it could have been an error in EPIC that occurred. She looked at me as if she had no recollection of being asked to do it. When I discussed this episode further with her, Maria told me she had heard Dr. Kleiber and myself, and had forgotten to do the orders. This concerns me: she seems to have problems hearing or processing direct requests, even when she replies in the affirmative and conveys the impression that she has understood and will complete what is asked of her.

When I asked her what she had done in the 5-10 minutes it took her to scrub into the case, she told me she had to figure out which OR the case was in. This information is clearly listed on all the anesthesia monitors in the OR and as well as on EPIC.

5) On 3/10/12, we had a patient who required an I&D of an abscess. Maria was assigned to this procedure. Even though this was a basic procedure, I was concerned about the subpar clinical skills and knowledge that Maria had exhibited during this rotation. Therefore, I asked Dr. Kleiber to supervise Maria on the I&D, which is an unusual step to take at this point in an intern's year. When he reported back to me, he was glad that he had been present, because it appeared that Maria did not know what was required to properly clean the abscess. She had set out to make an incision that was too small, and she would not have broken up all the loculations in the abscess if it were not for his guidance and prompting during the procedure. This reflects poorly on Maria's ability to learn and her clinical judgment.



## (B) Interpersonal Conflicts

Maria has had several incidents that illustrate a continuing problem to interact constructively with other medical staff. I discuss a few of these below. The frequency with which problems come to our attention is far greater than with any of our other residents.

1) Last fall, Maria improperly prescribed antibiotics over the telephone to a patient of Dr. Nora Jaskowiak. This came to light approximately 3 months after the incident when the patient had her next scheduled appointment with Dr. Jaskowiak. Dr. Jaskowiak was unhappy to learn this and brought it to Maria's attention. Rather than accept responsibility for her actions and apologize, Maria blamed a number of other residents and ultimately Dr. Jaskowiak herself. This is documented in several emails, and Dr. Jaskowiak spoke to me directly about this incident. Though Maria could not remember clearly the details surrounding the patient and prescription, she felt comfortable in attributing responsibility to many others even asserting that Dr. Jaskowiak had provided prescription instructions in an email. Maria told Dr. Jaskowiak that she would go back through her emails to find this email message; she has been unable to find any such message. Finally after much prompting and guidance by myself, Maria wrote an apology to Dr. Jaskowiak. The clinical mistake itself was problematic, but Maria's excuses and argumentativeness in response preclude her taking steps to ensure that such problems do not happen again and disrupt the entire team's focus on caring for current patients.



UCMC00000851



2) Earlier this month, Maria was paged repeatedly by Dr. Alison Tothy, director of the pediatric ER. Dr. Tothy needed her to consult on a patient with a hand injury. Maria did not respond to the pages in a timely fashion. When Dr. Tothy eventually was able to speak with Maria, Dr. Tothy reported that Maria's behavior was unprofessional and that Maria hung up on her while she was still trying to get details of the management of the patient. Maria later emailed Dr. Tothy an explanation whose tone could best be described as obnoxious and arrogant. She seemed to explain hanging up by stating that she did not realize Dr. Tothy was an attending physician. Dr. Kleiber (her senior resident) later reported to me that in a later conversation with Maria, he was struck by that fact that she did not seem apologetic at all and that she did not feel remorse or that her actions were wrong. Her behavior, tone, and the action of hanging up on a colleague were unprofessional, regardless of whether the person on the other end of the phone is an attending, resident, or nurse. Additionally, by hanging up on Dr. Tothy prematurely, the care for the patient was delayed and hampered. This incident embroiled Dr. Ginard Henry, Dr. Kleiber, and you in repeated conversations with the ER. Dr. Kleiber informed me he is concerned that Maria's actions reflect poorly on PRS, are an embarrassment to the other residents, and could compromise our effectiveness in coordinating care with other services.

3) Dr. Reid reported an incident to me that came to his attention when he was going to see one of his patients in the neurosurgery clinic. Dr. Reid has a joint patient with neurosurgery who is a ward of the state and from whom getting consent is difficult. The neurosurgery nurses in clinic did not realize Dr. Reid was present and were talking about Maria and an interaction she had with them over the phone on 3/8/12. When prompted, they explained that she was abrupt, rude, and unprofessional in lashing out at them.



When I discuss these incidents and others with Maria during our probationary meetings, her immediate response is to provide excuses and explanations rather than to try to address the root problems.

At times it is difficult to discern whether problems arise because Maria has not listened well to instructions or whether she has been purposely misleading. An example of this is a recent issue we have had with her duty hours, which was explained in several recent emails. When we met in early February, Maria told me she was over her hours that week. I asked by how much, and she told me 2 hours. I told her that she should be able to make that up during the rest of the month because the hours are averaged, and that she should focus on performing efficiently so that she could do so. The next week when I asked about her hours, she informed me that she was over hours again that week because of emergencies that arose when she was rounding on the weekend with an attending. I once more told her that she needed to balance her hours over the remainder of the month to meet her requirements. She then emailed Sara Dickie and you regarding this matter, stating that she had "mentioned it to Dr. Park during our February weekly meetings, she said it was OK as long it was only a few hours." In our next meeting, I told Maria I was concerned that she did not comprehend the main point of the last several encounters regarding duty hours – which was that she needed to compensate for being over hours the first 2 weeks during the rest of her month. Maria insisted that she understood that message. I then read back to her the email that she had written to you and asked for clarification. Maria said that she understood that I had been telling her she needed to mind her duty hours and that "it was a mistake" to write what she did. We have seen a pattern in which Maria's failure to perform had been recast by her through misrepresentation of the instructions given by her colleagues and mentors.



**(C) Responsiveness to Advising**

We have gone to extraordinary effort to mentor Maria. There are many instances in which she does not heed our advice. This has hurt her training and preparedness. This assessment is comes from my own personal experiences with Maria and from what she relays in our meetings. Here are a few examples:

1) Beginning in January, I repeatedly advised and encouraged Maria to study for the In-Service exam. She agreed that it was important and said she would. It became clear as the weeks passed that she was not making much progress on that front. I specifically told her to review previous In-Service exams and asked if she knew how to access them. She told me she did. In our next meeting, when I asked her about it, she said she had not started yet. I then showed her the website with the previous exams. I assigned her "homework" by asking her to complete the 2010 In-Service exam before we met the following week in order to identify the areas she would need to focus her studying on. The next week she cancelled our meeting twice. When I ran into Maria in the hospital, I asked if she had completed the 2010 In-Service yet. She had not. When we met the following week, she still had not completed a full in-service exam. We do not have problems with our other residents studying for the In-Service exam.

2) I had told Maria before she started on the Plastic Surgery service (on March 1) that she needed to maximize her opportunities during these two weeks to show the department her abilities. In particular, Maria has expressed interest in becoming a pediatric craniofacial surgeon. Therefore it is important that she operate with Dr. Russell Reid.

On March 7, I spoke with Dr. Jonathan Bank (who is the senior resident on Dr. Reid's service) to find out if Maria was operating with Dr. Reid since Wednesdays are his main operative days. I was surprised to learn that Maria chose to be the intern covering floor duties and not be in the OR with Dr. Reid, even though the opportunity had been offered to her. I asked Dr. Bank to make sure Maria scrubbed in with Dr. Reid for the remainder of his cases that week. I requested that she know in advance so that she could prepare for those cases. Later in the afternoon I was speaking with Grant Kleiber (the senior resident covering my service) to go over plans for the next day. I was informed that Maria had chosen to cover my case over Dr. Reid's. I had a panniculectomy scheduled on an obese patient whom Gyn-Onc was going to try a robotically assisted hysterectomy. There was a chance we would not even be needed. I specifically told Dr. Kleiber to make sure Maria operated with Dr. Reid. Ultimately Maria did end up operating with Dr. Reid. However the lengths to which we went to ensure that she did so were unusual and unexpected for someone interested in pediatric craniofacial surgery.

On, Friday March 9, 2012, Maria missed an opportunity to operate with Dr. Reid again. This follows after Dr. Reid told me that he and she had talked about his operative schedule for the rest of her rotation on PRS and the fact that she recognized that he did not have many cases scheduled for the last week of her rotation with us. Then Maria scrubbed into one of my cases that was a second stage breast revision. When I left the case, I ran into Jonathan Bank who informed me that he has been encouraging Maria to come into Dr Reid's cases and that, in fact, Dr. Reid had a mandible fracture that was in the OR already. I went back to my OR, where Maria was just applying steri-strips and I asked her to step out to talk with me. I informed her that she needed to have more time with Dr. Reid and needed to take advantage of when he had cases. Once more, I had to directly and actively make sure that Maria was taking advantages of working with Dr. Reid, which she should have taken the initiative to ensure herself.



**(D) Interference with the Evaluation Process**

I am concerned that her reviews (weekly and monthly evaluations) on other services have been completed with her probation status in mind and under the impression that they should rate her favorably to safeguard her status as a resident. This problem has originated with the unusual steps that Maria has gone to speak with her reviewers directly about her perception of the consequences of their reviews. The unfortunate impact of this is that it has undermined our process for providing feedback to Maria that would help her improve as a resident and achieve at the level we require. Evidence for this has come to light recently from several sources:

1) Maria mentioned Dr. Darwin Eaton, Vascular Surgery, wrote his evaluation "before she could talk to him" as an explanation for why it was an unimpressive review.

2) Dr. Grant Kleiber informed me of an unsolicited conversation he had with the Transplant Nurse Practitioner Christine Trotter in the beginning of March. He told me that Christine was approached by a senior Transplant surgeon regarding the weekly reviews that residents, fellows, and physician extenders would perform on Maria. She was told by this surgeon to review Maria favorably because "she had discovered a gene and needed to be kept in the program". Christine was uncomfortable with the idea of not accurately evaluating Maria.

   Upon learning this, I paged Christine Trotter and spoke with her directly. I made clear that this edict did not come from the Plastic Surgery Section and that we valued honest and accurate evaluations and feedback. I explained that the main purpose of the weekly evaluations by the team was to be able to give Maria more timely feedback so that any issues could be addressed expeditiously.



3) Dr. Yolanda Becker and Maria had repeat discussions regarding her Transplant evaluation, which is documented in several emails. Maria objected to Dr. Becker's evaluation and asked Dr. Becker to consult with her team again and reconsider the evaluation. Dr. Becker has been involved with medical education for several years. Maria implied through her emails and in her direct conversation that Dr. Becker did not know how to perform a resident evaluation.

   Following this, I spoke with Dr. Becker directly, because I felt the need to apologize on behalf of our section for the unprofessional behavior that Maria exhibited. Dr. Becker felt that Maria was trying to engage her sympathies over being in probation in order to favorably skew her evaluations. Dr. Becker assured me that she evaluated Maria in the same manner and using the same criteria that she does all of the residents. Maria and I spoke about this during our weekly meeting. She still does not feel that she did anything inappropriate.

4) I have spoken with Dr. Chris Skelly, Chief of Vascular Surgery, to ascertain whether he felt that Maria was talking with other attendings to obtain their sympathy and sway their evaluations on his service. He replied that he felt she had done that with many of the Vascular faculty. He also informed me that a very senior surgeon, whom he kept anonymous, had given him a call before Maria started on the service encouraging him to try to consider Maria in a positive light so that she may pass her probation.

Based on her evaluations, there had been evidence that Maria was approaching the level of an average surgical intern in several areas. This level of average represented improvement, but was not up to par with the expectations we have for our PRS residents, who routinely perform well above average and need to maintain this level to remain in good standing in our program. Even reaching average performance had taken more teaching and advising than other residents require. After ten weeks of

UCMC00000854



probationary meetings, I still find I am still working on the same issues with Maria – learning how to present patients, learning how to anticipate and address clinical and interpersonal problems, listening carefully, behaving professionally and avoiding conflicts, and focusing more on doing her job well rather than the evaluations themselves.

Her performance on our service these past two weeks reveals that she has not actually reached the level of even an average surgical intern. Her performance on our service is not compatible with the evaluations I have seen over the past two months. Clinically she still lacks many of the basic skills we require. She has not responded well to teaching and feedback that could help her improve. This is in contrast to the evaluations we have received from other services, but it is consistent with the problems that have arisen on other services that we have been expressed to us recently by a range of clinical staff.

Finally, I am very concerned by persistent evidence regarding unprofessional behavior and an inability to accept responsibility for problems that arise surrounding her work. She does not perform well under stress or pressure. I do not think she meets the level of excellence that we as a section expect from our residents.

Sincerely,

Julie E. Park, M.D.
Associate Program Director
Assistant Professor of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago

UCMC00000855



Averaged Faculty Evaluations of MA and co PGY1

UCMC00000856



UCMC00000857

## Averaged Faculty Evaluations for PGY 1 past 3 years



| | MA | DS | EK | DB | SF | LA |
|---|---|---|---|---|---|---|
| Gen Knowledge | 3.19 | 4.56 | 4.33 | 5 | 3.9 | 4.58 |
| Operative knowledge | 2.93 | 4 | 4 | 4 | 3.86 | 4.14 |
| preop care | 3 | 4.56 | 4.83 | 4.5 | 4 | 4.67 |
| postop care | 3.06 | 4.78 | 4.83 | 5 | 4.2 | 4.83 |
| communicate | 3.06 | 5 | 5 | 5 | 4.1 | 5 |
| operative preparedness | 3.08 | 4.83 | 4.5 | 4.5 | 4.57 | 4.86 |
| adv OR skills | 2.89 | 4 | 2.5 | 5 | 3.6 | 3.75 |
| ethical | 4.56 | 5.56 | 5.83 | 6 | 5.2 | 5.42 |
| sensitivity | 4.53 | 5.33 | 5.83 | 5.5 | 5.1 | 5.42 |
| communication with pts and families | 3.87 | 5.56 | 5.67 | 5 | 5 | 5.42 |
| communication with other professionals | 3.37 | 5.56 | 5.83 | 5 | 5 | 5.42 |
| documentation | 3.29 | 5 | 5 | 4.5 | 4.5 | 4.83 |
| teaching | 2.67 | .4.83 | 4.67 | 5 | 4.33 | 4.6 |
| ability to manage service | 2.22 | 4.8 | 3.33 | 4 | 3.8 | 4.43 |
| presentation quality | 3 | 4.4 | 3.5 | 4.5 | 4 | 4.33 |
| critiques personal outcomes | 3.25 | 4.63 | 4.6 | 4 | 4 | 4.78 |
| cost-effective pt care | 3.36 | 4.44 | 4.8 | 4 | 4.13 | 4.4 |
| knowledge of risk-benefit | 3.27 | 4.67 | 4.17 | 5 | 4.22 | 4.45 |
| understanding role of specialist | 3.38 | 4.78 | 4.67 | 5 | 4.4 | 4.64 |



UCMC00000858



THE UNIVERSITY OF
**CHICAGO**
MEDICAL CENTER

DEPARTMENT OF SURGERY
*Section of Plastic and Reconstructive Surgery*

MC 6035
5841 South Maryland Avenue
Chicago, Illinois 60637-1470
*fax*   773-702-6302
*fax*   773-702-1634

| | |
|---|---|
| **Meeting Name:** | Summary of evaluation with Dr. Maria Artunduaga |
| **Date:** | Wednesday, November 2nd, 2011 |
| **Time:** | 1:00 p.m. |
| **Location:** | J641 |
| **Participants:** | Dr. Maria Artunduaga, Dr. David Song, Dr. Julie Park and Akilah Williams |

Acknowledging that this was a very difficult meeting, we convened an urgent meeting with Dr. Maria Artunduaga after her most recent rotation on our service through the month of October. It was unanimous amongst the numerous evaluators across the Department of Surgery, particularly within our section, that the issues that Dr. Artunduaga has will be extremely difficult to correct within the time allotted during residency period. We all recognize that she is a pleasant, hard-working individual who most certainly is intelligent. However, the overwhelming issue was thematically agreed upon once again by all of the reviewers, including a 360 degree evaluation by a nurse practitioner who worked with her extensively.

It became very clear that during the month of October, while Maria had another intern on service who admittedly was not the strongest intern and perhaps added to the problem, performed far below what would be acceptable for an intern, particularly an intern in Plastic and Reconstructive surgery. Throughout the entire course of the month, Dr. Artunduaga failed to communicate properly and failed to efficiently organize a system of rounding and patient follow-up. Several times near misses were found, one in particular as it pertained to maintenance fluid, another as it pertained to drain management, where Dr. Artunduaga failed to recognize her errors despite being told multiple times to follow-up. These are thematically consistent with the evaluations Dr. Artunduaga received in the months of July, August and September where it was seen that "she frequently appeared disorganized, unsure of her knowledge and at times had an unsuccessful doctor/patient relationship." Another set of reviewers stated that "she is often frazzled when presenting patient issues, and it was very difficult to keep her organized and goal-oriented."

It was also found that she accidently sent a patient home with a picc line which was supposed to come out before discharge after multiple times of prompting. This was not fully realized by Dr. Artunduaga. Once again, while on our service, she failed to realize an issue of severe vaginal bleeding and tachycardia and did not appropriately notify senior residents. Another issue is where a patient had a supra-ventricular tachycardia and cardiology was consulted. She failed to follow up with this patient. The list continues with multiple sets of tests and lab that were incorrectly or not ordered. This is not just focusing on specific incidents, and I relayed to Dr. Artunduaga that if these incidents were isolated or if they were thematically different, we would have had a much different conversation of remediation. With all of these issues being

AT THE FOREFRONT OF MEDICINE®

UCMC00000859

thematically universal when it came to her performance or lack thereof, it was quite clear to all of the reviewers that Surgery, and in particular Plastic and Reconstructive Surgery, just would not be the best fit for Dr. Artunduaga.

Regrettably, this is painful for all of us to discover and we have assured Dr. Artunduaga that we would like to move forward in every way possible to support her transition into another specialty or another program. We discussed the probability of probation, but we agreed that probation at this level would not lead to successful remediation and only lead to a permanent deleterious record in her portfolio, thus jeopardizing her future possibilities. I have relayed this to Dr. Artunduaga and have confirmed that she has understood them clearly. I also as a courtesy have given her 24 hours to decide whether she would like to proceed with probation or if she would like to consider a transition in her career where we would all be helpful. She has agreed to get back with me in 24 hours.

The meeting ended with Dr. Artunduaga stating that she recognized and understood these issues, yet being adamant that she has improved. This has further reiterated to us that she feels that she has improved, however, no one else in the entire section and across the department has recognized that fact. Once again, this was a confirmatory step for us, understanding the disconnect between her skill set, the understanding of the situation and the reality of the situation at hand. Regrettably, these things have come to fruition and I have relayed to her both my personal and our collective disappointment at the situation, and have once again relayed to her that we will do whatever is in our power to facilitate her transition. We have also allowed her to understand the grievance process as well and relayed contact information related to grievance if she so chose to move forward in that direction.

_____
Dr. Maria Artunduaga

_____
Dr. Julie Park

_____
Dr. David Song

_____
Akilah Williams

UCMC00000860



THE UNIVERSITY OF
**CHICAGO**
MEDICAL CENTER

DEPARTMENT OF SURGERY     MC 6035
*Section of Plastic and Reconstructive Surgery*     5841 South Maryland Avenue
Chicago, Illinois 60637-1470
*fax*   773-702-6302
*fax*   773-702-1634

Dear Dr. Artunduaga:

It is my duty to inform you that, effective November 15, 2011, you are being placed on Probation. . You will remain on probation until the time when we decide whether you will be offered a contract for another year of training in the program. This decision was reached by the faculty members of the Residency Education Committee as a whole after a thorough review of your progress in the residency program. As you are aware from several prior meetings and discussions with me about your progress in the program, you have failed to satisfactorily carry out your responsibilities. We have outlined for you specific areas where your progress had to improve, and have provided you with opportunities for assistance and remediation. Despite those efforts, you continue to exhibit significant performance deficits related to the competency domains of Patient Care and Interpersonal Communication skills.

The specific competency domains in which significantly deficient performance rating are noted include Patient Care and Interpersonal and Communication Skills:

Patient Care

- Communicate effectively and demonstrate caring and respectful behaviors when interacting with patients and their families
- Gather essential and accurate information about their patients
- Make informed decisions about diagnostic and therapeutic interventions based on patient information, preferences, up-to-date scientific evidence, and clinical judgment
- Develop and carry out patient management plans

Interpersonal and Communication Skills

- Use effective listening skills and elicit and provide information using effective nonverbal, explanatory, questioning, and writing skills
- Work effectively with others as a member or leader of a health care team or other professional group

The following conditions must be met for you to continue in the Program:
1.
- Establishing and maintaining your workload
- Establishing successful doctor-patient relationships
- Following technical instructions in the operating room
- Improving organizational skills
- Understanding what should be prioritized
- Effectively communicating with faculty and staff
- Appropriate clinical decision making

AT THE FOREFRONT OF MEDICINE®



UCMC00000861

- Accepting responsibility
- Timely placing consult notes
- Understanding the plan and your role in the plan.

2. You are required to schedule and meet with Dr. Julie Park, acting in the role of Mentor, at least every other week. Dr. Park may elect to change the frequency and will provide updates to me on the progress being made to address performance issues.

Your performance during this probationary period will be formally reviewed throughout the period of your probation and by faculty during the second or third week of February. At that time a decision will be reached about whether you have met the conditions of this probation and whether you will be offered a contract for another year of training. You will be provided official notification not later than February 28, 2012.

Moonlighting is not allowed while on Probation. It will constitute a violation of probation, and may be grounds for dismissal from residency if you continue to fail to fulfill the applicable educational and clinical requirements of the graduate education and clinical training program in a professional manner, to our satisfaction.

The Grievance Policy is available on the GME intranet site.

It is our sincere hope that the actions required of you will result in a positive outcome and continuation in the program.

Sincerely,

David H. Song, MD, MBA
Program Director
Plastic and Reconstructive Surgery


I have received a copy of this document. I understand the actions required of me.

Maria Artunduaga, M.D                    11/15/2011

11/15/2011

UCMC00000862

November 18, 2011

**Dr. David H. Song**
Professor of Surgery
Vice Chairman, Department of Surgery
Chief, Section of Plastic and Reconstructive Surgery
Director, Residency Training Program
University of Chicago Medical Center
5841 S. Maryland Avenue, MC 6035
Chicago, IL 60637

Dear Dr. Song:

This letter was originally prepared as a response to the "Evaluation Summary" letter handed to me on Friday, November 4th of 2011, which referenced the meeting held on November 2nd at your office. This letter has since then been modified to include and address some points in the "letter of probation" handed to me on November 15, 2011.

I did not want so sign the letter of Nov 4th because I believe it does not accurately convey the facts about my overall performance, and the specific examples it quotes grossly misrepresent my role on the incidents that were cited.

Only as late as Nov 15 I had a minor opportunity to respond to some of the points made against me previously, but I still feel I have not been given an adequate opportunity to respond to those accusations; which in turn have helped create an erroneous impression of my abilities, overall fit for the residency program and ultimately a harsh work environment.

My primary goals with this letter are:
- Set the record straight about the basis of your accusations, which I never had a real opportunity to contest and show factual evidence.
- Formally ask you to reconsider the dates and timeframe set for my probation period, as it is outlined in the Grievance Procedure of the GME Policy handbook.

As secondary goals I have:
- Discuss some of the more subjective perceptions and feedback given.
- Recognize my mistakes and wrongdoings, and clarify the context where they happened and how the were addressed.

There were four particular factual situations highlighted in your letter as *"key examples to demonstrate my poor medical performance"*, and I would like to address them individually below:

1

UCMC00000863

1) *"Several times misses were found, one in particular as it pertained to to maintenance fluid"*

My progress note dated 10/13/2011 at 8:26 am, stated my concern as to JT's hemodynamic status: *"Patient hypotensive over night, got 1.5 Lt of LR, temporarily improved, will transfuse 2 units of pRBC STAT."* Dr. Sara Dickie was notified about my patient's vital signs during walking rounds, she discussed the plan with Dr. Daniel Butz, then later said that she was going to be out for a job interview, and that I should therefore report to Dr. Butz throughout the day. Blood products were released around noon, transfusion started at 12:00 pm, vital signs improved from 1:00 – 2:00 pm (please refer to notes entered by Lisa Reny, RN at 11:00 am, 12:10pm and 2:00 pm), I notified Dr. Daniel Butz about JT's stable clinical status via text page, he then called me back and told me to continue monitoring her closely. At 1:15 pm, I was asked by PA Elizabeth Carlisle to cover Dr. Julie Park's emergent case (savage of thrombosed DIEP flap), and Dr. JL, my co-intern in the service during the month of October, agreed to follow up on my patient's progress. At 3:15 pm, he communicated to Dr. Justine Lee, chief in house, his concerns about JT's poor response to the blood transfusion. I left the OR at 3:30 pm, and went to check on my patient. I met with Dr. Lee and Dr. Borucki (Anesthesia) at the bedside. We all agreed to transfuse 1 Lt of Albumin STAT (please refer to note entered by Dr. Borucki at 4:48pm), and to re-evaluate JT's vital signs by 5:00 pm. I never left my patient's bedside, and as her vital signs did not improve, I paged Dr. Lee suggesting ICU transfer. Arrangements were made, Dr. Lee, Dr. Butz and myself transferred the patient to the unit. Dr. Dickie and Dr. Zachary were notified at 6:00 pm. From 6:00 pm to 8:00 pm the patient received aggressive intravenous resuscitation and an echocardiogram was performed at the bedside. At 8:00 pm, I received a call from Dr. Dickie, who was very upset about me not having transferred the patient to the ICU earlier in the day, she said she explicitely told Dr. Butz about her *"low-threshold for ICU transferring"*. I told her that she did not verbalize her plan to me prior to that conversation, and that I reported to Dr. Butz everything about her patient's day course. In hindsight, I think the confusion started when Dr. Butz and myself went to cover OR cases and the floor was left in the hands of Dr. JL, who unfortunately did not have much experience with the logistics of the service, it was not clear to him that he should have called Dr. Dickie instead of Dr. Lee. There is plenty of evidence on JT's medical records about my diligent performance, and I do not understand why this episode was brought up on your letter if I explained to Dr. Dickie during our feedback session on Friday 11/28/2011 that JT was stable during the time that I was following her, and that her status deteriorated when I was not available.

2) *"Several times misses were found, one in particular as it pertained to drain management"*

Dr. Mary Lawler, from Rehabilitation Medicine was consulted for disposition recommendations 10/18/2011 on JT's case, the next day we had a telephone conversation regarding my patient's future drain care. We agreed that drains needed to be switched from wall to bulb suction, so that the patient could get transferred to an outside facility, and that bulbs would remain in place until the output was <30cc/day in 2 consecutive

2

days. Dr. Lawler expressed concerns about an ostomy bag that was used as a temporary draining measure over one of the liposuction incisions on her left leg. I advised Dr. Lawler to change the appliance regularly until drainage was <30cc/day. On 10/22/2011, JT returned to the ED with a surgical site infection on her back secondary to poor mobility in the Rehabilitation Center, abdominal drains were out, patient reported output of ~50 cc/day, no signs of fluid collection/seroma were noted at physical exam. The day after her admission, Dr. Lawler called Dr. Dickie regarding JT's complaints about the Schwab Rehabilitation Center. I do not know the exact details of their conversation, but Dr. Dickie then called me saying that Dr. Lawler claimed that I had been notified about JT's "loose drains." However, if you refer to Dr. Lawler's consult note from 10/19/2011 at 8:58 am, you will see that no observations were made about the abdominal drains, as the "loose drain" quoted there corresponds to the ostomy bag that we were using over her liposuction incision. Dr. Dickie said that I should have told her about that observation, so that in the future we could secure the drains with new suture, but I replied that Dr. Lawler was referring to the ostomy bag, which I believe could not have been sutured to the skin. I once again do not understand why this was quoted in your letter, as the drains that would have needed suture were not the same ones that Dr. Lawler quoted in her consult note.

