# TAB 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF CHICAGO MEDICAL CENTER, <br><br> Defendant. | No. 12 C 8733 <br><br> Judge James B. Zagel <br> Magistrate Judge Sidney I. Schenkier |

## DECLARATION OF DR. MITCHELL POSNER

I, Dr. Mitchell Posner M.D., declare under penalty of perjury under the laws of the United States and the State of Illinois as follows:

1. I have personal knowledge of the facts set forth below.

2. I am over the age of 18 and a resident of the State of Illinois.

3. I was born in the United States.

4. I attended medical school at State University of New York Buffalo from 1977 to 1981. I did my residency at the University of Colorado Denver from 1981 to 1986. I was also Instructor in Surgery at the University of Colorado Denver from 1985 to 1986. I did a fellowship in Surgical Oncology at Memorial Sloan Kettering Cancer Center from 1986 to 1988. From 1988 to 1994 I was Assistant Professor of Surgery at the University of Pittsburgh. From 1992 to 1995, I was director of the Colorectal and Gastrointestinal Cancer Center at the Pittsburgh Cancer Institute at the University of Pittsburgh. In 1995, I became Associate Professor of Surgery at the University of Pittsburgh.

5. In 1995, I joined the University of Chicago Medical Center as an Attending Physician in the Section of General Surgery and have held that position ever since. I also held

the position of Associate Professor of Surgery, Cancer Research Center from 1995 to 2002. In 2002, I became Professor of Surgery and Professor, Cancer Research Center. In 2006, I became Thomas D. Jones Professor of Surgery.

6.   From 2004 to September 30, 2011, I was Program Director of the General Surgery residency program.

7.   During the time I was General Surgery Program Director, decisions relating to the selection, appointment, discipline, remediation, probation, and contract renewal of residents in the Plastic and Reconstructive Surgery ("PRS") were made and carried out by the PRS program. I did not make or carry out and was not responsible for such decisions for PRS residents. Likewise, the PRS section did not make or carry out and was not responsible for such decisions for residents in the General Surgery residency program.

8.   I was not responsible for determining whether Dr. Maria Artunduaga was making adequate progress in the PRS program or in the decisions to place Dr. Artunduaga on probation and not to offer her a second year residency contract.

9.   Dr. David Song did not make or carry out and was not responsible for decisions relating to the selection, appointment, discipline, remediation, probation or contract renewal of Dr. Reza Salabat, a Resident in the General Surgery residency program.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _February 18_, 2015         By: _____
                                       Dr. Mitchell Posner, M.D.

-2-