# TAB 9

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

--------------------------------------------------------

Maria Artunduaga,

    Plaintiff,

vs.        Case Number 1:2012cv08733

The University of Chicago Medical Center,

    Defendant.

--------------------------------------------------------

Deposition of Peter Angelos
Wednesday
April 9th, 2014

-at-

The Franklin Law Firm
53 West Jackson Boulevard
8th Floor Conference Room
Chicago, Illinois

---

Page 2

```
 1              APPEARANCES
 2
 3         For the Plaintiff:
 4           Jamie Franklin
 5         The Franklin Law Firm
 6         53 West Jackson Boulevard
 7              Suite 803
 8         Chicago, Illinois 60604
 9
10         For the Defendant:
11          Michael G. Cleveland
12             Vedder Price
13          222 North LaSalle Street
14          Chicago, Illinois 60601
15
16    For the University of Chicago Medical Center:
17           Anne E. Duprey
18         5841 South Maryland Avenue
19             MC1132
20         Chicago, Illinois 60637
21
22          Also present:
23          Maria Artunduaga
24             Erin Sloan
25          Ricardo Garcia
```

---

Page 3

```
 1         RECORDER:  Good morning.  We are now on the
 2   record, Wednesday, April 9th, 2014.  The time is 8:13
 3   a.m.  We are located at The Franklin Law Firm, 53 West
 4   Jackson Boulevard, 8th Floor Conference Room, for a
 5   deposition in the matter of Maria Artunduaga v. the
 6   University of Chicago Medical Center, case number
 7   1:2012cv08733.  The venue is the Northern District of
 8   Illinois, Eastern Division.  The witness today is Dr.
 9   Peter Angelos.  My name is Jeremy -- Dr. Peter Angelos,
10   my name is Jeremy Aynessazian.  I'm a notary public and
11   recording this deposition on behalf of Exhibit 5, LLC.
12   At this time, would you please raise your right hand
13   for the oath?
14              (Witness sworn)
15         RECORDER:  Would the attorneys please state
16   their appearances for the record?
17         MS. FRANKLIN:  Jamie Franklin for the
18   Plaintiff.
19         MR. CLEVELAND:  Michael Cleveland for
20   Defendant, University of Chicago Medical Center.
21         RECORDER:  And also, anyone else in the room
22   please state your name.
23         MS. ARTUNDUAGA:  Maria Artunduaga.
24         MS. GARCIA:  Ricardo Garcia.
25         MS. DUPREY:  Anne Duprey, Associate General
```

---

Page 4

```
 1   Counsel at the University of Chicago Medical Center.
 2         MS. SLOAN:  Erin Sloan, court reporter.
 3         RECORDER:  That completes the required
 4   information.  We can proceed.
 5              EXAMINATION
 6   BY MS. FRANKLIN:
 7      Q.  All right.  Dr. Angelos, once again, could
 8   you state your full name for the record, please?
 9      A.  Sure.  It's Peter Angelos.
10      Q.  Okay.  Middle initial or middle name?
11      A.  I don't have one.
12      Q.  All right.  Before we get started with
13   questions, let me go over the ground rules for
14   depositions.  Anytime you need a break, please let me
15   know, and we'll be happy to take a break, as long as
16   there's not a question pending.  If there is a question
17   pending, go ahead and answer, and then we can take a
18   break.
19      A.  Okay.                        0:01:47
20      Q.  If there's any question that I ask you that
21   you don't understand, either because you haven't heard
22   it or I'm not being clear, please make sure that you
23   tell me that you don't understand it.  I'll be happy to
24   rephrase it or we can have it read back, so that we --
25   so that anytime that I -- you answer a question, I
```

Page 9

1   surgery, and associate director of the MacLean Center
2   for Clinical Medical Ethics.
3       Q.  Are those all of the positions that you hold
4   -- hold today?
5       A.  Yes.  The only difference is that a couple
6   years ago, I was given an endowed chair.
7       Q.  What's the name of the chair?
8       A.  The Linda Kohler Anderson Professorship.
9       Q.  Okay.  That was a couple of years ago?
10      A.  Yes.                               0:06:47
11      Q.  What are your duties at -- with respect to
12  the Clinical Medical Ethics Center?
13      A.  Well I -- as an associate director and
14  faculty member of the MacLean Center, I'm involved in
15  the teaching program, which is primarily focused on
16  ethics fellows, of which there are generally 12 to 20 a
17  year.  And I'm also involved in the teaching activities
18  for residents in surgery on ethics, as well as,
19  occasionally, giving lectures to medical students on
20  ethics.  We also have -- I -- I participate in the
21  ethics consultation service, which is run out of the
22  MacLean Center.
23      Q.  What do you mean by ethics, when you talk
24  about ethics in the medical setting?
25      A.  Well it's, generally, controversial topics

Page 10

1   associated with things like informed consent, end of
2   life issues, you know, how should one manage difficult
3   situations when perhaps families need to make decisions
4   for patients who are not able to make them, what do we
5   do when there's conflict between caregivers and
6   patients or families.  So there's a -- a whole host of
7   things.  There are certainly also lots of ethical
8   issues associated with medical research, and sometimes,
9   we -- we get involved in those as well.
10      Q.  Okay.  Do you have -- does your role have
11  anything to do with ethics issues with respect to
12  graduate medical education?
13      A.  Only insofar as, I'm involved in teaching,
14  and so you know, we have a -- we have a monthly ethics
15  M&M conference, we have twice a month surgical ethics
16  conferences, and so to the extent that residents and
17  fellows participate in those, and they are part of
18  graduate medical education, then I am involved.
19      Q.  Okay.  You said there were 12 to 20 ethics
20  fellows at -- is that at the -- at the medical center?
21      A.  Yes.                               0:09:22
22      Q.  And are they fellows in other specialities
23  with some sort of concentration in ethics or are they
24  just ethics fellows?
25      A.  Well it's a variety of people.  They are --

Page 11

1   what I was describing to you were ethics fellows, so
2   these are people who are doing a part-time ethics
3   fellowship at the University of Chicago.  They also
4   have -- most of -- well it is a part-time program, so
5   most of them have some other position, which is how
6   they get paid.
7       Q.  Okay.  You also mentioned that you teach
8   medical ethics issues to surgery residents, correct?
9       A.  Yes.
10      Q.  Okay.  Is that general surgery and
11  subspecialty residents?
12      A.  Well it's -- it's pretty much whoever happens
13  to show up, so for the ethics M&M conferences, those we
14  have approximately once a month, and insofar as
15  speciality residents may be rotating on services that
16  come to our weekly M&M conference, then they
17  participate, and our twice monthly surgical ethics
18  conferences are open to the entire medical center, and
19  again, it's sort of dependent on the interest of the
20  resident whether they participate or not.
21      Q.  Not mandatory, correct?
22      A.  That is correct.                   0:11:10
23      Q.  Now in your role as a professor of surgery,
24  do you supervise residents?
25      A.  Yes.

