# TAB 11

## Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

--------------------------------------------------------

Maria Artunduaga,

    Plaintiff,

    vs.      Case Number 1:2012cv08733

The University of Chicago Medical Center and David
Song,

    Defendants.

--------------------------------------------------------

Deposition of Sara R. Dickie
Tuesday
April 1st, 2014

-at-

Axia Law, LLC
1 North LaSalle Street
Suite 1450
Chicago, Illinois

## Page 2

1           APPEARANCES
2
3      For the Plaintiff:
4        Jamie Franklin
5        The Franklin Law Firm
6        53 West Jackson Boulevard
7        Suite 803
8        Chicago, Illinois 60604
9
10
11     For the Defendants:
12       Michael G. Cleveland
13       Andrew Oppenheimer
14       Vedder Price
15       222 North LaSalle Street
16       Chicago, Illinois 60601
17
18
19     For the University of Chicago Medical Center:
20       Anne E. Duprey
21       5841 South Maryland Avenue
22       MC1132
23       Chicago, Illinois 60637
24
25

## Page 3

1      Also present:
2      Maria Artunduaga
3      Leonardo Garcia
4      Jordan Frahm
5
6      RECORDER: Good morning. We are now on the
7  record. Today is Tuesday, April 1st, 2014. The time
8  is now 10:27 a.m. We are located at Axia Law, LLC, 1
9  North LaSalle Street, Suite 1450, Chicago, Illinois,
10  for a deposition in the matter of Maria Artunduaga v.
11  The University of Chicago Medical Center and David
12  Song, case number 1:2012cv08733. The venue is Northern
13  District of Illinois, Eastern Division. The witness
14  today is Dr. Sara R. Dickie. Dr. Dickie, my name is
15  Erin Sloan. I'm a notary public, and I'm recording
16  this deposition on behalf of Exhibit 5, LLC. At this
17  time, would you please raise your right hand for the
18  oath?
19      (Witness sworn)
20      RECORDER: Thank you. Would the attorneys
21  please state their appearances for the record?
22      MS. FRANKLIN: Jamie Franklin for the
23  Plaintiff.
24      MR. CLEVELAND: For Defendant, Michael
25  Cleveland and Andrew Oppenheimer.

## Page 4

1      RECORDER: Would anyone else in the room
2  please state their name?
3      MR. GARCIA: Leonardo Garcia.
4      MS. ARTUNDUAGA: Maria Artunduaga.
5      MS. DUPREY: Anne Duprey, Associate General
6  Counsel at the University of Chicago Medical Center.
7      MR. FRAHM: Jordan Frahm.
8      RECORDER: That concludes the required
9  information. We can proceed.
10         EXAMINATION
11  BY MS. FRANKLIN:
12     Q.  All right. Dr. Dickie, thank you for coming
13  today. Before we begin, I'll go over a few ground
14  rules for depositions. I'll be asking questions.
15  You'll be answering. It's important that we have a
16  clear record for the court reporter to transcribe
17  later, so we have to be careful not to use spotty
18  language, or gestures, or uh-huh, or uh-uh when we're
19  answering or -- or asking questions. I'll try to do
20  that, and if you could remember, that would be good.
21  If you need a break at any time, let us know, and we'll
22  take a break. If there's a question pending, I'll ask
23  you to answer the question, and then we'll take our
24  break. And finally, if there's any question you don't
25  understand, either because I wasn't clear in how I

Page 13

1    A. Yes.
2    Q. What about other type -- other residents?
3    A. No.                    0:09:52
4    Q. Okay. And where do those residents come
5  from, the plastic surgery residents?
6    A. They're University of Chicago residents.
7    Q. Do you supervise first year residents?
8    A. No.
9    Q. Second? Third?
10    A. Every year, the rotation is different. This
11  year's been my first full year as an attending plastic
12  surgeon, and I've had -- the youngest was a third year
13  resident.
14    Q. Okay. Is a first year resident called an
15  intern?
16    A. A first year resident is an intern.
17    Q. And a second and third are just called second
18  and third year residents, correct?
19    A. Right.
20    Q. And would a fourth, fifth, and sixth year
21  resident be considered a more -- a senior resident?
22    A. Yes.
23    Q. Okay. Was Dr. David Song the chief of the
24  section of plastic surgery when you came into your
25  residency there?

Page 14

1    A. Yes.
2    Q. And he was the chief when you left, correct?
3    A. Yes.
4    Q. Okay. Do you know when he became chief?
5    A. I think it was the year before I came, but
6  I'm not 100 percent sure. It was either the year
7  before that or the year before.
8    Q. Okay. So the year before you came, which was
9  '05, or the year before that --
10    A. Right.
11    Q. -- which was '04?
12    A. '04. It was either '04 or '05.
13    Q. Do you know how many years after Dr. Song
14  completed his residency that it was before he became
15  chief?
16    A. No.                    0:11:22
17    Q. Do you know if he's still chief of the
18  section?
19    A. Yes. He is.
20    Q. Now are you familiar with the terms combined
21  and integrated residencies?
22    A. Yes.
23    Q. Can you explain the difference between those
24  two?
25    A. The combined residency was when -- where the

Page 15

1  residents spent a portion of the time with another
2  specialty or subspecialty, in our case, general
3  surgery, and a part of the time, usually their -- their
4  senior years, with plastic surgery. Integrated
5  residencies are residencies in which the entire course
6  of the academic career is under the guise of one
7  specialty, so in this case, plastic surgery.
8    Q. And what was the University of Chicago's
9  plastic surgery residency? Which -- which of those two
10  types was it while you were there?
11    A. So it began as a combined program. I was a
12  -- considered a combined resident. While I was a
13  chief, we were in the process of transitioning into an
14  integrated program. We were attempting to -- to, at
15  least from a chief -- administrative chief resident
16  standpoint, create some teaching and didactics aimed
17  toward the junior residents, but at that point, I
18  believe they were still considered combined residents
19  until the year following that. And they -- we were
20  officially integrated, and that was the year after I
21  graduated.
22    Q. Okay. When you were a sixth year resident,
23  were you a chief resident?
24    A. Yes.                    0:13:05
25    Q. And your -- as I understand it, there are two

Page 16

1  plastic surgeon residents each year, correct?
2    A. Correct.
3    Q. And your year, the other resident was Dr.
4  Justine Lee?
5    A. Yes.
6    Q. Were you both chief residents?
7    A. Yes.
8    Q. Did you have different kind -- different
9  duties?
10    A. No.
11    Q. What were -- what were your duties as chief
12  resident that year?
13    A. The administrative chiefs put together the
14  call schedule for the chief residents, which is years
15  four, five, and six, the rotation schedule, also the
16  call schedule, organize core teaching sessions, what
17  will be included in that. Essentially manage the --
18  the teaching schedule for the -- the residency.
19    Q. And did you and Dr. Lee share those
20  responsibilities?
21    A. Yes.
22    Q. So you were saying that the -- the plastic
23  surgery residency program began as combined, and it was
24  transitioning during the year, was that 2011, 2012?
25    A. Yes.

Page 17

1      Q.  Okay.
2      A.  But I -- but I don't think that we were
3  officially on the books as an integrated program at
4  that point.  But I may be wrong.  That would be
5  something I would have to look at or ask Dr. Song
6  about.
7      Q.  You think it might have been the following
8  year?
9      A.  It may have been the following year.  I think
10  that the interns in 2012, 2013 are integrated, but the
11  ones before that were combined.
12      Q.  Why did -- if you know, why did the program
13  decide to move from combined to integrated?
14      A.  I know it was a motivation on many of our
15  parts to be prepared for it and to -- to start at least
16  the teaching model as early as possible and get that in
17  place.  I know a lot of our junior residents voiced
18  concerns that they didn't get as much teaching from a
19  general surgery standpoint, and they were more
20  interested in plastic surgical topics and were
21  interested in, as much as they could, participating in
22  our teaching sessions.  And so, we wanted to aim some
23  of that teaching towards them.
24      Q.  Okay.
25      A.  So we just made an effort to have -- broaden

Page 18

1  our -- our teaching sessions.
2      Q.  When it was -- when the program was a
3  combined program, as I understand -- do I understand it
4  correctly that the first three years of the residency
5  would be under general surgery?
6      A.  Yes, and so you, as a resident or an intern,
7  would attend all of their didactic teaching sessions,
8  their morbidity and mortality report, their
9  conferences, and only the chief residents or the four,
10  five, and six year would attend the plastic surgery
11  teaching sessions, M&M, that sort of thing.
12      Q.  Could one, two, and three years go to the
13  plastic surgery teaching sessions?
14      A.  If they were available from a work
15  standpoint, they were always invited.
16      Q.  Okay.  Do you know whose decision it was to
17  switch to the combined program -- I mean, sorry, to the
18  integrated program?
19      A.  I don't know whose decision it was.        0:16:19
20      Q.  Were you one of the people who made the
21  decision to do that?
22      A.  No.
23      Q.  You're acquainted with Dr. Artunduaga, aren't
24  you?
25      A.  Yes.

Page 19

1      Q.  Okay.  And she was a first year resident in
2  2011, right?
3      A.  Yes.
4      Q.  And is that -- she was called an intern?
5      A.  Yes.
6      Q.  Okay.  So when Dr. Artunduaga began the
7  residency program, she was considered a combined
8  resident, correct?
9      A.  Yes.
10      Q.  Or do you know?
11      A.  I think she was.
12      Q.  Okay.  So did she report to the chief of
13  surgery or the chief of plastic surgery?  General
14  surgery or plastic surgery?
15      A.  So I -- if she was -- she was combined, which
16  I believe she was, she would report to Mitchell Posner,
17  who is the chief of general surgery.
18      Q.  So you think she reported to Dr. Posner and
19  not Dr. Song during her year at U of C?
20      A.  Well, I think -- I mean she reported to -- to
21  both, I know she did.  But, in terms of primary
22  responsibilities, in terms of being a resident or an
23  intern and being on a certain medical team, she -- her
24  primary responsibilities were to the general surgery
25  team that she was with.  So if she was on a general

Page 20

1  surgery rotation, she was -- would report to Mitchell
2  Posner.
3      Q.  Okay.  Dr. Posner was chief until, I believe
4  August 2011 -- I mean, sorry, October 2011.  Does that
5  sound right?
6      A.  You know, I thought he was chief the whole
7  year.  I --
8      Q.  Oh, you did.  I'm sorry.
9      A.  -- don't remember
10      Q.  I didn't mean to put words in your mouth.
11      A.  That's okay.
12      Q.  Do you know whether Dr. Roggin took over as
13  chief sometime during your last year there?
14      A.  I believe he did, but I don't -- I wasn't
15  involved in their --
16      Q.  Okay.
17      A.  -- politics.
18      Q.  So at some point -- so Dr. Artunduaga --
19  Artunduaga, during her entire first year at U of C, her
20  only year at U of C, reported to Dr. Posner and
21  possibly later Dr. Roggin, correct?
22      A.  Yes.                                        0:18:25
23      Q.  Did Dr. Posner, and then later Dr. Roggin,
24  have a responsibility to -- well let me rephrase that.
25  So Dr. Artunduaga was going to teaching sessions and

