# TAB 12

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

Maria Artunduaga,

Plaintiff,

vs.  Case Number 1:2012cv08733

The University of Chicago Medical Center,

Defendant.

---

Deposition of Mark K. Ferguson
Monday
April 21st, 2014

-at-

The Franklin Law Firm
53 West Jackson Boulevard
8th Floor Conference Room
Chicago, Illinois

Page 2

```
 1            APPEARANCES
 2
 3       For the Plaintiff:
 4          Jamie Franklin
 5          The Franklin Law Firm
 6          53 West Jackson Boulevard
 7          Suite 803
 8          Chicago, Illinois 60604
 9
10       For the Defendant:
11          Michael G. Cleveland
12          Vedder Price
13          222 North LaSalle Street
14          Chicago, Illinois 60601
15
16       For the University of Chicago Medical Center:
17          Anne E. Duprey
18          5841 South Maryland Avenue
19          MC1132
20          Chicago, Illinois 60637
21
22       Also present:
23          Maria Artunduaga
24          Jordan Frahm
25          Ricardo Garcia
```

Page 3

 1     RECORDER: Good morning. We are now on the
 2  record. Today is Monday, April 21st, 2014. The time
 3  is now 9:57 a.m. We are located at The Franklin Law
 4  Firm, 53 West Jackson Boulevard, Eighth Floor
 5  Conference Room, Chicago, Illinois, for a deposition in
 6  the matter of Maria Artunduaga v. The University of
 7  Chicago Medical Center, case number 1:2012cv08733. The
 8  venue is Northern District of Illinois, Eastern
 9  Division. The witness today is Dr. Mark Kendric
10  Ferguson. Dr. Ferguson, my name is Erin Sloan. I'm a
11  notary public, and I'm recording this deposition on
12  behalf of Exhibit 5, LLC. At this time, would you
13  please raise your right hand for the oath?
14            (Witness sworn)
15     RECORDER: Thank you. Would the attorneys
16  please state their appearances for the record?
17     MS. FRANKLIN: Jamie Franklin for the
18  Plaintiff.
19     MR. CLEVELAND: Michael Cleveland on behalf
20  of Defendant University of Chicago Medical Center.
21     RECORDER: Would anyone else in the room
22  please state their name?
23     MS. ARTUNDUAGA: Maria Artunduaga, Plaintiff.
24     MR. GARCIA: Ricardo Garcia.
25     MR. FRAHM: Jordan Frahm, with Exhibit 5.

Page 4

 1     RECORDER: Thank you. That concludes the
 2  required information. We can proceed.
 3            EXAMINATION
 4  BY MS. FRANKLIN:
 5     Q. Thank you for being here, Dr. Ferguson. Have
 6  you ever had your deposition taken before?
 7     A. Yes.                              0:01:09
 8     Q. So you're probably somewhat familiar with how
 9  this is going to work, but I'll go over the ground
10  rules for you. I'll be asking you questions. You'll
11  be answering. We have to be cautious not to speak over
12  each other. We have to also be cautious to use full
13  words instead of gestures or sounds, so that the record
14  is clear. You're being videotaped today. The record
15  will be transcribed later, so it's important, as I
16  stated, that we make sure that everything's audible and
17  clear. If you need a break at any time, please let me
18  know, and we'll be happy to take one. If there's a
19  question pending, I'll ask you to answer that question
20  before we take a break. If there's any time during
21  this morning that you don't understand one of my
22  questions, whether because you didn't hear it or the
23  meaning is unclear, please let me know, and I'll be
24  happy to rephrase it or have it read back, so that we
25  have a clear record. All right?

Page 21

1  MR. CLEVELAND: Objection to the form of the
2  question.
3  A. It's possible.
4  Q. Did you use -- oh, I'm sorry. Strike that.
5  Have any -- do you know of any residents at U of C who
6  have complained of national origin discrimination,
7  besides Dr. Artunduaga?
8  A. Not that I recall. No.
9  Q. And you're acquainted with Dr. Artunduaga,
10  correct?
11  A. Yes.                                    0:26:12
12  Q. You first met her in 2011, right? When she
13  was a first year intern?
14  A. Oh, in the year 2011. I believe so.
15  Q. Okay. How would you describe Dr.
16  Artunduaga's personality?
17  A. I would say warm.
18  Q. Any other descriptives?
19  A. Nothing that comes to mind.
20  Q. Do you know where Dr. Artunduaga trained as a
21  doctor?
22  A. No. I don't recall.
23  Q. You know that she's from South America
24  though, right?
25  A. I believe so.

