# TAB 13

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

Maria Artunduaga,

Plaintiff,

vs.    Case Number 1:2012cv08733

The University of Chicago Medical Center,

Defendant.

---

Deposition of Irma D. Fleming
Monday
May 5th, 2014

-at-

The Franklin Law Firm
53 West Jackson Boulevard
8th Floor Conference Room
Chicago, Illinois

---

Page 2

1  APPEARANCES
2
3      For the Plaintiff:
4          Jamie Franklin
5          The Franklin Law Firm
6          53 West Jackson Boulevard
7          Suite 803
8          Chicago, Illinois 60604
9
10     For the Defendant:
11         Michael G. Cleveland
12         Vedder Price
13         222 North LaSalle Street
14         Chicago, Illinois 60601
15
16     Also present:
17         Maria Artunduaga
18         Ricardo Garcia
19
20     RECORDER: Good morning. We are now on the
21 record. Today is Monday, May 5th, 2014. The time is
22 now 10:03 a.m. We are located at The Franklin Law
23 Firm, 53 West Jackson Boulevard, Suite 803, Chicago,
24 Illinois 60604, for a deposition in the matter of Maria
25 Artunduaga v. The University of Chicago Medical Center.

---

Page 3

1  The case number is 1:2012cv08733. The venue is the
2  Northern District of Illinois, Eastern Division. The
3  witness today is Dr. Irma Fleming. Dr. Fleming, my
4  name is Natalie Olszewski. I am a notary public, and
5  I'm recording this deposition on behalf of Exhibit 5,
6  LLC. At this time, would you please raise your right
7  hand for the oath?
8      (Witness Sworn)
9      RECORDER: Thank you. Would the attorneys
10 please state their appearances for the record?
11     MS. FRANKLIN: Jamie Franklin for the
12 Plaintiff.
13     MR. CLEVELAND: Michael Cleveland for
14 Defendant University of Chicago Medical Center.
15     RECORDER: Would anyone else in the room
16 please state their appearances.
17     MS. ARTUNDUAGA: Maria Artunduaga, Plaintiff.
18     MR. GARCIA: Ricardo Garcia, husband of the
19 Plaintiff.
20     RECORDER: That completes the required
21 information. We can proceed.
22     MS. FRANKLIN: Thank you.
23         EXAMINATION
24 BY MS. FRANKLIN:
25     Q. Dr. Fleming, would you please state your full

---

Page 4

1  name for the record again?
2      A. Irma Dekonti Fleming.                    0:01:14
3      Q. And is this the first time you've ever been
4  deposed?
5      A. Yes. Yes.
6      Q. Okay. Let me go over the ground rules.
7      A. Okay.
8      Q. They're pretty simple. I'll be asking you
9  questions this morning, you'll be answering. The court
10 reporter is here to take a video and also later to
11 transcribe everything you say, so we have to try to be
12 careful not to talk over each other, or not to try --
13 not to use gestures to answer questions or phrases like
14 uh-huh or uh-uh. It's hard to remember that sometimes,
15 but if you do, I'll try to remind you. So -- and in
16 the -- so the purpose of all that is to make sure that
17 at the end of the day, we get a clear record.
18 Secondly, if there's any question you don't understand,
19 either because you didn't hear me or you just weren't
20 sure what I was trying to ask you, please let me know
21 that, and I'll be happy to rephrase it or ask it in a
22 way that we are sure that you understand it and that
23 you're comfortable answering it, okay?
24     A. Okay.
25     Q. And finally, if you need a break for any

Page 49

1  Q. And did you supervise her on this service?
2  A. Yes.
3  Q. And by this time, this was January 2012, were
4  you aware that she had -- was on probation?
5  A. I -- like I -- like I said, I'm not sure if
6  it was before vascular or before transplant. But I
7  knew prior to one of these services.
8  Q. Okay. How did you find out she was on
9  probation?
10 A. She told me.
11 Q. Did she tell you any details about it?
12 A. She mentioned that she was accused of doing
13 something that another resident had done.
14 Q. Do you know what that was, specifically?
15 A. No, I cannot remember.
16 Q. And what did you say in response when you
17 heard that?
18 A. I don't remember.
19 Q. Besides Dr. Artunduaga, do you know any other
20 residents who have been placed on probation?
21 A. No.                                  0:51:37
22 Q. Have you ever heard of any other residents
23 being on probation?
24 A. No.
25 Q. Do you know what reasons University of

