# TAB 14

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. MARIA ARTUNDUAGA,      )
                           )
          Plaintiff,  )
                           )
     -vs-        ) NO. 12 C 8733
                           )
THE UNIVERSITY OF CHICAGO   )
MEDICAL CENTER and DR. DAVID )
SONG, individually,      )
                           )
          Defendants.  )

     Deposition of RICARDO GARCIA taken before
TRUDY G. GORDON, Certified Shorthand Reporter,
pursuant to the Federal Rules of Civil Procedure for
the United States District Courts, pertaining to the
taking of depositions, at Floor 22, 222 North LaSalle
Street, Chicago, Illinois at 1:08 p.m. on the 25th
day of April, A.D., 2014.

Page 2

1  PRESENT:
2      THE FRANKLIN LAW FIRM, LLC
       53 West Jackson Boulevard
3      Suite 803
       Chicago, Illinois 60604
4      312-662-1008
       BY: MS. JAMIE S. FRANKLIN
5          jsf@thefranklinlawfirm.com
6          appeared on behalf of the Plaintiff;
7      VEDDER PRICE, P.C.
       222 North LaSalle Street
8      Suite 2200
       Chicago, Illinois 60601
9      312-609-7500
       BY: MR. MICHAEL G. CLEVELAND
10         mcleveland@vedderprice.com
11         -and-
12     MR. ANDREW T. OPPENHEIMER
           aoppenheimer@vedderprice.com
13
           appeared on behalf of the Defendants.
14
15
16
       ALSO PRESENT:  ANNE E. DUPREY - UIC Counsel
17
18
19
20                        ʃ ⁻ʼ
21
22
23  REPORTED BY:  TRUDY G. GORDON, C.S.R.
24      CERTIFICATE NO. 084-004077

Page 3

1          I N D E X
2  WITNESS                        PAGE
3  RICHARDO GARCIA
4  EXAMINATION BY MR. CLEVELAND................    4
5  EXAMINATION BY MS. FRANKLIN.............. 138
6  FURTHER EXAMINATION BY MR. CLEVELAND.........  143
7
          E X H I B I T S
8
9  DEPOSITION EXHIBITS      DESCRIPTION      PAGE
10 EXHIBIT NO. 1      REQUEST FOR PRODUCTION     10
11 EXHIBIT NO. 2      RESPONSES TO INTERROGATORIES  14
12 EXHIBIT NO. 3      CURRICULUM VITAE      40
13 EXHIBIT NO. 4          W-2          49
14 EXHIBIT NO. 5      BASE 10 LABS INFO     50
15 EXHIBIT NO. 6          SUBPOENA      57
16 EXHIBIT NO. 7      RESPONSE TO RIDER     57
17 EXHIBIT NO. 8          CONTACT LOG      60
18 EXHIBIT NO. 9          E-MAIL        80
19 EXHIBIT NO. 10     IPHONE CONVERSATION     83
20 EXHIBIT NO. 11         WORDPAD DOCUMENT     86
21 EXHIBIT NO. 12         E-MAIL        124
22 EXHIBIT NO. 13     FACEBOOK POST      128
23
24

Page 4

1          (WHEREUPON, the witness was duly
2      sworn.)
3          RICARDO GARCIA,
4  called as a witness herein, having been first duly
5  sworn, was examined and testified as follows:
6          EXAMINATION
7  BY MR. CLEVELAND:
8      Q.  Mr. Garcia, as you well know by now, I'm
9  Michael Cleveland, and I'm one of the attorneys for
10 the University of Chicago Medical Center in this
11 lawsuit.  By my count, you've sat through nine
12 depositions so far in this case.
13     A.  Yes.
14     Q.  So you've already heard the things I'm
15 going to tell you.  But I'm going to tell them again
16 to you anyway because I think it's always worthwhile
17 to have the witness have a reminder.  So the first
18 thing I want to remind you of is that you're under
19 oath and sworn to tell the truth.
20         Do you understand that?
21     A.  Yes, I do.
22     Q.  I also want to remind you that it's
23 important that you let me finish my question before
24 you begin your answer.

