# TAB 15

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

--------------------------------------------------------

Maria Artunduaga,

    Plaintiff,

vs.    Case Number 1:2012cv08733

The University of Chicago Medical Center,

    Defendant.

--------------------------------------------------------

Deposition of Eric Grossman
Tuesday
April 22nd, 2014

-at-

The Franklin Law Firm
53 West Jackson Boulevard
8th Floor Conference Room
Chicago, Illinois

Page 2

APPEARANCES

For the Plaintiff:
Jamie Franklin
The Franklin Law Firm
53 West Jackson Boulevard
Suite 803
Chicago, Illinois 60604

For the Defendant:
Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, Illinois 60601

Also present:
Maria Artunduaga
Ricardo Garcia

RECORDER: Good morning. We are now on the record. Today is Tuesday, April 22nd, 2014. The time is now 10:04 a.m. We are located at The Franklin Law Firm, 53 West Jackson Boulevard, Suite 803, Chicago, Illinois, for a deposition in the matter of Maria Artunduaga v. The University of Chicago Medical Center,

Page 3

case number 1:2012cv08733, the venue is Northern District of Illinois, Eastern Division. The witness today is Dr. Eric Grossman. Dr. Grossman, my name is Brittany Primack. I'm a notary public, and I'm recording this deposition on behalf of Exhibit 5, LLC. At this time, would you please raise your right hand for the oath?

    (Witness sworn)

    RECORDER: Thank you. Would the attorneys state their appearances for the record?

    MS. FRANKLIN: Jamie Franklin for the Plaintiff.

    MR. CLEVELAND: Michael Cleveland on behalf of Defendant University of Chicago Medical Center.

    RECORDER: Would anyone else in the room state their appearance?

    MS. ARTUNDUAGA: Maria Artunduaga, Plaintiff.

    MR. GARCIA: Ricardo Garcia, husband of the Plaintiff.

    RECORDER: That completes the required information. We can proceed.

    MS. FRANKLIN: Thank you.

    EXAMINATION
BY MS. FRANKLIN:

    Q. Dr. Grossman, could you, again, state your

Page 4

full name for the record?
    A. Eric Grossman.
    Q. Okay. Do you have a middle name?
    A. Joseph.    0:01:09
    Q. All right. Have you ever been deposed before?
    A. No.
    Q. So let me give you a short list of ground rules. They are very simple. First, if you ever need a break, let me know, and we will be happy to take one. If there's a question pending when you feel you need a break, I'll ask you to answer the question, and then we'll go on our break. Secondly, it's important that we don't talk over each other, so that the record is clear that the court reporter is taking down. So even if you think you know what I'm asking, wait 'til I finish and then begin your answer. And also if -- try to avoid using gestures or sounds like uh-huh to answer questions. Thirdly, if there's any question you don't understand for any reason, whether it was because you didn't hear me or you just don't know what I'm trying to get at, let me know. I want make sure you understand the question before you actually answer it, okay?
    A. Okay.

Page 9

1    Q.  Were you considered the administrative chief
2   resident that year?
3    A.  Yes.
4    Q.  And that was in general surgery, right?
5    A.  Yes.
6    Q.  Was there another administrative chief
7   resident?
8    A.  Yes.
9    Q.  Who was that?
10    A.  John Seal.
11    Q.  Was he also general surgery?
12    A.  Yes.
13    Q.  Did the two of you have identical
14   responsibilities?
15    A.  Complimentary.
16    Q.  What were your responsibilities as
17   administrative chief resident?
18    A.  Mostly call schedule.  Administrative stuff
19   such as organizing visiting professors, organizing
20   lecture series, and then day-to-day, for lack of a
21   better word, putting out fires and dealing with
22   day-to-day issues with residents that we could deal
23   with -- that we didn't have to include the faculty for.
24    Q.  What about Dr. Seal?  What were his duties?
25    A.  Identical.  I mean, they --

