# TAB 17

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------

Maria Artunduaga,

Plaintiff,

vs.                     Case Number 1:2012cv08733

The University of Chicago Medical Center,

Defendant.

-------------------------------------------------

Deposition of Barry Kamin
Monday
November 24th, 2014

-at-

The Chicago Bar Association
321 South Plymouth Court
Suite 1250
Chicago, Illinois

Page 2

1        APPEARANCES
2
3    For the Plaintiff:
4    Jamie Franklin
5    The Franklin Law Firm
6    53 West Jackson Boulevard
7    Suite 803
8    Chicago, Illinois 60604
9
10   For the Defendant:
11   Michael G. Cleveland
12   Vedder Price
13   222 North LaSalle Street
14   Chicago, Illinois 60601
15
16   Also present:
17   Erin Sloan
18
19       RECORDER: Good afternoon. We are now on the
20   record. Today is Monday, November 24th, 2014. The
21   time is now 12:55 p.m. We are located at the CBA
22   Building, 321 South Plymouth Court, Suite 1250,
23   Chicago, Illinois, for a deposition in the matter of
24   Maria Artunduaga v. The University of Chicago Medical
25   Center, case number 1:2012cv08733. The venue is

Page 3

1    Northern District of Illinois, Eastern Division. The
2    witness today is Barry Kamin. Mr. Kamin, my name is
3    Lauren Lykke. I'm a notary public, and I'm recording
4    this deposition on behalf of Exhibit 5, LLC. At this
5    time, would you please raise your right hand for the
6    oath?
7        (Witness sworn)
8        RECORDER: Thank you. Would the attorneys
9    please state their appearances for the record?
10       MS. FRANKLIN: Jamie Franklin for Dr. Maria
11   Artunduaga.
12       MR. CLEVELAND: Michael Cleveland on behalf
13   of Defendant University of Chicago Medical Center.
14       RECORDER: Would anyone else in the room
15   please state their appearance for the record?
16       MS. SLOAN: Erin Sloan, videographer with
17   Exhibit 5.
18       RECORDER: That completes the required
19   information. We can proceed.
20           EXAMINATION
21   BY MS. FRANKLIN:
22       Q. All right. Thank you for being here today,
23   Mr. Kamin. Can you, again, state your full name for
24   the record?
25       A. Barry Kamin.                    0:01:15

Page 4

1        Q. All right. Have you had your deposition
2    taken before?
3        A. I have not.
4        Q. All right. Just a few very simple ground
5    rules. I'll be asking you questions, you'll be
6    answering. If you don't understand a question, either
7    because I didn't ask it clearly or you didn't hear me,
8    let me know, and I'll be happy to rephrase it, or ask
9    it again in a better way, or have it read back. If you
10   need a break at any time, let us know, and we'll be
11   happy to do so. The only caveat is that if there is a
12   question pending, I'll ask you to answer that question
13   before we take our break.
14       A. Okay.
15       Q. And finally, we should both try to be careful
16   not to speak over each other, and also to use words, as
17   opposed to gestures or phrases like uh-huh, which are
18   not easily transcribable by the court reporter.
19       A. Okay.
20       Q. All right? Very good. All right. Well --
21   why don't you tell me what your current position is at
22   the University of Chicago Medical Center?
23       A. I am the executive director for graduate
24   medical education and continuing medical education.
25       Q. I'm gonna hand you an Exhibit, which I was

Page 9

1  A. Let me correct that. I was actually director
2  for graduate medical education, that -- the executive
3  title came in some point along the way.
4  Q. Okay. Sometime between 2011 and '14?
5  A. Correct.                                    0:07:32
6  Q. All right. Was there somebody else in the
7  position of executive director?
8  A. No.
9  Q. And in that position, you were still -- well
10 actually, you were the ACGME designated institutional
11 official, correct?
12 A. For a portion of that time, yes.
13 Q. And so as -- as opposed to being the deputy,
14 you were the -- on the main lines, correct?
15 A. Correct.
16 Q. All right. Now you noted in this -- in the
17 bullet points on this entry, that there are -- there
18 are 76 ACGME accredited programs at U of C -- UCMC,
19 correct?
20 A. Correct.
21 Q. Okay. Are you familiar with the -- the
22 Plaintiff in this case, Dr. Maria Artunduaga?
23 A. I think we've met once.
24 Q. When did you meet?
25 A. In my office.

Page 10

1  Q. When was that?
2  A. In 2012.
3  Q. Do you remember the month?
4  A. I don't.                                    0:08:37
5  Q. Do you remember the purpose?
6  A. She wanted to speak with me and with Dr.
7  Simon.
8  Q. Did you meet with Dr. Simon as well?
9  A. We did.
10 Q. So there were three people in the meeting?
11 A. Correct.
12 Q. Anyone else?
13 A. No.
14 Q. And what was the subjects -- what were the
15 subjects discussed?
16 A. My sole recollection of that meeting is that
17 Dr. Artunduaga wanted Dr. Simon or I to instruct Dr.
18 Matthews, chair of surgery, to provide her with more
19 surgical cases.
20 Q. And what action did you take, with respect to
21 that request?
22 A. We took none.
23 Q. Did you tell her what your actions would be?
24 A. I don't recall.
25 Q. What program was Dr. Artunduaga in at the

Page 11

1  University of Chicago Medical Center?
2  A. Plastic surgery.
3  Q. And who was her program director?
4  A. David Song.                                 0:09:43
5  Q. Besides the meeting that we just discussed,
6  have you ever met with Dr. Artunduaga in any other
7  occasion?
8  A. I believe she was present at an EEO hearing
9  that I was asked to attend with Ms. Duprey.
10 Q. Where was that meeting located?
11 A. I -- I remember it was in the same building
12 that Ogilvie Transportation Center is in.
13 Q. It was at the EEOC, right?
14 A. If you say so.
15 Q. No, I won't say so, but I know that the EEOC
16 is actually in that building.
17 A. Well that --
18 Q. So --
19 A. -- that may -- okay.
20 Q. All right. Was that a mediation?
21 A. I believe it was.
22 Q. Okay. Any other times you met Dr.
23 Artunduaga?
24 A. No.
25 Q. How did you prepare for your deposition

Page 12

1  today?
2  A. Mr. Cleveland and I met.
3  Q. When was that?                              0:10:49
4  A. Last Tuesday.
5  Q. And how long?
6  A. I think about two hours.
7  Q. Are you represented by Mr. Cleveland today?
8  A. I don't know who represents me.
9     MR. CLEVELAND: I do represent Mr. Kamin.
10    MS. FRANKLIN: Okay. Thank you.
11 Q. Anyone else in the meeting with Mr. Cleveland
12 when you met last week?
13 A. No.
14 Q. Did you review any documents?
15 A. We did.
16 Q. What kind of documents -- or which documents
17 did you review?
18 A. He showed me what I would describe as select
19 questions.
20 Q. What kind of documents did you review?
21 A. I don't know what the name of it is.
22 Q. Did you look at any emails?
23 A. Not at that time, no.
24 Q. Okay. Returning briefly to your CV, the
25 third entry, "Director, Graduate Medical Education," do