# TAB 18

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------

Maria Artunduaga,

    Plaintiff,

vs.       Case Number 1:2012cv08733

The University of Chicago Medical Center,

    Defendant.

-------------------------------------------------------

Deposition of Edwin L. Kaplan
Friday
April 11th, 2014

-at-

The Franklin Law Firm
53 West Jackson Boulevard
8th Floor Conference Room
Chicago, Illinois

---

Page 2

1            APPEARANCES
2
3    For the Plaintiff:
4    Jamie Franklin
5    The Franklin Law Firm
6    53 West Jackson Boulevard
7    Suite 803
8    Chicago, Illinois 60604
9
10    For the Defendant:
11    Michael G. Cleveland
12    Vedder Price
13    222 North LaSalle Street
14    Chicago, Illinois 60601
15
16    For the University of Chicago Medical Center:
17    Anne E. Duprey
18    5841 South Maryland Avenue
19    MC1132
20    Chicago, Illinois 60637
21
22    Also present:
23    Maria Artunduaga
24    Ricardo Garcia
25

---

Page 3

1      RECORDER: Good afternoon. We are now on the
2  record. Today is Friday, April 11th, 2014. The time
3  is now 2:03 p.m. We are located at The Franklin Law
4  Firm, 53 West Jackson Boulevard, Eighth Floor
5  Conference Room, Chicago, Illinois, for a deposition in
6  the matter of Maria Artunduaga v. The University of
7  Chicago Medical Center, Case Number 1:2012cv08733.
8  Venue is the Northern District of Illinois, the Eastern
9  Division. The witness today is Dr. Edwin Kaplan. Dr.
10  Kaplan, my name is Jeremy Aynessazian. I'm a notary
11  public and recording this deposition on behalf of
12  Exhibit 5, LLC. At this time, would you please raise
13  your right hand for the oath?
14      (Witness sworn)
15      RECORDER: Would the attorneys please state
16  their appearances for the record?
17      MS. FRANKLIN: Jamie Franklin on behalf of
18  the Plaintiff.
19      MR. CLEVELAND: Michael Cleveland on behalf
20  of Defendant University of Chicago Medical Center.
21      RECORDER: Oh, anyone else in the room, can
22  you please state your appearance as well?
23      MS. ARTUNDUAGA: Maria Artunduaga, Plaintiff.
24      MR. GARCIA: Ricardo Garcia, husband of the
25  Plaintiff.

---

Page 4

1      MS. DUPREY: Anne Duprey, Associate General
2  Counsel for the University of Chicago Medical Center.
3      RECORDER: That completes the required
4  information. We can proceed.
5      EXAMINATION
6  BY MS. FRANKLIN:
7    Q. Thank you so much, Dr. Kaplan, for being
8  here, and I am going to make every effort to get us all
9  out of here quickly on a beautiful spring day. Could
10  you state your full name again for the record?
11    A. Yes. Edwin, do you want the middle name?
12    Q. Yes, please.
13    A. Louis Kaplan.
14    Q. All right. And are you currently associated
15  with the University of Chicago Medical Center?
16    A. I am.          0:01:40
17    Q. And what is your position there?
18    A. Professor of surgery.
19    Q. Okay. I would like to mark Exhibit 1. All
20  right. Before we take a look at Exhibit 1, I just want
21  to go over a few of the ground rules for our deposition
22  today, Dr. Kaplan. So I'll be asking questions, you'll
23  be answering, and if there's any question that you
24  don't understand, whether you didn't hear it correctly
25  or just didn't know what I was trying to get at, please

Page 13

1    A. No.      0:12:22
2      MS. FRANKLIN: Okay. Let's mark Exhibit 3
3  there. Actually, I'd like to give you 4, as well,
4  since --
5    Q. All right. If you'd take a look at what's
6  been marked as Exhibit 3. Are you familiar with this
7  document?
8    A. No.
9    Q. We've had some other testimony during the
10  week regarding this document being the rotation
11  schedule for first year interns. Does that look right
12  to you?
13      MR. CLEVELAND: Objection to the form of the
14  question. You can answer it if you can.
15    A. Perhaps I've seen this document, but I don't
16  remember seeing it, and it does seem like this would be
17  a rotation schedule, yes.
18    Q. Okay. And the second resident listed on the
19  first column is Dr. Artunduaga, correct?
20    A. Yes.      0:13:35
21    Q. Does this indicate that she was to rotate
22  with your service in July and August?
23    A. Yes.
24    Q. And do you remember if she indeed did so?
25    A. Yes.

Page 14

1    Q. Okay. If you would also look at Exhibit 4
2  then. Exhibit 2 was the schedule of surgical services
3  for June 24th through July 31st. Is this Exhibit the
4  schedule for August 1st to 31st, 2011?
5    A. I'm sorry, would you repeat that again?
6    Q. Sure. Is this the schedule of surgical
7  services for August 2011?
8    A. Yes.
9    Q. And does this indicate to you -- when you
10  look down to the second grouping of Kaplan service,
11  does this indicate that the attendings were yourself,
12  Dr. Chhablani, Dr. Grogan, Dr. Jaskowiak, and Dr.
13  Angelos?
14    A. Yes.      0:14:34
15    Q. And does it indicate that Dr. Seal was the
16  chief resident?
17    A. It does.
18    Q. And that doctor -- I'm sorry, that Ms. Jose
19  was the nurse practitioner?
20    A. Yes.
21    Q. And also, if you'll go to the last column to
22  the right, does it indicate that Dr. Artundaga, as
23  well as Dr. Lim and Dr. Berian were residents on the
24  service?
25    A. It does.

