# TAB 20

## Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------

Maria Artunduaga,

    Plaintiff,

vs.        Case Number 1:2012cv08733

The University of Chicago Medical Center,

    Defendant.

-------------------------------------------------------

Deposition of Konstantin Umanskiy
Thursday
April 10th, 2014

-at-

The Franklin Law Firm
53 West Jackson Boulevard
8th Floor Conference Room
Chicago, Illinois

## Page 2

APPEARANCES

For the Plaintiff:
    Jamie Franklin
    The Franklin Law Firm
    53 West Jackson Boulevard
    Suite 803
    Chicago, Illinois 60604

For the Defendant:
    Michael G. Cleveland
    Vedder Price
    222 North LaSalle Street
    Chicago, Illinois 60601

For the University of Chicago Medical Center:
    Anne E. Duprey
    5841 South Maryland Avenue
    MC1132
    Chicago, Illinois 60637

Also present:
    Maria Artunduaga
    Jordan Frahm
    Ricardo Garcia

## Page 3

1     RECORDER: Good morning. We are now on the
2 record. Today is Thursday, April 10th, 2014. The time
3 is now 11:03 a.m. We are located at The Franklin Law
4 Firm, 53 West Jackson Boulevard, 8th Floor Conference
5 Room, Chicago, Illinois, for a deposition in the matter
6 of Maria Artunduaga v. University of Chicago Medical
7 Center, case number 1:2012cv08733. The venue is
8 Northern District of Illinois, Eastern Division. The
9 witness today is Dr. Konstantin Umanskiy,
10 U-m-a-n-s-k-I-y. Doctor, my name is Erin Sloan. I'm a
11 notary public, and I'm recording this deposition on
12 behalf of Exhibit 5, LLC. At this time, would you
13 please raise your right hand for the oath?
14     (Witness sworn)
15     RECORDER: Thank you. Would the attorneys
16 please state their appearances for the record?
17     MS. FRANKLIN: Jamie Franklin for the
18 Plaintiff.
19     MR. CLEVELAND: Michael Cleveland for
20 Defendant, University of Chicago Medical Center.
21     RECORDER: Would anyone else in the room
22 please state their name?
23     MS. ARTUNDUAGA: Maria Artunduaga, Plaintiff.
24     MR. GARCIA: Ricardo Garcia.
25     MS. DUPREY: Anne Duprey, Associate General

## Page 4

1 Counsel for the University of Chicago Medical Center.
2     MR. FRAHM: And Jordan Frahm with Exhibit 5.
3     RECORDER: That concludes the required
4 information. We can proceed.
5     EXAMINATION
6 BY MS. FRANKLIN:
7     Q. All right. Thank you for being here this
8 morning, Dr. Umanskiy. Have I got your name correct?
9     A. Correct. Yes.         0:01:20
10     Q. Okay. So before we start, let me just go
11 over the ground rules for depositions. They are very
12 simple and few. The most important one is that if I
13 ask a question that you don't understand, either
14 because you didn't hear it or because it's unclear in
15 any other way, let me know before you answer it, and
16 I'll make sure that I correct it or we read it back, so
17 that you understand what I'm asking, and we get a clear
18 record. Another rule, if you need a break at any time,
19 you're -- we can take one, as long as there's not a
20 question pending. If there is a question pending, and
21 you feel that you need a break, go ahead and answer the
22 question, and then we'll take the break, okay?
23     A. Okay.
24     Q. Another rule is that we must try to avoid
25 talking over each other, and we must try to use full

Page 21

1    do you mean residents in colon and rectal surgery?
2        Q.  Let's start with residents in general
3    surgery.
4        A.  No.  No.
5        Q.  And what about colorectal?
6        A.  Yes.                              0:19:20
7        Q.  And what -- what kind of information do you
8    submit?
9        A.  Case log, defined categories.
10       Q.  I'm sorry?
11       A.  Case log and defined categories.
12       Q.  What do you mean by caseload?
13       A.  Case log, l-o-g.
14       Q.  I'm sorry.  What do you mean by case log?
15       A.  The entire number of cases that the resident
16   performed during their colon and rectal surgical
17   residency training.
18       Q.  Does that mean cases in which they have
19   participated in -- in a surgery?
20       A.  Correct.
21       Q.  And does it -- are there any other -- does it
22   mean any other -- anything else besides cases they
23   participated in the surgery?
24       A.  Yes.
25       Q.  What else?

Page 22

1        A.  Procedures.
2        Q.  What's the difference between a procedure and
3    a surgery?
4        A.  Surgery is performed in operating room under
5    anesthesia and procedure is not.
6        Q.  Okay.  So you report cases, including
7    surgeries and procedures.  Anything else get -- does
8    anything else get reported?
9        A.  Yes.                              0:20:18
10       Q.  What else?
11       A.  Patient visits.
12       Q.  Patient visits?
13       A.  Based -- based on the diagnostic criteria for
14   evaluation.
15       Q.  Did you say patient visits?
16       A.  Right.  Evaluation of the patients with
17   certain conditions.
18       Q.  Is that different from general rounds?
19       A.  Yes.
20       Q.  So can you tell me what patient visits are?
21       A.  Yes.  A patient with newly diagnosed rectal
22   cancer, that evaluation counts as an evaluation of a
23   patient with rectal cancer.  No procedure is done, but
24   the experience is counted as such.
25       Q.  Earlier I asked you if you submitted these --

Page 23

1    this information to the ACGME for all general surgery
2    residents, you said no, right?
3        A.  Correct.
4        Q.  Is it only for the residents who rotated
5    through your service?
6        A.  Can you restate the question, please?
7        Q.  The information that you submit to the ACGME,
8    and you -- you -- you testified earlier that it's not
9    -- you don't submit information for all general surgery
10   residents.  Can you clarify that?  Who do you submit
11   the information for?
12       A.  For colon and rectal surgical residents.    0:21:27
13       Q.  Is that some -- is that just the one person
14   we talked about who's your fellow?
15       A.  Correct.
16       Q.  Nobody else, right?
17       A.  Correct.
18       Q.  So you don't submit logs, case logs, for
19   other residents who rotate through colorectal, right?
20       A.  Correct.
21       Q.  Okay.  If you would take a look at Exhibit 2,
22   and let me know when you have it there.
23       A.  I have it.
24       Q.  Have you -- are you familiar with Exhibit 2?
25       A.  Yes.

Page 24

1        Q.  What is it?
2        A.  A schedule.
3        Q.  Is this a rotation schedule?
4        A.  Correct.
5        Q.  And it's for the 2011 to '12 academic year,
6    correct?
7        A.  Yes.                              0:22:13
8        Q.  Okay.  And PGY1, does that mean first year
9    residents?
10       A.  Yes.
11       Q.  Okay.  If we look, do you -- do you have any
12   memory of who created this particular schedule?
13       A.  No.
14       Q.  So if we look through the schedule and try to
15   identify residents who rotated in your section, where
16   would -- how would we do that?
17       A.  Can you restate this question?
18       Q.  Yes.  What's the -- what -- the sections
19   here, we have -- at the top, we have resident, and we
20   have months, right?  Those are columns.
21       A.  Correct.                          0:22:52
22       Q.  And for each month, there's a series of
23   letters or an abbreviation.  For example, July, Blake
24   Anderson is NShpb.  Do you see that?
25       A.  Yes.

Page 25

1    Q.  What is colorectal?  What -- what is its
2  acronym or abbreviation?
3    A.  So the colon and rectal service goes by
4  designation block, b-l-o-c-k.
5    Q.  Okay.
6    A.  The one sub-service on which I worked is
7  block 2.
8    Q.  So there are two sub-services, block 1 and
9  block 2, correct?
10   A.  Correct.
11   Q.  And you were in charge of block 2?
12   A.  No.
13   Q.  You worked on block 2?
14   A.  Yes.                        0:23:26
15   Q.  And who worked on block 1?
16   A.  Dr. Krane.
17   Q.  Is that C-r-a-n-e?
18   A.  K-r-a-n-e, and Dr. Hurst, H-u-r-s-t.
19   Q.  And besides you, who else worked on -- who --
20  what other attendings worked on block 2?
21   A.  I do not remember exactly who the arrangement
22  of the block 2 service at the time.  We changed since
23  Dr. Fichera left, so I can't remember exactly.  I know
24  I was on block 2.
25   Q.  Okay.  Where was Dr. Fichera, which

