UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Maria Artunduaga

Plaintiff,

v.

Case No.: 1:12−cv−08733
Honorable Amy J. St. Eve

The University of Chicago Medical Center

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 10, 2016:

    MINUTE entry before the Honorable Amy J. St. Eve: Defendant's unopposed motion for extension of time [149] is granted in part. Final pretrial order shall be filed by 11/30/16. The deadline for the motions in limine and responses to motions in limine remains. No appearance is required on the 11/14/16 notice motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.