# EXHIBIT 2

Δ π EXHIBIT  1
Deponent Artunduaga
Date 1-8-16  Rptr DP
WWW.DEPOBOOK.COM

# MARIA ARTUNDUAGA, MD, MPHc

Harris Hydraulics Building, Box 357965
1510 N.E. San Juan Road
Seattle, WA 98195-7965, USA.

martunduaga.com

## EDUCATION

**University of Washington,** Seattle, WA — 2014-present
Master in Public Health
Concentration: Global Health Leadership, Policy and Management
Advisor: Charles Mock, M.D., Ph.D., M.P.H.

**Pontificia Universidad Javeriana Medical School,** Bogotá, Colombia — 1997-2003
Medical Doctor, *cum laude*
- GPA: 3.52 (Top 10% of class)
- Highest class GPA 2002-2003

**Colegio de La Presentación,** Neiva, Colombia — 1991-1996
Secondary School, *valedictorian*
- GPA: 96.7 (Top 0.1% of class)
- Best Junior and High School Student award for 6 consecutive years

## POSTDOCTORAL TRAINING

**University of Chicago Medicine,** Chicago, IL — 2011-2012
*Plastic and Reconstructive Surgery*

**Pontificia Universidad Javeriana,** Bogotá, Colombia — 2005-2007
*Biomedical Research*

## PROFESSIONAL EXPERIENCE

**PATH,** Seattle, WA — 2015-present
*Post-Grad/Intern in Diagnostic Technologies*

**Base10Labs,** Chicago, IL — 2012-2014
*Biomedical Technology Innovator*

**Clínica La Carolina,** Bogotá, Colombia — 2005-2007
*Emergency Room Physician*

**Hospital Divino Niño,** Rivera, Colombia — 2004
*General Practitioner*

## HONORS AND AWARDS

**Thomas Francis, Jr. Global Health Fellowship,** Department of Global Health, University of Washington — 2015

**Graduate Tuition Award,** Graduate Opportunities and Minority Achievement Program — 2015-2016
Granted partial tuition waiver for academic merit and scholarship during six quarters

**Alien of Extraordinary Ability of National Interest,** U.S. Citizenship and Immigration Services — 2011
Granted permanent U.S. residency for outstanding research contributions to the genetics field.

**1st Place, Travel Grant,** American Society of Pediatric Otolaryngology — 2010

**Postdoctoral International Fellowship,** American Association for University Women — 2009-2010
One of 30 candidates chosen from a pool of 1,000 applicants to pursue a research project in the U.S.

**1st Place, William P. Potsic Basic Science Award,** American Society of Pediatric Otolaryngology — 2009

Maria Artunduaga, MD, MPHc

**International Study Abroad Program,** Pontificia Universidad Javeriana     2003-2004
Completed clinical rotations at Harvard Medical School, Mount Sinai School of Medicine and Baylor College of Medicine.

**Scholar for Colombia,** Colombian state oil company     1997

**Andrés Bello Scholarship,** Colombian Ministry of Education     1997

## RESEARCH EXPERIENCE
**Harvard Medical School,** Boston, MA     2007-2011
*Postdoctoral Research Fellow in Human Genetics*
Research Project: Genetics of Microtia
Advisor: Jonathan Seidman, Ph.D.

**Harvard School of Dental Medicine,** Boston, MA     2007
*Visiting Scholar*
Research Project: Molecular Mechanisms in Infantile Hemangioma
Advisor: John Mulliken, M.D.

## PEER-REVIEWED PUBLICATIONS
1. Brown KK, Viana LM, Helwig CC, **Artunduaga MA**, Quintanilla-Dieck L, Jarrin P, Osorno G, McDonough B, DePalma SR, Eavey RD, Seidman CE, Seidman JG. HOXA2 haploinsufficiency in dominant bilateral microtia and hearing loss. *Human Mutation.* 2013 June 17; ahead of print.
2. Quintanilla-Dieck MdeL, **Artunduaga MA**, Eavey RD. Intentional exposure to loud music: the 2nd MTV.com survey reveals an opportunity to educate. *Journal of Pediatrics.* 2009 Oct;155(4):550-555.
3. **Artunduaga MA**, Quintanilla-Dieck MdeL, Betensky RA, Nicolau Y, Hamdan U, Osorno G, Brent B, Eavey RD, Seidman CE, Seidman JG. A classic twin study of external ear malformations, including microtia. *The New England Journal of Medicine.* 2009 Sep 17;361(12):1216-1218.
4. Greenway SC, Pereira AC, Lin JC, DePalma SR, Israel SJ, Mesquita SM, Ergul E, Korn JM, McCarroll SA, Gorham JM, Gabriel S, Altshuler DA, Quintanilla-Dieck MdeL, **Artunduaga MA**, Eavey RD, Plenge RM, Shadick NA, Weinblatt ME, De Jager PL, Hafler DA, Breitbart RE, Seidman JG, Seidman CE. De Novo copy number variants identify new genes and loci in sporadic, isolated tetralogy of Fallot. *Nature Genetics.* 2009 Aug;41(8):931-935.

## BOOK CHAPTERS
1. **Artunduaga MA**, Quintanilla-Dieck MdeL, Eavey RD. (2010). Could microtia possibly be genetic?. In Sih T, Chinski A, Eavey R, Godinho R (Ed.), *IX IAPO Manual of Pediatric Otorhinolaryngology* (pp. 181-182). São Paulo, Brazil. Editora e Grafica Vida & Consciencia. (English, Spanish and Portuguese versions)
2. Quintanilla-Dieck MD, **Artunduaga MA**, Eavey RD. (2009). Evaluation of noise-induced hearing loss in young people using a web-based survey technique. In Sih T, Chinski A, Eavey R, Godinho R (Ed.), *VIII IAPO Manual of Pediatric Otorhinolaryngology* (pp. 251-253). São Paulo, Brazil. Editora e Grafica Vida & Consciencia. (English, Spanish and Portuguese versions)

## POSTER PRESENTATIONS
1. "Discovery of novel JARID1b variants in non-syndromic microtia using high-throughput sequencing," Harvard Medical School Genetics Retreat, Boston, MA, March 2, 2010
2. "Genetics of microtia: lessons from twin and family-based studies," poster presentation, New England Science Symposium, Harvard Medical School, Boston, MA, February 28, 2010
3. "Genome-wide association study identifies rare de novo copy number variant (CNV) in non-syndromic microtia," Brigham and Women's Hospital Research Excellence Awards, Boston, MA, May 18, 2009
4. "Congenital external ear malformation and isolated microtia: insights from a genome-wide association study," New England Science Symposium, Boston, MA, April 3, 2009
5. "Genetics of congenital external ear malformations (microtia)," Harvard Medical School Genetics Retreat, Salve Regina University, Newport, RI, May 29, 2008

Maria Artunduaga, MD, MPHc

## ORAL PRESENTATIONS

1. "Genomic analyses identify new locus and gene in non-syndromic microtia," podium presentation, North Eastern Plastic Surgery meeting, Washington D.C., October 30, 2010
2. "Small bowel carcinoma: an emergent disease in the US?," oral presentation, UWMC Surgery M&M conference, Seattle, WA, August 2010
3. "Rare de novo copy number variant identifies new locus in non-syndromic microtia/anotia," plenary presentation, Plastic Surgery Research Council meeting, San Francisco, CA, May 24, 2010
4. "Breaking through barriers: a story of a physician from the South who became a scientist in the North," guest speaker, AAUW Storrs-Willimantic branch monthly meeting, Willimantic, CT, May 5, 2010
5. "Genome-wide association study identifies rare de novo copy number variant in non-syndromic microtia," podium presentation, American Society of Pediatric Otolaryngology meeting, Las Vegas, NV, May 1, 2010
6. "Understanding the genetic causes of microtia using DNA microarrays and next-generation sequencing," podium presentation, Symposium on Biological and Health Sciences, Colombian Physicians and Scientists at Harvard/MIT, Boston, MA, March 26, 2010
7. "Genetics of congenital external ear malformations in monozygotic and dizygotic twins," podium presentation, American Society of Pediatric Otolaryngology meeting, Seattle, WA, May 23, 2009
8. "Music-induced hearing loss: MTV.com survey results reveals an opportunity to educate," New England Science Symposium, Harvard Medical School, Boston, MA, April 6, 2008
9. "Microtia: the molecular approach to a clinical scenario," Hospital Infantil de México Federico Gómez, Mexico City, Mexico, March 14, 2008
10. "Adventures in microtia: linking patients to genes," focus research conference, Otolaryngology Department, Massachusetts Eye and Ear Infirmary, Boston, MA, January 24, 2008
11. "Von-Hippel Lindau disease in the pediatric patient," craniofacial teaching conference, Pediatric Plastic Surgery Service, Boston Children's Hospital, MA, January, 2004
12. "Arnold-Chiari malformations: a practical review for medical students," case presentation, Radiology Department teaching conference, Baylor College of Medicine, Houston, TX, October, 2003
13. "Thrombotic thrombocytopenic purpura: an underlooked entity in the ICU," case presentation, Surgical Intensive Care Unit service teaching conference, Mount Sinai School of Medicine, New York, NY, August, 2003

## TEACHING, ADVISING AND MENTORING EXPERIENCE

**Educational Commission for Foreign Medical Graduates**, Philadelphia, PA      2011-present
Serve as IMG advisor for medical students/physicians in ECFMG, concentrating on application strategies.

