# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. MARIA ARTUNDUAGA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 12-cv-08733 |
| v. | ) | |
| | ) | Judge Zagel |
| THE UNIVERSITY OF CHICAGO | ) | Magistrate Judge Schenkier |
| MEDICAL CENTER, | ) | |
| | ) | |
| *Defendant.* | ) | |

**REPORT OF DR. MARK R. KILLINGSWORTH**

1.      I am a professor of economics at Rutgers University, New Brunswick, NJ.  My background and credentials are set forth in my curriculum vitae, attached to this report as Appendix A.  I have been retained as a consultant and expert labor economist by counsel for Dr. Maria Artunduaga, the plaintiff in this litigation.  Plaintiff's counsel has informed me that, beginning in 2011, Dr. Artunduaga was a resident at the University of Chicago Medical Center ("UCMC") and intended to complete her residency and an internship, and then work as a plastic surgeon.  Plaintiff's counsel has also informed me that in the spring of 2012 UCMC terminated Dr. Artunduaga's residency, and that Dr. Artunduaga alleges that UCMC took this action for discriminatory reasons.  Finally, plaintiff's counsel has informed me that, after UCMC terminated her, Dr. Artunduaga entered the Masters in Public Health ("MPH") program at the University of Washington; and that, after receiving the MPH degree in June 2016, Dr. Artunduaga intends to work in the field of public health in either an academic or a nonprofit setting.

2.      Dr. Artunduaga's counsel has asked me to use the information currently available[1] to analyze Dr. Artunduaga's economic losses arising from UCMC's decision to terminate her residency.  The economic rationale for, and the basic methodology underlying, these calculations is simple, straightforward, and widely-accepted in the professional literature.  In the present setting, Dr. Artunduaga's "lost earnings" are the difference between (i) the hypothetical earnings at each age that Dr. Artunduaga could have expected to receive had she been able to complete her residency at UCMC and become a plastic surgeon (sometimes called "but-for" earnings); and (ii) her actual or expected future earnings at each age, given that UCMC terminated her residency and that she has now enrolled in an MPH program with a view to entering a career in public health (sometimes called "mitigation" earnings).  Thus, this methodology entails computing the difference between two different streams of earnings (often called earnings profiles) starting with the decision by UCMC to terminate her residency, and continuing into the future.

3.      Some of these earnings losses were sustained in years prior to the present, and so I add interest to these losses.  Likewise, other earnings losses (indeed, most of them) are sustained in future years, so I convert these future losses into their "present values" (i.e., their values in terms of today's money) at an appropriate rate of interest.  The "present value" of the loss in each future year measures the amount of money that would have to be put into a riskless interest-bearing Treasury security as of September 1, 2015, in order to yield a sum of money equal to the relevant future loss – i.e., the amount in the relevant future year.[2]

## Economic losses from denial of promotion

4.      Table 1 sets out my calculations concerning Dr. Artunduaga's lost compensation arising from UCMC having terminated her residency.  In deriving these results, I proceeded as follows:

---

[1] If additional pertinent information becomes available later, I may decide to incorporate this new information in a revised report.

[2] As a very simple example, suppose the current interest rate is 5% and that an individual is expected to sustain a loss of $105 a year from now.  The *present* value of this *future* loss is $100, since that is the amount that would have to be put into an interest-bearing security today in order to yield $105 in a year's time.

5.     Column (1) of Table 1 sets out Dr. Artunduaga's hypothetical compensation assuming completion of her residency and a subsequent career in plastic surgery.  For 2012-2019, I have assumed that Dr. Artunduaga would have been a resident (2012-2017) and then a fellow in a plastic surgery subspecialty (2017-2019).  I have assumed that her approximate annual salary as a resident would have been $50,000 (which is approximately her actual earnings as a resident during 2011-12), and that her approximate annual salary as a fellow would have been $75,000.

6.     For 2020 and later years, I derived an estimate of Dr. Artunduaga's earnings as a plastic surgeon.  To do this, I began by determining the age-earnings profile of physicians and surgeons, showing how earnings change with age.  To do this, I first determined Dr. Artunduaga's expected initial compensation as a plastic surgeon; and I then determined an age-earnings profile for her, showing how compensation can be expected to change with age.

7.     First, according to a survey of the earnings of private practice plastic surgeons, the figures for median and mean starting compensation were $324,837 and $366,141, respectively;[3] the midpoint between these two figures is approximately $345,000.  Also, survey data on starting salaries in plastic surgery compiled by the Medical Group Management Association (MGMA) indicate that median compensation of plastic surgeons with between three and seven years' experience is $425,549.  In deriving Dr. Artunduaga's expected future compensation as a plastic surgeon, I assumed that her initial earnings in plastic surgery would be $345,000, rising to $415,000 in the second year.

