**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DR. MARIA ARTUNDUAGA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 12-cv-08733** |
| | ) | |
| **THE UNIVERSITY OF CHICAGO** | ) | **Judge Amy J. St. Eve** |
| **MEDICAL CENTER,** | ) | **Magistrate Judge Sidney I. Schenkier** |
| | ) | |
| **Defendant.** | ) | |

**FINAL PRETRIAL ORDER**

Plaintiff Dr. Maria Artunduaga and Defendant The University of Chicago Medical Center

("UCMC"), by their attorneys, submit this Final Pretrial Order.

1.      **Jurisdiction.**  This Court has jurisdiction of this action pursuant to 28 U.S.C. §

1331 and 42 U.S.C. § 2000e-5(f)(3).

2.      **Trial Attorneys.**

Counsel for plaintiff:

Jamie S. Franklin
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Suite 803
Chicago, IL  60604
(312) 662-1008 Telephone
(312) 662-1015 Facsimile
jsf@thefranklinlawfirm.com

Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 S. Wacker Dr., Suite 1700
Chicago, IL  60606
(312) 663-3100 Telephone
(312) 663-0303 Facsimile
chyndman@robinsoncurley.com

Counsel for Defendant:

Edward C. Jepson, Jr.
Elizabeth N. Hall
Emily C. Fess
VEDDER PRICE P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601
(312) 609-7500 Telephone
(312) 609-5005 Facsimile
ejepson@vedderprice.com
ehall@vedderprice.com
efess@vedderprice.com

3.    **Case Statement.**  The parties agreed Case Statement is attached as Exhibit A.

4.    **Witness Lists.**  Plaintiff's Witness List is attached as Exhibit B-1.  Defendant's Witness List is attached as Exhibit B-2.

5.    **Exhibit Lists.**  The parties' Joint Exhibit List is attached as Exhibit C-1. Plaintiff's Exhibit List, along with Defendant's objections and Plaintiff's response to those objections, is attached as Exhibit C-2.  Defendant's Exhibit List, along with Plaintiff's objections and Defendant's response to those objections, is attached as Exhibit C-3.

6.    **Damage Itemization.**  Plaintiff's itemization of damages is attached as Exhibit D.

7.    **Motions** *in Limine***.**  The parties filed their Motions *in Limine* under separate cover on November 18, 2016.

8.    **Proposed** *Voir Dire***.**  Plaintiff's Proposed *Voir Dire* questions, along with Defendant's objections, are attached as Exhibit E-1.  Defendant's Proposed *Voir Dire* questions, along with Plaintiff's objections, are attached as Exhibit E-2.

9.    **Jury Instructions.**  The parties' Proposed Joint Jury Instructions are attached as Exhibit F-1.  Plaintiff's Proposed Jury Instructions, along with Defendant's objections and Plaintiff's responses to those objections, are attached as Exhibit F-2.  Defendant's Proposed Jury

Instructions, along with Plaintiff's objections and Defendant's responses to those objections, are attached as Exhibit F-3.

Respectfully submitted,

**DR. MARIA ARTUNDUAGA**

By:    /s/ Cynthia H. Hyndman

Jamie S. Franklin
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Suite 803
Chicago, IL  60604
(312) 662-1008 Telephone
(312) 662-1015 Facsimile
jsf@thefranklinlawfirm.com

Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 S. Wacker Dr., Suite 1700
Chicago, IL  60606
(312) 663-3100 Telephone
(312) 663-0303 Facsimile
chyndman@robinsoncurley.com

**THE UNIVERSITY OF CHICAGO**
**MEDICAL CENTER**

By:    /s/ Edward C. Jepson, Jr.

Edward C. Jepson, Jr.
Elizabeth N. Hall
Emily C. Fess
VEDDER PRICE P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601
(312) 609-7500 Telephone
(312) xxx          Facsimile
ejepson@vedderprice.com
ehall@vedderprice.com
efess@vedderprice.com

3

## CERTIFICATE OF SERVICE

I, the undersigned, as additional Counsel for Plaintiff, certify the foregoing document, **Final Pretrial Order** was served by electronic mail on November 30, 2016 on the following persons:


Edward C. Jepson Jr.
Elizabeth N. Hall
VEDDER PRICE, P.C.
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601
ejepson@vedder.com
ehall@vedder.com


Jamie S. Franklin
THE FRANKLIN LAW FIRM LLC
53 W. Jackson, Boulevard
Suite 803
Chicago, IL 60604
jsf@thefranklinlawfirm.com


/s/Cynthia H. Hyndman