# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DR. MARIA ARTUNDUAGA, | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No. 12-cv-08733** |
| | ) | |
| v. | ) | **Judge Amy J. St. Eve** |
| | ) | **Magistrate Judge Sidney I. Schenkier** |
| THE UNIVERSITY OF CHICAGO | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| *Defendant.* | ) | |

## STATEMENT OF THE CASE

Dr. Maria Artunduaga was born and raised in Colombia, attended medical school there and practiced medicine there for three years. She is a native Spanish speaker and speaks English as well. In late June 2011, Dr. Artunduaga began to work at the University of Chicago Medical Center as a resident in UCMC's Section of Plastic and Reconstructive Surgery. The program director for UCMC's Plastic and Reconstructive Surgery residency program is Dr. David Song. A PRS residency at UCMC lasts six years. Plaintiff signed a one year residency contract that was subject to renewal in the spring of 2012.

Dr. Artunduaga claims that beginning in July 2011 she was subjected to discrimination at UCMC on the basis of her national origin. Dr. Artunduaga also claims that she complained about what she believed to be national origin discrimination to various persons at UCMC, including Dr. Song. UCMC denies that Dr. Artunduaga was subjected to national origin discrimination and denies that Dr. Artunduaga complained about alleged national origin discrimination until after the decision not to renew her contract was made.

In November 2011, Dr. Song placed Dr. Artunduaga on probation. In March 2012, Dr. Song advised Dr. Artunduaga that her residency contract would not be renewed, thus ending her residency effective June 30, 2012.

Dr. Artunduaga has brought two claims under Title VII of the Civil Rights Act of 1964. She claims that UCMC terminated her employment because of her Colombian national origin. She also claims that UCMC terminated her employment because she complained that she had been subjected to discrimination on the basis of her Colombian national origin. UCMC denies that Dr. Artunduaga was subject to national origin discrimination or that she complained about alleged national origin discrimination until after the decision not to renew her contract was made. UCMC maintains that Dr. Artunduaga's poor performance, conduct and behavior caused her residency contract not to be renewed.