# Exhibit B-1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 12-cv-08733 |
| ) | |
| v. ) | Judge Amy J. St. Eve |
| ) | Magistrate Judge Sidney I. Schenkier |
| THE UNIVERSITY OF CHICAGO ) | |
| MEDICAL CENTER, ) | |
| ) | |
| *Defendant.* ) | |

## PLAINTIFF'S WITNESS LIST

| Witnesses Plaintiff Will Call |
|---|
| Dr. Maria Artunduaga |
| Ricardo Garcia |
| Dr. David Song |
| Dr. Edwin Kaplan |
| Dr. Peter Angelos |
| Dr. Domalu Olaitan |
| Dr. Michael Shao |
| Prof. Mark Killingsworth |
| Barry Kamin |
| Dr. Belazel Dantz |
| Dr. Irma Fleming |
| Dr. Jonathan Lusardi |
| Dr. Jennifer Velander |
| Dr. Megan Keough |

| Witnesses Plaintiff May Call |
|---|
| Dr. Kevin Roggin |
| Dr. Mitchell Posner |
| Akilah Williams |
| Dr. Brian Bello |
| Dr. Robert Steppacher |
| Dr. Piotr Witkowski |
| Dr. Richard Thistlethwaite |
| Dr. Christopher Skelly |

| Witnesses Plaintiff May Call |
|---|
| Dr. Darwin Eaton |
| Dr. Heather Hall |
| Dr. Nora Jaskowiak |
| Dr. Sara Dickie |
| Dr. Julie Park |
| Dr. Yolanda Becker |
| Jane McAtee |

| Witnesses Appearing by Deposition |
|---|
| Dr. Irma Fleming |
| Dr. Jonathan Lusardi |
| Dr. Jennifer Velander |
| Dr. Megan Keough |

Plaintiff reserves the right to call any witnesses listed by the defendant and witnesses that are not listed here in rebuttal.