# Exhibit B-2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER,<br><br>Defendant. | No. 12 C 8733<br><br>Judge Amy St. Eve<br>Magistrate Judge Sidney I. Schenkier |

### DEFENDANT'S WITNESS LIST

Defendant, The University of Chicago Medical Center, hereby submits its Witness List.

| WILL CALL WITNESS NAME |
|---|
| Artunduaga, Maria |
| Becker, Dr. Yolanda |
| Curell, Krista |
| Dickie, Sara |
| Ferguson, Dr. Mark |
| Hurst, Dr. Roger |
| Jaskowiak, Dr. Nora |
| Moreira, Dr. Carla |
| Park, Dr. Julie |
| Raju, Joly[1] |
| Roggin, Dr. Kevin |
| Rothstein, Jonathan |
| Shenaq, Dr. Deana |
| Song, Dr. David |
| Stack, Dr. Melinda |
| Tothy, Dr. Alison |
| Umanskiy, Dr. Konstantin |
| Cleveland, Michael<br>(For the limited purpose of authenticating receipt of documents/discovery relevant to after acquired evidence defense) |

---

[1] May be called by deposition testimony, depending on availability.

CHICAGO/#2914941.3

| MAY CALL WITNESS NAME |
|---|
| Angelos, Dr. Peter |
| Bank, Dr. Jonathan |
| Butz, Dr. Daniel |
| Cohen, Dr. Malcolm |
| Dantz, Dr. |
| Henry, Dr. Ginard |
| Hernandez, Dr. Michael |
| Josephson, Dr. Michelle |
| Kamin, Barry |
| Kaplan, Dr. Edwin |
| Killingsworth, Dr. Mark |
| Kleiber, Dr. Grant |
| Lee, Dr. Justine |
| McConville, Dr. John |
| Miller, Marsha |
| Millis, Dr. Michael |
| Nyugen, Dr. Trang |
| Posner, Dr. Mitchell |
| Reid, Dr. Russell |
| Seal, Dr. John |
| Simon, Dr. Michael |
| Simpson, Peggy |
| Skelly, Dr. Christopher |
| Thistlewaite, Dr. Richard |
| Trotter, Christine |

| WITNESS TO BE PRESENTED BY VIDEO DEPOSITION |
|---|
| Fleming, Dr. Irma |
| Grossman, Dr. Eric |
| Jose, Joly[2] |
| Keough, Dr. Meghan |
| Velander, Dr. Jennifer |

Defendant reserves the right to call any witnesses listed by Plaintiff and non-listed witnesses in sur-rebuttal.

---

[2] May be called live, depending on availability.