# Exhibit C-1

*Artunduaga v. University of Chicago Medical Center*
**Proposed Joint Exhibit List**
**November 30, 2016**

| Proposed Joint Ex. No. | Date | Description | Bates Number |
|---|---|---|---|
| 1 | 7/3/05 | 2011 Graduate Medical Education Handbook | UCMC 4860-83 |
| 2 | 7/1/09 | ACGME Program Requirements for GME in Plastic Surgery | MA 12208.0027 |
| 3 | 6/1/10 | UCMC Graduate Medical Education Policy Manual | UCMC 10455-97 |
| 4 | 3/22/11 | Resident/Fellow Contract Request 2011-2012 | UCMC 5120-28 |
| 5 | 6/24/11 | Schedule of Surgical Services (6/24/2011 - 7/31/2011) | UCMC 7433-34 [Fleming 2014 Dep. Ex. 3] |
| 6 | 6/24/11 | Kaplan Evaluation of 6/24/11 to 8/31/11 | UCMC 5806-07 |
| 7 | 6/24/11 | Jaskowiak Evaluation of MA of 6/24/11 to 8/31/11 | UCMC 17655-56 |
| 8 | 6/24/11 | Dr. Angelos evaluation of 6/24/11 to 8/31/11 | UCMC 17653-54 |
| 9 | 6/24/11 | Dr. Chhablani Evaluation of 6/24/11 to 8/31/11 | UCMC 5810-11 |
| 10 | 8/1/11 | Schedule of Surgical Services (8/1/2011 - 8/31/2011) | UCMC 7426-27 |
| 11 | 8/4/11 | Email from Dr. Jaskowiak to Song re: resident issue | UCMC 12055-56 |
| 12 | 8/31/11 | Email from S. Dickie to Dr. Song and Dr. Lee, forwarded to A. Williams | UCMC 30433-34 |
| 13 | 9/1/11 | Dr. Roger Hurst Evaluation of 9/1/2011 to 9/30/2011 | UCMC 4707-08 |
| 14 | 9/1/11 | Dr. Umanskiy Evaluation of 9/1/11 to 9/30/11 | UCMC 17661-62 |
| 15 | 9/28/11 | Umanskiy email to Dr. Song re: follow up | UCMC 894 |
| 16 | 9/29/11 | Song email to Dickie/Lee re: yearly sch. change - effects Oct. | UCMC 21383-84 |
| 17 | 10/15/11 | Email from MA to Jose re: Rotation Evaluation | MA 12562 |
| 18 | 10/17/11 | Email from Jose to N. Jaskowiak re: Maria's evaluation | UCMC 15148 |
| 19 | 10/17/11 | Joly Jose email re: Maria's eval | UCMC 30437 |
| 20 | 11/1/11 | Mark Ferguson evaluation for 11/1/2011 to 11/30/2011 | UCMC 30451-52 |
| 21 | 11/1/11 | Wickki Vigneswaran evaluation for 11/1/2011 to 11/30/2011 | UCMC 30453-54 |
| 22 | 11/2/11 | Written Summary of Song, Park, Williams meeting with Artunduaga re: evaluation and transition to another specialty or | UCMC 30390-91 |
| 23 | 11/8/11 | MA email to Lee, Dickie and Nguyen re: meeting | MA 11969 |

*Artunduaga v. University of Chicago Medical Center*
**Proposed Joint Exhibit List**
**November 30, 2016**

