# Exhibit C-2

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
November 30, 2016

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 1 | 7/5-8/11 | Kaplan Service Schedule | UCMC 00015180 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 2 | 7/11-17/11 | Kaplan Service Schedule | UCMC 0009931 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 3 | 7/18-24/11 | Kaplan Service Schedule | UCMC 0008228-29 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 4 | 7/25-31/11 | Kaplan Service Schedule | UCMC 00008226 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. U.S. v. Brown, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 5 | 8/1-5/11 | Kaplan Service -- Case and Clinic Coverage | UCMC 0008223-24 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
**November 30, 2016**

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 6 | 8/4/11 | Song e-mail to Jaskowiak re: Resident Issue | UCMC 00015518-20 | | |
| 7 | 8/8-12/11 | Kaplan Service -- Case and Clinic Coverage | UCMC 00008221 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 8 | 8/16-19/11 | Kaplan Service -- Case and Clinic Coverage | UCMC 00008217 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 9 | 8/22-26/11 | Kaplan Service -- Case and Clinic Coverage | UCMC 00008213 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 10 | 8/29-9/2/11 | Kaplan Service -- Case and Clinic Coverage | UCMC 00008211 | FRE 602/901: Lack personal knowledge/ foundation/ authentication FRE 403: Misleading Contains PHI | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 11 | 8/31/11 | Dickie e-mail to Song re: MA | UCMC 00021867-68 | | |
| 12 | 9/1-30/11 | Schedule of Surgical Services | UCMC 00007419-20 | | |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
November 30, 2016

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 13 | 9/5-13/11 | Block Service Schedule | UCMC 00009653 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 14 | 9/9/11 | Dickie e-mail to Lee re: Intern Issue | UCMC 00021417-18 | FRE 602/901: Lack personal knoweldge/foundation/ authentication (as to 9/9 e-mails between Dickie and Lee) | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). Admissible under FRE 801(d)(2)(D). |
| 15 | 9/12-20/11 | Block Service Schedule | UCMC 00009643 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 16 | 9/19-27/11 | Block Service Schedule | UCMC 00009634 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 17 | 9/26-10/4/11 | Block Service Schedule | UCMC 00009623 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 18 | 9/26/11 | Song e-mail to Dickie & Lee re: November intern switch | UCMC 00021392-93 | | |
| 19 | 9/26/11 | Song e-mail to Dickie re: November intern switch | UCMC 00021833-36 | | |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
November 30, 2016

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 20 | 9/29/11 | Angelos e-mail to Artunduaga re: Rotation evaluation | UCMC 00001629-30 | | |
| 21 | 9/29/11 | Song e-mail to Dickie & Lee re: Yearly Sch Change - Effects Oct | UCMC 00021383-84 | | |
| 22 | 9/29/11 | Artunduaga e-mail to Lee & Dickie re: Yearly Sch Change - Effects Oct | UCM 00021380 | | |
| 23 | 10/2/11 | Dickie email to Lee & others re: This Week for PRS | MA 008632-33 | | |
| 24 | 10/18/11 | Agenda Surgical Education Committee Meeting | UCMC 00012458 | FRE 401/402/403 - Irrelevant, immaterial, confusing. FRE 602: Lack personal knowledge/foundation | Relevant to counter Dr. Song's statement to Dr. Artunduaga that decision to put her on probation was made by the Residency Education Committee. FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. |
| 25 | 10/18/11 | Minutes Surgical Education Committee Meeting | UCMC 00022833 | FRE 401/402/403 - Irrelevant, immaterial, confusing. FRE 602: Lack personal knowledge/foundation | Relevant to counter Dr. Song's statement to Dr. Artunduaga that decision to put her on probation was made by the Residency Education Committee. FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown,* 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. |
| 26 | 11/1-30/11 | Schedule of Surgical Services | MA 006372-73 | | |
| 27 | 11/1/11 | Moreira e-mail to Seal & Grossman re: Weekends | UCMC 00020556-57 | FRE 602: Lack personal knowledge/foundation | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). Admissible under FRE 801(d)(2)(D). |
| 28 | 11/1/11 | Kamin email to Williams & Song re: Dr. A | UCMC 00010498-99 | | |
| 29 | Nov. 2011 | Draft probation letter to Dr. Artunduaga | UCMC 00018195-96 | FRE 501/502: Privileged. FRE 403: Unfairly prejudicial. Identified as privileged (a) during deposition of David Song, (b) in April 2016 and (c) in November 2016. Also undated. | UCMC has failed to establish privilege. Document appears to have been attached to 11/11/11 email between Akilah Williams and Barry Kamin, neither of whom are attorneys. There is nothing unfairly prejudicial about a draft of the probation letter provided to Dr. Artunduaga. Fact that document is not dated does not make it inadmissible. |
| 30 | 11/18/11 | Jaskowiak e-mail to Song re: Follow-up on Conversation of Today | UCMC 00015405 | | |
| 31 | 11/26/11 | Grossman e-mail to Artunduaga re: Evaluation | UCMC 00001604 | Incomplete - missing UCMC 1605 | Missing page does not include any substance. |
| 32 | 1/2-31/12 | Schedule of Surgical Services | UCMC 00007355-56 | | |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
**November 30, 2016**