3) *Supra-ventricular tachicardia, Cardiology/Gynecology consult, vaginal bleeding and tachycardia on RW's case.*

Many "misses" related to RW's case are mentioned in your summary letter. I agree that a big mistake during my Plastic Surgery rotation on October was not to monitor my co-intern Dr. JL more closely. I trusted his medical judgement and perhaps naively thought that he was going to do a competent job. On the night of 10/13/2011, RW developed atrial fibrillation, Dr. Justine Lee ran the code and I helped her transfer the patient to the Cardiothoracic unit. We all agreed that for logistical purposes, it was going to be easier for Dr. JL to follow up on RW, as he was following Dr. Lee's patients every day. He was responsible for placing orders, writing notes and asking for consults from 10/13/2011 to 10/20/2011. Consecutive misses mentioned in your letter, such as "*consultant recommendation's follow-up, persistent tachycardia regardless of intravenous fluid boluses during heavy menstrual bleeding*, etc.," were ultimately his responsibility. During the afternoon of 10/20/2011, RW presented tachycardia, I assess the patient who was slightly lightheaded and gave her a bolus of 500c NS, I advised Dr. JL to monitor her closely, while I was seeing two consults and making a thumb spica in the cast room in DCAM. I found out later, that he did not follow her up, rather decided to spend 1 hour seeing a consult for a "toe blister". Dr. Nguyen called me on my cell phone inquiring for RW's clinical status, unfortunately at that time, I had very little information to give her since Dr. JL recognized that he did not follow up consultant recommendations neither watched her closely. It is true that I failed to cover his patients when critical issues raised, I also failed to notify Dr. Nguyen about her tachycardia despite of my attempts for reanimating her. It was frustrating, but I never felt that it was my place to give my co-intern feedback or advice regarding his performance. I did express my concerns to my seniors, and their response was that I should coordinate things better with him. At that point, I did not know what else I could have done; I tried to cover everything that seemed

3

to be critical such as consults, discharges, orders and disposition arrangements; I was done by 10:30 am every day. For reasons that are unclear to me yet, he always took very long to accomplish his duties; for instance, his consult notes were always entered late and sometimes the senior residents ended up writing them instead. I can not emphasize more that the dynamics of the team were very challenging, I feel for him because I could identify with some of his struggles. In hindsight most of the misses would have been avoided if I had taken over the monitoring of RW, but I did not feel comfortable with dismissing him from his clinical duties if my seniors did not take actions to remediate the known situation on their own.

4) *"Accidently sent a patient home with a PICC line which was supposed to come out before discharge after multiple times of prompting"*
On 9/5/2011, I was told exactly twice by my senior resident, Dr. Brian Bello, that WH's PICC line needed to be removed prior to discharge. During morning rounds on 9/6/2011, my patient said her daughter would come to 'pick her up after 7:00 pm, therefore I planned to remove the PICC line at 6:00 pm. The ICU team sent the patient home at 5:00 pm without notifying me, they assumed the PICC line would stay since most of Colorectal Surgery patients get discharged with PICC lines for TPN needs. I realized what had happened on the same day and immediately communicated with the patient's daughter, then removed the PICC line the following morning at the clinic. I acknowledge that delaying the removal was suboptimal; nevertheless, I emended my error as soon as I detected it.

About the subjective aspects cited by reviewers', several points have been called to my attention, which I would also like to address: *"Difficulty establishing a strong patient-doctor relationship"*, *"anxiety issues"*, *"failure to communicate with the medical staff effectively"*, and *"mediocre sense of prioritization"*. While I have acknowledged failings on those points, there have been several misunderstandings along the way, as well as evident signs of improvement, which I feel compelled to point out.

-**Task prioritization:** During my time in B Service, I worked under the supervision of a newly recruited fellow who constantly expected me to drop what I was doing in order to place operative notes, orders and consults for the cases she assisted while I was covering clinic and/or OR cases. While leaving the clinic or the OR in order to tend to her matters always seemed inappropriate to me, I did what my senior wanted me to do, which caused in me confusion and a deep sense of frustration. This was perceived as a lack of organization by my evaluators.

-**Floor workload:** My first time managing the floor happened during my third month of internship: *"...it was clear that she was less prepared than her peers. Specifically she was less independent and was less aware of the routines of running the service, a result of necessary adjustments to a different system. Given that she was trained where the routines and customs are not necessarily known to us"*, hence the obvious difficulties that an intern would face during his/her first month of internship and their superiors would be

4

UCMC00000866

more understanding, I was facing in my third month of training. I was lucky to work under Dr. Brian Bello's supervision, he was very helpful regarding task prioritization. List was run several times during the day, my tasks were always accomplished by noon, and I rounded on my own prior to afternoon rounds. I was also very diligent to come to the OR to update my senior twice per day. There were some misses, like the PICC line example that you mentioned on your letter, but he was kind enough to mentor me on those occasions.

*-OR skills:* Assisting cases created at the beginning a great deal of anxiety for me since I did not assisted enough operations during my research years: *"Maria's operative skills were hampered by what appeared to be a significant case of nerves. However, despite these weaknesses, she improved during the rotation. I am convinced that her operative skills will improve since I saw improvement over the course of the month"*. By my second month of internship, I started showing more improvement: *"She is very bright and very good with her hands."* By the end of October I felt a lot more comfortable in the cases I was assisting. I will keep working on improving my performance in the OR.

*-Doctor/Patient relationship:* I am a foreigner and I have an accent. This was never an issue during my time in Boston, I coordinated an international genetics project and was able to communicate with multidisciplinary team of scientists, physicians, nurses, patients and even the press. My time in Chicago has been very challenging. Many of the patients in the hospital have a strong accent that I was not used to, some others have expressed their surprise that a Hispanic physician is taking care of them. This has represented one of my major challenges; I have tried hard to find the right way to establish a strong relationship with my patients. Now they know who I am, where I come from and they have expressed a lot of satisfaction with my work. It has happen several times they ask the operator to page me directly, or have asked me to be present in their procedures or follow-up appointments. They said they feel reassured when I am the one delivering patient care; in particular because I take the time to answer their questions and explain the procedures in a simple yet comprehensive way.

*-Personality:* Some evaluators have expressed concerns about my personality: *"Maria is too sweet, she needs to toughen up"* by Dr. Umanskiy, *"Maria is too nice, she needs to inspire more respect"* by Dr. Jaskowiak; I totally agree that a surgeon must inspire confidence and respect, and I will be working hard on presenting a better image on this regard. Being sweet is not part of the common stereotype of a surgeon, but I strongly believe that this aspect of my personality does not diminish my medical abilities.

Dr. Song, I understand that your expectations from a Plastic Surgery resident are very high, but at the same time you knew that transitioning from my previous research position to the clinical setting was going to be challenging. Adding to that, my condition as a non-native speaker who has not trained in the U.S., would pose some additional difficulties, and they most certainly have. These facts were not hidden from anyone who evaluated my application for Plastic Surgery, and yet my professional qualifications were deemed to outshine all of these perceived weaknesses. From the start, I knew better than

5



anyone else that I would face a steeper learning curve than any of my US-raised and trained colleagues, but this was not a challenge unknown to me since I already went through a similar experience in Boston, with a similarly difficult start but with my talent and drive winning out in due course. Though I recognize that only I am responsible for my rate of progress, I would have expected from some of the faculty, staff and senior colleagues a minimum level of understanding and support in recognition of those facts that are common in anyone with a similar background as mine, as that would have greatly aided in my learning process.

I recognize that my biggest mistake was to not actively look for guidance and mentoring since the very beginning of my internship, rather doing just what other interns would tell me to do, and acting in good faith above everything else. Out of perhaps a naive sense of teamwork, I did not speak up when I felt I was placed in unfair situations, and I was individually blamed for incidents where the responsibility was either collective or it lied squarely on someone else, and I now regret it. At this point, I cannot accept that misses blamed on me were due to an *"uncorrectable lack of medical judgment,"* as you strongly proposed. If I felt that was truly the case, I would be the first one to offer to step aside, as my unshakeable sense of medical ethic would not allow me to put other people's lives at risk while under my watch. If I am about to lose my job, I cannot stop feeling that you have made your decision based on inaccurate observations. Partly because I had no prior knowledge of the U.S. residency system, I mistakenly did not meet with my evaluators prior to evaluation submission, which I now realize would have helped clear up situations that may have been cause for concern. In addition to that, in later conversations, I have had with several of my evaluators and they have expressed surprise at the way the negative aspects of their own reviews have been singled out and highlighted, while positive aspects have hardly been acknowledged.

I have worked very hard in my life, and I have shown I am not afraid of new and difficult challenges. I have the ambition and ability to keep working to improve myself, and to improve the perception of me that unfortunately has been created on the service. I know I can become an invaluable member of the Plastic Surgery program at University of Chicago, but I am asking in return to have a fair evaluation of my abilities. I know I have the intelligence, desire and strength to improve if I am given the chance to do so.

My background makes my assessment more difficult early on during residency; but, as some evaluators have expressed, I will need guidance, mentoring and nurturing. Moving forward, I do promise to seek your guidance more actively in the future.

It has been known from the beginning of my appointment with University of Chicago that I was getting married on December 10, 2011. The school of Medicine scheduled my four weeks of vacation for the whole month of December. In a different set of circumstances I will cancel any plans I had on the month of December and ask to be included in the rotation schedule of the hospital. Given the circumstances, this is not a viable curse of action for me.

6

UCMC00000868

As I described at the beginning of this letter, I am formally asking you to reconsider the dates and timeframe set for my probation period to encompass the 90 working days that are customary, without been penalized for the working schedule that is already in place.

I want to have a fair chance to receive the guidance and mentorship you encourage on the Nov. 15th letter, and give enough time for my superiors and evaluators to get a real view and unbiased judgment of my performance.
These extended dates will give you two more objective comparison points:

- Absite test results will be available in early March. This is a great opportunity to have a quantitative assessment of my fund of knowledge compared to my intern class and other plastic surgery residents at the same level of post-graduate medical education training from previous years.
- Rotation again on the B service, which will serve as a solid comparison point for assessing my improvement.

I hope Dr. Song you find a way to help me, as you stated in your previous letters, to get a positive outcome of this situation, allowing me to stay in the program and be trained as a plastic surgeon. I will shine, if given the opportunity, as you expect.

Sincerely,

Maria Alexandra Artunduaga, M.D.                     11/18/2011

C.C. Dr. Julie Park
C.C. Akilah Williams

7

UCMC00000869

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Monday, November 21, 2011 4:14 PM |
| **To:** | Artunduaga, Maria [BSD] - SUR |
| **Cc:** | Williams, Akilah [BSD] - SUR; Park, Julie [BSD] - SUR |
| **Subject:** | Perspectives |

Dear Maria;

In thinking about our meetings, I would like you to know that Perspectives, our faculty and staff assistance program is available as a resource to you. It is a benefit at no cost to you. They can be reached at (800) 456-6327 and they have counselors in Hyde Park to assist employees who may need assistance. Their service is confidential.

Sincerely,

DHS

```
David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic
```



1



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

DEPARTMENT OF SURGERY          MC 6035
Section of Plastic and Reconstructive Surgery   5841 South Maryland Avenue
                                                Chicago, Illinois 60637-1470
                                                fax    773-702-6302
                                                fax    773-702-1634

Dear Dr. Artunduaga,

I have reviewed your November 18, 2011 letter and your request that we re-consider the dates and time frame set for your probation. We will grant that request.

The initial probation to mid February was designed so that we could meet the requirements of the ACGME. Your contract with the Medical Center, the policies of our GME office, and the standards of the ACGME state:

Conditions for reappointment
II.D.4.d).(1) Non-renewal of appointment or non-promotion: In instances where a resident's agreement will not be renewed, or when a resident will not be promoted to the next level of training, the Sponsoring Institution must ensure that its programs provide the resident(s) with a written notice of intent *no later than four months* prior to the end of the resident's current agreement. If the primary reason(s) for the non-renewal or non-promotion occurs within the four months prior to the end of the agreement, the Sponsoring Institution *must ensure that its programs provide the resident(s) with as much written notice of the intent not to renew or not to promote as circumstances will reasonably allow, prior to the end of the agreement.*

We agree to adjust your probationary period and the time frame in which we will notify you of our decision about whether we will renew your contract to March 23, 2012. We need to assure that you understand and agree that we are adjusting these time frames at your request and in order to provide you with sufficient time to meet the goals we have set for you.

As we move forward, I will review the factual issues raised in your letter.

Sincerely,

David Song, MD, MBA

I have received a copy of this document and I understand the time frames set forth regarding a decision whether to renew my contract.

Maria Artunduaga, M.D.                          11/21/2011
                                                Date

AT THE FOREFRONT OF MEDICINE®

UCMC00000871

## Williams, Akilah [BSD] - SUR

**From:** Song, David [BSD] - SUR
**Sent:** Wednesday, March 14, 2012 12:31 PM
**To:** Artunduaga, Maria [BSD] - SUR
**Subject:** probationary period

Dear Dr. Artunduaga;

As you know, your probationary period will conclude on March 23, 2012. Since many faculty members will be away the week of the 19th, the faculty will meet on March 26 to review your progress and to consider whether to offer you another year of training in the Program. I expect to notify you of our decision no later than March 27th, 2012. The faculty will review your entire file, including your November 18, 2011 letter. If you have other written materials that you would like the faculty to review, please get them to Akilah Williams by March 23, 2012.

Please note that it has always been our intent to keep the fact that you are on probation confidential. I have learned that you have informed many people of your probationary status and have talked to many of the attendings and residents with whom you have worked since November about your probation. That is unfortunate since we hoped, for your sake, to keep this matter confidential.

Sincerely,


**DAVID H. SONG, MD, MBA, FACS**
Cynthia Chow Professor of Surgery
Chief, Section of Plastic and Reconstructive Surgery
Vice-Chairman, Department of Surgery
The University of Chicago Medicine & Biological Sciences
5841 S. Maryland Ave. | Rm J641, MC 6035 | Chicago, IL 60637
Office: 773-702-6302
Pager: 1670


**AT THE FOREFRONT OF MEDICINE®**
http://www.uchospitals.edu
http://surgery.uchicago.edu/specialties/plastic
http://www.facebook.com/uchicagoplasticsurgery
Twitter: @dhsong



1

## Williams, Akilah [BSD] - SUR

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Monday, January 30, 2012 12:55 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: August refill issue (Dr. Jaskowiak) |

Please put this in her file

thanks

David H. Song, MD, MBA, FACS
*Cynthia Chow Professor of Surgery*
Chief, Section of Plastic Surgery
Vice-Chairman, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Thursday, January 26, 2012 9:33 PM
**To:** Song, David [BSD] - SUR; Park, Julie [BSD] - SUR
**Subject:** August refill issue (Dr. Jaskowiak)

Drs. Song and Park,

Today I received a call from Dr. Jaskowiak, regarding an antibiotic prescription I refilled over the phone for one of her patients in August, 2011. She said it was very bad clinical judgment on my part to have done it without examining the patient first; and also expressed a lot of frustration because I did not inform her about the episode. I told her what happened, unfortunately, she replied that she could not believe me since there is not record of what happened. I decided to write you before things escalate, this is what happened:

On August 20, Andrea Olivas, General Surgery PGY-3 received a page from patient CJ stating that a refill was needed at her closest 24-hours pharmacy. Dr. Olivas could not get a hold of the pharmacy, she asked me to help her out by calling later during my night-shift. Once I communicated with the pharmacy, they said this was CJ's second refill. This information was confirmed by the patient, who told me that she was advised to reach the Surgery resident on-call to refill her prescription whenever she had RUQ, and to make an appointment at the clinic to get her cholecystectomy scheduled.

During that week, Dr. Jaskowiak was on vacation, I decided to refill the prescription for only 7 days, because she refused to come to ED. I urged her to give us a call on Monday, so an appointment could be set up. Unfortunately, the patient never called the clinic, and I did not follow up to make sure she was contacted by the scheduler.

I understand Dr. Jaskowiak's point, and totally agree that junior residents should not prescribe antibiotics over the phone; however, my lack of experience at that time (it was my third call) and guidance (I was told to refill a prescription) made me more prone to errors. I naively believed the information I was given, CJ's medical records had no consult/progress notes, and the only available information was a discharge summary from March, 2011.

I made mistakes during my first months of internship and I am dealing with the consequences now. Currently, in a more nurturing environment, I have shown great improvement (as stated by my recent reviews). It is disappointing that Dr.

1

UCMC00000873

Jaskowiak puts in doubt my word about what happened. I have already told Andrea what is going on, and although she does not remember the specifics, she gave her OK to be contacted if necessary.

I hope this e-mail clarifies this situation, let me know if you want to sit down and talk about it.

-M

Maria Alexandra Artunduaga, M.D.
Physician Resident, Section of Plastic & Reconstructive Surgery
University of Chicago Medical Center
5841 S. Maryland, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



2

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Park, Julie [BSD] - SUR |
| **Sent:** | Wednesday, February 22, 2012 4:13 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: CJ's August refill |

Pls add to folder

---

**From:** Jaskowiak, Nora [BSD] - SUR
**Sent:** Wednesday, February 22, 2012 7:58 AM
**To:** Artunduaga, Maria [BSD] - SUR
**Subject:** RE: CJ's August refill

Maria-

Thanks for your email. I really appreciate having a summary of the events.

It sounds like you have learned a lot this year and would likely make different choices were you faced with a similar situation now.

For me, the most important lessons are:

1) comumunicate - this should have been communicated with me via email at the time, even though I was on vacation

2) follow-up - make sure that a plan that you have laid out actually happens and don't make assumptions that patients (or others) will do what they say, especially once you have given them what they wanted

.) document - there is a capability in EPIC to write a Phone Note - which could have served as documentation of this hole episode

4) trust yourself- if you had doubts about the correctness of this plan, feel free to obtain the input of others whom you trust to confirm

As an FYI, when I saw Conchita a few weeks ago, she was complaining of persistent diarrhea. She tested positive for C. Diff, which was has been treated and is now resolved.

I'm glad to hear that things seem to be going better for you now.

Thanks, Dr. J

---

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Thursday, February 09, 2012 9:10 PM
**To:** Jaskowiak, Nora [BSD] - SUR
**Subject:** CJ's August refill

Dear Dr. Jaskowiak,

First of all, I want to apologize for taking so long to write you. I was wrapping things up during the last 2 weeks, so that I could meet with the attendings from my January rotation. This week, I finished going through my e-mails, CJ's medical records and catching up with Andrea Olivas, the middle level resident who asked me refill that order.

1

UCMC00000875

You are right, I made a huge mistake, and I regret it. I know that I sounded very defensive during our conversation, but given my situation (on-going probation), I freaked upon the possibility of getting into more trouble. Under normal circumstances, I would never refill an antibiotic prescription over the phone, unfortunately, at that time, I had only basic knowledge about "refill" mechanisms (it's not customary in Colombia, prescription regulations are different), and I had no guidance from senior residents in regards to the steps to follow with outside calls (attending/chief approval and follow-up appointment set up).

My inexperience (it was my third call) made me more prone to errors, and I want to apologize for that. You can have my word that it will never happen in the future; I learned my lesson and I appreciate your honest feedback.

This is my recall of the account:
On August 20, Andrea Olivas, General Surgery PGY-3 received a page from patient CJ stating that her prescription needed to get refilled. Andrea could not get a hold of the pharmacy, she asked me to help her out by calling later during my Saturday night shift. Once I communicated with the pharmacy, they said this was CJ's second refill. This information was confirmed by the patient, who told me that she was advised to reach the surgery resident on-call to refill her prescription whenever she had RUQ pain, she said she was scheduled to follow up with you at the clinic, but she decided not to attend since she did not want to get her cholecystectomy scheduled yet and her symptoms improved.

Because you were on vacation that week and the patient refused to come to ED, I decided to refill the prescription for only 7 days. I urged her to give us a call on Monday, so an appointment could be set up. CJ never called the clinic, and I did not follow up to make sure the scheduler contacted her. I naively believed the information I was given, CJ's medical records had no consult/progress notes, and the only available information was a discharge summary from March, 2011.

I agree with you, a physician should not prescribe antibiotics over the phone; and again I want to apologize for my bad clinical judgment. I made mistakes during my first months of internship and I am dealing with the consequences now. Currently, I am in a more nurturing environment, and I have shown great improvement. Thank you for your advice, I hope to keep counting with your guidance in the future.

Warm regards,

-M

Maria Alexandra Artunduaga, M.D.
Physician Resident, Section of Plastic & Reconstructive Surgery
University of Chicago Medical Center
5841 S. Maryland, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://mariunduaga.com

*******************************************************************************
This e-mail is intended only for the use of the individual or entity to which
is addressed and may contain information that is privileged and confidential.
the reader of this e-mail message is not the intended recipient, you are

2

UCMC00000876



UCMC00000877

**Park, Julie [BSD] - SUR**

| | |
|---|---|
| **From:** | Artunduaga, Maria [BSD] - SUR |
| **Sent:** | Friday, February 24, 2012 10:43 AM |
| **To:** | Park, Julie [BSD] - SUR |
| **Subject:** | Early Transplant evaluation |

Dear Dr. Park,

Sorry to bother you at the end of the week with this, but I think it is important to ask:

Dr. Becker, one of the Transplant Surgery attendings, submitted a very poor review of my performance last Tuesday. I'm very concerned because our interaction has been limited to 3 kidney rounds and we still have over several days to go. She graded me on areas that she has never supervised me on, such as OR/Clinic/Managerial Skills. Typically, the interns don't interact with her much: she has a Friday AM clinic (PA out, intern covers the floor), she prefers having the senior resident covering her cases and ultimately I was not running the floor during the time she was in charge of the Kidney service.

I really don't see why she's evaluating me so poorly.... Yesterday, she recognized she asked "the relevant people" about my performance, but I have learned she didn't ask the Transplant fellows (Dolamu/Qi) or the senior resident (Irma). It worries me her carelessness will later be used against me during my final review. What do you think I should do?

-M

MARIA ALEXANDRA ARTUNDUAGA, M.D.
Physician Resident
Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. Rm J-641, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com

*****************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
*****************************************************************************

1

UCMC00000878

## Park, Julie [BSD] - SUR

| | |
|---|---|
| **From:** | Park, Julie [BSD] - SUR |
| **Sent:** | Friday, February 24, 2012 7:33 PM |
| **To:** | Artunduaga, Maria [BSD] - SUR |
| **Subject:** | RE: Early Transplant evaluation |

Dear Maria,

I will speak with Dr. Becker and make sure that she is evaluating in the same manner that she does all the residents that rotate on the Transplant service.

- Julie Park

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Friday, February 24, 2012 10:43 AM
**To:** Park, Julie [BSD] - SUR
**Subject:** Early Transplant evaluation

Dear Dr. Park,

Sorry to bother you at the end of the week with this, but I think it is important to ask:

Dr. Becker, one of the Transplant Surgery attendings, submitted a very poor review of my performance last Tuesday. I'm very concerned because our interaction has been limited to 3 kidney rounds and we still have over several days to go. She graded me on areas that she has never supervised me on, such as OR/Clinic/Managerial skills. Typically, the interns don't interact with her much: she has a Friday AM clinic (PA out, intern covers the floor), she prefers having the senior resident covering her cases and ultimately I was not running the floor during the time she was in charge of the Kidney service.

I really don't see why she's evaluating me so poorly.... Yesterday, she recognized she asked "the relevant people" about my performance, but I have learned she didn't ask the Transplant fellows (Dolamu/Qi) or the senior resident (Irma). It worries me her carelessness will later be used against me during my final review. What do you think I should do?

-M

**MARIA ALEXANDRA ARTUNDUAGA, M.D.**
Physician Resident
Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. Rm J-641, MC 6035
Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com



1

UCMC00000879

**Park, Julie [BSD] - SUR**

From:       Park, Julie [BSD] - SUR
Sent:       Monday, February 27, 2012 12:10 AM
To:         Becker, Yolanda [BSD] - SUR; Song, David [BSD] - SUR
Subject:    RE: Evaluation

Dear Dr. Becker,

Thank you for taking the time to evaluate our residents who rotate on your service, and for your evaluation of Dr. Artunduaga and the follow-up clarification. It is important to us that her evaluations are made in the same manner as they would be for any other resident rotating on service. As long as you feel that you have used the same criteria with her as for others, then your evaluation is appropriate. We appreciate the time and effort you put into teaching our residents.

Sincerely,
Julie Park


-----Original Message-----
From: Becker, Yolanda [BSD] - SUR
Sent: Sun 2/26/2012 8:37 AM
To: Song, David [BSD] - SUR; Park, Julie [BSD] - SUR
Cc: Artunduaga, Maria [BSD] - SUR
Subject: FW: Evaluation

ear Dr. Park and Dr. Song
 ria Artunduaga would like to appeal my evaluation. As I noted in the e*value system, I
 ounded with Maria for one week. She feels that I should have marked ³N/A² in several areas
where she feels she was not directly observed.
I had received informal feedback from the resident on our service and the NP¹s because of a
few clinical situations that arose during my week on service. I observed interactions with
others including our fellow and had discussions with other attendings and that is how my
evaluation was derived.
Dr. Artunduaga feels that this is inadequate and is dissatisfied because my conversations
with Dr. Fleming and Dr. Olaitan were more informal or based on observation. In addition, her
specific request did not come in a timely fashion. Apparently, in further conversations, Dr.
Artunduaga¹s performance inporved over the last week. However, I was not on service and could
not incorporate this into my evaluation.
I told her this morning that I would send you an e-mail and cc her to represent her concerns.
I am certainly glad for you to disregard my evaluation if you feel that is most appropriate.
Please feel free to contact me.

Regards,
Yolanda

--
Yolanda T. Becker, M.D., F.A.C.S.
Professor of Surgery
Director, Kidney and Pancreas Transplant Program Surgical Director, Perioperative Services

 niversity of Chicago Medical Center
 41 S. Maryland Avenue
 MC 5027, Suite J-517

1

UCMC00000880

Chicago, IL 60637

Phone: 773-834-4601 Fax: 773-702-2126
Pager: #0672, DD: 773-652-0292


------ Forwarded Message
From: Yolanda Becker <ybecker@surgery.bsd.uchicago.edu>
Date: Thu, 23 Feb 2012 17:10:23 -0600
To: "Artunduaga, Maria [UCH]" <Maria.Artunduaga@uchospitals.edu>
Conversation: Evaluation
Subject: Re: Evaluation

I have already spoken with the relevant people. I¹m glad you had a good time on our rotation.
YTB


On 2/23/12 1:26 PM, "Artunduaga, Maria [UCH]"
<Maria.Artunduaga@uchospitals.edu> wrote:

> Dear Dr. Becker,
>
> Although my month isn¹t over yet, I wanted to thank you for a
> wonderful rotation, I¹ve learned a great deal from you and the other
> members of the team. It was a delight to be part of the transplant team.
>
> Also, I was wondering if you could get some input from Dolamu and Irma
> before completing my evaluation. Last year, my program director (Dr.
> David Song) decided to put me on probation because I was not
> performing at the level of a Plastic Surgery resident. He is going to
> take into account your evaluation; therefore I am trying to get a fair assessment of my
> skills.
>
> I think I have done a decent job; I would really appreciate your help
> on this regard.
>
> Thank you in advance,
>
> -M
>
>
> MARIA ALEXANDRA ARTUNDUAGA, M.D.
> Physician Resident
> Plastic and Reconstructive Surgery
> The University of Chicago Biological Sciences
> 5841 S. Maryland Ave. Rm J-641, MC 6035 Chicago, IL 60637, USA
> Maria.Artunduaga@uchospitals.edu
> Cell: (617) 999-3735
> Pager: (773) 652-1363 (#3394)
> Website: http://martunduaga.com <http://martunduaga.com>
>
>
>
>
> ********************************************************************
> ********
> **

2

UCMC00000881



UCMC00000882

## Williams, Akilah [BSD] - SUR

From:           Song, David [BSD] - SUR
Sent:           Wednesday, March 07, 2012 11:31 PM
To:             Henry, Ginard [BSD] - SUR
Cc:             Williams, Akilah [BSD] - SUR
Subject:        RE: Hand consult

this is unacceptable to me

none of our residents communicate with this arrogant tone carrying with it an air of a false apology

i will reach out to Tothy tomorrow

thanks Ginard.  i'm copying Akilah so that she may put this in her file

David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong


-----Original Message-----
From: Henry, Ginard [BSD] - SUR
Sent: Wed 3/7/2012 10:10 PM
To: Song, David [BSD] - SUR
Subject: FW: Hand consult

Well, at least she apologized.