Page 12

1       Q.  How many residents do you supervise?
2       A.  Well the residents who are assigned to the
3   endocrine surgery service, and that varies from --
4   generally, it's one or two at a time.
5       Q.  Okay.  And so are you talking about
6   rotations?
7       A.  Yes.                               0:12:13
8       Q.  And rotations are -- are monthly?
9       A.  Yes.
10      Q.  Is that correct?
11      A.  Correct.
12      Q.  And every month, there's a new rotation,
13  correct?
14      A.  Yes, I think sometimes people may have two
15  consecutive months in the same service, but yes.
16      Q.  Okay.  And during each rotation, there are
17  two residents assigned to your service, is that right?
18      A.  Not always.  Sometimes, there's only one.
19      Q.  Okay.  What percentage of the time is there
20  just one, approximately?
21      A.  Well are you asking currently?  Or are you
22  asking two to four years ago?
23      Q.  Let's start with currently.
24      A.  Currently, we never have more than one.
25      Q.  What about in -- during the year 2011 to

Page 13

```
1    2012, which is the year that Dr. Artunduaga was a
2    resident?
3        A.  Then we routinely had two.
4        Q.  Why the change?                    0:13:12
5        A.  The endocrine service and the breast service
6    split into two different services.
7        Q.  When was that?
8        A.  Let me think -- I think it was in July of --
9    sorry.  Let's see, this is '14, so '13, '14, '12, so
10   July of 2012.
11       Q.  Okay.  During the 2011 to '12 year when Dr.
12   Artunduaga was a resident then, you said there were
13   routinely two interns -- or two residents per -- per
14   rotation?
15       A.  I think so.  Yes.
16       MS. FRANKLIN:  Okay.  I'd like to mark
17   another Exhibit.
18       Q.  All right.  Please take a look at what's been
19   marked as Exhibit 2.  Exhibit 2 is four
20   non-consecutively Bates numbered pages.  Let's start
21   with page 1.  Are you familiar with page 1?
22       A.  Well by familiar, do you mean do I know what
23   it is?  Or --
24       Q.  Yes.
25       A.  -- have I ever seen it?
```

Page 14

```
1        Q.  Do you know what it is?
2        A.  I know what it is.
3        Q.  What is it?
4        A.  It is a Kaplan service schedule.
5        Q.  Are you in -- in the Kaplan service?
6        A.  I was at that time.              0:15:31
7        Q.  Okay.  What is the Kaplan service?
8        A.  The breast and endocrine surgery service.
9        Q.  Why is it called the Kaplan service?
10       A.  It's to honor Dr. Edwin Kaplan.
11       Q.  And he is a part -- was a part of that
12   service as of 2011, correct?
13       A.  Yes.
14       Q.  And is he still?
15       A.  He is still a part of the service, but he
16   does not practice clinically.  So he doesn't have
17   patients or operations, but he still participates in
18   education and research conferences.
19       Q.  Okay.  So as of July 2011, you were an
20   attending physician in the Kaplan service, is that
21   accurate?
22       A.  That is accurate.
23       Q.  Okay.  And also Dr. Kaplan was, correct?
24       A.  Yes.
25       Q.  And Dr. Jaskowiak?
```

Page 15

```
1        A.  Yes.
2        Q.  And Dr. Chhablani?
3        A.  Yes.
4        Q.  All right.  And if you'd look at the top of
5    the page, it also says, "Fellow: Haejin In," is -- do
6    you -- do you recall Ms. In?
7        A.  Yes.                              0:16:23
8        Q.  She was a fellow that year?
9        A.  Yes.  Dr. In.
10       Q.  I'm sorry, forgive me.
11       A.  That's okay.
12       Q.  Dr. In.  Also --
13       A.  I don't think she's here, so she's not
14   offended.  I just wanna be accurate.
15       Q.  Right.  And also, it shows -- under the
16   residents line, it shows Dr. Fleming, Dr. Artunduaga as
17   the residents on -- on the service for that month,
18   correct?
19       A.  Yes.
20       Q.  And APN is Joly Jose, correct?
21       A.  Yes.
22       Q.  What is an APN?
23       A.  Nurse practitioner.
24       Q.  Okay.  And it also shows that there were
25   three students also on the service, correct?
```

Page 16

```
1        A.  Yes.                              0:16:59
2        Q.  Are there usually students on the service?
3        A.  It's pretty common, but not always.
4        Q.  What -- was that true both then and now?
5        A.  Yes.
6        Q.  Is -- what is the -- what is the Kaplan
7    service called now?
8        A.  Now there's Kaplan Endocrine and Kaplan
9    Breast.
10       Q.  Okay.  So for the month of -- or the -- the
11   week of July 5th through the 8th, 2011, is this -- does
12   this schedule show who was assigned to the Kaplan
13   service?
14       A.  I think it does.
15       Q.  Okay.
16       A.  I can't speak to the accuracy of it, but
17   that's what it shows.
18       Q.  That's what it's intended to do, correct?
19       A.  Yes.
20       Q.  Okay.  And then underneath there, that
21   section, we see cases, do you see that?
22       A.  Yes.
23       Q.  What are cases?
24       A.  Well that's a listing of operative cases, and
25   it appears as though it is also a listing of additional
```

Page 57

1   are you not?
2       A.  Yes.
3       Q.  And is he at the same level,
4   administratively, as you at U of C?
5       A.  No.
6       Q.  How does that -- how do the levels differ?
7       A.  He's the chief of plastic surgery, so he
8   would be at the same level as Dr. Posner.
9       Q.  Does Dr. Song have any supervisory roles with
10  respect to you?
11      A.  No.
12      Q.  So you are chief of -- of endocrine?
13      A.  Yes.                        1:10:09
14      Q.  But that's not at the same level as chief --
15  being chief of plastic surgery then?  Is that how it
16  works?
17      A.  Correct.
18      Q.  Plastic surgery is -- is -- what is the --
19  the -- the name of the division that -- I'm not being
20  clear, I'm sorry.  General surgery and plastic surgery
21  are both at the same level, correct?
22      A.  Yes.
23      Q.  Okay.  And is there any other type of surgery
24  or subspecialty that is also its own separate
25  department?