Page 41

1    available and round with them.
2        Q.  Getting back to our discussion of choosing
3    residents, we -- you said that you didn't interview Dr.
4    Artunduaga, correct?
5        A.  That's right.
6        Q.  Did you review her application?
7        A.  No.
8        Q.  Did you vote on her?
9        A.  I did not.                        0:42:28
10       Q.  You weren't part of the ranking process when
11   she was ranked?
12       A.  I was in the room during the ranking process,
13   but I did not vote for her or against because I never
14   met her.
15       Q.  Okay.  So you were present for the ranking
16   itself, correct?
17       A.  That's right.
18       Q.  Do you remember what she was ranked?
19       A.  I don't.
20       Q.  Do you know if it was top -- in the top five?
21       A.  I don't remember.
22       Q.  Who else was present in that ranking meeting?
23       A.  I'm -- I'm not sure, but I know there was a
24   full room, so I assume it was most of the attendings,
25   if not all, many of the residents, our PA, Libby

Page 42

1    Carlisle.
2        Q.  Okay.  Do you remember any specific comments
3    about Dr. Artunduaga during the meeting?
4        A.  I do.  Really the only one I remember as we
5    were ranking the residents, as is typical, the -- the
6    second round residents, the ones that are fresher in
7    the mind, were being talked about a lot, were being
8    ranked.  And Dave Song, who was managing or sort of
9    leading the -- the rank meeting, piped up and said,
10   "Well, hey everybody, remember -- what about Maria?
11   She was at the top of our list for the last group.
12   Where are we ranking her?  Or does anyone have anything
13   to say?"  And I don't remember what came of that.  I
14   just remember that Dave had brought up her name because
15   she had ranked highly in the first round, where --
16   where I hadn't been, but he had a list of sort of how
17   everyone ranked from that first one.
18       Q.  From the December meeting --
19       A.  Yes.                            0:44:13
20       Q.  -- meetings?
21       A.  Mm-hmm.
22       Q.  Okay.  Was the December meeting a first round
23   and the January meeting a second round or were they --
24       A.  Mm-hmm.
25       Q.  -- just two -- two -- two time periods of

Page 43

1    interviewing that had the same weight?  Does my
2    question make sense?
3        A.  Yes.  They were two separate interview
4    sessions that carried the same weight.  But the -- you
5    know, the rank meeting happens after the second round.
6    So again, people are just fresher in the mind, but
7    there is a rank list that comes out of the first
8    meeting and then is brought into the second meeting,
9    and the two lists are merged.
10       Q.  Is it -- was it your practice not to vote on
11   ranking people you hadn't met?
12       A.  Yes.
13       Q.  Was that generally everyone's practice, if
14   you know?
15       A.  I don't know.                    0:45:07
16       Q.  Okay.  So let's talk about rotations.
17       A.  Okay.
18       Q.  When -- how are rotation schedules created or
19   -- or decided on for the residents?
20       A.  For the chief residents, it -- they were
21   created by Justine and I or the -- the administrative
22   chief makes the yearly chief resident schedule, with a
23   lot of input from the other chief residents.  And the
24   junior resident schedule is made by the general surgery
25   staff.

Page 44

1        Q.  Okay.  So when you were a sixth year in 2011,
2    2012, did you make the chief resident schedule, or did
3    you participate in making it?
4        A.  Yes.
5        Q.  And for that year, the schedule for the
6    juniors -- and you mean by that, the first, second, and
7    third years, correct?
8        A.  Correct.
9        Q.  Those were done -- that was done by general
10   surgery, correct?
11       A.  Yes.  We attempted to have input on the
12   juniors' rotation schedule.  Again, as an effort to
13   become more integrated, we were trying to put more
14   plastic surgical rotations, such as plastic surgery,
15   hand or burn, into the juniors' rotation profile.  But
16   as they were still considered general surgery
17   residents, the needs of the general surgery group and
18   their call needs outweighed our attempt at scheduling
19   them with us, so --
20       Q.  So general surgery had its own set of
21   interests and needs --
22       A.  Right.
23       Q.  -- and that's how they made their schedule?
24       A.  Right.  Right.                    0:46:52
25       Q.  And they were making the schedule for plastic

Page 113

1    were?
2        A.   That she was -- that she was struggling, that
3    she was having problems getting her work done, and he
4    wasn't sure what the problems were a result of, whether
5    it was a -- an understanding from a medical perspective
6    or a language misunderstanding of the orders of the day
7    or the plan of the day, but that the work wasn't
8    getting done efficiently, and there was some conflicts
9    between Maria and some of the patients.
10       Q.   Was that one incident or were there multiple
11   incidents that Dr. Seal described?
12       A.   I believe he described multiple, but I don't
13   remember the specifics of them.
14       Q.   At this point, Maria Artundaga was in the
15   general surgery rotation, correct?
16       A.   Right.
17       Q.   Kaplan rotation?
18       A.   Yes.                              2:02:43
19       Q.   And she -- as an intern, she was under the
20   auspices of general surgery, right?
21       A.   Yes.
22       Q.   So why did -- do you think they -- that Dr.
23   Jaskowiak and Dr. Seal went to Dr. Song, as opposed to
24   Dr. Posner?
25       A.   I don't know the answer to that, but I

Page 114

1    assume, because she was a plastic surgery resident,
2    that --
3        Q.   Okay.
4        A.   -- that she -- that we would be concerned
5    about the situation.
6        Q.   Do you know whether they went to Dr. Posner?
7        A.   I don't know.
8        Q.   Had you ever had -- besides this incident,
9    had you ever had any other time -- experience in which
10   the -- an attending or a chief resident brought a
11   concern to Dr. Song about one of the plastics interns
12   or -- or residents?
13       A.   No.                              2:03:37
14       Q.   So based on what you testified about, the
15   lead up to this -- the ultimate result was you had
16   a meeting with Dr. Artunduaga, correct?
17       A.   Correct.
18       Q.   And that was sometime maybe in August or
19   September?
20       A.   Yes.
21       Q.   You don't know the exact date?
22       A.   No.
23       Q.   Where was the meeting?
24       A.   In the plastic surgery work room.
25       Q.   And do you --

Page 115

1        A.   Or office.
2        Q.   -- remember what time of the day it was?
3        A.   I don't.
4        Q.   Okay.  And it was you, Dr. Lee and Dr.
5    Artunduaga, correct?
6        A.   Yes.
7        Q.   Okay.  And what was -- what -- what was --
8    what transpired at the meeting?
9        A.   We asked her how she felt her rotation as
10   going, if there were any problems.  Initially, as I
11   recall, she was quite positive about how things were
12   going.  When we asked specifically more about, you
13   know, her relationship with Dr. Seal and I think there
14   was another intern on the service, then she opened up a
15   little more about how she felt that she was not being
16   treated fairly, and that there seemed to be favoritism
17   on the service from John toward the other intern, and
18   that she wasn't being given the same amount of
19   responsibility, and wasn't getting into the OR as much.
20   And then more specifically also, we -- I -- I remember
21   asking her what she felt some of the conflicts might be
22   related to, and at that point, she said, "Well, you
23   know, it might be my accent or that we are not
24   understanding each other very well.  You know, and --
25   and it's possible I'm just not understanding the plans

Page 116

1    as well so they're bypassing me."  So we had a -- we
2    basically had a discussion about what the issues --
3    what she saw as the issues.
4        Q.   Who was the other intern on the service at
5    the time?  Do --
6        A.   I --
7        Q.   -- you remember?
8        A.   -- don't know.
9        Q.   And based on your discussion, did you give
10   her any suggestions?
11       A.   We did.  We suggested that she -- a, we --
12   sort of went over how to -- how to organize her list
13   and her responsibilities for the day just to help to
14   stay more organized, so that that may not contribute to
15   the problem.  And then we also encouraged her to work
16   on ensuring open lines of communication with her team,
17   in terms of reviewing the plan of the day, reviewing it
18   more than once, maybe not relying on phone
19   conversations as much if she felt that the accent or
20   language was a problem, but instead, to go to the
21   operating room if John was there and really communicate
22   -- communicate better about what the plans were, to
23   ensure that things were getting done.  Basically, our
24   goal was to help her work process improve so that she
25   would improve her standing in the -- as -- as a

Page 117

1    resident, that she would improve her reputation and --
2    and do better and not struggle.
3        Q. Before you met with Dr. Artunduaga, did you
4    talk with John Seal about the specifics of his
5    criticisms?
6        A. We did. We talked with him to find out more
7    about what he felt the problems were.
8        Q. You and Dr. Lee?                    2:07:28
9        A. Yes.
10       Q. Was it an in person meeting?
11       A. Yes.
12       Q. Anybody else there besides the three of you?
13       A. No.
14       Q. And what did --
15           MS. FRANKLIN: Oh, bless you.
16       Q. What did Dr. Seal say? During that meeting?
17       A. I don't remember the specifics of that, but
18   he -- he -- he was frustrated with Maria. He felt that
19   she didn't understand plans well at all. He felt that
20   she seemed over confident, that she didn't prioritize
21   well, and in general, as far as the service was
22   flowing, that it -- that it was difficult to work with
23   her, and he -- I think he mentioned a few -- a few
24   examples, but I don't remember them.
25       Q. Did he complain about her accent?

Page 118

1        A. Well he identified that as possibly the issue
2    of miscommunications, that -- that either he wasn't
3    understanding exactly what she had said, or patients
4    may not have understand -- stood what she had said, and
5    so that was where some of the conflicts were arising,
6    but he -- you know, he didn't say anything specific
7    about her accent, but just that that may be the source
8    of some of these conflicts.
9        Q. Did he say anything about her medical
10   training being from Columbia?
11       A. No.                                  2:08:59
12       Q. Did he question the -- anything about her
13   previous medical training at all?
14       A. Not that I remember.
15       Q. So did you -- and then did you speak with Dr.
16   Jaskowiak before you met with Dr. Artunduaga about her
17   concerns?
18       A. No.
19       Q. Do you know what her concerns were based on?
20       A. I -- I don't specifically. I think her
21   concerns were brought to Dr. Song and Dr. Song asked
22   Justine and I to meet.
23       Q. So you didn't speak directly with Dr.
24   Jaskowiak about this?
25       A. No.                                  2:09:41

Page 119

1        Q. Do you know whether Dr. Jaskowiak was working
2    with Dr. Artunduaga at this time?
3        A. She was on her service.
4        Q. She was the -- she was on -- Dr. Jaskowiak
5    was an attending on the service?
6        A. Yes.
7        Q. Okay.
8        A. Yes.
9        Q. And Dr. Seal was the chief resident?
10       A. Right.
11       Q. All right. What was the result of the -- the
12   meeting that you had with Dr. Artunduaga?
13       A. She agreed to try some of the strategies that
14   we suggested. We impressed upon her our availability
15   for -- for anything she needed and to -- to -- to call
16   us with any problems, and then we, you know, requested
17   that we meet with her again to just help -- to see how
18   things were going.
19       Q. Okay. Now this happened in, you said, maybe
20   late August, maybe early September, and looking at the
21   Exhibit 1, it looks like she was scheduled to be on
22   Kaplan service until September 1st, right?
23       A. Yes.                                 2:10:49
24       Q. And this was -- Dr. Jaskowiak and Dr. Seal
25   were in the Kaplan?