Page 22

1  Q. And she has an accent, right?
2  A. As I recall.
3  Q. Was it hard for you to understand her when
4  she talked?
5  A. No. I don't believe so.
6  Q. Did you have understand -- did you have any
7  difficulty understanding the meaning of what she said
8  to you?
9  A. No. I don't believe so.
10  Q. Did she have any problems communicating with
11  you?
12  A. Yes.
13  Q. Can you explain what -- what you mean by
14  that?
15  A. My recollection is that she had difficulty
16  answering a question in the way that addressed the
17  issues that I would like her to address.
18  Q. Do you mean she gave too long of an answer?
19  A. Sometimes.                               0:27:25
20  Q. Any other -- anything else you mean by that,
21  besides that she gave too long of an answer?
22  A. Sometimes, it literally didn't focus on the
23  question at hand.
24  Q. Do you know whether it was hard for Dr.
25  Artunduaga to understand you when you spoke?

Page 23

1  A. I don't recall.
2  Q. Did she ever tell you it was hard to
3  understand you?
4  A. I don't recall.
5  Q. Did you ever tell her it was hard to
6  understand her?
7  A. I don't recall saying that.
8  Q. Now Dr. Artunduaga was assigned to your
9  service in November 2011, correct?
10  A. I believe that's correct. Yes.
11  Q. I'll show you Exhibit 3. Let's take a look
12  at what's been marked as Exhibit 3. Is this the
13  schedule of service -- surgical services for November
14  2011?
15  A. Yes.                                    0:28:48
16  Q. And if you'd turn to the second page of the
17  document, is that your service there as -- under the --
18  the heading, "Cardiothoracic"?
19  A. Yes.
20  Q. And other thoracic, your name is there as
21  well as Dr. -- Dr. V, correct?
22  A. Yes.
23  Q. And we see, in the senior resident column,
24  that there was a Dr. Moreira -- Moreira?
25  A. Moreira.

Page 24

1  Q. Moreira?
2  A. Yes.
3  Q. And what was -- what's her first name?
4  A. Might be Carla. I don't recall specifically.
5  Q. Okay. And that was -- when it says, "Senior
6  resident," is that your fellow?
7  A. No. It appears the fellow was not on the
8  service at this time. That's the senior general
9  surgery resident.
10  Q. Okay. Who -- and what role did Dr. Ferguson
11  play? He's listed underneath the term thoracic in that
12  first column?
13  A. Well that's me.
14  Q. I'm sorry. I -- forgive me. I didn't mean
15  that. I knew that was you. What role did Dr. V play?
16  A. He has the same responsibilities as I do.
17  Q. Okay. And do you know how many years he's
18  been with University of Chicago?
19  A. Maybe 11. Something like that.
20  Q. Okay. And then in the column labeled,
21  "Junior resident," we see several names. We see Dr.
22  Artunduaga, correct?
23  A. Yes.
24  Q. What does it mean -- there's a number four
25  below her name. What does that mean? Do you know?

Page 33

1  A. Not specifically.
2  Q. Do you remember whether she ever made an --
3  any of the presentations at the morning reports?
4  A. Not specifically.
5  Q. Do you have any memory of her making a
6  presentation at the morning reports that you found to
7  be insufficient?
8  A. Not specifically.                    0:42:09
9  Q. What -- is there any responsibility that the
10 senior resident has, in this case it was Dr. Moreira,
11 but what responsibility does the senior resident have
12 to the junior resident on your service, if any?
13 A. The senior resident is in charge of
14 organizing the service activities, in terms of what
15 times rounds begin, who is on rounds, what decisions
16 are made during rounds, work assignments, and the
17 distribution of manpower to cover the operating room
18 and clinic. And the senior resident has an educational
19 responsibility to the junior resident. So that's the
20 general --
21 Q. Does the senior resident assign junior
22 residents to specific operating rooms?
23 A. Sometimes.
24 Q. And would the -- is the senior resident a
25 general surgery resident who would be in the fourth or

Page 34

1  fifth years? Is that -- is that who would be a senior
2  resident?
3  A. I think it's more -- most often the fourth
4  year resident in -- in that year.
5  Q. Are you acquainted with Dr. David Song?
6  A. Yes.                                  0:44:09
7  Q. And did you talk to Dr. Song about Dr.
8  Artunduaga early on while she was on your service?
9  A. Yes.
10 Q. When was that?
11 A. I don't recall.
12 Q. It was some time early on when she was on
13 your service though, correct?
14 A. Yes.
15 Q. And did Dr. Song initiate that conversation?
16 A. I believe so.
17 Q. And what is it person or on the phone?
18 A. I don't recall.
19 Q. What did he say?
20 A. He asked me to provide an evaluation.
21 Q. And did you -- did he tell you why he wanted
22 an evaluation?
23 A. I don't recall.
24 Q. And what did you say?
25 A. I said yes.                            0:44:47