Page 50

1  Chicago -- do you know what the reason would be -- I'm
2  sorry, let me step back. That wasn't coming out right.
3  You said that you remember Dr. Artunduaga telling you
4  she was accused of doing something another resident
5  did, correct?
6  A. Yes.
7  Q. And you don't remember what that thing was,
8  is that right?
9  A. No.
10 Q. Was it something serious?
11 A. I don't remember.
12 Q. Did you think it was unfair that she was on
13 probation?
14 A. I -- I don't know. I didn't make the
15 decision.
16 Q. You didn't have an opinion one way or the
17 other?
18 A. No.
19 Q. So on the January rotation that -- on the
20 vascular rotation, what kind of cases are performed in
21 -- in vascular surgery?
22 A. Usually, there are a lot of angiographies or
23 minimally invasive procedures. Fistula creations,
24 aortic repairs, endovascular repairs. What else?
25 That's mostly -- that's mostly the case load.

Page 51

1  Q. Okay. And with the four attendings -- I'm
2  sorry, the five attendings listed here in the schedule,
3  are they -- do they divide the work in any particular
4  way?
5  A. What -- what do you mean do they --
6  Q. Do they have vary -- various types of cases
7  that they specialize in?
8  A. They all pretty much do the same thing.
9  Q. Okay. So the service isn't split, like we
10 talked about in Kaplan, between breast and endocrine,
11 in any fashion, right?
12 A. Right.                              0:53:41
13    MS. FRANKLIN: All right. Let's mark another
14 Exhibit. 7.
15    WITNESS: Thank you.
16 Q. Please look at the Exhibit 7, and
17 particularly at the second email in the chain, which
18 says from the Akilah Williams to you. Do you see that?
19 A. Yes.
20 Q. And some other recipients of Dr. Shao. The
21 subject is, "Evaluation of -- of Maria Artunduaga." Do
22 you see that? And it was on -- on January 4th, 2012,
23 right?
24 A. Yes.
25 Q. Do you recall receiving this email?

Page 52

1  A. Yes.                               0:54:49
2  Q. And this email indicates that Dr. Artunduaga
3  is on probation, correct?
4  A. Yes.
5  Q. And that you -- she is to receive timely
6  feedback, correct?
7  A. Yes.
8  Q. It indicates they have set up an evaluation
9  on New Innovations. What is New Innovations?
10 A. It was the website we used to evaluate our
11 attendings in the services and to log our hours.
12 Q. And you wouldn't normally be evaluating an
13 intern on New Innovations, correct?
14 A. Not that I remember.
15 Q. So the email indicates you'll be asked to do
16 so for Dr. Artunduaga, correct?
17 A. Correct.
18 Q. And it says there will be ten questions and
19 you could make comments, correct?
20 A. Correct.
21 Q. It also says, "If you have any additional
22 questions, feel free to email or call me." That's Ms.
23 -- Ms. Williams stating that, correct?
24 A. Correct.
25 Q. Did you have any additional questions?

| | |
|---|---|
| **From:** | Shao, Michael [UCH] </O=UCH/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MSHAO> |
| **Sent:** | Friday, March 30, 2012 5:32 PM |
| **To:** | Artunduaga, Maria [UCH] </O=UCH/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MARTUNDUAGA> |
| **Subject:** | FW: Evaluation for Maria Artunduaga, MD |

EXHIBIT 7 Fleming 5·5·14

Michael Y. Shao, MD
Fellow, Section of Vascular Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 5028, Rm J-504A
Chicago, IL 60637
michael.shao@uchospitals.edu
Office: 773-702-8124
Pager: 773-393-6855

---

**From:** Williams, Akilah [BSD] - SUR [mailto:awilliam@surgery.bsd.uchicago.edu]
**Sent:** Wed 1/4/2012 10:14 AM
**To:** Fleming, Irma [UCH]; Shao, Michael [BSD] - SUR; Shao, Michael [UCH]
**Subject:** Evaluation for Maria Artunduaga, MD

Hello,

I hope this email finds you well. I am Akilah Williams, Residency Coordinator in Plastic Surgery. As you may or may not know, Dr. Maria Artunduaga is currently on probation in our section. During her probation, we would like to ensure that she receives timely feedback from her co-residents, chiefs and physician extenders on her performance. We have set up an evaluation in New Innovations that we would like you to complete by Friday of each week if you have interacted with Maria. We will then go over these evaluations with Maria the following Monday. You can visit New Innovations at www.newinnov.com.

The evaluation consists of 10 questions, and if you have any written feedback please feel free to make comments.

If you have not had interaction with Maria please let me know. Thank you for taking the time to complete the evaluation. If you have any additional questions feel free to email or call me at 5-1240.

Sincerely,

Akilah Williams
Office Manager & Residency Coordinator
Plastic & Reconstructive Surgery

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.

UCMC00001425