Page 121

1   the way, is very difficult to find. I still to the
2   date I have no idea where the University of Chicago
3   Medical Center Human Resources office is. I asked
4   the security guard. I asked several people.
5   Everybody gave me different places. I ended up
6   walking to the Human Resources office of the
7   University, I think, south of the Medical Center.
8       When I entered that and I asked someone,
9   the receptionist there, you know, my wife is having
10  some issues with the program director, who can we
11  talk to? They said, whoa, it's not here, this is for
12  the University, this is not the Medical Center. When
13  I was in that building, I received a phone call from
14  Jane McAtee that -- She was saying we received the
15  letter that you just dropped. She wanted to ask me
16  so it's true that your wife is not asking for a
17  grievance, she's just asking for an extension of the
18  probation because she has her vacation in December?
19  Then I told her, oh, it's not only vacation, that she
20  has a wedding in December that she has been planning
21  for a long time and that, yes, that she was not
22  asking for a grievance, even though that I didn't
23  agree with that, but that was what we agreed to do.
24  Then she went to say something, I know that you have

Page 122

1   been contacting HR. HR has nothing to do with this,
2   so you should stay away from HR. HR has nothing to
3   do with this. So that was one interaction that I had
4   with her. I even wrote the phone number that she
5   called me from. I received that phone call at the
6   lobby of the Human Resources building of the
7   University.
8       Q. So that was the Human Resources office
9   that she was telling you not to contact, right?
10      A. No. No. She was saying Human Resources,
11  I know that you have been talking to Human Resources.
12  I talked to the receptionist two minutes before. No
13  way that she knew that. She was talking about
14  Rothstein. You have been calling HR. You have
15  been -- You talked to someone from HR already.
16      Q. Did she mention Mr. Rothstein's name at
17  all?
18      A. Yes, I think that she did. You talked to
19  the director of Human Resources, and that was
20  Rothstein.
21      Q. So when we looked earlier at the documents
22  that you had produced in response to the subpoena,
23  you said that there's a writeup in there that you
24  made, I think you said, November 21st?

Page 123

1       A. Yes.
2       Q. So that writeup would be the most accurate
3   reflection of what occurred; is that correct?
4       A. That had the times and the numbers that I
5   got, the phone calls, where I got the number.
6       Q. And also with respect to conversations; is
7   that correct, that writeup being much more
8   contemporaneous would be more correct than your
9   recollection here today, wouldn't it?
10      A. Maybe. But when I was there -- And
11  actually you can maybe check the security tapes
12  there -- I think that I received the phone call
13  before I walk into the office because I sat in the
14  lobby, and then I walked into the office because I
15  really wanted to talk to HR.
16      Q. The office you're referring to is the
17  University HR office?
18      A. University, yes.
19      Q. In that -- If I understand your testimony,
20  that call from Ms. McAtee came on November 18, 2011?
21      A. Yes. I think that -- It was written in my
22  log, yeah, and my phone records, yes.
23      Q. We are up to 12; is that correct?
24      A. The last one was 11.

Page 124

1       Q. I'll use 12 as next.
2           (WHEREUPON, EXHIBIT NO. 12 was
3           marked.)
4   BY MR. CLEVELAND:
5       Q. Exhibit 12 is an e-mail chain consisting
6   of only two e-mails.
7           The bottom one, Mr. Garcia, is from you to
8   Mr. Rothstein, correct?
9       A. Yes.
10      Q. And the subject is, Inquiry; Meeting,
11  question mark?
12      A. Um-hum. Yes.
13      Q. And by this e-mail I gather you're
14  suggesting that you have a meeting with him, correct?
15      A. No.
16      Q. No?
17      A. No. I'm trying to get a meeting with him.
18  I have been trying for the past days to get a meeting
19  with him.
20      Q. This doesn't say that, does it?
21      A. Inquiry, meeting, with a question mark.
22  It's pretty much can we meet?
23      Q. There's no mention in here that I've been
24  trying to get to meet with you, is there?

31 (Pages 121 to 124)

Page 125

1     A.   "But we would like to have a short
2   meeting" towards the second paragraph.
3     Q.   You didn't write in the e-mail to
4   Mr. Rothstein I've been trying to get to see you or
5   words to that effect, did you?
6     A.   Well, "As you are probably aware now, my
7   spouse is having some difficulties at her program
8   right now." I have been calling people, and I left
9   messages there.
10    Q.   You then received the response from
11  Mr. Rothstein that is at the top of the meeting -- at
12  the top of the e-mail chain, right?
13    A.   Yes. Well, and -- But remember one thing.
14  When I called the HR office, I'm not sure who I
15  talked to. It was some Callahan or Rothstein. I
16  don't know who I talked to, and I think that I put
17  that in my log. I'm not that good with names so
18  that's why I write those names. I talked to someone,
19  explained the situation, and I think that it was
20  Rothstein. That's why I say "As you are probably
21  aware now." I'm not sure if I was talking to
22  Callahan or Rothstein. But I learned that Rothstein
23  is the director and the person that I -- the biggest
24  person there that I can talk to.