Page 10

1    Q.  Similar?
2    A.  Similar.                          0:06:53
3    Q.  Okay.  Did you prepare the rotation schedule
4   for the residents?
5    A.  No.
6    Q.  Who did that?
7    A.  Dr. Roggin and Dr. Schindler.
8    Q.  Dr. Roggin, what was his title at that time?
9    A.  Program director.
10    Q.  And what was Dr. -- I'm sorry Schindler?  Dr.
11   Schindler's title?
12    A.  I don't know.
13    Q.  What department or --
14    A.  General surgery.
15    Q.  Okay.  And what's the -- Dr. Schindler's
16   first name?
17    A.  Nancy.
18    Q.  Nancy.  So Dr. Roggin and Dr. Schindler
19   prepared the rotation schedule for residents?
20    A.  Yes.                            0:07:25
21    Q.  And did you have any role in preparing the
22   schedule at all?
23    A.  Minimal.
24       MS. FRANKLIN:  Okay.  Let's mark Exhibit 1.
25    Q.  Is Dr. Schindler in -- a general surgery

Page 11

1   attending?
2    A.  Vascular at NorthShore.
3    Q.  Vascular, okay.  At NorthShore.  All right.
4   Please take a look at what's been marked as Exhibit 1.
5   And let's start on page 1.  Are you familiar with this
6   document?
7    A.  Yes.                            0:08:05
8    Q.  Is this the first year rotation schedule for
9   2011, 2012?
10    A.  Yes.
11    Q.  And what role did you have in preparing it?
12    A.  Minimal.
13    Q.  What did you do to help prepare the schedule?
14    A.  Almost nothing.  This was prepared mostly by
15   Dr. Roggin and Carmen, the secretary.  I mean, we
16   looked at it a little bit to kind of give our thoughts
17   on it, but very little.  I mean, most of this is
18   dictated by individual resident's requirements, such as
19   those from plastics, or those from ortho, or those from
20   ENT need certain things.  Everyone needs vacation,
21   everyone needs certain amount of this or that.  So
22   there's not a lot of input that I had in this.
23    Q.  Do you norm -- did you -- during this time
24   that you were a general surgery resident, did you ever
25   have a role in preparing the rotation schedule?

Page 12

1    A.  No, I mean the -- to be -- I had a little bit
2   of role in preparing -- I don't think it's here, the
3   PGY -- oh, here it is, the PGY5 schedule, 'cause this
4   would have been me.
5    Q.  So you're -- you're -- are you referring to
6   the last page of the exhibit?
7    A.  Yeah.                           0:09:17
8    Q.  Okay.
9    A.  But even there, there was minimal -- the
10   University of Chicago was trying out a different
11   system, such that there was a block system, meaning
12   they attempted to try to have people on any given
13   service for an extended period of time, which is a
14   little bit different.  Additionally, this was the first
15   year there were six chiefs.  So that also threw a
16   little bit of a wrench in who was going to go where,
17   and then there was an attempt to try to give people
18   exposure to what they were going into.  So John and I
19   met with Dr. Schindler and Dr. Roggin a few times to
20   talk about the PGY5 schedule, but I had very little
21   role in the -- in anything else.
22    Q.  Okay.  Well do you remember when Dr. Roggin
23   began his role as program director?
24    A.  No.
25    Q.  Was it before you were -- was it before the

Page 65

1    Q. How would you go about assessing a -- an
2  intern's surgical skills? I'm not referring
3  specifically to -- to the endocrine service, but just
4  in general, how would you go about assessing a first
5  year's surgical skills?
6    A. I think there's a -- set of skills that an
7  intern should have when they get to intern year, which
8  include tying knots, and then there's a -- there's a --
9  I was probably the only -- I -- I don't know. It's
10  hard to -- I mean, I -- I think like any technical
11  field, I think -- and any apprenticeship, there are
12  some people who are naturally very good and some people
13  who are naturally not as good, but are trainable. And
14  I think the farther along you get, the ability to
15  identify who is naturally good, and who is trainable,
16  and who is just not very technically sound, and then
17  who is unsafe is a -- is a skill I don't think I
18  possess. But I -- I think it's definitely a -- a
19  knowable skill.
20    Q. On the weekly schedules we've been looking
21  at, your -- how can we tell which cases or clinics you
22  participated in? I don't see an indication of your
23  name on -- on these.
24    A. For what? For clinic?            1:14:36
25    Q. For the clinics or the cases?