Page 15

1    Q. Do you remember Dr. Lim?
2    A. No.
3    Q. What about Dr. Berian?
4    A. Yes.
5    Q. Was Dr. Berian a first year or do you -- do
6  you remember what year he or she was?
7    A. I don't -- I don't know that. I know her as
8  a medical student, and now she is a resident in -- in
9  surgery, but I don't know what she was at that time.
10    Q. Okay. And you don't recall Dr. Lim?
11    A. Do you know the first name?
12    Q. I don't have that at the moment, but I can
13  probably get it for you later.
14    A. No, I don't.
15    Q. All right.
16    A. I do not.      0:15:31
17    Q. If I said her name was Sue Lim, would that
18  help refresh your memory?
19    A. Yes, that would.
20    Q. Okay. Do you recall what year Dr. Lim was
21  during this time period?
22    A. I think she was a first year resident as
23  well, if it's who I think it is, a young lady from
24  Florida.
25    Q. And Dr. Seal -- the chief resident for this

Page 16

1  August time frame was Dr. John Seal, correct?
2    A. Yes. I truly don't remember much about him
3  being our chief resident at that time.
4    Q. Is he still with the university?
5    A. No.
6    Q. So we looked at the schedules, and the
7  schedules indicated that Dr. Artunduaga rotated in your
8  service in July and August 2011, correct?
9    A. Yes.      0:16:27
10    Q. When was the first time you met Dr.
11  Artunduaga?
12    A. I think I met her at the faculty club when
13  she was introduced as one of the new interns at the
14  faculty club.
15    Q. So that would've been before she started
16  working on your --
17    A. The end of June, I would think, before things
18  started.
19    Q. Okay. Do you remember when Dr. Artunduaga
20  began working with you?
21    A. No.
22    Q. Do you have any specific memory that she
23  began working with you in late June or early July on
24  that rotation?
25    A. I'm sure that's true.

Page 29

1  that time, was Dr. Posner.
2      Q.  And Dr. Posner, at that time, was he program
3  director for general surgery?
4      A.  If I'm correct.                    0:33:51
5      Q.  John Seal -- Dr. John Seal did not report to
6  Dr. Song, correct?
7      A.  He doesn't -- there -- I'm sure Dr. Song had
8  an interest in how Maria was doing because that -- she
9  was going to go into plastic surgery and to -- and so
10 I'm sure he had an interest on how she was doing in --
11 on the general surgical services.
12     Q.  Okay.  I just wanted to make sure though that
13 John Seal did not report to Dr. Song?  He reported to
14 --
15     A.  I have no reason to --
16     Q.  -- Dr. Posner, right?
17     A.  -- believe he reported to Dr. -- I'm not sure
18 who reports anything to anybody.
19         MS. FRANKLIN:  Okay.  I'm gonna mark another
20 Exhibit.  This is -- Exhibit 7 is UCMC 5806 to 5807.
21     Q.  All right.  Please take a look, and let me
22 know if you are familiar with this document.
23     A.  Yes.                              0:35:12
24     Q.  Is this your evaluation of Dr. Artunduaga?
25     A.  Yes.  And it's a -- if you look on page 2,

Page 30

1  down in the overall comments box, it looks like it was
2  submitted on September 6th, 2011, is that right?
3      A.  Yes.
4      Q.  Is this evaluation -- does it cover the
5  entire July and August 2011 time frame?  Or is it for a
6  different -- a smaller portion of that time frame?
7      A.  I don't know if I was asked to -- often at
8  the end of one month, you're asked to give an
9  evaluation.  I don't know whether I did that or not,
10 but this was after two months.
11     Q.  Okay.  If you'd look at the -- at the
12 comments box -- actually, let me ask you, first, before
13 we look at the comments box on page 2, let's look at
14 the -- one third of the way down, it says,
15 "Administrative abilities, practice based learning," do
16 you see that?
17     A.  I'm sorry, where is it?  Which page, please?
18     Q.  Yes.  Page 2.
19     A.  Yes.                              0:36:17
20     Q.  And then about a third of the way down,
21 there's a category called, "Administrative abilities,"
22 do you see that?
23     A.  Yes.
24     Q.  And you said ability -- and for ability to
25 lead, you put, "N/A," do you see that?

Page 31

1      A.  Yes.
2      Q.  Is that 'cause you hadn't had any experience
3  observing Dr. Artunduaga in that regard?
4      A.  As a first year resident, she wasn't expected
5  to lead a service, and that's why it didn't seem
6  applicable to me.
7      Q.  Okay.  If you look down a little further,
8  there's three more topics where you -- you've marked
9  N/A, do you see that?
10     A.  Yes.
11     Q.  That's, "System-based practice," and there's
12 three different ones.  Is -- did you mark N/A for those
13 because you hadn't observed Dr. Artunduaga in those
14 contexts?
15     A.  Yes.  But it's -- it's hard for me to know
16 what these mean for anybody, so I -- I put not
17 applicable.
18     Q.  Okay.  And then in the overall comments, you
19 note that, "This was Maria's first rotation," correct?
20     A.  Yes.                              0:37:13
21     Q.  "She gained great experience as time passed,"
22 correct?
23     A.  Yes.
24     Q.  You noted, "She is very bright and good --
25 and very good with her hands," do you see that?

Page 32

1      A.  Yes.
2      Q.  What did you mean by good with her hands?
3      A.  I meant in the operating room, I had -- I
4  often had the students and the residents close the skin
5  layer in the very end of the case, and Maria seemed to
6  exhibit good -- good -- very good surgical technique.
7      Q.  You then say, "She is good now, but she will
8  make a fine resident if she gains more experience and
9  gains more confidence," do you see that?
10     A.  Yes.
11     Q.  What did you base that opinion on?
12     A.  I think it's a -- an estimate that, in the
13 future, as -- just as I said, as she got more
14 experience, and -- and got more confidence, and got to
15 understand the systems better, and what not, that I
16 expected her to do better.
17     Q.  Have you seen other residents through --
18 throughout your career who were inexperienced at their
19 first rotation, who improved and then became excellent
20 residents?
21     A.  Yes.                              0:38:25
22     Q.  And you expected Maria would do the same?
23     A.  I was hopeful.
24     Q.  Did you have any reason, at this time, to
25 believe she wouldn't be able to do that?