Page 26

1  sub-service, at this time?
2    A.  Let me remember.  I think at the time, block
3  2 was Dr. Hurst and I, and doctor -- block 1 was Dr.
4  Krane and Dr. Fichera.  That's right.
5    Q.  All right.  So if you look at this schedule
6  then, it indicates that Dr. Artunduaga was to rotate in
7  block 2 in September and October, correct?
8    A.  Yes.                        0:24:32
9    Q.  Okay.  And if you would, take a look at
10  Exhibit 3, please.  Are you familiar with this
11  document?
12   A.  Yes.
13   Q.  And what it this?
14   A.  It's a monthly schedule.
15   Q.  For September 2011, correct?
16   A.  Mm-hmm.
17   Q.  Okay.
18   A.  Correct.
19   Q.  And if you -- I'm sorry.  And if you look --
20  if you look through the column entitled, "Service,"
21  you'll see block 2 there, correct?  I'm sorry, it
22  actually says, "Block H service," doesn't it?
23   A.  Correct.  So I would -- I would like to
24  explain.  Block F refers to block 1, corresponds to
25  block 1, and block H refers to -- so that corresponds

Page 27

1  to block 2.
2    Q.  All right.  And --
3    A.  It's the first initial of the name who was
4  more senior surgeon on that service.
5    Q.  I see.  So block H is block 2, correct?
6    A.  Correct.                        0:25:27
7    Q.  And you -- your memory was correct that it
8  was you and Dr. Hurst, correct?
9    A.  Correct.  Now, since I look at the Exhibit 3,
10  it -- I -- my memory is confirmed.
11   Q.  All right.
12   A.  It was Dr. Hurst and I.
13   Q.  And for September 2011, you had Dr. Bello as
14  the chief resident?
15   A.  Correct.                        0:25:43
16   Q.  Is that Brian Bello?
17   A.  That's right.
18   Q.  And you had a nurse practitioner named Villa
19  or Villa?
20   A.  Anthony Villa.
21   Q.  Anthony Villa.  And it looks like you had Dr.
22  Artunduaga as your junior resident, correct?
23   A.  That's correct.
24   Q.  Did you have any other junior resident
25  besides Dr. Artunduaga?

Page 28

1    A.  No.
2    Q.  Is it normal that you would have just one
3  junior resident rotating in a rotation?
4    A.  Could you restate the question?
5    Q.  Yes.  Normally -- during this time period,
6  normally, did you just have one resident -- one junior
7  resident in a rotation?
8    A.  Correct.
9    Q.  A little earlier, we talked about your duties
10  as a program director, and we talked about your duty to
11  recruit the resident, recall that testimony?
12   A.  Yes.                        0:26:57
13   Q.  You also mentioned that one of your duties
14  was coordinating curriculum, do you recall that?
15   A.  Yes.
16   Q.  What do you do to coordinate curriculum?
17   A.  In my program requirements, there are listed
18  requirements for the colon and rectal surgical
19  residents.  I design the curriculum that those
20  requirements are met.
21   Q.  So we're talking about just your -- just your
22  single colon and rectal resident, not the entire
23  general surgery residency, correct?
24   A.  That's correct.
25   Q.  And what are your duties with respect to

Page 29

1   curriculum designed with the general surgery residents?
2       A.  I do not design curriculum for the general
3   surgery residents.
4       Q.  Okay.  And in your role with respect to the
5   colon and rectal surgery, how do you go about designing
6   curriculum?
7       A.  I use the existing curriculum from other
8   programs, that I use as a model, and I adjust it to the
9   needs of my resident, based on the rotations that the
10  residents participate in.
11      Q.  Do you hold classes?
12      A.  Yes.                        0:28:13
13      Q.  And are they taught by you?
14      A.  Some of them.
15      Q.  Are the classes for just your resident or for
16  other residents as well?
17      A.  For other residents as well.
18      Q.  Besides classes, what else do you do to
19  prepare -- to design the curriculum.
20      A.  I design the -- a number of month that the
21  resident will spend -- will spend in each rotation,
22  based on the experience that they're likely to gain on
23  those rotations.
24      Q.  All right.  And so what we just talked about
25  had to do with your duties as program director in colon

Page 30

1   and rectal surgery, correct?  The designing of the
2   curriculum, correct?
3       A.  Correct.                     0:29:11
4       Q.  Okay.  So do you do any curriculum design
5   with respect to your duties as associate program
6   director in general surgery?
7       A.  I do not design curriculum for general
8   surgery.
9       Q.  What do you do for general surgery in your
10  role as associate program director?
11      A.  There are three roles that I take on as
12  associate program director in general surgery.  I
13  administer the, what's called, ABSITE conference, it's
14  American Board of Surgery In-Training Examination
15  conference.  I am, together with Dr. Posner, in charge
16  of grand rounds schedule, which is the weekly lecture
17  conference, and I teach an intern skills club or skills
18  curriculum.
19      Q.  Okay.  And is the ABSITE conference something
20  that is -- that is at the University of Chicago Medical
21  Center?
22      A.  That's correct.              0:30:20
23      Q.  So it's just for U of C residents?
24      A.  They -- for U of C residents that rotate,
25  also at other institution, it's been teleconferenced.

Page 31

1       Q.  The ground rounds, that's a lecture series,
2   correct?
3       A.  That's correct.
4       Q.  And what are the intern skills -- what's the
5   intern skills curriculum?
6       A.  Intern -- intern skills curriculum, it's a
7   monthly session for the general surgery interns and
8   preliminary general surgery interns focused on
9   acquiring basic surgical skills, such as suturing,
10  using the scalpel, tying knots, etcetera.
11      Q.  Okay.  And who did you say the audience was
12  for this -- these classes?
13      A.  It was general surgery interns and
14  preliminary general surgery.
15      Q.  All right.  Now you're aware that Artunduaga
16  -- Dr. Artunduaga was a plastic surgery intern,
17  correct?
18      A.  Correct.                      0:31:24
19      Q.  And are you -- my understanding is that she
20  was a -- the terminology always escapes me, give me one
21  second.  My understanding is that, at that time, the
22  plastic surgery program was what's called a combined
23  program, is that correct?
24      A.  That's correct.
25      Q.  And that meant that residents in plastic

Page 32

1   surgery spent their first three years rotating within
2   general surgery rotations, correct?
3       A.  Correct.
4       Q.  So was Dr. Artunduaga one of the people who
5   were eligible to go to your -- your surgical skills
6   classes?
7       A.  Can you rephrase the question, please?
8       Q.  Sure.  Dr. Artunduaga was a plastic surgery
9   resident in 2011, correct?
10      A.  Correct.
11      Q.  Was she eligible -- eligible to attend your
12  intern skills curriculum?
13      A.  Can you define the statement eligible,
14  please.
15      Q.  Was she allowed to go to your intern skills
16  curriculum class?
17      A.  She was.                      0:32:26
18      Q.  Okay.  Was she invited?
19      A.  No.
20      Q.  Why not?
21      A.  Because the project, as it was conceived as a
22  pilot project, at the time, was limited to general
23  surgery, categorical and preliminary interns.
24      Q.  And who limited the pilot project --
25  actually, let me ask you a question before that.  So in

Page 33

1  -- during the year 2011 to 2012, the -- the program was
2  a pilot project?
3      A.  That's correct.
4      Q.  And then after that, did it become a
5  permanent project?
6      A.  It became more of a permanent project, yes.
7      Q.  Okay.  So during the year that it was a pilot
8  project, if -- if I understand your testimony, combined
9  residents were not invited, is that right?
10     A.  Can you rephrase the question, please?
11     Q.  Sure.  I'll ask a simpler question.  During
12  the year that it was a pilot program, 2011 to 2012,
13  which residents were invited?
14     A.  General surgery residents, categorical and
15  general surgery residents preliminary.
16     Q.  Okay.  And what are categorical gen --
17  general surgery residents?
18     A.  The residents who are accepted to the program
19  with intent to complete the five year general surgery
20  training program.
21     Q.  And what are preliminary residents?
22     A.  Preliminary residents, they are hired on a
23  one or two year basis.
24     Q.  So residents who were from other sections,
25  like plastic surgery, were not invited to the classes

Page 34

1  during this time period, correct?
2      A.  That's correct.                    0:33:56
3      Q.  But you said they were allowed to attend,
4  right?
5      A.  Let me explain to you.  There was no specific
6  statement where certain people were disallowed.  There
7  -- there are a few people that presented themselves to
8  the course without specific invitation.
9      Q.  Who -- who were those people who presented
10  themselves without an invitation?
11     A.  Dr. Oliver Schipper, who was an orthopedic
12  intern, and Dr. Deana Shenaq.
13     Q.  Were they permitted to attend?
14     A.  They were permitted to attend.
15     Q.  Was -- if somebody else had presented
16  themselves without an invitation, would they have been
17  permitted to attend?
18     A.  Yes.
19     Q.  Where were the programs held?
20     A.  At the University of Chicago.
21     Q.  In what type of a room?
22     A.  Conference room.                  0:35:01
23     Q.  Was the size of the room sufficient to seat
24  everyone who attended?
25     A.  There was approximately nine to ten seats,

Page 35

1  and once the people who were invited, plus additional
2  people who were not invited, were there, the room was
3  quite full.
4      Q.  How -- do you know how Dr. Schipper and Dr.
5  Shenaq knew about the -- the conference --
6      A.  No.
7      Q.  I'm -- I'm sorry, the classes?
8      A.  No.                              0:35:31
9          MS. FRANKLIN:  All right.  Let's mark another
10  Exhibit then.
11     Q.  All right.  Before we look at Exhibit 4, just
12  briefly, again, with respect to the -- the intern
13  skills curriculum, was that a single meeting or were
14  there multiple sessions?
15     A.  There were multiple sessions.
16     Q.  And when I -- and when we talked about Dr.
17  Schipper and Shenaq attending, was that for a single
18  meeting or for multiple sessions?
19     A.  I cannot remember exactly, but they've
20  attended only a few sessions, and then they no longer
21  attended.
22     Q.  They both attended at least one session,
23  correct?
24     A.  Correct.
25     Q.  And more than one?