**Kaplan Test Prep Center**, Bogotá, Colombia      2010-present
Serve as ECFMG advisor for medical students/physicians.

**Seidman Laboratory**, Harvard Medical School, Boston, MA      2008, 2009
Directly supervised laboratory techniques for undergraduate students and new post-docs.

**Surcolombiana University**, Neiva, Colombia      2003-2003
Lectured and tutored medical students in basic science for the annual Colombian medical examination ASCOFAME preparation course.

## LEADERSHIP, PUBLIC HEALTH AND VOLUNTEER EXPERIENCE

**GO-MAP Graduate Diversity Ambassador**, volunteer, Seattle, WA      2014-present

**UW Global Health Faculty Meeting**, class representative, Seattle, WA      2014-present

**Colombian Diaspora of Highly Skilled**, member, Chicago, IL      2013-present
Co-founded to the first network of Colombian scientists; currently co-direct "Colombian Women in Science" chapter and participate in exchange forum with the Administrative Department of Science, Technology and Innovation from the Government of Colombia.

**Transformation of Colombia's Healthcare**, organizer, Boston, MA      2011
Organized a teleconference with the Colombian Ministry of Foreign Trade aiming to develop research and clinical

collaborations with Harvard University and MIT.

**Symposium in Health and Biological Sciences**, organizer, Boston, MA                2010
Organized the first medical symposium on clinical and basic science research carried out by Colombian physicians and scientists at Harvard University and MIT.

**Colombian Student Society – Harvard and MIT**, officer, Boston, MA                2009-2011
Directed the first Colombian student organization at Harvard/MIT that sponsors monthly political, cultural and scientific talks on issues related to our home country.

**Help Us Give Smiles Foundation**, volunteer, Quito, Ecuador                2009
Served as a translator and helped in evaluating patients with microtia. Collected and discarded surgical specimens for genetic testing.

**Medical Missions for Children Foundation**, volunteer, Quito, Ecuador                2007
Served as a translator and helped in evaluating patients with microtia. Assisted in reconstructive operations and collected blood samples and epidemiological data for my research project.

**Prevention and Promotion Program**, director, Rivera, Colombia                2004-2004
Designed medical missions that targeted isolated communities in the region. Supervised a team of 5 healthcare professionals that provided patient care and education on prevalent diseases.

**Healing the Children Health Brigade**, volunteer, Neiva, Colombia                04/2003
Served as a translator, evaluator and surgical assistant for the medical mission in my hometown.

**Colombian Society for Medical Students**, co-founder, Bogotá, Colombia                2002-2007
Founded the first national organization for medical students in Colombia. Represented the concerns of medical students across the country; promoted highest standards in Colombian medical education through the promotion of training, activities and projects related to health in Colombia.

**Javeriana Student Medical Organization**, co-founder, Bogotá, Colombia                1997-2000
Founded the first medical student council at my medical school. Discussed the interests and opinions of the medical students and proposed new alternatives to guarantee the rights and interests of our peers. Conducted the biannual orientation week, the annual Cultural Week and the Javeriana Olympiads.

## PROFESSIONAL MEMBERSHIPS AND CERTIFICATIONS
**National Hispanic Medical Association**, member                2011-present
**American Physician Scientists Association**, member                2009-present

## LANGUAGE SKILLS
Spanish (first), English (fluent), French (intermediate), Portuguese (Basic).

## HOBBIES
Flamenco, figurative drawing and sculpture, half-marathons, sailing.

Maria Artunduaga, MD, MPHc

MA-011579

X



## University of Chicago Medical Center
### *Office of Graduate Medical Education*
### *J-141 773-702-6760*



### Resident/Fellow Contract Request
### Cover Sheet
### 2011-2012

(Print or Type)
**Resident/Fellow Name:** **Maria Artunduaga** **PGY 1**

*Department:* Surgery

*Program Specific Name:* *General Surgery – Plastic Surgery Track*

*Program Director Name:* **Mitchell Posner, M.D.**

Is the Program ACGME accredited? (Yes) No

Is this a non-accredited Research Year? Yes (No)

(J-1 visa holders are specifically excluded from participating in research beyond the accredited program requirements)

Program Contact: Carmen Barr   Phone: 2-6337

M/C 6040   Fax 2-2140

<u>**This form is to accompany the Contract when it is returned to the GME Office**</u>

Contract/CoverACGME.doc

Δ π EXHIBIT 2
Deponent Artunduaga
Date 1-8-16 Rptr DP
WWW.DEPOBOOK.COM

1

**UCMC00005120**



### 2011-2012
### RESIDENT/FELLOW CONTRACT

**Department: Surgery**

**Program**: General Surgery - Plastic Surgery Track

___X__ Resident _____ Fellow

This contract is entered into as of March 22, 2011 between THE UNIVERSITY OF CHICAGO MEDICAL CENTER, an Illinois not-for-profit corporation ("UCMC"), and Maria Artunduaga, M.D. ("Resident/Fellow").
(Name)

UCMC wishes to appoint the Resident/Fellow as a PGY 1 in the Department of Surgery and the Resident/Fellow wishes to accept such appointment. Therefore the parties hereto agree as follows:

1. <u>Term of Agreement.</u> Unless earlier terminated in accordance with this Agreement, the term of the Resident/Fellow appointment commences on June 20, 2011 ("Commencement Date") and terminates on June 30, 2012 (the "Appointment Period").

2. <u>Pre Commencement Health Screening.</u> It is a precondition to commencement of this contract that all Residents/Fellows who have not previously done so undergo a health screening examination provided by UCMC or designee on or prior to the Commencement Date specified in Section 1 of this contract. This examination is furnished without charge and the Resident/Fellow appointment will not commence until he or she successfully completes the physical examination including all required follow-up tests.

3. <u>Compensation of Resident/Fellow.</u> The total stipend of the Resident/Fellow for the term of this Agreement shall be $49,291, to be paid in arrears in monthly installments on the last regular working day of each month starting in July. The stipend may be reduced prorata for any periods during the Appointment Period where the Resident/Fellow is unable or unwilling to perform services pursuant to this Agreement or due to Resident/Fellow failure to comply with the terms of this Agreement, including a failure to complete the health screening requirements, maintain licensure, adhere to compliance policies, or complete medical records. The stipend may be reduced by any applicable withholding requirements, including FICA and any applicable federal or state withholding taxes.

4. <u>Additional Benefits.</u> In addition to the specified stipend, UCMC agrees to provide to the Resident/Fellow for the term of this Agreement, the following benefits:

2

UCMC00005121

a. The Resident/Fellow will be provided information about health insurance. If the Resident/Fellow elects in writing within thirty days of the commencement date shown in Section 1, health insurance, long-term disability coverage, and life insurance of the type and at the charges and under the terms and conditions customarily offered to UCMC staff, commencing on the Commencement Date.

b. Professional liability coverage through either the UCMC Self-Insurance Trust or through professional liability insurance of the affiliated hospitals, which shall be maintained at levels acceptable to UCMC for activities performed in connection with assigned duties as a Resident/Fellow at UCMC and at off-campus rotations approved by the Program Director and the Chairman of the Department to which this appointment is made (the "Department Chairman"), and the Office of Medical-Legal Affairs.

c. Paid vacation leave of four weeks, to be scheduled by mutual agreement between the Resident/Fellow and the Program Director, and five days of sick leave to be used only for personal illness.

d. Personal Leave of Absence as described in the GME Policy titled "Leave of Absence" available on the University of Chicago Medical Center website under GME Resources). In order to meet ACGME program requirements, a resident/fellow may be required to extend the training period for any dates of absence in excess of allowable vacation time. Extensions of training beyond the dates of this Contract require specific approval of the program director. In addition, an Amendment to this Contract, or a new Resident/Fellow Contract will be required.

e. Up to four weeks paid short-term medical leave (including pregnancy), as described in the Resident/Fellow Handbook. Short-term medical leave runs concurrent with eligible FMLA.

f. Eligible residents/fellows may receive approval up to a maximum 12 weeks leave under the Family Medical Leave Act as described in the Resident/Fellow Handbook. FMLA is inclusive of short-term disability and any other paid (vacation/sick) or unpaid leave.