8.     The next step in the calculations was to determine an age-earnings profile for physicians and surgeons, showing how earnings change with age.  To do this, I extracted data from the Current Population Survey ("CPS") on the annual earnings of persons in Census occupation category 306 ("Physicians and surgeons").[4]  The data also include information on age, race, sex, and ethnicity.  I then performed a regression analysis of these data to determine, for these persons, how earnings change with age, taking account of sex, race, and ethnicity.  This allowed me to derive an age-earnings profile for Hispanic females employed as physicians or surgeons.  Finally, since the CPS data refer to earnings in 2013, I then shifted the regression-derived earnings profile upwards to reflect earnings increases in future years occurring as a result of general growth in occupational wages at the rate of 2.150 percent per year.  The resulting earnings figures are set out in column (1) of Table 1.  (Please see note (1) to Table 1 for details.)

9.     The entries in column (1) do not include fringe benefits.

10.     Column (2) of Table 1 sets out Dr. Artunduaga's actual and expected future earnings given that UCMC terminated her residency, and given that she is now enrolled in a program leading to an MPH degree and a career in public health, with a focus on work in nongovernmental organizations on global health matters.

---

[3] See p. 16 of Steven P. Davison and Mark W. Clemens, "The Job Search," pp. 3-27 in Joshua Korman and Heather J. Furnas, eds., *The Business of Plastic Surgery*, Singapore:  World Scientific Publishing Co., 2010.
[4] The CPS is a large national sample survey conducted annually by the U.S. Bureau of the Census.  Census occupation category 306 is the category into which physicians and surgeons are classified.

11.     To derive this, I followed the same methodology I used in deriving the figures in column (1) (which refer to expected earnings as a plastic surgeon). First, survey data compiled by the Association of Schools and Programs of Public Health (AASPH) on recent graduates (2013-14) with MPH degrees indicate that median compensation was less than $75,000 (and approximately $65,000 or less)[5]; and a health careers website[6] quotes a salary range of $31,500-$86,625 for public health professionals working in global health. In deriving Dr. Artunduaga's expected future compensation in public health, I assumed that her initial earnings upon graduation in 2016 with an MPH degree would be $65,000.

12.     The next step in the calculations was to determine an age-earnings profile for persons in public health. To do this, I extracted data from the Current Population Survey ("CPS") on the annual earnings of persons with master's degrees working in Census occupation category 035 ("Medical and health services managers"). The data also include information on age, race, sex, and ethnicity. I then performed a regression analysis of these data to determine, for these persons, how earnings change with age, taking account of sex, race, and ethnicity. This allowed me to derive an age-earnings profile for Hispanic females with master's degrees employed in health services management. Finally, since the CPS data refer to earnings in 2013, I then shifted the regression-derived earnings profile upwards to reflect earnings increases in future years occurring as a result of general growth in occupational wages at the rate of 3.287 percent per year. The resulting earnings figures are set out in column (2) of Table 1. (Please see note (2) to Table 1 for details.)

13.     The entries in column (2) do not include fringe benefits.

14.     Column (3) in Table 1 shows Dr. Artunduaga's lost compensation for each year, equal to the difference between expected total compensation assuming promotion by UCMC (column (1)) and expected total compensation in public health (column (2)). Column (4) expresses the lost earnings in column (3) in terms of present value, using a spectrum of interest rates for Treasury securities of different maturities.[7] The cumulative present value of lost compensation as of each year is shown in column (5).

15.     For example, the cumulative present value of lost earnings during the ten-year period between 2012 and 2021 is $871,0114. (Please see the entry for 2021 in column (5) of Table 1.) The calculations also imply that, as of age 70, Dr. Artunduaga's total cumulative loss is $9,373,565. Plaintiff's counsel has advised me that Dr. Artunduaga expects to work until at least age 72. As of age 72, Dr. Artunduaga's total cumulative loss is $9,551,158.

---

[5] See Association of Schools & Programs of Public Health, "ASPPH Graduate Employment," June 3, 2015, at p. 21.
[6] See "Global Health," in explorehealthcareers.org/en/Career/51/Global_Health, accessed July 20, 2015. Explorehealthcareers.org is supported by the Robert Wood Johnson Foundation and is maintained by the American Dental Education Association.
[7] To derive the present value (as of September 1, 2015) of future lost-earnings amounts, I used the interest rate on a one-year U.S. Treasury security (adjusted to constant maturities) for earnings received in 2015 (i.e., one year from now); for earnings received in 2016 (i.e., two years from now), I used the rate for a two-year U.S. Treasury security; and so on. Similarly, to add interest to a past lost-earnings amount from one year ago, I used the one-year Treasury security rate; for a loss amount from two years ago, I added interest using the two-year Treasury security rate; and so on. See Federal Reserve Statistical Release H.15, "Selected Interest Rates (Daily) – H. 15," August 20, 2015.