| Proposed Joint Ex. No. | Date | Description | Bates Number |
|---|---|---|---|
| 24 | 11/10/11 | Email from MA to Dr. Kaplan re: advice | MA 12586 |
| 25 | 11/10/11 | Email from MA to Dr. Jaskowiak re: advice | UCMC 1609-10 |
| 26 | 11/15/11 | Probation memo from Dr. Song | UCMC 30392-93 |
| 27 | 11/18/11 | Artunduaga Letter to Dr. Song re: response to the "evaluation summary" of November 2, 2011 | UCMC 30394-30400 |
| 28 | 11/21/11 | Memo confirming Artunduaga probation extended to 3/23/12 | UCMC 30402 |
| 29 | 11/21/11 | Email from Jonathan Rothstein to Ricardo Garcia re inquiry; meeting? | MA 0383-84 |
| 30 | 11/21/11 | Eric Joseph Grossman evaluation for 11/21/2011 to 11/25/2011 | UCMC 30460-61 |
| 31 | 11/21/11 | Kristy Todd evaluation for 11/21/2011 to 11/25/2011 | UCMC 30456-57 |
| 32 | 11/21/11 | Carla Moreira evaluation for 11/21/2011 to 11/25/2011 | UCMC 30458-59 |
| 33 | 11/21/11 | Amy Durkin Celauro evaluation for 11/21/11 to 11/25/2011 | UCMC 30464-65 |
| 34 | 11/21/11 | Nirja Mehta evaluation for 11/21/2011 to 11/25/2011 | UCMC 30462-63 |
| 35 | 11/26/11 | Carla Moreira evaluation for 11/26/2011 to 12/2/2011 | UCMC 30466-67 |
| 36 | 11/26/11 | Nirja Mehta evaluation for 11/26/2011 to 12/2/2011 | UCMC 30468-69 |
| 37 | 11/26/11 | Amy Durkin Celauro evaluation for 11/26/2011 to 12/2/2011 | UCMC 30470-71 |
| 38 | 11/26/11 | MA and Grossman email re: evaluation | UCMC 1604 |
| 39 | 11/28/11 | Artunduaga meeting signature page with Park and Williams | UCMC 30557 |
| 40 | 11/28/11 | Letter to Dr. Kamin from Dr. Artunduaga | UCMC 16536 |
| 41 | 11/30/11 | Email from MA to Lee and residents re: plastics inservice exam | MA 11978 |
| 42 | 1/1/12 | Michael Yuzhou Shao evaluation for 1/1/2012 to 1/6/2012 | UCMC 30486-87 |
| 43 | 1/1/12 | Irma Fleming evaluation for 1/1/2012 to 1/6/2012 | UCMC 30488-89 [Fleming 2014 Dep. Ex. 8, 2016 Dep. Ex. 2 (MA 1060-61)] |

*Artunduaga v. University of Chicago Medical Center*
**Proposed Joint Exhibit List**
**November 30, 2016**

| Proposed Joint Ex. No. | Date | Description | Bates Number |
|---|---|---|---|
| 44 | 1/1/12 | Darwin Eton evaluation for 1/1/2012 to 1/31/2012 | UCMC 30475-76 |
| 45 | 1/1/12 | Heather Hall evaluation for 1/1/2012 to 1/31/2012 | UCMC 30477-78 |
| 46 | 1/1/12 | Christopher Skelly evaluation for 1/1/2012 to 1/31/2012 | UCMC 30473-74 |
| 47 | 1/1/12 | Ross Milner evaluation for 1/1/2012 to 1/31/2012 | UCMC 30479-80 |
| 48 | 1/1/12 | Matthew Blecha evaluation for 1/1/2012 to 1/31/2012 | UCMC 30483-84 |
| 49 | 1/1/12 | Robert Steppacher evaluation for 1/1/2012 to 1/31/2012 | UCMC 30481-82 |
| 50 | 1/3/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30560 |
| 51 | 1/7/12 | Michael Yuzhou Shao evaluation for 1/7/2012 to 1/13/2012 | UCMC 30490-91 |
| 52 | 1/7/12 | Irma Fleming evaluation for 1/7/2012 to 1/13/2012 | UCMC 30492-93 [Fleming 2014 Dep. Ex. 9, 2016 Dep. Ex. 3 (UCMC 4056-57)] |
| 53 | 1/10/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30562 |
| 54 | 1/14/12 | Michael Yuzhou Shao evaluation for 1/14/2012 to 1/20/2012 | UCMC 30494-95 |
| 55 | 1/16/12 | Jennifer Paruch evaluation for 1/16/2012 to 1/20/2012 | UCMC 30496-97 |
| 56 | 1/18/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30564 |
| 57 | 1/21/12 | Jennifer Paruch evaluation for 1/21/2012 to 1/27/2012 | UCMC 30501-02 |
| 58 | 1/21/12 | Michael Yuzhou Shao evaluation for 1/21/2012 to 1/27/2012 | UCMC 30498-30500 |
| 59 | 1/25/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30566 |
| 60 | 1/26/12 | MA email to Song, Park re: August refill issue (Dr. Jaskowiak) | UCMC 30405-06 |
| 61 | 2/1/12 | Dolamu Olaitan evaluation for 2/1/2012 to 2/8/2012 | UCMC 30516-17 |
| 62 | 2/1/12 | Qi Li evaluation for 2/1/2012 to 2/8/2012 | UCMC 30518-19 |
| 63 | 2/1/12 | Irma Fleming evaluation for 2/1/2012 to 2/8/2012 | UCMC 30520-21 [Fleming 2014 Dep. Ex. 11, 2016 Dep. Ex. 4 (UCMC 988-89)] |
| 64 | 2/1/12 | Christine Trotter evaluation for 2/1/2012 to 2/8/2012 | UCMC 30514-15 |