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 33 | 1/4/12 | Willliams e-mail to Fleming & Shao re: Evaluation for Maria Artunduaga, MD | UCMC 0001425 | | |
| 34 | 1/13/12 - 5/12/12 | Text messages between Artunduaga & Fleming | MA 008678-94 | Contains PHI. Refers to greivance hearing, which is the subject of one of Plaintiff's MILs. | PHI will be redacted. Plaintiff will also redact references to grievance hearing if she prevails on Motion *in Limine*. |
| 35 | 2/1-29/12 | Schedule of Surgical Services | UCMC 00006996-97 | | |
| 36 | 2/7/12 | Williams e-mail to Li, Olaitan & Fleming re: Evaluation for Maria Artunduaga, MD | UCMC 00011826 | | |
| 37 | 2/8/12 | Song e-mail to Roggin re: Mandatory Meeting | UCMC 00013900 | FRE 401/402/403: Irrelevant, Immaterial, misleading Incomplete (missing UCMC 13901-02), Unfairly prejudicial | Document relevant to communications between Dr. Roggin and Dr. Song relating to Dr. Artunduaga. |
| 38 | 3/8/12 | Song e-mail to McAtee re: Draft of termination letter | UCMC 00019633 | FRE 403: Misleading, Incomplete, Unfairly Prejudicial. FRE 501/502: Privileged. Subject to motion in limine. | The fact that a communication occurred between Dr. Song and Ms. McAtee is not privileged. The jury is entitled to know that Dr. Song had drafted a termination letter and sent it to counsel weeks before the faculty met to purportedly decide Dr. Artunduaga's fate. Judge Zagel found this evidence to be probative of pretext. *See* Dkt. 101 at 24-25. *See also* Plaintiff's Response to Motion *in Limine*. |
| 39 | 3/12/12 | Smith e-mail to Song & Park re: Draft of termination letter | UCMC 00019629-32 | FRE 403: Misleading, Incomplete, Unfairly Prejudicial. FRE 501/502: Privileged. Subject to motion in limine | The fact that a communication occurred between Dr. Song and Ms. McAtee is not privileged. The jury is entitled to know that Dr. Song had drafted a termination letter and sent it to counsel weeks before the faculty met to purportedly decide Dr. Artunduaga's fate. Judge Zagel found this evidence to be probative of pretext. *See* Dkt. 101 at 24-25. *See also* Plaintiff's Response to Motion *in Limine*. |
| 40 | 3/29/12 | Williams e-mail to Kleiber re: eval | UCMC 00011609 | FRE 602: Lack of foundation/personal knoweldge. FRE 401/402/403: Irrelevant, Immaterial | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 801(d)(2)(D) - not hearsay. This document is relevant because UCMC had already decided to terminate Dr. Artunduaga but are still trying to paper the file with negative information. |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
November 30, 2016