But the tone of her email shows lack of proper perspective.


Ginard I. Henry, MD

Assistant Professor of Surgery

University of Chicago Pritzker School of Medicine

Section of Plastic Surgery

5841 S. Maryland Ave MC 6035

Chicago, IL 60637

773) 702-6302 (O)

1

UCMC00000883

(773) 702-1634 (F)

From: Artunduaga, Maria [BSD] - SUR
Sent: Wednesday, March 07, 2012 9:32 PM
To: Tothy, Alison
Cc: Henry, Ginard [BSD] - SUR
Subject: Hand consult

Dear Dr. Tothy,

I tried to reach you tonight but you did not return my page.

Regarding the incident this morning, I apologize if my response time was not up to your
expected standards. Since your consult did not seem emergent, I took care of several issues
in the floor that needed to be addressed by 10 am. When you paged me around 10:30 am, I told
you that the patient was already seen, that the mother was aware of the plan (medical
treatment, no surgery) and that I needed to staff the consult prior to go ahead and splint
the patient.

It is understandable your interest on following-up consults; in my experience, the plan is
informed to the ED once it has been discussed with the consulting senior resident/attending.
Also, you should realize that surgical services might take longer to execute the plans since
most of the time we are in the OR. In the future, let us know if your consults are of extreme
urgency so that we can tell our senior residents that you are requesting it.

I have CC Dr. Henry in this e-mail who is aware of the situation.

Thank you for understanding,

-M

MARIA ALEXANDRA ARTUNDUAGA, M.D.

Physician Resident, Plastic and Reconstructive Surgery

The University of Chicago Biological Sciences

841 S. Maryland Ave. | Rm J-641, MC 6035 | Chicago, IL 60637, USA

2

UCMC00000884

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Saturday, March 10, 2012 9:01 AM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: Tothy Complaint |

Please put in her file

**DAVID H. SONG, MD, MBA, FACS**
Cynthia Chow Professor of Surgery
Chief, Section of Plastic and Reconstructive Surgery
Vice-Chairman, Department of Surgery
The University of Chicago Medicine & Biological Sciences
5841 S. Maryland Ave. | Rm J641, MC 6035 | Chicago, IL 60637
Office: 773-702-6302
Pager: 1670

**AT THE FOREFRONT OF MEDICINE®**
http://www.uchospitals.edu
http://surgery.uchicago.edu/specialties/plastic
http://www.facebook.com/uchicagoplasticsurgery
Twitter: @dhsong

---

**From:** Henry, Ginard [BSD] - SUR
**Sent:** Friday, March 09, 2012 4:38 PM
**To:** Song, David [BSD] - SUR
**Cc:** Park, Julie [BSD] - SUR
**Subject:** Tothy Complaint

Dr. Song,
Here is a summary of my recollection of the events surrounding the complaint by Dr. Alison Tothy of the pediatric emergency medicine regarding Dr. Maria Artunduaga on March 14, 2012.

Dr. Tothy stated complaints:
- Maria was not responsive to > 4 pages sent to her for almost 90 min regarding a 8yo male consult with a hand fracture in the pediatric E.D.
- After one hour and 15 minutes from the original consultation call, Maria did see the patient in the peds E.R. but no communication was given to the ED team during or after her visit.
- After further repeated pages Maria did call back. Dr. Tothy stated that Maria was rude and unprofessional in their communication. Dr. Tothy said that Maria presented brusque explanations for the lack of communications and stated that 'she should know that surgeons are busy' and presented an attitude as if the consult and Dr. Tothy's requests were a bother to Maria. It seemed to Dr. Tothy that Maria became upset and hung up on Dr. Tothy immediately after stating that she had other pressing issues to attend to. Dr. Tothy was still trying to ascertain certain critical aspects of the consultation care when Maria disconnected the call abruptly.

I called Maria to discuss the complaints and she presented the following explanations:
- She admitted that she became anger and frustrated with the communication with Dr. Tothy.
- Maria stated that she did not realize that Dr. Tothy was an attending. When this was made know to Maria, she remarked that this fact now made sense to her now why Dr. Tothy was threatening to report her to her superiors during the heated part of their communication.
- Maria admitted to hanging up on Dr. Tothy.
- Maria stated that the peds ED problem was that they continually and repeatedly paged her and did not realize how busy she was a surgical intern.
- Maria indicated that she did not immediately communicate with the peds ED team because she had to first discuss the consultation with her senior resident and the process takes time.

1

UCMC00000885

Ginard



**Ginard I. Henry, MD**
Assistant Professor of Surgery
University of Chicago Pritzker School of Medicine
Section of Plastic Surgery
5841 S. Maryland Ave MC 6035
Chicago, IL 60637
(773) 702-6302 (O)
(773) 702-1634 (F)



**UCMC00000886**

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Tuesday, March 13, 2012 11:23 AM |
| **To:** | Park, Julie [BSD] - SUR; Williams, Akilah [BSD] - SUR; McAtee, Jane [UCH] |
| **Subject:** | Fwd: |

Please put this in Maria's file

David H. Song, MD, MBA, FACS
Cynthia Chow Professor
Chief of Plastic Surgery
Vice-Chairman, Dept. Of Surgery

Begin forwarded message:

> **From:** "Tothy, Alison" <atothy@peds.bsd.uchicago.edu>
> **Date:** March 13, 2012 10:45:58 AM CDT
> **To:** "Song, David [BSD] - SUR" <dsong@surgery.bsd.uchicago.edu>
>
> Hi –
>
> Thanks for the page and phone call last week. Sorry for the delay in getting back to you via email.
>
> This is email will serve as a paper trail of the discussion we had regarding one of the plastic surgery residents, Maria Atrunduaga. She was the resident on call when I was taking care of a patient with a metacarpal fracture. I paged her several times that morning. She responded and said she would be down to see the patient. After an hour had passed I re-paged Maria several times. After the third page, she responded and said she was busy and would be down soon. She abruptly hung up on me after I began to discuss setting expectations for families regarding wait times, etc. When I tried to page her back she did not return my call. Unfortunately, when she hung up on me, I still had patient care questions, including whether or not I could let the child eat. (We try to keep the kids NPO until we determine if they will need sedation for a reduction of the fracture.) I then paged and spoke with the Attending Physician on call. When she did come to see the patient, there was no communication to the nursing or physician staff in the Pediatric ER. She only told the family she would speak with her senior and return for to care for the patient.
>
> I would be happy to discuss any questions or concerns that you might have. As we discussed on the phone, I strongly believe in a team approach (including subspecialists) to taking care of our patients in the Pediatric ER. We enjoy working with your residents, as we often learn as much from them as they can learn from us. Fortunately, the situation above rarely occurs and to my knowledge most interactions with the plastics team and the Pediatric ER run smoothly.
>
> Let me know if I can be of further assistance.
>
> Alison
>
> Alison S. Tothy, M.D.
>
> Medical Director; Pediatric Emergency Medicine
>
> Assistant Professor; Department of Pediatrics
>
> The University of Chicago Children's Hospital

1

UCMC00000887

UCMC00000888

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Sara Dickie [sdickie@gmail.com] |
| **Sent:** | Friday, February 24, 2012 9:46 AM |
| **To:** | Song, David [BSD] - SUR |
| **Cc:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | Fwd: Over hours |

Email exchange from last week.

---------- Forwarded message ----------
From: **Sara Dickie** <sdickie@gmail.com>
Date: Tue, Feb 21, 2012 at 9:59 AM
Subject: Re: Over hours
To: Maria Alexandra Artunduaga <martunduaga@gmail.com>


i agree with you maria. I didn't know you guys were taking the inservice with us. i thought absite. i'll check w/ akilah to make sure we are all on the right page.

-sara


On Tue, Feb 21, 2012 at 9:42 AM, Maria Alexandra Artunduaga <martunduaga@gmail.com> wrote:
Thanks, Sara. I'm assuming not much can be done this week, the NP is on vacation and I'm covering the floor for her.

Regarding the exam, Deana and I were under the impression that we were taking the Absite during internship year. We found out back in December that we were signed out for the Inservice instead. If that's the case, we need to figure out a way the interns can make it to Core next year. The Neurosurgery residents have protected time, we might be able to do the same.



Sent from my iPhone

On Feb 21, 2012, at 9:21 AM, Sara Dickie <sdickie@gmail.com> wrote:

> Hi Maria,
>
> Thanks for letting us know. We will work on a solution. Stay tuned, we'll have an update for you and a plan by the end of the day.
>
> Rest assured though, that most of us never feel like we study enough. This will be the first year the intern level has taken the test so a low score for anyone junior is more a reflection on us as far as educational needs as we integrate the program.
>
> -Sara



> On Mon, Feb 20, 2012 at 8:21 PM, Maria Alexandra Artunduaga, M.D. <martunduaga@gmail.com> wrote:

1

UCMC00000889



Guys,

I've been over hours for the past three weeks (82/84/84), I did mention it to my senior but things are so extremely busy in Transplant that we haven't come up with a good plan yet. My main concern is that I haven't been able to prepare for the Inservice as I'd like (Vascular was also very similar in terms of duty hours). Any advice?

-M

--

Maria Alexandra Artundaga, M.D.
Plastic & Reconstructive Surgery Resident
University of Chicago Medical Center



--

Sara R. Dickie, MD
Department of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago Hospitals

--

Sara R. Dickie, MD
Department of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago Hospitals

--

Sara R. Dickie, MD
Department of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago Hospitals



2

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Dickie, Sara [UCH] |
| **Sent:** | Friday, February 24, 2012 9:58 AM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Cc:** | Song, David [BSD] - SUR |
| **Subject:** | Email and phone conversations regarding Maria |

Hi Akilah

Dave suggested that I shoot you a quick note to document the communication I had with Maria and the Transplant chief, Irma Fleming, last week regarding her work hours.

Earlier today I forwarded her email to Justine and I regarding studying for the inservice and her lack of study time due to being over hours to you.

I spoke with her chief Irma Fleming on Tuesday, Feb 21. I asked her what she knew about the hours situation. She said Maria had brought it to her attention a few days prior. She was surprised that Maria was over hours because Irma and she would run the list at the end of the day (on a daily basis) and Irma was under the impression Maria was signing out to the night float at this time and both she and Maria were leaving the hospital at the same time. However, Maria told her that she routinely stayed 1-2 hours later than this to finish her daily progress notes. Irma looked back and indeed most notes were placed as late entries for the day, going in after 6pm. She was surprised by this because they finished rounding at 6:30 am and plans were made at that time. The nurse practitioner on the service was telling Irma that the floor work was taken care of and patients tucked in by the time Irma was in the OR mid-day. Irma was unsure why it was taking maria so long to do her notes and what other work was interfering with this.

I told Irma that although this is disturbing given that we had the same problem on Plastic Surgery in November and Maria had been specifically instructed to work on efficiency and getting daily progress notes in before noon, this is obviously still a problem. In any event, however, as maria was over hours we needed to quickly resolve the issue so that her average weekly hours would be 80 or less by the end of February. This meant that Irma needed to ensure that Maria had only 70 hours this week. She stated that Transplant was not that busy right now and this shouldn't be an issue.

I sent an email out the same day instructing Maria to be efficient as possible and to leave the hospital when instructed by her chief so that her hours did not total of 70 this week. I confirmed with her and Irma that she left at 1pm on Tuesday.

I cc'd David Song on the email i sent to Irma and Maria with the plan to limit the hours, and if there were any problems along the way to notify me or Justine Lee immediately.

-Sara

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



1

## Williams, Akilah [BSD] - SUR

**From:** Song, David [BSD] - SUR
**Sent:** Friday, February 24, 2012 2:11 PM
**To:** Williams, Akilah [BSD] - SUR
**Subject:** FW: Over-hours

please put this in her file

thanks

David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong

-----Original Message-----
From: Song, David [BSD] - SUR
Sent: Fri 2/24/2012 2:09 PM
To: Artunduaga, Maria [BSD] - SUR
Cc: Park, Julie [BSD] - SUR
Subject: RE: Over-hours

Maria

While the general surgery chiefs and plastic surgery chiefs monitor duty hours, it is also the imperative of each and every resident to plan ahead and monitor his/her own hours and communicate this appropriately to those in the supervisory rule. As for Dr Park saying: "it was OK as long it was only a few hours," I can't imagine that this is actually what she meant as these rules are absolute hard stops and there are non-negotiatialbe. She may have meant that it was OK as long as it was only a few hours over since you will make it up the next week..." but I am copying her on this message so that she can clarify what she meant and also to be clear to you that the 80 hour work week is NON-negotiable and we have a zero tolerance policy for breaching this rule.

Please do not let this happen again.

thanks

David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong

-----Original Message-----
From: Artunduaga, Maria [BSD] - SUR
Sent: Fri 2/24/2012 10:39 AM

1

UCMC00000892

To: Song, David [BSD] - SUR
Subject: Over-hours

Dear Dr. Song,

Regarding your call yesterday, I just wanted you to know that I did notify my senior resident on a timely manner during my first and second week of the rotation, I failed to tell the fellow about my hours because I was afraid that it will have a detriment impact on my weekly evaluations. I also mentioned it to Dr. Park during our February weekly meetings, she said it was OK as long it was only a few hours.

Last Monday, I ask Justine/Sara for help because I know how important it is to strictly follow the ACGME rules. I still believe it was the proper thing to do; I have noticed that in the General Surgery Department, the chiefs monitor the junior's hours weekly and they make adjustments so everybody complies.

If you want me to proceed differently in the future, please let me know who/how should I notify that I'm close to the time limit.

Best Regards

-M

MARIA ALEXANDRA ARTUNDUAGA, M.D.

Physician Resident

Plastic and Reconstructive Surgery

The University of Chicago Biological Sciences

5841 S. Maryland Ave. Rm J-641, MC 6035

Chicago, IL 60637, USA

Maria.Artunduaga@uchospitals.edu

Cell: (617) 999-3735

Pager: (773) 652-1363 (#3394)

Website: http://martunduaga.com <http://martunduaga.com>

****************************************************************************
This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.

2

UCMC00000893

## Williams, Akilah [BSD] - SUR

**From:** Song, David [BSD] - SUR
**Sent:** Tuesday, October 04, 2011 8:58 AM
**To:** Williams, Akilah [BSD] - SUR
**Subject:** FW: follow up

Please put this in Maria's file

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Umanskiy, Konstantin [BSD] - SUR
**Sent:** Wednesday, September 28, 2011 9:12 AM
**To:** Song, David [BSD] - SUR
**Subject:** follow up

Dear Dr. Song,

I am writing to you in follow up of our conversation on September 27, 2011. As you recall we discussed Dr. Artunduaga's performance while on Colon and rectal surgical service (Block H). I met with Dr. Artunduaga on September 27, 2011 and provided her with formal feedback.
Dr. Artunduaga has pleasant personality; she's eager and interested in learning surgery. Throughout the rotation she demonstrated improvement in patient care and communication skills. However, there are several areas of concern that I would like to point out:
1.      Dr. Artunduaga appears to have difficulty keeping up with the workload. She frequently appears disorganized, unsure or her knowledge, and excessively talkative at times.
2.      She was not able to establish successful doctor-patient relationships with the patients on the wards. At times this led to miscommunication between her and the patients.
3.      In the operating room she had difficulty with following instructions and required frequent prompting as to her role and assignment during the case.
In summary, I have major concerns that Dr. Artunduaga's performance is significantly below that of a typical resident in general or plastic and reconstructive surgery at the University of Chicago. While I believe that she's capable of addressing the criticisms presented above, she may not be able to achieve a level of performance that we expect from our residents.

Professionally,

Konstantin Umanskiy, M.D.
Assistant Professor
Department of Surgery - University of Chicago

1

UCMC00000894

UCMC00000895

## Williams, Akilah [BSD] - SUR

| From: | Song, David [BSD] - SUR |
| Sent: | Wednesday, November 16, 2011 1:19 PM |
| To: | Williams, Akilah [BSD] - SUR |
| Cc: | Kamin, Barry [UCH]; McAtee, Jane [UCH] |
| Subject: | FW: MA evaluation |

Fyi

Another evaluation

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic



**From:** Ferguson, Mark [BSD] - SUR
**Sent:** Wednesday, November 16, 2011 11:46 AM
**To:** Song, David [BSD] - SUR
**Subject:** MA evaluation

David, I met with Maria Artunduaga for her mid-rotation formative evaluation today. During our discussion she informed me that she had experienced some performance issues on prior services at this institution and that she had recently been put on probation.

Her performance on the thoracic service to date has been very poor. She is not functioning up to the level of a 3rd year student at this point. Her areas of weakness are numerous, and include lack of technical skills, basic medical knowledge, organizational/prioritization skills, communication skills, and information processing abilities. We have had a few near-misses as a result of her performance that, fortunately, have not yet endangered patients. However, the PAs on the service and the senior resident are having to cover Maria's duties closely to ensure that nothing bad happens.

I don't think Maria accepts responsibility for these shortcomings. When I mentioned specifics to her, these were usually met with explanations that involved misunderstandings about her responsibilities, miscommunications from nurses or other healthcare workers, inadequate introduction to the processes at this institution (both medical center and education related), etc. One disappointment that I expressed was the fact that, after we discussed her need to improve her skills in driving the camera for minimally invasive cases, she failed to adequately take advantage of the MIS skills laboratory during a 3 day period when no clinics or operations were scheduled.

This is clearly a suboptimal situation.

I had a long discussion with Maria and informed her that, in my opinion, she doesn't have the aptitude for a career in surgery, much less in a specialty like plastic surgery or a subspecialty like congenital craniofacial disorders. I told her that

1

aptitude is not a skill that can be taught. I suggested that she begin to think immediately about a change in her career path, that there was no point in continuing down a path that is almost certainly to be disappointing and ultimately unsuccessful.

We agreed that for the next 2 weeks on service she should focus on improving skills that would serve her well in a medical career in a non-surgical specialty, specifically being proactive in managing floor patient issues that lie within her knowledge and technical skill set, and improving her communication skills.

I plan to have a summative evaluation with her at the end of the rotation.

Please let me know if you have any questions regarding these comments.

Mark K. Ferguson, MD
Department of Surgery
The University of Chicago
5841 S. Maryland Avenue MC 5035
Chicago, IL 60637

Professor, Department of Surgery and University of Chicago Cancer Research Center
Head, Thoracic Surgery Service
Director, Residency Program in Cardiothoracic Surgery
Academic phone number: 773-702-3551
Clinical phone number: 773-702-2500
Facsimile: 773-702-2642
e-mail: mferguso@surgery.bsd.uchicago.edu

2

UCMC00000897

UCMC00000898

**Williams, Akilah [BSD] - SUR**

**From:**       Park, Julie [BSD] - SUR
**Sent:**       Wednesday, March 21, 2012 8:45 AM
**To:**         Williams, Akilah [BSD] - SUR
**Subject:**    FW: <no subject>

**From:** Thistlethwaite, J. Richard [BSD] - SUR
**Sent:** Tuesday, March 20, 2012 2:22 PM
**To:** Park, Julie [BSD] - SUR
**Subject:** <no subject>

Julie, I misaddressed the following email when I first sent it to you. Dick

David, Julie

Maria Artunduaga asked me to write a review of her Transplant Surgery rotation. I am out of town this week and haven't been able to access to the Surgery resident evaluation website. I have previously verbally transmitted my thoughts to David, but because of her request, I'll repeat them here.

I worked with Dr Artunduaga on the floor, in clinic and in the operating room during her rotation on Transplant Surgery, an experience gives me a good foundation to evaluate her performance. My opinion is that she performed at an above average level as a first year resident, given the role a first year resident performs on our service. Her strengths were her effort, her reliability in performing daily responsibilities of patient care and on following through with additionally requested tasks, her ability to work well with other residents, nurses, and patients, and her reliability in communicating about patient problems with more senior residents and with me. Her interactions with patients were excellent; her patient care skills, meaning to me at the first year level, her ability to recognize medical problems, was average to above average. Her ability to present patients on rounds in a focused fashion improved greatly during the month of her rotation. I cannot assess her ability to take initiative in patient care decisions for either inpatients or outpatients since this is something that I discourage first year residents from doing, but, due to her natural reticence that I interpreted, in part, to be due to a lack of self-assurance, this should bear future watching.

Her operative skills were average for a first year resident, reflecting little time in the operating room to date. As I did actually operate with her as my only assistant on some cases (I suspect unlike other attendings on the Transplant service), I think I am accurate in saying her technical level is comparable to most of the first year residents with whom I have worked who have subsequently gone into plastic surgery. For example, she was able to accurately follow directions and mimic what I showed her to do, including placement of fine vascular sutures. She was not prone to be overly or inappropriately aggressive, nor did she show an intuitive feel for operating.

I found Dr Artunduaga's fund of medical knowledge to be below average. Given her extended time in the laboratory, I think this is due in large part, to the 4 years she spent with little direct clinical experience between her medical school and beginning residency here. When I discussed this with her, she said she did not think it was due to a difference in what was covered in medical school in the US and where she was educated.

Overall, from direct observations, I found that she did the things I asked her to do on the Transplant Surgery rotation well. However, in sports-world parlance, I would characterize her as a "project", meaning she has some abilities, but not yet clearly the skill to be successful. In medical parlance, this means to me that, outside her day to day work as a resident, she needs to show that she is willing to take the time to refresh her fund of medical knowledge and that, within her work as a resident, she needs to be challenged to think through medical problems and propose how to address them so that her medical decision making can be assessed. As with most first year residents, she needs more

1

UCMC00000899

time in the operating room to assess the development of technical skills.

I hope these comments are helpful.

Dick

2

UCMC00000900

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| From: | Deana Shenaq [dshenaq@gmail.com] |
| Sent: | Thursday, May 03, 2012 2:10 AM |
| To: | Williams, Akilah [BSD] - SUR |
| Cc: | Park, Julie [BSD] - SUR |
| Subject: | Evaluation of Maria |

Hi Dr. Park and Akilah,

Here is my evaluation of Maria from my experience on night float with her. Please let me know if you need anything else.

Thank you,
Deana

--

I have been asked to evaluate Maria Artunduaga by the section of Plastic and Reconstructive Surgery based on our interactions during the night float rotation, while she was covering the plastic surgery, transplant, vascular and pediatric patients. During the month of March, I observed Maria speaking on the telephone with a member of the neurosurgery team. Her voice was raised and she appeared to be frustrated. I asked Maria why she was concerned, and she told me that the neurosurgery team wanted the plastic surgery team to suture a scalp laceration on an adolescent who was involved in a trauma. Maria stated to the team on the phone, "Plastic surgery would not do anymore than what neurosurgery would do, and you can wash out the laceration and close it." I indicated to Maria that it was not common practice to suture scalp lacerations that result from a trauma and usually they should be stapled. I also advised her that prior to refusing any consult, she should touch base with the senior resident on call. Maria was in agreement. A few hours later, I observed Maria with a bucket of supplies near the ED, and I asked her what she was doing. She stated that the neurosurgery attending wanted this patient's scalp laceration to be sutured by the plastic surgery resident on call and that she was going to do that now. I asked her if she had staffed the consult with the senior resident on call yet, and she stated no. I again advised her that prior to performing any procedures on a patient, that a senior resident should approve this. She stated that she would call the senior resident. At the time, I was on my way to see a patient in the ED with the general surgery chief resident. This was around 12am in the morning. The ED had consulted plastic surgery earlier on a different patient who had extensive subcutaneous air tracking into his mediastinum after liposuction at an outside hospital one week prior. Plastic surgery recommendations earlier in the day was to get a CT chest, abdomen and pelvis. I asked Maria if she was aware of this patient in the ED and whether she had seen the CT scan. She stated yes and that her signout from the day resident was to follow up on the CT scan. I asked her if she had contacted the senior resident on call yet or whether she had re-evaluated the patient after the CT scan had returned, and she said no. We offered Maria to come to the ED with us to evaluate the patient, as thoracic surgery (the service I was covering) was now being consulted to rule out esophageal perforation. Together we all evaluated the patient, and there was very low suspicion for esophageal perforation. The chief surgical resident and I both felt that a plastic surgery senior resident should look at the CT scan and deem whether this patient should be admitted for observation based on his extensive subcutaneous air after an elective cosmetic procedure. We urged Maria to contact the plastic surgery senior resident on call about the CT scan since it had not yet been followed up on. After about 30 minutes had elapsed, we found Maria in the hallway near the ER. We asked her whether she had contacted the chief resident on call. She stated that Trang (senior resident) was not too concerned about the CT scan, but that she convinced her to admit the patient to plastic surgery because "Deana and Carla felt that the patient should be admitted." This was a complete miscommunication as our conversation was never aimed at having the patient admitted under plastic surgery, but merely to ensure that a member of the senior plastic surgery team had viewed the CT scan and determined that the patient should be observed or could be safely discharged. Since this had not been followed up on from the day, we had urged

UCMC00000901

Maria to make sure that Trang was aware of the patient and that the CT had been completed hours prior. However, per Maria's own account, it did not seem that this was exactly how the information that was relayed to Trang and there appeared to be a large miscommunication.

Deana Shenaq, M.D.
Plastic & Reconstructive Surgery, PGY-1
The University of Chicago Hospitals
Pager 1553

UCMC00000902

## Williams, Akilah [BSD] - SUR

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Wednesday, August 31, 2011 6:31 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: MA |

Please put this in Maria Artunduaga's file

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Dickie, Sara [UCH]
**Sent:** Wednesday, August 31, 2011 10:15 AM
**To:** Song, David [BSD] - SUR
**Cc:** Lee, Justine [UCH]
**Subject:** MA

Hey Dave,
Our discussions today with Maria were pretty good.  We started first with John Seal who told us the following:
the problem is NOT knowledge and is NOT lack of motivation or wanting to work hard and that she IS teachable.
Maria's main problems stem from communication which he detailed as such:
 -accent
 -a jumbled and somewhat frenetic thought process that comes out when presenting patients
 -too much confidence when it comes to patient management
 -with patients she comes across as abrupt, arrogant and lacking in empathy
 -she is occasionally argumentative when discussing plans or what has been perceived as an error on her part

Maria sat with us for about 30 minutes.  Her perception of the problem stems from communication issues as well, however they are different:
 -accent
 -inability to keep up with how quickly plans get made and list gets run, this may be a language processing issue
 -fear of paging too often about "stupid" things
She feels that on the current service being run with two interns that there is intern favoritism from the top down and that she is the last to know a lot of things.  Complicated patients are being run by the chief alone and that the second intern is being given the bulk of the duties and she is treated like a medical student.  Things have really deteriorated. She was also concerned about lack of OR exposure.