Page 58

1       A.  So we generally refer to them as sections.
2       Q.  Sections.                    1:10:43
3       A.  And so -- so there is, within the Department
4   of Surgery, the section of plastic and reconstructive
5   surgery, the section of general surgery, and surgical
6   oncology, the section of transplantation surgery, the
7   section of vascular and endovascular surgery, the
8   section of cardiac -- or cardiothoracic surgery, and
9   then there are other sub groupings that, in many
10  departments -- in many institutions are departments,
11  but within the University of Chicago or within the
12  Department of Surgery, and those are things like
13  otolaryngology, head and neck surgery, urology,
14  neurosurgery.
15      Q.  So the --
16      A.  I'm probably missing some.  I wouldn't
17  consider this a comprehensive list.
18      Q.  That's fine.  It gives me a sense.  So within
19  the Department of Surgery, you have the section on
20  plastic and reconstructive surgery, we have the section
21  on general, transplants, vascular, and cardiothoracic,
22  is that five?
23      A.  I -- I -- I'll trust your counting.
24      Q.  I'm -- do you know if there are any other
25  sections within general surgery -- I mean within the

Page 59

1   Department of Surgery?
2       A.  I have the feeling that I'm missing some, but
3   I can't recall exactly what they are.  It's readily
4   apparent on the website.
5       Q.  Sure.  Sure.  So Dr. Posner is the chief of
6   general surgery, and is there someone above Dr. Posner
7   and the other chiefs who is the head of the Department
8   of Surgery?
9       A.  Yes.
10      Q.  And who's that?
11      A.  That would be the chair of the Department of
12  Surgery is Jeff Matthews.
13      Q.  Okay.  Do you know who was the chair of
14  plastic and reconstructive surgery before Dr. Song?
15      A.  I don't know.                 1:12:42
16      Q.  Were you at U of C when Dr. Song became chair
17  of plastic and reconstructive surgery?
18      A.  Yeah, I think it's chief of plastic --
19      Q.  I'm sorry, chief.
20      A.  -- and reconstructive surgery, but I was not.
21      Q.  Okay.  Forgive me for my bad terminology.
22  You were not at U of C when he became chief, correct?
23      A.  No.  That's correct.
24      Q.  Are you familiar with the term ghost surgery?
25      A.  I have heard it.  Yes.

Page 60

1       Q.  What's your understanding of what it refers
2   to?
3       A.  Someone not actually doing an operation that
4   they said they were doing.
5       Q.  Have you ever heard anyone say that that
6   occurred at -- in the Kaplan service?
7       A.  No.                          1:13:59
8       Q.  What about at U of C in general?
9       A.  No.
10      Q.  In what context have you heard the term?
11      A.  I can't give you a specific example.  I mean,
12  I -- I know -- you know, I've heard it in the news
13  media.  I've seen reports in the Chicago Tribune.
14      Q.  Have you ever heard anyone talking about
15  ghost surgeries at U of C?
16      A.  I think I answered that already, and the
17  answer's no.
18      Q.  And are you familiar with the term combined
19  residency program?
20      A.  Yes.                          1:15:01
21      Q.  And what does that refer to?
22      A.  My understanding is that that is a residency
23  program where people match into the program, and they
24  do a certain number of years of general surgery, and
25  then go immediately into a subspeciality.

Page 61

1    Q. Okay. And what about a coordinated program,
2  are you familiar with that term?
3    A. I could not differentiate between those two
4  terms that you just stated, so I've heard them both.
5  In my mind, they mean essentially the same thing.
6    Q. So a program where you have three years in
7  general surgery and then three years or additional
8  years in a specialty, correct? Is that what you were
9  testifying that you thought a combined program is?
10    A. Yes.                           1:15:40
11    Q. Okay. And is -- you're chief of endocrine,
12  is -- is endocrine a subspecialty that has a combined
13  program?
14    A. Endocrine surgery is part of general surgery,
15  so there is not a residency program for endocrine
16  surgery.
17    Q. I see. Do you know whether plastic and
18  reconstructive surgery was combined in the year that
19  Dr. Artunduaga was there, 2011 to 2012?
20    A. I think it was.
21    Q. And it's no longer combined, correct?
22    A. I don't know.
23    Q. Do you know whether it's now six years of
24  plastic, as opposed to three years of general surgery
25  and three years of plastics?

Page 62

1    A. I don't know.
2    Q. Okay. Do you know what the ACGME is?
3    A. Yes.                           1:16:22
4    Q. Do you know whether University of Chicago
5  Medical Center is an approved ACGME program?
6        MR. CLEVELAND: Objection to the form of the
7  question.
8    A. Yeah. What program are you referring to?
9    Q. Does the University of Chicago Medical Center
10  participate in ACGME programs?
11        MR. CLEVELAND: Objection to the form of the
12  question.
13    Q. Let me try again, actually. What is a --
14  what is ACGME?
15    A. Accreditation Council for Graduate Medical
16  Education.
17    Q. And what role does it play, if -- if any,
18  with respect to your position at U of C?
19    A. Well the ACGME has certain parameters that
20  are necessary for residency programs, and generally --
21  well I shouldn't speak generally. I don't know what
22  the specific requirements are. That's what we depend
23  on program directors and associate program directors to
24  do.
25    Q. Okay. But U of C participates in the

Page 63

1  residency match, correct?
2    A. Yes.
3    Q. And the residency match is -- do you know, if
4  you know, is regulated by the ACGME, correct?
5    A. I don't think so. I think it's a national
6  residency matching program, which is -- generally goes
7  as NRMP, and I don't think that it is a subsidiary of
8  the ACGME, but again, this is minutia of graduate
9  medical education that I really have no direct
10  knowledge of.
11    Q. The right person to ask that question to
12  would probably be the program director, correct?
13    A. Yes.
14    Q. So you don't -- you're not familiar with ACG
15  -- ACGME's general requirements for surgical residents,
16  correct?
17    A. Correct.                        1:18:19
18    Q. And you're not familiar with ACG -- ACGME's
19  general requirements for plastic surgery residents,
20  correct?
21    A. Correct.
22    Q. Have -- are -- are you aware of a document
23  called the Graduate Medical Education Policy, which is
24  a U of C document?
25    A. Yes.

Page 64

1    Q. Have you reviewed it?
2    A. No.
3    Q. Do you -- are you familiar with its contents?
4    A. I would say generally familiar.
5    Q. How did you become familiar with its
6  contents, without having reviewed it?
7    A. Occasionally, we will discuss specific
8  aspects of it at faculty meetings.
9    Q. Are you acquainted with a Dr. David Chang?
10    A. I know a David Chang.
11    Q. Is he at U of C?
12    A. Yes.                           1:19:43
13    Q. Do you know what his position is?
14    A. Professor of surgery.
15    Q. Does he have a subspecialty?
16    A. Plastic surgery.
17    Q. Does -- do you know if he has any
18  administrative roles?
19    A. I don't know.
20    Q. In the situation where there's no clinic
21  going on and there are no surgical cases at the moment,
22  what -- what -- what is a resident's responsibility?
23  And I'm talking about your service, obviously.
24    A. The resident's responsibility is to ensure
25  that any patients who are currently in the hospital are

Page 65

1   being appropriately cared for.
2     Q. And how do they do that? Do they do -- do
3  rounds?
4     A. Rounds is part of it. Sometimes it is
5  following up on tests. Sometimes it is speaking with
6  consultants. Sometimes it's going to examine patients
7  and assess their medical status.
8     Q. Are you acquainted with a Dr. Ginard Henry?
9     A. Yes.          1:21:27
10    Q. And what -- is he at U of C?
11    A. No.
12    Q. Was he at U of C?
13    A. Yes.
14    Q. What was his position there?
15    A. He was a faculty member of plastic surgery.
16    Q. And you said he's no longer with U of C?
17    A. Correct.
18    Q. Do you know where he is now?
19    A. No.
20    Q. And do you know why he left?
21    A. No.
22    Q. Did you ever talk to him about why he left?
23    A. No.
24    Q. Do you know what his specialty was?
25    A. Plastic surgery, in particular, hand surgery.