Page 120

1        A. Right.
2        Q. Okay. So this was something that would have
3    happened before she switched to colorectal in
4    September, right?
5        A. Right.
6        Q. Okay. Now let's mark an Exhibit.
7            RECORDER: Exhibit 2.
8        Q. All right. Please take a look at Exhibit 2.
9    Let me know when you're ready to proceed.
10       A. Okay.
11       Q. And I'm gonna give you another Exhibit.
12   We'll look at them together, 'cause I actually gave you
13   the wrong one. This will be Exhibit 3. We will come
14   back to Exhibit 2. Okay. All right. Now please take
15   a look at what's been marked as Exhibit 3, and let me
16   know when you're ready.
17       A. Okay. Okay.
18       Q. All right. Have you ever seen this document
19   before?
20       A. Yes.
21       Q. This is an email, correct?
22       A. Yes.                                 2:13:13
23       Q. Printed out. The first email is from Dr.
24   Song to Akilah Williams, right?
25       A. Yes.

30  (Pages 117 to 120)

Page 121

1      Q.  And the second one is from you to Dr. Song
2   with Dr. Lee cc'd, correct?
3      A.  Yes.
4      Q.  Does this email that -- is this an email that
5   you sent on August 31st?
6      A.  Yes.  It is.
7      Q.  And does this refer to the meeting we've just
8   been talking about?
9      A.  Yes.
10     Q.  Okay.  If you'd look at the first line of the
11  email, it says, "Our discussions today with Maria were
12  pretty good."  Then it said you -- says, "You -- we
13  started with -- first with John Seal."  And that refers
14  to the discussion you told me you had with him,
15  correct?
16     A.  Right.                        2:13:48
17     Q.  And it says, "Who told us the
18  following," and then you describe some material there,
19  do you see that?
20     A.  Mm-hmm.  Yes.
21     Q.  And then under than you -- you write, "Maria
22  sat with us for about 30 minutes."  Do you see that?
23     A.  Mm-hmm.
24     Q.  And that refers to the -- the actual meeting
25  with Maria --

Page 122

1      A.  Right.
2      Q.  -- after you spoke to John, correct?
3      A.  Right.                        2:14:09
4      Q.  Okay.  Did you -- and -- and in this email,
5   under that line, you have some information.  You say,
6   "Her perception of the problem stems from
7   communications issues as well.  However, they are
8   different."  Do you see that?
9      A.  Mm-hmm.
10     Q.  Then you have a variety of things listed.
11     A.  Right.
12     Q.  Did you check with Maria to make sure this
13  was an accurate depiction of what her concerns were?
14     A.  No.
15     Q.  This was your take on it, right?
16     A.  Yes.                          2:14:37
17     Q.  Okay.  And then similarly above, when you
18  summarized Dr. Seal's issues, did you check with him to
19  see if this was accurate before you sent it to Dr.
20  Song?
21     A.  No.
22     Q.  It's -- that's your analysis, correct?
23     A.  Yes.                          2:14:51
24     Q.  Okay.  When you sent this email to Dr. Song,
25  what -- what was his response?

Page 123

1      A.  I don't recall.
2      Q.  Do you know if he sent you an email back?
3      A.  I don't know.
4      Q.  And why did you email Dr. Song rather than
5   actually meeting with him to tell him this information?
6      A.  I don't know.
7      Q.  You don't remember why you decided to do it
8   this way?
9      A.  No.
10     Q.  Okay.  Then if you would turn to the second
11  page of the document.  The email continues, and then
12  the last paragraph of it -- the last large paragraph of
13  it says, "Plan, we call Brian Bello her chief for next
14  month," see that?
15     A.  Mm-hmm.
16     Q.  "He's excited to have her on the service and
17  to try to remake her image as well and to make her
18  better."  Sorry, one second.  Did you speak -- did you
19  call Dr. Bello?
20     A.  Yes.
21     Q.  And when was that?
22     A.  That same day.                2:15:50
23     Q.  Did you call him after the meeting with
24  Maria?
25     A.  Yes.

Page 124

1      Q.  And --
2      A.  I believe so.
3      Q.  Okay.  And Dr. Bello is -- was chief resident
4   on the colorectal, block two, correct?
5      A.  He would be that next month.
6      Q.  Right.  So he was going to be working with
7   him?
8      A.  Yes.
9      Q.  You called him the same day as the meeting
10  with Maria, correct?
11     A.  Yes.
12     Q.  Okay.  And what did you tell him?
13     A.  What I recollect is what I'm reading here.  I
14  don't remember anything different.  I mean, I think
15  basically, we asked him to -- to do these things to
16  help -- to help improve communication, and our goal was
17  to -- was to improve Maria's work habits and really
18  improve her -- her image among a lot of the other
19  residents, the general surgery residents.
20     Q.  How did you describe the problems that you
21  perceived she was having to Dr. Bello?
22     A.  I don't remember what I said to him.    2:16:56
23     Q.  Did you -- after you sent this email to Dr.
24  Song, did you speak with Mr. -- with Dr. Bello again
25  regarding Maria's performance?

Page 125

```
 1        A.  When she was on his service, yes.
 2        Q.  Okay.  We'll get to that in just a second.
 3   After you sent this email to Dr. Song, do you recall
 4   whether you then met with Dr. Song to discuss the
 5   issues in the email?
 6        A.  I don't recall.
 7        Q.  Did Dr. Song express any disagreement with
 8   the plan that is set out in this email?
 9        A.  Not that I recall.
10        Q.  Did he explicitly approve the plan set out in
11   this email?
12        A.  Not that I recall.           2:18:06
13        Q.  And when I say plan in both of those
14   questions, I'm referring to page 2.
15        A.  Right.  Yeah, no, I -- I don't remember.
16        Q.  You mentioned a concern over how Dr.
17   Artunduaga was viewed by other residents.  What was
18   that concern at this point, at this stage?
19        A.  So generally, residents -- the general
20   surgery residents had been speaking about Maria as
21   being a weak resident or a poor resident,
22   untrustworthy, and you know, other negative adjectives,
23   which we found distressing because she's our resident,
24   and we hired her, and we didn't want her to have that
25   reputation, and so that -- I mean, that was our main
```

Page 126

```
 1   concern.
 2        Q.  Do you -- which residents were these who were
 3   criticizing her?
 4        A.  So I don't remember specific names.  I -- I
 5   know that I heard from various of our residents,
 6   through Justine and Trang, who had spoken with other
 7   general surgery residents, that this was the -- sort of
 8   the rumors or the belief going around, part of the
 9   gossip that we sort of refer to in these emails.
10        Q.  Now this email from you is dated August 31st,
11   so Dr. Artunduaga would have been going to Dr. Bello's
12   service right around time?
13        A.  Yes.
14        Q.  Next day or so, right?
15        A.  Yes.                          2:19:50
16        Q.  Okay.  Do you know whether Dr. Song talked to
17   Dr. Artunduaga about the concerns in this email?
18        A.  I don't know.
19        Q.  Was it your impression he was delegating that
20   issue to you?
21        A.  Yes.
22        Q.  And then, now we can look at what's been
23   marked as Number 2.
24        A.  Okay.
25        Q.  Sorry that we're out of order.
```

Page 127

```
 1        A.  That's okay.
 2        Q.  All right.  Now are you familiar with this
 3   document?
 4        A.  Yes.
 5        Q.  And this is an email from you -- well the --
 6   it's several, but the top one is from you to Dr. Lee,
 7   correct?
 8        A.  Yes.
 9        Q.  Under that, one from Dr. Lee to you?
10        A.  Mm-hmm.
11        Q.  Under that, you to Dr. Song, cc'ing Dr. Lee?
12        A.  Yes.
13        Q.  And I believe that's it.  All right.  Let's
14   start with the third one.
15        A.  Okay.
16        Q.  That's dated -- that -- is that an email you
17   sent on September 8th, 2011?
18        A.  Yes.
19        Q.  Okay.  It says, "Hey Dave, I -- so I spoke
20   with Brian Bello," you see that?
21        A.  Mm-hmm.
22        Q.  It looks like this -- because this is
23   September 8th, this would have been around the first
24   week of her being with him, right?
25        A.  Yes.                          2:21:01
```

Page 128

```
 1        Q.  Okay.  So why did you talk with Brian Bello?
 2        A.  I wanted to check up on how Maria was doing.
 3        Q.  Okay.  And what was the gossip that you refer
 4   to in this first paragraph?
 5        A.  So in Number 3, there was -- and I don't
 6   remember the details, but basically, somehow the -- the
 7   gossip I am referring to is that Maria did something
 8   wrong on the -- with regards to a patient, and the
 9   recommendation from the pain service -- I don't
10   remember what the gossip was, in particular.
11        Q.  Okay.  Was there anything else that you were
12   referring to in the first paragraph about gossip,
13   besides the pain service issue?
14        A.  I don't remember the specifics of -- of it.
15   I think overall, during this time, there was a very
16   negative perception of Maria in the general surgery
17   group, and so there were many people talking and
18   bringing up issues to various residents, and residents
19   all talk, and so again, Justine and I had heard some of
20   these things and -- and were bringing them up to Brian
21   to try and get more factual data rather than hearsay
22   data from other residents.
23        Q.  So you told Brian that you had heard about
24   these issues --
25        A.  Yes.
```

Page 129

1    Q. -- and you were trying to see if they were
2 true?
3    A. Right.                          2:22:45
4    Q. And in this email, you -- you present your --
5 what your -- what your understanding of what Brian said
6 to you was, correct?
7    A. Correct.
8    Q. Okay. And you say, "Brian said she's doing
9 okay with a few exceptions. Brian is very positive and
10 supportive in general." And then you have some
11 specifics. Number one, "She's been coming to the OR
12 frequently to run the lists to enhance communication"?
13    A. Yes.
14    Q. That's one the things that was in the plan,
15 right?
16    A. Right.
17    Q. And he confirms she was doing that, right?
18    A. Mm-hmm.
19    Q. Okay. Number two, "She's often frazzled when
20 she presents patients, and Brian has to work with her
21 to keep the presentations organized." I don't want to
22 have to read the whole thing into the record, but
23 that's -- would that be something you considered to be
24 one of the exceptions that she wasn't doing?
25    A. Yes.

Page 130

1    Q. Okay. So that's one exception. Number
2 three, the pain service issue, you said that there was
3 some gossip, and as it turned out, that was incorrect,
4 right?
5    A. Right.                          2:23:41
6    Q. Okay. And in fact, it says, "Maria did a
7 good job prioritizing the patient needs," right?
8    A. Yes.
9    Q. Okay. Number four, Brian was impressed at
10 how she handled a patient, correct?
11    A. Yes.
12    Q. Number five, "She accidently sent a patient
13 home with a PICC line. Brian was at first upset," and
14 then at the end, you say, "He was again impressed after
15 being annoyed with her resourcefulness and motivation
16 to fix the problem," right?
17    A. Yes.
18    Q. Okay. Number six, something about more
19 gossip, but the result is that the -- this was not her
20 shirking responsibility, right?
21    A. Right.
22    Q. Okay. So it looks like there was -- you
23 know, Dr. Bello was pleased, correct?
24    A. Yes.
25    Q. Okay. So you conclude, "I still think we

Page 131

1 need to bring her onto our service," right?
2    A. Yes.                            2:24:34
3    Q. Why was that?
4    A. Because like, as I said, there was a lot of
5 very negative feelings about Maria among the rest of
6 the general surgery residents, and we felt that her
7 continuing to be on general surgery rotations would
8 only more negatively impact her, and so our goal was to
9 -- twofold, to bring her onto our service to help
10 identify specific weaknesses that we could potentially
11 train or correct and to -- to get her away from the
12 general surgery residents who seemed to find fault in
13 everything.
14    Q. Dr. Bello's assessment seems positive,
15 correct?
16    A. Yes. Brian is a positive person.      2:25:44
17    Q. So was there any other -- besides the summary
18 of your conversation with Brian Bello here, did you
19 receive any other feedback, between August 31st when
20 you wrote Exhibit 3 and September 8th when you wrote
21 Exhibit 2? Did you receive any other feedback besides
22 from Brian Bello about Maria's performance?
23    A. Not that I recall.
24    Q. In that time period, okay. So the only
25 feedback you received during that time period was Dr.