Page 35

1  Q. Are you in the habit of providing evaluations
2  to residents early on in their rotation on your
3  service?
4  MR. CLEVELAND: Objection to the form of the
5  question. I think you misspoke.
6  Q. You testified that you provided -- that you
7  spoke with Dr. Song some time early on in Dr.
8  Artunduaga's time on your service, correct?
9  A. Yes.
10 Q. Okay. And he asked you for an evaluation,
11 right?
12 A. Yes.
13 Q. My question is, do you regularly evaluate
14 residents on your service early in their rotation on
15 your service?
16 A. I try to routinely do a formative evaluation
17 about halfway through the rotation.
18 Q. What does that mean, formative evaluation?
19 A. I have a discussion with the resident as to
20 the performance, where the areas that are of weakness
21 are, where the areas of strength are, what the short
22 term goals and objectives are for the second half of
23 the rotation.
24 Q. So this is a discussion you have directly
25 with the resident, correct?

Page 36

1  A. Yes.
2  Q. And then do you summarize that discussion and
3  give it to somebody else?
4  A. No.
5  Q. But you did that with Dr. Artunduaga,
6  correct?
7  A. Yes.
8  Q. Why was that?
9  A. Because Dr. Song had asked me to provide him
10 with that summary.
11 Q. When you said that -- when -- you testified
12 that you tried to do formative evaluations of residents
13 about halfway through. You did testify that -- to
14 that, correct?
15 A. Yes.                                   0:46:27
16 Q. Is that -- do you put anything in writing or
17 is this a -- you said it was a -- a discussion,
18 correct?
19 A. Correct.
20 Q. Do you normally put the discussion -- the
21 summary of the discussion in writing?
22 A. No.
23 Q. What did Dr. Song tell you about Dr.
24 Artunduaga when he asked you to write a review?
25 A. I don't recall.

Page 37

1  Q. Did you know that she was being -- that he
2  was considering -- considering putting her on
3  probation?
4  A. I don't recall.
5  MS. FRANKLIN: All right. Let's mark Exhibit
6  -- is this 5? 5, please.
7  Q. All right. Before we actually get to 5, I do
8  have a couple other things. Did Dr. Artunduaga
9  complain to you about not receiving enough clinical
10 time -- clinical assignments?
11 A. What do you mean by clinical assignments?
12 Q. Time in the clinic?
13 A. I don't recall.
14 Q. Was it your impression that she felt she
15 wasn't being given enough assignments -- enough time in
16 the clinic?
17 A. I don't recall.                    0:48:16
18 Q. Did you feel she was getting an adequate
19 amount of clinical -- time in the clinics?
20 A. I don't recall.
21 Q. Did you look at -- have you looked to see how
22 Dr. Artunduaga's clinical time compared with other
23 residents?
24 A. It's not something that we track.
25 Q. What about time in the operating room? Did

Page 38

1  Dr. Artunduaga ever complain to you about not getting
2  enough operative cases?
3  A. I don't recall.
4  Q. Is that something that you track?
5  A. I don't track it. It's entered in -- it's
6  supposed to be entered into a database, but I don't
7  have access to that.
8  Q. What database is that?
9  A. I don't know.
10 Q. Something for residents though, right?
11 A. Yes.
12 Q. And something you don't access yourself,
13 correct?
14 A. Correct.
15 Q. So how do you determine whether a particular
16 resident is getting enough operative cases?
17 A. I'm not responsible for determining that they
18 get enough operating cases during a one month rotation
19 on the service. So my responsibility is to the -- the
20 CT fellows or residents, to make sure that they have
21 sufficient operative experience. The responsibility
22 for monitoring the operative experience of the general
23 surgery residents is the general surgery program.
24 Q. So if a resident complained to you that he or
25 she wasn't getting enough of a certain type of

Page 39

1  experience, what would you do?
2  A. I would have a discussion with them about
3  their perception, whether it was based in reality or
4  not, and if it seemed to be accurate, then what the
5  reasons for that might be.
6  Q. Anything else?                    0:50:32
7  A. Not that I recall.
8  Q. Would you take any affirmative steps to make
9  sure that that resident was getting more of the
10 experience that he or she felt was lacking?
11 A. It depends on whether they're not being given
12 opportunities because they're -- are -- don't have a
13 sufficient skill level to participate at that level.
14 Q. Did Dr. Artunduaga ever complain to you that
15 she hadn't been allowed to place a single chest tube
16 when she was rotating on your service?
17 A. I don't recall.                    0:51:27
18 Q. Is that something that a resident -- an
19 intern should be allowed to do?
20 A. Generally speaking, yes.
21 Q. So you would have expected Dr. Artunduaga to
22 do so as well, correct?
23 A. If the opportunity is available. Yes.
24 Q. That was one of the index cases you mentioned
25 earlier, right?