Page 126

1     Q.   You received a response from Mr. Rothstein
2   that's the top of this e-mail chain, right?
3     A.   Yes, like 40 minutes later. Our
4   conversation was not on the 21st, as I recall. The
5   conversation was earlier, on the 18th or something or
6   17th or something like that.
7     Q.   Did you ever have any other communication
8   with Mr. Rothstein after receiving the e-mail he sent
9   you on November 21st at 11:21 a.m.?
10    A.   Not that I recall.
11    Q.   All right. So we've got Mr. Rothstein,
12  Canisha Torry, Jane McAtee.
13         Is there anybody else --
14    A.   Maybe Callahan. I think it's Callahan
15  like someone else in HR.
16    Q.   Maybe Mr. Callahan.
17    A.   Yeah, I think so.
18    Q.   Was there anybody else from the University
19  of Chicago Medical Center that you remember
20  communicating with personally again face to face,
21  over the phone, or via e-mail regarding
22  Dr. Artunduaga's residency?
23    A.   Not that I recall.
24    Q.   Since this lawsuit was filed, have you had

Page 127

1   any communications with anybody other than your
2   attorneys and Dr. Artunduaga about the lawsuit?
3     A.   Yes, I have.
4     Q.   Who?
5     A.   I think that I send a couple of e-mails to
6   people in the press just to say my -- we just -- my
7   wife just put a lawsuit against the University of
8   Chicago Medical Center, this is a link to the
9   lawsuit.
10    Q.   Would Crain's Chicago Business be one of
11  those?
12    A.   Perhaps.
13    Q.   Why did you do that?
14    A.   Actually, no, Crain's Chicago is not one
15  of those. I think it was just CBS or some -- someone
16  called Young, I think, Susan Young, that I got her
17  number and maybe someone from the Chicago Tribune,
18  but not Crain's.
19    Q.   Why did you send links to the lawsuit to
20  the press?
21    A.   Because I think that it's something
22  that -- It will be good to be -- to show people can
23  see what's going on.
24    Q.   Was that intended to put pressure on the

Page 128

1   Medical Center?
2         MS. FRANKLIN: Object to form.
3   BY THE WITNESS:
4     A.   I don't know. I think that showing the
5   truth is usually good.
6   BY MR. CLEVELAND:
7     Q.   Since this lawsuit has been filed, have
8   you had any communications with anybody regarding
9   Dr. Song?
10    A.   Dr. Song? No.
11         (WHEREUPON, EXHIBIT NO. 13 was
12         marked.)
13  BY MR. CLEVELAND:
14    Q.   I'll show you what's marked as Exhibit 13.
15         Mr. Garcia, what is Exhibit 13?
16    A.   I think this is a post that my wife did to
17  her friends on Facebook.
18    Q.   Did you help her write this post?
19    A.   I may have corrected some words. But she
20  wrote the post.
21    Q.   Did you think it was a good idea to send
22  this post?
23    A.   Yeah, I think it's not saying anything
24  that is not public knowledge.

RE: Inquiry; Meeting?

**Subject:** RE: Inquiry; Meeting?
**From:** <Jonathan.Rothstein@uchospitals.edu>
**Date:** 11/21/11 11:21 AM
**To:** <rago@media.mit.edu>

Mr. Garcia – This is a response to your email and a follow-up to our
telephone conversation regarding your spouse's situation. As I explained
to you when we talked, I am not the appropriate person to deal with
issues your spouse may have, as this office does not deal with any
issues related to the graduate medical education program or participants
in that program.

Jonathan A. Rothstein
Director, Labor Relations
Office of Employee & Labor Relations
University of Chicago Medical Center
MC 1086, Room B-124
Chicago, Illinois 60637
773 702-3082 (office)
872 201-9626 (cell)


------Original Message------
From: Ricardo Garcia [mailto:rago@media.mit.edu]
Sent: Monday, November 21, 2011 10:39 AM
To: Rothstein, Jonathan [UCH]
Subject: Inquiry; Meeting?

Hello Mr. Rothstein.

I am Ricardo Garcia,  spouse of one of the employees at the University
of Chicago Hospital.
As you are probably aware now, my spouse is having some difficulties at
her program right now.
We are trying to solve them with the program director (we believe
everything is a big misunderstanding), but we would like to have a short

meeting with you to ask some questions and make sure we are taking the
right steps to solve this impasse.

is this possible?
we can also talk on the phone if that suits you best.
My cell phone number is (617) 653 3973, but I can also go and meet in
person if you want.

Thanks for your time,

–Ricardo Garcia

*****************************************************************************
This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

GARCIA DEP. EX.

12

(4/25/14)

MA0383

RE: Inquiry; Meeting?

Thank you
University of Chicago Medical Center
****************************************************************************

MA0384