Page 66

1    A. I'm Eric.
2    Q. Oh, I'm sorry, there you are right up front.
3  I'm sorry, for some reason, that didn't -- that -- I
4  didn't make that connection. So we can look at the
5  cases with Eric, and we can see which ones you were on.
6  And it looks like for the week of April 9th, there was
7  one case where you and Dr. Artunduaga were together,
8  right?
9    A. Yes.                  1:15:00
10    Q. And that was the one on Wednesday, April
11  11th, right?
12    A. Yes.
13    Q. And so -- and then if you'd look at the next
14  week, let's see if there were any in which you were
15  together. You were not together at all, right?
16    A. Yes.
17    Q. And then on the third week, similarly, you
18  were not together at all, right?
19    A. Yes.
20    Q. So it looks like you only had one case and no
21  clinics where you worked together in those three weeks,
22  is that right?
23    A. Yes.
24    Q. Do you remember the case you worked on with
25  Dr. Artunduaga?

Page 67

1    A. No.
2    Q. Do you remember anything specific about it?
3    A. No.
4    Q. Okay. Let's do this one. All right. Take a
5  look at -- Exhibit Number 11. This is an email you
6  wrote on April 24th, correct?
7    A. Mm-hmm.
8    Q. After Dr. Artunduaga had been on the Kaplan
9  service for -- going on three weeks by that point,
10  right?
11    A. Yes.
12    Q. Who asked you to write this review?
13    A. I don't -- I don't think I -- I don't recall.
14    Q. Was it Dr. Roggin?
15    A. You know, I don't recall whether I was -- I
16  don't recall a specific request for an evaluation, but
17  based upon what I knew was going on, I thought it would
18  be appropriate, and I think we talked about documenting
19  my exposure and experience, so that's what I did.
20    Q. Okay. So you drafted this yourself on April
21  24th, did anybody else help you draft it?
22    A. No.                  1:17:32
23    Q. Did you run it by anybody before you sent
24  this version to Dr. Roggin?
25    A. No.

Page 68

1    Q. Okay. So if you look at the actual text of
2  what you wrote, it says that you're writing to document
3  your experience with Dr. Artunduaga, right?
4    A. Mm-hmm.
5    Q. You know that she was only eligible to
6  participate in endocrine, correct?
7    A. Mm-hmm.
8    Q. You said you gave -- you made a concerted
9  effort to give her an equal opportunity, right?
10    A. Mm-hmm.
11    Q. You talked about the staffing on the service,
12  you had two medical students, one general surgery
13  intern, one plastics second year, etcetera. Do you see
14  that?
15    A. Mm-hmm.
16    Q. You said she was scheduled to be in at least
17  nine endocrine surgery cases, do you see that?
18    A. Mm-hmm. I -- I think the reason why that's
19  different from your -- I think there's one more week
20  we're missing, but yes, I do.
21    Q. Okay. Let me just grab those schedules again
22  here. I think the ones we have that we looked at that
23  are Exhibit 10 go through April -- if you look at the
24  third week of it, it goes through April 27th, and so
25  the three weeks starting April 9th through the 27th, we

Page 77

1    Q. So her -- she was requesting to have more
2  experience?
3    A. No, I think it was the -- well we -- I -- I
4  don't have them all in front of me, but there are a few
5  emails in which she was quite -- she was quite angry
6  and how she didn't feel as though she was being treated
7  equitably, and I guess that's what I'm referring to.
8    MS. FRANKLIN: Okay. Let's do this one.
9    Q. All right. Here -- please take a look at
10 Exhibit 12. All right. Do you have Exhibit 12?
11   A. Yes.                          1:29:33
12   Q. And this is -- the bottom part's an email
13 from Dr. Artunduaga to you, do you see that at the
14 bottom? It says "Eric --
15   A. Right.
16   Q. -- I'd like to --
17   A. Yes.
18   Q. -- cover one to two OR cases in endocrine.
19 I'm a still a surgical resident. I have seniority over
20 the students. I have no problem covering clinic on
21 Monday and Friday. Thanks." Is that the email -- is
22 that the demand you referred to in your letter of April
23 24th -- your email of April 24th?
24   A. No, but this is -- I'm not sure.
25   Q. Do you consider this a demand?

Page 78

1    A. Do I consider this a demand? I consider this
2  myopic.
3    Q. What do you mean by that?
4    A. I can -- I think as a fellow now, and as a
5  chief then, and as an attending next year, I think it
6  is a misconception that watching or both -- or
7  participating in the operating room as an intern is
8  better than something else. And to think that someone
9  has seniority over the student and therefore is being
10 mistreated is inaccurate in its assessment.
11   Q. I understand that's your opinion now --
12   A. And I --
13   Q. -- but my question is, during this time
14 period, did you consider this a demand?
15   A. I -- I guess so. I'm not sure what -- I
16 don't know. It's a strong request. I'm not sure.
17 I've never received an -- an email like this from an
18 intern.
19   Q. Did -- did Mindy also make a request that she
20 get more cases from you?
21   A. I don't -- I don't recall ever receiving an
22 email like this from any intern.
23   Q. Did you get requests from Mindy to get more
24 cases?
25   A. I don't believe so.