Page 33

1    A. No.
2    Q. Did you -- at the time period that you
3  prepared your review that we've just looked at, did you
4  review any of the evaluations by any of the other
5  attendings in your -- in your section --
6    A. No.
7    Q. -- regarding Dr. Artunduaga?
8    A. No.
9    Q. Did any of the other attendings talk to you
10  about their evaluations of her?
11   A. I can't remember that. I -- I -- it's --
12  it's possible, but I -- I don't remember any of them
13  speaking to me.
14   Q. When you fill out these faculty evaluations,
15  do you -- you don't discuss them with other people
16  first, do you? Actually, let me ask you a better
17  question. I think that was --
18   A. I don't know --
19   Q. I think that was very unclear. What I mean
20  is -- this is -- when you fill out the faculty
21  evaluations, you're -- you're -- you are conveying just
22  your opinion, correct?
23   A. Correct.
24   Q. You're not asking other people what they
25  think and then synthesizing various other people's

Page 34

1  opinions, right?
2    A. Correct.                          0:39:44
3    Q. Okay. All right. Dr. Kaplan, take a look at
4  Exhibit 8.
5    A. Yes.
6    Q. Have you ever seen this email before? This
7  is UCMC 1632.
8    A. No, I never did.
9    Q. Okay. I don't think your name is in the to
10  or the cc line. You don't see it there, right?
11   A. I'm sorry. Repeat that, please.
12   Q. I don't see your name in the to or the cc
13  line, do you?
14   A. Correct.
15   Q. This email indicates -- it's an email from
16  Carmen Barr --
17   A. To --
18   Q. I'm sorry?
19   A. Okay.
20   Q. Yes. It's an email from Carmen Barr
21  indicating that there's a -- a schedule change, do you
22  see that?
23   A. Yes.                            0:41:24
24   Q. And apparently, Dr. Artunduaga is to be
25  switched to plastic surgery for October 2011, correct?

Page 35

1    A. Yes.
2    Q. Do you know why that -- that occurred?
3    A. No.
4    Q. Were you aware, during the October 2011 time
5  frame, that Dr. Artunduaga was being -- that her -- her
6  rotation schedule was gonna be switched?
7    A. I don't remember ever knowing that.
8    Q. Did any -- nobody ever consulted with you
9  about it?
10   A. Correct.
11      MS. FRANKLIN: Okay. Here we are, Number 9.
12   Q. All right. Exhibit 9 is UCMC 3954 to 3955.
13      WITNESS: Is that this one?
14      MR. CLEVELAND: Yes.
15   Q. All right. Please take a look at Number 9,
16  Dr. Kaplan. Have you ever seen this document before?
17   A. No.
18   Q. Did you see it preparing for your deposition
19  today?
20   A. No.
21   Q. I mean -- I'm sorry, I didn't mean to imply
22  you were preparing. Did you see it in
23  preparation for your deposition?
24   A. No.                            0:42:52
25   Q. Okay. So sitting here today is the first

Page 36

1  time you've ever seen it, right?
2    A. To the best of my knowledge.
3    Q. All right. I wanted to focus your attention
4  on the first paragraph of the -- of the memo. It says,
5  "Acknowledging that this was a very difficult meeting."
6  This is November 2nd, 2011, correct? The date on the
7  top?
8    A. Yes.
9    Q. It says, "Acknowledging that this was a very
10  difficult meeting, we convened an urgent -- an urgent
11  meeting with Dr. Maria Artunduaga after her most recent
12  rotation on our service through the month of October.
13  It was unanimous amongst the numerous -- numerous
14  evaluators across the Department of Surgery,
15  particularly within our section, that the issues that
16  Dr. Artunduaga has will be extremely difficult to
17  correct within the time allotted during residency
18  period." You see that?
19   A. Yes.                            0:43:57
20   Q. Were you -- were you one of her evaluators in
21  the Department of Surgery during this time frame?
22   A. Yes.
23   Q. Do you recall ever being consulted about the
24  conclusion expressed in this letter?
25   A. No.

Page 37

1    Q. Do you agree that it would have been
2  extremely difficult for her to correct her issues
3  during the residency period?
4    A. I truly don't have all the knowledge even
5  today. I had no -- I didn't have all the knowledge
6  there, at that time, of what transpired to lead people
7  to be -- to hold a negative opinion.
8    Q. So this note -- this memo from November 2nd
9  is addressing her performance from two rotations in
10 your service, July and August, and then whatever
11 happened in September and October, correct? That's the
12 time frame we're talking about, correct?
13   A. Yes.                    0:44:56
14   Q. Okay. Did anything happen while Dr.
15 Artunduaga rotated in your service that would have led
16 you to believe, by November 2nd, 2011, that she
17 couldn't be corrected?
18   A. I don't know what happen -- I think whatever
19 happened with Dr. Jaskowiak happened while she was on
20 her service. I really don't what that was, so from my
21 -- my experience did not lead me to believe that --
22 that this -- I was not asked and -- and I would not
23 have held the same opinion, although I did not confer
24 with others who had the -- the negative experiences.
25   Q. Did you -- before -- prior to this date,