Page 36

1      A.  Yes.                            0:37:03
2      Q.  Did you invite Dr. Shenaq to give a
3  presentation at one of the sessions?
4      A.  No.
5      Q.  Did she give a presentation at one of the
6  sessions?
7      A.  I do not remember.
8      Q.  Did interns give presentations at the
9  sessions?
10     A.  No.
11     Q.  Who presented at the sessions?
12     A.  I presented.
13     Q.  Anyone else?
14     A.  No.
15     Q.  All right.  Take a look at Exhibit 4, please.
16  Do you recognize this document?
17     A.  Yes.
18     Q.  What is this?
19     A.  This is the block surgery service schedule.
20     Q.  And that's for at least a portion of
21  September 2011, correct?
22     A.  That's correct.
23     Q.  And if you flip through the pages, you'll see
24  there are four pages with different date ranges, do you
25  see that?

Page 45

1    A. I do not remember.
2    Q. Do you remember Dr. Artunduaga attending the
3   surgery with you on September 26th, 2011?
4    A. I do not remember exact date. I do remember
5   that she attended a surgery with me, yes.
6    Q. Do you know why Dr. Artunduaga was only
7   assigned to one surgery for the entire month of
8   September?
9    A. No.
10    Q. Do you know whether surgical -- I'm sorry, do
11   you whether residents have a requirements regarding how
12   many surgeries that they participate in?
13    A. I don't know.                     0:47:12
14    Q. Do you know whether residents have to log the
15   number of procedures that they participate in on a
16   computer system at U of C?
17    A. Yes.
18    Q. Do they?
19    A. Yes.
20    Q. And do you know what the purpose of that is?
21    A. Yes.
22    Q. What's the purpose?
23    A. To log the cases so that residency program
24   director can monitor it, and the resident can also
25   monitor it on their own.

Page 46

1    Q. So it's a positive thing to have more -- to
2   be able to be involved in more surgeries for residents,
3   correct?
4    A. I don't know the answer to this question.
5    Q. Is it desirable for residents to be involved
6   in surgeries?
7    A. Can you be more specific on what level
8   residents?
9    Q. Well we'll start with interns. Is it
10   desirable for interns to have experience in surgery?
11    A. It preferable.                     0:48:01
12    Q. And what about other levels of residents, it
13   is desirable for them to have experience in surgeries?
14    A. That's correct. As the level of resident
15   increases, the need for operative experience,
16   therefore, becomes more part of their goal of the
17   training.
18    Q. And that would also be true for students,
19   correct? It -- it's more important for an intern to be
20   given surgical experience than, let -- let's say, a
21   medical student, right?
22    A. Can you restate your question, please?
23    Q. Is it more important for interns to get
24   surgical experience than medical students?
25    A. It is not the case.

Page 47

1    Q. Why is that?
2    A. The goals of -- of training and the goals of
3   education of a medical student and the residents are
4   different. Therefore, it's not one versus another.
5   The -- the decision of who gets assigned to do what is
6   based on the goals of -- of -- educational goals at the
7   time.
8    Q. Okay. Do medical students have any
9   requirements regarding how many surgeries that they
10   participate in?
11    A. I don't know.                     0:49:18
12    Q. Should medical students be given more
13   surgical duties than -- than interns?
14    A. I don't know the answer to this question.
15    Q. What do you need -- what is -- what is it
16   about the question that you don't under -- do -- do you
17   understand the question?
18    A. I do.
19    Q. Okay. So you don't have an opinion as to
20   whether medical students should get more surgical
21   duties than a surgical intern?
22    A. There is no mutually exclusive criteria for
23   who gets an experience. There are times when medical
24   student and the resident present both in a case,
25   meeting their educational objectives. They not

Page 48

1   mutually exclusively.
2    Q. But there are only certain -- a certain
3   number of surgeries, correct?
4    A. Correct.                     0:50:12
5    Q. And you can only have a certain number of
6   people in the operating room, correct?
7    A. Incorrect.
8    Q. You can have as many people as you want in
9   the operating room?
10    A. Correct.
11    Q. So there's no reason why you couldn't have a
12   medical student and an intern in the operating room,
13   correct?
14    A. That's correct.
15    Q. When interns are not in clinic or not in the
16   operating room, what are their duties?
17    A. On the ward. On the surgical ward.
18    Q. Could you be more specific?
19    A. Excuse me, I missed your question.
20    Q. Could you be more specific?
21    A. In what way?                     0:50:48
22    Q. You said their duties are on the ward. What
23   do they do?
24    A. They admit patients, they discharge patients,
25   they independently round on the patients, they address

Page 49

1  pages from nurses, they self study if they have free
2  time.
3      Q.  All right.  So we've -- talked -- we
4  looked at -- when we looked at Exhibit 2, if you
5  wouldn't mind taking a quick look at that again,
6  Exhibit Number 2.  This is the rotation schedule,
7  correct?
8      A.  Correct.
9      Q.  This indicates that Dr. Artunduaga rotated in
10  your section in September 2011, right?
11     A.  Yes.
12     Q.  Okay.  Before you began to work with Dr.
13  Artunduaga during September -- in September, had you
14  met her?
15     A.  Yes.
16     Q.  When did you first meet her?
17     A.  In the residents' work room.
18     Q.  When was that?
19     A.  I can't remember.                    0:52:00
20     Q.  Was that a meeting or was it a chance
21  encounter?  What was the context?
22     A.  Chance encounter.
23     Q.  That was sometime before September 1st, 2011?
24     A.  That's correct.
25     Q.  What had you heard about Dr. Artunduaga from

Page 50

1  others when she -- before she started working with you?
2      A.  I heard nothing.
3      Q.  Besides meeting her in the work room, had you
4  ever met with Dr. Artunduaga any other times before she
5  began to work with you?
6      A.  I can't remember.
7      Q.  So when Dr. Artunduaga was assigned to your
8  -- to the block 2 rotation in September, what -- what
9  -- I'm sorry, excuse me.  Did you meet with her before
10  the rotation to talk about the goals and expectations
11  of the rotation?
12     A.  I can't remember.                    0:52:59
13     Q.  Do you normally meet with interns who rotate
14  in your section before they begin working?
15     A.  There's no routine set.  At some point, we
16  discuss the rotation.
17     Q.  That would be sometime early on, right?
18     A.  Correct.
19     Q.  And do you -- you can't recall whether you
20  did that with Dr. Artunduaga?
21     A.  I can't recall.  I don't remember.
22     Q.  The Exhibit 2 I'm looking at again, where we
23  see that Dr. Artunduaga rotated with your section in
24  September, you also see that she was with the Kaplan
25  service in July and August, correct?

Page 51

1      A.  I don't understand the question.
2      Q.  If you look at Exhibit 2 for July and August,
3  it appears to me that Dr. Artunduaga was assigned to
4  Kap, the Kaplan service, is that right?
5      A.  That's correct.                      0:54:06
6      Q.  Okay.  Did you talk with anybody from the
7  Kaplan service about Dr. Artunduaga before she began
8  working with you?
9      A.  No.
10     Q.  Did anyone give you any information about her
11  before she began working with you?
12     A.  No.
13     Q.  Dr. Artunduaga, are you aware that she's from
14  Colombia?
15     A.  Yes.
16     Q.  Are you aware that she was educated in
17  Colombia?
18     A.  Yes.
19     Q.  Are you aware that she has an accent?
20     A.  Yes.
21     Q.  Are you aware that she did her -- all of her
22  medical training outside of the US?
23     A.  Yes.
24     Q.  And were you aware of all those things when
25  she began to work with you in September 2011?