g. Residents/Fellows with disabilities may request and receive accommodation for disabilities pursuant to UCMC policy "Equal Employment Opportunity for Individuals with Disabilities". UCMC will provide a reasonable accommodation to the known physical or mental limitations of an otherwise qualified applicant or employee with a disability, unless doing so would impose an undue hardship on UCMC.

h. Access to appropriate and confidential counseling, medical and psychological support services are available through the confidential Employee Assistance Program (EAP), the Physician's Assistance Committee (PAC), and other programs recommended by the EAP and the PAC. The PAC has the responsibility to receive, verify and evaluate reports related to the health, well-being and impairment of physicians, including all members of the Medical Staff, UCMC Residents, Clinical Fellows and medical students on occasion (referred to herein as "practitioners"), and to provide recommendations to Chairs and Program Directors about their practitioners. The PAC is described in further detail in the Resident/Fellow Handbook and PAC brochure. The protocol under which the PAC functions is available in the Office of

3

UCMC00005122

Graduate Medical Education. It is agreed that mandatory referral for evaluation as a condition of performance evaluation may be imposed by the Program Director.

i. The benefits provided under this Agreement are in lieu of benefits ordinarily provided to UCMC employees.

j. Privileges to use library services.

k. The Program Director will ensure review of goals and objectives at least annually.

l. Access to information related to eligibility for specialty Board examinations will be provided.

5. <u>Duty Hours</u>. UCMC agrees to implement the ACGME Common duty hour standards and any duty hour standards prescribed by the applicable Residence Review Committee. UCMC will monitor program compliance with duty hour standards to meet the goals of promoting patient safety, resident learning and well being. (Refer to GMEC Policy "Duty Hours and Working Environment" available on the University of Chicago Medical Center website under GME resources)

6. <u>Obligations and Responsibilities of Resident/Fellow</u>. The Resident/Fellow agrees to fulfill the following obligations and responsibilities:

a. To use his or her best efforts, judgment and diligence in a professional manner in performing all duties, tasks and responsibilities (including but not limited to, clinical services and educational and scholarly activities) assigned to the Resident/Fellow by the Program Director (or any other person designated or authorized by the Program Director) for the duration of the Appointment Period. Clinical services shall be provided under circumstances and at locations as assigned by the Program Director.

b. To fulfill the educational and clinical requirements of the graduate medical or dental education and clinical training programs.

c. To continuously comply with the published principles of ethics of the American Medical Association or the American Dental Association.

d. To abide by the rules, policies and procedures contained in the applicable policies, procedures, bylaws, orders, rules and regulations of UCMC and of each affiliated Hospital and the guidelines established by applicable regulatory or accrediting agencies, including without limitation, the ACGME.

e. To comply with all ACGME and UCMC GME policies and requirements applicable to the training program and working environment, including but not limited to duty hour standards and levels of supervision.

f. If the Resident/Fellow is not a United States citizen, to obtain and show proof of visa status consistent with undertaking and fulfilling the obligations of this Agreement. Further, the Resident/Fellow authorizes UCMC to solicit and/or obtain verification of such status from third parties. Failure to possess such proof by the Commencement Date of this Agreement will serve to automatically terminate this Agreement. The provisions of this paragraph shall survive the expiration, termination or nonrenewal of this agreement. The cost of obtaining and maintaining an H1-B visa is the

4

UCMC00005123

responsibility of the Program.

g. License to Practice Medicine or Dentistry. The Resident/Fellow is required and is responsible for obtaining and continuously maintaining, at his or her expense, a current and valid Illinois medical or dental temporary or permanent license. The Resident/Fellow will submit all required applications, forms and other documents as directed by the Office of Graduate Medical Education, and will follow in a timely fashion all requirements of the Graduate Medical Education Office pertaining to licensure. Any Resident/Fellow who does not possess a current and valid Illinois license will not be permitted to participate in any patient care activities, and will not receive any compensation for any period of time during which the Resident/Fellow is prohibited from working due to the absence of a license. Failure to obtain and maintain a license as required by this Agreement shall be cause for UCMC to terminate this Agreement immediately, and/or to take such other steps as UCMC shall deem necessary.

h. To notify the Program Director and the Office of Graduate Medical Education in writing immediately if the Resident/Fellow(s) medical license is revoked, suspended or otherwise restricted or if an application for a temporary or permanent license is denied. Any such revocation, suspension, restriction or denial shall serve automatically to terminate this Agreement.

i. To notify the Program Director, the Office of Graduate Medical Education and the Compliance Director in writing immediately if the Resident/Fellow is or becomes ineligible to participate in, or is suspended or excluded from, the Medicare, Medicaid or other governmental payment program. Any such ineligibility exclusion or suspension shall serve automatically to terminate this Agreement.

j. To complete medical records as set forth in applicable institutional policies of the institution where the resident is working. Failure to complete medical records in a timely fashion in accordance with those policies may result in disciplinary action. Disciplinary action taken for failure to complete medical records in a timely fashion is not subject to review under the Grievance Procedure provided for in Section 10 of this Agreement.

k. To complete all training required by either the Medical Center Compliance Office or institutional GME Committee. Failure to complete such training will result in suspension of the Resident/Fellow or other disciplinary action, and is not subject to review under the Grievance Procedure provided for in Section 10 of this Agreement.

l. During your appointment, your professional liability coverage may be provided by either the affiliated hospital at which the Program is based or by the UCMC Self-Insurance Trust. You agree to immediately notify the Office of Medical-Legal Affairs of any lawsuit or other claim resulting from patient services initiated against the Resident/Fellow and to cooperate with UCMC or the affiliated hospital in the defense of any professional malpractice or other action for which coverage is provided to the Resident/Fellow under this Agreement or involving a case about which the Resident/Fellow has knowledge. The provisions of this paragraph shall survive the termination or expiration of this Agreement. Failure to comply with the terms of this section may result in loss of liability coverage.

m. At all times during your appointment and after its termination you will promptly

5

report all adverse patient incidents about which the Resident/Fellow has personal knowledge to the Office of Medical-Legal Affairs and/or to the risk management office of the affiliated hospital. For purposes of this section an incident shall mean any occurrence or circumstance which could reasonably be expected to result in any assertion of a right to, or a suit or other proceeding seeking, compensation or damages. Incident includes, but is not limited to, any unanticipated death, paralysis, paraplegia, quadriplegia, spinal cord injury, nerve injury or neurological deficit, brain damage, total or partial loss of limb or loss of the use of a limb, loss or impairment of a sensory organ or reproductive organ, and substantial disability or disfigurement. Failure to report an incident may result in loss of liability coverage under the self-insurance trust. You will also cooperate and participate in risk management activities of UCMC and affiliated hospitals.

n. To refrain from accepting any fees from any patient or other responsible party for services rendered pursuant to the Program. For purposes of this Agreement, the term "Program" shall mean the educational and clinical activities assigned to the Resident/Fellow pursuant to this Agreement.

o. To continuously comply with all applicable laws, regulations and governmental guidelines, including but not limited to the OSHA standards for the prevention of transmission of blood borne pathogens.

Hospital and Participating Site Affiliations

You acknowledge that UCMC has contractual obligations to the affiliated hospitals. The Program is under the direct administration of UCMC and the educational standards for performance in the Program shall be established and administered by UCMC. Not withstanding the foregoing, at all times, all clinical care rendered by you will be under the direction and supervision of each patient's attending clinical faculty member, who is a member of the affiliated hospital medical staff.

7. Prohibition of Harassment. It is the policy of UCMC to maintain a work environment free from prohibited forms of harassment, including sexual harassment.

UCMC has established procedures for investigating and responding to claims of harassment. These procedures can be obtained from the Office of Graduate Medical Education and the Program Director. Any Resident/Fellow who believes that he or she has been subjected to harassment should report the alleged act immediately as set forth in the above publications.

If an investigation discloses that a Resident/Fellow has harassed any other employee or student of the hospitals or the University, or an affiliated hospital, the Resident/Fellow shall be subject to appropriate disciplinary action up to and including termination from the residency program.

8. Off Duty Activities (including Moonlighting). The Resident/Fellow with either a temporary Illinois medical license, or any type of visa, is not permitted to undertake patient care activities outside the Program. Other Residents/Fellows must obtain prior written approval from the Program Director for each moonlighting experience. Time spent in moonlighting experiences must be recorded for duty hour reporting and monitoring purposes.

In the event that approval is given for a Resident/Fellow to engage in any clinical practice

6

outside of the Program and in facilities not under corporate ownership by UCMC, no liability coverage under the Self-Insurance Trust will be provided unless otherwise expressly agreed to in writing. The Resident/Fellow is exclusively responsible for all liabilities arising out of such outside practice.