**Tax consequences of an award for economic losses**

16.     If Dr. Artunduaga receives a monetary award as a result of her claims against UCMC, then, depending on the nature, amount and timing of this award, I would expect this to create adverse tax consequences for her, causing her to have to pay substantially more in taxes than would have been the case if she had earned the sums in question over her worklife.

17.     Given information about the amount of the award and about applicable taxes, it would be straightforward to compute the amount of "tax offset" that would be necessary to offset the additional taxes to which Dr. Artunduaga would be subject.  However, no award has yet been made.  Thus, in the absence of information about the nature, amount and timing of an award, any attempt at computing a tax offset at this point would be premature.  However, in the event that an award is made to Dr. Artunduaga, I would intend to submit a supplemental report calculating the appropriate tax offset.

Mark R. Killingsworth

August 3(, 2015

Table 1:  Lost earnings calculations for Maria Artunduaga

| | | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|
| | | annual earnings | | lost earnings | | |
| | | retained | terminated | annual | present | cumulative |
| year | age | ("but-for") | ("mitigation") | amount | value | amount |
| 2012* | 32 | 25000 | 0 | 25000 | 25412 | 25412 |
| 2013 | 33 | 50000 | 5395 | 44605 | 44896 | 70308 |
| 2014 | 34 | 50000 | 7553 | 42447 | 42557 | 112865 |
| 2015 | 35 | 50000 | 500 | 49500 | 49479 | 162344 |
| 2016 | 36 | 50000 | 32500 | 17500 | 17409 | 179753 |
| 2017 | 37 | 62500 | 65000 | -2500 | -2463 | 177290 |
| 2018 | 38 | 75000 | 68592 | 6408 | 6211 | 183502 |
| 2019 | 39 | 210000 | 72284 | 137716 | 132171 | 315673 |
| 2020 | 40 | 345000 | 76069 | 268931 | 249313 | 564986 |
| 2021 | 41 | 415000 | 79944 | 335056 | 306025 | 871011 |
| 2022 | 42 | 443151 | 83900 | 359251 | 315794 | 1186806 |
| 2023 | 43 | 471144 | 87932 | 383211 | 330771 | 1517576 |
| 2024 | 44 | 498715 | 92031 | 406684 | 344688 | 1862265 |
| 2025 | 45 | 525593 | 96190 | 429403 | 348713 | 2210978 |
| 2026 | 46 | 551499 | 100398 | 451100 | 358834 | 2569812 |
| 2027 | 47 | 576152 | 104647 | 471504 | 367386 | 2937198 |
| 2028 | 48 | 599277 | 108927 | 490350 | 374248 | 3311446 |
| 2029 | 49 | 620605 | 113226 | 507379 | 379318 | 3690764 |
| 2030 | 50 | 639885 | 117534 | 522351 | 382516 | 4073280 |
| 2031 | 51 | 656879 | 121838 | 535041 | 383788 | 4457068 |
| 2032 | 52 | 671378 | 126127 | 545251 | 383104 | 4840172 |
| 2033 | 53 | 683198 | 130388 | 552809 | 380464 | 5220636 |
| 2034 | 54 | 692187 | 134609 | 557578 | 375890 | 5596526 |
| 2035 | 55 | 698230 | 138775 | 559455 | 344319 | 5940845 |
| 2036 | 56 | 701247 | 142875 | 558372 | 335435 | 6276280 |
| 2037 | 57 | 701200 | 146894 | 554306 | 325029 | 6601308 |
| 2038 | 58 | 698088 | 150819 | 547268 | 313228 | 6914536 |
| 2039 | 59 | 691952 | 154637 | 537315 | 300177 | 7214713 |
| 2040 | 60 | 682873 | 158335 | 524538 | 286031 | 7500745 |
| 2041 | 61 | 670968 | 161899 | 509069 | 270958 | 7771702 |
| 2042 | 62 | 656389 | 165316 | 491073 | 255128 | 8026830 |
| 2043 | 63 | 639320 | 168574 | 470746 | 238719 | 8265550 |
| 2044 | 64 | 619974 | 171661 | 448313 | 221907 | 8487456 |
| 2045 | 65 | 598586 | 174564 | 424021 | 187111 | 8674568 |
| 2046 | 66 | 575409 | 177274 | 398135 | 170970 | 8845538 |
| 2047 | 67 | 550713 | 179779 | 370934 | 155010 | 9000548 |
| 2048 | 68 | 524773 | 182070 | 342703 | 139367 | 9139915 |
| 2049 | 69 | 497870 | 184137 | 313732 | 124158 | 9264073 |
| 2050 | 70 | 470281 | 185973 | 284308 | 109492 | 9373565 |
| 2051 | 71 | 442280 | 187570 | 254710 | 95458 | 9469023 |
| 2052 | 72 | 414128 | 188921 | 225207 | 82135 | 9551158 |