*Artunduaga v. University of Chicago Medical Center*
**Proposed Joint Exhibit List**
**November 30, 2016**

| Proposed Joint Ex. No. | Date | Description | Bates Number |
|---|---|---|---|
| 65 | 2/1/12 | Yolanda Tai Becker evaluation for 2/1/2012 to 2/29/2012 | UCMC 30509-10 |
| 66 | 2/1/12 | John Renz evaluation for 2/1/2012 to 2/29/2012 | UCMC 30507-08 |
| 67 | 2/1/12 | Michael Millis evaluation for 2/1/2012 to 2/29/2012 | UCMC 30504-06 |
| 68 | 2/1/12 | Piotr Witkowski evaluation for 2/1/2012 to 2/29/2012 | UCMC 30511-12 |
| 69 | 2/6/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30568 |
| 70 | 2/9/12 | Christine Trotter evaluation for 2/9/2012 to 2/15/2012 | UCMC 30526-27 |
| 71 | 2/9/12 | Dolamu Olaitan evaluation for 2/9/2012 to 2/15/2012 | UCMC 30522-23 |
| 72 | 2/9/12 | Qi Li evaluation for 2/9/2012 to 2/15/2012 | UCMC 30524-25 |
| 73 | 2/13/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30570 |
| 74 | 2/16/12 | Irma Fleming evaluation for 2/16/2012 to 2/22/2012 | UCMC 30528-29 [Fleming 2014 Dep. Ex. 12, 2016 Dep. Ex. 5 (UCMC 1001-02)] |
| 75 | 2/16/12 | Dolamu Olaitan evaluation for 2/16/2012 to 2/22/2012 | UCMC 30530-32 |
| 76 | 2/21/12 | Emails between Dickie and Artunduaga, cc to Lee and Fleming, re: over hours. | MA 12256.0001-0001 - MA 12256.0001-00002 |
| 77 | 2/22/12 | Email from Nora Jaskowiak to Artunduaga re: CJ's August refill | UCMC 30407-08 |
| 78 | 2/23/12 | Christine Trotter evaluation for 2/23/2012 to 2/29/2012 | UCMC 30535-36 |
| 79 | 2/23/12 | Dolamu Olaitan evaluation for 2/23/2012 to 2/29/2012 | UCMC 30537-38 |
| 80 | 2/23/12 | Irma Fleming evaluation for 2/23/2012 to 2/29/2012 | UCMC 30533-34 [Fleming 2014 Dep. Ex. 13, 2016 Dep. Ex. 6 (UCMC 1001-02)] |
| 81 | 2/24/12 | Email from Julie Park to Maria Artunduaga re: Early Transplant evaluation | UCMC 30411 |
| 82 | 2/27/12 | Email from Julie Park to Yolanda Becker and David Song re Evaluation | UCMC 30412-14 |
| 83 | 2/28/12 | Email from Artunduaga to Greives, Kleiber and Bank re: plastics rotation | MA 12045 |
| 84 | 2/28/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30573 |
| 85 | 3/1/12 | Matthew Robert Greives evaluation for 3/1/2012 to 3/9/2012 | UCMC 30544-46 |
| 86 | 3/1/12 | Joseph Bowman Cohen evaluation for 3/1/2012 to 3/9/2012 | UCMC 30542-43 |