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 41 | 10/1/11-3/31/12 | Evaluation re-cap for Maria Artunduaga | UCMC 00013731-53 | FRE 602/901: Lack foundation/personal knowledge/authentication. FRE 403: Cumulative, confusing, unfairly prejudicial | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). Admissible under 801(d)(2)(D). Document not cumulative because includes averages of scores that evaluations themselves do not include. |
| 42 | 4/5/12 | Grossman e-mail to Seal FWD: Reinstatement of clinical duties | UCMC 00019759 | FRE 602: Lack of foundation/personal knowledge. FRE 401/402/403: Irrelevant, Immaterial, Incomplete, Unfairly Prejudicial | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). Admissible under FRE 801(d)(2)(D). It is relevant and not unfairly prejudicial for jury to understand how Dr. Artunduaga's reputation had been poisoned at UCMC. |
| 43 | 4/6/12 | McAtee e-mail to Artunduaga re: Reinstatement of clinical duties | UCMC 00001406-07 | Subject to Plaintiff's MIL | The document is not subject to any Motion *in Limine*. |
| 44 | 4/6/12 | Roggin e-mail to Grossman & Seal re: MA on Kaplan service | UCMC 00018852 | | |
| 45 | 4/8/12 | Angelos e-mail to Roggin re: Intern on Kaplan Service | UCMC 00014489-91 | | |
| 46 | 4/8/12 | Jaskowiak e-mail to Angelos & Roggin re: Intern on Kaplan Service | UCMC 00014487-88 | | |
| 47 | 4/9/12 | Kaplan Service -- Case and Clinic Coverage | UCMC 00009781-82 | FRE 602/901: Lack personal knowledge/ foundation/ authentication. FRE 403: misleading. Contains PHI. | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 803(6) business record. Document shows anticipated schedule for attendings and residents during applicable week and is not misleading. Document does not contain PHI. |
| 48 | 4/11/12 | McAtee e-mail to Simon re: Grievance Review (provisionally offered) | UCMC 00004416-17 | | |
| 49 | 4/25/12 | Song e-mail to Roggin re: MA Confidential Attorney Client Communication | UCMC 00018831 | FRE 602: lack foundation/personal knowledge. FRE 401/402/403: Irrelevant, Immaterial, Misleading, Unfairly Prejudicial | FRE 602 applies to witnesses, not documents. Document was produced by UCMC and, therefore, is implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). Documents admissible under FRE 801(d)(2)(D). Document is relevant to show Dr. Song is still considering clinical rotations for Dr. Artunduaga after he advised her she had been terminated. |

**Artunduaga v. University of Chicago Medical Center**
**Plaintiff's Proposed Exhibit List**
November 30, 2016

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 50 | 4/27/12 | Roggin e-mail to McAtee & Song FW: Kaplan Service | UCMC00018191-92 | FRE 403: Unfairly Prejudicial. There is a version that exists that does not include the privileged e-mail from 4/27/12; Misleading. Privileged 501/502. Subject to motion in limine | The fact that a communication occurred between Dr. Roggin and Ms. McAtee is not privileged. There is nothing misleading about the email. *See also* Plaintiff's Response to Motion *in Limine*. |
| 51 | 5/16/12 | Song e-mail re: grievance (sic) hearing outcome (provisionally offered) | UCMC 00010369 | | |
| 52 | 5/30/12 | Song e-mail to McAtee & Artunduaga FW: Intern review | UCMC 00000372-73 | | |
| 53 | 5/30/12 | McAtee e-mail to Artunduaga re: April rotation review | UCMC 00000369-70 | | |
| 54 | 5/31/12 | McAtee e-mail to Artunduaga re: April rotation review (provisionally offered) | UCMC 00000367-68 | | |
| 55 | 6/20/12 | Angelos e-mail to Artunduaga re: Greetings | UCMC 00016003-04 | FRE 401/402: Irrelevant, Immaterial. FRE 801 - Email from MA to PA contains hearsay about ACGME | Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. Document not being offered to prove the truth of statements regarding ACGME and is, therefore, not hearsay. FRE 801(c). |
| 56 | 7/12/12 | Ferguson e-mail to Song re: MA (provisionally offered) | UCMC 00015616 | FRE 401/402: Irrelevant, Immaterial. FRE 403: unfairly prejudicial, misleading | Document is relevant to show that attending physicians wanted to make sure they coordinated their responses relating to questions regarding Dr. Artunduaga. |
| 57 | 7/18/12 | Reference letter by Edwin Kaplan | ECFMG/MAA 0037 | FRE 401/402/403: Irrelevant, Immaterial, Cumulative | Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. Document is not cumulative of any other evidence. |
| 58 | 7/26/12 | Angelos e-mail to Schaddelee re: Artunduaga FINAL EDITS | UCMC 00015999-6000 | FRE 401/402/403: Irrelevant, Immaterial, Cumulative | Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. Document is not cumulative of any other evidence. |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
November 30, 2016