Justine and I told her the following.
 1. The OR is NOT her priority.  Communication IS.  This will be best practiced and overcome by being on the floor, working with patients, staff and practicing patient presentation with her chief.
 2. She can NEVER page too often.  She should ALWAYS feel confident with a plan.  If for ANY reason she feels the plan is incorrect, may have changed b/c patient change in status, or the PATIENT gives her the impression that the plan changed.  She should

1

UCMC00000903

PAGE her chief immediately and voice her concerns. She can NEVER page too often.

3. Her goal is to collect data, compile it into a concise profile to present, and report that data with or without a plan to her chief. She should NEVER make a plan and carry it out on her own. She should never be the last person to know something about a patient before the order is placed. She should strive to be average and not try to impress anyone at this point.


4. We discussed how it is very hard to reinvent yourself in other's eyes. She can never make a second first impression and so what is done is done. However, she CAN improve and we are here to help her. We encouraged her to go to the OR to run the list with her chief every day. We encouraged her to call or page us (me and justine) ANYTIME day or night if there is an issue.

Plan:

We called Brian Bello her chief for next month. He is excited to have her on service and to try and remake her image as well and to make her better. We discussed how we asked that she page him often and come to the OR to run the list. He supports this plan. He will also page or call us with ANY issues that come up so we can address them quickly. We also asked that he make Maria his primary contact and as best as possible let her run the list with ancillary staff so that she and he are the main communication point running the service.

That is where we stand. Hope things improve!

-sara

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UCMC00000904

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Saturday, September 10, 2011 10:19 AM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: Intern Issue |

Please put this in Maria's file

thanks

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Dickie, Sara [UCH]
**Sent:** Thursday, September 08, 2011 8:39 PM
**To:** Song, David [BSD] - SUR
**Cc:** Lee, Justine [UCH]
**Subject:** Intern Issue

Hey Dave,
So I spoke with Brian Bello regarding Maria's performance on the service and regarding some of the gossip I had heard. And the gossip was just gossip. yay.

Brian says she's doing ok with a few exceptions. (Brian is very positive and supportive in general). here are some specifics

1.. She has been coming to the OR frequently to run the list to enhance communication.

2. She is often frazzled when she presents patient issues and Brian has to work with her to keep the presentations organized. She presented a consult the other day of a patient in the ED with a stoma. Hurst asked why she had a stoma and Maria didn't know. Brian was able to find the information in the last discharge summery. He was disappointed that she didn't recognize the importance of the question and do the proper history taking before presenting the patient.

3. Regarding the pain service issue. This was GOSSIP. Maria did nothing wrong, in fact she was hesitant to follow their orders because the patient was not tolerating a diet and they wanted to stop the PCA and start orals. She was right to wait. The pain service was being difficult and Hurst was angry with them. Maria did a good job prioritizing the patient needs.

4. Earlier this week a sick patient needed an urgent IR drain. She got it ordered, completed and the proper cultures sent before noon and without issue. Brian was impressed.

She accidentally sent a patient home with a PICC line that was supposed to come out before d/c. Brian was upset because he told her the day before to remove it prior to d/c. She got the patient back to the hospital and found a room in DCAM to accommodate the patient and had the PICC out before 9am. He was again impressed (after being annoyed) with her resourcefulness and motivation to

1

UCMC00000905

i fix the problem.

6. Regarding the consult gossip. Yesterday the service got four consults in a row. Maria realized she needed help to triage them all quickly. She called the other colorectal service and delegated the patients. These teams work together often and this was not seen as shirking responsibility.

I still think we need to bring her onto our service. In general the gen surg residents are out for blood. I really think getting her away from many of them to calm the waters will be helpful. I also think having her on our service next month, with dan butz as a 2 will really help us identify some of the real issues.

-Sara

***************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
***************************************************************************

2

**UCMC00000906**

## Williams, Akilah [BSD] - SUR

**From:** Song, David [BSD] - SUR
**Sent:** Wednesday, October 19, 2011 11:44 AM
**To:** Williams, Akilah [BSD] - SUR
**Subject:** FW: Maria's eval

Please put in her file

```
David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
```
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Jaskowiak, Nora [BSD] - SUR
**Sent:** Tuesday, October 18, 2011 4:49 PM
**To:** Song, David [BSD] - SUR
**Subject:** FW: Maria's eval

FYI

**From:** Jose, Joly [UCH]
**Sent:** Mon 10/17/2011 3:31 PM
**To:** Jaskowiak, Nora [BSD] - SUR
**Subject:** Maria's eval

Dr. J,
   Here's my eval for Maria:

**Maria is motivated and has willingness to learn. However, she lacks organization, prioritizing and communication skills. The two months she was on B service, she was overwhelmed with responsibilities and could not prioritize important versus non-important tasks. There were also many tasks that were not done b/c there was a lack of communication. Overall, I think Maria did a fair job, however she has many areas that need improvement, specifically in organization, prioritizing and communication.**

Thank You,

Joly Jose, APN, NP-C

University of Chicago Medical Center
Department of General Surgery

1

UCMC00000907

## Williams, Akilah [BSD] - SUR

**From:** Song, David [BSD] - SUR
**Sent:** Monday, October 24, 2011 1:00 PM
**To:** Williams, Akilah [BSD] - SUR
**Subject:** FW: MA

Please put this in Maria's file

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Dickie, Sara [UCH]
**Sent:** Monday, October 24, 2011 11:43 AM
**To:** Song, David [BSD] - SUR
**Subject:** MA

Dave,

Got a call from Mary Lawler today regarding a patient of Dr. Zachary,                    . She was recently discharged to Schwab after belt lipectomy and massive liposuction of bilateral thighs. Mary was concerned that the patient was recently readmitted to U of C because of cellulitis and wound complications. Mary says she voiced concerns to Maria before the discharge regarding an elevated WBC and temp. And she felt like her concerns were "blown off". As well, she was concerned that the drains were not secured in a way to ensure they would not be pulled out during physical therapy which tends to be more aggressive than at the hospital (obviously). In her experience the way the drains were secured was not good enough, it was loose and she voiced this concern to Maria. Prior to the day of discharge I spoke with Maria about the drains. She said Mary wanted to know the plan for the drains and whether they would be on bulb or wall suction. We went over that they could be on bulb for therapy and that they would stay in until less than 30ml was coming out. At this point they were putting out over 200cc a day. Maria stated that Mary wanted them to come out early, which I thought odd, but told her, "No, they must stay in".

The day after transfer to Schwab both drains pulled out during patient turning. Mary was upset as she felt her concerns were not addressed prior to discharge.

I called and spoke to Maria about her interpretation of what Mary wanted. Again she stated that Mary wanted, "a plan for the drains". which to her meant a plan for when they would be removed. I said that actually Mary was concerned they would be pulled out because they weren't secured well to the skin. Then Maria told me that, yes, Mary did say that to her. Maria checked the drains and they seemed secured well to the skin, but that they were better secured with Tegaderm over them, so she instructed the nurses to secure the drains better using Tegaderm.

I told maria that this was not a good enough way to secure drains for this type of patient. We needed to listen to Mary's concerns and in fact we could have placed better sutures into the drains to secure them in a more permanent fashion. I also told her that although we believed the low grade temp was related to atalectasis, that we need to state that directly to Mary and let her know we have the same concerns and that we are addressing them. She agreed and apologized for not alerting me to this before the patient left. She stated she would let me know next time this happened.

1



**UCMC00000908**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

-Sara
*********************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
*********************************************************************************

2

UCMC00000909

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Areas for improvement:

Notification of seniors in case of change in patient status
-Ms. Williams's vaginal bleeding and tachycardia→despite a 500mL bolus, no labs drawn, senior not notified

Appropriate understanding and follow-up of consults
-Cardiology consult→paging service for patient's SVT, and when cardiology did not call back, did not contact them again
-Gyne consult→consult for vaginal bleeding, ordering labs/ultrasound without getting from gyne service what labs/ultrasound were for, or asking consult service to answer the question with their differential diagnosis
Endo consult→recs in note different from meds that were ordered

Following directions, ordering appropriate diagnostic studies and ancillary services
-Ordering transfer of patient out of unit before attending confirmation by senior ·
-plaster splint from OT→despite multiple attempts to explain the typle of splint needed, patient received the wrong splint, no recognition that splint was wrong until seen by senior
-CT abdomen ordered instead of CT Abdomen/pelvis→which was changed by senior after looking over orders
-Antibiotics dropped off MAR→Ancef on replant fell off MAR which was not recognized by intern; Vanc not ordered for patient admitted from ER
-Heparin SQ not ordered on patients on bedrest
-Lovenox discontinued on morbidly obese patient for thrombocytopenia (plts reported at 36, when that was the PTT)
-ID approval for antibiotics not followed up on
-Lantus ordered TID instead of novolog

Description of wounds/fractures
-heavy reliance on photos→need to be able to describe wounds over the phone using proper anatomical terms

Consults
-putting consult notes in a timely manner and communicating recs with the service→consults being put in 1 week after initial consult only after requesting service called when they were unable to find consult note

I discussed all these issues c̄ Maria and, she understands the issues/ context/ and areas in which she can improve

10/24/11

*REVIEWED 10/28/11*

Areas for Improvement:

Notification of Senior in change in patient status or continuing decline

                      , first admission, hypotension and anemia while on stepdown. Patient condition did not improve with blood products. Senior asked you to keep a close eye on a patient and monitor for lack of response. Nursing notes indicate paging the intern (3394) at noon that patient still hypotensive despite blood and no new orders were given and no new plan. Needed to follow patient and update senior as to status. Eventually patient transferred to ICU when another senior was alerted at 4:30pm. Ordering Dilaudid 0.5mg from PACU orderset when patient had mental status changes and hypotension was an error.

Consults
        Seeing consults in efficient manner. Placing consult notes in appropriate time. Improved communication with senior on call as to what consults need to still be seen, which need disposition.

Prioritization
        Seeing consults. Alerting senior to patient status.
        Coordinating with other residents the list update, notes, consults and signout in order to not repeat work and provide efficiency.

History gathering
        Knowledge base is good, but gathering of history and physical exam is lacking. Data gathering by Epic and patient interview is generally slow and incomplete, and then not compiled into an understandable story. Routine patient presentation seems to be a struggle. Must work on presenting physical exam findings. Must not rely on pictures.

General organization
        Keeping track of all orders for patients on the list and ensuring they are all done. Not getting caught up in the first part of plan and forgetting the second and third, etc.

OR
        Pre-oping patients. Any floor patient needs pre-op reconciliation when it is known they will go to OR. Don't wait for patient to be called. If going to OR as first case, leave rounds in timely manner to get patient prepped and ready. If there are two interns, the other can finish rounding.

UCMC00000911

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Sunday, November 06, 2011 8:22 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: Feedback |

please put this in Maria's file

David H. Song, MD, MBA, FACS
Professor and Chief
Section of Plastic Surgery
Vice-Chair of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong


-----Original Message-----
From: Nguyen, Trang [UCH]
Sent: Sun 11/6/2011 4:25 PM
To: Song, David [BSD] - SUR
Subject: Fwd: Feedback


Sent from my iPhone

Begin forwarded message:

> From: Daniel Butz <daniel.r.butz@gmail.com>
> Date: October 30, 2011 9:33:36 PM CDT
> To: trang.nguyen@uchospitals.edu
> Subject: Feedback
>

> Trang
>
> Here's what I can put a finger on.
>
> 1. Returning Pages/Communication
>     In the beginning of the month there were frequent issues with returning pages. Not only
from the chiefs but also returning consult pages.
>     I received two pages regarding consults that had not been called back or no notes were
placed for.
>         This has improved. Pages are returned faster and I haven't had another consulting
service page me in the last two weeks.
>
> 2. Notes
>     Consult notes have not been placed in an efficient time frame. Frequently they are
placed at the end of the day. Earlier in the month one was not placed at all and we were
paged two weeks later requesting our recommendations.
>     Daily notes frequently take until noon to be placed. As far as I'm concerned it should
only take 20-30 minutes to enter the daily notes.
>     These concerned have been mentioned several times without a significant improvement.
>

1

UCMC00000912

> 3. Patient issues/Clinical decision making
>     This has been a pretty serious issue. She has been slow to recognize when patient are unstable and to notify the chiefs. This was especially relevant with Turner who wasn't properly resuscitated and ended up in the ICU.
>     I feel like she has a problem synthesizing data and putting it together in a diagnosis.
>
> 4. Colleague work relationships/accepting responsibility
>     When confronted about a lot of the issues I found that she frequently made excuses and occasionally blamed her co-intern.
>
> 5. Implementing feedback...
>
>
> Hope you had a good weekend
> Dan
>

****************************************************************************
This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
****************************************************************************

2

UCMC00000913

## Williams, Akilah [BSD] - SUR

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Wednesday, November 23, 2011 4:04 PM
**To:** Williams, Akilah [BSD] - SUR
**Subject:** RE: Meeting on Monday, November 28th

OK, keep the same time, I'll try to re-schedule the presentation.
Thanks!

-----Original Message-----
From: Williams, Akilah [BSD] - SUR
[mailto:awilliam@surgery.bsd.uchicago.edu]
Sent: Wednesday, November 23, 2011 4:03 PM
To: Artunduaga, Maria [UCH]
Subject: RE: Meeting on Monday, November 28th

I'm sure Dr. Park would like to meet with you before you leave for the month. Are you free
anytime on Monday?

Akilah

-----Original Message-----
From: Artunduaga, Maria [BSD] - SUR
Sent: Wednesday, November 23, 2011 4:02 PM
To: Williams, Akilah [BSD] - SUR
Subject: RE: Meeting on Monday, November 28th

Kilah,

Next Monday will be a little hectic for case coverage due to the long holiday weekend. I'm
also trying to give a presentation on the AM.

Can we re-schedule the meeting for the first Monday of January?

-M

-----Original Message-----
From: Williams, Akilah [BSD] - SUR
[mailto:awilliam@surgery.bsd.uchicago.edu]
Sent: Tuesday, November 22, 2011 3:07 PM
To: Artunduaga, Maria [UCH]
Subject: RE: Meeting on Monday, November 28th

Our office

Akilah

-----Original Message-----
From: Artunduaga, Maria [BSD] - SUR
Sent: Tuesday, November 22, 2011 3:07 PM
To: Williams, Akilah [BSD] - SUR
Subject: Re: Meeting on Monday, November 28th

1

UCMC00000914

Thanks for setting this up, Akilah.

Where should I meet wih Dr. Park?

Sent from my Verizon Wireless Phone

----- Reply message -----
From: "Williams, Akilah [BSD] - SUR" <awilliam@surgery.bsd.uchicago.edu>
Date: Tue, Nov 22, 2011 14:49
Subject: Meeting on Monday, November 28th
To: "Artunduaga, Maria [BSD] - SUR" <maria.artunduaga@uchospitals.edu>
Cc: "Carla Moreira" <carla.moreira@uchospitals.edu>, "Park, Julie [BSD]
- SUR" <jpark@surgery.bsd.uchicago.edu>

Hi Maria,


I have you set to meet with Dr. Park on Monday, November 28th from 9-10
am and I have cleared this with Carla. We will discuss your evaluations
from this week along with any items you feel should be addressed. If
anything should come up where you are unable to meet with us at 9am,
please call me at 5-1240 so I can let Dr. Park know we need to
reschedule.


et me know if you have any questions.


Best,


Akilah Williams

Office Manager & Residency Coordinator

Plastic & Reconstructive Surgery



This email is intended only for the use of the individual or entity to
which it is addressed and may contain information that is privileged and
confidential. If the reader of this email message is not the intended
recipient, you are hereby notified that any dissemination, distribution,
or copying of this communication is prohibited. If you have received
this email in error, please notify the sender and destroy/delete all
copies of the transmittal. Thank you.

*********************************************************************

2

UCMC00000915

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Artunduaga, Maria [BSD] - SUR |
| **Sent:** | Wednesday, February 01, 2012 2:28 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | Re: evals |

Yes, I'll my senior know, today was an exception, they really needed the extra-hands.

Sent from my iPhone

On Feb 1, 2012, at 12:04 PM, "Williams, Akilah [BSD] - SUR" <awilliam@surgery.bsd.uchicago.edu> wrote:

> Let's do 2/6 at 4:30pm. Make sure you let your attendings know that this is also a priority for you.
>
> Akilah
>
> ---
>
> **From:** Artunduaga, Maria [BSD] - SUR
> **Sent:** Wednesday, February 01, 2012 11:26 AM
> **To:** Williams, Akilah [BSD] - SUR
> **Subject:** Re: evals
>
> I can do Monday between 12-2 or 4-6 to review my Vascular evaluations.
>
> Can I meet with her on Thursday 2/9 (after 4) or Friday 2/10 (after 4) to review my first week evals in transplant? In theory, my weeks now go from Wed to Wed.
>
> Sent from my iPhone
>
> On Feb 1, 2012, at 10:44 AM, "Williams, Akilah [BSD] - SUR" <awilliam@surgery.bsd.uchicago.edu> wrote:
>
>> Hi Maria,
>>
>> Sorry, I was out of the office yesterday and I am just now reading this. Dr. Park is not free on Friday so we are not going to be able to meet this week.
>>
>> Can you meet on Monday, Feb. 6th at 10:15am?
>>
>> Akilah
>>
>> ---
>>
>> **From:** Artunduaga, Maria [BSD] - SUR
>> **Sent:** Tuesday, January 31, 2012 9:15 AM
>> **To:** Williams, Akilah [BSD] - SUR
>> **Subject:** Re: evals
>>
>> Akilah,
>>
>> I need to reschedule for Friday after 12 pm, we have two liver transplants tomorrow and they want me to help out. On Thursday, there's clinic all day long.

UCMC00000916

We can get back to schedule next week once I get a better sense of the transplant service.

-M

Sent from my iPhone

On Jan 27, 2012, at 10:55 AM, "Williams, Akilah [BSD] - SUR" <awilliam@surgery.bsd.uchicago.edu> wrote:

Hey Maria,

I created evals for Jen and Mike Shao. They will be available starting Sunday.

Akilah Williams
Office Manager & Residency Coordinator
Plastic & Reconstructive Surgery

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.

**************************************************************************

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this e-mail message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
**************************************************************************

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is

2

## Williams, Akilah [BSD] - SUR

| | |
|---|---|
| **From:** | Artunduaga, Maria [BSD] - SUR |
| **Sent:** | Wednesday, February 22, 2012 7:49 AM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | Re: Monday meeting (Dr. Park) |
| **Categories:** | Purple Category |

I need to cover an emergent case from 10-1, we're short staffed with 3 rooms running. Tomorrow late in the afternoon might work, otherwise Monday after 4. Sorry!

Sent from my iPhone

On Feb 20, 2012, at 10:37 AM, "Williams, Akilah [BSD] - SUR" <awilliam@surgery.bsd.uchicago.edu> wrote:

Dr. Park can do 11am on Wed.

**AKILAH WILLIAMS**
Office Manager and Residency Coordinator, Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. | Rm. J-641, MC6035 | Chicago, IL 60637
Office: 773-702-6302

**AT THE FOREFRONT OF MEDICINE®**
http://www.uchospitals.edu
http://surgery.uchicago.edu/specialties/plastic/
http://www.facebook.com/uchicagoplasticsurgery
Twitter: @uchicagosurgery
Twitter: @uofoplasticsurg

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Monday, February 20, 2012 2:16 AM
**To:** Williams, Akilah [BSD] - SUR
**Subject:** Monday meeting (Dr. Park)

Hey Akilah,

Can we re-schedule for Wednesday? My psychiatrist couldn't make it on Saturday, he said he could see me today around 3pm today, apparently the first time takes 2 hrs.

Anytime between 10 -12 or after 4 (preferably) works for me.

Thank you,

-M

Maria Alexandra Artunduaga, M.D.
Physician Resident, Section of Plastic & Reconstructive Surgery
University of Chicago Medical Center
5841 S. Maryland, MC 6035
Chicago, IL 60637, USA
Cell: (617) 999-9735
Maria.Artunduaga@uchospitals.edu
Pager: (773) 652-1393 (#3394)
Website: http://mariaartunduaga.com

1

UCMC00000918

*************************************************************************************
**

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this e-mail message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
*************************************************************************************
**

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.
*************************************************************************************
This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this e-mail message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
*************************************************************************************

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Artunduaga, Maria [BSD] - SUR |
| **Sent:** | Monday, March 19, 2012 4:02 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | Re: VP Dr. Richard Hopper |

I'll be there, don't worry, Deana and I are staying for conference that AM, I'm doing Nightfloat for 6 weeks, I won't be able to attend the dinners until May.

MARIA ALEXANDRA ARTUNDUAGA, M.D.
Physician Resident, Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. | Rm J-641, MC 6035 | Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com

-
AT THE FOREFRONT OF MEDICINE®
http://www.uchospitals.edu
http://www.uchicagokidshospital.org
http://www.facebook.com/UChicagoMed
Twitter: @UChicagoMed

On Mar 19, 2012, at 3:35 PM, "Williams, Akilah [BSD] - SUR" <awilliam@surgery.bsd.uchicago.edu> wrote:

Dr. Park can meet at 8:30am on Wednesday, but she is moving something else on her calendar to make room for meeting, so make sure this time will work.

Can you make the VP dinner?

AKILAH WILLIAMS
Office: 773-702-6302

From: Artunduaga, Maria [BSD] - SUR
Sent: Monday, March 19, 2012 3:29 PM
To: Williams, Akilah [BSD] - SUR
Subject: Re: VP Dr. Richard Hopper

Hey Akilah,

I had an issue with my car, I won't be able to make it on time. Can we re-schedule for Wed or Thursday morning? I'll be in the hospital on both days until 10 am.

MARIA ALEXANDRA ARTUNDUAGA, M.D.
Physician Resident, Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. | Rm J-641, MC 6035 | Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735

1

UCMC00000920

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Cardiothoracic/Thoracic**
11/1/2011 to 11/30/2011

Evaluator

**Mark Ferguson**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | Could Improve | **Deficient** | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | O | ⊘ | O |

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | Could Improve | **Deficient** | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | O | ⊘ | O |

### Operative Skills

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ⊘ |

### Personal Attributes/Professionalism

Ethical, honest, reliable

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | ⊘ | O | O | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | ⊘ | O | O | O | O | O |

UCMC00000921

**Relations with Others/Communication Skills**

With patients and families
Exemplary  Superior  **Very Good**        Good  Could Improve  Deficient        N/A
○         ○        ◉                    ○     ○              ○                ○

With other healthcare professionals
Exemplary  Superior  Very Good          Good  **Could Improve**  Deficient    N/A
○         ○        ○                  ○     ◉               ○            ○

Documentation of practice activities
Exemplary  Superior  Very Good          **Good**  Could Improve  Deficient    N/A
○         ○        ○                  ◉        ○             ○            ○

**Teaching Abilities**

Teaches other residents/students effectively
Exemplary  Superior  Very Good          Good  Could Improve  Deficient    **N/A**
○         ○        ○                  ○     ○             ○            ◉

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
Exemplary  Superior  Very Good          Good  Could Improve  Deficient    **N/A**
○         ○        ○                  ○     ○             ○            ◉

Tracking M&M's/presentation quality
Exemplary  Superior  Very Good          **Good**  Could Improve  Deficient    N/A
○         ○        ○                  ◉        ○             ○            ○

Critiques personal practice outcomes
Exemplary  Superior  Very Good          Good  **Could Improve**  Deficient    N/A
○         ○        ○                  ○     ◉               ○            ○

**System-Based Practice**

Practices cost-effective patient care
Exemplary  Superior  Very Good          Good  **Could Improve**  Deficient    N/A
○         ○        ○                  ○     ◉               ○            ○

Demonstrated knowledge of risk-benefit analysis
Exemplary  Superior  Very Good          Good  Could Improve  Deficient    **N/A**
○         ○        ○                  ○     ○             ○            ◉

Demonstrates understanding of role of specialist in overall patient management
Exemplary  Superior  Very Good          **Good**  Could Improve  Deficient    N/A
○         ○        ○                  ◉        ○             ○            ○

> Overall Comments:
> Maria came to our service clearly unprepared for the duties required of an intern. She is enthusiastic and works hard, but is insufficiently experienced to be able to participate at a meaningful level. My concern is that she does not have aptitude for the work she has chosen - very little improvement was evident during our month. Her knowledge and skill levels are well below those of her peers.
>
> Evaluation Submitted on 11/27/2011 10:34:27 AM EST.

UCMC00000922

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Cardiothoracic/Thoracic**
11/1/2011 to 11/30/2011

| Evaluator |
|---|
| **Wickki Vigneswaran** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

Knowledge Base

General knowledge (basic science, clinical)
Exemplary Superior Very Good   Good Could Improve **Deficient**   N/A
 ○     ○     ○        ○     ○     ⊘        ○

Operative knowledge (anatomy, procedures)
Exemplary Superior Very Good   Good Could Improve **Deficient**   N/A
 ○     ○     ○        ○     ○     ⊘        ○

Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary Superior Very Good   Good **Could Improve** Deficient   N/A
 ○     ○     ○        ○     ⊘     ○        ○

Post-op care (including recognition/Rx of complications)
Exemplary Superior Very Good   Good **Could Improve** Deficient   N/A
 ○     ○     ○        ○     ⊘     ○        ○

Able to communicate/justify medical decisions
Exemplary Superior Very Good   Good **Could Improve** Deficient   N/A
 ○     ○     ○        ○     ⊘     ○        ○

Operative Skills

Preparedness (punctual, knows case)
Exemplary Superior Very Good   Good **Could Improve** Deficient   N/A
 ○     ○     ○        ○     ⊘     ○        ○

Advanced OR skills (dissection, exposure, suturing)
Exemplary Superior Very Good   Good Could Improve **Deficient**   N/A
 ○     ○     ○        ○     ○     ⊘        ○

Personal Attributes/Professionalism

Ethical, honest, reliable
Exemplary Superior Very Good   **Good** Could Improve Deficient   N/A
 ○     ○     ○        ⊘     ○     ○        ○

Shows sensitivity of age, gender, culture of patients/colleagues
Exemplary Superior Very Good   **Good** Could Improve Deficient   N/A
 ○     ○     ○        ⊘     ○     ○        ○

UCMC00000923

**Relations with Others/Communication Skills**

With patients and families
Exemplary Superior Very Good     Good **Could Improve** Deficient     N/A
○    ○    ○     ○   ◉   ○     ○

With other healthcare professionals
Exemplary Superior Very Good     **Good** Could Improve Deficient     N/A
○    ○    ○     ◉   ○   ○     ○

Documentation of practice activities
Exemplary Superior Very Good     **Good** Could Improve Deficient     N/A
○    ○    ○     ◉   ○   ○     ○

**Teaching Abilities**

Teaches other residents/students effectively
Exemplary Superior Very Good     Good Could Improve **Deficient**     N/A
○    ○    ○     ○   ○   ◉     ○

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
Exemplary Superior Very Good     Good Could Improve **Deficient**     N/A
○    ○    ○     ○   ○   ◉     ○

Tracking M&M's/presentation quality
Exemplary Superior Very Good     **Good** Could Improve Deficient     N/A
○    ○    ○     ◉   ○   ○     ○

Critiques personal practice outcomes
Exemplary Superior Very Good     **Good** Could Improve Deficient     N/A
○    ○    ○     ◉   ○   ○     ○

**System-Based Practice**

Practices cost-effective patient care
Exemplary Superior Very Good     **Good** Could Improve Deficient     N/A
○    ○    ○     ◉   ○   ○     ○

Demonstrated knowledge of risk-benefit analysis
Exemplary Superior Very Good     Good **Could Improve** Deficient     N/A
○    ○    ○     ○   ◉   ○     ○

Demonstrates understanding of role of specialist in overall patient management
Exemplary Superior Very Good     Good **Could Improve** Deficient     N/A
○    ○    ○     ○   ◉   ○     ○

Overall Comments:
Evaluation Submitted on 12/11/2011 11:45:31 AM EST.