Page 66

1     Q. Is -- do you know if there's anyone in
2  plastic surgery now who specializes in hand surgery?
3     A. I don't know.     1:22:03
4     Q. Are you involved in recruiting other
5  physicians to come into the General Surgery Department?
6     A. Yes.
7     Q. Are you involved in recruiting physicians to
8  -- to the section of plastic and reconstructive
9  surgery?
10    A. No.
11      MR. CLEVELAND: We've been at this for about
12  an hour and a half.
13      MS. FRANKLIN: Would you like to take a
14  break?
15      MR. CLEVELAND: Let's take a couple minutes
16  and stretch our --
17      WITNESS: That --
18      MR. CLEVELAND: -- legs.
19      WITNESS: That would be great if I could --
20  is there a restroom anywhere nearby?
21      MS. FRANKLIN: There is.
22      (Off the record)
23      RECORDER: Back on the record, 9:46 a.m.
24    Q. All right. Now Dr. Angelos, you're
25  acquainted with Dr. Artunduaga, correct?

Page 67

1    A. Yes.         1:22:50
2    Q. She was a resident in 2011, 2012, correct?
3    A. Yes.
4    Q. When did you first meet Dr. Artunduaga?
5    A. July or August when she was on our service.
6    Q. She -- she was on your service in July and
7  August, correct?
8    A. Yes.
9    Q. Okay. Do you remember how many times Dr.
10  Artunduaga was with you in clinic in July 2011?
11    A. No, I don't remember.
12    Q. Did you have any instances -- do you recall
13  any instances in which she assisted you in clinic in
14  July?
15    A. I have no specific recollection of any time.
16    Q. Or August?
17    A. None.
18    Q. What about in the operating room, do you
19  remember her assisting you in the operating room in
20  July?
21    A. I don't have any specific recollection.
22    Q. What about August?
23    A. None.
24    Q. You don't have any specific recollection of
25  any -- any operations in which Dr. Artunduaga was in

Page 68

1  the room with you, correct?
2    A. Correct.
3    Q. How do you elevate residents?   1:24:21
4    A. Based on their performance in clinic and
5  managing patients pre-op and post-op, and if I spend
6  time with them in the operating room, based on their
7  operative experience.
8    Q. How do you -- let's start with their
9  performance in clinic. How do you evaluate their
10  performance in clinic?
11    A. I'm interested in knowing whether they are
12  able to accurately and efficiently gather factual
13  information about the patient's medical status, and
14  then convey it to me, and then document it
15  appropriately in the medical record.
16    Q. And how do you tell -- how -- how do you go
17  about telling whether they've been able to gather the
18  factual information, convey it to you, and document the
19  record adequately?
20    A. Well I assess how accurate they are in
21  gathering the information in checking things myself and
22  asking patients specific questions to confirm things,
23  by examining patients myself and to determine whether
24  the resident did an appropriate and accurate physical
25  examination. And then I review all of the entries into

Page 69

1    the medical record.
2        Q.  So the only way you can evaluate a resident's
3    clinical performance is if you are in clinic with them,
4    correct?
5        A.  Yes.                          1:26:00
6        Q.  The second thing you talked about was you
7    evaluated their patient management, I believe you said?
8        A.  Yes.
9        Q.  How do you do that?
10       A.  Well when patients come to the hospital for
11   an operation, there's a period of time at which they
12   are in the pre-op area, and they often need additional
13   documentation at that time.  There needs to be an
14   assessment of whether the patient's medical status has
15   changed since they were seen in the pre -- in the
16   out-patient visit.  And so that -- so I assess how the
17   residents are able to accomplish those takes associated
18   with getting patients ready for the operating room.
19   And then postoperatively, patients will often spend a
20   night or sometimes more in the hospital, and so
21   resident's ability to identify and either treat or,
22   depending on the situation, communicate appropriately
23   on what those situations are.
24       Q.  That's direct observation of you -- by you of
25   residents' performance, correct?

Page 70

1        A.  Yes.
2        Q.  And then the third -- thing that you
3    mentioned was their performance in the operating room?
4        A.  Yes.                          1:27:14
5        Q.  And how do you evaluate their performance in
6    the operating room?
7        A.  Well if I'm asked -- if they are assisting
8    me, there are gonna be aspects of the operation that I
9    will ask them to do, and so I'm interested in how
10   effectively they're able to do those things.
11       Q.  By direct observation is how you evaluate
12   their operating -- operating room performance?
13       A.  Yes.
14       Q.  So when you -- when Dr. Artunduaga was
15   rotating in your service in July and August of 2011,
16   did you evaluate her performance?
17       A.  Yes.
18       Q.  And did you evaluate it using the procedures
19   that you just outlined?
20       A.  Yes.
21       Q.  Any other ways you evaluated her performance?
22       A.  Not that I can recall.
23           MS. FRANKLIN:  Okay.  Let's mark an Exhibit.
24   4?  Are we at 4?
25           RECORDER:  4.  Yes.

Page 71

1        Q.  All right.  Take a look at what's been marked
2    as Exhibit 4.  We're gonna -- we are going to talk
3    about the first two pages, at least for now.  Are you
4    familiar with these two pages?
5        A.  Yes.                          1:28:58
6        Q.  What is this?
7        A.  This is the resident evaluation form that
8    faculty fill out.
9        Q.  Is this the form that you filled out for Dr.
10   Artunduaga?
11           MR. CLEVELAND:  Speaking of only the first
12   two pages?
13           MS. FRANKLIN:  The first two pages.  Mm-hmm.
14       A.  Well it sounds like what I have written, but
15   I don't see my name on it.
16       Q.  Actually, if you look at the top of page 1.
17       A.  Oh, yes.  There is it, evaluator, yeah, yeah,
18   so this is mine.  Yes.  Right.
19       Q.  Okay.  So the first two pages are your
20   evaluation, correct?
21       A.  Correct.
22       Q.  Okay.  Dr. Artunduaga, and that's based on
23   her rotation -- her rotations with you in both July and
24   August 2011?
25       A.  It appears so.  Yes.

Page 72

1        Q.  Did you -- did you prepare any evaluations of
2    just her August performance if you -- that you recall?
3        A.  I don't recall doing anything other than
4    this.
5        Q.  Okay.  Do you recall ever creating any --
6    preparing any other evaluations, written evaluations of
7    Dr. Artunduaga besides this one?
8        A.  No.                           1:30:01
9        Q.  If you would turn to page 2, please, there --
10   there's a narrative under the overall comments section,
11   do you see that?
12       A.  Yes.
13       Q.  Actually, let me -- let -- let me start back
14   on the first page, I'm sorry.  So you filled out each
15   of these categories by checking one of the options,
16   correct?
17       A.  Yes.
18       Q.  And then if you turn to page 2, you see there
19   are a couple where it says, "N/A," do you see that?
20       A.  Yes.
21       Q.  And what's the purpose of marking N/A?
22       A.  I did not feel that it was applicable, in the
23   sense that I had no way to assess this.
24       Q.  Okay.  So the first N/A is, "Tracking M&Ms,
25   presentation quality."