Page 132

1 Bello's positive feedback -- largely positive feedback,
2 correct?
3    A. That I remember.
4    Q. Above the -- the email we just looked at,
5 there's an email from Dr. Lee. She says, "Thanks for
6 checking in with BB. This certainly doesn't sound as
7 bad as I had heard from Trang yesterday." Do you know
8 what she's referring to?
9    A. I don't, but it has something to do with the
10 negative gossip.
11    Q. Then it -- she says, "I'm sure they would be
12 happy to give her up next month." Do you know who they
13 is that she's referring to?
14    A. General surgery.
15    Q. So you're -- she -- she's saying, "I'm sure
16 that" -- she's sure that Dr. Bello would be happy to
17 give Maria up?
18    A. No. Dr. Bello wasn't going to be her chief
19 next month, as far as I recall.
20    Q. Looks like it -- she was going to be in block
21 two again in October?
22    A. All the residency -- or all of the services
23 change their make up every month.
24    Q. Okay. Okay. So besides the gossip and
25 besides the mostly positive review by Brian -- Dr.

33 (Pages 129 to 132)

Page 133

1    Bello, was there any other information that you had
2    that caused you to think -- caused you to conclude that
3    you still think you needed to bring her onto our
4    service?
5        A. Not that I recall.                    2:27:33
6        Q. Okay. If you could turn back to the second
7    page again for just a second. The last paragraph where
8    you said, "I still think we need to bring her onto our
9    service," you say at the very end, "I also think having
10   her on our service next month with Dan Butz as a 2 will
11   really help us identify some of the real issues," do
12   you see that?
13       A. Mm-hmm.
14       Q. What made you think there were any real
15   issues that you didn't already know about from the
16   feedback you had at that point?
17       A. I think you can never really know the -- how
18   somebody's work habits are until you truly work with
19   them. And she was our resident, and given the amount
20   of negative publicity she'd had from the general
21   surgery group, I felt that we needed to work with her
22   directly rather than wait until May.
23       Q. So it's based on the -- the negative feedback
24   from the residents?
25       A. No. It's based on the negative perception

Page 134

1    that she -- that was throughout the -- the resident
2    group.
3        Q. So that's a yes, right?
4        A. Yes.
5        Q. Okay.
6           RECORDER: Exhibit 4.
7        Q. All right. Let -- take a look at Exhibit 4,
8    and let me know when you're ready.
9           MR. CLEVELAND: While the witness does that,
10   maybe we can get some of these water bottles filled up
11   by --
12          MS. FRANKLIN: That's just --
13          MR. CLEVELAND: -- by somebody?
14          MS. FRANKLIN: -- what I was going to
15   suggest. Let me -- let's go off the record for just a
16   second.
17          RECORDER: Off the record, 1:09 p.m.
18              (Off the record)
19          RECORDER: Back on the record, 1:11 p.m.
20       Q. All right. Let's take a look at Exhibit 4.
21       A. Okay.
22       Q. You have an email at the top and -- first of
23   all, have you ever seen this document?
24       A. Yes.
25       Q. And this is an email from Dr. Song to you and

Page 135

1    Dr. Lee, correct?
2        A. Yes.
3        Q. Under that, there's an email from you to Dr.
4    Song, partial, correct?
5        A. Yes.
6        Q. Under that, Dr. Song to you and Dr. Lee,
7    correct?
8        A. Yes.
9        Q. And under that, you to Carmen, although
10   that's a partial, see that?
11       A. Mm-hmm.
12       Q. Okay. And who was Carmen?
13       A. Carmen Barr.
14       Q. What was her position?
15       A. She was the residency coordinator for general
16   surgery.
17          MS. FRANKLIN: Okay. I have a couple more
18   we'll mark, three more. We'll mark this one with this
19   one that we'll be needing. Would have been easier if I
20   just put them all together. There is 5. There is 6
21   and 7.
22       Q. Okay. But now we'll be looking at those in
23   just a second, but we'll return to 4 for the moment.
24       A. Okay.
25       Q. Let's start with the bottom email, where it

Page 136

1    says, "On September 26th," do you see that?
2        A. Yes.
3        Q. And you wrote, "Carmen, you may -- you may or
4    may not be aware of some issues regarding our intern,
5    Maria Artunduaga." Remind me, I'm sorry, what was
6    Carmen's exact position again?
7        A. The residency coordinator for general
8    surgery.
9        Q. For general surgery. And who was the
10   residency coordinator for plastics?
11       A. Akilah.
12       Q. Akilah, okay. Is this an administrative
13   role?
14       A. Yes.                                   2:32:17
15       Q. All right. You say, "We feel it would be
16   most appropriate for her -- for us to have her rotate
17   on the plastic surgery service as soon as possible, so
18   that we can address some of the issues directly." Do
19   you see -- "And take the appropriate action, whatever
20   that may be," do you see that?
21       A. Yes.
22       Q. Okay. This email was dated September 26th.
23   So between September 8, when we talked about the email
24   that was Exhibit 4, and this email -- I'm sorry, it was
25   actually Exhibit 2, and this email, what process did

Page 137

1    you go through to come to the conclusion that she --
2    that Maria should come on to your service?
3        A. Justine had spoken with one of the attendings
4    on Maria's service, and basically, he gave her a very
5    negative evaluation, and so we decided that she should
6    rotate onto our service.
7        Q. Who was that attending?
8        A. Dr. Umanskiy. I believe this is the order of
9    events, but yeah.
10       Q. Okay. So back on -- on September 8th, in
11   Exhibit 2, you said -- when you said, "I still think we
12   need to bring her onto our service."
13       A. Yes.
14       Q. Between that time and September 26th, you
15   came to the conclusion you wanted to take that step at
16   -- at that point, right?
17       A. Right.                        2:33:50
18       Q. Okay. And who made that decision? Was it
19   just you or you and Dr. Lee?
20       A. I believe it was Dr. Lee and myself together.
21       Q. And what about Dr. Song, did he participate
22   in the decision to move Dr. Artunduaga to your service?
23       A. He was in agreement with what we recommended.
24       Q. Okay. Before you recommended it to him, did
25   he speak to you about it -- about the issue?

Page 138

1        A. Not that I remember.
2        Q. So he didn't suggest it?
3        A. No.
4        Q. Okay. He didn't know you were thinking of
5    doing it before you made the recommendation, right?
6        A. We had talked about it.
7        Q. When did you talk about it?
8        A. I don't remember when.
9        Q. Do you think it was after September 8th?
10       A. I think it was probably -- I think it was
11   before then. I mean I think it's -- it's a standard
12   plan, if one of your residents is not doing well, to
13   have them rotate on your service.
14       Q. Okay. So that's happened before?
15       A. Well it's something that -- that has been
16   discussed before.
17       Q. Did you have an -- an incident -- did you
18   have a situation like that before while you were chief
19   resident?
20       A. No.                          2:35:04
21       Q. What about any time during your residency?
22       A. I recall possibly it happening a few years
23   before, but I don't remember who with.
24       Q. Do you remember if that person continued on
25   in the residency?

Page 139

1        A. I don't remember the details about it.
2        Q. Do you know if anybody besides Dr. -- Dr.
3    Artunduaga has ever not been offered to continue the
4    residency in plastics?
5        A. Not that I'm aware of.
6        Q. Okay. Was the incident you're thinking of
7    before in plastic surgery? Is that a plastic surgery
8    resident?
9        A. Yes.
10       Q. Okay. So that person did continue on in the
11   program, correct?
12       A. Yes. As far as I know.          2:35:42
13       Q. Okay. And then let's -- if -- look back at
14   Exhibit 4, the email above, the next one in the chain
15   from Dr. Song to you and Dr. Lee says, "I thought we
16   discussed this and decided not to switch unless she had
17   a bad month with Bello." Do you see that?
18       A. Yep. Yes.
19       Q. Now do you remember that you had the
20   discussion with him about changing her rotation?
21       A. Yes.
22       Q. Okay. And did -- does that help you know
23   when it was?
24       A. No.
25       Q. Okay. Do you remember discussing with Dr.

Page 140

1    Song that you had decided not to switch Dr. Artunduaga
2    unless she had a bad month with Bello?
3        A. I don't remember that specific discussion.
4        Q. Okay.
5        A. I just -- all I know is from what's written
6    here.
7        Q. You don't dispute that you did have that
8    discussion though with Dr. Song, right?
9        A. No.
10       Q. Okay.
11       A. I wrote it -- or if he wrote it, I assume
12   it's true.
13       Q. Did she have a bad month with Dr. Bello?
14       A. No. Not that I'm aware.
15       Q. Okay. And then above that, it says, "Sorry,
16   yes. Please refer to the email I just sent you
17   privately. Sorry, I should have sent them in -- in
18   reverse." Do you see that?
19       A. Yes. I do.                     2:36:55
20       Q. What email did you send Dr. Song privately?
21       A. It was an email regarding Dr. -- or Justine
22   Lee's communication with Dr. Umanskiy.
23       Q. Okay. Was it your assessment or did you
24   forward something that Dr. Lee had written?
25       A. I think I wrote an email based on Dr. Lee and

Page 141

1   my discussion.
2       Q.  Okay.  And which email address did you send
3   it to?
4       A.  That I don't know.
5       Q.  Would you have sent it to Dr. Song's U of C
6   email address?  Or some other --
7       A.  Probably.
8       Q.  -- email?
9       A.  That's the only email address I have for him.
10      Q.  Okay.  And so what did you mean by, "I just
11  sent it to you privately," then?
12      A.  I think I didn't cc people.          2:37:44
13      Q.  Ah, okay.  And then above that, we have Dr.
14  Song responding, "Yes, I think we need to do a better
15  job communicating," and then -- then at the -- the
16  bottom, "Please talk to Justine as she was in
17  on the lengthy discussion we had just a few days ago."
18  Do you see that?
19      A.  Yes.
20      Q.  Do you remember having -- Justine -- Dr. Lee
21  telling you about a discussion she had with Dr. Song a
22  few days before this?
23      A.  No.
24      Q.  You weren't aware of it?
25      A.  I don't remember.