Page 40

1  A. Correct.
2  Q. And if you found out that she hadn't been
3  given the opportunity to do that type of case, would
4  you have taken steps to correct that?
5  A. Well given the opportunity is a little vague
6  concept. There's opportunities for chest tube
7  placements morning and night. The residents aren't
8  available at nighttime. And there's a competition for
9  chest tube placement among residents in the emergency
10 room, critical care medicine residents, and thoracic
11 surgery residents. So not everybody has an opportunity
12 to put a chest tube in.
13 Q. Is that some -- that's a type of experience
14 that would be highly desirable for a resident -- an
15 intern?
16 A. Well that's a -- it's a necessary part of
17 their general surgery training. Yes.
18 Q. And they need that experience so that they
19 can have the appropriate number of specific types of
20 cases that they have to log, right?
21 MR. CLEVELAND: Objection to the form of the
22 question. You can answer it if you think you can.
23 A. There are expectations for a five year
24 training program in general surgery that should include
25 chest tube placement. It doesn't all have to take

Page 41

1  place during their first year and during their rotation
2  on thoracic surgery.
3      Q. When Dr. Artunduaga rotated on your service,
4  were you aware that she had made complaints of
5  discrimination?
6      A. I don't know.                               0:53:23
7      Q. You don't recall?
8      A. I don't recall.
9      Q. When Dr. Artunduaga rotated on your service,
10 were you aware that she had specifically discussed
11 discrimination issues with Dr. Song?
12     MR. CLEVELAND: Objection to the form of the
13 question.
14     A. I don't recall.
15     Q. When Dr. Artunduaga came to your service at
16 the beginning of November 2011, did you know that she
17 had made complaints?
18     MR. CLEVELAND: Objection to the form of the
19 question.
20     A. I don't recall.
21     Q. Did you ever tell her that you knew what her
22 issues were when she first came to your service?
23     A. I don't recall.
24     Q. What did you -- what had you heard about Dr.
25 Artunduaga at the time -- time that she first entered

Page 42

1  your service?
2      A. I don't recall.
3      Q. So if you could look at Exhibit 5 that we've
4  had marked for a while. Is this an -- the second half
5  of the page, is this an email from you to Dr. Song?
6      A. Yes.
7      Q. This is an email that you sent him on
8  November 16th, 2011, correct?
9      A. Yes.
10     Q. And so how many days had you worked with Dr.
11 Artunduaga at the time you wrote this review -- I mean
12 this email?
13     A. I presume she would have been on the service
14 for the prior 15 days.
15     Q. Had you been out of town for some of that
16 time period?
17     A. I don't know.
18     Q. Would you be able to tell if you looked at
19 your calendar or your -- your schedule?
20     A. Possibly.                                   0:55:22
21     Q. Do you keep your calendar from 2011?
22     A. I think it's still in existence. Yes.
23     Q. What did Dr. Song ask you to put in your
24 evaluation of Dr. Artunduaga?
25     A. How I thought she was doing.

Page 43

1      Q. Did he give you any materials to review?
2      A. I don't recall.
3      Q. Is it possible he gave you some documents to
4  review?
5      MR. CLEVELAND: Objection to the form of the
6  question.
7      A. It's possible.
8      Q. If he had given you documents to review,
9  would you have saved them?
10     MR. CLEVELAND: Objection to the form of the
11 question.
12     A. No.
13     Q. Please turn to the second page of the
14 Exhibit. If you'd look at the paragraph beginning, "We
15 agreed." Do you see that?
16     A. Yes.
17     Q. It says, "We agreed that for the next two
18 weeks on the service she should focus on improving
19 skills that would serve her well in a medical career in
20 a non-surgical specialty." Do you see that?
21     A. Yes.
22     Q. Did Dr. Artunduaga agree that she should --
23 that she should have a career in a non-surgical
24 specialty -- excuse me, non-surgical specialty at this
25 meeting?

Page 44

1      A. I don't recall.                            0:56:57
2      Q. Did she agree that she would stop -- well
3  actually let me -- we didn't really talk about the
4  meeting. If you could go back to the first page of the
5  Exhibit, let me ask you. Look at the first paragraph.
6  It says, "David, I met with Maria Artunduaga for her
7  mid-rotation formative evaluation today." Do you see
8  that?
9      A. Yes.
10     Q. And you did meet with Dr. Artunduaga on the
11 16th of November?
12     A. According to this, yes.
13     Q. And how long did the meeting last?
14     A. I don't recall.
15     Q. Where did it take place?
16     A. In my office.
17     Q. Did you call her into the meeting?
18     A. I don't recall.                            0:57:32
19     Q. Did Dr. Artunduaga know that she would be
20 meeting with you on November 16th for an evaluation?
21     A. I'd have -- don't recall.
22     Q. Do you know if you scheduled it in advance?
23     A. You mean days prior?
24     Q. Yes.
25     A. That would be unusual.