Page 79

1    Q. So she didn't complain to you that she wasn't
2  getting enough cases?
3    A. Not that I recall.             1:32:19
4    MS. FRANKLIN: Okay. Let's mark that Number
5  13.
6    Q. All right. Take a look at Number 13 please,
7  and let's look at the bottom part of the page. This is
8  another email from you, and this one's to Drs. Roggin
9  and Song, correct?
10   A. Yeah. Yes.
11   Q. This is a dated April 27th, so three days
12 after the one we looked at which was Exhibit 11,
13 correct?
14   A. I'm sorry, what did you say?
15   Q. This -- the email is dated April 27th, so
16 that's three days later than --
17   A. Oh, yes --
18   Q. -- after the email we looked at before, which
19 was April 24th, Exhibit 11, right?
20   A. Yes.
21   Q. And you've revised your original document,
22 correct?
23   A. Yes.                          1:33:48
24   Q. And who told you to do that?
25   A. I don't remember. I don't believe -- I don't

Page 80

1  remember being even advised to -- to do it again.
2    Q. You see there are differences between these
3  two emails, right?
4    A. Yes.
5    Q. For example, the second one from April 27th
6  says, "Provide you with feedback," the original one
7  said, "Document my experience," and then we'll go
8  through some other -- differences in a minute, but why
9  did you revise this -- why did you revise your original
10 -- your original evaluation?
11   A. I don't remember.
12   Q. Do you remember revising it?
13   A. No.                           1:34:37
14   Q. When you sent the original one to Dr. Roggin
15 on April 24th, did he respond to you with some
16 suggested changes?
17   A. Not that I recall.
18   Q. Why did you send the second one to Drs.
19 Roggin and Song?
20   A. I -- I don't recall. I think the first one
21 on the 24th was more of an attempt to document my
22 attempt at -- or basically, as a response to her -- Dr.
23 Artunduaga's feelings of misallocation of cases. And
24 then the second one was more of an overall feedback
25 regarding the month's review.

Page 49

1      MR. CLEVELAND: Objection to the form of the
2  question.
3      A. I don't recall. You -- my email response,
4  you mean?
5      Q. Did you -- yes, did you respond to Dr. Roggin
6  when you received this email?
7      A. I don't recall.
8      Q. What did -- what -- when you read this email,
9  did you know why Dr. Artunduaga was going to be
10  rotating exclusively on the Kaplan endocrine service?
11      A. No, I guess -- I mean in retrospect, I -- I
12  mean I don't know exactly when I learned, but the
13  reason why I was told, and I don't recall if it was
14  right around April 6th or not, was that she would --
15  she would be allowed to participate in the endocrine
16  aspect of the Kaplan service for the months of April
17  and May.
18      Q. Okay. Had she complained to you or been
19  difficult to you prior to you receiving this email?
20      A. No.
21      Q. Do you know whether she had complained or had
22  been difficult to Dr. Seal prior to receiving this
23  email?
24      A. No. I don't know.              0:54:02
25      Q. Did she misrepresent her status to you or to

Page 50

1  other residents before you got this email?
2      A. Not to me.
3      Q. What about to Dr. Seal, do you know?
4      A. I do not.
5      Q. Do you know who Jane McAtee is?
6      A. Yes.
7      Q. Who is that?
8      A. She is one of -- I don't know what her
9  official title is, but she's an in-house counsel for
10  the University of Chicago.
11      Q. Have you ever met her?
12      A. In -- not personally.
13      Q. Did you ever -- have interaction with her
14  with regard to Dr. Artunduaga's case?
15      A. Just through email.            0:54:43
16      MS. FRANKLIN: Let's mark this one Number 7.
17      Q. All right. Take a look at Number 7, please.
18  Again, more emails. Is this one of the emails you
19  reviewed when you were preparing for today?
20      A. Yes.
21      Q. The first page near the bottom, there's an
22  email from you to Dr. Roggin, correct?
23      A. Yes.
24      Q. And you're asking, "Does this mean she is to
25  exclusively work on the endocrine side, not the