Page 38

1  which -- of the memo, which is November 2nd, 2011, had
2  you spoken to Dr. David Song about Dr. Artunduaga?
3    A. I don't remember precisely speaking with him
4  about it.
5    Q. Do you remember him ever coming to you and
6  asking you how she did in your rotation?
7    A. I don't remember that specifically, but I
8  would have answered in a positive way, if -- if she
9  had.
10   Q. All right. Here's Number 10. Number 10 is
11 UCMC 861 to 862. All right. Dr. Kaplan, this -- would
12 you take a look at Exhibit 10. Let me know if you've
13 ever seen this document before.
14   A. I've never.
15   Q. All right. This -- is you wanna just flip
16 through both pages, I think you'll see this is a letter
17 from Dr. Song to Dr. Artunduaga, correct?
18   A. Yes.                    0:47:40
19   Q. And you haven't seen it before today, right?
20   A. Correct.
21   Q. The first sentence says that Dr. Artunduaga
22 will be -- is being placed on probation as of November
23 15th, 2011, do you see that?
24   A. Yes.
25   Q. Do you remember -- during that time frame,

Page 39

1  did you know that she was being placed on probation?
2    A. I don't know if I knew or didn't know, but
3  the -- the first time I really know -- knew about it
4  was when Dr. Artunduaga came and spoke to me about
5  being on probation.
6    Q. Okay. You remember when that was?
7    A. I don't recall if it was November or December
8  because she -- it was before she was to be married.
9  Several weeks before she was gonna be married.
10   Q. Okay. I'm gonna mark an email that will
11 hopefully address the -- the date. Let's see, 11.  11
12 is UCMC 1602. All right. Dr. Kaplan, please look at
13 Exhibit 11. And this is an email that looks to be from
14 -- first, let me ask you, who's Pat -- Patricia
15 Schaddelee?
16   A. That's my --
17   Q. Schaddelee?
18   A. My secretary.
19   Q. Okay. So from your secretary to Dr.
20 Artunduaga, correct?
21   A. Yes.                    0:49:25
22   Q. And it's talking about a meeting that you --
23 you're going to have with her on November 29th,
24 correct?
25   A. Yes.

Page 40

1    Q. And is that the meeting you were referring
2  to?
3    A. Yes.
4    Q. All right. If you would scroll down the page
5  to the -- the bottom half. There's an email there from
6  Dr. Artunduaga to you, do you see that one? It's
7  starts out, "Hi Dr. Kaplan."
8    A. Yes.
9    Q. It says, "I felt -- I felt compelled to write
10 you looking for advice," and then goes on to say, "My
11 monthly evaluations have been far below what plastic
12 surgery residents usually get. Dr. Song has decided to
13 put me on probation," do you see that?
14   A. Yes.                    0:50:14
15   Q. And then after Dr. Artunduaga sent you this
16 email, you agreed to meet with her and set the -- the
17 date for 11/29, right? Or November 29 was the date you
18 were gonna meet with her, right?
19   A. Right.
20   Q. Okay. And you did have meeting, correct?
21   A. Yes.
22   Q. How long did the meeting last?
23   A. I have no way -- I really don't know. I
24 would think about a half an hour or something like
25 that.

Page 41

1    Q. Okay. Do you remember --
2    A. Maybe short --
3    Q. I'm sorry, go ahead.
4    A. Go ahead.
5    Q. Do you remember where you had the meeting?
6    A. In my office.
7    Q. Was it just the two of you?
8    A. Yes.
9    Q. And how -- what did Dr. Artunduaga tell you?
10    A. As I remember it, she was very upset and was
11 crying, and told me that she was placed on probation,
12 and that Dr. Song had -- had told her that there were
13 -- if -- if I remember, she told me there were two
14 possibilities, the first was that she could resign at
15 this time, or something to that effect, and that he
16 would not -- he would help her to get another position,
17 or something to that effect, and the other was that she
18 could go on probation, and that -- that -- for three
19 month -- a three month probation period, and be
20 reevaluated in the spring after the three months.
21    Q. Did she ask you what you thought she should
22 do?
23    A. I'm sure she did. And I don't remember what
24 I told her. I -- you know, I don't remember whether I
25 -- what I told her, but she told me that she knew she

Page 42

1 could succeed and she wanted to do the probation, and
2 that she would do very -- that she thought she would do
3 -- was hopeful that she would do very well.
4    Q. Did you -- were you aware that she was
5 getting ready to leave the country for her wedding?
6    A. Yes. And she was -- told me that she was
7 going to be married in ten days or two weeks, and that
8 she's very emotionally upset at that time. And I told
9 her that this is a big part of her life and that she
10 should try to relax and enjoy her wedding and just be
11 happy with that, and that she would come back and --
12 and do the probationary period, if that's what she
13 wished to do.
14    Q. You didn't tell her it would be a good idea
15 to cancel the wedding, did you?
16    A. No.       0:52:52
17    Q. Do you remember Dr. Artunduaga telling you
18 some of the things that had happened to her during that
19 meeting?
20    A. I don't remember specific things that
21 happened to her. No.
22    MS. FRANKLIN: All right. Let's mark the
23 next Exhibit then. Number -- Number 12 is UCMC 1586.
24    Q. All right. Please take a look at Exhibit 12.
25    A. Yes.