Page 52

1      A.  No.
2      Q.  When did you become aware?
3      A.  During the rotation.
4      Q.  Okay.  Did you have trouble understanding Dr.
5  Artunduaga's English?
6      A.  No.                                  0:54:56
7      Q.  Did -- do you think other people did?
8      A.  I cannot comment about that.
9      Q.  Did anybody ever complain to you that they
10  couldn't understand her?
11     A.  No.
12     Q.  Any patients?
13     A.  No.
14     Q.  What about other residents?
15     A.  No.
16     Q.  Did you feel she was having trouble
17  understanding your English?
18     A.  No.
19     Q.  Did you feel that she was having under --
20  trouble understanding you in general?
21     A.  No.
22     Q.  Did you have any trouble understanding her?
23     A.  What do you mean by that?
24     Q.  Her English.
25     A.  No.

Page 53

1    Q.  Did you have any trouble understanding her in
2  general?
3    A.  What do you mean by that?
4    Q.  Understanding what -- how she -- when she
5  spoke, understanding the meaning of her words?
6    A.  There were times.
7    Q.  And what was that based on?
8    A.  The way that she spoke.
9    Q.  Can you give me an example?
10    A.  In what way?  What example would you like me
11  to give?
12    Q.  You said that you sometimes had trouble
13  understanding the meaning of her words when she spoke,
14  is that right?
15    A.  Not the words, but the meaning of the things
16  that she told me.
17    Q.  Okay.  Can you give me an example of a
18  situation in which you feel you had misunderstood
19  something that she said?
20    A.  So I can't give you an exact example, but I
21  give you something that will illustrate that.  Would
22  you like me to do that?
23    Q.  Please.
24    A.  Okay.  Imagine you have a can of soda in
25  front of you.  I ask you what color the can of soda is,

Page 54

1  and I don't see it.  Let's say we -- we cover it like
2  this.  Okay?  You see it, I don't.  And I say to you,
3  "What color it is?"  And the person would say, "It's
4  blue.  Wait, it's red.  No, it's red.  It's blue.  It's
5  red.  It's blue.  It's blue.  It's red."  That's the
6  kind of problem we talking about.
7    Q.  Is that what happened with Dr. Artunduaga and
8  a can of soda?
9    A.  As -- as a -- in this particular example,
10  yes.
11    Q.  So was this exactly what happened --
12    A.  No.
13    Q.  -- or was this with respect to something
14  besides a soda can?
15    A.  This is -- this is to illustrate the example.
16    Q.  Okay.  So I understand the concept that
17  you're telling about, but what I want to know is a
18  specific -- specific example of something that happened
19  with Dr. Artunduaga?
20    A.  I can't remember.      0:56:58
21    MS. FRANKLIN:  I'd like to mark another
22  Exhibit.
23    Q.  All right.  Take a look at Exhibit 5.  This
24  is an email from Dr. Artunduaga to you, correct?
25    A.  Correct.

Page 55

1    Q.  Do you recall receiving this email?
2    A.  Yes.      0:58:03
3    Q.  All right.  The email says, "Dr. Umanskiy,
4  I'm midway through my time in your service, September
5  and October.  I was wondering if I could meet -- if --
6  I was wondering if could meet with me some time this
7  week for a quick feedback.  I'll appreciate it.  M."
8  Did you meet with Dr. Artunduaga after she sent you
9  this email?
10    A.  Yes.
11    Q.  Was this the first time you had met with her
12  to give her feedback on her performance?
13    A.  Yes.
14    Q.  So you hadn't met with her before the --
15  before this email on September 26th, correct?
16    A.  Correct.
17    Q.  Now Dr. Artunduaga asked you to meet in this
18  email, correct?
19    A.  Correct.
20    Q.  Were you planning to meet with her anyway?
21    A.  No.      0:59:05
22    MS. FRANKLIN:  All right.  Let's mark the
23  next Exhibit.
24    RECORDER:  Exhibit 6.
25    Q.  Please take a look at Exhibit 6.  Have you

Page 56

1  ever seen this document before?
2    A.  Yes.
3    Q.  When did you see it?
4    A.  I was shown it by my lawyer.
5    Q.  Did you ever see it before you prepared for
6  your deposition?
7    A.  No.
8    Q.  All right.  Let's look at the top of the page
9  -- first page of the -- of the Exhibit.  This appears
10  to be an email from Dr. Sara Dickie to Dr. David Song,
11  correct?
12    A.  Correct.
13    Q.  It says, "I just got off the phone with
14  Justine," do you understand that that means Dr. Justine
15  Lee?
16    A.  Yes.      1:00:01
17    Q.  "Which is why this is happening.  She had a
18  long talk with Umanskiy, who thinks Maria is
19  unfixable."  Do you see that?
20    A.  Yes.
21    Q.  You understand that refers to you?
22    A.  Yes.
23    Q.  Did you have a discussion with Dr. Justine
24  Lee about Dr. Artunduaga sometime before September
25  26th?

Page 57

1    A.  I don't remember.
2    Q.  Do you have any reason to believe you didn't?
3    A.  Excuse me?  What -- can you restate the
4    question?
5    Q.  I'm sorry.  Do you have any reason to believe
6    you didn't?
7    A.  I don't have any reason to believe I didn't.
8    Q.  Do you have any reason to believe that Dr.
9    Dickie would be making this up in this email?
10   A.  No.
11   Q.  Okay.  So now does that help refresh your
12   memory about whether you talked to Dr. Lee?
13   A.  I -- I cannot remember this conversation.
14   Q.  Did you think Maria was unfixable?
15   A.  Yes.
16   Q.  Why is that?
17   A.  It's -- can you be specific in your question?
18   Q.  You said yes, you believe she was unfixable.
19   And my question is why is that?
20   A.  Multiple problems.
21   Q.  Were these problems that you had perceived
22   prior to September 26th?
23   A.  Yes.
24   Q.  And you had not met with Dr. Artunduaga to
25   discuss them, correct?

Page 58

1    A.  Correct.
2    Q.  Okay.  Why -- let's -- actually, let me show
3    you another Exhibit.
4        RECORDER:  Exhibit 7.
5    Q.  Please take a look at Exhibit 7.  Have you
6    seen this document before?
7    A.  Yes.
8    Q.  When did you first see it?
9    A.  My lawyer has shown me -- this to me.
10   Q.  Okay.  The second part of the page is an
11   email from you to Dr. Song, correct?          1:02:04
12   A.  Correct.
13   Q.  And you did draft that email, correct?
14   A.  Correct.
15   Q.  It's dated September 28th, 2011.  Is that
16   right?
17   A.  That's right.
18   Q.  And that's two days after we have -- two days
19   after the email we looked at, Exhibit 6, in which Dr.
20   Dickie discusses -- Dr. Dickie tells Dr. Song that --
21   I'm sorry, there's so many names.  In which Dr. Dickie
22   told Dr. Song that Dr. Lee had spoken with you.  Is
23   that right?
24   A.  That's correct.
25   Q.  Okay.  Why did you write this email September

Page 59

1    28th?
2    A.  I wrote it to follow up on a conversation I
3    had with Dr. Song earlier.
4    Q.  When did you speak with Dr. Song earlier?
5    A.  I cannot remember exact date.
6    Q.  Sometime before September 28th at 9:12 a.m.,
7    correct?
8    A.  That's correct.
9    Q.  Was it before or after September 26th, 2011?
10   A.  I can't remember.                         1:03:03
11   Q.  Do you know if it was before or after -- I
12   know you testified you didn't remember talking with Dr.
13   Lee, but does this email help refresh your memory as to
14   whether you did talk with Dr. Lee?
15   A.  I cannot remember whether my conversation
16   with Dr. Lee occurred before or after my conversation
17   with Dr. Song.  But I see from that email that -- dated
18   September 26th, that it must have occurred before I
19   spoke with Dr. Song.
20   Q.  So now is -- do you remember that you did
21   speak with Dr. Lee before you spoke with Dr. Song?
22   A.  I do not remember speaking to Dr. Lee.
23   Q.  But if you did, it would have been before you
24   spoke with Dr. Song?
25   A.  I can't comment on that.

Page 60

1    Q.  I thought was your testimony?
2    A.  I apologize.  I can't remember the
3    conversation.  I can't remember -- I can't put it all
4    back -- bring it back up in my memory.  I can't
5    remember.  I remember a conversation with Dr. Song.  I
6    cannot remember the conversation with Dr. Lee.  So I'm
7    afraid to give incorrect testimony.
8    Q.  What did you say to Dr. Song in your -- in
9    your conversation with him?
10   A.  So I approached Dr. Song, and I said that I
11   have significant concerns about Dr. Artunduaga's
12   performance.
13   Q.  Where did you meet with Dr. Song?
14   A.  I met with him in the hallway.
15   Q.  I'm sorry?
16   A.  In the hallway.                           1:04:26
17   Q.  The hallway?  Were the two of you meeting --
18   did you meet by chance, or had you planned to meet with
19   him in the hallway?
20   A.  By chance.
21   Q.  By chance?  Is that right?
22   A.  By chance.  Correct.
23   Q.  Okay.  Did Dr. Song ask you how Dr.
24   Artunduaga was doing?
25   A.  No.