9. Termination of Agreement.

a. Failure to comply with any of the terms of this Agreement, including, without limitation, (i) failure to fulfill the applicable educational and clinical requirements of the graduate education and clinical training program to the satisfaction of the Program Director, (ii) failure to acquire at least the same professional knowledge, skill and judgment that residents in the relevant department normally acquire at the same level of post graduate medical education and training, or (iii) failure to carry out satisfactorily his or her professional responsibilities, may result in disciplinary action of the Resident/Fellow by UCMC. Such disciplinary action may take any appropriate form, including without limitation performance of remedial or educational activities, immediate suspension of the Resident/Fellow, with or without pay, or termination of this Agreement. The Termination and Progressive Corrective Action policies of UCMC or other UCMC human resource policies governing grievances or the discipline or termination of UCMC employees shall not be applicable to Residents/Fellows.

b. This Agreement may be terminated by the Resident/Fellow upon 30 days prior written notice to UCMC in the event of (1) failure of UCMC to provide any of the benefits under Section 4 of this Agreement, or (2) the Resident/Fellow(s) inability to fulfill the Agreement due to total incapacity or extreme hardship.

c. This Agreement shall terminate automatically in the event that:
   i. Resident/Fellow(s) license to practice medicine is terminated or suspended; or
   ii. Resident/Fellow is, or becomes, ineligible to participate in the Medicare, Medicaid or other governmental payment programs; or
   iii. in the case of a Resident/Fellow who is not a U.S. Citizen, suspension or loss of a visa status consistent with the provision of services pursuant to this Agreement.

d. Upon termination of this Agreement, the obligations of UCMC under this Agreement shall cease. If the Resident/Fellow(s) appointment is terminated, the Program Director shall determine the extent of credit earned by the Resident/Fellow. The Program Director shall document a final performance evaluation to indicate credit earned during the course of training.

10. Resident/Fellow Grievance Procedure.

a. A list of those matters which are grievable by Residents and Fellows and the procedures for implementing and pursuing the grievance procedure are contained in the GMEC policy titled "Grievance Procedure" available on the UCMC website under GME resources.
b. Neither the conflict resolution nor corrective action procedures set forth in the Medical Staff By-Laws, nor any human resources policies of UCMC or affiliated hospitals pertaining to grievances, appeals, performance management, corrective action, or termination, shall apply to Residents/Fellows.

7

UCMC00005126

11. <u>Patents and Software</u>. Residents/Fellows shall be subject to the Statutes of The University of Chicago which governs patents and software and any policy issued there under by UCMC or the University of Chicago which applies to Residents/Fellows or, in the absence of a policy specifically applicable to Residents/Fellows, any policy which is applicable to UCMC or University of Chicago employees. In interpreting this Statute with respect to Residents/Fellows, the word "University" shall be deemed to include UCMC.

12. <u>Notice of Non-Renewal or Non-Promotion</u>. UCMC will provide the Resident/Fellow with a written notice of intent not to renew a yearly contract prior to completion of a multi-year residency program, or if the resident/fellow will not be promoted, by the end of February for contracts which run from July 1 to June 30 or for contracts for PGY1 residents. If the contract runs for a period other than July 1 to June 30, then UCMC will provide the Resident/Fellow with a written notice of intent not to renew the contract, or promote, no later than four months prior to the end of this contract. However, if the primary reason(s) for the non-renewal occur(s) after the second Monday in February or within the four months prior to the end of the contract, UCMC will provide the Resident/Fellow with as much written notice of the intent not to renew, or promote, as the circumstances will reasonably allow, prior to the end of the contract. If the Program cannot determine, by the end of February, if the contract will be renewed due to issues related to the resident/fellow(s) progress in the program, the Program Director will inform the resident/fellow in writing of the reasons why a decision cannot be made, the timetable for making the decision, and the issues which must be addressed by the resident/fellow before such decision can be made.

13. <u>Renewal of Agreement</u>. The Resident/Fellow understands and acknowledges that this Agreement expires no later than the date set forth in Section 1 and that UCMC makes no commitment to renew this Agreement. Reappointment is at the discretion of UCMC and is contingent upon several factors, including but not limited to, the following:
   a. Satisfactory completion of all training components;
   b. the availability of a position;
   c. satisfactory performance evaluations;
   d. full compliance with the terms of this Agreement;
   e. continuation by ACGME of institutional and program accreditation;
   f. UCMC financial ability.

Each Resident/Fellow whose Appointment Period as stated in Section 1 is for one year, whose Appointment Period is from July 1 to June 30, and whose contract is to be renewed for another one year period, will receive a renewal contract no later than the second Monday in February. Residents/Fellows whose one year Appointment Period does not run from July 1 to June 30 and whose contract is to be renewed for a one year term will receive a renewal contract no later than 120 days prior to the commencement of the new contract term. Execution of a renewal agreement is contingent upon satisfactory evaluation during the 120 day period preceding the new contract term. In all cases, each Resident/Fellow offered a renewal contract shall accept such offer in writing by signing and returning the contract within 3 weeks of the date on which the Agreement was sent to the Resident/Fellow.

14. <u>Hospital or Program Closure or Program Reduction</u>. In the event a UCMC sponsored Program in which the Resident/Fellow is enrolled is closed or discontinued, or there is a proposed reduction in the size of the residency program, UCMC shall provide the Resident/Fellow with notification of the projected closing date as soon as possible after

8

the decision to close is made. In the event of such a reduction or closure, residents already in the program will be allowed to complete their education, or UCMC shall provide the Resident/Fellow with assistance in obtaining appointment to another ACGME residency program.

15. Access to Records. In accordance with Section 952 of the Omnibus Reconciliation Act of 1980 (PL 96-499), the Resident/Fellow agrees to make available for a period of four (4) years following completion of the term of this Agreement, upon request of the Secretary of Health and Human Services of the United States or of the United States Comptroller General or any of their authorized agents, all books, documents and records necessary to certify the nature and extent of the cost of the services rendered pursuant to this Agreement as required by federal statute or duly promulgated regulations.

16. Acceptance. This Agreement shall not be effective and shall not bind either party until it is submitted to UCMC and accepted by UCMC by signature below. UCMC reserves the right to refuse to accept any Agreement which is not submitted to UCMC within three weeks of the date on which the Agreement was sent to the Resident/Fellow.

17. Survival of Terms. All outstanding obligations of the parties shall survive termination or expiration of this Agreement for any reason.

18. Waiver. Any waiver by UCMC of the strict compliance with any term or provision of this Agreement shall not constitute a waiver of any other term or provision of this Agreement, or of any subsequent breach or failure to comply with such term or provision.

19. Controlling Law. This Agreement shall be construed in accordance with Illinois law, and the forum for any disputes arising hereunder shall be the circuit courts of Cook County, Illinois.

RESIDENT/FELLOW: _Alexandra Artunduaga_ Date: 03/22/11

PROGRAM DIRECTOR: _[signature]_ Date: 3/30/2011

EXECUTIVE ADMINISTRATOR: _[signature]_ Date: 4/4/11

THE UNIVERSITY OF CHICAGO MEDICAL CENTER

_[signature]_ Date: 5/16/11

Barry Kamin
Director, Graduate Medical Education

Approved GMEC 2-10-0

9

UCMC00005128

MyERAS 2013 - Documents                                    https://services.aamc.org/eras/myeras2013/documents/ps/ps_ma...

| ERAS | AAMC |  | Update Profile   Change Password   Message Center(83)   ADTS   Logout |
|---|---|---|---|

Maria Alexandra Artunduaga
AAMC ID: 12357098

| Dashboard | Application | Documents | Programs | Help |
|---|---|---|---|---|

Home | USMLE Transcript | COMLEX Transcript | Personal Statements | Letters of Recommendation

**Personal Statements:**

| Title | Action |
|---|---|
| ANESTHESIA | view \| print as \| assignments |
| PLASTIC SURGERY | view \| print as \| assignments |
| OTOLARYNGOLOGY | view \| print as \| assignments |

**Personal Statement Title:**
ANESTHESIA

**Personal Statement Content:**

I grew up convinced that I was going to become a surgeon after witnessing my little sister's battle against cerebral palsy and hundreds of children suffering of congenital malformations while volunteering with medical missions in my home country, Colombia. In my pursuits towards an academic medical career, I graduated at the top of my class and was chosen to finish my medical training in the U.S. After raising enough funds working as a general practitioner in the mountains of Colombia, I returned to the U.S. to study the genetics of congenital cardiac and auricular malformations in 200 families that I recruited during medical missions to South America. During my time at Harvard Medical School, I published multiple papers and book chapters, presented at a dozen of conferences and was awarded with two national research prizes and a 5-digit national grant. My first authorship in the New England Journal of Medicine secured me a legal permanent residency in the U.S. under a national interest waiver, and over a dozen interviews leading to a first pass entrance to one of the most competitive residencies: Plastic and Reconstructive Surgery.