* Refers to July-December 2012.

(1)   Earnings if retained by UCMC.  For 2012, entry equals estimated earnings as a resident during
      June-December 2012.  For 2013 through June 2017, entries represent estimated earnings as a
      resident. For June 2017 through June 2019, entries represent estimated earnings as an intern.
      For July-December 2019 and 2020, entries equal estimated initial earnings in private practice
      as plastic surgeon ($345,000).  For 2021, entry equals estimated earnings in private practice
      as plastic surgeon.  For 2022 and later years, each entry is calculated based on the age-
      earnings profile of physicians and surgeons (occupation category 306) using U.S. Current
      Population Survey data, with 2021 as the base, and with allowance for 2.15 percent annual
      growth in occupational earnings.  Figures do not include fringe benefits.

(2)     Earnings given termination by UCMC.  For 2012-2015, entries represent estimated actual earnings.  For 2016, entry represents estimated actual earnings, i.e., six months' initial earnings with MPH degree ($65,000).  For 2017, entry represents estimated annual earnings with an MPH degree.  For 2018 and later years, each entry is calculated based on the age-earnings profile of persons with master's degree employed as public health administrators, derived using U.S. Current Population Survey data, with 2017 as the base, and with allowance for 3.287 percent annual growth in occupational earnings.  Figures do not include fringe benefits.

(3)     (1) - (2).

(4)     Present value (as of September 1, 2015) of (3).  Discounted using a spectrum of interest rates as of August 20, 2015, on Treasury securities (the rate on a one-year Treasury security for an amount one year in the future, the rate on a two-Treasury security for an amount two years in the future, etc.).

(5)     Total of entries in (4) up to and including the present year.

# Appendix A:  Curriculum Vitae

## MARK R. KILLINGSWORTH:  Curriculum Vitae

### Employment

1978-date:    Department of Economics, Rutgers University
              New Brunswick, NJ

    2010-date:      Visiting Fellow, Centre for Longitudinal Studies
    2009-date:      Research Fellow, IZA (Institute for the Study of Labor)
    1988-date:      Professor of Economics
    2000-03:        Chair, Department of Economics
    1986-89:        Director, Graduate Program in Economics
    1984-88:        Associate Professor of Economics
    1984-2005:      Research Economist, National Bureau of Economic Research
    1980-81:        Fellow, National Opinion Research Center
    1978-84:        Assistant Professor of Economics

    courses taught:

    *undergraduate*:                      *graduate*:
    principles of economics               applied microeconometrics
    labor economics                       economics of the labor market
    personal economics and public policy  economics of human resources
    intermediate microeconomics
    women and the economy

1989-90:      Visiting Professor, Department of Economics;
              Visiting Fellow, Industrial Relations Section
              Princeton University, Princeton, NJ

1979:         Visiting Lecturer, Woodrow Wilson School of Public and International Affairs
              Princeton University, Princeton, NJ

              course taught:  poverty and public policy (graduate)

1976-78:      Department of Economics, Barnard College,
              Columbia University, New York, NY

    1978-80:        Research Associate, Center for the Social Sciences
    1977-78:        Assistant Professor of Economics, Barnard College
    1976-77:        Instructor of Economics, Barnard College

    courses taught (undergraduate):

    principles of economics             labor economics
    poverty and income distribution     statistics
    intermediate macroeconomics         econometrics

**Employment** (continued)

| | |
|---|---|
| 1975-77: | Visiting Research Fellow, Industrial Relations Section;<br>Visiting Lecturer, Department of Economics<br>    and Woodrow Wilson School of Public and International Affairs<br>Princeton University, Princeton, NJ |