*Artunduaga v. University of Chicago Medical Center*
**Proposed Joint Exhibit List**
**November 30, 2016**

| Proposed Joint Ex. No. | Date | Description | Bates Number |
|---|---|---|---|
| 87 | 3/1/12 | Grant Kleiber evaluation for 3/1/2012 to 3/9/2012 | UCMC 30547-48 |
| 88 | 3/1/12 | Jonathan Bank evaluation for 3/1/2012 to 3/9/2012 | UCMC 30539-41 |
| 89 | 3/5/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30576 |
| 90 | 3/10/12 | Jonathan Bank evaluation for 3/10/2012 to 3/15/2012 | UCMC 30551-52 |
| 91 | 3/10/12 | Joseph Bowman Cohen evaluation for 3/10/2012 to 3/15/2012 | UCMC 30553-54 |
| 92 | 3/10/12 | Matthew Robert Greives evaluation for 3/10/2012 to 3/15/2012 | UCMC 30549-50 |
| 93 | 3/10/12 | Grant Kleiber evaluation for 3/10/2012 to 3/15/2012 | UCMC 30555-56 |
| 94 | 3/12/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30578 |
| 95 | 3/14/12 | Email from Song to MA re: probationary period | UCMC 30403 |
| 96 | 3/14/12 | Memo from Dr. Park to Dr. Song re: Dr. Artunduaga | UCMC 30380-89 |
| 97 | 3/20/12 | Thistlewaite evaluation to Park by email for Transplant rotation; forwarded to Song | UCMC 30431-32 |
| 98 | 3/21/12 | Artunduaga meeting signature page with Park and Williams | UCMC 30581 |
| 99 | 3/23/12 | Letter from Artunduaga to Dr. Song, cc: probation committee members re: probation period | UCMC 30377-79 |
| 100 | 3/26/12 | Letter from David Song to Maria Artunduaga re: no offer of continued training program | UCMC 6112 |
| 101 | 3/26/12 | Faculty meeting deciding not to renew Artunduaga contract (Minutes) | UCMC 1039 |
| 102 | 3/26/12 | Julie Park Declaration Exhibit J | UCMC 30375-30582 |
| 103 | 3/29/12 | Artunduaga initiates grievance process and seeks reassignment | MA 931-33 |
| 104 | 4/4/12 | Letter from David Song to Maria Artunduaga responding to March 29, 2012 letter | UCMC 6116 |
| 105 | 4/5/12 | Email from Artunduaga to Dr. Song re: reinstatement of clinical duties | UCMC 12006-07 |
| 106 | 4/5/12 | MA email to Roggin re: reinstatement of clinical duties | MA 12856 (4pgs) |
| 107 | 4/5/12 | MA/Roggin emails re: Reinstatement of clinical duties | MA 12854 |
| 108 | 4/24/12 | Artunduaga emails Roggin and Song re Kaplan rotation | UCMC 9406-07 |
| 109 | 4/30/12 | Song email to MA re: change in your May and June schedule | UCMC 1260-62 |

***Artunduaga v. University of Chicago Medical Center***
**Proposed Joint Exhibit List**
**November 30, 2016**

| Proposed Joint Ex. No. | Date | Description | Bates Number |
|---|---|---|---|
| **110** | 6/30/12 | Summative Evaluation | UCMC 5887-88 |