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 59 | 7/26/12 | Angelos e-mail to Schaddelee re: draft of Artunduaga letter | UCMC 00019281 | FRE 401/402/403: Immaterial, Misleading, Irrelevant, unfairly prejudicial. FRE 501/502. Subject to motion in limine | Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. It is not misleading or unfairly prejudicial for jury to understand that attending physicians wanted to make sure they coordinated their responses relating to questions regarding Dr. Artunduaga. There is no privileged information in emails. *See also* Plaintiff's Response to Motion *in Limine*. |
| 60 | 7/26/12 | Angelos reference letter for Artunduaga | UCMC 00019246 | FRE 401/402/403: Irrelevant, Immaterial, Cumulative | Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. Document is not cumulative of any other evidence. |
| 61 | 7/27/12 | Angelos e-mail to Schaddelee re: letter for Maria A | UCMC 00019276-77 | FRE 403/501/502: Last e-mail (7/27/12, 4:53pm) Contains privileged information and reference to the redaction is unfairly prejudicial. There is a version of the remaining e-mails that exists without the redaction. FRE 401/402/403: Irrelevant, Immaterial, Misleading. Subject to motion in limine | Document does not contain any privileged information. Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. It is not misleading or unfairly prejudicial for jury to understand that attending physicians wanted to make sure they coordinated their responses relating to questions regarding Dr. Artunduaga. *See also* Plaintiff's Response to Motion *in Limine*. |
| 62 | 10/10/12 | Song e-mail to Hansen | UCMC 00011916-19 | FRE 401/402/403: Irrelevant, Immaterial, Misleading, Unfairly prejudicial. FRE 602: Speculative. Subject to MIL (basis for state court claims that were dismissed) | Document is relevant to plaintiff's efforts to mitigate damages by applying to other residency programs and relevant to Dr. Artunduaga's claims for lost future earnings due to reputational injury. Dr. Song will be available to testify to allay any concerns that document is misleading, unfairly prejudicial or speculative. *See also* Response to Motion *in Limine*. |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
**November 30, 2016**

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 63 | 11/7/12 | Song e-mail to Roughton re: maybe I don't want to be program director at UNC | UCMC 00011888-89 | FRE 401/402/403: Irrelevant, Immaterial, Misleading, Unfairly prejudicial. FRE 602: Speculative. Subject to MIL (basis for state court claims that were dismissed) | Document is relevant to plaintiff's efforts to mitigate damages by applying to other residency programs and relevant to Dr. Artunduaga's claims for lost future earnings due to reputational injury. Dr. Song will be available to testify to allay any concerns that document is misleading, unfairly prejudicial or speculative. *See also* Response to Motion *in Limine*. |
| 64 | 11/12/12 | Song e-mail to Zenn re: question | UCMC 00011887 | FRE 401/402/403: Irrelevant, Immaterial, Misleading, Unfairly prejudicial. FRE 602: Speculative. Subject to MIL (basis for state court claims that were dismissed) | Document is relevant to plaintiff's efforts to mitigate damages by applying to other residency programs and relevant to Dr. Artunduaga's claims for lost future earnings due to reputational injury. Dr. Song will be available to testify to allay any concerns that document is misleading, unfairly prejudicial or speculative. *See also* Response to Motion *in Limine*. |
| 65 | 11/26/12 | Dr. Becker evaluation of M. Reza Salabat | UCMC 00022670-72 | FRE 401/402/403: Irrelevant, Immaterial, unfairly prejudicial, confusing | Document is relevant to UCMC's argument that Dr. Becker evaluated Dr. Artunduaga like she would evaluate any other resident. |
| 66 | 1/4/13 | Angelos to Duprey FW: Greetings | UCMC 00019251-52 | FRE 403/501/502: Last e-mail (1/4/2013, 4:39pm) Contains privileged information and reference to the redaction is unfairly prejudicial. There is a version of the remaining e-mails that exists without the redaction. FRE 401/402/403: Irrelevant, Immaterial, Misleading. Subject to motion in limine | Document does not contain any privileged information. Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. It is not misleading or unfairly prejudicial for jury to understand that attending physicians wanted to make sure they coordinated their responses relating to questions regarding Dr. Artunduaga. *See also* Plaintiff's Response to Motion *in Limine*. |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
**November 30, 2016**