UCMC00000924

UCMC00000925

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Ferguson (C) UCH**
11/21/2011 to 11/25/2011

| | Evaluator |
|---|---|
| | **Kristy Todd** |
| | Nurse |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

Yes ○   **No** ◉   N/A ○

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

Yes ○   No ○   **Shows Improvement** ◉   Needs Help ○   N/A ○

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   Very Good ○   Good ○   **Could Improve** ◉   Deficient ○   N/A ○

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   Very Good ○   Good ○   **Could Improve** ◉   Deficient ○   N/A ○

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   Very Good ○   Good ○   **Could Improve** ◉   Deficient ○   N/A ○

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   Very Good ○   Good ○   **Could Improve** ◉   Deficient ○   N/A ○

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   Very Good ○   Good ○   **Could Improve** ◉   Deficient ○   N/A ○

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

UCMC00000926

|              | Yes      | No      | N/A     |
|--------------|----------|---------|---------|
|              | ☑        | ○       | ○       |

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○         | ○        | ○         | ○    | ☑                 | ○         | ○   |

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○         | ○        | ○         | ○    | ☑                 | ○         | ○   |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Maria has good intentions, however I believe she lacks a solid foundation of medical knowledge thereby inhibiting her progress during her surgery rotations. She definitely needs to improve her communication and organizational skills. From what I've observed in the operating room, it's been difficult for her to understand, grasp, and perform basic concepts/skills as explained by the attending surgeons.

Evaluation Submitted on 11/23/2011 12:31:47 PM EST.

UCMC00000927

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Ferguson (C) UCH**
11/21/2011 to 11/25/2011

| Evaluator |
| --- |
| **Carla Moreira** |
| pgy4 |
| SUR-General Surgery |

**OVERALL RATING**

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
| --- | --- | --- |
| ☑ | ○ | ○ |

*Maria has been working hard to improve this aspect of her training and she has shown progress during the rotation.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ |

*Maria still having issues in seeing tasks to completion independently. She has made significant improvement but I expected her to have resolved this issue by the 4th week of the rotation.*

**PATIENT CARE**

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

*Before the rotation began, I meet with Maria and she identified this issue as one of the things she wanted to work on during the rotation. I think this is one of the areas she has shown the most improvement in.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

*We have work to improve Maria's communication skills and she has shown improvement in this area. I think the main issue is that she doesn't always fully understands what is going on with the patients and this likely impedes her ability to ask the appropriate questions. She can improve this by reading a great deal more and learning about her patients.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

UCMC00000928

| Exemplary | Superior | Very Good | **Good** ✓ | Could Improve | Deficient | N/A |

*Again, I feel that Maria has made improvement in her clinical skills. She unfortunately suffers from having limited clinical experience prior to starting residency but this is not an excuse. She needs to learn how to take feedback, both negative and positive, and use it to continue to improve.*

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** ✓ | Could Improve | Deficient | N/A |

*Please see comment 4.*

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** ✓ | Deficient | N/A |

*I think there are language and cultural barriers that have effected Maria's ability to effectively communicate with patients and medical staff, including nursing staff. She needs to to figure out how to be assertive while being respectful.*

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| **Yes** ✓ | No | N/A |

*The reason I answered yes is because I think Maria needs more supervision than other interns. She started out behind, with larger gap in clinical knowledge, and although she has made significant improvement in this area, she still remains behind her peers at this time. She is a hard work and I believe she will eventually catch up but this make her transition to midlevel resident more difficult.*

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** ✓ | Could Improve | Deficient | N/A |

*Again, Maria is working hard to improve her communication skills.*

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** ✓ | Could Improve | Deficient | N/A |

*Please see above comments.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

---

Overall Comments:
Maria is smart, energetic and a hard worker. She unfortunately she started out behind her peers in terms of clinical knowledge and skills and remains behind at this time.

Evaluation Submitted on 11/25/2011 12:38:08 PM EST.

---

UCMC00000929

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Ferguson (C) UCH**
11/21/2011 to 11/25/2011

| Evaluator |
| --- |
| **Eric Joseph Grossman** |
| pgy5 |
| SUR-General Surgery |

### OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
| --- | --- | --- |
| ☑ | ○ | ○ |

*Maria did a good job at identifying high priority tasks, and putting her attention towards these items.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | **Needs Help** | N/A |
| --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ |

*Although Maria did correctly prioritize her work (as in question 1), I feel she could improve in her ability in accomplishing these tasks. Because this is the first time I have worked with her, I can not comment on if she has "shown improvement."*

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

*We had one consult while on call together which was called in at around 4 am. This was not a very straight forward consult, and although Maria did submit her note prior to leaving her shift, I felt she could have taken more ownership of this consult and the patient.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ | ○ | ○ |

*Maria did a fine job -- she notified me about a pt with a fib with RVR as well as pt with a drop in her Hgb.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

UCMC00000930

*While on call, there was one pt who seemed to be bleeding. However, when I spoke to Maria, I was unsure of the exact story or plan of action. However, part of this confusion may be due to the fact that our call shift was the 2nd Sat shift, which often suffers from insufficient sign-outs and poor relaying of patient care plans. Nonetheless, I felt Maria could improve in her ability to relay pertinent patient history and exam.*

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ◉ | O | O | O |

*I asked Maria to bolus a pt with 250 ml of 5% albumin; however she ordered 500 ml. Overall, this is a very minor discrepancy, but not as precise as I think interns should be*

7) Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ◉ |

*I did not witness Maria interacting with patients; however, I imagine she did a fine job. On a personal level, she is very friendly and nice.*

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | **No** | N/A |
|---|---|---|
| O | ◉ | O |

*Maria, as I mentioned earlier, did not hesitate to contact me when patients were not doing well.*

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ◉ |

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | ◉ | O | O | O | O |

*Maria was eager to help, easy to get in touch with, and obviously wanted to do a good job.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
I have thought a lot about this evaluation. During my limited time (one night on call) with Maria, it was extremely evident that she was working very hard, and wanted very much to perform well. We had a sick patient who needed to go to the OR, and Maria was very helpful in facilitating her transport and getting all the necessary logistics taken care of. However, when I got out of the OR, there were multiple items that had not been checked on. For example, labs were not followed up on, and Maria was unsure of when certain labs were ordered.

Evaluation Submitted on 11/22/2011 9:52:10 PM EST.

UCMC00000931

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Ferguson (C) UCH**
11/21/2011 to 11/25/2011

Evaluator
**Nirja Mehta**
Nurse

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ◉ | ○ |

*She appeared to be somewhat scattered and not really organized, which reflected on her perfomance.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ◉ | ○ |

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

*She was unable to multitask and the notes would not be completed until later in the day. Usually, the residents are supposed to complete the brief rounding notes before OR.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

UCMC00000932

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ◉ | ○ |

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

*Needed direction and checking whether the task was complete or not.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:

Evaluation Submitted on 12/5/2011 12:47:55 PM EST.

UCMC00000933

New Innovations RMS Evaluations

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Ferguson (C) UCH**
11/21/2011 to 11/25/2011

| Evaluator |
| --- |
| **Amy Durkin Celauro**
Nurse |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

|  Yes  |  No  |  **N/A**  |
| --- | --- | --- |
| ○ | ○ | ✅ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ○ | ○ | ✅ | ○ | ○ |

*There have been a few instances where things that should have been done (i.e. consenting a patient, management of floor patients) were not completed in a timely fashion.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ✅ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ○ | ○ | ○ | ✅ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ○ | ○ | ○ | ✅ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ○ | ○ | ○ | ✅ |

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?Control=Ques... 11/29/2011

UCMC00000934

NEW Innovations RMS Evaluations

○       ○       ○       ✅       ○       ○       ○

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

      Yes               **No**                     N/A

      ○                ✅                      ○

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ✅ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ✅ | ○ | ○ | ○ |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

---

Overall Comments:

Maria needs to work on her organizational skills as well as ability to prioritize and communicate effectively with the team. I do think she is working very hard to improve her skills. Note: If I did not specifically witness any of the above areas, I marked it N/A.

Evaluation Submitted on 11/28/2011 5:10:05 PM EST.

---

UCMC00000935

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
11/26/2011 to 12/2/2011

Evaluator

**Carla Moreira**
pgy4
SUR-General Surgery

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
|---------|-----|-----|
| ☑ | ○ | ○ |

*Maria had set this as one of the things she wanted during her rotation and she should effort and improvement during the course of the rotation.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
|-----|-----|-----|-----|-----|
| ○ | ○ | ☑ | ○ | ○ |

*Maria showed significant improvement in this particular area. At the start of the rotation she needed reminders about updating the list and being on time and prepared in the morning. This was no longer an issue at the end of the rotation.*

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ☑ | ○ | ○ |

*I think effective communications skills is Maria's biggest weakness and is an area where she will need to work on most in order to continue to improve. She's been instructed to read more and improve her clinical knowledge and skills and this will certainly help her become a better resident.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

UCMC00000936

*Maria showed efforts of actively working to improve her clinical knowledge improves and her communication skills throughout the rotation.*

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

*Please see comment 4 and 5.*

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ⊘ | ○ |

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

*Again, I think that Maria's communication skills is an area she needs to improve greatly. She does not always appears to know or report the salient points about her patient's care. At times there were issues with sign out between Maria and other members of the staff. She did make improvements during the course of the rotation.*

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

*Maria is very nice person and I did not know of any interpersonal issues during the rotation.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Overall, I believe Maria made effort and showed improvement in many areas during her rotation. She needs to comtinue to make strides to improve her clinical knowledge, communication skill, operative skills and time management. During the course of the rotation, she was able to recognize some of these defiencies and showed effort of trying to improve them. Her perfomance improved overall during the rotation.

Evaluation Submitted on 12/5/2011 11:01:54 PM EST.

UCMC00000937

Weekly Evaluation of Maria Artunduaga, M.D.

**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
11/26/2011 to 12/2/2011

Evaluator

**Nirja Mehta**
Nurse

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | **No** | N/A |
|-----|--------|-----|
| ○ | ☑ | ○ |

*Still needs direction as to which task is more important. However, did show initiative towards the end of the rotation.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
|-----|-----|----------------------|------------|-----|
| ○ | ○ | ☑ | ○ | ○ |

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ☑ | ○ | ○ |

*Still needs improvement in terms of performing tasks faster.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

UCMC00000938

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | **No** | | N/A |
|-----|--------|---|-----|
| ○ | ◉ | | ○ |

*She communicated with the senior resident if there was a concern.*

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

*At times, she became very stressed and flustured which inhibited her from fully comprehending the situation, however, did show improvement weekly.*

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

*Still needed directive as to what to do, however, good team member and hard working.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

| Overall Comments: |
|---|
| Evaluation Submitted on 12/5/2011 12:53:05 PM EST. |

UCMC00000939

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
11/26/2011 to 12/2/2011

Evaluator
**Amy Durkin Celauro**
Nurse

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ◉ | ○ |

*The service seemed a bit overwhelming for her. She had a difficult time effectively organizing and managing the daily workload.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
|-----|-----|-----|-----|-----|
| ○ | ○ | ◉ | ○ | ○ |

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

*She had some difficulty deciding on issues relevant or important for thoracic surgery, even at the end of the rotation.*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

UCMC00000940

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ◉ | ○ |

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

*Maria worked well with the team but we often felt we neeeded to check on things to make sure they were completed accurately.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:

Evaluation Submitted on 12/5/2011 10:55:45 AM EST.

UCMC00000941

**DOS - Faculty Evaluation of Resident**



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Vascular**
1/1/2012 to 1/31/2012

| | Evaluator |
|---|---|
| | **Christopher Skelly** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)
Exemplary Superior Very Good    **Good** Could Improve Deficient    N/A
○ ○ ○    ✔ ○ ○    ○

Operative knowledge (anatomy, procedures)
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ✔    ○ ○ ○    ○

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ✔    ○ ○ ○    ○

Post-op care (including recognition/Rx of complications)
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ✔    ○ ○ ○    ○

Able to communicate/justify medical decisions
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ✔    ○ ○ ○    ○

### Operative Skills

Preparedness (punctual, knows case)
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ✔    ○ ○ ○    ○

Advanced OR skills (dissection, exposure, suturing)
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ✔    ○ ○ ○    ○

### Personal Attributes/Professionalism

Ethical, honest, reliable
Exemplary **Superior** Very Good    Good Could Improve Deficient    N/A
○ ✔ ○    ○ ○ ○    ○

Shows sensitivity of age, gender, culture of patients/colleagues
Exemplary **Superior** Very Good    Good Could Improve Deficient    N/A
○ ✔ ○    ○ ○ ○    ○

### Relations with Others/Communication Skills

UCMC00000942

With patients and families

Exemplary | Superior | **Very Good**    Good | Could Improve | Deficient    N/A

With other healthcare professionals

Exemplary | Superior | **Very Good**    Good | Could Improve | Deficient    N/A

Documentation of practice activities

Exemplary | Superior | **Very Good**    Good | Could Improve | Deficient    N/A

### Teaching Abilities

Teaches other residents/students effectively

Exemplary | Superior | Very Good    Good | Could Improve | Deficient    **N/A**

### Administrative Abilities/Practice Based Learning

Ability to lead/manage a service

Exemplary | Superior | Very Good    Good | Could Improve | Deficient    **N/A**

Tracking M&M's/presentation quality

Exemplary | Superior | Very Good    Good | Could Improve | Deficient    **N/A**

Critiques personal practice outcomes

Exemplary | Superior | Very Good    **Good** | Could Improve | Deficient    N/A

### System-Based Practice

Practices cost-effective patient care

Exemplary | Superior | **Very Good**    Good | Could Improve | Deficient    N/A

Demonstrated knowledge of risk-benefit analysis

Exemplary | Superior | **Very Good**    Good | Could Improve | Deficient    N/A

Demonstrates understanding of role of specialist in overall patient management

Exemplary | Superior | **Very Good**    Good | Could Improve | Deficient    N/A

---

Overall Comments:

Overall I felt that Maria did a very-good to superior job on the vascular service. She is on par with her fellow interns. As with all our interns, she could imrove with more reading. She was wonderful with her demeanor towards patients and families. Would benefit from being more aggressive about getting into the OR. I thoroughly enjoyed working with Maria.

Evaluation Submitted on 2/21/2012 9:55:05 AM EST.

UCMC00000943

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Vascular**
1/1/2012 to 1/31/2012

| | Evaluator |
|---|---|
| | **Darwin Eton** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)
Exemplary  Superior  Very Good       **Good** Could Improve Deficient    N/A
   O          O          O              ◉         O          O             O

Operative knowledge (anatomy, procedures)
Exemplary  Superior  Very Good       **Good** Could Improve Deficient    N/A
   O          O          O              ◉         O          O             O

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary  Superior  Very Good       **Good** Could Improve Deficient    N/A
   O          O          O              ◉         O          O             O

Post-op care (including recognition/Rx of complications)
Exemplary  Superior  Very Good       **Good** Could Improve Deficient    N/A
   O          O          O              ◉         O          O             O

Able to communicate/justify medical decisions
Exemplary  Superior  Very Good       **Good** Could Improve Deficient    N/A
   O          O          O              ◉         O          O             O

### Operative Skills

Preparedness (punctual, knows case)
Exemplary  Superior  Very Good       Good Could Improve Deficient    **N/A**
   O          O          O            O       O          O             ◉

Advanced OR skills (dissection, exposure, suturing)
Exemplary  Superior  Very Good       Good Could Improve Deficient    **N/A**
   O          O          O            O       O          O             ◉

### Personal Attributes/Professionalism

Ethical, honest, reliable
**Exemplary** Superior Very Good       Good Could Improve Deficient    N/A
   ◉          O          O              O       O          O             O

Shows sensitivity of age, gender, culture of patients/colleagues
**Exemplary** Superior Very Good       Good Could Improve Deficient    N/A
   ◉          O          O              O       O          O             O

UCMC00000944

**Relations with Others/Communication Skills**

With patients and families
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ⊘ | ○ | ○ | | ○ | ○ | ○ | | ○ |

With other healthcare professionals
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ⊘ | ○ | ○ | | ○ | ○ | ○ | | ○ |

Documentation of practice activities
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ○ | ○ | ○ | | ⊘ |

**Teaching Abilities**

Teaches other residents/students effectively
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ○ | ○ | ○ | | ⊘ |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ○ | ○ | ○ | | ⊘ |

Tracking M&M's/presentation quality
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ○ | ○ | ○ | | ⊘ |

Critiques personal practice outcomes
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ○ | ○ | ○ | | ⊘ |

**System-Based Practice**

Practices cost-effective patient care
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ⊘ | ○ | ○ | | ○ |

Demonstrated knowledge of risk-benefit analysis
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ○ | ○ | ○ | | ⊘ |

Demonstrates understanding of role of specialist in overall patient management
| Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
| ○ | ○ | ○ | | ⊘ | ○ | ○ | | ○ |

---

Overall Comments:
Dr Artunduaga performs at her expected level. She is reliable and hard working. She interacts well with the attending staff and the other residents, nurses and patients. She is confident and able. She has been a real pleasure to have on the service.

Evaluation Submitted on 1/25/2012 1:46:45 PM EST.

---



UCMC00000945

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Vascular**
1/1/2012 to 1/31/2012

Evaluator
**Heather Hall**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Able to communicate/justify medical decisions

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

### Operative Skills

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

### Personal Attributes/Professionalism

Ethical, honest, reliable

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

UCMC00000946

**Relations with Others/Communication Skills**

With patients and families
Exemplary **Superior** Very Good    Good Could Improve Deficient    N/A
○ ⦿ ○                               ○ ○ ○                          ○

With other healthcare professionals
Exemplary **Superior** Very Good    Good Could Improve Deficient    N/A
○ ⦿ ○                               ○ ○ ○                          ○

Documentation of practice activities
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ⦿                               ○ ○ ○                          ○

**Teaching Abilities**

Teaches other residents/students effectively
Exemplary Superior Very Good    **Good** Could Improve Deficient    N/A
○ ○ ○                           ⦿ ○ ○                              ○

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
Exemplary Superior Very Good    **Good** Could Improve Deficient    N/A
○ ○ ○                           ⦿ ○ ○                              ○

Tracking M&M's/presentation quality
Exemplary Superior Very Good    **Good** Could Improve Deficient    N/A
○ ○ ○                           ⦿ ○ ○                              ○

Critiques personal practice outcomes
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ⦿                               ○ ○ ○                          ○

**System-Based Practice**

Practices cost-effective patient care
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ⦿                               ○ ○ ○                          ○

Demonstrated knowledge of risk-benefit analysis
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ⦿                               ○ ○ ○                          ○

Demonstrates understanding of role of specialist in overall patient management
Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
○ ○ ⦿                               ○ ○ ○                          ○

**Overall Comments:**
Maria performed well on a busy vascular service. She is a hard worker and did well to manage the demands of floor work, consults, and clinic. She also made a very good effort to communicate with the team and attendings including coming to the OR to discuss issues. She was efficient in her work and I think improved over her time on service. She came to my clinic and did a fine job interviewing patients, forming a differential diagnosis, and coming up with a treatment plan. She needs to have confidence in herself as from my perspective she is on par with her peers. Her energy, ability to take feedback, and efforts to improve were laudable. I think with good mentorship she will continue to be an excellent clinician and surgeon.

Evaluation Submitted on 2/20/2012 12:18:24 PM EST.

UCMC00000947

**DOS - Faculty Evaluation of Resident**



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Vascular**
1/1/2012 to 1/31/2012

| | Evaluator |
| --- | --- |
| | **Ross Milner** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

**Knowledge Base**

General knowledge (basic science, clinical)
Exemplary **Superior** Very Good   Good Could Improve Deficient   N/A
O ⊘ O   O O O   O

Operative knowledge (anatomy, procedures)
Exemplary Superior Very Good   Good Could Improve Deficient   **N/A**
O O O   O O O   ⊘

**Clinical Skills**

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary **Superior** Very Good   Good Could Improve Deficient   N/A
O ⊘ O   O O O   O

Post-op care (including recognition/Rx of complications)
Exemplary **Superior** Very Good   Good Could Improve Deficient   N/A
O ⊘ O   O O O   O

Able to communicate/justify medical decisions
**Exemplary** Superior Very Good   Good Could Improve Deficient   N/A
⊘ O O   O O O   O

**Operative Skills**

Preparedness (punctual, knows case)
Exemplary Superior Very Good   Good Could Improve Deficient   **N/A**
O O O   O O O   ⊘

Advanced OR skills (dissection, exposure, suturing)
Exemplary Superior Very Good   Good Could Improve Deficient   **N/A**
O O O   O O O   ⊘

**Personal Attributes/Professionalism**

Ethical, honest, reliable
**Exemplary** Superior Very Good   Good Could Improve Deficient   N/A
⊘ O O   O O O   O

Shows sensitivity of age, gender, culture of patients/colleagues
**Exemplary** Superior Very Good   Good Could Improve Deficient   N/A
⊘ O O   O O O   O

UCMC00000948

**Relations with Others/Communication Skills**

With patients and families
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

With other healthcare professionals
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

Documentation of practice activities
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

**Teaching Abilities**

Teaches other residents/students effectively
Exemplary Superior Very Good          Good Could Improve Deficient          **N/A**
○              ○              ○                      ○        ○            ○                    ◉

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
Exemplary Superior **Very Good**          Good Could Improve Deficient          N/A
○              ○              ◉                      ○        ○            ○                    ○

Tracking M&M's/presentation quality
Exemplary Superior Very Good          Good Could Improve Deficient          **N/A**
○              ○              ○                      ○        ○            ○                    ◉

Critiques personal practice outcomes
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

**System-Based Practice**

Practices cost-effective patient care
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

Demonstrated knowledge of risk-benefit analysis
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

Demonstrates understanding of role of specialist in overall patient management
Exemplary **Superior** Very Good          Good Could Improve Deficient          N/A
○              ◉              ○                      ○        ○            ○                    ○

Overall Comments:
Maria did an excellent job. She was thorough in clinic and in taking care of inpatients.

Evaluation Submitted on 2/24/2012 12:00:39 PM EST.

UCMC00000949



DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Vascular**
1/1/2012 to 1/31/2012

| Evaluator |
| **Robert Steppacher** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)
Exemplary **Superior** Very Good  Good Could Improve Deficient  N/A
○ ◉ ○  ○ ○ ○  ○

Operative knowledge (anatomy, procedures)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A
○ ○ ◉  ○ ○ ○  ○

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary **Superior** Very Good  Good Could Improve Deficient  N/A
○ ◉ ○  ○ ○ ○  ○

Post-op care (including recognition/Rx of complications)
**Exemplary** Superior Very Good  Good Could Improve Deficient  N/A
◉ ○ ○  ○ ○ ○  ○

Able to communicate/justify medical decisions
Exemplary **Superior** Very Good  Good Could Improve Deficient  N/A
○ ◉ ○  ○ ○ ○  ○

### Operative Skills

Preparedness (punctual, knows case)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A
○ ○ ◉  ○ ○ ○  ○

Advanced OR skills (dissection, exposure, suturing)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A
○ ○ ◉  ○ ○ ○  ○

### Personal Attributes/Professionalism

Ethical, honest, reliable
**Exemplary** Superior Very Good  Good Could Improve Deficient  N/A
◉ ○ ○  ○ ○ ○  ○

Shows sensitivity of age, gender, culture of patients/colleagues
**Exemplary** Superior Very Good  Good Could Improve Deficient  N/A
◉ ○ ○  ○ ○ ○  ○



UCMC00000950

Relations with Others/Communication Skills

With patients and families

**Exemplary** Superior Very Good    Good Could Improve Deficient    N/A
(Exemplary selected)

With other healthcare professionals

**Exemplary** Superior Very Good    Good Could Improve Deficient    N/A
(Exemplary selected)

Documentation of practice activities

Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
(Very Good selected)

Teaching Abilities

Teaches other residents/students effectively

Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
(Very Good selected)

Administrative Abilities/Practice Based Learning

Ability to lead/manage a service

Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
(Very Good selected)

Tracking M&M's/presentation quality

Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
(Very Good selected)

Critiques personal practice outcomes

**Exemplary** Superior Very Good    Good Could Improve Deficient    N/A
(Exemplary selected)

System-Based Practice

Practices cost-effective patient care

Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
(Very Good selected)

Demonstrated knowledge of risk-benefit analysis

Exemplary Superior **Very Good**    Good Could Improve Deficient    N/A
(Very Good selected)

Demonstrates understanding of role of specialist in overall patient management

Exemplary **Superior** Very Good    Good Could Improve Deficient    N/A
(Superior selected)

Overall Comments:
Maria was a pleasure to work with and I enjoyed having her on the service. She is very even-keeled and did not get frustrated or complain on our very busy service. She was able to effectively expedite patient care even in our high acuity population.

Evaluation Submitted on 3/5/2012 12:52:05 PM EST.



DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Vascular**
1/1/2012 to 1/31/2012



Evaluator

**Matthew Blecha**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

Operative knowledge (anatomy, procedures)
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

Post-op care (including recognition/Rx of complications)
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

Able to communicate/justify medical decisions
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

### Operative Skills

Preparedness (punctual, knows case)
**Exemplary** Superior Very Good ● ○ ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

Advanced OR skills (dissection, exposure, suturing)
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

### Personal Attributes/Professionalism

Ethical, honest, reliable
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○

Shows sensitivity of age, gender, culture of patients/colleagues
Exemplary **Superior** Very Good ○ ● ○  GoodCould ImproveDeficient ○ ○ ○  N/A ○



UCMC00000952

### Relations with Others/Communication Skills

**With patients and families**
Exemplary **Superior** Very Good — Good Could Improve Deficient — N/A
○ ◉ ○ — ○ ○ ○ — ○

**With other healthcare professionals**
Exemplary **Superior** Very Good — Good Could Improve Deficient — N/A
○ ◉ ○ — ○ ○ ○ — ○

**Documentation of practice activities**
Exemplary **Superior** Very Good — Good Could Improve Deficient — N/A
○ ◉ ○ — ○ ○ ○ — ○

### Teaching Abilities

**Teaches other residents/students effectively**
Exemplary Superior Very Good — Good Could Improve Deficient — N/A
○ ○ ○ — ○ ○ ○ — ○

### Administrative Abilities/Practice Based Learning

**Ability to lead/manage a service**
Exemplary Superior Very Good — Good Could Improve Deficient — **N/A**
○ ○ ○ — ○ ○ ○ — ◉

**Tracking M&M's/presentation quality**
Exemplary Superior Very Good — Good Could Improve Deficient — **N/A**
○ ○ ○ — ○ ○ ○ — ◉

**Critiques personal practice outcomes**
Exemplary Superior Very Good — Good Could Improve Deficient — **N/A**
○ ○ ○ — ○ ○ ○ — ◉

### System-Based Practice

**Practices cost-effective patient care**
Exemplary Superior Very Good — Good Could Improve Deficient — **N/A**
○ ○ ○ — ○ ○ ○ — ◉

**Demonstrated knowledge of risk-benefit analysis**
Exemplary Superior Very Good — Good Could Improve Deficient — **N/A**
○ ○ ○ — ○ ○ ○ — ◉

**Demonstrates understanding of role of specialist in overall patient management**
Exemplary Superior Very Good — Good Could Improve Deficient — **N/A**
○ ○ ○ — ○ ○ ○ — ◉

---

**Overall Comments:**
Excellent enthusiasm and was a pleasure to have on vascular surgery. Positive attitude, worked hard, and reliable.

Evaluation Submitted on 2/28/2012 11:47:35 AM EST.