Page 85

1    A.  It's a three year fellowship.
2    Q.  Okay.  So this would probably be her last
3  year in the fellowship, correct?
4    A.  Yes.
5    Q.  Do you know what she's doing after the
6  fellowship?
7    A.  I don't know.
8    Q.  Have you worked with her again since July --
9  July 2011?
10   A.  No.
11   Q.  Do you know what her fellowship is in?
12   A.  Yes.
13   Q.  Do you know what the subject is?
14   A.  Surgical oncology.
15   Q.  Have you ever had to evaluate Dr. In?
16   A.  Yes.                          1:44:59
17   Q.  Written evaluation?
18   A.  Yes.
19   Q.  Is it in the form similar to Exhibit 4, pages
20  1 and 2?
21   A.  I would guess so, but I don't recall.
22   Q.  Okay.  Do you remember the last time you had
23  to evaluate Dr. In?
24   A.  It would have been when she rotated with me.
25   Q.  That would have been July or August 2011?

Page 86

1    A.  Correct.
2    Q.  And do you recall how you evaluated her?
3    A.  I don't.
4    Q.  Do you recall if it was generally positive or
5  negative?
6    A.  I don't remember.
7    Q.  Do you have a generally positive or negative
8  view of Dr. In's performance?
9    A.  Yes.
10   Q.  Which?
11   A.  Generally positive.
12   Q.  All right.  Let's take a look at what's been
13  marked as Exhibit 5.
14   A.  Yes.
15   Q.  And are -- have you ever seen the -- the --
16  well first of all, these are emails, correct?
17   A.  Yes.                          1:45:56
18   Q.  Have you seen these emails before?
19   A.  I'm sure I have since I wrote some of them.
20   Q.  Okay.  The first one is from you to Dr.
21  Artunduaga, correct?  When I say the first one, I mean
22  the first one on the page -- on page 1, not time-wise.
23   A.  Oh, okay.  So the top of the page?
24   Q.  Correct.
25   A.  Yes, that is from me.

Page 87

1    Q.  And then below that, there is a message from
2  you to Dr. Artunduaga as well, correct?
3    A.  Yes.
4    Q.  Below that, Dr. Artunduaga to you, correct?
5    A.  Correct.
6    Q.  Okay.  And those are the only emails on -- in
7  the Exhibit, correct?
8    A.  Yes.
9    Q.  All right.  Let -- now let's start
10  chronologically with the first one, which is the last
11  one on the first page.  It says -- it's an email from
12  Dr. Artunduaga to you, and she's asking if you could
13  complete the evaluation, right?
14   A.  Yes.
15   Q.  She says, "Dr. Jaskowiak raised some concern
16  regarding -- concerns regarding my performance.  I was
17  hoping that I could get your input," do you see that?
18   A.  Yes.
19   Q.  Do you know what concerns Dr. Jaskowiak
20  raised with Dr. Artunduaga's performance?
21   A.  No.
22   Q.  You didn't know at the time, correct?
23   A.  I'm sorry?                     1:46:58
24   Q.  Did -- did you know at the time this email
25  was sent to you?

Page 88

1    A.  No.
2    Q.  Do you know now?
3    A.  No.
4    Q.  Is Dr. Jaskowiak still at U of C?
5    A.  Yes.
6    Q.  And have you ever talked to her about this
7  lawsuit?
8    A.  No.
9    Q.  Have you ever talked to her -- did you talk
10  to her about your deposition today?
11   A.  No.
12   Q.  Are you -- was she aware you were coming
13  today for your deposition?
14   A.  Not unless someone else told her.
15   Q.  Who else knows that you were here -- you are
16  here today for your deposition?
17   A.  My secretary.  The residents -- I'm sorry,
18  the fellow who's on our service currently, Dr. Kaplan,
19  Dr. Grogan, my wife.
20   Q.  Okay.  And then if you look above you'll --
21  you respond, "I will certainly fill out your
22  evaluation, but more importantly, we should talk," do
23  you see that?
24   A.  Yes.
25   Q.  What did you want to talk about?

Page 89

```
 1      A.  Her evaluation.                    1:47:53
 2      Q.  You wanted to talk to her about the
 3   evaluation before you filled it out?
 4      A.  No.  I wanted to make sure that she not only
 5   saw what I wrote, but that we spoke.
 6      Q.  Why did you want to do that?
 7      A.  Because I felt like I was giving her not a
 8   very great evaluation, and I think people have the
 9   opportunity to hear what's not going well.
10      Q.  Okay.  Was this -- did you write this email
11   before you actually completed the written evaluation?
12      A.  Well I -- I would not be able to remember
13   that, but if you look at the dates, I did.
14      Q.  Okay.  So you had a -- a sense that you were
15   gonna have some negative -- positives and negatives in
16   the review at this time, correct?
17      A.  Yes.
18      Q.  And do you recall talking with Dr. Artunduaga
19   about the review -- about the evaluation?
20      A.  I remember us having a conversation.  I don't
21   remember that -- the specifics of the conversation.
22      Q.  Up above, it said -- Dr. Artunduaga responds
23   and says, yes, she does have time to speak, and then
24   above, you say, you'll page her on Wednesday, do you
25   see that?
```

Page 90

```
 1      A.  Yes.
 2      Q.  You say, "Residency is supposed to be a
 3   learning process," do you see that?
 4      A.  Yes.                               1:49:16
 5      Q.  What did you mean by that?
 6      A.  That if you have the opportunity to know
 7   what's not going well, hopefully, you can improve.
 8      Q.  And you said you do remember having the -- a
 9   conversation with Dr. Artunduaga, correct?
10      A.  Yes.
11      Q.  And was it probably some time around this --
12   around the date that's indicated here, which is the
13   Wednesday after September 29th?
14         MR. CLEVELAND:  Objection to the form of the
15   question.
16      Q.  If you know.
17      A.  I would assume it is, but I don't recall.
18      Q.  Okay.  And where did you meet?
19      A.  Again, since I don't have a specific
20   recollection, I would assume it would be in my office,
21   but I don't recall.
22      Q.  Okay.  Did you meet with any other residents
23   during this time frame to talk about their evaluations
24   with them, besides Dr. Artunduaga?
25      A.  Yes.                               1:50:04
```