Page 142

1       Q.  Okay.  You don't remember it one way or the
2   other?
3       A.  Right.
4       Q.  Okay.  So you made the -- you and Dr. Lee
5   made the decision to switch Dr. Artunduaga to plastics,
6   correct?
7       A.  Yes.
8       Q.  Okay.  And it looks like, from this email at
9   least, that Dr. Song was under the impression that was
10  not going to happen, correct?
11      A.  From this email, it looks that way.
12      Q.  But later when he found out that you had
13  suggested it, he didn't disagree, correct?
14      A.  Correct.
15      Q.  Okay.  Now let's look at Number 5 please, and
16  let me know when you're ready.
17      A.  Okay.
18      Q.  All right.  Dr. -- I'm sorry, Number 5 is
19  more emails.  Some of them are the same as the ones in
20  Number 4, but some are different.  If you would look
21  down to the bottom of the page, there's an email from
22  you to Carmen Barr, correct?
23      A.  Yes.                                    2:39:49
24      Q.  We looked at that email again, but I want to
25  ask another question about it, so if you could turn to

Page 143

1   the next page.
2       A.  Okay.
3       Q.  Where you write, "We can -- as soon as
4   possible, so we can address some of the issues directly
5   and take appropriate action, whatever that may be."  Do
6   you see that?
7       A.  Yes.
8       Q.  What did you mean by that?  Did you have some
9   action in mind at this point?
10      A.  That there's a failing resident, the action
11  would be teaching her, improving her -- her work flow
12  and her work methods or firing her.
13      Q.  Did you consider Dr. Artunduaga to be a
14  failing resident in September 2011?
15      A.  I had never had direct work experience with
16  her, so at this point, my assumption was that she was
17  being negatively targeted and that she was -- could be
18  a passing resident.
19      Q.  And the last sentence says, "We have the
20  blessing of Song and Posner for this."  Do you see
21  that?
22      A.  Yes.                                    2:40:50
23      Q.  Had you already received Dr. Song's
24  permission when you wrote this email?
25      A.  I -- I believe I did.

Page 144

1       Q.  And what about Dr. Posner?
2       A.  I believe I did.
3       Q.  Did you talk to Dr. Posner about it?
4       A.  Not that I recall.
5       Q.  How did you get his blessing then?
6       A.  I assume -- got it through Dr. Song.
7       Q.  So you didn't contact Dr. Posner directly?
8       A.  No.  Not that I recall.
9       Q.  So you think Dr. Song and Dr. Posner talked
10  about it?  Or --
11      A.  That was --
12      Q.  -- communicated some way about it?
13      A.  That was my belief.
14      Q.  And what was that based on?
15      A.  Communication with Dr. Song.  I would -- I
16  would assume.
17      Q.  At the very top of the first page of Exhibit
18  5, Dr. -- Ms. -- Ms. Barr, "Sara, the best option is to
19  do the switch in October.  Call me for an explanation."
20      A.  Okay.
21      Q.  Did you call her?
22      A.  I don't remember.                       2:41:52
23      Q.  And then please take a look at Number 6.  And
24  then you see the -- the -- at the beginning, we have an
25  email from Dr. Song to you and Dr. Lee, correct?

Page 145

1    A.  Yes.
2    Q.  And that's the next day, September 29th,
3  2011, correct?
4    A.  Yes.
5    Q.  Okay.  He said, "I spoke with Carmen.  We
6  will have two interns, as they will swap Maria for an
7  ortho resident.  We need to test Maria, meaning have
8  her be the go to intern as if we only had one -- had
9  one intern on the service."  You see that?
10    A.  Yes.
11    Q.  Who was the other intern who was going to be
12  on the service with her?
13    A.  John Lusardi.
14    Q.  Jonathan --
15    A.  Lusardi.                          2:42:54
16    Q.  Okay.  John Lusardi?
17    A.  Yes.
18    Q.  He's still in the program, correct?
19    A.  He's an ENT resident.  I don't know.
20    Q.  Okay.  Was he an intern -- was he -- he was a
21  first year as well, correct?
22    A.  Yes.                              2:43:08
23    Q.  Okay.  So you already had one scheduled for
24  October, and the idea here is that Maria will come in
25  as a second intern, but she'll be taking primary

Page 146

1  responsibilities, right?
2    A.  It's my recollection that there were going to
3  be two residents -- two interns on the service, and
4  Maria was sort of traded for this ortho resident.
5    Q.  Right.  And then below that, we have an email
6  from Carman Barr to several recipients, including Dr.
7  Artunduaga, explaining what the new schedule will be,
8  correct?
9    A.  Yes.                              2:43:53
10    Q.  Up until this time on September 29th at 8:26
11  a.m., had anyone told Maria that she was being
12  switched?
13    A.  Not that I'm aware of.
14    Q.  Is there a reason for that?  Well let me ask
15  you about your reason.  Why hadn't you told Dr.
16  Artunduaga that you -- she was being switched?
17    A.  I don't know.
18    Q.  Do you think it was something she'd want to
19  know about?
20    A.  Yes.
21    Q.  Were you concerned that she would be upset?
22    A.  I didn't think about it.
23    Q.  Then why didn't you tell her about it?
24    A.  I don't know.                     2:44:24
25    Q.  If you'd take a look at Number 7 then.

Page 147

1  Another email.  This one from Maria Artunduaga to you
2  and Dr. Lee, correct?
3    A.  Yes.
4    Q.  And she has found out about this through Dr.
5  -- Ms. Barr's email and is asking you why it's
6  happening, you see that?
7    A.  Yes.
8    Q.  At this point, did she have any idea why she
9  was being switched?
10         MR. CLEVELAND:  Objection to form of the
11  question.
12         MS. FRANKLIN:  You're right.
13    Q.  At this point, you hadn't told her that she
14  was being switched, correct?
15    A.  It does not appear so.
16    Q.  All right.  How did you respond to this
17  email?
18    A.  I don't know.
19    Q.  Do you remember if you sent an email in -- in
20  response?
21    A.  I don't.                         2:45:08
22    Q.  Do you know if you talked to her in person?
23    A.  I don't.
24    Q.  How was the information about the reason for
25  the switch ultimately conveyed to her?

Page 148

1    A.  I don't know.
2    Q.  Was it ultimately conveyed?
3    A.  I don't remember.
4    Q.  So you don't remember if anybody ever -- if
5  you ever explained to her why she was being switched?
6    A.  I -- I don't remember if I did that or not.
7    Q.  Don't you think it would have been important
8  for her to know the reason if she was gonna be tested
9  like Dr. Song said?
10    A.  I mean, that's -- that's an opinion, and in
11  my opinion, it would -- it might have helped her or it
12  might not have.  I mean we were -- our goal was to help
13  her.  So it was a mistake on our -- my part, perhaps,
14  that I didn't tell her.
15    Q.  Now so Maria did come onto your service to
16  plastics or -- surgery in October, correct?
17    A.  Yes.                             2:46:21
18    Q.  And she started around the beginning of the
19  month?
20    A.  Yes.
21    Q.  She had Dr. Lusardi as her co-intern?
22    A.  Yes.
23    Q.  Okay.  And were you the chief resident on the
24  service at that point?
25    A.  One of the three.

Page 153

1    A. Don't know.
2    Q. And the other doctor?
3    A. Dr. Park. I don't know.
4    Q. Park. You didn't see any written evaluations
5  from any of these people?
6    A. Not that I recall.
7    Q. Okay. So during the month of October 2011,
8  did you talk with Dr. Song at all about Maria's
9  progress?
10    A. I'm sure that I did.
11    Q. Multiple times? Do you remember?
12    A. I would -- I would assume so, but I don't
13  remember.
14    Q. Okay. Did you talk to Dr. Lee about Dr.
15  Artunduaga's progress during October?
16    A. Yes.        2:52:10
17    Q. Did you talk with Dr. Reid?
18    A. I don't recall. I wasn't on his service.
19  That was Trang, I believe.
20    Q. Okay. Do you remember talking with Dr. Park
21  about her progress?
22    A. I don't recall.
23    Q. And what about Dr. Henry?
24    A. I don't recall.
25    Q. Okay. But you do recall talking with Dr.

Page 154

1  Song, correct?
2    A. I just -- I'm sure that I did.
3    Q. Did you --
4    A. Maria was our primary concern that month, so
5  I'm sure we talked about her.
6    Q. Okay. Did you ever have a meeting, during
7  October, in which Maria, and you, and Dr. Song were all
8  present?
9    A. Not that I recall.
10    Q. Do you know whether Dr. Song talked to Maria
11  about her progress?
12    A. I don't know.
13    Q. So how did you evaluate whether Maria was
14  making progress in October 2011?
15    A. Through working with her on a daily basis.
16    Q. So you made observations?
17    A. Yes.
18    Q. Did you record them other -- in other places
19  besides the reports we've already talked about?
20    A. No.
21    Q. Earlier, I asked you what the plan was for
22  helping Maria improve, and you talked about that. Were
23  there any specific ways to measure where -- whether she
24  was actually improving under the plan?
25    A. Not besides my own opinion, no.   2:53:47

Page 155

1    Q. And what was your opinion?
2    A. My opinion throughout the month was that she
3  was not making improvements and that the problems, as I
4  could see them, were much greater than just simple
5  organization or work flow efficiency.
6    Q. Was the plan in writing? Did you ever make a
7  summary of what -- what the plan was going to be to
8  help Maria?
9    A. No.
10    Q. Did you ever give her any material -- written
11  materials about the plan?
12    A. No.
13    Q. Did you ever tell her what the plan was?
14    A. No.
15    Q. Did she know what the plan was from any other
16  source, to your knowledge?
17    A. Not that I know of.
18    Q. Do you know if Dr. Lee ever spoke to Maria
19  about the plan?
20    A. Not that I know of.
21    Q. What about Dr. Song, do you know if he ever
22  spoke to her about the plan?
23    A. I don't think so.
24    Q. So the only way to measure whether the plan
25  was working was to -- for you to observe Maria, is that

Page 156

1  right?
2    A. Right.        2:55:04
3    Q. Was she assigned a mentor?
4    A. I don't know.
5    Q. Was that something that you had ever seen
6  happen?
7    A. Not that I'm aware of.
8    Q. So how did you -- how was the decision made
9  that -- I'm sorry, give me one second. At some point
10  during the month of October, was the -- there a
11  decision made about Maria's future?
12    A. I don't remember the time. No, not that I'm
13  aware of.
14    Q. Okay. So what was going to happen after the
15  -- the month ended, and she was getting ready to rotate
16  to the next rotation?
17    A. That was going to be up to Dr. Song based on
18  our evaluations.
19    Q. Do you mean the written statements that we
20  talked about earlier?
21    A. And verbal communication.   2:56:31
22    Q. Okay. So then what happened? As the month
23  drew to a close, how was it decided that -- that she
24  would be treated?
25    A. At some point along that way, and it might

Page 157

1  have been that month or at the end of the next month,
2  she was placed on probation.
3      Q.  Okay.  And the -- I want to go back to the
4  end of the month of October for a second.  Maria was
5  finishing up her rotation in plastic surgery at that
6  point.  Was there any meeting with her to tell her how
7  she had -- was being evaluated?
8      A.  Not that I'm -- recall.
9      Q.  Did you ever tell her what you thought of her
10 progress during that month?
11     A.  Not that I recall.
12     Q.  Do you know if anyone else did?
13     A.  Justine may have or Trang may have.
14     Q.  Did Trang have any role in evaluating Maria?
15     A.  Yes.                      2:57:29
16     Q.  During October?
17     A.  Yes.  She was the chief of the blue service,
18 so she had as much weight in evaluation of her as we
19 did.
20     Q.  Okay.  Do you know if she prepared any
21 written evaluations?
22     A.  I believe she did.
23     Q.  And what form did they take?  Were they the
24 pre-printed forms?
25     A.  I don't know if she filled those out.