Page 45

1   Q. So then if you could turn back to the second
2 page again, and look at the paragraph we had just
3 looked at. Did Dr. Artunduaga agree at the meeting
4 that she should have a career in a non-surgical
5 specialty?
6   A. I don't recall.
7   Q. At the very end of the email, you say,
8 "Please let me know if you have any questions." Do you
9 see that?
10   A. Yes.
11   Q. What questions did Dr. Song have?
12   A. I don't recall.
13   Q. When did he talk to you about this
14 evaluation?
15   A. I don't recall.
16   Q. Was it shortly afterwards?
17   A. I don't recall him ever talking to me about
18 it.
19   Q. Did he respond to your email?          0:58:45
20   A. I don't recall.
21   Q. Look at the first page again, please. And
22 let's look at the third paragraph of your -- of your
23 email. The last part says, "One disappointment that I
24 expressed was the fact that after we discussed her need
25 to improve her skills in driving the camera for

Page 46

1 minimally invasive cases, she failed to adequately take
2 advantage of the MIS skills laboratory." Do you see
3 that?
4   A. Yes.
5   Q. What's the MIS skills laboratory?
6   A. Minimally invasive surgery simulation
7 laboratory.
8   Q. It's -- is that -- does that mean somebody
9 can go to the laboratory and practice surgical skills?
10   A. Yes.
11   Q. And where's the laboratory located?
12   A. I don't know where it was at this point in
13 time. At some point around this time, it was on the
14 fourth floor of the hospital.
15   Q. And what kind of equipment was in the
16 laboratory?
17   A. Laparoscopic cameras and other instruments
18 that would permit somebody to practice driving a camera
19 and simple technical jobs, like suturing under
20 videoscopic control.
21   Q. Was there a problem with the equipment during
22 the 2011 to 2012 academic year?
23   A. I don't know.               1:00:24
24   Q. Did Dr. Artunduaga tell you that she was
25 unable to use the equipment because it was broken?

Page 47

1   A. I don't recall that.
2   Q. What did you mean in your email when you said
3 she failed to adequately take advantage of the
4 laboratory?
5   A. That she didn't practice minimally invasive
6 skills, including camera driving.
7   Q. How did you know that?
8   A. I asked her during one of the operations.
9   Q. What did you ask her?
10   A. I asked her if she had practiced.
11   Q. And what -- and what did she say?
12   A. I don't recall specifically.
13   Q. She say she didn't go practice?
14   A. I don't recall specifically.
15   Q. Besides the skills laboratory at the
16 University of Chicago Medical Center, was there another
17 laboratory that residents could use to practice?
18   A. Well there's a laboratory up at NorthShore
19 Hospital.
20   Q. Was Dr. Artunduaga permitted to use that one?
21   A. I don't know.
22   Q. So when you recalled Dr. Artunduaga telling
23 you that she hadn't taken advantage of the laboratory,
24 this was during an operation, is that correct?
25   A. As I recall, yes.              1:02:03

Page 48

1   Q. Okay. And why did -- why did she say she
2 hadn't been able to use the laboratory?
3   A. I don't recall.
4   Q. Is it possible that it was because it wasn't
5 -- the equipment wasn't working properly?
6       MR. CLEVELAND: Objection to the form of the
7 question.
8   Q. You can answer if you can.
9   A. It's possible.
10   Q. If the equipment had not been working
11 properly, what would have been the appropriate steps
12 for Dr. Artunduaga to take to get practice?
13       MR. CLEVELAND: Objection to the form of the
14 question.
15   A. I don't know.
16   Q. Well could she have gone to the NorthShore
17 location?
18       MR. CLEVELAND: Objection to the form of the
19 question.
20   A. I don't know.
21   Q. If it -- in fact, it was true that the
22 equipment wasn't working properly and that was the
23 reason why Dr. Artunduaga didn't use it, would that
24 still be something that you would express as a negative
25 in her evaluation?

Page 53

1  that was used at the time by the general surgery
2  program.
3      Q. And this -- the mid-rotation formative
4  evaluation was one that -- is what this email
5  represents, correct?
6      A. Yes.
7      Q. And that doesn't involved doing the -- using
8  the computerized form, correct?
9      A. Correct.                                1:09:04
10         MS. FRANKLIN: Let's mark another Exhibit
11  then.
12         RECORDER: Exhibit 6.
13     Q. Number 6. And before we -- I always do this,
14  and I apologize, but before we look at Exhibit 6, just
15  a couple other questions about Exhibit 5. When you
16  talked to Dr. Artunduaga about looking at a
17  non-surgical specialty, did you specify any particular
18  one?
19     A. I don't recall.
20     Q. But you said radiology would be an example,
21  is that right?
22     A. I said that just now, yes.
23     Q. What else -- I'm sorry, what else did you say
24  would be an example?
25     A. Medicine, pathology.