Page 51

1  breast?" Right?
2      A. Yes.
3      Q. And then the response is, "Yes, Dr. J does
4  not want her on her service," is that right?
5      A. Yes.                          0:55:43
6      Q. And who does Dr. J refer to?
7      A. Dr. Jaskowiak.
8      Q. So you understood, from this email, that Dr.
9  Artunduaga would only be doing endocrine, she would not
10  be doing anything with respect to the -- the breast
11  part of the service, right?
12      A. Yes.
13      Q. And was it your responsibility to schedule --
14  make the schedule for April?
15      A. Yes. Well you're referring to the daily case
16  schedule?
17      Q. The -- the daily case schedules, right, which
18  I'll show you in just a second.
19      A. Yes.
20      Q. That was your responsibility?
21      A. Yes.
22      Q. Okay. And you were -- you understood in this
23  email that you would have to take that limitation into
24  consideration when you scheduled Dr. Artunduaga, right?
25      A. Yes.

Page 52

1      MS. FRANKLIN: Okay. Let's do this one.
2      RECORDER: Number 8.
3      Q. Okay. Exhibit 8, please take a look. It's
4  another email chain. If you could start at the bottom
5  of page 1, it says, "Eric" -- this is an email from Dr.
6  Artunduaga to you, correct?
7      A. Yes.
8      Q. "I will" -- it says, "Eric, I'll restart my
9  clinical duties next week. Please add me to the Kaplan
10  assignment schedule, and let me know how my weekend
11  calls will be distributed." Do you see that?
12      A. Yes.                          0:57:07
13      Q. And this is the time period in which Dr.
14  Artunduaga was going to be doing the endocrine side of
15  Kaplan, right?
16      A. Yes.
17      Q. Okay. You responded that you'd send the
18  weekly schedule, correct?
19      A. Yes.
20      Q. And you said, "I don't think you're on call
21  this month," do you see that?
22      A. Yes.
23      Q. Why was that?
24      A. I believe there's an email in which I asked
25  Dr. Roggin if she's supposed to take call, and he says,

## PGY 1 – 2011/12 Academic Schedule

| Resident | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blake Anderson #3396 Urology | NShpb | Ferg | Ferg | NShpb | Trnsp | Thor | Drag | PL | Block 1 | VAC | Float | Block 1 |
| Maria Artunduaga #3394 Plastics | Kap | Kap | Block 2 | Block 2 | Thor | VAC | Vasc | Trnsp | Kap/Float | Float | PL | Anesth |
| Julia Berian #1103 | Float | Float/Kap | Drag | Kap | Ferg | Block1 | NShpb | Thor | VAC | Vasc | Peds | Trnsp |
| Joseph Cohen #3381 Ortho | Drag | Vasc | ED | MSKI | Float | ICU | ANES | VAC | PL | Peds | ORT | ORT |
| Ananth Elsswarapu #3388 Ortho | Block 2 | Peds | Vasc | ICU | Float | ORT | ORT | VAC | VAC | PL | ED | MSKI |
| Monika Krezalek #3334 | Float | Float/Ferg | Trnsp | Drag | Kap | VAC | Block1 | NShpb | Thor | Ferg | Vasc | Peds |
| Joon Hyung Lee #3337 | Peds | Ferg/Float | Float | Trnsp | Drag | Kap | Ferg | Block1 | NShpb | Thor | VAC | Vasc |
| Susan Lim #3345 | Vasc | Kap/Float | Float | VAC | Peds | Trnsp | Kap | Drag | Ferg | Block1 | NShpb | Thor |
| Johnathan Lusardi #3390 OHNS | ED | Neuro | A/I | PL | OHNS | Float | OHNS | Block 2 | VAC | A/I | Thor | PICU |
| Glenda Montague #3392 OHNS | OHNS | PL | OHNS | A/I | VAC | Float | Thor | PICU | Block 2 | Neuro | A/I | ED |
| Joseph Pariser #1098 Urology | Trnsp | Block 2 | Ferg | Peds | Block 1 | NShpb | PL | Ferg | VAC | Ferg | Float | NShpb |
| Shane Pearce #3399 Urology | Thor | Trnsp | Block 1 | Ferg | Block 2 | PL | Ferg | VAC | Drag | NShpb | Ferg | Float |
| Oliver Schipper #3384 Ortho | ED | PL | Peds | PL | VAC | ANES | Float | Vasc | ORT | ORT | Block 2 | ICU |
| Deana Shenaq #1553 Plastics | PL | Thor | VAC | Block 1 | NShpb | Drag | Anesth | Kap | Kap/Float | Float | Trnsp | Vasc |
| Puneet Singh #1177 | Block1 | NShpb | Thor | Vasc | VAC | Peds | Trnsp | Float | Float/Kap | Drag | Kap | PL |
| Jason Somogyi #3386 Ortho | MSKI | ED | ORT | ORT | ANES | PL | Float | Peds | Vasc | VAC | ICU | Drag |
| Melinda Stack | | | | | | | | | | | | |