Page 43

1    Q. And this is another email. And it looks like
2 it's from you to Dr. Artunduaga, below that, one from
3 her to you, correct?
4    A. Okay.       0:55:04
5    Q. All right. Did -- did you see the second
6 email in the chain is from Dr. Artunduaga to you,
7 asking you to speak with a Dr. Skelly, right?
8    A. Yes.
9    Q. And she asked you to speak to Dr. Skelly on
10 her behalf, correct?
11    A. Yes.
12    Q. And did you speak with Dr. Skelly?
13    A. I did.
14    Q. Who is -- what -- who is Dr. Skelly?
15    A. Dr. Skelly is the head of vascular surgery.
16    Q. Okay. And Maria Artunduaga was getting ready
17 to rotate in vascular, correct?
18    A. Correct.
19    Q. And what did you -- when did you meet with
20 Dr. -- or did you have a telephone conversation or a
21 meeting with him?
22    A. Telephone conversation, as I recall.
23    Q. And what did you say to him?
24    A. I don't remember the exact words that I said,
25 but the idea was that she had -- had been placed on

Page 44

1 probation and that she was -- I thought -- and that she
2 was hoping to do well in the service and that -- and --
3 and you know, to give her a fair shot, and he said to
4 me that he would like her to come and meet with him,
5 and he would tell her what the expectations were on the
6 service, and would -- and -- they would meet and that
7 would be -- that was the -- the essence of the call.
8    Q. Did you feel that your -- your conversation
9 confirmed that Dr. Skelly would be fair?
10    A. Well he -- see, Dr. Song, Dr. Skelly, all
11 these people are my former students, and -- and I --
12 he's a very fair man, in my opinion.
13    Q. Dr. Song was also one of your students?
14    A. Yes. Well one of my residents. When I say
15 students, I meant one of my residents.
16    Q. Right. Did -- was it general knowledge in
17 the Department of Surgery that Dr. Artunduaga had been
18 placed on probation?
19    A. Do you mind repeating that?
20    Q. Do you know if it was general knowledge in
21 the department that Dr. Artunduaga had been put on
22 probation?
23    A. I don't know if it was general knowledge, but
24 I think -- maybe it was general knowledge. I don't --
25 I don't know that for certain that everybody was aware

Page 49

1    A. No.                              1:03:10
2    Q. Did Dr. Song consult you at all with respect
3  to that?
4    A. I may have spoke at -- I don't know, at that
5  point, before the decision was made, I don't remember
6  him consulting me.
7    Q. Okay. Do you know when the decision was
8  made?
9    A. No.
10    Q. Do -- you do know that, at some point, the
11  decision was made that she would be terminated,
12  correct?
13    A. Yes.
14    Q. And did you speak with Dr. Song about that
15  decision after it had been made?
16    A. I remember -- I don't -- I don't know if I
17  spoke with Dr. Song or I spoke to Dr. Roggin or to both
18  of them, but that I felt that, in my mind, it would be
19  very helpful to Maria to finish the year and to get
20  credit for the year of surgery, which is -- then she
21  could -- I mean, after one year, you can practice
22  medicine, you can do anything you wish, and so I know
23  that I spoke with Dr. Roggin, and perhaps I spoke with
24  Dr. Song that -- that I thought that that was an equitable
25  thing that could be done.

Page 50

1    Q. So your idea was if she finished out the
2  year, she'd be able to have more options than if she
3  was terminated and had to leave immediately, right?
4    A. Yes.                              1:04:52
5    Q. Remind me, I'm sorry, of -- of what Dr.
6  Roggin's position is?
7    A. Dr. Roggin was -- I think he was in charge of
8  the resident rotations at that time.
9    Q. Okay. Did you speak with Dr. Roggin and Dr.
10  Song separately?
11    MR. CLEVELAND: Objection to the form of the
12  question. You can answer.
13    A. Yeah. I don't -- I'm not positive I spoke
14  with Dr. Song. I think -- I may very well have, but I
15  spoke with Dr. Roggin to -- I mean, as I remember it,
16  it was in the hallway and that I had spoken -- and that
17  there -- I don't know if you're gonna ask me questions
18  or you want me just to --
19    Q. Well I -- I would like for you to describe
20  your conversation with Dr. Roggin, if you could?
21    A. I can't remember the exact words. But it's
22  exactly as I said, that I thought that it would be --
23  it would -- it would be helpful to Maria. I don't
24  whether I -- whether it's compassionate, you know,
25  whatever the words were, that it would be helpful to

Page 51

1  her if she finished the year.
2    Q. And what did Dr. Roggin say?        1:06:24
3    A. At some point, I -- see, I don't know if
4  you're getting to things later. At some point, it was
5  a question, what service should she go on if she were
6  to finish. And my understanding was that not -- none
7  of the general surgical people wanted her on the
8  service. And I spoke with Dr. Angelos and the two of
9  us, if I recall correctly, and we were happy to have
10  Maria come on our service.
11    Q. Okay. So just focusing for just a second on
12  that first -- that one conversation in the hallway with
13  Dr. Roggin, did he say, during that conversation, that
14  he would agree to do this, or what -- what was his
15  response?
16    A. I think there -- that he thought about it for
17  -- I don't remember if it was days or -- or hours, or
18  -- but there was some time, and then they decided that
19  was the correct thing. I think Maria, at some point,
20  asked me and -- and I told her if she was unhappy with
21  things, to go to see Dr. Matthews, who's the chief of
22  the Department of Surgery. And my understanding was
23  that Dr. Matthews said that was Maria was a resident in
24  our program and that she should treated like every
25  other resident, and Dr. Angelos and I were -- were