Page 61

1     Q.  What did he ask you?
2     A.  He did not ask me anything.
3     Q.  What was the first thing he said when you met
4  him in the hallway?
5     A.  He said, "Hello."
6     Q.  What was the next thing he said?
7     A.  "How are you?"
8     Q.  And the next thing?
9     A.  And I said I was doing fine. And I told him
10  that I have -- I need something to talk to him about.
11     Q.  And then what did he say?
12     A.  He said, "Go ahead."
13     Q.  And what did you say?
14     A.  I said that, "I have significant concerns
15  about Dr. Artunduaga -- Artunduaga's performance."
16     Q.  Okay. What else?
17     A.  He asked me can -- can I be more specific.
18     Q.  And what did you say?
19     A.  I said what I -- what essentially was
20  recaptured in this email.
21     Q.  Okay. Let's look at the email. Exhibit 7.
22     MR. CLEVELAND: Do we need to take a break
23  until that siren goes away? I guess it's gone away by
24  now.
25     RECORDER: Yeah. I listened. It's okay.

Page 62

1     Q.  All right. Let's take a look at the actual
2  email in Exhibit 7. It says -- it says, "Dear" -- it
3  says, "Dear Dr. Song." It says, "I'm writing to follow
4  -- writing to you in follow up of our conversation on
5  September 27th, 2011." You see that?
6     A.  Yes.                              1:06:05
7     Q.  Dr. Song had asked you to summarize the
8  conversation in an email, right?
9     A.  It is very -- so the -- the answer is yes.
10  It is very customary to summarize conversations that
11  occur between two individuals, so that we -- we're all
12  clear on what -- the topics we discussed. It's almost
13  as if taking minutes of the conversation.
14     Q.  In the email, during the first paragraph, you
15  say, "I met with Dr. Artunduaga on September 27th, 2011
16  and provided her with formal feedback." Do you see
17  that?
18     A.  Yes.
19     Q.  Was that in response to her request to you in
20  the email that's Exhibit 5?
21     A.  I don't remember.
22     Q.  But you did meet with her that date, correct?
23     A.  Correct.                         1:06:49
24     Q.  Okay. And the email to you asking for a
25  meeting was September 26th, right?

Page 63

1     A.  Correct.
2     Q.  In the afternoon, right? It says, "2:13
3  p.m."
4     A.  Correct.
5     Q.  So you met with her the next day, right?
6     A.  Correct.
7     Q.  And where did you meet?
8     A.  In the small conference room.
9     Q.  Was anybody else there?
10     A.  No.
11     Q.  Did you call her to the meeting?
12     A.  I can't remember.
13     Q.  What did you say to Dr. Artunduaga?
14     A.  I said that -- I can't remember exactly what
15  I said, but the gist of the feedback was that I
16  expressed my concerns.
17     Q.  What were your concerns at that time?
18     A.  I had concerns about her patient care skills.
19     Q.  Any other concerns?
20     A.  I had some concerns of the operative skills,
21  but I can't remember if I voiced them to her or not.
22     Q.  But you did voice concerns about patient care
23  skills?
24     A.  That's correct.                  1:07:52
25     Q.  What did you say?

Page 64

1     A.  I said that her patient care -- care skills
2  are not adequate.
3     Q.  And did you give her any specifics?
4     A.  I can't remember.
5     Q.  Did she ask you to be more specific?
6     A.  I can't remember.
7     Q.  Did she ask you for advice on how to improve?
8     A.  I can't remember that either.
9     Q.  Did you give her any advice on how to
10  improve?
11     A.  I can't remember.
12     Q.  Did you consider Dr. Artunduaga to be
13  unfixable during your meeting with her?
14     A.  I considered her to be unfixable during my
15  meeting with her. Yes.
16     Q.  When did you come to that conclusion?
17     A.  I can't remember.
18     Q.  Sometime before September 27th, 2011 though,
19  correct? Which is the date of your meeting.
20     A.  Correct.
21     Q.  Do you remember anything else you said to Dr.
22  Artunduaga during that meeting?
23     A.  No.                             1:09:07
24     Q.  How long did the meeting last?
25     A.  I can't remember.

Page 65

1    Q.  Do you know if it was under an hour?
2    A.  Yes.
3    Q.  It was?
4    A.  Yes.
5    Q.  What about under half an hour?
6    A.  I can't remember.
7    Q.  Was Dr. Artunduaga upset?
8    A.  She seemed upset.
9    Q.  Did you tell her that you thought she was
10   unfixable?
11   A.  No.
12   Q.  Did you tell her that you thought she
13   couldn't be a successful resident?
14   A.  I can't remember.
15   Q.  Did you give her any advice as to what to do
16   next?
17   A.  I can't remember.
18   Q.  What did you want her to do next?
19   A.  I wanted her not to continue on my rotation
20   for the next month.
21   Q.  Why's that?
22   A.  Because I thought she was unfixable.          1:09:51
23        RECORDER:  Exhibit 8.
24   Q.  Were gonna stay on Exhibit 7 --
25        WITNESS:  Yeah.  Can we take a break?

Page 66

1        MS. FRANKLIN:  Oh, yes.  Absolutely.
2        WITNESS:  Thanks.
3        RECORDER:  Off the record, 12:13 p.m.
4        (Off the record)
5        RECORDER:  Back on the record, 12:24 p.m.
6    Q.  All right.  Let's -- before we look at
7    Exhibit 8, I wanted to return to Exhibit 7, which is
8    the email we were looking at before the break.  Do you
9    have that?
10   A.  Yes.                                          1:10:37
11   Q.  All right.  This was -- obviously, the
12   email's dated September 28th, right?
13   A.  Yes.
14   Q.  And it's based on your experience with Dr.
15   Artunduaga during the time you worked with her in the
16   September rotation, correct?
17   A.  Yes.
18   Q.  I wanted to ask you about point three.  It
19   says, "In the operating room, she had difficulty with
20   following instructions and required frequent prompting
21   as to her role and assignment during the case."  Do you
22   see that?
23   A.  Yes.
24   Q.  Did you operate with Dr. Artunduaga before
25   you wrote this email?

Page 67

1    A.  Yes.
2    Q.  How many times?
3    A.  I can't remember.
4    Q.  Was it one time?
5    A.  I can't remember.
6    Q.  Was it more than one time?
7    A.  I cannot remember.
8    Q.  Do you remember the operation that prompted
9    you to make this critique?
10   A.  I remember segments of it.
11   Q.  Okay.  What do you remember about that
12   operation?
13   A.  It was an abdominal operation.  Required
14   assistance with retraction and suctioning from an
15   intern.
16   Q.  Okay.  And what was the problem that you
17   perceived?
18   A.  The problem was perceived is that Dr.
19   Artunduaga had difficulties following directions.  She
20   sometimes offered help that was not necessarily
21   productive.
22   Q.  She offered help that you hadn't asked for?
23   A.  Correct.                                      1:12:01
24   Q.  Okay.  Anything --
25   A.  It was --

Page 68

1    Q.  -- else?
2    A.  -- counterproductive.  No.
3    Q.  That was it?
4    A.  Correct.
5    Q.  And that was in a single surgery?
6    A.  I can't remember.
7    Q.  You remember that incident though, right?
8    A.  Yes.
9    Q.  A single incident you're recalling, correct?
10   A.  Correct.
11   Q.  Okay.  If you would, look at Exhibit 4 again,
12   please.  We've already established that Dr. Artunduaga
13   was not assigned any surgery but one in -- in Exhibit
14   4.  Is that right?
15   A.  That's correct.
16   Q.  And that was the surgery on September 26th,
17   which is at page 4 of Exhibit 1.  Is that right?
18   A.  That's correct.
19   Q.  And it's 1115 GOR11.  It has Dr. -- yourself,
20   Dr. Bello, Dr. Artunduaga.  Is that the surgery that
21   you're -- you were just recalling?
22   A.  I can't remember.
23   Q.  It says, "Ex lap. cystoscopy."  What is that?
24   A.  It's the evaluation of the urinary bladder.
25   Q.  What does the ex lap refer to?