I started my internship year at the University of Chicago Medical Center with high expectations after the positive experiences I had in all of my U.S. clinical rotations. Upon my arrival, I faced a generalized hostility to my background, my scientific inclinations were discouraged and my friendly personality was not well-received, a situation that prompted me to realize that it was not worthwhile staying in a place where my rights to equal training opportunities were not going to be fulfilled. I left UCMC in April, with the conviction of finding a nurturing environment for my training elsewhere.

During my short time at UCMC, I realized that I am someone with strong critical thinking and that my medical interest go beyond from operating on a patient. It was clear to me that becoming a physician-scientist was going to be more fulfilling because I would be intellectually challenged. I started to think of an alternative route. I still feel appealed by combining knowledge with technical abilities and enjoy the satisfaction one gains by the instantaneous outcome of correcting a medical problem in the operating room or in the critical care unit. My father, an anesthesiologist in Colombia, helped to convince myself that pursuing a career in critical care would fulfil my academic aspirations. Over the last couple of months, I have joined him in the operating room. It is clear to me now that no other field speaks clearly to my interests.

I am an enthusiastic and highly capable woman with a unique set of skills, I enjoy teaching as I am constantly mentoring international trainees in their pathway to residency training in the U.S. as an ECFMG advisor, I am fluent in English and Spanish, conversational in French and understand Italian and Portuguese, languages that have helped me establishing multinational research collaborations, I am a socially responsible individual as I am constantly volunteering my time in international medical missions and participating in the development of new science and technology policies with the Colombian government. I also know how to balance my life, as a woman, I deeply value my family; my husband and I love traveling, and we are constantly looking for new destinations to photograph.

I dream of becoming pediatric anesthesiologist specialized in critical care, and I wish to contribute to the health care of children in the U.S. and South America. My experience at UCMC taught difficult but important lessons that helped me to re-orient my professional development towards a scientific environment. With my extensive research, international clinical background, and strong interest in public health and global medicine, I feel I am a good asset to your program.



Δ π EXHIBIT 27
Artunduaga
Date 1-8-16   Rptr
WWW.DEPOBOOK.COM

1 of 1                                                                 1/8/13 12:55 PM

MA1433

Case: 1:12-cv-08733 Document #: 174-2 Filed: 11/18/16 Page 16 of 25 PageID #:5527

| | | | | | Marta Alexandra Artunduaga |
|---|---|---|---|---|---|
| Dashboard | Application | Documents | Programs | Help | AAMC ID: 12357098 |

| USMLE Transcript | COMLEX Transcript | Personal Statements | Letters of Recommendation |
|---|---|---|---|

**Personal Statements:**

| Title | Action |
|---|---|
| ANESTHESIA | View | print pa | assignments |
| PLASTIC SURGERY | View | print pa | assignments |
| OTOLARYNGOLOGY | View | print pa | assignments |

**Personal Statement Title:**
OTOLARYNGOLOGY

**Personal Statement Content:**

I grew up convinced that I was going to become a surgeon after witnessing my little sister's battle against cerebral palsy and hundreds of children suffering of congenital malformations while volunteering with medical missions in my home country, Colombia. In my pursuits towards an academic medical career, I graduated at the top of my class and was chosen to finish my medical training in the U.S. After raising enough funds working as a general practitioner in the mountains of Colombia, I returned to the U.S. to study the genetics of congenital auricular malformations in 200 families that I recruited during medical missions to South America. During my time as a genetics researcher at Harvard Medical School, I published multiple papers and book chapters, presented at a dozen of conferences and was awarded with two national research prizes and a 5-digit national grant. My first authorship in the New England Journal of Medicine secured me a legal permanent residency in the U.S. under a national interest waiver, and over a dozen interviews leading to a first pass entrance to one of the most competitive residencies: Plastic and Reconstructive Surgery.

I started my internship year at the University of Chicago Medical Center with high expectations after the positive experiences I had in all of my U.S. clinical rotations. Upon my arrival, I faced a generalized hostility to my background, my scientific inclinations were discouraged and my friendly personality was not well-received, a situation that prompted me to realize that it was not worthwhile staying in a place where my rights to equal training opportunities were not going to be fulfilled. I left UCMC in April, with the conviction of finding a nurturing training environment elsewhere.

During my short time at UCMC, I realized that I am someone with strong critical thinking and that my medical interests go beyond from operating on a patient. It is clear to me now that becoming a surgeon-scientist is going to be more fulfilling because I enjoy being intellectually challenged. I admire the understanding of basic and clinical sciences that is common amongst Otolaryngologists, I want to be well versed in anatomy, physiology, pathology and pharmacology so that I can provide my patients with the best care available. In the long run I would like to gain deep experience in reconstructive head surgery, and then fulfil my dream of becoming the first board certified microtia surgeon in Colombia.

I am an enthusiastic and highly capable woman with a diverse set of skills, I enjoy teaching as I am constantly mentoring international trainees in their pathway to residency training in the U.S. as an ECFMG advisor, I am fluent in English and Spanish, conversational in French and understand Italian and Portuguese, languages that have helped me establishing multinational research collaborations, I am a socially responsible individual as I am constantly volunteering my time in international medical missions and participating in the development of new science and technology policies with the Colombian government. I also know how to balance my life, as a woman, I deeply value my family; my husband and I love traveling, and we are constantly looking for new destinations to photograph.

I am looking for a residency program that is interested in nurturing my skills. With my extensive research, international clinical background, and strong interest in public health and global medicine, I know I can become an invaluable asset to your program.

MA1434

MyERAS 2013 - Documents  https://services.aamc.org/eras/myeras2013/documents/ps/ps_ma...

| ERAS | AAMC | | | Update Profile  Change Password  **Message Center(83)**  ADTS  Logout |

| Dashboard | Application | Documents | Programs | Help | Maria Alexandra Artunduaga AAMC ID: 12357098 |

| Home | USMLE Transcript | COMLEX Transcript | Personal Statements | Letters of Recommendation |

**Personal Statements:**

| Title | Action |
|---|---|
| ANESTHESIA | view \| print_ps \| preferences |
| PLASTIC SURGERY | view \| print_ps \| preferences |
| OTOLARYNGOLOGY | view \| print_ps \| preferences |

**Personal Statement Title:**
PLASTIC SURGERY

**Personal Statement Content:**

I grew up convinced that I was going to become a surgeon after witnessing my little sister's battle against cerebral palsy and hundreds of children suffering of congenital malformations while volunteering with medical missions in my home country, Colombia. In my pursuits towards an academic medical career, I graduated at the top of my class and was chosen to finish my medical training in the U.S. After raising enough funds working as a general practitioner in the mountains of Colombia, I returned to the U.S. to study the genetics of congenital auricular malformations in 200 families that I recruited during medical missions to South America. During my time at Harvard Medical School, I published multiple papers and book chapters, presented at a dozen of conferences and was awarded with two national research prizes and a 5-digit national grant. My first authorship in the New England Journal of Medicine secured me a legal permanent residency in the U.S. under a national interest waiver, and over a dozen interviews leading to a first pass entrance to one of the most competitive residencies: Plastic and Reconstructive Surgery.

I started my internship year at The University of Chicago Medical Center with high expectations after the positive experiences I had in all of my U.S. clinical rotations. Upon my arrival, I faced a generalized hostility to my background, my scientific inclinations were discouraged and my friendly personality was not well-received, a situation that prompted me to realize that it was not worthwhile staying in a place where my rights to equal training opportunities were not going to be fulfilled. I left UCMC in April, with the conviction of finding a nurturing training environment elsewhere.

During my short time at UCMC, I realized that I am someone with strong critical thinking and that my medical interests go beyond from operating on a patient. I dream of becoming a surgeon-scientist and I would like to be intellectually challenged during my residency training. I'm re-applying to Plastic Surgery because I am convinced that no obstacle is big enough to prevent me from pursuing my long-term goal of returning to Colombia to establish a research and treatment center for congenital anomalies. I have come a long way from a small town in South America and I am not willing to quit my dream so easily. I have learned tough but important lessons, and I want to undergo this process again because no other field makes me more passionate than Plastic Surgery.

I am an enthusiastic and highly capable woman with a diverse set of skills. I enjoy teaching as I am constantly mentoring international trainees in their pathway to residency training in the U.S. as an ECFMG advisor. I am fluent in English and Spanish, conversational in French and understand Italian and Portuguese, languages that have helped me establishing multinational research collaborations. I am a socially responsible individual as I am constantly volunteering my time in international medical missions and participating in the development of new science and technology policies with the Colombian government. I also know how to balance my life, as a woman, I deeply value my family: my husband and I love traveling, and we are constantly looking for new destinations to photograph.