        1975-77:      Visiting Research Fellow, Industrial Relations Section
        1975-76:      Visiting Lecturer, Department of Economics
                          and Woodrow Wilson School

        courses taught:      labor economics (undergraduate)
                              poverty and public policy (graduate)

| | |
|---|---|
| 1973: | Visiting Assistant Professor, Department of Economics,<br>Vanderbilt University, Nashville, TN |

        course taught:  poverty and discrimination (undergraduate)

| | |
|---|---|
| 1969-76: | Department of Economics, Fisk University, Nashville, TN |

        1970-76:      Assistant Professor of Economics
        1971-76:      Acting Chairman, Department of Economics
        1969-70:      Instructor of Economics and
                          Woodrow Wilson Fellowship Foundation Teaching Intern

        courses taught (undergraduate):

| | |
|---|---|
| principles of economics | labor economics |
| macroeconomic theory | mathematical economics |
| microeconomic theory | statistics |
| poverty and human resources | econometrics |

## Publications

"Mothers' Changing Labour Supply in Britain, the USA, and Sweden." With Shirley Dex, Siv Gustaffson, Andrew Jenkins, Heather Joshi, and Eiko Kenjoh. Pp. 115-150 in Ramón Gómez-Salvador, Ana Lamo, Barbara Petrongolo, Melanie Ward, and Etienne Wasmer, eds., *Labour Supply and Incentives to Work in Europe.* Cheltenham (UK) and Northampton (MA): Edward Elgar, 2005.

"Do Family Caps on Welfare Affect Births Among Welfare Recipients? Reconciling Efficacy and Effectiveness Estimates of Impact through a Blended Design Strategy." With Michael Camasso and Radha Jagannathan. *American Journal of Evaluation*, Vol. 25, No. 3, 2004, pp. 295-319.

"New Jersey's Family Cap Experiment: Do Fertility Impacts Differ by Racial Density?" With Michael Camasso, Carol Harvey, and Radha Jagannathan. *Journal of Labor Economics*, Vol. 22, No. 2, 2004, pp. 431-460.

"The Use of Client Surveys to Gauge the Threat of Contamination in Welfare Reform Experiments." With Michael Camasso, Carol Harvey, and Radha Jagannathan. *Journal of Policy Analysis and Management*, Vol. 22, No. 2, 2003, pp. 207-223.

"New Jersey's Family Cap and Family Size Decisions: Findings from a Five-Year Evaluation." With Michael Camasso, Carol Harvey, and Radha Jagannathan. *Research in Labor Economics*, Vol. 22, 2003, pp. 71-112.

"Comparable Worth and Pay Equity: Recent Developments in the United States." *Canadian Public Policy*, Vol. 28 (Supplement), 2002, pp. S171-S186.

"How Do Couples Spend Their Time? Hours of Market and Domestic Work in British Partnerships." With Hugh Davies, Heather Joshi and Romana Peronaci. In Siv Gustafsson and Danièle Meulders, eds., *Gender and the Labour Market: Econometric Evidence on Obstacles to Achieving Gender Equality*: London: Macmillan Press, 2000.

"Analyzing Employment Discrimination: From the Seminar Room to the Courtroom," *American Economic Review*, Vol. 83, No. 2, May 1993, pp. 67-72.

"Benefits and Costs of Comparable Worth." Pp. 47-62 in Michael Abbott, ed., *Pay Equity*, Kingston, Ontario: John Deutsch Institute, Queen's University, 1991.

*The Economics of Comparable Worth*. Pp. xii, 306. Kalamazoo, MI: The Upjohn Institute, 1990.

"Heterogeneous Preferences, Compensating Wage Differentials and Comparable Worth." *Quarterly Journal of Economics,* Vol. 102, No. 4, November 1987, pp. 727-742.

"Labour Supply of Women." Pp. 92-102 in John Eatwell, Murray Milgate and Peter Newman, eds., *The New Palgrave: A Dictionary of Economics*, Vol. 3 (K to P), London: Macmillan Press Ltd., 1987.

"The Economics of Comparable Worth: A Comment on Hartmann." Chapter 15 (pp. 186-195) in Robert K. Fullinwider and Claudia Mills, eds., *The Moral Foundations of Civil Rights*, Totowa, NJ: Rowman and Littlefield, 1986.

"Female Labor Supply: A Survey." (With James J. Heckman.) Pp. 103-204 in Orley Ashenfelter and Richard Layard, eds., *Handbook of Labor Economics*, Vol. 1, Amsterdam and New York: North-Holland, 1986.

"A Simple Structural Model of Heterogeneous Preferences and Compensating Wage Differentials." Pp. 303-317 in Richard Blundell and Ian Walker, eds., *Unemployment, Job Search and Labour Supply*, Cambridge: Cambridge University Press, 1985.