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 67 | 1/4/13 | Angelos to Duprey FW: Interviews | UCMC 00019248 | FRE 403/501/502: Last e-mail (1/4/2013, 4:41pm) Contains privileged information and reference to the redaction is unfairly prejudicial. There is a version of the remaining e-mails that exists without the redaction. FRE 401/402/403: Irrelevant, Immaterial, Misleading. Subject to motion in limine | Document does not contain any privileged information. Document is relevant to counter UCMC's arguments that negative assessments of Dr. Artunduaga's performance were unanimous among attending physicians. It is not misleading or unfairly prejudicial for jury to understand that attending physicians wanted to make sure they coordinated their responses relating to questions regarding Dr. Artunduaga. *See also* Plaintiff's Response to Motion *in Limine.* |
| 68 | Various 9/12/03 - 6/20/06 | Group Exhibit re Probation of Michael Shao | UCMC 00027219-21, 00027243, 00027249, 00027251, 00027252, 00027257, 00027258, 00027263, 00027265 | FRE 401/402/403: Unfairly prejudicial, Irrelevant, Immaterial, Misleading, Confusing, FRE 602: lack foundation/personal knowledge. Subject to motion in limine. Date is in error | Documents are relevant to show jury how UCMC treated other residents on probation. There is nothing misleading, confusing, or unfairly prejudicial about these evaluations. FRE 602 applies to witnesses, not documents. Documents were produced by UCMC and, therefore, are implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 801(d)(2)(D) - not hearsay. FRE 803(6) -- business record. *See also* Plaintiff's Response to Motion *in Limine. Error in dates does not affect admissibility.* |
| 69 | Various 4/3/12 - 12/30/12 | Group Exhibit re Probation of Ian Daniel | UCMC 00023629-30, 00023663-65, 00023637-38 | FRE 401/402/403: Unfairly prejudicial, Irrelevant, Immaterial, Misleading, Confusing, FRE 602: lack foundation/personal knowledge. Subject to motion in limine. | Documents are relevant to show jury how UCMC treated other residents on probation. There is nothing misleading, confusing, or unfairly prejudicial about these evaluations. FRE 602 applies to witnesses, not documents. Documents were produced by UCMC and, therefore, are implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 801(d)(2)(D) - not hearsay. FRE 803(6) -- business record. *See also* Plaintiff's Response to Motion *in Limine*. |