---



UCMC00000953



UCMC00000954

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/1/2012 to 1/6/2012

| Evaluator |
| --- |
| **Michael Yuzhou Shao** |
| Fellow2 |
| SUR-Vascular Surgery |

### OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ☑ | ○ | ○ |

*Dr. Artunduaga was able to effectively prioritize her work. This past week, she was pulled in multiple directions on a busy service and was able to correctly address the urgent tasks first.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | | Needs Help | N/A |
| --- | --- | --- | --- | --- | --- |
| ☑ | ○ | ○ | | ○ | ○ |

*Dr. Artunduaga completed her work in a timely manner.*

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

*During long OR cases, she would periodically come to the OR to update myself and the senior resident on the status of patients which was quite helpful.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ | ○ | ○ |

*This was her first week on the vascular surgery service, a new service for her. Her history and exam skills are comparable to her peers.*

UCMC00000955

6 Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ⊘ | O | O | O | O |

She asks appropriate questions to clarify the correct study to order, which is apppreciated. She will become more familiar with the nuances of various vascular imaging studies as she gains more experience on the service.

7 Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| **Exemplary** | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---------------|----------|-----------|------|---------------|-----------|-----|
| ⊘ | O | O | O | O | O | O |

8 At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | , N/A |
|-----|-----|-------|
| O | ⊘ | O |

INTERPERSONAL AND COMMUNICATION SKILLS
FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

9 Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ⊘ | O | O | O | O |

10 Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|--------------|-----------|------|---------------|-----------|-----|
| O | ⊘ | O | O | O | O | O |

She performed effectively this first week in accomplishing all of the tasks asked of her in a timely fashion.
Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.
Overall Comments:
Did a fine job as a new intern on the service. Hardworking, always has an upbeat attitude and energy.

Evaluation Submitted on 1/8/2012 10:03:01 PM EST.

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/1/2012 to 1/6/2012

| Evaluator |
| --- |
| **Irma Fleming** |
| pgy3 |
| SUR-General Surgery |

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ⊘ | ○ | ○ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ⊘ | ○ | ○ | ○ | ○ |

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ⊘ | ○ | ○ | ○ | ○ |

*We're working on organizing her H&P presentation so that she can efficiently and effectively relay pertinent information in a short period of time.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⊘ | ○ | ○ | ○ | ○ | ○ | ○ |

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utillization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |

UCMC00000957

○        ○        ○        ○        ○        ○        ○

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes         No                    N/A
○          ◉                     ○

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

Exemplary   Superior       Very Good  Good    Could Improve    Deficient   N/A
○          ◉             ○        ○       ○               ○           ○

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

Exemplary   Superior       Very Good  Good    Could Improve    Deficient   N/A
○          ◉             ○        ○       ○               ○           ○

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

| Overall Comments: |
| --- |
| Much improved from whne I interacted with her the first few months of intern year. |
| Evaluation Submitted on 1/9/2012 3:00:25 PM EST. |



https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?Control=Questi...  1/10/2012

UCMC00000958

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/7/2012 to 1/13/2012

| Evaluator |
| --- |
| **Michael Yuzhou Shao** |
| Fellow2 |
| SUR-Vascular Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
| --- | --- | --- |
| ☑ | ○ | ○ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | Shows Improvement | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ☑ | ○ | ○ | ○ | ○ |

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

UCMC00000959

8 At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| O | ● | O |

INTERPERSONAL AND COMMUNICATION SKILLS

FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

9 Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | ● | O | O | O | O | O |

10 Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | ● | O | O | O | O |

Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.

Overall Comments:

Did fine this week as far as carrying out what needed to be done on the patients. Again remains highly energetic with a positive attitude. Needs to familiarize herself with issues in discharge planning such as insurance approval and be more proactive in getting arrangements made for discharge needs, such as insurance approval, antibiotic plans, setting up rehab, etc.

Evaluation Submitted on 1/15/2012 12:45:20 PM EST.

UCMC00000960

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/7/2012 to 1/13/2012

| Evaluator |
| --- |
| **Irma Fleming** |
| pgy3 |
| SUR-General Surgery |

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

    **Yes** ⊘        No ○        N/A ○

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

   **Yes** ⊘   No ○    Shows Improvement ○      Needs Help ○   N/A ○

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ⊘ | ○ | ○ | ○ | ○ |

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

*We are working on her not getting flustered when delivering information or when given a task. I explained to her the importance of still having a sense of urgency, but also staying calm so she can organize her thoughts.*

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

7) Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |

UCMC00000961



○    ✅    ○    ○    ○    ○    ○

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes          No          N/A
○            ✅           ○

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

Exemplary   Superior   Very Good   Good   Could Improve   Deficient   N/A
○           ✅          ○           ○      ○               ○           ○

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

Exemplary   Superior   Very Good   Good   Could Improve   Deficient   N/A
○           ✅          ○           ○      ○               ○           ○

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Overall she is a typical intern, I just don't think she was given the opportunity to learn the nuances of intern year like we all have. She is able to be taught. I'm just concerned that given the bad publicity, many of her seniors are not giving her the opportunity to learn and instead just bypass her. She is a great and caring person, willing to learn and I have not seen her do anything that would threaten patient safety. I just don't think she was given the opportunity to be an intern.

Evaluation Submitted on 1/18/2012 7:14:20 AM EST.



UCMC00000962

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/14/2012 to 1/20/2012

| Evaluator |
| --- |
| **Michael Yuzhou Shao** |
| Fellow2 |
| SUR-Vascular Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ✅ | ⭕ | ⭕ |

*Dr. Artunduaga continues to function well in clinic and on the floors on a busy clinical service. She continues to have high energy and always has a positive attitude, without complaints.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

*Dr. Artunduaga is receptive to advice and has a healthy attitude of continued self-improvement.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

*With regard to seeing consults, Dr. Artunduaga performs adequately and at the level of her peers as far as gathering and presenting pertinent patient information. With time and more experience, she should continue to make progress as far as synthesizing her own clinical impression and formulating an independent treatment plan.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

*She does a good job of following up patients' clinical status and provide pertinent updates on rounds in the morning, throughout the day, and at the end of the day.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

UCMC00000963

*She functions at the expected level for her level of training (PGY-1), and is comparable to her peers, as far has performing a history and physical and relaying the relevant data.*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

*She is detail-oriented and reliable.*

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

*She has a caring demeanor with patients and families.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ✓ | ○ |

## INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

*Dr. Artunduaga functions well in a health care team. She always finishes her tasks and is a team player.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Dr. Artunduaga's strongest attributes are her work ethic, desire for continual self-improvement, and willingness to be receptive to advice or criticism. With these attributes, she will continue to mature as a clinician and should develop, as expected, into a fine physician.

Evaluation Submitted on 1/23/2012 12:05:39 AM EST.

UCMC00000964

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/16/2012 to 1/20/2012

| Evaluator |
| --- |
| **Jennifer Paruch** |
| Pgy3 |
| SUR-General Surgery |

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best*
*describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the*
*trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is
strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ✅ | ○ | ○ |

*During our first week together Maria demonstrated an ability to prioritize completing time sensitive tasks (such*
*as getting a pt to IR for a procedure we ordered the same day), and was also able to iron out additional issues as*
*they came along to complete the task without needing constant guidance from me.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ✅ | ○ | ○ | ○ | ○ |

*Maria is able to complete all of the floor work that we assign on rounds while participating in clinic/conference.*

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A*
*TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark
N/A. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ✅ | ○ | ○ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment
box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ✅ | ○ | ○ | ○ | ○ | ○ |

*Maria does a good job of notifying both Mike and I (which is tough when you have 2 senior residents) of changes*
*in patient status.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ✅ | ○ | ○ | ○ | ○ |

*I need to spend more time observing Maria in her examination and presentation of patient to effectively*
*comment on this.*

UCMC00000965

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ● | ○ | ○ | ○ | ○ | ○ | ○ |

*Maria has done a great job so far in ordering everything that we have asked for, there have been zero issues with this.*

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ● | ○ | ○ | ○ | ○ |

*I anticipate that Maria is very compassionate with patients and families, but again, I haven't directly observed her in many of these interactions.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ● | ○ |

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ● | ○ | ○ | ○ | ○ | ○ |

*Maria understands all of the patient care plans that we formulate on rounds and is able to implement them effectively. The only comment I would have is that when she gets nervous, her verbal phrasing sometimes deviates from how we would describe tasks/exam findings in a way that makes it appear that she doesn't have a handle on what is going on (even though I am confident that she actually has a very good understanding).*

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ● | ○ | ○ | ○ | ○ | ○ |

*Maria is a great team member, she goes out of her way to be thorough in her communication, she is very easy to work with.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
In general, I think Maria is doing a great job, and I would be happy to have her on my team again in the future. She is easy to get along with, a good communicator, and very enthusiastic. If she has had problems in the past with efficiency, she has clearly made progress, because I would never make that complaint about her. This week we talked about effective presentation skills for consults and clinic visits.

Evaluation Submitted on 1/23/2012 10:53:59 PM EST.

UCMC00000966

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/21/2012 to 1/27/2012

| Evaluator |
| --- |
| **Michael Yuzhou Shao** |
| Fellow2 |
| SUR-Vascular Surgery |

OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ✅ | ⭕ | ⭕ |

*Dr. Artunduaga performs adequately in prioritizing her tasks on a busy clinical service.*

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

*Dr. Artunduaga carried out her work relatively efficiently and will continue to become more efficient as she becomes more accustomed to the hospital systems at University of Chicago.*

PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

*Dr. Artunduaga was able to see consults and place notes in a timely manner, despite competing demands on her time from clinic and from inpatient floor work duties.*

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

*Dr. Artunduaga did an excellent job of keeping seniors and attendings informed of patient's clinical status throughout the day, coming into the OR at regular intervals to keep us updated.*

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

*Dr. Artunduaga has continued to improve and make progress in her history, exam, and presentation skills. She performs comparably to the level of her peers and should continue to progress in maturity as she gains more*

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?C... 2/1/2012

UCMC00000967

*clinical experience. As is a common theme with many interns, she should continue to focus on transitioning from gathering clinical data to synthesizing the data into a clinical impression of what is going on and then formulating an appropriate diagnostic and treatment plan.*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|--------------|-----------|------|---------------|-----------|-----|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

*She asks appropriate questions to clarify any ambiguities and in ordering the appropriate studies or ancillary services.*

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|--------------|-----------|------|---------------|-----------|-----|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

*Very caring and empathetic with patients.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ✓ | ○ |

## INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

*Dr. Artunduaga is energetic, enthusiastic, receptive to criticism, and always willing to pursue self-improvement. She has made substantial strides in presenting patients and clinical data. As with most interns, she could use some coaching as to how to concisely and clearly communicate the relevant data when staffing a consult. She does perform at a comparable level to her peers with regard to communication. She does possess the insight to understand the art and nuance of verbal and non-verbal communication. Sometimes, she merely needs to gather herself to slow down her speech and thought process and she would do fine, as she does a good job of gathering the relevant clinical data.*

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

*Dr. Artunduaga is able to function effectively in a team environment and works well with others. She does well in fulfilling her role of carrying out the floor work. As an intern on a service with a PGY-3 and senior fellow, she does well in fulfilling her role of carrying out the floor work. By nature, on our service, interns are not given the responsibility of "running or managing the service." She is, however, able to contribute appropriate and good suggestions on rounds and always displays a strong willingness to help and to learn.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

> Overall Comments:
> Overall, we were pleased with Dr. Artunduaga's performance on our busy service as far as her work ethic, positive attitude, and willingness to learn and to pursue continual self-improvement. These traits should serve her well in her professional development and maturation. Her struggles early in internship can likely be attributed to needing some

UCMC00000968

time to adjust to an unfamiliar clinical environment. She continues to make progress in all facets of her job and has the insight to understand the areas she should focus on improving. She has the raw tools to mature into an excellent clinican. With time, experience, and mentorship from senior residents or attendings, she should develop into a fine resident and surgeon.

Evaluation Submitted on 2/1/2012 1:02:51 AM EST.


UCMC00000969

Weekly Evaluation of Maria Artunduaga, M.D.





**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Vascular**
1/21/2012 to 1/27/2012

| Evaluator |
| --- |
| **Jennifer Paruch** |
| pgy3 |
| SUR-General Surgery |

### OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

    **Yes** ✅        No ⭕        N/A ⭕

*Maria continues to do a great job of caring for patients in a timely manner while also participating in clinic and the OR.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

  **Yes** ✅   No ⭕      Shows Improvement ⭕      Needs Help ⭕   N/A ⭕

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

Exemplary ⭕    **Superior** ✅    Very Good ⭕    Good ⭕    Could Improve ⭕    Deficient ⭕    N/A ⭕

*Maria sees all of the consults and writes notes for them in a timely manner.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

Exemplary ⭕    **Superior** ✅    Very Good ⭕    Good ⭕    Could Improve ⭕    Deficient ⭕    N/A ⭕

*Maria does a great job of keeping us informed*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

Exemplary ⭕    Superior ⭕    **Very Good** ✅    Good ⭕    Could Improve ⭕    Deficient ⭕    N/A ⭕

*Although this is a skill that all interns struggle with, and she is probably at a similar level to many of her classmates, Maria need to work on efficient communication of consults, i.e. starting with the chief complaint/reason for consult and relaying pertinent information and exam findings.*

UCMC00000970

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

*Maris has not made any errors in ordering studies or speaking with other services/staff that I am aware of.*

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

*Maria has a great bedside manner with patients.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ⊘ | ○ |

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

*Maria does a good job of listening and understand patient plans. She asks questions appropriately when she does not understand something, which is an important skill that many interns are afraid to employ. She could continue to improve on communicating information in a confident and concise manner. She understands what is going on, but sometimes appears flustered.*

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

*Maria is very easy to work with, and I would be happy to have her with me on another service.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

| Overall Comments: |
|---|
| Evaluation Submitted on 1/31/2012 9:25:29 AM EST. |



UCMC00000971

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Transplant**
2/1/2012 to 2/29/2012

| Evaluator |
| **Michael Millis** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

Knowledge Base

General knowledge (basic science, clinical)
Exemplary  Superior  Very Good        **Good** Could Improve Deficient        N/A
   ○          ○          ○               ◉        ○         ○                ○

Operative knowledge (anatomy, procedures)
Exemplary  Superior  Very Good        Good Could Improve Deficient        **N/A**
   ○          ○          ○              ○      ○          ○               ◉

Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary  Superior  Very Good        **Good** Could Improve Deficient       N/A
   ○          ○          ○               ◉       ○          ○               ○

Post-op care (including recognition/Rx of complications)
Exemplary  Superior  Very Good        Good **Could Improve** Deficient       N/A
   ○          ○          ○              ○        ◉           ○               ○

Able to communicate/justify medical decisions
Exemplary  Superior  Very Good        **Good** Could Improve Deficient       N/A
   ○          ○          ○               ◉       ○          ○               ○

Operative Skills

Preparedness (punctual, knows case)
Exemplary  Superior  Very Good        Good Could Improve Deficient        **N/A**
   ○          ○          ○              ○      ○          ○                ◉

Advanced OR skills (dissection, exposure, suturing)
Exemplary  Superior  Very Good        Good Could Improve Deficient        **N/A**
   ○          ○          ○              ○      ○          ○                ◉

Personal Attributes/Professionalism

Ethical, honest, reliable
Exemplary  **Superior**  Very Good      Good Could Improve Deficient        N/A
   ○          ◉            ○             ○      ○          ○                ○

Shows sensitivity of age, gender, culture of patients/colleagues
Exemplary  **Superior**  Very Good      Good Could Improve Deficient        N/A
   ○          ◉            ○             ○      ○          ○                ○

UCMC00000972

**Relations with Others/Communication Skills**

With patients and families

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

With other healthcare professionals

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Documentation of practice activities

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

**Teaching Abilities**

Teaches other residents/students effectively

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

Tracking M&M's/presentation quality

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

Critiques personal practice outcomes

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

**System-Based Practice**

Practices cost-effective patient care

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

Demonstrated knowledge of risk-benefit analysis

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Demonstrates understanding of role of specialist in overall patient management

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

Overall Comments:
Maria is struggling as a resident. She is trying very hard. I understand that this might be a result of her being on probation ( she informed me of this status). At times it seemed like she was trying too hard to get in front of attendings to demonstrate her value/skills, etc. She had difficulty with time management on our service. We were notified of two incidences in which she broke resident work hour rules, neither of which were because the service was too busy or that she was the only one who was available to do the work. One incident involved an organ procurement that she wanted to go on. We facilitate a resident's desire to go on an organ procurement, but do not mandate it and it is understood by the resident that if they go on an organ procurement it is their responsibility to manage their work hours - she did not. The other incident was a patient who bled over the weekend. The fellow and attending was in the hospital the whole day helping manage and if she knew she was over her work hours she should have informed the team members present and they would have taken care of the issues. The time

UCMC00000973





management issues were also a chronic problem as frequently the notes were not in the computer to co sign until very late in the day. This improved as the rotation progressed, but was a consistent problem. Maria is a capable resident, but needs to have a slower paced progression than is typical of a surgical resident at the University of Chicago.

Evaluation Submitted on 3/17/2012 10:46:45 AM EST.

UCMC00000974

DOS · Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Transplant**
2/1/2012 to 2/29/2012

| Evaluator |
| --- |
| **John Renz** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

### Operative Skills

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ○ | ○ | ○ | ◉ |

### Personal Attributes/Professionalism

Ethical, honest, reliable

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

### Relations with Others/Communication Skills



UCMC00000975

With patients and families

Exemplary Superior **Very Good**     Good Could Improve Deficient     N/A
   ○         ○         ◉                ○         ○         ○            ○

With other healthcare professionals

Exemplary Superior **Very Good**     Good Could Improve Deficient     N/A
   ○         ○         ◉                ○         ○         ○            ○

Documentation of practice activities

Exemplary Superior Very Good         **Good** Could Improve Deficient     N/A
   ○         ○         ○                ◉         ○         ○            ○

**Teaching Abilities**

Teaches other residents/students effectively

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

Tracking M&M's/presentation quality

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

Critiques personal practice outcomes

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

**System-Based Practice**

Practices cost-effective patient care

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

Demonstrated knowledge of risk-benefit analysis

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

Demonstrates understanding of role of specialist in overall patient management

Exemplary Superior Very Good         Good Could Improve Deficient     **N/A**
   ○         ○         ○                ○         ○         ○            ◉

Overall Comments:

Maria is very nice and genuine. Certainly she could improve her fund of knowledge but she does remain within the bounds of acceptable intern performance. She has asked several times for feedback which is great. I believe she tries hard and her heart is in her work.

Evaluation Submitted on 2/23/2012 1:59:33 PM EST.

UCMC00000976

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Transplant**
2/1/2012 to 2/29/2012

| | Evaluator |
|---|---|
| | **Yoland Tai Becker** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

### Operative Skills

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ⊘ | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ⊘ |

### Personal Attributes/Professionalism

Ethical, honest, reliable

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | ⊘ | O | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ⊘ | O | O | O |

UCMC00000977

**Relations with Others/Communication Skills**

With patients and families

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

With other healthcare professionals

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

Documentation of practice activities

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

**Teaching Abilities**

Teaches other residents/students effectively

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

Tracking M&M's/presentation quality

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

Critiques personal practice outcomes

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

**System-Based Practice**

Practices cost-effective patient care

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ |

Demonstrated knowledge of risk-benefit analysis

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

Demonstrates understanding of role of specialist in overall patient management

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

Overall Comments:
My interaction with Maria was limited to one week on service. She should work toward more timely documentation. Maria should also work to build her clinical fund of knowledge. She has difficulty applying knowledge to a clinical situation and seemed easily overwhelmed. Strong mentorship and tutoring will likely help as Maria is certainly making a good effort.

Evaluation Submitted on 2/21/2012 4:26:47 PM EST.

UCMC00000978

DOS - Faculty Evaluation of Resident




**Maria Alexandra Artunduaga**
**SURG-GEN SURG Transplant**
2/1/2012 to 2/29/2012

Evaluator

**Piotr Witkowski**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

Operative knowledge (anatomy, procedures)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

Post-op care (including recognition/Rx of complications)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

Able to communicate/justify medical decisions
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

### Operative Skills

Preparedness (punctual, knows case)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

Advanced OR skills (dissection, exposure, suturing)
Exemplary Superior **Very Good**  Good Could Improve Deficient  N/A

### Personal Attributes/Professionalism

Ethical, honest, reliable
Exemplary **Superior** Very Good  Good Could Improve Deficient  N/A

Shows sensitivity of age, gender, culture of patients/colleagues
Exemplary **Superior** Very Good  Good Could Improve Deficient  N/A

### Relations with Others/Communication Skills

UCMC00000979

With patients and families

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

With other healthcare professionals

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

Documentation of practice activities

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

### Teaching Abilities

Teaches other residents/students effectively

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

### Administrative Abilities/Practice Based Learning

Ability to lead/manage a service

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

Tracking M&M's/presentation quality

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

Critiques personal practice outcomes

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

### System-Based Practice

Practices cost-effective patient care

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

Demonstrated knowledge of risk-benefit analysis

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

Demonstrates understanding of role of specialist in overall patient management

Exemplary  Superior  **Very Good**          Good  Could Improve  Deficient          N/A
    ○          ○          ⊘                  ○         ○            ○              ○

| Overall Comments: |
| --- |
| Evaluation Submitted on 3/19/2012 12:24:50 AM EST. |



UCMC00000980



UCMC00000981

New Innovations RMS Evaluations

Page 1 of 1

Weekly Evaluation of Maria Artunduaga, M.D.




**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/1/2012 to 2/8/2012

| Evaluator |
| --- |
| **Christine Trotter**<br>Nurse |

**OVERALL RATING**

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

    Yes                **No**                   N/A
    ○                      ☑                 ○

*Maria has improved on her ability to prioritize her week as the rotation has continued, but still needs work.*

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

  Yes  No       **Shows Improvement**          Needs Help    N/A
  ○   ○              ☑                 ○      ○

**PATIENT CARE**

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ | ○ | ○ |

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |



UCMC00000982



8 At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
|  | | |

In our patient population, immunosuppression is critical in safely providing for patient. We did have an incident where the proper immunosuppression was not ordered as well as subtherapeutic levels of these meds which could have caused patient safety issues. While this issue is the result of many people missing these things it was also not picked up by Maria. Since this incident I think she has been diligent in ensuring that these events do not happen again.

INTERPERSONAL AND COMMUNICATION SKILLS
FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

9 Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ⊘ | O | O | O |

10 Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ⊘ | O | O | O |

Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.
Overall Comments:

Evaluation Submitted on 2/15/2012 10:45:34 AM EST.



UCMC00000983

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/1/2012 to 2/8/2012

| Evaluator |
|---|
| **Dolamu Olaitan** |
| Fellow1 |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
|---|---|---|
| ◉ | ○ | ○ |

*I think for an intern, she's very good and committed to patient care.*

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | Shows Improvement | Needs Help | N/A |
|---|---|---|---|---|
| ◉ | ○ | ○ | ○ | ○ |

*She's been very hard working in the past 1 week. Able to appropriately prioritize her work well. I must also say she is very enthusiastic about her work.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| **Exemplary** | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ◉ | ○ | ○ | ○ | ○ | ○ | ○ |

7) Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

UCMC00000984

New Innovations RMID Evaluations

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ◉ | ○ |

### INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

*She has integrated really well with the team, very enthusiastic and takes direction from senior members and listens and makes appropriate changes to critcism.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
There is room for improvement, but with her attitude, hard work and enthusiasm she is very good and has improved a lot over the last one week. Overall, I personally think she is very safe and good, compared to the other interns that have rotated through the service, she is well above the average.

Evaluation Submitted on 2/10/2012 4:02:31 PM EST.



UCMC00000985

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/1/2012 to 2/8/2012

| Evaluator |
|---|
| **Qi Li**<br>Fellow1 |

**OVERALL RATING**

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|---|---|---|
| ◉ | ○ | ○ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
|---|---|---|---|---|
| ◉ | ○ | ○ | ○ | ○ |

**PATIENT CARE**

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

UCMC00000986

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| O | ⊘ | O |

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | ⊘ | O | O | O | O | O |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | ⊘ | O | O | O | O | O |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

| Overall Comments: |
|---|
| Evaluation Submitted on 2/10/2012 3:55:45 PM EST. |

UCMC00000987

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artundaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/1/2012 to 2/8/2012

| | Evaluator |
|---|---|
| | **Irma Fleming** |
| | **pgy3** |
| | SUR-General Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

   Yes ☑    No ○    N/A ○

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

   Yes ☑  No ○   Shows Improvement ○   Needs Help ○   N/A ○

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

   Exemplary ○   Superior ○   **Very Good** ☑   Good ○   Could Improve ○   Deficient ○   N/A ○

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

   Exemplary ○   Superior ○   **Very Good** ☑   Good ○   Could Improve ○   Deficient ○   N/A ○

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

   Exemplary ○   Superior ○   **Very Good** ☑   Good ○   Could Improve ○   Deficient ○   N/A ○

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

   Exemplary ○   **Superior** ☑   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

7) Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

   Exemplary ○   **Superior** ☑   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

UCMC00000988

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes ○   **No** ◉   N/A ○

---

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   Very Good ○   **Good** ◉   Could Improve ○   Deficient ○   N/A ○

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

Exemplary ○   Superior ○   **Very Good** ◉   Good ○   Could Improve ○   Deficient ○   N/A ○

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Maria is effective at performing whatever task she is given, however, now she has to work towards becoming the primary decision maker. We also discussed double checking her work just to be sure things are done properly and asking when there is confusion.

Evaluation Submitted on 2/13/2012 5:40:20 PM EST.

UCMC00000989



Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/9/2012 to 2/15/2012

| Evaluator |
| --- |
| **Dolamu Olaitan** |
| Fellow1 |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

    Yes            No               N/A
    ◉             ○               ○

*She is excellent at prioritizing her work. We rounded together last week and had a patient that bled post op. She arranged most of the imaging and orders for resuscitation on the patient and was still able to documents notes on all the other patients in a timely mamnner.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

Yes    No        Shows Improvement            Needs Help     N/A
◉     ○             ○                  ○      ○

*She was extremely efficient.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

**Exemplary**   Superior      Very Good   Good   Could Improve     Deficient   N/A
◉          ○            ○      ○        ○          ○    ○

*Extremely hardworking. Last week was very busy on the transplant service, despite that; everything was well organized by her and all the duties assigned to her were completed in a very good time frame. She pays attention to details and follows things up very well. I think she is an extremely good clinician for her level.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

**Exemplary**   Superior      Very Good   Good   Could Improve     Deficient   N/A
◉          ○            ○      ○        ○          ○    ○

*She is excellent at communicating with the other members of the team. She knows when there is a status change in a patient and passes on the information as appropriate.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

Exemplary    Superior      Very Good   Good   **Could Improve**    Deficient   N/A

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?...    2/21/2012

UCMC00000990

6 Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ⦿ | O | O | O | O | O | O |

She's the best of all the residents I've worked with in the past year at following direction and following up on results & consults!

7 Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | ⦿ | O | O | O | O | O |

She's very good with patients and caring.

8 At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| O | ⦿ | O |

None at all. She knows her limit and knows when to ask for senior help.

INTERPERSONAL AND COMMUNICATION SKILLS
FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

9 Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | ⦿ | O | O | O | O |

10 Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ⦿ | O | O | O | O | O | O |

She's is an excellent team worker with consideration and respect for other members of the team.

Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.

Overall Comments:

In the transplant service, I've worked with her more than anyone else and I think she's is exceptional, way above average, very enthusiastic and has improved tremendously over the past 2 weeks. I have no concerns whatsoever about her clinical competence. She pays attention to details, has high integrity and extremely enthusiastic and hardworking. Arguably one of the best interns I've worked with on the transplant service.

Evaluation Submitted on 2/20/2012 2:38:49 PM EST.

UCMC00000991



Weekly Evaluation of Maria Artunduaga, M.D.