Page 91

```
 1      Q.  Who -- who was that?
 2      A.  I don't have any specific recollection, but I
 3   do try to meet with residents, from time to time, to
 4   discuss their evaluations.
 5      Q.  Do you try to meet with all of your -- all of
 6   the residents who rotate with you?
 7      A.  I try, but I'm not effective.
 8      Q.  Do you remember how long you met with Dr.
 9   Artunduaga?
10      A.  I don't.
11      Q.  Do you remember who else was present in the
12   meeting?
13      A.  I don't.  I would assume that no one else
14   would be present because I would rarely have a
15   conversation about a resident's performance with other
16   people there.
17      Q.  Now if you would take a look back at Exhibit
18   4 again, we were looking at pages 1 and 2, your
19   evaluation, you've got -- on page 1, there are two
20   instances in which you chose, "Could improve," do you
21   see that?
22      A.  Yes.
23      Q.  First one is, "Ability to communicate,
24   justify medical decisions," and the second is,
25   "Advanced OR skills" -- excuse me, "Dissection,
```

Page 92

```
 1   exposure, suturing," you see that?
 2      A.  Yes.                               1:51:11
 3      Q.  Then on page 2, there's an additional, "Could
 4   improve," which is "Relations with others,
 5   communication skills with other healthcare
 6   professionals," do you see that?
 7      A.  Yes.
 8      Q.  Let's start with that one.  What -- what
 9   other healthcare professionals did you feel Dr.
10   Artunduaga could improve her communication with?
11      A.  Well with -- with myself and with other
12   residents and fellows.
13      Q.  And then if you would note on -- I'm sorry,
14   if you could look at page 1 again, there are two
15   instances in which you've chosen, "Very good," do you
16   see that?
17      A.  Yes.
18      Q.  And those are, "Personal attributes,
19   professionalism, ethical, honest, reliable, shows
20   sensitivity of age, gender, culture, patients,
21   colleagues," do you see that?
22      A.  Yes.
23      Q.  Okay.  So we've got -- we've got those two
24   very goods, we've got the three could improves, we have
25   a couple of N/As.  On page 2, we have one deficient,
```

Page 93

1    "Ability to lead, manage a service," do you see that?
2        A. Yes.
3        Q. And all the rest are just -- are -- are
4    goods, correct?
5        A. Yes.
6        Q. Okay. Did you consider this to be a negative
7    evaluation?
8        A. Yes.
9        Q. Why is that?                              1:52:29
10       A. Because I tend to be a very -- I'm not sure
11   exactly how to answer it. There are hawks and there
12   are doves when it comes to evaluations, and I tend to
13   be on the dove side of the spectrum, and so this is
14   lower evaluations than I give most people.
15       Q. What about the -- the ability to lead, manage
16   a service, what does that refer to?
17       A. That -- well as an intern, I don't expect an
18   intern to lead a service, so I'm really focusing on the
19   manage, and that is really prioritizing what needs to
20   be done and sort of looking at one's list of tasks and
21   figuring out what needs to be done when and moving
22   through it in an efficient fashion.
23       Q. So it's not -- you're not evaluating ability
24   to lead in this situation, correct?
25       A. Correct.                                  1:53:41

Page 94

1        Q. Did you -- do you -- are you acquainted with
2    Dr. John Seal?
3        A. Yes.
4        Q. And who is he?
5        A. He was one of our chief residents.
6        Q. Is he still with U of C?
7        A. No.
8        Q. He -- he's a doctor -- he's finished his
9    residency, correct?
10       A. He finished his residency, yes.
11       Q. Do you know where he is now?
12       A. Yes.
13       Q. Where is he?
14       A. He -- well I -- I know where he was as of
15   last July. Maybe it was last June. He was a
16   transplantation surgery fellow at the University of
17   Toronto.
18       Q. Okay.
19       A. I'm not sure if he's completed his
20   fellowship.
21       Q. And was Dr. Seal -- did you ever speak to Dr.
22   Seal about Dr. Artunduaga?
23       A. I don't recall ever having a conversation.
24       Q. Is Dr. Seal the individual who created the --
25   I always get terms -- confuse the terms, I'm sorry, let

Page 95

1    me refresh my memory, who created the schedule for your
2    service in August 2011?
3        A. I'm assuming so, since he would have been the
4    senior most resident on the service at that time.
5        Q. Okay. Do you recall Dr. -- I'm sorry, Ms.
6    Jose ever speaking to you about Dr. Seal's treatment of
7    Dr. Artunduaga?
8        A. No, I don't recall that.
9        Q. When you spoke with Dr. Artunduaga about her
10   evaluation and we just talked about the email from
11   September 2011, Exhibit 5, did you offer her any
12   suggestions on her performance or how to proceed in her
13   residency?
14       A. I would hope that I did, since that's the
15   general purpose of meeting with a resident, but I don't
16   recall specifics.
17       Q. Did anyone ever tell you anything about
18   rumors concerning Dr. Artunduaga while she was on your
19   service? And I'm talking about the -- the summer of
20   2011.
21       A. No.                                       1:56:54
22       Q. Do you know -- did anyone ever -- do you know
23   of any rumors about Dr. Artunduaga during that time
24   period?
25       A. No.

Page 96

1        Q. Do you ask your fellows or senior residents
2    for feedback on junior residents?
3        A. Sometimes, but not always.
4        Q. Did you ask anyone for feedback on Dr.
5    Artunduaga?
6        A. Not that I recall.
7        Q. And let me just make sure I understood. It's
8    your testimony that you never spoke with Dr. Song about
9    Dr. Artunduaga before you drafted your evaluation?
10       A. That's correct.
11       Q. Now you worked with Dr. Artunduaga again
12   before she left U of C, correct?
13       A. Yes.
14       Q. And that was in April 2012, right?
15       A. Right.
16       Q. Was she on your -- the Kaplan service during
17   that month?
18       A. Yes.
19       Q. And did you work directly with her during
20   that month?
21       A. Yes.
22       Q. Was she assigned to both sections of the
23   Kaplan service or just the endocrine or just the
24   breast?
25       A. Just the endocrine.                       1:58:18

New Innovations RMS Evaluations

**DOS - Faculty Evaluation of Resident**



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Kaplan (B) UCH**
6/24/2011 to 8/31/2011

| Evaluator |
| --- |
| **Peter Angelos** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

**Knowledge Base**

General knowledge (basic science, clinical)
Exemplary  Superior  Very Good  **Good**  Could Improve  Deficient  N/A
○ ○ ○ ◉ ○ ○ ○

Operative knowledge (anatomy, procedures)
Exemplary  Superior  Very Good  **Good**  Could Improve  Deficient  N/A
○ ○ ○ ◉ ○ ○ ○

**Clinical Skills**

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary  Superior  Very Good  **Good**  Could Improve  Deficient  N/A
○ ○ ○ ◉ ○ ○ ○

Post-op care (including recognition/Rx of complications)
Exemplary  Superior  Very Good  **Good**  Could Improve  Deficient  N/A
○ ○ ○ ◉ ○ ○ ○

Able to communicate/justify medical decisions
Exemplary  Superior  Very Good  Good  **Could Improve**  Deficient  N/A
○ ○ ○ ○ ◉ ○ ○