Page 158

1      Q.  Okay.  Do you know what kind of -- what other
2  kinds she might have prepared?
3      A.  Just written.
4      Q.  So was Maria told anything at all about what
5  would happen to her as she rotated into her November
6  rotation?
7      A.  I -- I never said anything.  I wasn't sure
8  what would happen to her at that point.  Dr. Song was
9  responsible for making those decisions.
10     Q.  Did you make any recommendations to Dr. Song
11 as the October rotation was drawing to a close?
12     A.  I don't remember if it was then or a later
13 date that he asked me if I thought Maria's problems
14 were fixable in the six years that it would take to
15 complete her residency, and I said that after working
16 with her for the month, my concerns were that she had
17 too far to go to be able to catch up to where she
18 should be in order to successfully complete residency
19 as a plastic surgeon.  My feeling in working with her
20 was that she was at about the level of a second year
21 medical student, in terms of compiling plans, making
22 assessments -- or I'm sorry, compiling data and being
23 able to present that data in a cohesive way and thereby
24 make an assessment and eventually create a plan for the
25 patient.

Page 159

1      Q.  Was that an in person conversation you had
2  with Dr. Song?
3      A.  Yes.                      2:59:32
4      Q.  And that was -- you're not sure if it was in
5  October or some -- maybe November?
6      A.  It might -- yeah, it might have been later.
7      Q.  Had she already maybe rotated into her next
8  rotation by then?
9      A.  She might have.  I'm not sure.
10         MS. FRANKLIN:  Could we take a quick break?
11         WITNESS:  Sure.
12         RECORDER:  Off the record, 1:41 p.m.
13            (Off the record)
14         RECORDER:  Back on the record, 1:53 p.m.
15         MS. FRANKLIN:  All right.  Let's mark an
16 Exhibit.  Is that it?  Sorry.  Give me one second.
17 Okay.  That's fine.  We'll still -- we'll still go
18 ahead and mark this one just --
19         RECORDER:  Exhibit 8.
20         MS. FRANKLIN:  -- for the moment.  Won't take
21 long with it.
22     Q.  All right.  Take a look at Exhibit 8 if you
23 would.
24     A.  Yes.
25     Q.  Let me know when you're ready.  It's -- it's

Page 160

1  a longer email, but I've only printed out the first two
2  pages of --
3      A.  Okay.
4      Q.  -- eight -- of eight pages.
5      A.  Okay.
6      Q.  All right.  Is this an email that you wrote?
7      A.  Yes.
8      Q.  From your personal email account?
9      A.  Yes.                      3:01:52
10     Q.  And it -- this is an email regarding the
11 first week of the October rotation, right?
12     A.  Yes.
13     Q.  Okay.  And excuse me -- this is the rotation
14 where Dr. Artunduaga and Jonathan Lusardi were the two
15 interns, correct?
16     A.  Right.
17     Q.  Okay.  And John refers to Dr. Lusardi, right?
18     A.  Yes.
19     Q.  Okay.  Did -- right before the break, we were
20 talking about -- actually, shortly before the break, we
21 were talking about what Dr. Artunduaga's
22 responsibilities were during October when she was doing
23 her plastics rotation.  And --
24     A.  Yes.
25     Q.  -- I think you said she was on all three of

Page 165

1    A. No.
2       MS. FRANKLIN: Let's mark another Exhibit.
3       RECORDER: Exhibit 9.
4    Q. All right. Let me know when you're ready
5  after you've reviewed the Exhibit.
6    A. Okay.
7    Q. Do you recall -- have you seen this document
8  before?
9    A. I have.
10   Q. This is an email from -- the bottom part at
11 least, from you to Dr. Song, correct?
12   A. Yes.
13   Q. It says, "Subject: MA"?
14   A. Yes.
15   Q. And the top part is from him to Ms. Williams,
16 correct?
17   A. Mm-hmm.
18      RECORDER: Is that a yes?
19   Q. Do you --
20      WITNESS: Yes. Sorry. Yes.
21   Q. Do you recall the incident that you talk
22 about in the email?
23   A. Yes, I do.
24      MR. CLEVELAND: For -- I -- I note that the
25 name of the patient appears at least once in this

Page 166

1  email, so I would like to suggest that we simply
2  redact it from the -- the copy.
3       MS. FRANKLIN: That's fine.
4       MR. CLEVELAND: And maybe if the witness is
5  going to be referring to the patient, she can either
6  say something like the patient or by her initials.
7       WITNESS: Okay.
8       MS. FRANKLIN: All right. So for Exhibit 9,
9  we will redact the name of the patient. It appears in
10 line one of the primary email.
11   Q. So do you remember the incident that you're
12 describing here?
13   A. Yes.                          3:09:02
14   Q. Okay. And who is Mary Lawler?
15   A. She's the physician for physical medicine and
16 rehabilitation services. She assesses patients for
17 rehab placement.
18   Q. I'm -- I'm sorry, what was -- what's her
19 exact job title again?
20   A. She -- I believe she's a physician, but she
21 works for physical medicine and rehabilitation
22 services, so if we need a patient to go to rehab, we
23 would consult her, and she would evaluate that
24 patient's appropriateness for rehab placement.
25   Q. Okay. All right. Did you have any -- did

Page 167

1  you have any personal association with this patient or
2  this issue?
3    A. Personal association?
4    Q. I mean in -- you were reporting what you
5  heard, right?
6    A. Yes. I was --
7    Q. You didn't go see the patient yourself?
8    A. For -- as far as the report that Mary Lawler
9  had told to me, this was her recounting what had
10 happened on the day Ms. Turner left.
11   Q. I think we're gonna call her the patient
12 though --
13   A. Sorry.
14   Q. -- if we can.
15   A. Right.
16      MS. FRANKLIN: And we can --
17   A. The day the patient left.
18      MS. FRANKLIN: We can designate any parts of
19 the -- of the transcript as confidential later if we
20 see that we need to.
21   Q. Okay. So are you -- have you ever seen a
22 patient in ER have abdominal drains that were not
23 connected properly or where they're falling out?
24   A. Have I ever seen a patient in the emergency
25 room?

Page 168

1    Q. Anywhere in the hospital --
2    A. I --
3    Q. -- whose drains weren't properly secured?
4    A. Yes. I have.                  3:11:11
5    Q. Okay. Is that a common occurrence?
6    A. More common than I would like it to be.
7    Q. Okay. I'm sorry, I'm -- that I'm delaying
8  here. So in the second paragraph of the email, you're
9  talking about what you told Maria, correct? Regarding
10 the patient?
11   A. So it depends on when we're talking about, so
12 in the second paragraph --
13   Q. "I told Maria this was not a good enough
14 way," you see that part?
15   A. Right. So -- so this was after the fact the
16 patient had come back, they had fallen out, and I spoke
17 with Maria about how she had -- what her understanding
18 of the problem was and then further understood that
19 they were loose at the time and that her plan was to
20 place Tegaderm, yes.
21   Q. Okay.
22   A. So this was after the patient had returned
23 and the drains were already out.
24   Q. All right. You never -- you didn't examine
25 the patient though, correct?

Page 169

1    A. When?                          3:12:37
2    Q. At any time.
3    A. I examined this patient multiple times.
4    Q. Regarding the drains? When the drains were
5    -- did you examine -- did you see the patient's drains
6    when they were -- before she left the hospital?
7    A. The drains that Mary's referring to, I looked
8    at the drains. I did not note that the drains were
9    loose.
10   Q. Okay. Thank you. And did -- when the
11   patient came back, the drains had already pulled out,
12   correct?
13   A. They pulled out.
14   Q. Okay. So after -- sorry that I'm not being
15   as clear as I'd like to be here.
16   A. Sure.
17   Q. Did you see the patient after Maria saw her,
18   but before she left the hospital?
19   A. I don't know. I'd have to look at the
20   record.
21   Q. But you did see the patient before the
22   patient was -- left the hospital, correct?
23   A. At some point.                 3:13:23
24   Q. And you saw the drains?
25   A. Well I don't recall seeing the drains, but I

Page 170

1    know this patient very well. She was in the hospital
2    for a long time. I examined her almost every day. I
3    don't recall if I saw the drains the day she left.
4    Q. Okay. What's the -- what can happen if an
5    abdominal drain pulls out?
6    A. Fluid can collect in the pocket where the
7    drain was, and they can develop a seroma or an abscess.
8    Q. Were -- in this patient, do you recall
9    whether the drain was -- whether her -- her need for
10   the drain was great or whether it was tapering off?
11   A. It was great.                  3:14:00
12   Q. What's your understanding of what Dr.
13   Lawler's concern was with respect to this patient?
14   With respect to Maria's treatment of this patient?
15   A. Dr. Lawler's concern, it was that she brought
16   -- she brought this concern to Maria, saying, "I
17   believe these drains will fall off -- fall out if they
18   are not better secured." Maria did not say that to me
19   the day that the patient was due to be discharged.
20   Maria asked me, "What is the plan for the drains?"
21   Which is a different question. So I let her know the
22   plan for the drain. When the patient came back and the
23   drains were out, Mary approached me and said, "I asked
24   Maria about the suturing of the drains, not the plan
25   for the drains." So then I asked Maria again, "Did she

Page 171

1    ask you specifically about the suture?" And at that
2    point, Maria said, "Yes," and that -- and she told me
3    the plan for the Tegaderm.
4    Q. Okay.
5    A. So there was a miscommunication. I don't
6    know if it was a misunderstanding or just a not hearing
7    of Mary's concern and Maria's understanding of that
8    concern.
9    Q. I see.
10   A. And whether she -- and -- and the fact that
11   she didn't relay that to me correctly.
12   Q. Okay. So Maria secured the drains, correct?
13   A. With tape.                     3:15:30
14   Q. Okay. And the patient left. You saw the
15   patient before she left, correct?
16   A. At some point. I'd have to see the record.
17   Q. Okay. And drain -- the patient came back to
18   the hospital, and the drain -- were the drains re -- do
19   you know whether the drains were put in again, or were
20   they left out?
21   A. I don't recall. I'd have to look at the
22   patient record.
23   Q. Okay. Did the incident that we're -- that we
24   talked about just now, memorialized in Exhibit 9, did
25   you -- I'm sorry, let's take a -- just a quick look at

Page 172

1    it again. It's -- you -- you did send the information
2    to Dr. Song. Did you receive a response from him on
3    this issue?
4    A. I don't recall.
5    Q. Did -- do you remember if you talked to him
6    about it?
7    A. I don't recall.
8    Q. Why did you send this to Dr. Song?    3:16:38
9    A. For me, this was a representation of one of
10   the main issues with Maria, which was not understanding
11   someone's directive or someone's concern particularly.
12   Again, mistakes are made in medicine all the time, and
13   interns make mistakes, but there seemed to be a
14   persistent and constant lack of understanding of a
15   problem that Maria would have, where she would either
16   not be able to relay it or come up with a solution that
17   wasn't correct, and this is an example of -- of both of
18   those. In the end, the drains falling was a team -- a
19   team problem and a team failure, but the team is only
20   as good as everyone's ability to communicate what they
21   hear and what they know.
22   Q. So to you, this was an example of a
23   persistent and constant problem you said, right?
24   A. Of the -- of a persistent and constant
25   miscommunication that -- that seemed to happen.