Page 54

1      Q. Okay. And why did you think Dr. Artunduaga
2  would be better at those kinds of specialties?
3      A. I'm not sure that she would be better at
4  them. I just thought that she would be better not
5  pursuing surgery.
6      Q. And why was that?                       1:10:18
7      A. It says here I didn't think she had the
8  aptitude to become a surgeon.
9      Q. What do you mean by that?
10     A. I didn't think that she had the physical or
11  mental skill set to do that job safely and adequately.
12     Q. I'm just gonna wait and make sure that that
13  stops, okay. What do you mean by she didn't have the
14  physical aptitude?
15     A. She didn't, as I recall, have sort of basic
16  abilities in surgery. Suturing, holding instruments,
17  driving a camera, things of that sort.
18     Q. So you didn't -- you've -- based on your
19  experience with Dr. Artunduaga from November 1st to
20  16th, had you been in the operating room with her?
21     A. Yes.                                    1:11:16
22     Q. And you came to the conclusion, after seeing
23  her in the operating room between November 1st and
24  November 16th, that she would not able -- be able to
25  develop an aptitude? Is that accurate?

Page 55

1      A. Well it suggest that her technical skills
2  were the sole source of the problem, but that's not
3  accurate.
4      Q. Are technical skills something that people
5  improve during the course of a -- of a surgical
6  residency?
7      A. Yes.
8      Q. And you didn't feel Dr. Artunduaga could
9  improve her surgical skills?
10     A. Well as I mentioned, I didn't -- I don't
11  think the technical skills were the primary basis for
12  my concern about her pursuing a career in surgery.
13     Q. What was the primary basis?
14     A. She wasn't a very good doctor.           1:12:08
15     Q. What do you mean by that?
16     A. She did not prioritize problems. She did not
17  recognize clinical issues when they came up. Her
18  judgment was inadequate.
19     Q. And what do you mean by she didn't prioritize
20  problems? Can you give me an example of how she failed
21  to do so?
22     A. No. I don't have a specific example that I
23  recall.
24     Q. So technical skills were not your primary
25  concern, correct?

Page 56

1      A. Yes.
2      Q. Do you believe it's impossible for a resident
3  to improve on prioritizing problems?
4      A. I'm sorry, would you say that again?
5      Q. I'll let that go by. During the course of a
6  residency, residents are expected to improve on things
7  like prioritizing problems, right?
8      A. Yes.                                    1:13:22
9      Q. Okay. Why did you believe Dr. Artunduaga
10  could not do so?
11     A. I think the primary explanation is in the
12  first part of the third paragraph of my email. It's
13  that I didn't have the impression that she recognized
14  her shortcomings, and so it's very difficult to improve
15  on them when they go unrecognized or unacknowledged.
16     Q. So you felt the primary problem was that she
17  did not recognize her shortcomings?
18     A. A primary problem was, yes.
19     Q. Was Dr. Artunduaga a hard worker?
20     A. I don't recall.
21     Q. So is the fact that you felt she couldn't
22  recognize her shortcomings the main reason why you felt
23  she shouldn't be a surgeon?
24     A. I wouldn't put it that way, no.         1:14:21
25     Q. What -- what's the main reason you felt she

Page 57

1  couldn't -- shouldn't be a surgeon?
2     A. I thought the fact that she didn't recognize
3  her shortcomings meant that it was unlikely she would
4  be able to improve upon them, and that would make her,
5  persistently, not a very good doctor.
6     Q. Did Dr. Artunduaga ask you for help in
7  improving on the areas that you found lacking?
8     A. I don't recall.
9     Q. Are you aware of the fact that Dr. Artunduaga
10  practiced medicine before she came to the University of
11  Chicago?
12     A. I don't recall.
13     Q. Have you ever seen her CV?
14     A. I don't recall.
15     Q. Did you participate in the process by which
16  she matched at U of C?
17     A. I don't think so. I don't normally
18  participate in the match for plastic surgery.
19     Q. All right. Please take a look at Exhibit 6.
20  Is this the end of the rotation on -- I'm sorry, end of
21  the -- yes, end of the rotation evaluation you talked
22  about?
23     A. Yes.
24     Q. And this is your review of Dr. Artunduaga
25  after she completed the one month in your service,