{ DATE @ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021368

EXHIBIT

| #1134 Preliminary | Ferg | Drag | PL | Float | Ortho | Block 2 | Block 2 | VAC | Trnsp | Kap | Block 1 | Float |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

{ DATE \@ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021369

**PGY 2**
**2011/12 Academic Schedule**

| Resident | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dan Butz #2591 | Cards/NSpl | VAC/NSpl | Cards | PL | Float | Ferg | VAC/Kap | ICU | Peds | CCH | CCH | CCH |
| Jennifer DeFazio #2810 | CCH | CCH | CCH | Cards | NScr | Float | ICU | VAC/NSvasc | NSvasc/VAC | Peds | Peds | Float/Ferg |
| Essie Kueberuwa #2777 | PL | NSpl/VAC | Peds | ICU | Kap | NSpl/VAC | CCH | CCH | CCH | Kap | Float | Cards |
| Sean McCarney #4041 Preliminary | Float 6/24-7/13 | | | | | | | | | | | |
| Lava Patel #3170 | ICU | ICU | VAC/Kap | CCH | CCH | CCH | Float/VAC | Cards | NSso/Skills | Float | Vasc | Peds |
| Marko Rojnica #2897 | CCH | CCH | Skills/VAC | Float | Cards | Cards/VAC | Peds | Peds | ICU | ICU | Ferg | Vasc |
| Reza Salabat #3347 Preliminary | VAC 6/24-7/7 ??? | Float | CCH | CCH | Ferg | Ferg/Cards | Cards | Kap/VAC | Float | Block 2 | ???? | Block 2 |
| Baddr Shakhsheer #2939 | Peds | Peds | Kap | Kap | CCH | CCH | VAC/Float | Float | Cards | Cards/VAC | ICU | ICU |
| Abhineet Uppal #2982 | Trn Proc/Float 7/14-31 | NSpcd/Skills | ICU | VAC/Ferg | Peds | Peds | CCH | CCH | CCH | VAC/Cards | Cards | Ferg/Float |
| Sean Wightman #2998 | Skills/Cards | Cards | Float | Peds | ICU | ICU | Kap/VAC | VAC/Kap | Ferg | CCH | CCH | CCH |

Switch day is on the 1st of each month except for January
January switch day is on the 2nd

{ DATE \@ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021371

## PGY 5
### 2011/12 Academic Schedule

| Resident | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emily Ahmed #2064 | Drag | Ferg | Block 1 | NScrs | VAC | Float | NShpb | NShpb | NScrs | Thor | NSso | ??? |
| Trissa Babrowksi #2692 | Float | NScrs | Ferg | NShpb | NShbp/ VAC | Drag | Block 2 | Kap | Block 1 | NScrs | NSmis/ VAC | Ferg |
| Brian Bello #2570 | Ferg | Block 2 | Block 2 | VAC/ Block 1 | NSso | Ferg | Ferg | Block 1 | Block 2/ VAC | Drag | Drag | Float |
| Eric Grossman #1623 | NShpb | NShpb | NShpb/ VAC | Kap | Block 2 | Block 2 | Drag | VAC/ Float | Float/ Thor | Kap | Ferg | NScrs |
| Mark London #2952 | Hagg | Float | Drag | Drag/ VAC | NSmis | Kap | Thor/ VAC | Ferg | Ferg | NSmis | NScrs | Block 2 |
| John Seal #1692 | Block2 | Kap | NScrs | NSso | Ferg | Block1 | Hagg/ Float | Float/ VAC | Drag | VAC/ Ferg | NShpb | NShpb |

### COLON & RECTAL FELLOW

| David Lin #3327 | Block 1 | Block 1 | NW | NW | NW | Endo | NScrs | Block 2 | VAC | Block 2 | Endo | Block 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### ENDOCRINE FELLOW

| Karen Devon #3331 | | | Kap | | Kap | | Kap | | Kap | | Kap | Kap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Switch day is on the 1st of each month except for January. January switch day is on the 2nd

{ DATE \@ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021375

| | |
|---|---|
| **From:** | Grossman, Eric [UCH] [Eric.Grossman@uchospitals.edu] |
| **Sent:** | Tuesday, April 24, 2012 9:28 PM |
| **To:** | Roggin, Kevin [BSD] - SUR |
| **Subject:** | Kaplan Service |

Dr. Roggin,

I am writing to document my experience with Maria Artunduaga during the month of April 2012.