Page 52

1  happy to have her on the service.
2    Q. Was it Dr. Roggin's decision that she should
3  be returned to a rotate -- a clinical rotation?
4    A. I don't know that.                 1:08:19
5    Q. But you agreed -- you and Dr. Angelos agreed
6  she could come on your service, correct?
7    A. Yes.
8    MS. FRANKLIN: Let's mark Exhibit Number --
9    RECORDER: 14.
10    MS. FRANKLIN: -- 14. Is USMC 16519 through
11  16521.
12    Q. All right. Please take a look at -- at
13  Exhibit 14. And -- another email chain. Have you seen
14  this document or these emails before?
15    A. No.
16    Q. Okay. If you wouldn't mind starting on page
17  2, and we'll look at the first email in the -- in the
18  -- chronologically in the chain here.
19    A. I'm sorry, page 2?
20    Q. Yes. On page 2. We have an email from Dr.
21  Roggin to Dr. Grossman, Seal, Jaskowiak, Song, and
22  others, do you see that near the bottom?
23    A. Yes.                              1:09:41
24    Q. Says, "Eric/John, Maria will rotate
25  exclusively on the Kaplan endocrine service for the

Page 57

1    sort.
2        Q.  Okay.  If you wouldn't mind look -- looking
3    at the text of the email here that we -- we have on
4    Exhibit 15.  Dr. Grossman is writing to Dr. Roggin.  He
5    says, "I'm writing to document my experience with Maria
6    Artunduaga," do you see that?
7        A.  Yes.                              1:16:35
8        Q.  And he didn't cc you on this email, did he?
9        A.  No.
10       Q.  If you look at the second to the last
11   paragraph, Dr. Grossman writes, "Despite being afforded
12   an equitable operative experience, Maria repeatedly
13   would not show up for rounds in the morning.
14   Additionally, she has sent me unprofessional and
15   demanding emails regarding her operative and patient
16   care experience.  In summary, my main objective, as --
17   as the chief resident on this service, is to provide
18   safe patient care while affording all members of our
19   team a good operative and educational experience."  Do
20   you see that?
21       A.  Yes.                              1:17:23
22       Q.  Dr. Grossman complain to you about Maria --
23   about Dr. Artunduaga not showing up for rounds in the
24   morning?
25       A.  He may have told me.  I don't remember that

Page 58

1    specifically.  No, I guess I did remember it, but some
2    -- I don't know if he told me or not.  I guess he told
3    me.  Yes.
4        Q.  Did you ever have an experience where Dr.
5    Artunduaga didn't show up for rounds when you were
6    involved?
7        A.  I didn't make rounds with them in the
8    morning.
9        Q.  Okay.  Did Dr. Artunduaga -- are you -- did
10   -- I'm sorry.  Did Dr. Grossman complain to you that
11   Dr. Artunduaga had sent him unprofessional and
12   demanding emails?
13       A.  May I tell you what I think happened at that
14   time?
15       Q.  Of course.
16       A.  We -- we had another first year resident
17   named Mindy Statter, on the -- Mindy -- is that her
18   last name?  Mindy was her first name.  And the two of
19   them, and according to this email, there was a second
20   year resident from -- is it plastic surgery was on our
21   service?  I don't remember that, but -- so the two of
22   them -- normally, in the operating room, when I would
23   operate, we -- it was I and it was the chief resident,
24   and it was one of the younger -- one of the younger
25   residents or a medical student, and it seem -- as I

Page 59

1    remember it, that -- that Maria was in the operating
2    room with me quite a bit, which led Mindy to be -- to
3    feel that she was not getting a proper exposure and
4    that she was being treated badly by the -- because of
5    that and that she felt that she was the person who was
6    assigned to the -- to the service, and that Maria was
7    added, and -- and this created some tension on the
8    service.
9        Q.  Did you take any steps with respect to
10   solving that issue?
11       A.  I'm sure I spoke to Eric, and we -- we were
12   just trying to have an equitable distribution of both
13   people.  In other words, there was -- the same people
14   were on the breast service and on the endocrine, and if
15   I remember correctly, Mindy felt that she was not
16   getting enough exposure to the endocrine because she
17   was placed on the -- the breast because of Maria's
18   presence.
19       MS. FRANKLIN:  Let's mark Number 16 then.
20   We've got -- we've got -- 16 will be UCMC 18 -- 18841
21   to 18842.
22       WITNESS:  I'm happy to go on if you want.
23       Q.  Okay.  Before we look at Number 16, Dr.
24   Kaplan, I just wanted to go back to the question I
25   asked you about the way your service was set -- was

Page 60

1    divided between breast and endocrine, and you testified
2    that Maria Artunduaga was only gonna be doing the
3    endocrine side, right -- in April, right?
4        A.  That's my understanding because Dr. Jaskowiak
5    was the main person on the breast service and did not
6    want her on the service.
7        Q.  Okay.  So Dr. Artunduaga wouldn't be rounding
8    on the breast patients, right?
9        A.  I -- see, I don't know whether the rounds
10   were both breast and endocrine at the same time.  I
11   don't know that.  I --
12       Q.  If the rounds -- if the rounds were separated
13   as well, if the rounds were breast and endocrine, would
14   -- Dr. Artunduaga would just be doing the endocrine,
15   right?
16       MR. CLEVELAND:  Objection to the form of the
17   question.  You may answer it.
18       A.  That's something I -- I really didn't
19   participate in any of the discussions of that.
20       Q.  Okay.  All right.  So if you would --
21   wouldn't mind taking a look at Number 16, which you
22   have there.  We have some more emails.  I'd like to
23   start by looking at the one on the lower half of the
24   page that says -- lower third of the page from Dr.
25   Artunduaga to Dr. Song and Dr. Roggin, do you see that?