Page 81

1   my -- my recollection might not be accurate.
2        Q. It looks like the intent was that Dr.
3   Schipper would do so. Does that --
4        A. That would be correct. It -- it -- it makes
5   sense.
6        Q. Okay. Do you know why Dr. Artunduaga was
7   moved from your rotation to plastics for October?
8        A. Yes, I do.                          1:27:32
9        Q. What -- what is the reason that -- that you
10  know?
11       A. I asked for it.
12       Q. When was that?
13       A. When I had a conversation with Dr. Song.
14       Q. Which conversation was that? The one we
15  talked about earlier?
16       A. The conversation we talked -- we referred to.
17  Yes.
18       Q. Okay. So that would have been the
19  conversation that we talked about that preceded your
20  September 28th email to him, right?
21       A. That's correct.
22       Q. And what did you tell Dr. Song?
23       A. I told Dr. Song that I would like Dr.
24  Artunduaga -- Artunduaga taken off our service.
25       Q. And what did he say?

Page 82

1        A. He said he will see what he can do.
2        Q. Okay. And what did you say?
3        A. I said, "Okay."
4        Q. Is it your belief that Dr. Song made the
5   decision to remove Dr. Artunduaga from the October
6   rotation with you?
7        A. I don't know.                       1:28:49
8        Q. You said -- I asked you whether you knew why
9   this change had occurred, and I mean Exhibit 10, you
10  said, "Yes." And you said, "It was because I asked for
11  it." Do you remember that testimony?
12           MR. CLEVELAND: Objection to the form of the
13  question.
14       Q. Do you remember that testimony?
15           MR. CLEVELAND: You can answer it.
16       A. Can you restate the question again?
17       Q. You testified that the reason why Dr.
18  Artunduaga was changed in October was because you asked
19  for it, correct?
20       A. Correct.
21       Q. How do you know that that's the reason she
22  was changed?
23       A. I don't know.
24       Q. Is that your belief?
25       A. I don't know.

Page 83

1        Q. Well what was the basis of your testimony
2   then?
3            MR. CLEVELAND: Objection to the form of the
4   question. You can answer it if you think you can.
5        A. I cannot make a logical connection between me
6   asking for Dr. Artunduaga to be removed from October
7   and her being removed because there are other factors
8   that could be in play. I could be only one of the
9   factors, and that factors may or may not have played a
10  critical role.
11       Q. So are you changing your testimony now? You
12  don't know whether you were the reason why she was
13  moved, right?
14       A. I don't know if I was the only reason why she
15  was moved, but I know that I was one of the reasons
16  why. Because I asked for it.
17       Q. So you know that because you asked Dr. Song
18  to move her, that your request was one of his reasons.
19  Is that right?
20       A. That's correct.                     1:30:16
21       Q. And how do you know that?
22       A. I don't know that. I can only presume that.
23       Q. You assume that that's why he moved her,
24  right? Or one of the reasons, right?
25       A. That is correct. I cannot make a factual

Page 84

1   connection between those two -- two events, the
2   conversation that we had and the fact that she was
3   pulled off the service.
4        Q. When was the first time you learned that she
5   would be switched from your service back to plastics?
6        A. From the email that you -- that's in front of
7   me. Exhibit 3.
8        Q. Okay. You didn't know before that?
9        A. No.
10       Q. After you found out about the change, did you
11  talk with anyone else about -- did you talk with
12  anybody about the change?
13       A. I can't remember.
14       Q. Did you ask Dr. -- I'm sorry. Did you talk
15  to Dr. Song about it?
16       A. No.
17       Q. You remember you didn't talk to Dr. Song
18  about it?
19       A. I can't remember if I did or did not, but to
20  the best of my memory, I did not talk to him.
21       Q. If you could return to Exhibit 9. We have
22  looked at the top email. Now let's look at the middle
23  email. And that's an email from Dr. Song to Dr.
24  Dickie. Do you see that?
25       A. Can you specify again where to look?

Page 85

1    Q. Sure. Are you on Exhibit 9?
2    A. Mm-hmm.
3    Q. And the middle email. There's three
4    different emails on the page. So the middle one is
5    from Dr. Song to Dr. Dickie?
6    A. Yes. I see that.
7    Q. It says, "Okay. Next time, just let me know
8    before you decide because I spoke with Posner last
9    week, and now we look schizophrenic." Do you see that?
10   A. Yes.                    1:32:11
11   Q. And that's in response to the one below. It
12   appears to be in response to the one below, which we
13   had looked at before in -- in a separate Exhibit. Do
14   you remember that? I can show -- tell you exactly
15   which one it is here. That's Exhibit 6. So maybe we
16   can pull Exhibit 6 out, and then we can make sure those
17   are the same email. Do you see that?
18   A. Yes.
19   Q. Okay. So let's look at 6. Let's look at
20   page 2 of 6. And on page 2 of 6, there's an email at
21   the top from Dr. Song to Dr. Dickie. Do you see that?
22   It says, "Justine" -- it's -- it's actually from Dr.
23   Song to Dickie and -- Drs. Dickie and Lee. Do you see
24   that?
25   A. Yes.

Page 86

1    Q. It says, "Justine, I thought we discussed
2    this and decided not to switch unless she had a bad
3    month with Bello, as this would be more detrimental
4    given the rumor mill, etcetera." Do you see -- "Has
5    something changed?" Do you see that?
6    A. Yes.                    1:33:19
7    Q. And then below that, there's one more email
8    on the -- on the Exhibit. And that is an email on
9    September 26th at 9:36 a.m. from Dr. Dickie to Carmen.
10   Does that -- do you see that?
11   A. Yes.
12   Q. And that email indicates that Dr. Dickie
13   wants Dr. Artunduaga to be moved, right?
14   A. If you want me to read it, then let me -- let
15   me have the time to read it, and I will be able to
16   comment yes or no. Would you like me to read through
17   it line by line?
18   Q. I would.
19   A. Okay. Just give me a second. Okay.
20   Q. All right. So you've read all the -- all the
21   emails on the page, right?
22   A. Yes.
23   Q. Okay. So the bottom email from Sara Dickie
24   to -- Dr. Dickie to Carmen Barr, the last sentence
25   says, "We have the blessing of Song and Posner for

Page 87

1    this." I'm sorry that's not the sentence I wanted to
2    read to you. The second sentence, "We feel it would be
3    most appropriate for us to have her rotate on the
4    plastic surgery service." Do you see that?
5    A. Yes.
6    Q. And then Dr. Song's response above, "I
7    thought we discussed this and decided not to switch,
8    unless she had a bad month with Bello." Do you see
9    that?
10   A. Yes.                    1:34:59
11   Q. Does that refer to Dr. Brian Bello?
12   A. Yes.
13   Q. Does this -- would this indicate to you that
14   Dr. Song did not know that Dr. Dickie had decided to
15   move Dr. Artunduaga as of the date of this email?
16   A. I --
17       MR. CLEVELAND: Objection to the form of the
18   question, but you may answer it.
19   A. I can't comment on that.
20   Q. You don't have an opinion?
21   A. No.
22   Q. Did Dr. Artunduaga have a bad month with Dr.
23   Bello?
24   A. Can you restate the question? I can't
25   comment on Dr. -- about Dr. Bello.

Page 88

1    Q. You don't know, one way or another, right?
2    A. That's correct.
3    Q. Okay. Let's -- I know you've had Exhibit 8
4    for a while. Let's look at that, please. Are you
5    familiar with this document?
6    A. Yes.
7    Q. What is it?
8    A. This is a resident evaluation.
9    Q. Is this an evaluation that you prepared?
10   A. Yes.
11   Q. And it's for Dr. Artunduaga, correct?
12   A. Correct.
13   Q. Do you know what date you prepared it?
14   A. I can't remember.
15   Q. Well let's look at page 2. And in the
16   overall comments box, it says at the bottom,
17   "Evaluation submitted on October 14th, 2011." Do you
18   see that?
19   A. Yes.
20   Q. Is that an accurate -- does that refresh your
21   memory?
22   A. Yes.
23   Q. So you submitted this on October 14th, right?
24   A. That's correct.            1:36:25
25   Q. Okay. And you evaluate your -- you are

Page 149

1      A. Correct.
2      Q. So is the fact that some -- one of the
3  residents in general surgery filed a grievance, is that
4  something you would want to know as program --
5  associate program director?
6      A. No.
7      Q. Why not?
8      A. Because my role -- my administrative roles do
9  not extend in the -- to the administrative decisions
10  such as this. My -- my roles as the associate program
11  director include educational initiatives as I outlined
12  earlier. If I'm informed of this and I'm privy to this
13  information, I will use it. Otherwise, I will not seek
14  it.
15      Q. So you don't have any responsibilities with
16  respect to residents's -- residents' -- resident
17  grievances, correct?
18      A. That's correct. In -- for general surgery
19  residents.
20      Q. Right. Dr. Artunduaga was scheduled for --
21  to rotate in your section for September and October, we
22  talked about that, remember that?
23      A. Yes.                          2:49:46
24      Q. And she ended up only doing the September
25  month, right?