I am looking for a residency program that is interested in nurturing my skills. With my extensive research, international clinical background, and strong interest in public health and global medicine, I know I can become an invaluable asset to your program.

1 of 1

1/8/13 12:55 PM

MA1435

## Litigation

**From:** Maria Alexandra Artunduaga, M.D. <martunduaga@gmail.com>
**Sent:** Wednesday, July 25, 2012 3:43 PM
**To:** maustin@barnabashealth.org
**Cc:** mmarano@barnabashealth.org
**Subject:** Preliminary PGY-1 Surgery opening
**Attachments:** cover_letter_maria_artunduaga.pdf

Dear Maria

I'm a former integrated plastic surgery resident at University of Chicago Medical Center. I didn't finish my internship year for personal reasons. I saw you have an opening for a preliminary PGY-1 position, I am very interested in applying.

My cover letter is attached to this e-mail, the rest of my documentation can be found at:
http://dl.dropbox.com/u/7207184/application/maria_artunduaga_application_docs.pdf

I can get two letters from General Surgery faculty at UCMC, let me know if you'd like to have them so I can give them your e-mail.

Thank you,

Maria Alexandra Artunduaga, M.D.
Cell: 617.999.3735
http://martunduaga.com


--

Maria Alexandra Artunduaga, M.D.
Plastic & Reconstructive Surgery Resident
University of Chicago Medical Center



MA003265

July 25, 2012

Dear Residency Program Director,

I decided to become a surgeon after witnessing my sister's battle against cerebral palsy. When she was two years old, doctors said that she would never walk, my physician parents arranged consultations in the U.S. because they had the resources to travel overseas, however, this did not happened to the hundreds of children I saw while volunteering for an international medical missions in Colombia. There are few surgeons dedicated to correct congenital malformations or traumatic injuries in children, most of them have never completed a fellowship, leaving most of these young patients with suboptimal results.

As my sister, who is now a prominent lawyer in the Colombian Chamber of Commerce, I want to help children in my society because I feel they must be provided with the same opportunity that my sister had. During my international medical training in the U.S., I fell in love with pediatric plastic surgery while shadowing multiple surgeons dedicated to correct microtia and cleft lip/palate, the experience revealed me the possibility of becoming a surgeon-scientist and my endless inspiration to pursue my sense of wonder.

I returned to my Colombia to raise funds to be able to go back to the U.S., for three years I worked in the mountains of Colombia and served as an emergency physician in a second-level regional hospital. In 2007, I joined the Seidman laboratory where I studied the genetic causes of microtia in 200 families that I recruited during medical missions to Latin America; and published multiple papers and book chapters, presented at a dozen of conferences and was awarded with two national research prizes and a grant of $30,000. My first authorship in the *New England Journal of Medicine* secured me a legal permanent residency in the U.S. as an alien of "extraordinary ability" under the National Interest Waiver, and a first pass entrance to one of the most competitive residencies in the U.S.: Plastic and Reconstructive Surgery.

Last year, I started my internship year at University of Chicago Medical Center with high expectations, I was proud of being the first Latin American woman ever accepted for integrated training, and the only International Medical Graduate who matched out of 250 applicants. Upon my arrival, I faced a generalized hostility to my background, neither my "accent", scientific inclinations or friendly personality were well-received, a situation that prompted me to realize that it was not worthwhile staying in a place where my rights to equal training opportunities were not going to be respected. I left UCMC in April, with the hope of finding a positive work environment where my talents, skills and personality were going to be appreciated.

I am an enthusiastic 5-feet young woman with a unique set of skills, I enjoy teaching as I am constantly mentoring international trainees in their pathway to residency training in the U.S. as an ECFMG advisor, I am fluent in English and Spanish, conversational in French and understand Italian and Portuguese, languages that have helped me establishing multinational research collaborations, I am socially responsible individual as I am constantly volunteering my time in international medical missions and participating in the development of new science and technology policies with the Colombian government, I also know how to balance my life, as a woman, I value family as my most precious acquisition, my husband and I love traveling overseas, and we are constantly looking for new destinations to photograph.

I am looking for a residency program that is truly interested in academic surgery, I am passionate about dedicating my life to children and wish to return to Colombia to set up a treatment and research center for congenital anomalies. Despite of the challenges that I have faced over the past year, I think that I deserve the opportunity to be trained because there is nothing that would make me happier than becoming a surgeon.

Thank you for your time,

Maria Alexandra Armunduaga, M.D.

MA003266

## Contact Information

Current Address:
Application for Maria Artunduaga Buitrago (20140612545)

| | |
|---|---|
| Street: | |
| Street2: | |
| City: | |
| State/Province: | |
| Zip Code: | |
| Day Telephone: | |
| Preferred Telephone: | |
| Alternate Telephone: | |
| Fax: | |
| Approximate Date through which current address is valid: | |
| Alternate Email: | |

**Permanent Address:**

| | |
|---|---|
| Street: | |
| Street2: | |
| City: | |
| State/Province: | |
| Zip Code: | |
| Country: | |
| Telephone: | |

**Second Party Authorization:**

| | |
|---|---|
| First Name: | Dr. John |
| Last Name: | Mulliken |
| Email: | |
| Phone: | |

## Account Information

**My Profile**

| | |
|---|---|
| Preferred Email: | martunduaga@gmail.com |
| AAMC ID: | |

## Personal Information

Citizenship https://portal.sophas.org/applicants14/index.cgi?rm=printable

| | |
|---|---|
| Citizenship Status: | US Permanent Resident |
| Country/Territory: | Colombia |
| Prm Legal Res State: | Illinois |
| Dual Citizenship: | No |
| Second Country or territory: | |
| Visa: | No |
| Visa Type: | |
| Curr Legal Res State: | Illinois |
| Over 12 mon residency: | Yes |

**Place of Birth**

| | |
|---|---|
| Date of Birth: | |
| City: | Neiva |
| State: | Not Listed or Not Applicable |
| County: | |
| Country: | Colombia |
| Gender: | Female |
| Are you of Hispanic Origin? | |
| Race: | |
| Number of years living in the US: | 6 |

**General**

| | |
|---|---|
| Materials under different name: | No |
| Former first name: | |
| Former/maiden last name: | |
| Preferred name: | N/A |
| Indicate your anticipated US Military status at the time you enroll: | None |
| First family member to complete undergrad degree? | No |
| First family member to pursue graduate degree? | No |

## Tests

### TOEFL

Status: Taken Date: July 2013 Test Type: Internet

| IBT Listening | IBT Reading | IBT Speaking | IBT Writing | IBT Total | Total Score |
|---|---|---|---|---|---|
| 29 | 29 | 24 | 25 | 107 | 107 |

| Took Listening | Took Speaking | CBT Listening Or P/B I | CBT Structure/Writing Or P/B II | CBT Reading Or P/B III | CBT Essay Or P/B Converted TSE |
|---|---|---|---|---|---|
| Yes | Yes | | | | |

### GRE

Status: Planned Date: November 2013 GRE Registration ID:

| Test Name | Score Type 1 | Converted Score 1 | Percentile 1 | Score Type 2 | Converted Score 2 | Percentile 2 | Score Type 3 | Converted Score 3 | Percentile 3 | Score Type 4 | Converted Score 4 | Percentile 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revised General Test (V, Q, W) | | | | | | | | | | | | |



1 of 6

10/16/13 1:50 PM

MA008399

**Language Proficiency**

| Language | Reading | Speaking | Writing | Listening |
|---|---|---|---|---|
| Spanish | High | High | High | High |
| French | High | Medium | Medium | Medium |
| Italian | Low | Low | Low | Low |
| Portuguese | Low | Low | Low | Low |