"Comparable Worth in the Job Market: Estimating Its Effects." *Monthly Labor Review*, Vol. 108, No. 7, July 1985, pp. 39-41.

"Economic Analysis of Comparable Worth and Its Consequences." Pp. 183-189 in Industrial Relations Research Association, *Proceedings of the Thirty-Seventh Annual Meeting*, Madison, Wisconsin: Industrial Relations Research Association, 1985.

**Publications** (continued):

"The Economics of Comparable Worth: Analytical, Empirical and Policy Questions." Pp. 86-115 in Heidi Hartmann, ed., *New Directions for Comparable Worth*. Washington: National Academy Press, 1985.

"Correcting for Truncation Bias Caused by a Latent Truncation Variable." (With David E. Bloom.) *Journal of Econometrics*, Vol. 27, No. 1, January 1985, pp. 131-135.

"Substitution and Output Effects on Labor Demand: Theory and Policy Applications." *Journal of Human Resources*, Vol. 20, No. 1, Winter 1985, pp. 142-152.

"Employment, Wages, and Earnings of Hispanics in the Federal and Non-Federal Sectors: Methodological Issues and Their Empirical Consequences." (With John M. Abowd.) Chapter 3 (pp. 77-125) in George Borjas and Marta Tienda, eds., *Hispanics in the U. S. Economy*, New York: Academic Press, 1985.

"Do Minority-White Unemployment Differences Really Exist?" (With John M. Abowd.) *Journal of Business and Economic Studies*, Vol. 2, No. 1, January 1984, pp. 64-72.

"Race, Ranking, Promotions and Pay at a Federal Facility: A Logit Analysis." (With Cordelia W. Reimers.) *Industrial and Labor Relations Review*, Vol. 37, No. 1, October 1983, pp. 92-107.

"Sex Discrimination, Atrophy, and the Male-Female Wage Differential." (With John M. Abowd.) *Industrial Relations*, Vol. 22, No. 3, Fall 1983, pp. 387-402.

"Union-Nonunion Wage Gaps and Wage Gains." *Review of Economics and Statistics*, Vol. 65, No. 2, May 1983, pp. 332-336.

*Labor Supply*. Pp. xvi, 493. New York: Cambridge University Press, 1983.

"Pay Discrimination Research and Litigation: The Use of Regression." (With David E. Bloom.) *Industrial Relations*, Vol. 21, No. 3, Fall 1982, pp. 318-339.

"Effects of Immigration into the U. S. on the U. S. Labor Market: Analytical and Policy Issues." Pp. 249-268 in Mary M. Kritz, ed., *U. S. Immigration and Refugee Policy*, Lexington, Massachusetts: D. C. Heath, 1982.

"'Learning by Doing' and 'Investment in Training': A Synthesis of Two 'Rival' Models of the Life Cycle." *Review of Economic Studies*, Vol. 49, No. 2, April 1982, pp. 263-271.

"A Survey of Labor Supply Models: Theoretical Analyses and First-Generation Empirical Results." Pp. 1-64 in Ronald G. Ehrenberg, ed., *Research in Labor Economics*, Vol. 4, Greenwich, Connecticut: JAI Press, 1981.

"Empirical Evidence on Static Labour Supply Models: A Survey of Recent Developments." (With James J. Heckman and Thomas MaCurdy.) Pp. 75-122 in Zmira Hornstein, Joseph Grice and Alfred Webb, eds., *The Economics of the Labour Market*, London: Her Majesty's Stationery Office, 1981.

"Comment" [on papers by Andrea Beller, Nicholas Kiefer and Edward Lazear on effects of government programs on male-female wage differentials]. Pp. 362-375 in Cynthia B. Lloyd, Emily S. Andrews and Curtis R. Gilroy, eds., *Women in the Labor Market*, New York: Columbia University Press, 1979.

"Direct Effects of Employment and Training Programs on Employment and Unemployment: New Estimates and Implications for Employment Policy." (With Charles C. Killingsworth.) Pp. 249-286 in U. S. Department of Labor, *Conference Report on Youth Unemployment: Its Measurement and Meaning*, Washington: U. S. Government Printing Office, 1978.

"Towards a General Theory of Teeth." *Journal of Human Resources*, Vol. 12, No. 1, Winter 1977, pp. 125-128.

"Must a Negative Income Tax Reduce Labor Supply? A Study of the Family's Allocation of Time." *Journal of Human Resources*, Vol. 11, No. 3, Summer 1976, pp. 354-365.