**Artunduaga v. University of Chicago Medical Center**
**Plaintiff's Proposed Exhibit List**
**November 30, 2016**

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 70 | Various 12/9/09 - 6/12 | Group Exhibit re Probation of Mark London | UCMC 00025051, 00025073, 00025077 | FRE 401/402/403: Unfairly prejudicial, Irrelevant, Immaterial, Misleading, Confusing, FRE 602: lack foundation/personal knowledge. Subject to motion in limine. | Documents are relevant to show jury how UCMC treated other residents on probation. There is nothing misleading, confusing, or unfairly prejudicial about these evaluations. FRE 602 applies to witnesses, not documents. Documents were produced by UCMC and, therefore, are implicitly authentic. *U.S. v. Brown*, 688 F.2d 112, 116 (7th Cir. 1982). FRE 801(d)(2)(D) - not hearsay. FRE 803(6) -- business record. *See also* Plaintiff's Response to Motion *in Limine*. |
| 71 | 2/11/13 | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories | | | |
| 72 | 4/7/14 | Defendant's Answers and Objections to Plaintiff's Third Set of Interrogatories | | | |
| 73 | 10/27/14 | Defendant's Response to Plaintiff's Second Set of Requests for Admission | | | |
| 74 | 10/31/14 | Defendants Answers and Objections to Plaintiff's Fourth Set of Interrogatories | | | |
| 75 | Various | Group Exhibit re Artunduaga's medical expenses | MA 13898-909; MA 13926-27 | Objection to summary documents at MA 13898 and MA 13927. These are not source documents, but summaries without reference to documents which support same, and are confusing, improper and prejudicial under FRE 403. FRE 401/402 All documents are immaterial and irrelevant. | MA 13898 and 13927 are proper summary documents admissible under FRE 1006. Documents are relevant to plaintiff's damage claim for medical expenses. |
| 76 | Various | Group Exhibit re Artunduaga's educational expenses | MA 13928-37 | Objection to summary documents at MAMA 13928 and MA 13929. These are not source documents, but summaries without reference to documents which support same, and are confusing, improper and prejudicial under FRE 403. | MA 13928 and 13929 are proper summary documents admissible under FRE 1006. Plaintiff and/or her husband will be available to testify to clear up any confusion. |

*Artunduaga v. University of Chicago Medical Center*
**Plaintiff's Proposed Exhibit List**
**November 30, 2016**

| Ex. No. | Date | Description | Bates Number | Objections | Plaintiff's Statement of Admissibility (Where Applicable) |
|---|---|---|---|---|---|
| 77 | None | PGY 1, 2, 3, 4, 5 -- 2011/12 Academic Schedule | UCMC 00021368-76 | FRE 401/402 Irrelevant outside of the PGY 1 Schedule. FRE 403 - confusing, misleading | Schedules of residents in other program years are relevant to show that other residents' schedules were not randomly changed at the last minute. UCMC witnesses will be available to clear up any confusion created by the exhibit. |
| 78 | 10/13/11 | Barr email to Song re: Oct 18 Surg Ed Meeting w/attachments | UCMC 00014299-322 | FRE 401/402: Evaluations of non-PGY1 PRS residents/and surgical education committee are irrelevant. FRE 403 -- misleading, incomplete, confusing and unfairly prejudicial. | The document is relevant because Dr. Song told Dr. Artunduaga repeatedly that her performance was not up to the PRS section's standards and that PRS residents were expected to perform better than the average resident. |
| 79 | Various | Group Exhibit re job applications | MA 013785-90 | | |
| 80 | None | Job application spreadsheet | MA 013781-84 | | |
| 81 | None | Curriculum Vitae for Professor Mark R. Killingsworth | | Subject to Motion to Bar. FRE 801/802 - hearsay | *See* Response to Motion to Bar. FRE 803(6) -- business record |
| 82 | None | Table 1: Lost earnings calculations for Maria Artunduaga | | Subject to Motion to Bar. FRE 801/802 - hearsay | See Response to Motion to Bar. FRE 803(6) -- business record |
| 83 | None | Table 1: Lost earnings calculations for Maria Artunduaga (calculations use ERI data for plastic surgeons' earnings) | | Subject to Motion to Bar. FRE 801/802 - hearsay | See Response to Motion to Bar. FRE 803(6) -- business record |
| 84 | None | Table 2: Lost earnings calculations for Maria Artunduaga (calculations use MGMA data for plastic surgeons' earnings) | | Subject to Motion to Bar. FRE 801/802 - hearsay | See Response to Motion to Bar. FRE 803(6) -- business record |
| 85 | | Demonstrative exhibit -- timeline | | Objections pending presentation of exhibit. | |
| 86 | | Demonstrative exhibit -- analysis of evaluations of Dr. Artunduaga by attending physicians | | Objections pending presentation of exhibit. | |
| 87 | | Demonstrative exhibit -- analysis of weekly evaluations of Dr. Artunduaga during probation period | | Objections pending presentation of exhibit. | |
| | | Any exhibit on Defendant's Trial Exhibit List | | | |
| | | Documents to be used for impeachment | | | |
| | | Exhibits to be used in rebuttal case | | | |