**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/9/2012 to 2/15/2012

Evaluator

**Qi Li**
Fellow1

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

     **Yes** ☑          No ○          N/A ○

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

     **Yes** ☑   No ○    Shows Improvement ○        Needs Help ○    N/A ○

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

     **Exemplary** ☑   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

     Exemplary ○   **Superior** ☑   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

     Exemplary ○   **Superior** ☑   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

     **Exemplary** ☑   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

     Exemplary ○   **Superior** ☑   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○



UCMC00000992

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes ○   **No** ☑   N/A ○

## INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

Exemplary ○   **Superior** ☑   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

**Exemplary** ☑   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

| Overall Comments: |
|---|
| Maria is hardworking intern, she is playing an important role in our team, and she can complete her work efficiently. |
| Evaluation Submitted on 2/21/2012 2:32:08 PM EST. |

UCMC00000993

Weekly Evaluation of Maria Artunduaga, M.D.




**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/9/2012 to 2/15/2012

| Evaluator |
| --- |
| **Christine Trotter** |
| Nurse |

**OVERALL RATING**

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ☑ | ○ | ○ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ |

**PATIENT CARE**

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ☑ | ○ | ○ | ○ | ○ |



UCMC00000994

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|:---:|:---:|:---:|
| ○ | ☑ | ○ |

### INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:

Evaluation Submitted on 2/19/2012 3:51:41 PM EST.

UCMC00000995

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/16/2012 to 2/22/2012

| Evaluator |
| --- |
| **Irma Fleming** |
| pgy3 |
| SUR-General Surgery |

### OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

   **Yes** ⊗    No ○    N/A ○

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

   **Yes** ⊗    No ○    Shows Improvement ○    Needs Help ○    N/A ○

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

   Exemplary ○    **Superior** ⊗    Very Good ○    Good ○    Could Improve ○    Deficient ○    N/A ○

   *We have addressed the delay in notes and they have since been completed in a timely manner.*

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

   **Exemplary** ⊗    Superior ○    Very Good ○    Good ○    Could Improve ○    Deficient ○    N/A ○

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

   **Exemplary** ⊗    Superior ○    Very Good ○    Good ○    Could Improve ○    Deficient ○    N/A ○

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

   **Exemplary** ⊗    Superior ○    Very Good ○    Good ○    Could Improve ○    Deficient ○    N/A ○

7) Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

   **Exemplary**    Superior    Very Good    Good    Could Improve    Deficient    N/A

UCMC00000996

New Innovations RMS Evaluations                                    Page 2 of 3

⊘    ○    ○    ○    ○    ○    ○

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes             **No**           N/A
○              ⊘           ○

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| **Exemplary** | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ⊘ | ○ | ○ | ○ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| **Exemplary** | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ⊘ | ○ | ○ | ○ | ○ | ○ | ○ |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
I have been with Maria since earlier in the year on Kaplan service , we then were together again on Vascular and now Transplant. Therefore, I have had the opportunity to see her grow over several months. She has exponentially improved since our intial encounter. She has efficiently done everything she has been asked to do, she has learned to reflexively double check any information she passes on, she's dramatically improved when presenting patients, and she continues to be enthusiastic and always has a smile on her face regardless of her current situation, which would make anyone else stressed. I have seen interns do much more egregious acts to warrant this type of probation and having spent the most time with her of any resident, she has not shown any evidence of being a threat to patients. She has effectively managed the Transplant service for a week and a half while the PA was on vacation without any issues. I say this because: 1. Transplant is a service that we don't manage often as General surgery residents, therefore we have very limited experience and 2. Many of the interns before Maria have had the PA as the main floor person. I have otherwise enjoyed working with her and I know she will continue to improve. She is a great person and a great doctor if given the chance. She takes feedback well and is willing to learn. It's just sad that no one wants to take the time to teach.

Evaluation Submitted on 2/27/2012 2:18:58 PM EST.

UCMC00000997

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/16/2012 to 2/22/2012

| | Evaluator |
|---|---|
| | **Dolamu Olaitan**<br>Fellow1 |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

   **Yes** ⊘       No ○       N/A ○

*I rounded with her this weekend and she was able to complete her notes in a timely and efficient manner and got all the other jobs done as and when appropriate.*

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

   **Yes** ⊘  No ○    Shows Improvement ○      Needs Help ○  N/A ○

*Pls see above.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

   **Exemplary** ⊘    Superior ○    Very Good ○    Good ○    Could Improve ○    Deficient ○  N/A ○

*The patients that came in for transplant were admitted by her and she did extremely well at working them up for surgery, communicating with me/attending about their pre-op requirements and also placing their H&P. This were all done efficiently.*

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

   **Exemplary** ⊘    Superior ○    Very Good ○    Good ○    Could Improve ○    Deficient ○  N/A ○

*She is very good at communicating changes in patient status and follows-up on results of labs and other tests and passes the information on efficiently.*

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

   Exemplary ○    Superior ○    Very Good ○    **Good** ⊘    Could Improve ○    Deficient ○  N/A ○

UCMC00000998

*She is very good at gathering relevant patient information and has made a lot of improvement since been on our service. However, she needs to work more on her presentation and also on interpretation of findings (this is not unexpected of her as an intern, I would say she is about average).*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ☑ | ○ | ○ | ○ | ○ | ○ | ○ |

*She is excellent at ordering appropriate tests and generally about following instructions. She is particularly good at also following-up on the results of those tests.*

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

*She is very good at caring for her patients and would go to extra length to make sure they are satisfied. An example was a patient discharged 2 weeks ago that came back complaining about pain and that she was not given adequate pain medications. Dr Artunduaga went over to hydrotherapy to speak with her and went over her medications with her and contacted the pain service and got everything clarified. This was all done independently by her, at the end of the day, the patient was very satisfied.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ☑ | ○ |

*I was not concerned for patient safety with her at all as she communicated pretty much every concern she had with the patients and also carried out the required instructions appropriately.*

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| ☑ | ○ | ○ | ○ | ○ | ○ | ○ |

*I was very impressed with her last week, she managed the floor pretty much all by herself all last week under supervision as our nurse practitioner was away all week and the third year resident and myself were in the OR most of the days. It was a also a busy week that we had many patients on the floor and very sick ones in the ICU. I am very impressed by her hardwork and enthusiasm. She is also very good at interacting with ancillary services as she coordinated a lot of tests for transplant recipients prior to discharge like arranging tunneled lines in IR and home thymoglobulin towards the end of last week with no hitches, and this was a week when our nurse practitioner was away.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Overall, I believe she is definitely safe, extremely hardworking, probably the most hardworking resident we've had on

UCMC00000999

the service recently. She needs to keep working on her presentation and interpretation of results. Compared to other interns I've worked with here, I believe all-in-all, she is very good.

Evaluation Submitted on 2/27/2012 7:08:05 PM EST.

UCMC00001000



Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/23/2012 to 2/29/2012

Evaluator

**Irma Fleming**
Pgy3
SUR-General Surgery

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

Yes ⊘     No ○     N/A ○

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

Yes ⊘   No ○   Shows Improvement ○   Needs Help ○   N/A ○

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

Exemplary ○   **Superior** ⊘   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

**Exemplary** ⊘   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

**Exemplary** ⊘   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

**Exemplary** ⊘   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

**Exemplary** ⊘   Superior ○   Very Good ○   Good ○   Could Improve ○   Deficient ○   N/A ○

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?C...   3/8/2012

UCMC00001001

8 At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes       **No**       N/A

O       ⊘       O

INTERPERSONAL AND COMMUNICATION SKILLS

FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

9 Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| **Exemplary** | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⊘ | O | O | O | O | O | O |

10 Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| **Exemplary** | Superior | Very Good | Good | Could improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⊘ | O | O | O | O | O | O |

Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.

Overall Comments:

Evaluation Submitted on 3/5/2012 6:06:18 PM EST.


UCMC00001002

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/23/2012 to 2/29/2012

| Evaluator |
|---|
| **Christine Trotter** |
| Nurse |

### OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
|---|---|---|
| ✅ | ⭕ | ⭕ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ |

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

**7)** Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

UCMC00001003

|           | Yes | No | N/A |
|-----------|-----|----|-----|
|           | ○   | ☑  | ○   |

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○         | ○        | ○         | ☑        | ○             | ○         | ○   |

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○         | ○        | ○         | ☑        | ○             | ○         | ○   |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:

Evaluation Submitted on 3/2/2012 4:10:33 PM EST.

UCMC00001004

New Innovations RMS Evaluations

Page 1 of 4

Weekly Evaluation of Maria Artunduaga, M.D.




**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
**SURG-GEN SURG Transplant**
2/23/2012 to 2/29/2012

| Evaluator |
|---|
| **Dolamu Olaitan** |
| Fellow1 |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|---|---|---|
| ● | ○ | ○ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ | ○ |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ | ○ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ | ○ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ | ○ |

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ● | ○ | ○ | ○ | ○ | ○ |

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?C...  3/5/2012

UCMC00001005

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

Yes ○    **No** ◉    N/A ○

### INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

Exemplary ◉  Superior ○  Very Good ○  Good ○  Could Improve ○  Deficient ○  N/A

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

Exemplary ◉  Superior ○  Very Good ○  Good ○  Could Improve ○  Deficient ○  N/A ○

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

---

Overall Comments:
Dr Artunduaga performed extremely well while on the transplant service. She essentially managed the floor by herself with no problems during a week when our nurse practitioner was on vacation and the third year resident and myself were mostly in the OR, and I must also mention that this was a busy week with sick patients on the service that required her to liase with other medical and auxillary services in their management. I consider her to be safe and at par with other interns I considered excellent while they rotated on the transplant service and she was also extremely hardworking. She needs to continue to work on her presentation during rounds, thou she made tremendous improvement while on our service.

Evaluation Submitted on 3/3/2012 6:21:50 PM EST.

---

UCMC00001006

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/1/2012 to 3/9/2012

| Evaluator |
| --- |
| **Jonathan Bank** |
| pgy1 |
| PLSTC_SURG--Plastic Surgery |

### OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| ○ | ☑ | ○ |

*During the course of the the week of 3/5-3/9, three events, in my opinion, demonstrate this: 1. On one of these days, Maria was requested to round on two primary service patients at 8 am. By 2 pm these patients had not been seen. The reason offered was multiple other floor tasks inhibiting completion of this duty. 2. On the evening of 3/8 I had discussed the following day's cases with Maria and her co-intern on service and requested they participate in each of those cases if they were available. On 3/9 Maria had chosen to scrub in on a different case, stating she never new about the case she had been requested to join. In addition I had asked her assistance to prepare that patient for surgery -- this was not done (with the caveat that the request was conveyed via her co-intern - there may have been a disruption in communication between the interns at that interval). 3. On 3/10 Maria was sent to bring a patient to the OR. Per her report, she had gone to the designated OR; the room was empty, and she proceeded to other duties.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | **Needs Help** | N/A |
| --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ |

*Two instances of incomplete orders or notes: specifically - not completed Brief Post-Op notes, partially completed post-op orders.*

### PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ☑ | ○ | ○ | ○ |

*Maria saw one consult while on service on 3/8. As I was preoccupied in the OR, she saw the consult on her own, presented the case coherently and fairly completely, interpreted X-rays, and proposed an adequate plan. Other than Comment 1)1. (above) there have been no issues with note completion.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

UCMC00001007

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ |

*This was not an issue.*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ⊘ | ○ | ○ | ○ | ○ |

*There was truly only one episode to base this evaluation upon. See question 3.*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ⊘ | ○ | ○ | ○ | ○ | ○ |

*Assisted in coordinating PT/OT.*

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ⊘ | ○ | ○ | ○ | ○ |

*Communicates warmly and with genuine care towards patients.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|---|---|---|
| ○ | ⊘ | ○ |

*The only comment with respect to this topic is somewhat indirect and pertains to familiarity with surgical and sterility technique ("range" of sterile field on operating gown, safe management of suture needles in the OR). Further operative exposure will undoubtedly strengthen and solidify safe habits that recognizably require time to learn.*

## INTERPERSONAL AND COMMUNICATION SKILLS

### FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ⊘ | ○ | ○ |

*On several occasions prior to the week of 3/5-3/9, when trying to teach or explain topics to Maria, it seemed as if she would hasten me to finish as if to say she "already knows". I did note some improvement in this during the week of 3/5-3/9. However, I do believe she would benefit from "slowing down" and taking time to listen through and learn from advice offered. Unfortunately, non-verbal feedback from Maria dissuades me from attempting to engage in such interactions with her. One example of listening skills occurred on 3/9, when Maria had asked another resident, in my presence, whether to put a patient on the "small list", to which the answer was clearly stated "No". The following morning the patient was on the "small list". This may have been done by a different intern; even if this was the case, I believe this demonstrates an inadequacy of fulfilling a simple communications task which which Maria had been charged, and resulted in a minor though poignant disruption of patient care.*

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

UCMC00001008

*Maria seems to have found a working relationship with her co-intern and senior resident. As no medical student was present on service during the period of my interaction with her, it is difficult to comment on a leadership role. I had not had the opportunity to observe her interaction closely with her co-intern, though I would expect her to assume more of a leadership role during this current period as she had already served on the service earlier in the year.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Maria cares about her patients and is eager to learn. She is clearly highly intelligent and has the potential to become a very capable physician. However, she seems to be encountering difficulty in translating her baseline excellence and realizing said potential within the multifaceted and, at times, rigorous dynamics of a surgical residency.

Evaluation Submitted on 3/12/2012 12:27:22 AM EST.



https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?...    3/12/2012

UCMC00001009

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/1/2012 to 3/9/2012

| Evaluator |
| --- |
| **Joseph Bowman Cohen** |
| pgy1 |
| ORTH-Orthopaedic Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** ✅ | No ⭕ | N/A ⭕ |
| --- | --- | --- |

*Since starting the rotation with Maria, she has been able to recognize and prioritize the more important tasks, and is organized in her thought process when accomplishing them. I have noticed no deficiency in her ability to do this.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| **Yes** ✅ | No ⭕ | Shows Improvement ⭕ | Needs Help ⭕ | N/A ⭕ |
| --- | --- | --- | --- | --- |

*Maria is able to complete all of the work that needs to be done during the day in a timely manner. There have been a few days where I covered cases in the morning, and she went to cases in the afternoon, and when I got out of the cases she had done all of the notes, discharged multiple patients, and saw a couple consults.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary ⭕ | **Superior** ✅ | Very Good ⭕ | Good ⭕ | Could Improve ⭕ | Deficient ⭕ | N/A ⭕ |
| --- | --- | --- | --- | --- | --- | --- |

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| **Exemplary** ✅ | Superior ⭕ | Very Good ⭕ | Good ⭕ | Could Improve ⭕ | Deficient ⭕ | N/A ⭕ |
| --- | --- | --- | --- | --- | --- | --- |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary ⭕ | **Superior** ✅ | Very Good ⭕ | Good ⭕ | Could Improve ⭕ | Deficient ⭕ | N/A ⭕ |
| --- | --- | --- | --- | --- | --- | --- |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| **Exemplary** ✅ | Superior ⭕ | Very Good ⭕ | Good ⭕ | Could Improve ⭕ | Deficient ⭕ | N/A ⭕ |
| --- | --- | --- | --- | --- | --- | --- |

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?... 3/12/2012

UCMC00001010

7) Communicate effectively and demonstrate caring and respectful behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| O | ⊘ | O | O | O | O | O |

*Maria is very compassionate, and this shows when she talks with patients. She takes the time to make sure all of the patients questions are answered and does a very thorough job.*

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| O | ⊘ | O |

## INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| O | ⊘ | O | O | O | O | O |

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| O | ⊘ | O | O | O | O | O |

*Having two interns on a service can create some problems, but working with Maria has been very smooth, and it has definitely made my experience more educational and our service more effective.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
Having worked with her the past week and a half I have noticed no deficiencies in the way she organizes or completes her work, or in the way she interacts with patients and staff. She cares greatly about what she does and works hard to do her best.

Evaluation Submitted on 3/11/2012 5:05:57 PM EST.

UCMC00001011

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/1/2012 to 3/9/2012

Evaluator

**Matthew Robert Greives**
pgy2
PLSTC_SURG--Plastic Surgery

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

Yes ☑    No ○    N/A ○

*While we have only been on the service a week together, Maria was able to see all patients in a timely fashion. Fortunately, there has not been any medical "emergencies" that required immediate care so I cannot evaluate her to that effect. One consult for necrotizing soft tissue infection that needed to be seen immediately was staffed with me as I was the only resident not operating and she realized the need for someone senior to evaluate the patient immediately.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

Yes ○    No ○    **Shows Improvement** ☑    Needs Help ○    N/A ○

*It is difficult to assess as there are two residents on the service and it is unclear to me how the work is divided. For the most part, the assignments that I gave her for the care of my patients were completed by the end of the work day.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

Exemplary ○    Superior ○    Very Good ○    **Good** ☑    Could Improve ○    Deficient ○    N/A ○

*Consults were seen relatively quickly and staffed in an appropriate timely fashion. Consult notes however, were sometimes delayed in their admission to the chart.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

Exemplary ○    Superior ○    Very Good ○    **Good** ☑    Could Improve ○    Deficient ○    N/A ○

*Fortunately, I did not have an adverse patient outcome in the past week working with Maria that necessitated this. However, she was able to keep me abreast of ongoing patient management issues for the patients on my service and seemed knowledgable about their progress overall.*

UCMC00001012

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| O | O | O | O | ✓ | O | O |

*There is still deficiency in her ability to effectively and quickly convey the problem and solution. Presentations of consults are lengthy and sometimes it is difficult to determine her thought process in arriving at her plan for the care of the patient. Generally, she has almost all of the appropriate information gathered, but has a difficult synthesizing it into a clear and concise message for the senior residents. This has been my experience with her for the past year, both over the phone and in person.*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ✓ | O | O | O |

*Generally no problems. I did have one incident where she ordered the wrong formulation of a topical medication, sulfamylon liquid instead of creme. I had not specifically specified the formulation that I wanted and had assumed that she would know that. Otherwise, she was able to call and arrange appropriate consults for me.*

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| O | O | O | O | ✓ | O | O |

*Maria is a hard worker and cares for her patients. As I stated above, I think that she needs to improve her ability to form concrete action plans and convey them in a manner to both other physicians as well as patients. Some of this is a language issue as her accent at times is difficult to understand, but I believe most of this is an organizational issue.*

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | **No** | N/A |
|-----|--------|-----|
| O | ✓ | O |

*I have not experienced any issues with Maria that could have potentially jeopardized my patients.*

## INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| O | O | O | O | ✓ | O | O |

*As stated above, Maria needs to improve on her patient presentation skills. Her notes are generally correct in the plan for the patient.*

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ✓ | O | O | O |

*Maria is energetic and a hard worker. She has always had a positive attitude with me and any of the patients that I have seen her interact with.*

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?... 3/12/2012

UCMC00001013

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:

Evaluation Submitted on 3/9/2012 11:00:55 AM EST.

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?...   3/12/2012

UCMC00001014

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/1/2012 to 3/9/2012

| Evaluator |
| --- |
| **Grant Kleiber** |
| pgy1 |
| PLSTC_SURG--Plastic Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
| --- | --- | --- |
| O | ☑ | O |

Maria has trouble triaging coinciding tasks. Surgical residents must be able to multitask and effectively prioritize their work, which she has trouble with. Sometimes she focuses on whatever task was given to her first, rather than more important or more time-sensitive tasks. An example would be failing to escort a patient back to the operating room because she was completing paperwork for another patient. I discussed this in person with her, and I believe she understands that she needs to improve on her prioritization skills

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
| --- | --- | --- | --- | --- |
| O | O | O | ☑ | O |

Maria tries earnestly to get all of the work done, but she seems to work very inefficiently compared to the other interns who have been on the service. The plastic surgery service typically only has one intern, but this month she is on with another first year resident. She should work on improving her efficiency.

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | O | ☑ | O | O |

Computerized notes are not placed in a timely manner for floor patients. On several occasions patients have not had notes written until well into the afternoon.

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ☑ | O | O | O | O |

She communicates patient statuses with the senior residents.

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?... 3/12/2012

UCMC00001015

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

*Presentation of new consults has been scattered, disorganized, and unfocused. She should be better at this considering she has been a resident here for over 8 months. We discussed patient presentation and she understands that she needs to do better.*

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

*Everything I have asked her to order for floor patients has been carried out. Postoperative orders were not placed on one OR patient when she was directly asked to do so, but that was the only incident to my knowledge.*

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

*She is respectful toward her patients and genuinely cares for them.*

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | **No** | N/A |
|-----|--------|-----|
| ○ | ◉ | ○ |

## INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| ○ | ○ | ○ | ○ | ◉ | ○ | ○ |

*She frequently interrupts when I am trying to speak to her rather than listening. This is excusable when discussing patient care. It is not appropriate in the operating room when I am taking her through a procedure, when I did not feel she was listening to my instructions. She needs to be better at taking direction.*

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ | ○ |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
I feel that Maria needs to improve in several areas: efficiency, prioritization, patient presentation, and listening skills. She and I discussed these areas for improvement extensively. I believe that she understands the need for improvement.

Evaluation Submitted on 3/11/2012 2:08:39 PM EST.

UCMC00001016

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/10/2012 to 3/15/2012

| | Evaluator |
|---|---|
| | **Matthew Robert Greives** |
| | pgy2 |
| | PLSTC_SURG--Plastic Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) .Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| **Yes** | No | N/A |
|---|---|---|
| ✓ | ○ | ○ |

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ |

*Maria was very hard working and kept a positive energy for the entire 2 weeks she worked with us. I did note that there were days that patients on my service did not have a progress note placed. It is unclear if this is due to an oversight given there were two interns on the service. Maria was able to see consults and showed some improvement in her presentation ability than I had noted in the first week of the rotation*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ | ○ |

*Again, there were patients who did not receive notes every day.*

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

*Maria was very good at notifying me of events with my patients.*

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ | ○ |

*Maria was able to obtain all of the information very thoroughly however her ability to synthesize this into a plan for the patient still needs improvement.*

UCMC00001017

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ✓ | O | O | O | O |

*I had not issues with this subject with Maria.*

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | ✓ | O | O | O | O | O |

*Maria has a positive energy and enthusiasm all of the time. I never had any complaints from her and she generally seemed to enjoy working with the patients.*

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| O | ✓ | O |

INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ✓ | O | O | O | O |

*She listened well and completed the tasked that I asked of her.*

10) Working effectively with others as a member or leader of a health care team or other professional group. Utillization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ✓ | O | O | O | O |

*I had no issued with her not being a team player. She was always willing to do whatever I needed for our patients.*

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

| Overall Comments: |
|---|
| Evaluation Submitted on 3/19/2012 12:24:19 PM EST. |

UCMC00001018

Weekly Evaluation of Maria Artunduaga, M.D.

 **Marla Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/10/2012 to 3/15/2012

| | Evaluator |
|---|---|
| | **Jonathan Bank** |
| | pgy1 |
| | PLSTC_SURG--Plastic Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|---|---|---|
| ✅ | ⭕ | ⭕ |

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | Shows Improvement | Needs Help | N/A |
|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ |

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

*improvement in seeing patients in a timely fashion*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

*gave appropriate updates and checked on patients with active issues without being prompted to do so*

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

*obtained and executed recommendation appropriately*

UCMC00001019

**7)** Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | ⊘ | O | O | O | O |

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | | N/A |
|-----|-----|-----|-----|
| O | ⊘ | | O |

**INTERPERSONAL AND COMMUNICATION SKILLS**

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | ⊘ | O | O | O | O |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | ⊘ | O | O | O | O |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
although i had less opportunity to interact with maria this week - i did note an improvement in overall function

Evaluation Submitted on 3/16/2012 1:09:35 PM EST.

UCMC00001020

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/10/2012 to 3/15/2012

| Evaluator |
| --- |
| **Joseph Bowman Cohen** |
| pgy1 |
| ORTH-Orthopaedic Surgery |

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

1) Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

   Yes ☑    No ◯    N/A ◯

   *She was always able to finish her work in a reasonable amount of time, and was able to foresee what work needed to be done in the future, and would attempt to complete that as well.*

2) Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended

   Yes ☑   No ◯   Shows Improvement ◯   Needs Help ◯   N/A ◯

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

3) See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

   Exemplary ◯   **Superior** ☑   Very Good ◯   Good ◯   Could Improve ◯   Deficient ◯   N/A ◯

4) Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

   Exemplary ◯   **Superior** ☑   Very Good ◯   Good ◯   Could Improve ◯   Deficient ◯   N/A ◯

5) Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

   Exemplary ◯   **Superior** ☑   Very Good ◯   Good ◯   Could Improve ◯   Deficient ◯   N/A ◯

6) Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

   Exemplary ◯   **Superior** ☑   Very Good ◯   Good ◯   Could Improve ◯   Deficient ◯   N/A ◯

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

   Exemplary ◯   **Superior** ☑   Very Good ◯   Good ◯   Could Improve ◯   Deficient ◯   N/A ◯

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?...   3/19/2012

UCMC00001021

**8)** At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ○ | ☑ | ○ |

## INTERPERSONAL AND COMMUNICATION SKILLS

### FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.

**9)** Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|--------------|-----------|------|---------------|-----------|-----|
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

**10)** Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|--------------|-----------|------|---------------|-----------|-----|
| ○ | ☑ | ○ | ○ | ○ | ○ | ○ |

Maria was a good team member, she was always motivated and willing to do the extra work and was never argumentative or lazy.

Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.

Overall Comments:
Maria showed up everyday with a good attitude and a strong desire to improve. She seemed to take everyone's feedback well and tried to implement their suggestions as best she could. She has been very resilient and always is looking for ways to do better, which I think is a testament to her character.

Evaluation Submitted on 3/18/2012 9:40:48 PM EST.

https://www.new-innov.com/EvaluationForms/EvaluationFormsHost.aspx?...   3/19/2012

Weekly Evaluation of Maria Artunduaga, M.D.



**Maria Alexandra Artunduaga**
pgy1
PLSTC_SURG--Plastic Surgery
3/10/2012 to 3/15/2012

Evaluator

**Grant Kleiber**
pgy1
PLSTC_SURG--Plastic Surgery

---

## OVERALL RATING

*Please evaluate the trainee's performance of each component of clinical competence. Select the rating that best describes the trainee's skills and abilities. Identify the major strengths and weaknesses you have observed in the trainee's performance under the "comments" portion after each question.*

**1)** Did Dr. Artunduaga demonstrate the ability to correctly prioritize her work? Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| ⦿ | ○ | ○ |

*From what I could tell, Maria did much better at prioritizing her work this past week.*

**2)** Was Dr. Artunduaga efficient in completing her work? Utilization of the comment box is strongly recommended.

| Yes | No | **Shows Improvement** | Needs Help | N/A |
|-----|-----|-----|-----|-----|
| ○ | ○ | ⦿ | ○ | ○ |

*She has improved her efficiency since I spoke to her last week.*

## PATIENT CARE

*FOR QUESTIONS 3-8, PLEASE RESPOND AS TO WHETHER DR. ARTUNDUAGA COMPLETED THESE DUTIES IN A TIMELY AND EFFICIENT MANNER.*

**3)** See consults and efficiently place notes. If not a duty of the junior resident on your service, please mark N/A. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ⦿ | ○ | ○ | ○ |

*Maria only saw one consult for me this week, but she was able to collect most of the information about the patient and present it to me.*

**4)** Notify senior or attending regarding change of patient status or continuing decline. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ○ | ○ | ○ | ⦿ |

**5)** Gather and relay pertinent patient history and exam. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----|-----|-----|-----|-----|-----|-----|
| ○ | ○ | ○ | ⦿ | ○ | ○ | ○ |

*Her ability to give concise and relevant patient presentations has improved since last week. She still needs to work on this, but she understands and is getting better.*

**6)** Follow directions in ordering appropriate diagnostic studies and ancillary services. Utilization of the comment box is strongly recommended.