**Operative Skills**

Preparedness (punctual, knows case)
Exemplary  Superior  Very Good  **Good**  Could Improve  Deficient  N/A
○ ○ ○ ◉ ○ ○ ○

Advanced OR skills (dissection, exposure, suturing)
Exemplary  Superior  Very Good  Good  **Could Improve**  Deficient  N/A
○ ○ ○ ○ ◉ ○ ○

**Personal Attributes/Professionalism**

Ethical, honest, reliable
Exemplary  Superior  **Very Good**  Good  Could Improve  Deficient  N/A
○ ○ ◉ ○ ○ ○ ○

Shows sensitivity of age, gender, culture of patients/colleagues
Exemplary  Superior  **Very Good**  Good  Could Improve  Deficient  N/A
○ ○ ◉ ○ ○ ○ ○

EXHIBIT
Angelos
4/9/14  AA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UCMC00017653

New Innovations RMS Evaluations

**Relations with Others/Communication Skills**

With patients and families

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |

With other healthcare professionals

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ✓ | O | O |

Documentation of practice activities

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |

**Teaching Abilities**

Teaches other residents/students effectively

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | O | ✓ | O |

Tracking M&M's/presentation quality

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ✓ |

Critiques personal practice outcomes

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |

**System-Based Practice**

Practices cost-effective patient care

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ✓ |

Demonstrated knowledge of risk-benefit analysis

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |

Demonstrates understanding of role of specialist in overall patient management

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ✓ | O | O | O |

Overall Comments:
This was Maria's very first rotation at the University of Chicago. She seemed to be very flustered at the beginning of the rotation. This was not helped by the fellow who she was working with who often called Maria to drop what she was doing and take care of something else. Maria's operative skills were hampered by what appeared to be a significant case of nerves. However, despite these weaknesses, she improved during the rotation. I am convinced that her operative skills will improve since I saw improvement over the course of the month. She needs to work on prioritizing the tasks at hand. Her ability to work up patients in clinic strengthened throughout the rotation. She will need some mentoring, but I believe that she has the intelligence and desire to improve that she should be given a chance to do so.

Evaluation Submitted on 10/13/2011 11:45:40 PM EST.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    UCMC00017654

New Innovations RMS Evaluations

**DOS - Faculty Evaluation of Resident**



**Maria Alexandra Artunduaga**
SURG-GEN SURG Kaplan (B) UCH
6/24/2011 to 8/31/2011

| Evaluator |
|---|
| **Nora Jaskowiak** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

**Knowledge Base**

General knowledge (basic science, clinical)
Exemplary ○  Superior ○  **Very Good** ●  Good ○  Could Improve ○  Deficient ○  N/A ○

Operative knowledge (anatomy, procedures)
Exemplary ○  Superior ○  Very Good ○  **Good** ●  Could Improve ○  Deficient ○  N/A ○

**Clinical Skills**

Pre-op care (formulates appropriate plan/assessment of details)
Exemplary ○  Superior ○  Very Good ○  Good ○  **Could Improve** ●  Deficient ○  N/A ○

Post-op care (including recognition/Rx of complications)
Exemplary ○  Superior ○  Very Good ○  Good ○  Could Improve ○  **Deficient** ●  N/A ○

Able to communicate/justify medical decisions
Exemplary ○  Superior ○  Very Good ○  Good ○  **Could Improve** ●  Deficient ○  N/A ○

**Operative Skills**

Preparedness (punctual, knows case)
Exemplary ○  Superior ○  Very Good ○  Good ○  **Could Improve** ●  Deficient ○  N/A ○

Advanced OR skills (dissection, exposure, suturing)
Exemplary ○  Superior ○  Very Good ○  Good ○  Could Improve ○  **Deficient** ●  N/A ○

**Personal Attributes/Professionalism**

Ethical, honest, reliable
**Exemplary** ●  Superior ○  Very Good ○  Good ○  Could Improve ○  Deficient ○  N/A ○

Shows sensitivity of age, gender, culture of patients/colleagues
**Exemplary** ●  Superior ○  Very Good ○  Good ○  Could Improve ○  Deficient ○  N/A ○

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    UCMC00017655

New Innovations RMS Evaluations

**Relations with Others/Communication Skills**

With patients and families
Exemplary SuperiorVery Good ○ ○ ○ | **Good** ✓ Could ImproveDeficient ○ ○ | N/A ○

With other healthcare professionals
Exemplary SuperiorVery Good ○ ○ ○ | Good ○ **Could Improve** ✓ Deficient ○ | N/A ○

Documentation of practice activities
Exemplary SuperiorVery Good ○ ○ ○ | Good ○ **Could Improve** ✓ Deficient ○ | N/A ○

**Teaching Abilities**

Teaches other residents/students effectively
Exemplary SuperiorVery Good ○ ○ ○ | **Good** ✓ Could ImproveDeficient ○ ○ | N/A ○

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
Exemplary SuperiorVery Good ○ ○ ○ | Good Could ImproveDeficient ○ ○ ○ | **N/A** ✓

Tracking M&M's/presentation quality
Exemplary SuperiorVery Good ○ ○ ○ | Good Could ImproveDeficient ○ ○ ○ | **N/A** ✓

Critiques personal practice outcomes
Exemplary SuperiorVery Good ○ ○ ○ | **Good** ✓ Could ImproveDeficient ○ ○ | N/A ○

**System-Based Practice**

Practices cost-effective patient care
Exemplary SuperiorVery Good ○ ○ ○ | **Good** ✓ Could ImproveDeficient ○ ○ | N/A ○

Demonstrated knowledge of risk-benefit analysis
Exemplary SuperiorVery Good ○ ○ ○ | **Good** ✓ Could ImproveDeficient ○ ○ | N/A ○

Demonstrates understanding of role of specialist in overall patient management
Exemplary SuperiorVery Good ○ ○ ○ | **Good** ✓ Could ImproveDeficient ○ ○ | N/A ○

Overall Comments:
Maria spent over two months on our service and it was fairly challenging. Many issues arose - with communication, with clinical care, with technical OR skills. These have been brought to the attention of Dr. Song. Bottomline- she is very smart and very sweet. And she works hard. There seem to be some critical issues that may be cultural - as she has not worked in the American medical system before. She often did not seem to understand completely what the plan was or her role in the plan. Also, she is so eager to do well and to improve that she is constantly "diving forward" without even fully listening to what is being recommended. This occurred technically in the OR and also on rounds. Steps are being taken to address these issues.