Page 173

1   Q. Okay. Besides the drain incident, were there
2   any other incidents that you shared with Dr. Song that
3   you thought were examples of persistent -- the
4   persistent problem that you talked about?
5   A. Not that I can recall.                    3:18:09
6   Q. So if the problem was persistent and
7   constant, why did you share just one example with Dr.
8   Song?
9   A. I'm not sure why I chose this one, but it was
10  very telling to me.
11  Q. Let's return to the time period when you
12  learned that Dr. Song was putting Maria on probation.
13  Was that some time in early November?
14  A. I don't recall the exact time, but it may
15  have been.
16  Q. Okay. And he didn't consult with you or ask
17  your opinion about it, before he decided to do it?
18  A. I don't recall being asked should Maria be
19  put on probation.
20  Q. Do you know how he came to the decision?
21  A. No. He spoke with all of us about our
22  interpretation of Maria's performance during the month
23  of October.
24  Q. And who do you mean when you say, "Us"?
25  A. The chief residents that had been on the

Page 174

1   team. Justine, Trang, myself, and any other chief
2   resident who had worked with her.
3   Q. Okay. Any -- do you -- can you think of any
4   of the others who -- who worked with her in October?
5   A. No, not in October, but any of the prior
6   months.
7   Q. So other residents from the prior rotations?
8   A. Yeah. Possibly like the other chief
9   residents. Grant Kleiber, Jonathan Bank, Matthew
10  Grieves. I don't think what interactions they had with
11  her, but he spoke with the chiefs.
12  Q. Are you referring to chief -- the chiefs in
13  plastic surgery --
14  A. Yes.
15  Q. -- only?
16  A. Yes.
17  Q. Okay. So do you know whether Maria worked
18  with these other chief residents?
19  A. I don't know on what level she did or if she
20  did.
21  Q. But while she rotated in plastics, she only
22  worked with you, Justine, and Trang, right?
23  A. That month, we were her -- yes, we were her
24  chief residents.
25  Q. And that was her only rotation in plastics up

Page 175

1   to that date, right?
2   A. Correct.                                   3:20:20
3   Q. Okay. Did he speak with you all together in
4   a group?
5   A. Not that I recall.
6   Q. Well how -- how do you recall the
7   conversation?
8   A. I don't recall the specific conversation. I
9   just know that I had given feedback to -- to Dave
10  verbally about my opinions regarding Maria's
11  teachability and trainability.
12  Q. Not in writing?
13  A. No.
14  Q. And you're aware that other people gave him
15  feedback too?
16  A. I believe that they did.
17  Q. And how -- what do you base that belief on?
18  Did someone tell you? Did you see a memo?
19  A. Conversation -- no, no memo. Conversations.
20  Q. Okay. Do you know whether Dr. Song had to
21  get anyone else's approval to decide to put Maria on
22  probation?
23  A. I'm not sure.
24  Q. Do you know whether Dr. Song had to get Dr.
25  Posner's approval?

Page 176

1   A. I don't know.
2   Q. Do you know whether Dr. Posner was aware of
3   -- of the probation?
4   A. I don't know.                             3:21:39
5   Q. All right. We'll do a couple together.
6   Here's Number 10 and Number 11. All right. Take a
7   look at -- first at Number 10, if you would. Let me
8   know when you're ready.
9   A. Okay.
10  Q. All right. So let's start with Number 10.
11  Emails again between you, and Maria, and Ms. -- and Dr.
12  Lee, and Ms. Fleming, correct?
13  A. Mm-hmm.
14  Q. Dr. Fleming, I'm sorry. All right. Starting
15  on page 2, you can see at the -- the very --
16  A. For -- for 10?
17  Q. Yes. Exhibit 10 on the second page. Maria's
18  seeking advice from you, correct?
19  A. Yes.                                       3:24:12
20  Q. She's concerned about being over hours?
21  A. Yes.
22  Q. And also studying for the inservice?
23  A. Yes.
24  Q. What is the inservice?
25  A. It's a -- it's a test focused on plastic

44 (Pages 173 to 176)

Page 177

1   surgery given every year to integrated residents, or
2   the chief residents, or the senior residents of the
3   combined programs.
4       Q.  Okay.  So that would be somebody who is
5   either in the integrated program one through six or --
6       A.  Right.
7       Q.  -- four, five, and six in the combined?
8       A.  Right.
9       Q.  And of course, Maria was just an intern, so
10  what was the purpose of her taking the inservice at
11  that stage?
12      A.  That, I don't know.
13      Q.  Do you know who decided it -- it should be
14  taken?
15      A.  I believe it was Dr. Song.
16      Q.  And do you know why?
17      A.  No.                          3:24:56
18      Q.  The test would not have been designed for
19  someone who -- in her position, correct?
20      A.  No.  Not for a -- for a combined resident.
21      Q.  Combined first year, right?
22      A.  Right.
23      Q.  Okay.  So do you know why Dr. -- what Dr.
24  Song hoped to learn by giving her a test that she
25  wasn't prepared for?

Page 178

1       A.  No.
2           MR. CLEVELAND:  Objection to the form of the
3   question.
4       Q.  And you also -- you respond in the email
5   above, "Rest assured though most of us never feel like
6   we study enough.  This will be the first year the
7   intern level has taken the test, so a low score for
8   anyone junior is more a reflection on us, as far as
9   educational needs, as we integrate the program."  You
10  see that?
11      A.  Yes.  I do.                    3:25:38
12      Q.  And that was your opinion, right?
13      A.  Yes.
14      Q.  Do you know if that was Dr. Song's opinion?
15      A.  I believe I had asked Dr. Song what weight
16  this would carry for the juniors because they all were
17  interested in knowing, and they were all worried.  And
18  he told me that, for the juniors, this would not be
19  used against them.
20      Q.  Okay.  And that includes Dr. Deana?
21      A.  Yes.
22      Q.  And the other second and third years, right?
23      A.  Yes.
24      Q.  Do you know whether they all took the test?
25      A.  I believe they did.            3:26:10

Page 179

1       Q.  And then if you could just turn to the first
2   page again of that -- of Number 10, you're -- you're
3   emailing Maria and telling her that you spoke about
4   work -- work hours issues, you see that?
5       A.  Yes.
6       Q.  And then later down the -- down the email you
7   say, "Again, your score will not be used in any way to
8   penalize you, so please do not be concerned that a lack
9   of study time will be a detriment at this point."  And
10  that was still your --
11      A.  Yes.
12      Q.  That was your opinion at the time?
13      A.  Yes.
14      Q.  And you thought that was Dr. Song's opinion
15  too, right?
16      A.  Yes.
17      Q.  Okay.  And then look at Number 11.
18      A.  Yes.
19      Q.  Same emails.  More responses at the top,
20  correct?
21      A.  Yes.                          3:26:55
22      Q.  Okay.  Maria writes that she thought she was
23  taking the Absite instead, do you see that?
24      A.  Yes.
25      Q.  What was the Absite?

Page 180

1       A.  The Absite is the general surgery inservice
2   essentially.  So it's given to general surgery
3   residents.
4       Q.  Okay.  Is it given to one through six?  First
5   year through -- I mean first year through fifth year?
6       A.  Yes.
7       Q.  Okay.  And what purpose does it serve for the
8   first years, who obviously haven't had a lot of
9   experience?  Are they expected to pass it?
10      A.  I don't know how general surgery uses it.
11      Q.  Okay.
12      A.  To be quite honest.
13      Q.  What -- how is it used for the more senior
14  residents?  I -- I assume they're expected to pass it,
15  correct?
16      A.  For Absite?
17      Q.  Mm-hmm.
18      A.  I think everyone's expected to pass it, but I
19  do not know if they penalize.
20      Q.  What about the inservice test?  Is everyone
21  expected to pass that eventually?
22      A.  Everyone's expected to pass it.
23      Q.  And as of February 24th, 2012, according to
24  your email, you didn't know that the junior plastic
25  surgery residents were taking the inservice, right?



**From:** Dickie, Sara [UCH]
**Sent:** Friday, September 09, 2011 11:53 AM
**To:** Lee, Justine [UCH]
**Subject:** RE: Intern Issue

yeah,
i think we need to be wary of the gossip we hear.  everything is inflated now.
i think it will help greatly to get her on our service.

-sd


-----Original Message-----
From: Lee, Justine [UCH]
Sent: Fri 9/9/2011 10:50 AM
To: Dickie, Sara [UCH]
Subject: RE: Intern Issue

thanks for checking in with the BB.  this certainly doesn't sound as bad as i had heard from trang yesterday.  i'm sure
they would be happy to give her up next month.


-----Original Message-----
From: Dickie, Sara [UCH]
Sent: Thu 9/8/2011 8:39 PM
To: Song, David [BSD] - SUR
Cc: Lee, Justine [UCH]
Subject: Intern Issue

Hey Dave,
So I spoke with Brian Bello regarding Maria's performance on the service and regarding some of the gossip I had heard.
And the gossip was just gossip. yay.

Brian says she's doing ok with a few exceptions.  (Brian is very positive and supportive in general). here are some
specifics

1.. She has been coming to the OR frequently to run the list to enhance communication.

2. She is often frazzled when she presents patient issues and Brian has to work with her to keep the presentations
organized.  She presented a consult the other day of a patient in the ED with a stoma.  Hurst asked why she had a stoma
and Maria didn't know.  Brian was able to find the information in the last discharge summery.  He was disappointed that
she didn't recognize the importance of the question and do the proper history taking before presenting the patient.

3. Regarding the pain service issue.  This was GOSSIP.  Maria did nothing wrong, in fact she was hesitant to follow their
orders because the patient was not tolerating a diet and they wanted to stop the PCA and start orals.  She was right to
wait.  The pain service was being difficult and Hurst was angry with them.  Maria did a good job prioritizing the patient
needs.

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    UCMC00021417

4. Earlier this week a sick patient needed an urgent IR drain. She got it ordered, completed and the proper cultures sent before noon and without issue. Brian was impressed.

5. She accidentally sent a patient home with a PICC line that was supposed to come out before d/c. Brian was upset because he told her the day before to remove it prior to d/c. She got the patient back to the hospital and found a room in DCAM to accommodate the patient and had the PICC out before 9am. He was again impressed (after being annoyed) with her resourcefulness and motivation to fix the problem.

6. Regarding the consult gossip. Yesterday the service got four consults in a row. Maria realized she needed help to triage them all quickly. She called the other colorectal service and delegated the patients. These teams work together often and this was not seen as shirking responsibility.

I still think we need to bring her onto our service. In general the gen surg residents are out for blood. I really think getting her away from many of them to calm the waters will be helpful. I also think having her on our service next month, with dan butz as a 2 will really help us identify some of the real issues.

-Sara

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021418

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Wednesday, August 31, 2011 6:31 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: MA |

Please put this in Maria Artunduaga's file

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic



---

**From:** Dickie, Sara [UCH]
**Sent:** Wednesday, August 31, 2011 10:15 AM
**To:** Song, David [BSD] - SUR
**Cc:** Lee, Justine [UCH]
**Subject:** MA

Hey Dave,

Our discussions today with Maria were pretty good. We started first with John Seal who told us the following: the problem is NOT knowledge and is NOT lack of motivation or wanting to work hard and that she IS teachable. Maria's main problems stem from communication which he detailed as such:

-accent
-a jumbled and somewhat frenetic thought process that comes out when presenting patients
-too much confidence when it comes to patient management
-with patients she comes across as abrupt, arrogant and lacking in empathy
-she is occasionally argumentative when discussing plans or what has been perceived as an error on her part

Maria sat with us for about 30 minutes. Her perception of the problem stems from communication issues as well, however they are different:

-accent
-inability to keep up with how quickly plans get made and list gets run, this may be a language processing issue
-fear of paging too often about "stupid" things

She feels that on the current service being run with two interns that there is intern favoritism from the top down and that she is the last to know a lot of things. Complicated patients are being run by the chief alone and that the second intern is being given the bulk of the duties and she is treated like a medical student. Things have really deteriorated. She was also concerned about lack of OR exposure.