Page 58

1  correct?
2     A. Yes.    1:16:09
3     Q. And if you'd look at the overall comments on
4  page 2, you say, "Maria came to our service unprepared
5  for the duties of -- required of an intern." Do you
6  see that?
7     A. Yes.
8     Q. What did you mean by that?
9     A. That she was unable to function adequately as
10  an intern.
11     Q. You said, "Unprepared," in your evaluation,
12  right?
13     A. Yes.
14     Q. You said, "She's enthusiastic and works
15  hard," is that accurate?
16     A. Yes.
17     Q. Do you recall her being enthusiastic and hard
18  working?
19     A. Not specifically.
20     Q. You have any reason to believe that wasn't
21  true at the time?
22     A. I'd have no reason to believe that the
23  statement I made here was untrue.
24     Q. Okay. You said, "But isn't sufficiently
25  experienced to be able to participate at a meaningful

Page 59

1  level." Do you see that?
2     A. Yes.    1:17:09
3     Q. What would have been something that would
4  have allowed Dr. Artunduaga to become more experienced,
5  so that she could participate at a meaningful level?
6     A. I'm not sure.
7     Q. At this point in Dr. Artunduaga's time at U
8  of C, she had been an intern for -- since June 2011, so
9  this was June, July August, September, October, about
10  six months, right?
11     A. Four months before starting the thoracic
12  surgery service.
13     Q. Four months, I'm sorry. So she'd been at U
14  of C for four months, correct?
15     A. I believe so.
16     Q. Did you ever tell Dr. Artunduaga to leave the
17  operating room when she was with you in the operating
18  room?
19     A. Possibly.    1:18:34
20     Q. Do you remember telling her to leave the
21  operating room?
22     A. I don't recall.
23     Q. Is that something that you do when you're in
24  the operating room? Do you ask residents to leave?
25     A. On occasion, I think it's happened.

Page 60

1     Q. Do you get angry with them?
2     A. Sometimes.
3     Q. Did you get angry with Dr. Artunduaga?
4     A. It's possible.
5     Q. What were you angry about?
6     MR. CLEVELAND: Objection to the form of the
7  question.
8     A. Well I'm not sure anger is the right word.
9  Frustration at the ability to proceed at a pace with
10  the operation.
11     Q. Do you remember being frustrated with her in
12  the operating room?
13     A. Not specifically.
14     Q. Do you think Dr. Artunduaga didn't have the
15  personality to be a surgeon?
16     A. Gosh, I don't know.
17     Q. I'm sorry?
18     A. I'm not sure.    1:20:12
19     Q. What kind of personality is -- what kind of
20  -- for good surgeons, what kind of personality traits
21  are desirable?
22     A. Well so the problem I'm having here is I'm
23  not sure that we're talking about the same thing. I
24  would call it work habits, as opposed to personality
25  traits. Is that what you want me to talk about?

**Williams, Akilah [BSD] - SUR**

**From:** Song, David [BSD] - SUR
**Sent:** Wednesday, November 16, 2011 1:19 PM
**To:** Williams, Akilah [BSD] - SUR
**Cc:** Kamin, Barry [UCH]; McAtee, Jane [UCH]
**Subject:** FW: MA evaluation

EXHIBIT 5 Ferguson 4.21.14

Fyi

Another evaluation

```
David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic
```

**From:** Ferguson, Mark [BSD] - SUR
**Sent:** Wednesday, November 16, 2011 11:46 AM
**To:** Song, David [BSD] - SUR
**Subject:** MA evaluation

David, I met with Maria Artunduaga for her mid-rotation formative evaluation today. During our discussion she informed me that she had experienced some performance issues on prior services at this institution and that she had recently been put on probation.

Her performance on the thoracic service to date has been very poor. She is not functioning up to the level of a 3rd year student at this point. Her areas of weakness are numerous, and include lack of technical skills, basic medical knowledge, organizational/prioritization skills, communication skills, and information processing abilities. We have had a few near-misses as a result of her performance that, fortunately, have not yet endangered patients. However, the PAs on the service and the senior resident are having to cover Maria's duties closely to ensure that nothing bad happens.

I don't think Maria accepts responsibility for these shortcomings. When I mentioned specifics to her, these were usually met with explanations that involved misunderstandings about her responsibilities, miscommunications from nurses or other healthcare workers, inadequate introduction to the processes at this institution (both medical center and education related), etc. One disappointment that I expressed was the fact that, after we discussed her need to improve her skills in driving the camera for minimally invasive cases, she failed to adequately take advantage of the MIS skills laboratory during a 3 day period when no clinics or operations were scheduled.

This is clearly a suboptimal situation.

I had a long discussion with Maria and informed her that, in my opinion, she doesn't have the aptitude for a career in surgery, much less in a specialty like plastic surgery or a subspecialty like congenital craniofacial disorders. I told her that

1

UCMC00000896

aptitude is not a skill that can be taught. I suggested that she begin to think immediately about a change in her career path, that there was no point in continuing down a path that is almost certainly to be disappointing and ultimately unsuccessful.