As you know, Maria began on the Kaplan service the second week of April, 2012. Due to restrictions on her residency, she was only eligible to participate in endocrine surgery cases and patient care.

Therefore, during this month, I made a concerted effort to afford her an equal opportunity to participate in endocrine surgery with her colleagues. Specifically, on our service there are two medical students, one additional general surgery intern, and one plastic surgery second-year resident. Everyone is entitled to some exposure to endocrine surgery, and it has been my goal to balance her exposure with those of the rest of the team.

During her time on our service, Maria was scheduled to be in at least nine endocrine surgery cases. This total is very similar to her co-intern, who was scheduled for seven endocrine surgery cases.

Despite being afforded an equitable operative experience, Maria repeatedly would not show up for rounds in the morning. Additionally, she has sent me unprofessional and demanding emails regarding her operative and patient care experience.

In summary, my main objective as the chief resident on this service is to provide safe patient care while affording all members of our team a good operative and educational experience. Despite Maria's restrictions, I feel confident I have created a situation that has allowed her the best possible experience.

Thank you very much.

Sincerely,
Eric Grossman


Eric Grossman, MD
Department of Surgery
University of Chicago
773-753-1880 x1623



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          UCMC00014483

| From: | Song, David [BSD] - SUR <dsong@surgery.bsd.uchicago.edu> |
|---|---|
| Sent: | Wednesday, May 30, 2012 8:28 AM |
| To: | McAtee, Jane [UCH] <Jane.Mcatee@uchospitals.edu>; Artunduaga, Maria [UCH] <maria.artunduaga@uchospitals.edu> |
| Subject: | FW: Intern review |

Here is the email of Dr. Artunduaga's evaluation from the Chief Resident on service during her heightened supervision month of April.

**DAVID H. SONG, MD, MBA, FACS**
Cynthia Chow Professor of Surgery
Chief, Section of Plastic and Reconstructive Surgery
Vice-Chairman, Department of Surgery
The University of Chicago Medicine & Biological Sciences
5841 S. Maryland Ave. | Rm J641, MC 6035 | Chicago, IL 60637
Office: 773-702-6302
Pager: 1670

**AT THE FOREFRONT OF MEDICINE®**
http://www.uchospitals.edu
http://surgery.uchicago.edu/specialties/plastic
http://www.facebook.com/uchicagoplasticsurgery
Twitter: @dhsong

**From:** Grossman, Eric [UCH] [mailto:Eric.Grossman@uchospitals.edu]
**Sent:** Friday, April 27, 2012 4:28 PM
**To:** Roggin, Kevin [BSD] - SUR; Song, David [BSD] - SUR
**Subject:** Intern review

Drs. Roggin and Song,

I am writing to provide you with feedback regarding my month's experience with Maria Artunduaga.

As you know, during this month she was assigned to participate in the care and management of patients on the endocrine surgery service. Overall, Maria's performance did not meet expectations, and she did not function at the level of an intern. She was disorganized in clinic, and her patient presentations were often unclear and incomplete. This behavior was noted by both our mid-level provider, as well as our attendings.

Additionally, she was frequently late to our morning rounds; sometimes coming between 10 and 20 minutes after we had already started, and had seen many of our patients. On occasion she would come so late that she would miss rounds altogether. In the evenings, she would leave without checking in with me on a regular basis. Finally, she never helped our other intern Mindy in the mornings before rounds, or in the evenings during sign-out.

In summary, Maria's performance this month was both sporadic and sub-par. She did not perform her duties as an intern well, and I was overall unimpressed with the quality of her work.

Thank you very much.
Sincerely,
Eric Grossman



EXHIBIT
13 Grossman
4|22|14   RP

**UCMC00000372**

```
Eric Grossman, MD
Department of Surgery
University of Chicago
773-753-1880 x1623
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UCMC00000373**