Page 61

1    A.  Yes.            1:22:13
2    Q.  And then had you ever seen this email before?
3    A.  I don't -- I don't remember seeing it.
4    Q.  Okay.  It says, "This morning, I had -- had a
5 conversation with Dr. Kaplan, the head of the endocrine
6 service where I am rotating now, where we discussed the
7 poor -- remarkably poor assignments I have been given
8 for now three weeks in a row, two cases two weeks ago,
9 one case last week, and zero cases this week.  This
10 contrasts with the assignments my co-intern has been
11 getting, seven cases, ten cases, and nine cases," and
12 then it goes on to say, "Dr. Kaplan had no knowledge,"
13 going up to page 2, "No knowledge about this
14 arrangement and expressed his surprise that a resident
15 in his service is receiving this kind of assignments
16 for no apparent reason."  Do you see that?
17    A.  Yes.            1:23:07
18    Q.  Do you recall meeting with or having a
19 conversation with Dr. Artunduaga about these assignment
20 issues around -- this is dated April 24th, 2012?
21    A.  I don't remember exactly the conversation.
22 No.
23    Q.  Do you have any recollection of talking with
24 her about the issue of assignments?
25    A.  I'm sure I was trying to have things -- Dr.

Page 62

1 -- Mindy was upset about her rotation.  I don't
2 remember exactly how this all played out.  I don't
3 remember this exact thing that she had less time in the
4 operating room.  I remember her being in the operating
5 room with me, and I don't remember there being this
6 inequity.
7    Q.  Okay.  So after --
8    A.  I'm sure I was telling Dr. Grossman that
9 everything should be equitable, but I did not assign
10 the residents to the different -- to the different
11 operating --
12    Q.  You didn't make --
13    A.  -- cases.
14    Q.  You didn't make the schedule, right?
15    A.  I didn't have anything to do with who showed
16 up in the operating room.
17    Q.  And your goal was always that everything be
18 equitable, right?
19    A.  I was hoping to -- that that would be the
20 case.
21    Q.  Do you remember ever talking with Dr. Song
22 about Dr. Artunduaga's performance during this April
23 time frame?
24    A.  Well we spoke -- did I speak -- you asked me
25 whether I spoke to him be -- at -- at the end of the

Page 63

1 probationary period, and I said that I -- I quite
2 possibly did, and he told me that it was not
3 satisfactory, I suspect, but I don't remember having a
4 long conversation with him in any way.
5    Q.  So after that, once Dr. Artunduaga started
6 working again with you on your service, you don't
7 recall talking -- giving Dr. Song any information about
8 how she was performing?
9    A.  There was no formal meeting or anything like
10 that.  I don't remember any emails.  I don't remember
11 anything of that --
12    Q.  Did you fill out an evaluation of Dr.
13 Artunduaga during that April rotation?  Like the kind
14 we looked at earlier for the June, July, August?
15    A.  I don't remember doing so.  But I -- I don't
16 know.  If there's -- the -- Maria was on my service,
17 and one day, I was told that she is no longer on our
18 service, and -- and -- and I didn't -- I truly, to this
19 day, do -- do not fully understand what precipitated
20 that at that time.
21    Q.  Was that about -- was that some time about
22 the end of April 2012?
23    A.  Whenever she finished on our service.
24    Q.  And you had expected her to continue on into
25 May, correct?

Page 64

1    A.  Correct.           1:26:25
2    Q.  And you said one day, she was just gone, and
3 you didn't know why?
4    A.  I was never -- it was never discussed with me
5 that we would finish -- what I've been led to believe
6 is that there were some emails that were -- that were
7 sent to various people who found them -- I don't know
8 what the adjective is, but that they were a lot -- that
9 were negative emails sent, and because of that, she was
10 terminated.  And I also became aware of a -- that Maria
11 thought it was a waste of time on our service.
12    Q.  How did you become aware of that?
13    A.  That -- that is was -- or something to that
14 effect.
15    Q.  Who told you that?
16    A.  I think that -- or that our -- maybe I'm
17 paraphrasing it, but that our -- our service was not a
18 worthwhile experience.
19    Q.  And who told you that?
20    A.  Perhaps I saw an email.  I don't remember to
21 this point.
22    Q.  Did Dr. Artunduaga ever tell you that?
23    A.  No.            1:27:39
24    MS. FRANKLIN:  Okay.  Let's mark Number 17,
25 please.

New Innovations RMS Evaluations

**DOS - Faculty Evaluation of Resident**



**Maria Alexandra Artunduaga**
**SURG-GEN SURG Kaplan (B) UCH**
6/24/2011 to 8/31/2011

| | Evaluator |
| --- | --- |
| | **Edwin Kaplan** |

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

**Knowledge Base**

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ☑ | O | O | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ☑ | O | O | O |

**Clinical Skills**

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ☑ | O | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ☑ | O | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ☑ | O | O | O |

**Operative Skills**

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | ☑ | O | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ☑ | O | O | O | O |

**Personal Attributes/Professionalism**

Ethical, honest, reliable

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | ☑ | O | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| O | O | O | O | O | O | O |

**Relations with Others/Communication Skills**



**EXHIBIT**
PLTFF/GAO 8604/691-6889
Kaplan
4/11/14 ⌐AA

UCMC00005806

New Innovations RMS Evaluations

With patients and families

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | |

With other healthcare professionals

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | |

Documentation of practice activities

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | O |

**Teaching Abilities**

Teaches other residents/students effectively

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | O |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | ✓ |

Tracking M&M's/presentation quality

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | O |

Critiques personal practice outcomes

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | O |

**System-Based Practice**

Practices cost-effective patient care

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | ✓ |

Demonstrated knowledge of risk-benefit analysis

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | ✓ |

Demonstrates understanding of role of specialist in overall patient management

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | N/A |
|-----------|----------|-----------|------|---------------|-----------|-----|
| O | O | O | O | O | O | ✓ |

Overall Comments:
This was Maria's first rotation. She gained great experience with the U of C systems as time passed. She is a wonderful person who is very bright and very good with her hands. She is good now but she will make a fine resident as she gains more experience and gains more confidence.

Evaluation Submitted on 9/6/2011 6:25:10 PM EST.