Page 150

1      A. Correct.
2      Q. Why did you evaluate her in September if she
3  was scheduled to have another month in your service?
4      A. We evaluate residents every months,
5  regardless of how many months they are in our service.
6      Q. That applies to everyone?
7      A. That's correct.
8      Q. Okay. When was the first time you knew that
9  Dr. Artunduaga had complained of discrimination?
10      A. When my lawyer informed me.
11      Q. And when was that?
12      A. I can't remember. Some time ago.
13      Q. Was it after she left?
14      A. Yes.
15      Q. Do you know when she left?
16      A. No.
17      Q. Do you know if it was after June 30th, 2012?
18      A. I don't know.                 2:50:51
19      MS. FRANKLIN: One more. Another -- another
20  one.
21      RECORDER: Exhibit 16.
22      Q. You know who -- do you know who Jonathan
23  Rothstein is?
24      A. No. I can't remember.
25      Q. Do you remember being interviewed by Mr.

Page 151

1  Rothstein regarding Dr. Artunduaga?
2      A. I'm trying to remember. There was some -- I
3  have some memory of being -- talking to somebody. I
4  can't remember if it was Mr. Rothstein or not.
5      Q. Okay.
6      A. Now it brings up some memory, but I can't
7  remember exactly.
8      Q. Exhibit 16 is an email --
9      A. That's right.                  2:52:04
10      Q. -- from Andrea De Wilson to you, correct?
11      A. Correct.
12      Q. Who is Ms. De Wilson -- Ms. Wilson?
13      A. I don't know.
14      Q. Do you remember getting this email?
15      A. I remember getting this email.
16      Q. Was this an email to schedule a conversation
17  with -- with Mr. Rothstein?
18      A. Yes.
19      Q. Okay. And it says, "The call is in regards
20  to allegations brought against you by Artunduaga,
21  Maria," do you see that?
22      A. Yes.
23      Q. Did you think this -- Dr. Artunduaga had
24  brought allegations against you?
25      A. Can you restate the question?

Page 152

1      Q. Did you believe that Dr. Artunduaga had
2  brought allegations against you?
3      A. Based on this email?
4      Q. No, just in general.
5      A. Yes.
6      Q. What -- what allegations did you believe she
7  had brought against you?
8      A. I had no idea.                 2:52:53
9      Q. Did you have any idea, before you received
10  this email, that Dr. Artunduaga had mentioned you in
11  any regard with respect to discrimination?
12      A. No.
13      Q. So when you got this email, this was the
14  first time that you -- that you had any idea, correct?
15      A. Yes.
16      Q. And this email is dated July 17 -- 17th,
17  2012, correct?
18      A. That's correct.
19      Q. So when you talked with -- so now do you
20  remember speaking with Jonathan Rothstein?
21      A. Let me state that I remember speaking with an
22  individual about it. I can't remember if it was Mr.
23  Rothstein or not, but I remember having a brief
24  conversation with an individual on that matter.
25      Q. Okay. Was it by telephone?

EXHIBIT
2 Umansky
4/16/14

## PGY 1 – 2011/12 Academic Schedule

| Resident | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blake Anderson #3396 Urology | NShpb | Ferg | Ferg | NShpb | Trnsp | Thor | Drag | PL | Block 1 | VAC | Float | Block 1 |
| Maria Artundnaga #3394 Plastics | Kap | Kap | Block 2 | Block 2 | Thor | VAC | Vasc | Trnsp | Kap/Float | Float | PL | Anesth |
| Julia Berian #1103 | Float | Float/Kap | Drag | Kap | Ferg | Block1 | NShpb | Thor | VAC | Vasc | Peds | Trnsp |
| Joseph Cohen #3381 Ortho | Drag | Vasc | ED | MSKI | Float | ICU | ANES | VAC | PL | Peds | ORT | ORT |
| Ananth Elcswarapu #3388 Ortho | Block 2 | Vasc | Vasc | ICU | Float | ORT | ORT | ANES | VAC | PL | ED | MSKI |
| Monika Krezalek #3334 | Float | Float/Ferg | Trnsp | Drag | Kap | VAC | Block1 | NShpb | Thor | Ferg | Vasc | Peds |
| Joon Hyung Lee #3337 | Peds | Ferg/Float | Float | Trnsp | Drag | Kap | Ferg | Block1 | NShpb | Thor | VAC | Vasc |
| Susan Lim #3345 | Vasc | Kap/Float | Float | VAC | Peds | Trnsp | Kap | Drag | Ferg | Block1 | NShpb | Thor |
| Johnathan Lusardi #3390 OHNS | ED | Neuro | A/I | PL | OHNS | Float | OHNS | Block 2 | VAC | A/I | Thor | PICU |
| Glenda Montague #3392 OHNS | OHNS | PL | OHNS | A/I | VAC | Float | Thor | PICU | Block 2 | Neuro | A/I | ED |
| Joseph Pariser #1098 Urology | Trnsp | Block 2 | Ferg | Peds | Block 1 | NShpb | PL | Ferg | VAC | Ferg | Float | NShpb |
| Shane Pearce #3399 Urology | Thor | Trnsp | Block 1 | Ferg | Block 2 | PL | Ferg | VAC | Drag | NShpb | Ferg | Float |
| Oliver Schipper #3384 Ortho | ED | MSKI | Peds | PL | VAC | ANES | Float | Vasc | ORT | ORT | Block 2 | ICU |
| Deana Shenaq #1553 Plastics | PL | Thor | VAC | Block 1 | NShpb | Drag | Anesth | Kap | Kap/Float | Float | Trnsp | Vasc |
| Puneet Singh #1177 | Block1 | NShpb | Thor | Vasc | VAC | Peds | Trnsp | Float | Float/Kap | Drag | Kap | PL |
| Jason Somogyi #3386 Ortho | MSKI | ED | ORT | ORT | ANES | PL | Float | Peds | Vasc | VAC | ICU | Drag |
| Melinda Stack | | | | | | | | | | | | |

{ DATE @ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021368

| #1134 Preliminary | Ferg | Drag | PL | Float | Ortho | Block 2 | Block 2 | VAC | Trnsp | Kap | Block 1 | Float |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

{ DATE \@ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021369

## PGY 2
## 2011/12 Academic Schedule

| Resident | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dan Butz #2591 | Cards/NSpl | VAC/NSpl | Cards | PL | Float | Ferg | VAC/Kap | ICU | Peds | CCH | CCH | CCH |
| Jennifer DeFazio #2810 | CCH | CCH | CCH | Cards | NScr | Float | ICU | VAC/NSvasc | NSvasc/VAC | Peds | Peds | Float/Ferg |
| Essie Kueberuwa #2777 | PL | NSpl/VAC | Peds | ICU | Kap | NSpl/VAC | CCH | CCH | CCH | Kap | Float | Cards |
| Sean McCarney #4041 Preliminary | Float 6/24-7/13 | | | | | | Float/VAC | | | | | |
| Lava Patel #3170 | ICU | ICU | VAC/Kap | CCH | CCH | CCH | Float/VAC | Cards | NSso/Skills | Float | Vasc | Peds |
| Marko Rojnica #2897 | CCH | CCH | Skills/VAC | Float | Cards | Cards/VAC | Peds | Peds | ICU | ICU | Ferg | Vasc |
| Reza Salabat #3347 Preliminary | VAC/ 6/24-7/7 ??? | Float | CCH | CCH | Ferg | Ferg/Cards | Cards | Kap/VAC | Float | Block 2 | ???? | Block 2 |
| Baddr Shakhsheer #2939 | Peds | Peds | Kap | Kap | CCH | CCH | VAC/Float | Float | Cards | Cards/VAC | ICU | ICU |
| Abhineet Uppal #2982 | Tim1/nos/ Float 7/14-31 | NSpcd/Skills | ICU | VAC/Ferg | Peds | Peds | CCH | CCH | CCH | VAC/Cards | Cards | Ferg/Float |
| Sean Wightman #2998 | Skills/Cards | Cards | Float | Peds | ICU | ICU | Kap/VAC | VAC/Kap | Ferg | CCH | CCH | CCH |

Switch day is on the 1st of each month except for January
January switch day is on the 2nd

{ DATE @ "MM/dd/yy" }

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00021371

**EXHIBIT**
6 UMANSKI
7-10-14

| | |
|---|---|
| **From:** | Dickie, Sara [UCH] |
| **Sent:** | Monday, September 26, 2011 9:44 AM |
| **To:** | Song, David [BSD] - SUR |
| **Subject:** | RE: November intern switch |

i just got off the phone with Justine which is why this is happening.

she had a long talk w/ Umanski who thinks Maria is unfixable.
Brian is actually doing all the work on the service.

i just found out about this as did justine.
 i'm trying to act decisively based on the info. i'm sorry i didn't check w/ you first, but as we spoke before you gave me
the go ahead to bring her on if needed.

this is not rumors, this is real evidence from an Attending who has worked directly with Maria.

-sara

-----Original Message-----
From: Song, David [BSD] - SUR [mailto:dsong@surgery.bsd.uchicago.edu]
Sent: Mon 9/26/2011 9:43 AM
To: Dickie, Sara [UCH]; Lee, Justine [UCH]
Subject: Re: November intern switch

Yes

I think we need to do a better job communicating

Because given the way our intern gsurg rumor mill goes, this switch may be more detrimental than good.

Please please talk with Justine as she was in on the lengthy discussion we had just a few days ago

David H. Song, MD, MBA
Professor and Chief
Section of Plastic Surgery
Vice-Chair, Dept. Of Surgery

On Sep 26, 2011, at 9:40 AM, "Dickie, Sara [UCH]" <Sara.Dickie@uchospitals.edu> wrote:

> sorry, yes, please refer to the email i just sent you privately!  sorry, i should have sent them in reverse.
>
> -sara
>
>
> -----Original Message-----

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          UCMC00021844

> From: Song, David [BSD] - SUR [mailto:dsong@surgery.bsd.uchicago.edu]
> Sent: Mon 9/26/2011 9:39 AM
> To: Dickie, Sara [UCH]
> Cc: Lee, Justine [UCH]
> Subject: Re: November intern switch
>
> Justine
>
> I thought we discussed this and decided not to switch unless she had a
> bad month with Bello as this would be more detrimental given the rumor
> mill etc
>
> Has something changed?
>
> David H. Song, MD, MBA
> Professor and Chief
> Section of Plastic Surgery
> Vice-Chair, Dept. Of Surgery
>
>
> On Sep 26, 2011, at 9:36 AM, "Dickie, Sara [UCH]" <Sara.Dickie@uchospitals.edu> wrote:
>
> > Carmen,
> > You may or may not be aware of some issues regarding our intern Maria Artunduaga. We feel it would be most appropriate for us to have her rotate on the plastic surgery service as soon as possible so that we can address some of the issues directly and take the appropriate action, whatever that may be. Next month (October) we have two interns (Ortho and ENT), it is likely too late to switch any of that around. But maybe we can put Maria on the service in November. Can you see if the scheduled intern in November can be put on whatever service Maria was supposed to be doing? If not, can we bring Maria on as a second intern and find other coverage for her scheduled service in November?
> >
> > We have the blessing of Song and Posner for this. Unfortunately, the situation is critical and we need to work with her in order to determine what needs to be done definitively. Your discretion on the issue is (of course) appreciated.
> >
> > Let me know
> > -Sara
> >
> > ****************************************************************************
> > *********** This e-mail is intended only for the use of the
> > individual or entity to which it is addressed and may contain
> > information that is privileged and confidential.
> > If the reader of this e-mail message is not the intended recipient,
> > you are hereby notified that any dissemination, distribution or
> > copying of this communication is prohibited. If you have received
> > this e-mail in error, please notify the sender and destroy all copies of the transmittal.
> >
> > Thank you
> > University of Chicago Medical Center
> > ****************************************************************************
> > ************
>
>

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          UCMC00021845



## Williams, Akilah [BSD] - SUR

| | |
|---|---|
| **From:** | Song, David [BSD] - SUR |
| **Sent:** | Tuesday, October 04, 2011 8:58 AM |
| **To:** | Williams, Akilah [BSD] - SUR |
| **Subject:** | FW: follow up |

Please put this in Maria's file

David H. Song, MD, MBA, FACS
Professor of Surgery
Chief and Program Director
Section of Plastic Surgery
Vice-Chair, Department of Surgery
University of Chicago Medical Center
5841 S. Maryland Ave, MC 6035
Chicago, IL 60637
(773) 702-6302
(773) 702-1634 fax
songd@uchicago.edu
http://surgery.uchicago.edu/specialties/plastic

---

**From:** Umanskiy, Konstantin [BSD] - SUR
**Sent:** Wednesday, September 28, 2011 9:12 AM
**To:** Song, David [BSD] - SUR
**Subject:** follow up

Dear Dr. Song,

I am writing to you in follow up of our conversation on September 27, 2011. As you recall we discussed Dr. Artunduaga's performance while on Colon and rectal surgical service (Block H). I met with Dr. Artunduaga on September 27, 2011 and provided her with formal feedback.

Dr. Artunduaga has pleasant personality; she's eager and interested in learning surgery. Throughout the rotation she demonstrated improvement in patient care and communication skills. However, there are several areas of concern that I would like to point out:

1.     Dr. Artunduaga appears to have difficulty keeping up with the workload. She frequently appears disorganized, unsure or her knowledge, and excessively talkative at times.

2.     She was not able to establish successful doctor-patient relationships with the patients on the wards. At times this led to miscommunication between her and the patients.

3.     In the operating room she had difficulty with following instructions and required frequent prompting as to her role and assignment during the case.

In summary, I have major concerns that Dr. Artunduaga's performance is significantly below that of a typical resident in general or plastic and reconstructive surgery at the University of Chicago. While I believe that she's capable of addressing the criticisms presented above, she may not be able to achieve a level of performance that we expect from our residents.

Professionally,

Konstantin Umanskiy, M.D.
Assistant Professor
Department of Surgery - University of Chicago

1

UCMC00000894

New Innovations RMS Evaluations

**DOS - Faculty Evaluation of Resident**

**EXHIBIT**
Umnsky
4-10-14

**Maria Alexandra Artunduaga**
**SURG-GEN SURG Block H (2) Service (D)**
**UCH**
9/1/2011 to 9/30/2011

Evaluator

**Konstantin Umanskiy**

*Please evaluate the above noted surgery resident who rotated on your service. Specific overall comments regarding strengths and weaknesses are valuable to the professional development of this resident.*

### Knowledge Base

General knowledge (basic science, clinical)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ● | O | O |

Operative knowledge (anatomy, procedures)

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ● | O | O | O |

### Clinical Skills

Pre-op care (formulates appropriate plan/assessment of details)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ● | O | O |

Post-op care (including recognition/Rx of complications)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ● | O | O |

Able to communicate/justify medical decisions

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ● | O | O |

### Operative Skills

Preparedness (punctual, knows case)

| Exemplary | Superior | Very Good | Good | **Could Improve** | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | O | ● | O | O |

Advanced OR skills (dissection, exposure, suturing)

| Exemplary | Superior | Very Good | Good | Could Improve | Deficient | **N/A** |
|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ● |

### Personal Attributes/Professionalism

Ethical, honest, reliable

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ● | O | O | O |

Shows sensitivity of age, gender, culture of patients/colleagues

| Exemplary | Superior | Very Good | **Good** | Could Improve | Deficient | N/A |
|---|---|---|---|---|---|---|
| O | O | O | ● | O | O | O |

### Relations with Others/Communication Skills

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UCMC00017661

New Innovations RMS Evaluations

With patients and families

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | O | ✅ | O | | O |

With other healthcare professionals

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | ✅ | O | O | | O |

Documentation of practice activities

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | O | ✅ | O | | O |

**Teaching Abilities**

Teaches other residents/students effectively

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | O | O | O | | ✅ |

**Administrative Abilities/Practice Based Learning**

Ability to lead/manage a service

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | O | O | ✅ | | O |

Tracking M&M's/presentation quality

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | O | O | O | | ✅ |

Critiques personal practice outcomes

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | O | ✅ | O | | O |

**System-Based Practice**

Practices cost-effective patient care

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | ✅ | O | O | | O |

Demonstrated knowledge of risk-benefit analysis

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | ✅ | O | O | | O |

Demonstrates understanding of role of specialist in overall patient management

| | Exemplary | Superior | Very Good | | Good | Could Improve | Deficient | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| | O | O | O | | ✅ | O | O | | O |

Overall Comments:
Dr. Artunduaga has pleasant personality, she's eager and interested in learning surgery. Throughout the rotation she demonstrated improvement in patient care and communication skills. However, there are several areas of concern that I would like to point out: 1. Dr. Artunduaga appears to have difficulty keeping up with the workload. She frequently appears disorganized, unsure or her knowledge, and excessively talkative at times. 2. She was not able to establish successful doctor-patient relationships with the patients on the wards. At times this led to miscommunication between her and the patients. 3. In the operating room she had difficulty with following instructions and required frequent prompting as to her role and assignment during the case. In summary, I have concerns that Dr. Artunduaga's performance is below that of a typical resident in general or plastic and reconstructive surgery at the University of Chicago

Evaluation Submitted on 10/14/2011 12:09:13 PM EST.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                  UCMC00017662