**Research and Work Experience**

| Position Title | Employer Name | Employer City | Employer State/ Province | Is This A Research Position? | Is This A Full Time Position? | Date | Brief Description Of Responsibilities |
|---|---|---|---|---|---|---|---|
| Health Technology Scientist | Base10Labs | Chicago | Illinois | Yes | Part-Time | June 2012 | Research of new health technologies and project documentation for application of signal processing to health related products. We have released two products: 1) Sprectro Guard: an application that lowers the music volume from a mobile device when a load noise happens nearby; and 2) Tinnix a mobile-based treatment for tinnitus using notched music therapy. |
| Physician Resident | University of Chicago Medicine | Chicago | Illinois | No | Full-Time | June 2011 March 2012 | First year resident assigned to services across the disciplines at the Department of Surgery. Clinical responsibilities included admission, treatment and follow-up of surgical patients; outpatient consultation, coordination of logistics for 10 patients every day. I first assisted over 100 surgical cases and performed 50 minor procedures independently. Administrative assignments included distribution of clinical assignments for medical students, and organization of their teaching activities. On-call duties of two weekends per month and 1-month of night float covering four different services. |
| Research Fellow in Human Genetics | Harvard Medical School | Boston | Illinois | Yes | Full-Time | June 2007 May 2011 | Studied the genetic causes of microtia through the execution of multiple molecular assays ranging from basic DNA isolation and standard sequencing up to genomic libraries construction and its hybridization to gene-filters, micro-arrays and high-throughput sequencing. Part of my work involved statistical/computational analysis of high-volume of data using advanced software; co-authored four original articles, two book chapters and presented at multiple national and international conferences. |
| Visiting Research Fellow | Harvard Cell Biology Department | Boston | Massachusetts | Yes | Full-Time | February 2007 April 2007 | Trained in basic principles of molecular biology (DNA isolation from blood, primer designing and DNA sequencing) and tissue engineering techniques (cell culture room-harvesting, passaging and cell manipulation). |
| Emergency Physician | Clinica La Carolina | Bogota | Not Listed or Not Applicable | No | Full-Time | February 2005 January 2007 | Offered immediate diagnosis and treatment for acute illnesses and life-threatening conditions in a secondary level clinic. Supervised a team of 5 healthcare professionals in the Emergency Department responsible for the care of 20 patients. |
| Rural Physician | Hospital Divino Niño de Rivera | Rivera | Not Listed or Not Applicable | No | Full-Time | July 2004 December 2004 | Six months mandatory practice after completion of medical school in rural areas where there is a shortage of physicians. Provided patient care in the hospital wards, clinics and the emergency department in a primary level hospital. Took house on-calls two nights every week and one full-weekend per month. Designed and implemented health brigades in isolated communities. |

2 of 6    10/16/13 1:50 PM

MA008400

## Community and Volunteer Experience

| Title | Organization | Supervisor Name | Number Of Weeks | Hours Per Week | Start Date | End Date | Brief Description Of Responsibilities |
|---|---|---|---|---|---|---|---|
| International Advisor | Educational Commission for FMGs | | 52 | 2 | July 2011 | | Provide guidance on several topics concerning medical license certification for international medical graduates seeking residency training in the U.S. |
| Officer for Harvard Medical School | Colombian Student Society at Harvard/MIT | Prf. Antonio Copete | 52 | 2 | September 2009 | August 2011 | Directed the first Colombian student organization in Harvard/MIT that sponsors monthly political, cultural and scientific talks on issues related to Colombia. Organized the first health symposium on clinical and basic science research carried out by Colombian physicians and scientists in the Boston area. |
| Volunteer Physician and Researcher | Help Us Give Smiles Foundation | Dr. Vito Quatela | 1 | 40 | August 2009 | August 2009 | Served as a translator and helped evaluating patients with microtia. Collected discarded surgical specimens for genetic testing. |
| Volunteer Physician and Researcher | Volunteer Physician and Researcher | Dr. Usama Hamdan | 1 | 40 | August 2007 | August 2007 | Served as a translator and helped evaluating patients with microtia. Assisted reconstructive operations and collected blood samples and epidemiological data for my research project. |
| Medical Advisor | Kaplan Test Prep Center | Zuly Castillo | 52 | 2 | June 2007 | | Provide guidance on several topics concerning the ECFMG certification process: study strategies, visiting medical rotations, immigration issues and research opportunities in the US. |
| Director of Medical Brigades | Hospital Divino Niño de Rivera | Dr. Buenaventura Parra | 20 | 4 | July 2004 | December 2004 | Designed public health brigades targeting isolated communities in the region. Supervised a team of 5 healthcare professionals that provided patient care and education on prevalent diseases. |
| Volunteer Medical Student | Healing the Children | Dr. Alberto Trespalacios | 1 | 40 | April 2003 | April 2003 | Served as a translator, evaluator and surgical assistant for the medical mission in my home town. |
| Basic Science Tutor | Surcolombiana University | Dr. Abner Lozano | 12 | 2 | January 2003 | April 2004 | Lectured two classes in genetics and molecular biology for last year medical students preparing for the Annual Colombian Medical examination (ASCOFAME) exam. |
| Co-founder | Colombian Society for Medical Students | Dr. Camilo Prieto | 100 | 6 | October 2002 | June 2007 | Founded the first national organization for medical students in Colombia. Represented the concerns of medical students across the country, promoted highest standards in Colombian medical education through the promotion of training, activities and projects related to health in Colombia. |
| Medical School Class Representative | Javeriana Student Medical Organization | Reverend Jaime Bernal | 100 | 6 | July 1997 | June 2000 | Founded the first medical student council in my medical school. Discussed the interests and opinions of the medical students and proposed new alternatives that will guarantee the rights and interest of our peers. Conducted the bi-annual orientation week, the annual cultural week and the Javeriana olympiads. Leaded the social service volunteer group for two years, designed and implemented health brigades for undeserved communities in southern neighborhoods of Bogota. |
| Instructor in Public Health | La Presentación Social Service Group | Sister Myriam Eugenia Gómez | 100 | 4 | February 1994 | November 1996 | Conducted lectures, conferences and debates on public health topics for high school students in underprivileged neighborhoods in my home town. |

MA008401

## Additional Information

Have you been arrested for Maria Artunduaga Buitrago (20140612545)    https://portal.sophas.org/applicants14/index.cgi?rm=printable

| | |
|---|---|
| If you answered "Yes" to the previous question, you must enter an explanation in this box. Include 1) a brief description of the incident and/or arrest, 2) specific charge made, 3) related dates, 4) consequence, and 5) a reflection on the incident and how the incident has impacted your life. | |
| Have you ever been convicted of a Felony? | No |
| If you answered "Yes" to the previous question, you must enter an explanation in this box. Include 1) a brief description of the incident and/or arrest, 2) specific charge made, 3) related dates, 4) consequence, and 5) a reflection on the incident and how the incident has impacted your life. | |
| Have you ever withdrawn from an institution, been terminated or disciplined for academic performance or conduct violations? | Yes |
| Have you participated in any of the following U.S. based national volunteer service agencies (Check all that apply) | |
| Do you have ECFMG certification (if you are a foreign medical school graduate)? | Yes |
| Have you verified the integrity statement? | Yes |
| Are you applying for financial aid? | Yes |
| Do you want to be considered for financial assistance? | Yes |

## Relevant Honors and Awards

| Name Of Award Or Distinction | Sponsoring Organization | Year Received Or Awarded | Brief Description Of Award |
|---|---|---|---|
| Reseucher of Extraordinary Ability | USCIS | 2011 | Granted permanent residency in the U.S. for outstanding contributions to the genetics field. |
| Certificate in General Surgery | University of Washington | 2010 | Each year 4-6 international physicians are chosen from a pool of 200 applicants to complete this program prior to surgical residency training. |
| Travel Grant Award | ASPO | 2010 | Honorary mention for outstanding podium research presentation. |
| Postdoctoral International Fellowship | AAUW | 2009 | Each year 30 candidates are chosen from a pool of 1,000 applicants to pursue a research project in the United States. |
| William P. Potsic basic science uward | ASPO | 2009 | Best basic science research paper presented at a national conference; over 100 manuscripts were submitted to this competition. |
| Highest class GPA | Pontificia Universidad Javeriana | 2003 | Obtained the highest GPA during my last year of medical school; class size 65. |
| Honors student abroad program | Pontificia Universidad Javeriana | 2002 | Three medical students with strong leadership skills, are chosen to participate in an intensive U.S. clinical training; I visited Harvard Medical School, Mount Sinai School of Medicine and Baylor College of Medicine during my last year of medical school. |
| Scholars for Colombia | ECOPETROL | 1997 | Inducted to Colombia's highest academic recognition for scoring amongst top-20 SAT scores in my home country. It is equivalent to "Presidential Scholar" in the U.S. |
| Andrés Bello Scholarship | Colombian Ministry of Education | 1996 | Received national scholarship for completion of combined undergraduate/medical school program at Colombia's best private medical institution. |
| Best high-school student in the State | Colombian national police | 1996 | Recognition for academic excellence and performance on the SAT test. |
| Valedictorian | Colegio de La Presentacion | 1996 | Recognized as best graduating student. |
| School of Government und Leadership | Huila state government | 1995 | High-school students with strong leadership skills, are chosen to participate in an intensive summer program in anticipation to their participation at an international summit sponsored by the Spanish government every year. |

## Other Relevant Information

### Description Of Other Information Relevant To The Admissions Committee:

My residency contract was not renewed; I disagree with the rationale behind that decision and continue to contest it through all available channels.

10/16/13 1:50 PM

MA008402

Case: 1:12-cv-08733 Document #: 174-2 Filed: 11/18/16 Page 24 of 25 PageID #:5535

| Designation | Statement |
|---|---|
| Boston University School of Public Health | Born and raised in Colombia, I grew up believing that every human being has the same rights to life, health and education, regardless of social status. My grandfather worked for the Colombian Ministry of Education and dedicated his life to monitoring schools in rural areas with limited educational resources. My grandmother founded a school in one of the poorest neighborhoods in Bogota, and became the city's first female principal. My mother and father met while working as general practitioners in one of Colombia's most isolated regions. The only formally trained physicians in the village, they worked 16-hour days at a small hospital. The lack of basic living standards and healthcare shocked them: the locals, who became like their own families, lived in extreme deprivation. Everyone drank water from the same pond, where human and agricultural wastes were dumped. Seasonal starvation and nutritional deficiencies were common. People often died on their way to seek treatment in hospitals; others died at home without a diagnosis. |

As a child hearing these stories, I felt grateful to have grown up healthy; but knowing that millions of children my age died from preventable diseases and blatant urban-rural disparities saddened me. At age 10, after witnessing my little sister struggling with cerebral palsy and the social stigma that surrounded it, I decided to be a doctor. My sister underwent seven operations to be able to walk with a cane; today, she is a prominent lawyer in Colombia. My other sister, like me, became a doctor.
My own experiences in healthcare started when I was 14. As a weekend volunteer in my school's social service group, I created a comprehensive health education curriculum for 10-15-year-olds. We provided free dental screenings, performed skits on healthcare topics, taught nutrition and offered advanced biology classes. The results were astonishing. Children started asking questions that tested the limits of our knowledge, forming healthy habits, teaching their families, and aspiring to go to college.

At age 15, I was chosen to participate in the Huila State government-sponsored government and leadership school. During my time there, I redesigned its health program, which other schools then began implementing. At age 16, I received preferential admission to a combined undergraduate/medical school program at Pontificia Universidad Javeriana. There, I co-founded the Medical Student Organization (OME in Spanish) and led its social service group in convincing five medical specialists to assist us in providing free cure to uninsured patients. Resolved to expand the project nationally, a friend and I traveled to medical schools across the country, inviting them to come together in founding the first Colombian Medical Student Association (ACOME in Spanish). More than 1,000 students signed up in the first year and started to replicate the program at their schools. Four years later, 80 percent of the medical schools in Colombia had joined; today, ACOME is a leading medical student organization and is actively involved in health policy and reform in my country.

During my last year of medical school, as one of three students selected to finish their training at top medical institutions in the United States, I shadowed Dr. John B. Mulliken, an international expert in bilateral cleft/lip palate repair and vascular malformations at Boston Children's Hospital. The experience led to my decision to become a pediatric plastic surgeon and scientist, with the hope of eventually establishing Colombia's first academic center for the research and treatment of congenital anomalies in children. I dream of creating similar centers across Latin America, where there is a lack of doctors knowledgeable in the treatment of children with malformations or traumatic injuries; I find it unacceptable that plastic surgeons gravitate toward cosmetic surgery instead of helping children with limited resources.

After my studies abroad, I served a community of 25,000 inhabitants in the mountains of Colombia, running a general practitioner clinic during the days and covering the emergency room at night. Shocked by the prevalence of severe hypertension and diabetes, I formed weekly medical brigades to attack these problems in isolated communities, and instructed nurses to deliver educational sessions while I saw more complex cases. I also directed workshops in basic life support for hospital staff, firefighters and police officers. I moved on to practice as an emergency physician in Bogota, and after two years of night shifts, I had enough money to support myself during the first year of my research fellowship at Harvard Medical School.

For four years, I studied the genetic causes of microtia and hearing loss at Harvard's Seidman Laboratory. In the course of multiple surgical missions to South America, I recruited over 300 affected families, the largest cohort in the literature for this rare disease. Using DNA microarrays and next-generation sequencing, we identified a novel sub-chromosomal duplication in chromosome 1q32.1, a region that encompasses a gene that is mutated in some patients. I published articles in a number of journals, presented at a dozen conferences, and won a handful of national prizes, including an international fellowship/grant and permanent U.S. residency as an alien of extraordinary ability in research. Active with the Harvard-MIT Colombian Society, I was also appointed to fully manage the first Colombian Symposium in Biological and Health Sciences, and I served as one of 10 academics who made recommendations in science and technology policy to the Colombian government, some of which have been implemented with great success.

Through these experiences, I have developed a strong interest in health technology and innovation. Outside residency training, I have been working with my husband, the founder and chief technology officer of Base 10 Labs, as part of his company's healthcare development group. Our newest mobile application simulates a hearing aid in the smartphone, effectively reducing the cost of hearing aid technology by two orders of magnitude.

Ten years from now, I see myself leading a successful surgical practice in a children's hospital in Colombia, educating residents, participating actively in the making of public health policies concerning the distribution of surgical care in rural areas and leveraging technology to bridge the gap between rich and poor. Furthermore, I intend to use my knowledge of quantitative methods and health policy to sustain an academic career with a focus on developing nations. My current interests include cost-effectiveness analysis, healthcare device innovation, and expansion of medical delivery for low- income populations through workforce and infrastructure development. I wish to continue participating in humanitarian relief as well as the development, implementation and evaluation of training programs in conjunction with governmental and nongovernmental organizations worldwide. I also plan to use my genetics background to implement new research strategies for the assessment of environmental factors in populations with a higher prevalence of congenital diseases such as microtia.

Building on my clinical and basic science knowledge through education in public health is the next logical step in my career. The expertise of your program's faculty, the scope of their research, the content of your curriculum and the opportunities for interaction with a diverse, highly qualified body of student leaders are unparalleled. A master of public health will provide me with the tools to communicate with scientists and policy makers in order to impact the delivery of healthcare in my home country and throughout the world.

| Tulane University School of Public Health and Tropical Medicine | Born and raised in Colombia, I grew up believing that every human being has the same rights to life, health and education, regardless of social status. My grandfather worked for the Colombian Ministry of Education and dedicated his life to monitoring schools in rural areas with limited educational resources. My grandmother founded a school in one of the poorest neighborhoods in Bogota, and became the city's first female principal. My mother and father met while working as general practitioners in one of Colombia's most isolated regions. The only formally trained physicians in the village, they worked 16-hour days at a small hospital. The lack of basic living standards and healthcare shocked them: the locals, who became like their own families, lived in extreme deprivation. Everyone drank water from the same pond, where human and agricultural wastes were dumped. Seasonal starvation and nutritional deficiencies were common. People often died on their way to seek treatment in hospitals; others died at home without a diagnosis. |

As a child hearing these stories, I felt grateful to have grown up healthy; but knowing that millions of children my age died from preventable diseases and blatant urban-rural disparities saddened me. At age 10, after witnessing my little sister struggling with cerebral palsy and the social stigma that surrounded it, I decided to be a doctor. My sister underwent seven operations to be able to walk with a cane; today, she is a prominent lawyer in Colombia. My other sister, like me, became a doctor.
My own experiences in healthcare started when I was 14. As a weekend volunteer in my school's social service group, I created a comprehensive health education curriculum for 10-15-year-olds. We provided free dental screenings, performed skits on healthcare topics

## Colleges Attended

Sophas Application for Maria Artunduaga Buitrago (20140612545)                    https://portal.sophas.org/applicants14/index.cgi?ma=printable

| Name Or College Or University | College Level | Attended From | Attended To |
|---|---|---|---|
| NON-US (FOREIGN) INSTITUTION | Graduate | January 1997 | December 2003 |

## College Degrees

| Degree | Degree Status | Date Degree Earned Or Anticipated | First Major | Second Major |
|---|---|---|---|---|
| M.D. Doctor of Medicine | Degree Awarded | December2003 | MEDICINE | |

## Coursework

No coursework found.

## Curriculum Vitae / Resume

| Date | Name |
|---|---|
| 09-17-2013 | 20140612545-CV.pdf |

## References

| Date | Name | Waived | Status |
|---|---|---|---|
| 09/05/2013 | Dr John Mulliken | Yes | Completed |
| 09/09/2013 | Dr Roland Eavey | Yes | Completed |
| 09/05/2013 | Prf Jonathan Seidman | Yes | New |
| 09/12/2013 | Dr Gabriel Osorno | Yes | Completed |

## Designations

- Boston University School of Public Health
- Columbia University Mailman School of Public Health
- Emory University Rollins School of Public Health
- Harvard School of Public Health
- New York University Global Institute of Public Health
- Tulane University School of Public Health and Tropical Medicine
- UCLA Jonathan and Karin Fielding School of Public Health
- University of California Berkeley School of Public Health
- University of Michigan School of Public Health
- University of North Carolina at Chapel Hill Gillings School of Global Public Health
- University of Pennsylvania Graduate Program in Public Health Studies
- University of Pittsburgh Graduate School of Public Health
- Yale School of Public Health

10/16/13 1:50 PM

MA008404