**Publications** (concluded):

"Economic Policy on Poverty: Comment." Pp. 43-55 in James F. Blumstein and Eddie J. Martin, eds., *The Urban Scene in the Seventies*, Nashville, Tennessee: Vanderbilt University Press, 1974.

"The Economic Status of Urban Minorities: A Comment." *Negro Educational Review*, Vol. 24, Nos. 1-2, January-April 1973, pp. 70-85.

"A Critical Survey of 'Neo-Classical' Models of Labour," *Bulletin of the Oxford Institute of Economics and Statistics,* Vol. 32, No. 2, May 1970, pp. 133-165.

## Reviews

R. Perlman and M. Pike, *Sex Discrimination in the Labour Market: The Case for Comparable Worth*, in *Journal of Economic Literature*, Volume 34, No. 2, June 1996, pp. 792-793.

C. Goldin, *Understanding the Gender Gap*, in *Industrial and Labor Relations Review*, Volume 44, No. 4, July 1991, pp. 773-4.

M. Aldrich and R. Buchele, *The Economics of Comparable Worth*, in *Journal of Political Economy*, Volume 96, No. 3, June 1988, pp. 671-4.

T. Muller, T. Espenshade et al., *The Fourth Wave*, in *Journal of Economic Literature*, Volume 25, No. 4, December 1987, pp. 1902-4.

J. Owen, *Working Lives: The American Work Force Since 1920*, in *Journal of Economic History*, Volume 47, No. 2, June 1987, pp. 574-6.

M. Feldstein, ed., *Behavioral Simulation Methods in Tax Policy Analysis*, in *Journal of Economic Literature*, Volume 22, No. 3, September 1984, pp. 1143-5.

R. Helfgott, *Labor Economics*, in *Industrial and Labor Relations Review*, Volume 29, No. 3, April 1976, pp. 446-8.

R. Noll, ed., *Government and the Sports Business*, in *The Annals*, Volume 419, May 1975, p. 198.

J. Kendrick, *Postwar Productivity Trends in the United States, 1948-1969*, in *The Annals*, Volume 415, September 1974, pp. 286-7.

F. Davis, *The Economics of Black Community Development*, and J. Handler and E. J. Hollingsworth, *The "Deserving Poor"*, in *The Annals*, Volume 403, September 1972, pp. 225-6.

M. Segal, *The Rise of the United Association*, and H. Graham, *The Pulp and Paper Rebellion*, in *The Annals*, Volume 400, March 1972, pp. 220-1.

P. Hartman, *Collective Bargaining and Productivity*, in *The Annals*, Volume 392, November 1970, pp. 246-7.

## Miscellaneous

Member, Panel on Measuring and Collecting Pay Information from U. S. Employers by Gender, Race, and National Origin, Committee on National Statistics, National Research Council of the National Academies, May 2011-date.

Co-editor (with M. Anne Hill), *Comparable Worth: Analyses and Evidence*. Pp. 138. Ithaca, NY: ILR Press (Cornell University), 1989. Selected by the Industrial Relations Section, Princeton University, as one of the twelve "Noteworthy Books in Industrial Relations and Labor Economics, 1989."

*Labor Supply* (Cambridge University Press, 1983) selected by the Industrial Relations Section, Princeton University, as one of the thirteen "Outstanding Books in Industrial Relations and Labor Economics, 1980-1989."

Lectured on immigration and discrimination in Bahamas and Mexico, American Participant Program, U. S. Information Agency, October 1984.

Member, Governor's Pinelands Agriculture Study Commission, State of New Jersey, July 1984-December 1985.

Testimony on comparable worth (April 10, 1984), pp. 84-127 in Joint Economic Committee, U. S. Congress, *Women in the Work Force: Pay Equity*, Washington, DC: U. S. Government Printing Office, 1984 (S. Hrg. 98-1050).

Testimony on comparable worth (October 27, 1983), Committee on Labor Relations, General Assembly of Pennsylvania.

Testimony on labor market effects of immigration (November 23, 1981), pp. 192-210 in Subcommittee on Immigration and Refugee Policy, Committee on the Judiciary, U. S. Senate, *The Preference System*, Washington: U. S. Government Printing Office, 1982 (Serial No. J-97-83).

"The Minimum Wage Law's Winners and Losers." (With John M. Abowd.) *The Wall Street Journal*, September 10, 1981, p. 24.

Co-editor (with Rendigs Fels), *Papers and Proceedings of the Eighty-Sixth Annual Meeting of the American Economic Association* (Volume 64, No. 2, of the *American Economic Review*), May 1974.


## Supported Research

"The Economic Impacts of Comparable Worth." Supported by W. E. Upjohn Institute for Employment Research (Research Grant Agreement No. 84-04-50) and Alfred P. Sloan Foundation (Grant No. B1984-40). Final Report, October 1989.

"An Analysis of the Employment, Wages and Earnings of Hispanic Persons in the Government and Private Sectors with Special Reference to Puerto Ricans." Supported by Employment and Training Administration, Department of Labor (Grant No. 21-61). (With John M. Abowd.) Final Report, September 1981.

"Structural Models of the Effects of Minimum Wages on Employment by Age Groups." Supported by Minimum Wage Study Commission (Grant No. J-9-M-0-0070). (With John M. Abowd.) Final Report, June 1981.

## Professional activities

American Association of University Professors
American Economic Association
    1987-89:   member, editorial board, *Journal of Economic Literature*
    1973-74:   Assistant Secretary-Treasurer
      1973:   member, Nominating Committee
Econometric Society
Industrial Relations Research Association
      1983:   chair, session on economic and statistical analysis in
                  employment discrimination cases, annual winter meeting
Phi Beta Kappa
Phi Kappa Phi
Royal Economic Society

## Education

1967-77:    University of Oxford, Oxford, England

      1977:   D. Phil. in economics
                thesis title: "Labour Supply, Human Capital and Job Search:
                    Analysis of the Optimal Intertemporal Allocation of Time"
                    (James Mirrlees and Derek Robinson, supervisors)
      1969:   B. Phil. in economics (degree is now called "M. Phil.")
                thesis title: "A Reconsideration of the Phillips Curve"
      1967:   elected to Rhodes Scholarship


1963-67:    University of Michigan, Ann Arbor, Michigan

      1967:   B. A. with high distinction and high honors in economics
                awarded Osterweil Prize in economics
      1966:   awarded Sims Senior Honors Scholarship in economics
     1966-7:   Editor, *The Michigan Daily*

## Personal data

      *office*:                                        *home*:

201-B New Jersey Hall                     152 Cedar Lane
Department of Economics                 Princeton, NJ 08540
Rutgers University                        phone: (609) 497-9710
75 Hamilton Street                         fax: (609) 921-6569
New Brunswick, NJ 08901-1248
  phone:    (848) 932-7794/7363
    fax:    (848) 932-7416
  e-mail:    mrk@rci.rutgers.edu

**[June 2012]**

**MARK R. KILLINGSWORTH**

152 Cedar Lane    Princeton, NJ 08540
(609) 497-9710    fax: (609) 921-6569
mrk @ rci.rutgers.edu

August 31, 2015

Jamie S. Franklin
The Franklin Law Firm LLC
53 W. Jackson Boulevard, Suite 803
Chicago, IL 60604

re:  _Artunduaga v. University of Chicago Medical Center_

Dear Ms. Franklin:

Pursuant to my report in this matter, I am enclosing a list of cases in which I have testified during the past four years.  My work in connection with this litigation is billed at the rate of $600 per hour.

Yours sincerely,

# MARK R. KILLINGSWORTH
## LISTING OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2)(B)

Bartoletti et al. v. Citigroup, Inc., and Citigroup Global Markets, Inc.
USDC (SD, NY) 10 Civ. 7820 (JPO)(RLE)
Deposition testimony

Colicchio v. Merck
USDC (NJ): Civil Action No. 08-3593
Deposition and trial testimony

Conway v. State of New Jersey
Superior Court of New Jersey, Middlesex County – Law Division
Docket No. MID-L-9089-10
Deposition testimony

Goodman et al. v. Burlington Coat Factory
USDC (NJ): Civil Action 11-CV-4395 (JHR)(JS)
Deposition testimony

Herron v. FNMA
USDC (DC): Case 1:10-CV-00943-RMC
Deposition testimony

Jones et al. v. National Council of Young Men's Christian Associations et al.
USDC (ND-ED, IL) 09-CV-6437
Deposition testimony

Pippen et al. v. State of Iowa et al.
Iowa District Court for Polk County: Case No. CL 107038
Deposition and trial testimony

Powers v. Microsoft
USDC (SD-NY) 12-8777 (JMF)
Deposition testimony

Steventon vs. Jones et al.
American Arbitration Association Case 18-117-Y-00123-14
Hearing testimony

Tabor and Gray v. Hilti et al.
USDC (ND, OK): Case No. 09-CV-189-GKF-FHM
Trial testimony

Henry Williams v. New York City Health and Hospitals Corp. et al.
Supreme Court of the State of New York, County of Kings:
Civil Term: Part 2
Index No. 3251/2012
Trial testimony