UCMC00001023

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | ● |

7) Communicate effectively and demonstrate caring and respectul behavior when interacting with patients and their families. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | ● | O | O | O | O |

8) At any time, did you have any concerns for patient safety? If yes, please describe. Utilization of the comment box is strongly recommended.

| Yes | No | N/A |
|-----|-----|-----|
| O | ● | O |

### INTERPERSONAL AND COMMUNICATION SKILLS

*FOR QUESTIONS 9 & 10, PLEASE RATE HOW YOU FEEL DR. ARTUNDUAGA COMPLETED THESE DUTIES.*

9) Use of effective listening skills, eliciting and providing information using effective non-verbal, explanatory, questioning and writing skills. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | ● | O | O | O |

*She is working on listening. She is definitely less frequent with interruptions since last week. She understands that she needs to work on this and is improving.*

10) Working effectively with others as a member or leader of a health care team or other professional group. Utilization of the comment box is strongly recommended.

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | ● | O | O | O |

*Please provide feedback regarding other areas of concern and where you feel Dr. Artunduaga needs improvement. Also include positive feedback.*

Overall Comments:
I did not work with Maria as much this past week as her first week on service. I my limited interactions with her over the past week, I believe she has shown improvement in the specific areas I discussed with her at the end of last week. she still has a long way to go but I believe she is earnestly working on improving as a resident.

Evaluation Submitted on 3/19/2012 9:46:02 AM EST.

UCMC00001024



November 28, 2011

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

María Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams



11/28/2011
Minutes from meeting with Dr. Maria Artunduaga.
Present: Maria Artunduaga, Julie Park, and Akilah Williams

- Dr. Park covered in detail the 7 page document that was typed by Maria, reviewing what Maria says happened with several patients
  - Patient #1
    - Maria rounded at 6am, it was determined that the patient was unstable
    - Blood transfusion did not begin until noon. Maria says that blood was not available due to the patient having antibodies that needed to be matched.
    - Maria spoke with Dan Butz and asked Dan to keep a close eye on the patient

Dr. Park suggests Maria develop better clinical insight and a sense of when a patient is making a turn for the worse. She should also document her efforts and calls with the blood bank Maria in trying to expedite the blood availability. While waiting for blood, in addition to crystalloid, 5% albumin could have been given. Other senior residents are also available to assist in any questions of patient management and assessing if the patient needed to be transferred to a higher level of care earlier. There also should always be appropriate continuity and transfer of care with the patient (referencing case with Libby Carlisle, PA, that Maria was pulled in to cover instead of being with the aforementioned patient)

  - Patient #2-Dr. Gottlieb patient

Dr. Park suggested that Maria identify the main problem with the patient. Dr. Park stressed that patient safety should come first and if Maria has first hand experience with an unstable patient that she should make sure the patient gets what is needed, and continue to follow up until the patient is stable irrespective of which intern usually rounds on a particular resident's patients. This is especially true if she has concerns about the effectiveness of her co-intern.

In regards to her co-intern, Maria stated that she felt co-intern was forgetting details because he was not writing things down. Dr. Park suggested that if Maria has identified specific problems with her co-resident, she can suggest ways to improve directly with her co-resident (ie, writing down a list of things that need to get done).

  - Patient 4

Regarding the patient that was sent home with the picc line, Dr. Park suggested that Maria not put off until later what she can do at the present time, especially since unexpected emergencies can arise on a surgical service.

- B Service
  - Instead of dropping what she is doing each time her fellow needed help to use EPIC, Maria could have improved her time management skills by planning ahead for the tasks she knew her fellow need help with. For example, brief op notes and postoperative orders could be entered into EPIC for the fellow so that the fellow

UCMC00000819



needed only to review and sign off of them. This would then not require Maria to leave clinic or her duties.

- Maria feels her main problem is communication and getting her point across. Dr. Park feels that Maria should gain a better understanding of the problems of each patient to make better assessments and that this will also help her understand the orders for the day

- Evaluations

  - o Maria stated she spoke with Dr. Ferguson and was familiar with his evaluation, and that she also went over his evaluation of her with Dr. Song
  - o Dr. Park discussed the evaluations of Drs. Carla Moreira and Eric Grossman and Kristy Todd, PA. It was again discussed that Maria should better identify what are the main problems and become better at verbalizing patient concerns.
  - o Dr. Park discussed the need for Maria to improve how she receives both positive and negative feedback. Dr. Park suggested some examples that could help her, such as acknowledging the comments before rushing into explaining her side of the story

- Perspectives-Maria has contacted Perspectives and they are supposed to be returning her call soon with information for a counselor that is near where she lives.

- On her current rotation (Thoracic Surgery), Maria feels she has not had the opportunity to showcase her work, and prove that she does not endanger patients. She has asked her current senior to let her do more work. Dr. Park suggested that when she starts her vascular rotation in January, she should let them know that she wants to prove herself and ask her seniors what she will be allowed to do to earn their trust.

- Next meeting will be January 3rd, 2012.

UCMC00000820



January 3, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000821



01/03/2012

Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria is on Vascular service for the month of January. She is working with Irma Fleming (PGY 3) and Michael Shao (fellow)
  - o Maria's major duties will include managing the floor, seeing floor consults and attending clinic. She also spoke with the intern who was on Vascular last month to see how the service was run. Irma was very supportive and willing to help
  - o After Maria rounds, sees floor consults and writes orders she should report back to Irma
  - o Maria will carry around with her a few chapters to read in her down time
- Dr. Park suggested Maria perform the following when consulting a patient:
  - o Define what is urgent/non-urgent/needs to be operated on. If there are questions, always err on the urgent side
  - o Define why Vascular is being consulted
  - o Think as a surgeon; show that she has assessed the situation
  - o Look at the patient's blood flow
  - o Obtain pulses
  - o Find a Doppler
- Maria's clinical duties will include
  - o Completing paperwork
  - o Performing history and physicals
  - o Familiarize herself with the proper anatomy
- Reviewed Evaluations
  - o Carla Moreira, MD
  - o Nirja Mehta
  - o Amy Durkin
  - o Mark Ferguson, MD
  - o Wickii Vigneswaran, MD
    - ▪ Recurring theme—Maria has a lack of clinical knowledge, prioritization and communication
    - ▪ Maria should block out time with perspectives for counseling. This should be done as soon as possible



- Next meeting will be January 9th at 4:30pm, 2012



UCMC00000822



January 10, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000823



01/10/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria received better scores from her evaluators this week (Drs. Michael Shao and Irma Fleming)
- Maria feels her break in December left her feeling refreshed and that her attitude and communication have improved. She is reading and preparing more
  - Dr. Park told Maria that she should be able to identify what has changed so she can keep it up
- Maria feels that she is able to run the floor with less PA's on service and that her ability to see and analyze consults has improved. She will continue to outline her duties prior to starting her new service
- Dr. Park expressed concern over being unable to use the data Maria presented to her over the weekend. Her numbers did not match
  - Maria should rely on her senior more to verify that she is relaying the correct information to the attendings. She should utilize her resources
- Maria will be going for counseling next week and will continue to work on managing her stress. Perspectives will call her this week to schedule an appointment


- Next meeting will be Wednesday. January 18th at 3:30pm, 2012





**UCMC00000824**



January 18, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artynduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000825



01/18/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria has been running the floor more this week
- Maria has received guidance from Drs. Irma Fleming and Michael Shao
- Maria has a better understanding of what her duties are now as opposed to before. She has leaned that she should describe wounds and not just show a picture
- Maria is trying to become more organized and look less flustered
- Maria attended counseling on 1/16/2012 from 2-3pm. This lasted 45 minutes to an hour
    - She received anxiety handouts
    - She found the time spent to be useful
    - She was told to exercise
    - Her next appointment will be in 2 weeks
- Dr. Park reviewed Maria's evaluations which showed improvement again. It sounds as if Dr. Fleming was working closely with Maria. Dr. Fleming feels that Maria is teachable but has obstacles to overcome regarding her reputation. Dr. Shao feels she should show anticipation and be proactive with patient care
- Dr. Park has noticed that she has improved her listening skills and has stopped interrupting others. She feels Maria should listen carefully to what others tell her
- Next month Maria will be on transplant rotation
    - She will speak with the PA on this service prior to her start date to receive proper guidance
    - She will also be attending clinic
- Dr. Park feels Maria needs to learn to work with the PA on her service in February
    - Communicate what has been done in the past and what needs to be done
    - Make sure her presentation is polished for the attendings-she should come off knowledgeable and professional
    - See what is working well with her current team and bring that to the next rotation
- Maria will carve out more time to accomplish more reading

- Next meeting will be Monday. January 23rd at 4:30pm, 2012



UCMC00000826

January 25, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.


Maria Artunduaga, M.D.


Julie Park, M.D.


Akilah Williams

UCMC00000827



01/25/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria will be working on Transplant service next month, followed by 2 weeks of Kaplan, then 2 weeks of night float
- Maria has been working with resident Jennifer Paruch more which she enjoys. Jen has guided her on how to better present patients
- Maria still gets anxious and is considering medication. She will speak with her contact at Perspectives to see if she can get a referral to a psychiatrist
  - o Dr. Park told Maria that she should not self-medicate
  - o Maria would like something more specific from Perspectives, other than the exercises that were given, that will help her better deal with her anxiety
- Maria feels she is getting better at multi-tasking
  - o She has been asking for feedback and guidance
- Dr. Park discussed the evaluations from Drs. Shao and Paruch which were both positive
  - o Maria should keep up the good work
- Maria recently had a negative experience with one of the nurses
  - o Maria made changes in insulin for a patient which the nurse did not recognize
  - o The nurse said that she followed the orders in the system and did not see Maria's new orders
  - o The nurse had been covering this particular patient for 3 days
  - o Maria told the nurse that she should speak with her regarding this patient since she was the resident following him, but the nurse took offense and stated she was just doing her job
  - o Dr. Park recommended to Maria that she choose her battles carefully. She should tell the nurse she changed the order and follow-up to make sure the task was completed. Maria should have a face to face discussion with this nurse to show that her intentions were not to show the nurse in a negative light
  - o Dr. Park told Maria that if there is truly a patient related issue that she should talk to her senior
- Maria feels like she isn't being incorporated into social events that her peers plan
  - o Dr. Park said that Maria's working relationships should be her main focus and that they are more important than socializing. The other residents should be able to trust her. If this is a major issue, she can speak with her co-resident Dr. Deana Shenaq

- Next meeting will be Wednesday, February 1st at 10:30am, 2012

UCMC00000828

February 7, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Arturduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000829



02/06/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria is working on adapting to the Transplant service. She participates in clinic but does not see consults. She has not yet spoken with Puneet regarding the power struggle on the service between the fellow and physician assistant. Irma Fleming has told Maria to follow the instructions of the attending on the service, but to let Christine know what the plan of action is and what has been taken care of
- Regarding her evaluations, Dr. Park feels that Maria is moving in the right direction but is not where she needs to be yet
  - ○ Dr. Park would like the attendings to evaluate her as any other resident. They should not focus on the fact that she is on probation. This is why they still evaluation her only once a month
- Maria mentioned she has worked over the 80 hour work limit, and one day she worked 2 hours over the limit. Dr. Park expressed that she needs to work on managing her time better in order to properly follow guidelines set by ACGME
  - ○ Appropriate sleep will ensure an optimal work performance
  - ○ Pager sign out and hand off duties should be at the designated time
- Maria noted that it has been difficult to keep up with the workload on Transplant service. Dr. Park told her that every intern faces the same problems, and that she should identify her barriers and work to fix them
- Maria has been able to practice presenting patients which has gone well
- Discussion was had regarding the phone call from Dr. Jaskowiak to Maria. Early in her intern year, Maria refilled an antibiotic over the phone for a patient instead of having the patient come in for an evaluation.
  - ○ Maria feels the call was educational in nature
  - ○ Maria gave Dr. Jaskowiak the impression she was giving excuses instead of trying to manage the patient's problem
  - ○ Dr. Park told her that when confronted with an issue in which she has made a mistake, she should promptly apologize and explain that it will not happen again to appease the current concern. There is no need to explain at that point what happened. She can send a follow-up email later with background information regarding the situation
  - ○ Maria told Dr. Jaskowiak that she would email her regarding the situation but never followed up. Dr. Jaskowiak was putting off talking to Dr. Park because she was waiting for Maria's email
  - ○ Dr. Park told Maria that interactions can be taken 2 ways: You can get angry and depressed or use them as opportunities to improve people's perception of you
  - ○ Maria should always take the higher ground. She can take out her frustrations by talking and venting with others
  - ○ Maria should contact Dr. Jaskowiak to follow up even though it has been 2 weeks

- Next meeting will be Monday, February 13th at 4:30pm, 2012



UCMC00000830

February 13, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.


Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000831



02/13/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- On Saturday the 11th, Maria rounded from 9:30am until 5:30pm. She usually leaves around 11am
  - She rounded with just her and the attending
  - She stayed 5 hours over what she should have stayed
  - She did not have to work on Sunday
- There is still a power struggle on this service
  - Fellow talks to the attending but the NP (Christine Trotter) seems to have her own plan of action
  - The PA has a few complaints against her, but Maria tries to ignore them because it's not her battle to fight
  - Maria was told by the attending to follow his orders, not the PA's orders
  - Maria does not want to overstep her boundaries but she is not able to run the floor
  - She asks the PA constantly if there is anything that she can help with
  - Dr. Park expressed concern over Maria not adapting to her new service quick enough
- Maria sent Dr. Jaskowiak the follow up email like Dr. Park suggested. She has not heard back yet
- Maria was able to present a patient on Saturday which went well
- Maria is going on Saturday to see the psychiatrist at Rush
  - She feels she needs the psychotherapy
- Dr. Park feels that Maria is getting better but still needs improvement
  - Dr. Song's bar is higher than standards on other services, and Maria should understand this
  - Maria should still do well despite the power struggle going on
- Maria feels she needs more time to study for the inservice which is on 3/1/2012
  - Dr. Park said she needs to study for both Transplant and the inservice
  - Dr. Park gave Maria a homework assignment: Maria should complete the 2010 inservice exam by next Monday and report on what she needs to work on for the inservice

- Next meeting will be Monday, February 20th at 4:15pm, 2012

UCMC00000832



Dr. Artunduaga cancelled her appointment with Dr. Park for the week of February 20, 2012 twice and understood that the next meeting would be the following week.



**UCMC00000833**



February 28, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Artunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000834

02/28/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria has expressed that she has had both good and bad days on transplant service
- Regarding the evaluation from Dr. Becker, Maria states that she believes Dr. Becker's evaluation was based on concerns from a team member and hear-say. Maria told Dr. Becker that she did not think that her evaluation would help and that she was submitting her evaluation too early on in the rotation
  - Maria stated she just wanted a fair evaluation, and that her other evaluations from Irma and Dola were far different than what Dr. Becker rated her
  - Maria barely interacted with Dr. Becker, maybe 3 times at most
  - Dr. Park spoke with Dr. Becker, and Dr. Becker stated that she evaluated Maria the same way she evaluates every other resident. She evaluates her medical students in the same manner
  - Dr. Park feels Maria has spent a lot of time worrying about her reviews and not enough time focusing on her work. The weekly evaluations aren't going to make or break her, they are for real-time feedback and to correct any problems. Feelings of the attendings are also shaped by the rumblings of the team
- Maria's last rotation on probation will be with plastic surgery
  - Dr. Parks states that Maria should already have a sense of how our service runs, the pitfalls and how to interact with the other intern on service
  - This will show as a test for Maria to show that she is a resident we should keep
  - Maria stated that here will be 1 person on the floor and 1 person in the operating room, and that communication will be better
  - Dr. Park told Maria to email her attendings prior to the service starting to see what their expectations of her will be
- Dr. Park stated that Maria had been entering her notes late
  - Maria states she was entering her notes around 3 or 4pm, that she never stayed after 6pm to enter notes
  - Dr. Park referenced an email from Sara Dickie regarding her conversation with Irma Fleming. The email stated Irma was surprised that Maria was over hours because Irma and she would run the list at the end of the day (on a daily basis). Irma was under the impression Maria was signing out to the night float at this time, and both she and Maria were leaving the hospital at the same time. However, Maria told her that she routinely stayed 1-2 hours later than this to finish her daily progress notes. Irma looked back and indeed most notes were placed as late entries for the day, going in after 6pm
  - Maria stated that when she is running the floor she leaves notes until the end of the day
- Maria has spoke with her counselor and has been taking medication for 1 week
  - Her counselor has provided some guidance
- Maria sat down with Irma and a fellow to go over her presentation skills in the past week
  - Dr. Park stated that it should not have taken so long for this to happen, as the rotation is almost over. She should not have waited 3 weeks into the rotation
  - Maria stated that an attending had to encourage Irma to let her present



UCMC00000835



- Regarding Maria going over her 80 hours, Dr. Park said that she needed to average her hours for the week. Dr. Park did not say it was ok for her to go over her 80 hour work week
    - Maria acknowledged that was not what Dr. Park meant when they discussed her hours. She understands she needs to rectify this herself
- Regarding Inservice
    - Maria completed the 2010 exam. She feels she got about 40% correct
    - She is concerned about her performance but will study for the next 48 hours
    - Dr. Park recommends she gets sleep prior to inservice
- Wrapping up, Maria mentioned that she just needed to pass her evaluations to stay in the program
    - Dr. Park reiterated that she needs to excel in our program, not just pass. She needs to hit the level of excellence we expect of our plastic surgery residents

- Next meeting will be Monday, March 5th at 4:00pm, 2012

UCMC00000836



March 5, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

_____
Maria Arturaduaga, M.D.

_____
Julie Park, M.D.

_____
Akilah Williams

UCMC00000837

03/5/2012

Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria's first day and a half has been fine so far.
- Maria has not spoken with any seniors about the goals of her rotation. She wanted to do this after inservice on 3/1 but she stayed later than she had planned to complete the exam
  - Dr. Park stated that if she wants suggestions regarding her goals she should ask as soon as possible
- Regarding her hours last week last Thursday (3/1) Maria left around 5pm; last Friday (3/2) she left around 6pm
  - Dr. Park suggested Maria leave early if there is nothing going on in the hospital
- Inservice
  - Maria believes she got around 40% correct. She feels she performed well on the basics
  - She will study more next year to learn the differences in surgeries and techniques
- Evaluations
  - Maria worked with Dr. Blecha a couple of times, operated with him once
  - Maria will continue to work on the delivery of her H&P's and have more confidence when she talks
  - Dr. Park wants Maria's attendings to evaluate her just like any other resident. Maria should not go to her attendings prior to them completing her evaluations because that would show a bias. Her attendings should evaluate her on her actions
  - If Maria wants feedback she should not wait until the end of the month to ask. She should ask during clinic or along the way of her rotation
  - Maria should focus more on the job she does, not on how people will evaluate her
  - Dr. Park has never had an intern or resident sit down with her and say 'this is what I have done this month.' All interns should be evaluated the same way
  - Maria focuses on her evaluations because she feels the rumors have left her with a negative reputation, and she feels that people have the wrong impression of her. She would like her attendings to know that her career is important to her, and that a negative evaluation will have an impact on her career
- Goals for her next few days include being a team member, having the service run smoothly, focus on presentation skills, making decision and showing leadership
  - Dr. Park added that Maria should show that she is competent and that everything is under control
- Maria mentioned Dr. Umanskiy inviting other interns to a monthly skills session, including Deana. She was told there was not room for her in the session
  - Dr. Park reiterated that Maria will need to have the time to actually complete any homework that Dr. Umanskiy may give, and Maria stated she will have the time
  - Maria stated she has watched you tube videos and wants to know which exercises can help her progress into becoming a better surgeon
  - Akilah will look into who is going and what the criteria is for the sessions
- Next meeting will be Monday, March 12th at 4:00pm, 2012

UCMC00000838

March 12, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.


_____
Maria Artunduaga, M.D.

_____
Julie Park, M.D.

_____
Akilah Williams

UCMC00000839



03/12/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria spoke with Grant, Matt and Yonni for feedback
  - She will work on prioritization with the other intern on service, consults, trying to relax and slowing her speech
  - She will continue to manage her stress and performance. The performance Dr. Park has witnessed from Maria has not matched her evaluations
- Maria believes her medication has helped her function better
- Regarding Dr. Reid's case last Friday, Maria told Dr. Park she was trying to figure out where the case was. She thought the patient was in pre-op
  - Dr. Park informed Maria that there were several different ways to find out where the case was located, including looking in EPIC and the actual board it is written on
  - Dr. Park did not feel it should have taken as long as it did for Maria to find the room
- Orders
  - Dr. Park assumed Maria put in orders for a patient as she requested, but Maria stated she forgot to
  - From now on, Maria says she will write these requests down
  - Maria says she completed an addendum for one of Dr. Reid's patients, and that the H&P had already been completed. Dr. Park was under the impression that the H&P was completed by Dr. Reid
- Evaluations
  - Maria should stop interrupting when people are trying to teach her
  - During our weekly meetings Maria listens, but this needs to carry over into her daily life
  - Maria argued with Grant about proper surgical technique and error when she should have been listening
- Maria should take this opportunity while on plastics service to interact and meet more with Dr. Reid, as he performs the craniofacial sub-specialty she is interested in
  - She should not choose to be the floor intern for the day as opposed to going to one of Dr. Reid's cases. This shows a missed opportunity
- Presentation Skills
  - Dr. Park was concerned that Maria still required further development of her presentation skills to this point
  - Maria stated that every service is different and she needs to adapt
  - Dr. Park told her to find the key aspects of what to present on each service
- Dr. Park again emphasized that importance of learning every aspect of the services she is on, as these details will help her become a safer surgeon
- Dr. Tothy
  - Maria stated that Dr. Tothy paged her twice and she answered on the 2nd page. Maria was performing a debridement at the time
  - Maria states that Dr. Tothy told her she would report her to her attendings
  - Maria admitted to hanging up on Dr. Tothy



UCMC00000840


- o Dr. Park stressed that it is never professional to hang up on a colleague, or anyone in the hospital for that matter, to which Maria agreed. She stated Maria needs to learn impulse control; she should apologize and appease the person. Remaining calm is key
- o Dr. Park feels the email that Maria sent to Dr. Tothy contained excuses and was also unprofessional. Maria is unable to see that the email was rude and fails to take responsibility in everything. She needs to act more mature, focus on doing her job and not on her weekly/monthly evaluations
- o She should never tell anyone that, since we are a surgical service, it will take us longer to provide feedback. We are able to prioritize just like any other service.
- o Maria stated that her probation has been difficult for her
- Maria is doing fine with her duty hours
- Maria should talk to Grant to get clarification about his evaluation, ask for feedback and don't make excuses
- Next meeting will be Monday, March 19th at 4:30pm, 2012

UCMC00000841



March 21, 2012

I have had the opportunity to meet with Dr. Julie Park today to review and discuss my weekly evaluations, areas for improvement and suggestions. I understand what has been discussed and accept responsibility for my actions.

Maria Arrunduaga, M.D.

Julie Park, M.D.

Akilah Williams

UCMC00000842

03/21/2012
Minutes from meeting with Dr. Maria Artunduaga, Dr. Julie Park, Akilah Williams

- Maria feels she has made improvements since last week
  - She is distributing her workload, updating progress notes in the morning and placing orders
  - The past week with co-intern Joe went smoothly
  - Maria will speak with Matt regarding his comments on his eval stating progress notes were not being placed. Maria believes this may have been a discrepancy with Joe
  - Matt also went over with Maria in detail how to properly fill orders in EPIC to make sure Maria doesn't miss anything
  - Dr. Park reiterated that when time Maria is on service with multiple people, she, not the senior resident, should make sure duties do not fall through the cracks
- Maria has been seeing her psychiatrist and things are going better for her
  - She was told she needs to calm down, continue taking her medication, learn to control her stress and sleep better
  - Maria has been on her medication now for about a month
- Dr. Park reminded Maria that she needs to give Akilah anything she would like to be reviewed by the faculty by Friday, March 23rd
  - Faculty will meet on Monday, March 26th
  - Maria is working with her husband on a letter
- Evaluations
  - Dr. Park feels that Maria presents a mixed picture. Her evaluations say she is receptive to teaching but there are still issues with her teaching points
  - Dr. Park is concerned about interactions Maria has had with colleagues and her breaches with professionalism
  - Core faculty will review the evaluations and all of our notes from our weekly meetings
- Dr. Park reiterated that the standards of probation was that Maria's performance meet the expectations held for the plastic surgery residents (levels superior and exemplary)
- Maria reports that Night float has been going well
- Regarding cancelling the meeting that was scheduled for 3/19, Maria stated she was headed to her car to come to U of C when she found out her battery died
- Dr. Park asked Maria if there were any other questions, concerns, or issues that she wanted to discuss. Maria said she had none.
- Dr. Park stated that today's meeting will be the last with Maria on probation

UCMC00000843

# EXHIBIT K

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| From: | Park, Julie [BSD] - SUR |
| Sent: | Wednesday, March 21, 2012 8:45 AM |
| To: | Williams, Akilah [BSD] - SUR |
| Subject: | FW: <no subject> |

**From:** Thistlethwaite, J. Richard [BSD] - SUR
**Sent:** Tuesday, March 20, 2012 2:22 PM
**To:** Park, Julie [BSD] - SUR
**Subject:** <no subject>

Julie, I misaddressed the following email when I first sent it to you. Dick

David, Julie

Maria Artunduaga asked me to write a review of her Transplant Surgery rotation. I am out of town this week and haven't been able to access to the Surgery resident evaluation website. I have previously verbally transmitted my thoughts to David, but because of her request, I'll repeat them here.

I worked with Dr Artunduaga on the floor, in clinic and in the operating room during her rotation on Transplant Surgery, an experience gives me a good foundation to evaluate her performance. My opinion is that she performed at an above average level as a first year resident, given the role a first year resident performs on our service. Her strengths were her effort, her reliability in performing daily responsibilities of patient care and on following through with additionally requested tasks, her ability to work well with other residents, nurses, and patients, and her reliability in communicating about patient problems with more senior residents and with me. Her interactions with patients were excellent; her patient care skills, meaning to me at the first year level, her ability to recognize medical problems, was average to above average. Her ability to present patients on rounds in a focused fashion improved greatly during the month of her rotation. I cannot assess her ability to take initiative in patient care decisions for either inpatients or outpatients since this is something that I discourage first year residents from doing, but, due to her natural reticence that I interpreted, in part, to be due to a lack of self-assurance, this should bear future watching.

Her operative skills were average for a first year resident, reflecting little time in the operating room to date. As I did actually operate with her as my only assistant on some cases (I suspect unlike other attendings on the Transplant service), I think I am accurate in saying her technical level is comparable to most of the first year residents with whom I have worked who have subsequently gone into plastic surgery. For example, she was able to accurately follow directions and mimic what I showed her to do, including placement of fine vascular sutures. She was not prone to be overly or inappropriately aggressive, nor did she show an intuitive feel for operating.

I found Dr Artunduaga's fund of medical knowledge to be below average. Given her extended time in the laboratory, I think this is due in large part, to the 4 years she spent with little direct clinical experience between her medical school and beginning residency here. When I discussed this with her, she said she did not think it was due to a difference in what is covered in medical school in the US and where she was educated.

Overall, from direct observations, I found that she did the things I asked her to do on the Transplant Surgery rotation well. However, in sports-world parlance, I would characterize her as a "project", meaning she has some abilities, but not yet clearly the skill to be successful. In medical parlance, this means to me that, outside her day to day work as a resident, she needs to show that she is willing to take the time to refresh her fund of medical knowledge and that, within her work as a resident, she needs to be challenged to think through medical problems and propose how to address them so that her medical decision making can be assessed. As with most first year residents, she needs more

1

UCMC00002190

time in the operating room to assess the development of technical skills.

I hope these comments are helpful.

Dick

2

**UCMC00002191**