Evaluation Submitted on 9/25/2011 10:34:41 AM EST.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    UCMC00017656

New Innovations RMS Evaluations

DOS - Faculty Evaluation of Resident



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Kaplan (B) UCH**
6/24/2011 to 8/31/2011

| Evaluator |
| --- |
| **Edwin Kaplan** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

**Knowledge Base**

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ● | O | O | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ● | O | O | O |

**Clinical Skills**

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ● | O | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ● | O | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ● | O | O | O |

**Operative Skills**

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ● | O | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ● | O | O | O | O |

**Personal Attributes/Professionalism**

Ethical, honest, reliable

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ● | O | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | O | O | O | O |

**Relations with Others/Communication Skills**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UCMC00017657

New Innovations RMS Evaluations

With patients and families
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    N/A
O        O        O            O        O        O            O

With other healthcare professionals
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    N/A
O        O        O            O        O        O            O

Documentation of practice activities
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    N/A
O        O        O            O        O        O            O

**Teaching Abilities**

Teaches other residents/students effectively
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    N/A
O        O        O            O        O        O            O

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    **N/A**
O        O        O            O        O        O            ✓

Tracking M&M's/presentation quality
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    N/A
O        O        O            O        O        O            O

Critiques personal practice outcomes
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    N/A
O        O        O            O        O        O            O

**System-Based Practice**

Practices cost-effective patient care
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    **N/A**
O        O        O            O        O        O            ✓

Demonstrated knowledge of risk-benefit analysis
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    **N/A**
O        O        O            O        O        O            ✓

Demonstrates understanding of role of specialist in overall patient management
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    **N/A**
O        O        O            O        O        O            ✓

Overall Comments:
This was Maria's first rotation. She gained great experience with the U of C systems as time passed. She is a wonderful person who is very bright and very good with her hands. She is good now but she will make a fine resident as she gains more experience and gains more confidence.

Evaluation Submitted on 9/6/2011 6:25:10 PM EST.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    UCMC00017658

New Innovations RMS Evaluations

**DOS - Faculty Evaluation of Resident**



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Block H (2) Service (D)**
**UCH**
9/1/2011 to 9/30/2011

Evaluator

**Roger Hurst**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

**Knowledge Base**

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ✓ | O | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ✓ | O | O | O |

**Clinical Skills**

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| O | O | O | O | ✓ | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ✓ | O | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|-----------|----------|-----------|------|-------------------|-----------|-----|
| O | O | O | O | ✓ | O | O |

**Operative Skills**

Preparedness (punctual, knows case)

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ✓ | O | O | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|-----------|----------|-----------|----------|---------------|-----------|-----|
| O | O | O | ✓ | O | O | O |

**Personal Attributes/Professionalism**

Ethical, honest, reliable

| Exemplary | Superior | **Very Good** | Good | Could Improve | Deficient | N/A |
|-----------|----------|---------------|------|---------------|-----------|-----|
| O | O | ✓ | O | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | **Superior** | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|--------------|-----------|------|---------------|-----------|-----|
| O | ✓ | O | O | O | O | O |

**Relations with Others/Communication Skills**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UCMC00017659

New Innovations RMS Evaluations

With patients and families
ExemplarySuperiorVery Good    **Good**Could ImproveDeficient    N/A
O        O        O        ✓        O        O        O

With other healthcare professionals
ExemplarySuperiorVery Good    **Good**Could ImproveDeficient    N/A
O        O        O        ✓        O        O        O

Documentation of practice activities
ExemplarySuperior**Very Good**    GoodCould ImproveDeficient    N/A
O        O        ✓        O        O        O        O

**Teaching Abilities**

Teaches other residents/students effectively
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    **N/A**
O        O        O        O        O        O        ✓

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service
ExemplarySuperiorVery Good    Good**Could Improve**Deficient    N/A
O        O        O        O        ✓        O        O

Tracking M&M's/presentation quality
ExemplarySuperiorVery Good    GoodCould ImproveDeficient    **N/A**
O        O        O        O        O        O        ✓

Critiques personal practice outcomes
ExemplarySuperiorVery Good    **Good**Could ImproveDeficient    N/A
O        O        O        ✓        O        O        O

**System-Based Practice**

Practices cost-effective patient care
ExemplarySuperiorVery Good    **Good**Could ImproveDeficient    N/A
O        O        O        ✓        O        O        O

Demonstrated knowledge of risk-benefit analysis
ExemplarySuperiorVery Good    **Good**Could ImproveDeficient    N/A
O        O        O        ✓        O        O        O

Demonstrates understanding of role of specialist in overall patient management
ExemplarySuperiorVery Good    **Good**Could ImproveDeficient    N/A
O        O        O        ✓        O        O        O

Overall Comments:
When Maria started the rotation it was clear that she was less prepared than her peers. Specifically she was less independent and was less aware of the routines of running the service. It is not clear whether this was due to a deficiency in competence or just a result of necessary adjustments to a different system. Given that she was trained where the routines and customs are not necessarily known to us, this is to a degree understandable, but it does make it more difficult to assess her overall capabilities so early on in her residency. She was always very hard-working and attentive. There were no deficiencies in this area. She followed directions and sought to improve her performance.

Evaluation Submitted on 10/17/2011 12:33:28 PM EST.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    UCMC00017660

| From: | Angelos, Peter [BSD] - SUR <pangelos@surgery.bsd.uchicago.edu> |
|---|---|
| Sent: | Thursday, September 29, 2011 8:14 PM |
| To: | Artunduaga, Maria [UCH] <maria.artunduaga@uchospitals.edu> |
| Subject: | RE: Rotation evaluation |

Maria,
I will certainly page you on Wednesday after 9AM. Residency is supposed to be a learning process.
Peter Angelos

-----Original Message-----
From: Artunduaga, Maria [BSD] - SUR
Sent: Thursday, September 29, 2011 8:09 PM
To: Angelos, Peter [BSD] - SUR
Subject: Re: Rotation evaluation


Yes, I do. I'll be doing Plastics next month, I think conference is done at 9 am, feel free to page me (3394).

Thanks for doing this, there's always room improvement.

-M

Sent from my Verizon Wireless Phone



----- Reply message -----
From: "Angelos, Peter [BSD] - SUR" <pangelos@surgery.bsd.uchicago.edu>
Date: Thu, Sep 29, 2011 19:08
Subject: Rotation evaluation
To: "Artunduaga, Maria [BSD] - SUR" <maria.artunduaga@uchospitals.edu>

Maria
I will certainly fill out your evaluation but more importantly we should talk. I think that there are some positives and negatives that we
should discuss. Do you have any time next week on Weds that we could talk for 15-20 minutes?

Peter Angelos

Peter Angelos, MD,PhD
University of Chicago

On Sep 29, 2011, at 12:32 PM, "Artunduaga, Maria [BSD] - SUR" <maria.artunduaga@uchospitals.edu> wrote:

> Hi Dr. Angelos,
>
> Hope all is well. I was wondering if you could have some time to complete my evaluation. Dr. Jaskowiak raised some concerns
regarding my performance, I was hoping that I could get your input too.

>
> -M
>
> Maria Alexandra Artunduaga, M.D.
> Plastic & Reconstructive Surgery Resident



> University of Chicago Medical Center
> 5841 S. Maryland, MC 6035
> Chicago, IL 60637, USA
>
>
>
>
>

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.

*******************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
*******************************************************************************

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.

**UCMC00001630**