Justine and I told her the following.
1. The OR is NOT her priority. Communication IS. This will be best practiced and overcome by being on the floor, working with patients, staff and practicing patient presentation with her chief.
2. She can NEVER page too often. She should ALWAYS feel confident with a plan. If for ANY reason she feels the plan is incorrect, may have changed b/c patient change in status, or the PATIENT gives her the impression that the plan changed. She should

1

 UCMC00000903

PAGE her chief immediately and voice her concerns. She can NEVER page too often.

3. Her goal is to collect data, compile it into a concise profile to present, and report that data with or without a plan to her chief. She should NEVER make a plan and carry it out on her own. She should never be the last person to know something about a patient before the order is placed. She should strive to be average and not try to impress anyone at this point.

4. We discussed how it is very hard to reinvent yourself in other's eyes. She can never make a second first impression and so what is done is done. However, she CAN improve and we are here to help her. We encouraged her to go to the OR to run the list with her chief every day. We encouraged her to call or page us (me and justine) ANYTIME day or night if there is an issue.

Plan:

We called Brian Bello her chief for next month. He is excited to have her on service and to try and remake her image as well and to make her better. We discussed how we asked that she page him often and come to the OR to run the list. He supports this plan. He will also page or call us with ANY issues that come up so we can address them quickly. We also asked that he make Maria his primary contact and as best as possible let her run the list with ancillary staff so that she and he are the main communication point running the service.

That is where we stand. Hope things improve!

-sara

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this e-mail message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UCMC00000904

**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Monday, October 24, 2011 1:00 PM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: MA |

Please put this in Maria's file

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

**From:** Dickie, Sara [UCH]
**Sent:** Monday, October 24, 2011 11:43 AM
**To:** Song, David [BSD] - SUR
**Subject:** MA

Dave,

Got a call from Mary Lawler today regarding a patient of Dr. Zachary, Ms.                    . She was recently discharged to Schwab after belt lipectomy and massive liposuction of bilateral thighs. Mary was concerned that the patient was recently readmitted to U of C because of cellulitis and wound complications. Mary says she voiced concerns to Maria before the discharge regarding an elevated WBC and temp. And she felt like her concerns were "blown off". As well, she was concerned that the drains were not secured in a way to ensure they would not be pulled out during physical therapy which tends to be more aggressive than at the hospital (obviously). In her experience the way the drains were secured was not good enough, it was loose and she voiced this concern to Maria. Prior to the day of discharge I spoke with Maria about the drains. She said Mary wanted to know the plan for the drains and whether they would be on bulb or wall suction. We went over that they could be on bulb for therapy and that they would stay in until less than 30ml was coming out. At this point they were putting out over 200cc a day. Maria stated that Mary wanted them to come out early, which I thought odd, but told her, "No, they must stay in".
The day after transfer to Schwab both drains pulled out during patient turning. Mary was upset as she felt her concerns were not addressed prior to discharge.

I called and spoke to Maria about her interpretation of what Mary wanted. Again she stated that Mary wanted, "a plan for the drains". which to her meant a plan for when they would be removed. I said that actually Mary was concerned they would be pulled out because they weren't secured well to the skin. Then Maria told me that, yes, Mary did say that to her. Maria checked the drains and they seemed secured well to the skin, but that they were better secured with Tegaderm over them, so she instructed the nurses to secure the drains better using Tegaderm.
I told maria that this was not a good enough way to secure drains for this type of patient. We needed to listen to Mary's concerns and in fact we could have placed better sutures into the drains to secure them in a more permanent fashion. I also told her that although we believed the low grade temp was related to atalectasis, that we need to state that directly to Mary and let her know we have the same concerns and that we are addressing them. She agreed and apologized for not alerting me to this before the patient left. She stated she would let me know next time this happened.

1



**UCMC00000908**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

-Sara
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.



Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



2

**UCMC00000909**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**From:** Sara Dickie <sdickie@gmail.com>
**Date:** Tue, Feb 21, 2012 at 12:20 PM
**Subject:** Work hours plan for week of February 19-25
**To:** martunduaga@gmail.com
**Cc:** Justine Lee <justinebruin@gmail.com>, irma.fleming@uchospitals.edu

Hi Maria,

I've spoken with Irma regarding your work hours issue. Although studying for the inservice is important, being over hours is a bigger issue. We need to get you to 80 hours on average for the month of February. Currently, by your report you are 10 hours over for the month right now. This means that over this week and weekend you need to be at 70 hours.

Maria, this is not a suggestion or a request, this is a commandment.

Irma will speak with the Tranplant fellows and attendings to ensure everyone is aware that you must leave the hospital daily to make sure you are not over 70 hours this week. If you are told to leave, you must leave, there are no exceptions. The work will get done. As always, make an effort to be efficient in your work style this week so that as much is completed in the mornings as possible.

This will allow you to also have some time to study for your inservice. Again, your score will not be used in any way to penalize you, so please do not be concerned that a lack of study time will be a detriment at this point.

The most important thing is that we are adherent to the ACGME work hours rules.

If there is any problem with this plan, please contact me or Justine.

Thanks everyone,
-Sara

--
Sara R. Dickie, MD
Department of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago Hospitals

----

**From:** Maria Alexandra Artunduaga <martunduaga@gmail.com>
**Date:** Tue, Feb 21, 2012 at 9:42 AM
**Subject:** Re: Over hours
**To:** Sara Dickie <sdickie@gmail.com>
**Cc:** Justine Lee <justinebruin@gmail.com>

Thanks, Sara. I'm assuming not much can be done this week, the NP is on vacation and I'm covering the floor for her.

Regarding the exam, Deana and I were under the impression that we were taking the Absite during internship year. We found out back in December that we were signed out for the Inservice instead. If that's the case, we need to figure out a way the interns can make it to Core next year. The Neurosurgery residents have protected time, we

might be able to do the same.


Sent from my iPhone

On Feb 21, 2012, at 9:21 AM, Sara Dickie <sdickie@gmail.com> wrote:


Hi Maria,

Thanks for letting us know. We will work on a solution. Stay tuned, we'll have an update for you and a plan by the end of the day.

Rest assured though, that most of us never feel like we study enough. This will be the first year the intern level has taken the test so a low score for anyone junior is more a reflection on us as far as educational needs as we integrate the program.

-Sara

On Mon, Feb 20, 2012 at 8:21 PM, Maria Alexandra Artunduaga, M.D. <martunduaga@gmail.com> wrote:
Guys,

I've been over hours for the past three weeks (82/84/84), I did mention it to my senior but things are so extremely busy in Transplant that we haven't come up with a good plan yet. My main concern is that I haven't been able to prepare for the Inservice as I'd like (Vascular was also very similar in terms of duty hours). Any advice?

-M

--
Maria Alexandra Artunduaga, M.D.
Plastic & Reconstructive Surgery Resident
University of Chicago Medical Center


--
Sara R. Dickie, MD
Department of Surgery
Section of Plastic and Reconstructive Surgery
University of Chicago Hospitals

MA0441



**Williams, Akilah [BSD] - SUR**

| | |
|---|---|
| **From:** | Dickie, Sara [UCH] |
| **Sent:** | Friday, February 24, 2012 9:58 AM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Cc:** | Song, David [BSD] - SUR |
| **Subject:** | Email and phone conversations regarding Maria |

Hi Akilah

Dave suggested that I shoot you a quick note to document the communication I had with Maria and the Transplant chief, Irma Fleming, last week regarding her work hours.

Earlier today I forwarded her email to Justine and I regarding studying for the inservice and her lack of study time due to being over hours to you.

I spoke with her chief Irma Fleming on Tuesday, Feb 21. I asked her what she knew about the hours situation. She said Maria had brought it to her attention a few days prior. She was surprised that Maria was over hours because Irma and she would run the list at the end of the day (on a daily basis) and Irma was under the impression Maria was signing out to the night float at this time and both she and Maria were leaving the hospital at the same time. However, Maria told her that she routinely stayed 1-2 hours later than this to finish her daily progress notes. Irma looked back and indeed most notes were placed as late entries for the day, going in after 6pm. She was surprised by this because they finished rounding at 6:30 am and plans were made at that time. The nurse practitioner on the service was telling Irma that the floor work was taken care of and patients tucked in by the time Irma was in the OR mid-day. Irma was unsure why it was taking maria so long to do her notes and what other work was interfering with this.

I told Irma that although this is disturbing given that we had the same problem on Plastic Surgery in November and Maria had been specifically instructed to work on efficiency and getting daily progress notes in before noon, this is obviously still a problem. In any event, however, as maria was over hours we needed to quickly resolve the issue so that her average weekly hours would be 80 or less by the end of February. This meant that Irma needed to ensure that Maria had only 70 hours this week. She stated that Transplant was not that busy right now and this shouldn't be an issue.

\_ent an email out the same day instructing Maria to be efficient as possible and to leave the hospital when instructed by her chief so \_nat her hours did not total of 70 this week. I confirmed with her and Irma that she left at 1pm on Tuesday.

I cc'd David Song on the email I sent to Irma and Maria with the plan to limit the hours, and if there were any problems along the way to notify me or Justine Lee immediately.

-Sara

*********************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
*********************************************************************************

1

**Williams, Akilah [BSD] - SUR**

From:          Song, David [BSD] - SUR
Sent:          Friday, February 24, 2012 2:11 PM
To:            Williams, Akilah [BSD] - SUR
Subject:       FW: Over-hours

please put this in her file

thanks

David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong


-----Original Message-----
From: Song, David [BSD] - SUR
Sent: Fri 2/24/2012 2:09 PM
To: Artunduaga, Maria [BSD] - SUR
Cc: Park, Julie [BSD] - SUR
Subject: RE: Over-hours

Maria

While the general surgery chiefs and plastic surgery chiefs monitor duty hours, it is also
the imperative of each and every resident to plan ahead and monitor his/her own hours and
communicate this appropriately to those in the supervisory rule.  As for Dr Park saying: "it
was OK as long it was only a few hours," I can't imagine that this is actually what she meant
as these rules are absolute hard stops and there are non-negotiatialbe.  She may have meant
that it was OK as long as it was only a few hours over since you will make it up the next
week..." but I am copying her on this message so that she can clarify what she meant and also
to be clear to you that the 80 hour work week is NON-negotiable and we have a zero tolerance
policy for breaching this rule.

Please do not let this happen again.

thanks

David H. Song, MD, MBA, FACS
Cynthia Chow Professor of Surgery
Chief, Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Pritzker School of Medicine songd@uchicago.edu
http://twitter.com/dhsong


----Original Message-----
From: Artunduaga, Maria [BSD] - SUR
Sent: Fri 2/24/2012 10:39 AM

1

MA010919