We agreed that for the next 2 weeks on service she should focus on improving skills that would serve her well in a medical career in a non-surgical specialty, specifically being proactive in managing floor patient issues that lie within her knowledge and technical skill set, and improving her communication skills.

I plan to have a summative evaluation with her at the end of the rotation.

Please let me know if you have any questions regarding these comments.

Mark K. Ferguson, MD
Department of Surgery
The University of Chicago
5841 S. Maryland Avenue MC 5035
Chicago, IL 60637

Professor, Department of Surgery and University of Chicago Cancer Research Center
Head, Thoracic Surgery Service
Director, Residency Program in Cardiothoracic Surgery
Academic phone number: 773-702-3551
Clinical phone number: 773-702-2500
Facsimile: 773-702-2642
e-mail: mferguso@surgery.bsd.uchicago.edu

UCMC00000897



EXHIBIT 6 Ferguson 4.21.14

## DOS - Faculty Evaluation of Resident



Maria Alexandra Artunduaga
SURG-GEN SURG Cardiothoracic/Thoracic
11/1/2011 to 11/30/2011

Evaluator

**Mark Ferguson**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

**General knowledge (basic science, clinical)**
Exemplary / Superior / Very Good / Good / **Could Improve** / Deficient / N/A — *Could Improve*

**Operative knowledge (anatomy, procedures)**
Exemplary / Superior / Very Good / Good / Could Improve / **Deficient** / N/A — *Deficient*

### Clinical Skills

**Pre-op care (formulates appropriate plan/assessment of details)**
Exemplary / Superior / Very Good / Good / **Could Improve** / Deficient / N/A — *Could Improve*

**Post-op care (including recognition/Rx of complications)**
Exemplary / Superior / Very Good / Good / **Could Improve** / Deficient / N/A — *Could Improve*

**Able to communicate/justify medical decisions**
Exemplary / Superior / Very Good / Good / Could Improve / **Deficient** / N/A — *Deficient*

### Operative Skills

**Preparedness (punctual, knows case)**
Exemplary / Superior / Very Good / Good / **Could Improve** / Deficient / N/A — *Could Improve*

**Advanced OR skills (dissection, exposure, suturing)**
Exemplary / Superior / Very Good / Good / Could Improve / Deficient / **N/A** — *N/A*

### Personal Attributes/Professionalism

**Ethical, honest, reliable**
Exemplary / **Superior** / Very Good / Good / Could Improve / Deficient / N/A — *Superior*

**Shows sensitivity of age, gender, culture of patients/colleagues**
Exemplary / **Superior** / Very Good / Good / Could Improve / Deficient / N/A — *Superior*

UCMC00000921

### Relations with Others/Communication Skills

**With patients and families**
Exemplary ○   Superior ○   **Very Good** ◉    Good ○   Could Improve ○   Deficient ○    N/A ○

**With other healthcare professionals**
Exemplary ○   Superior ○   Very Good ○    Good ○   **Could Improve** ◉   Deficient ○    N/A ○

**Documentation of practice activities**
Exemplary ○   Superior ○   Very Good ○    **Good** ◉   Could Improve ○   Deficient ○    N/A ○

### Teaching Abilities

**Teaches other residents/students effectively**
Exemplary ○   Superior ○   Very Good ○    Good ○   Could Improve ○   Deficient ○    **N/A** ◉

### Administrative Abilities/Practice Based Learning

**Ability to lead/manage a service**
Exemplary ○   Superior ○   Very Good ○    Good ○   Could Improve ○   Deficient ○    **N/A** ◉

**Tracking M&M's/presentation quality**
Exemplary ○   Superior ○   Very Good ○    **Good** ◉   Could Improve ○   Deficient ○    N/A ○

**Critiques personal practice outcomes**
Exemplary ○   Superior ○   Very Good ○    Good ○   **Could Improve** ◉   Deficient ○    N/A ○

### System-Based Practice

**Practices cost-effective patient care**
Exemplary ○   Superior ○   Very Good ○    Good ○   **Could Improve** ◉   Deficient ○    N/A ○

**Demonstrated knowledge of risk-benefit analysis**
Exemplary ○   Superior ○   Very Good ○    Good ○   Could Improve ○   Deficient ○    **N/A** ◉

**Demonstrates understanding of role of specialist in overall patient management**
Exemplary ○   Superior ○   Very Good ○    **Good** ◉   Could Improve ○   Deficient ○    N/A ○

---

**Overall Comments:**
Maria came to our service clearly unprepared for the duties required of an intern. She is enthusiastic and works hard, but is insufficiently experienced to be able to participate at a meaningful level. My concern is that she does not have aptitude for the work she has chosen - very little improvement was evident during our month. Her knowledge and skill levels are well below those of her peers.

Evaluation Submitted on 11/27/2011 10:34:27 AM EST.

UCMC00000922