UCMC00005807

| From: | Schaddelee, Patricia [BSD] - SUR <pschadde@surgery.bsd.uchicago.edu> on behalf of Kaplan, Edwin [BSD] - SUR <ekaplan@surgery.bsd.uchicago.edu> |
| Sent: | Monday, November 28, 2011 9:59 AM |
| To: | Artunduaga, Maria [UCH] <maria.artunduaga@uchospitals.edu> |
| Subject: | RE: Advice |

Maria

Dr. Kaplan should be able to meet with you on 11/29 at 4:00 PM In G-207.

Pat

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Thursday, November 24, 2011 6:33 AM
**To:** Kaplan, Edwin [BSD] - SUR
**Cc:** Schaddelee, Patricia [BSD] - SUR
**Subject:** RE: Advice

Can we re-schedule the meeting for next Tuesday at 4:00 pm?

**From:** Schaddelee, Patricia [BSD] - SUR [mailto:pschadde@surgery.bsd.uchicago.edu] **On Behalf Of** Kaplan, Edwin [BSD] - SUR
**Sent:** Friday, November 11, 2011 8:49 AM
**To:** Artunduaga, Maria [UCH]
**Subject:** RE: Advice

Maria:

Dr. Kaplan would be happy to meet with you. How is Tuesday, November 15, at 3:00 in his office G-207A?

Pat Schaddelee
Secretary

**From:** Artunduaga, Maria [BSD] - SUR
**Sent:** Thursday, November 10, 2011 2:33 PM
**To:** Kaplan, Edwin [BSD] - SUR
**Subject:** Advice

Hi Dr. Kaplan,

I felt compelled to write you looking for advice.

My monthly evaluations have been far below what Plastic Surgery residents usually get; Dr. Song has decided to put me into probation, which is totally understandable. I have had difficulties transitioning from my previous position as a human genetics researcher into the clinical life. Although, uncomfortable and painful, I understand that is meant to better me.

I know I have potential to be an excellent resident, I was wondering if you could have sometime to meet with me.

Thank you in advance,

Maria

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

EXHIBIT
PENGAD 800-631-6989
Kaplan
4/4/14    JAA

UCMC00001602

Message

| | |
|---|---|
| **From:** | McAtee, Jane [UCH] [Jane.Mcatee@uchospitals.edu] |
| **Sent:** | 4/24/2012 6:15:45 PM |
| **To:** | Song, David [BSD] - SUR [/O=THE UNIVERSITY OF CHICAGO/OU=QUEST/CN=RECIPIENTS/CN=DSONG]; Roggin, Kevin [BSD] - SUR [/O=THE UNIVERSITY OF CHICAGO/OU=QUEST/CN=RECIPIENTS/CN=KROGGIN] |
| **Subject:** | RE: Kaplan rotation |

# Redacted for Privilege

Jane A. McAtee
Associate General Counsel
Executive Director, Professional Liability Plan
University of Chicago Medicine
5841 S. Maryland Ave. MC 1132  **Room G 104**
Chicago, Illinois  60637
773 702 1057(Phone)
773 702 9310 (Fax)
jane.mcatee@uchospitals.edu
--------------------------------------------------------

The information contained in this communication may be attorney privileged & confidential information intended only for the use of the individual or entity to whom or to which it is addressed. If the recipient of this transmission is not the intended recipient, the recipient is hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify the sender

**From:** Song, David [BSD] - SUR [mailto:dsong@surgery.bsd.uchicago.edu]
**Sent:** Tuesday, April 24, 2012 12:36 PM
**To:** McAtee, Jane [UCH]; Roggin, Kevin [BSD] - SUR
**Subject:** Fwd: Kaplan rotation

# Redacted for Privilege

David H. Song, MD, MBA, FACS
Cynthia Chow Professor
Chief of Plastic Surgery
Vice-Chairman, Dept. Of Surgery

Begin forwarded message:
**From:** "Artunduaga, Maria [UCH]" <Maria.Artunduaga@uchospitals.edu>
**Date:** April 24, 2012 12:35:07 PM CDT
**To:** "Song, David [BSD] - SUR" <dsong@surgery.bsd.uchicago.edu>, "Roggin, Kevin [BSD] - SUR" <kroggin@surgery.bsd.uchicago.edu>
**Subject: Kaplan rotation**
Drs. Song and Roggin,

This morning I had a conversation with Dr. Kaplan, the head of the Endocrine Service where I am rotating now, where we discussed the remarkably poor assignments I have been given for now 3 weeks in a row: 2 cases 2 weeks ago, 1 case last week, and 0 cases this week. This contrasts with the assignments my co-intern has been getting: 7 cases 2 weeks ago, 10 last week, and 9 this week. Dr. Kaplan had no

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT
Kaplan
4/11/14 JAA

UCMC00018841

knowledge about this arrangement and expressed his surprise that a resident in his service is receiving this kind of assignments for no apparent reason.

My chief resident has explained to me that this arrangement comes from orders he has received from you. I need to know from you exactly what order he was given, as well as the reasons behind such an order. If I will continue to get what seems to me a very low-quality training for the remainder of my internship year, I believe I at least have the right to know why, as no reason has been given to me so far. Also I need you to clearly state what kind of credit I will be getting for a rotation where I am not performing the standard surgical resident duties.

I look forward to your prompt response, and also whether I should expect this situation to be temporary or permanent.

Sincerely,

**MARIA ALEXANDRA ARTUNDUAGA, M.D.**
Physician Resident, Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. | Rm J-641, MC 6035 | Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com

-

**AT THE FOREFRONT OF MEDICINE®**
http://www.uchospitals.edu
http://www.uchicagokidshospital.org
http://www.facebook.com/UChicagoMed
Twitter: @UChicagoMed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER