# Exhibit C-3

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| Defendant Exhibit Number | Date (Only or Most Recent in Email Chain) | Description | Bates Number | Plaintiff's Objections | Defendant's Statement of Admissibility |
|---|---|---|---|---|---|
| 1 | _____/2010 | M. Artunduaga 2011 ERAS application | MA3390-95 | | |
| 2 | 6/6/2011 | Email from S. Dickie to PRS residents re: Core 2011-2012 | MA 11631-0001 - 0002 and MA 11631.0001 - 00001 -00005 | | |
| 3 | 7/1/2011 | PGY 1 2/11/2012 Initial Schedule | UCMC 21368-70 | | |
| 4 | 7/5/2011 | Emails between M. Artunduaga and A. Williams re: Orientation | MA12471-0001 - 0002 | | |
| 5 | 7/7/2011 | Artunduaga email to D. Song re: Missing orientation | MA 12472 - 00001 | | |
| 6 | 7/10/2011 | Email from John Seal to Dr. Artunduaga re: working hours | UCMC 1647 | | |
| 7 | 7/11/2011 | Artunduaga email to Fuller re: Thursday Get-together | MA 11744 - 00001 | | |
| 8 | 7/22/2011 | Emails between Artunduaga, D. Shenaq and A. Williams re: Plastics photos | MA 11767 - 00001 - 02 | FRE 401, 402 -- not relevant | Relevant to Plaintiff's claims of mistreatment/exclusion by co-intern and other residents |
| 9 | 7/24/2011 | Emails between Artunduaga, E. Kueberuwa and A. Williams re: Plastics photos | MA 11774 - 00001 - 03 | FRE 401, 402 -- not relevant | Relevant to Plaintiff's claims of mistreatment/exclusion by co-intern and other residents |
| 10 | 8/1/2011 | Schedule of Surgical Services: August | UCMC 7426-27 | | |
| 11 | 8/1/2011 | Artunduaga email re: Plastics website biographies | MA 11799 - 00001 | | |
| 12 | 8/7/2011 | Artunduaga email re: Plastics website biographies | MA11812 | | |
| 13 | 8/11/2011 | Seal response to Jaskowiak email re: issue with B_____ and Maria A. | UCMC 15159-60 [Redacted] | Email from Seal: FRE 401, 402 -- not relevant; FRE 801, 892 -- hearsay | FRE 401/02: Relevant to complaint about Plaintiff and perception of same by senior residents/attendings. 801/892 (sic): FRE 803 - then present state of mind; Not offered for the truth, offered for the effect on listener (Jaskowiak) |
| 14 | 8/11/2011 | Song response to Jaskowiak email re: issue with B_____ and Maria A. | UCMC 15158 [Redacted] | | |
| 15 | 8/14/2011 | Email from J. Seal to Plaintiff re: assignments | UCMC 21064 | Motion *in Limine* No. 1 | *See* response to Motion in Limine. Rebuts Plaintiff's contentions regarding her job performance and assignments. |
| 16 | 8/14/2011 | Artunduaga email to C. Forrest re: Greetings | MA 12506 - 00001 - 02 | | |
| 17 | 8/17/2011 | Emails between Seal and MA re: Feedback | UCMC 21035 | | |
| 18 | 8/22/2011 | Emails between Artunduaga and J. Mulliken re: Contact information | MA 7660-61 | | |
| 19 | 8/22/2011 | Emails between Artunduaga and L. Quintanilla-Dieck re: New contact information | UCMC 30282-83 | | |
| 20 | 8/23/2011 | Emails between D. Song and Plaintiff re: Mrs. _____ | MA 12520 - 00001 - 04 [Redacted] | Email from Song: FRE 801, 802 -- hearsay; FRE 901 -- authenticity as to source of alleged email from patient | FRE 801/802: Not offered for the truth, offered for the effect on listener (Song). FRE 901: Will be authenticated by Song |
| 21 | 8/23/2011 | Emails between Artunduaga and D. Song re: Mrs. _____ incident | MA 11842 - 0001 - 03 [Redacted] | Email from Artunduaga: FRE 901 -- authenticity that email was sent to Dr. Song as described; Email from Song: FRE 801, 802 -- hearsay; FRE 901 -- authenticity as to source of alleged email from patient | Email from MA, FRE 901: Plaintiff can authenticate that she drafted email sent to herself. Email from Song, FRE 801/802: Not offered for the truth, offered for effect on listener. FRE 901: Song can authenticate. |
| 22 | 8/30/2011 | B. Bello email to Artunduaga re: Welcome to Block-H service | MA 12523 - 00001 and MA 12523.00001 - 00016 [Redacted] | | |
| 23 | 8/31/2011 | S. Dickie email to D. Song re: Dickie and J. Lee meeting with Artunduaga and J. Seal | UCMC 10683-84 | | |
| 24 | 8/31/2011 | Emails between D. Shenaq and S. Fuller re: Spanish Immersion | MA 11856 - 00001 | | |
| 25 | 9/1/2011 | Schedule of Surgical Services September 1-30, 2011 | UCMC 7419-20 | | |
| 26 | 9/5/2011 | Emails between J. Seal and M. Artunduaga re: Aldosteronoma resolution score | UCMC 20918-19 | | |
| 27 | 9/8/2011 | Email from M .Stack to Plaintiff and others re: ND Michigan Game | UCMC 1635 | | |
| 28 | 9/8/2011 | Emails between S. Dickie, D. Song and J. Lee re: Intern issue | UCMC 21423 | | |
| 29 | 9/10/2011 | Artunduaga email re: Draft Plastics biographies | MA 11881 - 00001 and MA - 11881.0001- 00001 - 03 | | |
| 30 | 9/20/2011 | Email from J. Seal to Residents re: Patient lists | UCMC 20804 | | |
| 31 | 9/26/2011 | Emails between D. Song and S. Dickie re: November intern switch | UCMC 21833-36 | | |

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Objection | Response |
|---|---|---|---|---|---|
| 32 | 9/29/2011 | Emails between M. Artunduaga and P. Angelos re: Rotation evaluation | UCMC 1629-30 | | |
| 33 | 9/30/2011 | J. Lee email to Artunduaga and J. Lusardi re: weekend rounds | MA 11913 - 0001 | | |
| 34 | 10/1/2011 | Text messages between C. Moreira and Plaintiff | MA 11316-18 **[Redacted]** | | |
| 35 | 10/4/2011 | Emails between J. Lee, S. Dickie and Plaintiff re: This Week for PRS | MA 11931-00001-03 | | |
| 36 | 10/6/2011 | Emails between Plaintiff and D. Shenaq re: Phoenix Fest | MA 11932 - 00001 | | |
| 37 | 10/6/2011 | D. Shenaq email to Artunduaga re: Phoenix Fest | MA 11934 - 00001 | | |
| 38 | 10/10/2011 | M. Artunduaga text message conversations | MA 13824-30 **[Redacted]** | | |
| 39 | 10/10/2011 | Emails between Artunduaga, J. Lusardi, and M. Beederman re: Plastics interns/Sub-Is/MSII assignments | MA 11947 - 00001 - 02 | | |
| 40 | 10/15/2011 | M. Artunduaga email to R. Hurst re: Rotation Evaluation | MA 12563 - 00001 | | |
| 41 | 10/15/2011 | Artunduaga email to J. Joly re: Rotation Evaluation | MA 12562 - 00001 - 00002 | | |
| 42 | 10/19/2011 | J. Jose email to N. Jaskowiak re: Maria's evaluation | UCMC 10653-54 | | |
| 43 | 10/20/2011 | Emails between Artunduaga and A. Chhablani re: advice | MA 8898-99 | | |
| 44 | 10/24/2011 | Dickie email re: MA | UCMC30438-39 **[Redacted]** | | |
| 45 | 10/24/2011 | Feedback session notes | UCMC 30440 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song and Park and other attendings who participated in decision not to renew Plaintiff's contract). Relevant to countering Plaintiff's claims that she did not get feedback or help from residents and serves as an admission that she did so, as Plaintiff acknowledged receipt and signed the document (and testified as to same). |
| 46 | 10/27/2011 | Emails between C. Moreira and Plaintiff re: thoracic surgery | UCMC 1618-19 | | |
| 47 | 10/28/2011 | Feedback session notes | UCMC 30441 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song and Park and other attendings who participated in decision not to renew Plaintiff's contract). Relevant to countering Plaintiff's claims that she did not get feedback or help from residents and serves as an admission that she did so, as Plaintiff acknowledged receipt and signed the document (and testified as to same). |
| 48 | 10/30/2011 | Email from Butz to Nguyen re: feedback, forwarded to Song and Williams | UCMC 30442-43 **[Redacted]** | | |
| 49 | 10/31/2011 | Email from Artunduaga to Lee, Nguyen, Dickie, Bank, Fuller, Alkureishi, Butz and Carlisle re: Thank you! | MA 11966 - 00001 | | |
| 50 | 11/1/2011 | Schedule of Surgical Services November 1-30, 2011 | MA 6372-73 | | |
| 51 | 11/2/2011 | Summary Evaluation with M. Artunduaga, D. Song, J. Park, and A. Williams | UCMC 4482-83 | | |
| 52 | 11/7/2011 | Emails between K. Umanskiy and D. Shenaq re: Skills Curriculum Nov 17 | UCMC 14595-96 | | |
| 53 | 11/7/2011 | Email from C. Barr to residents re: Skills Curriculum | UCMC 20546-47 | FRE 403 -- cumulative; duplicative of previous exhibit | Not duplicative or cumulative; contains only the email received by Plaintiff |
| 54 | 11/8/2011 | Artunduaga email to J. Lee, S. Dickie, and T. Nguyen re: meeting regarding probation decision | MA 11969 - 00001 | | |
| 55 | 11/9/2011 | Email from A. Williams to M. Artunduaga and others re: New Innovations, GME, ACGME | UCMC 21770 | | |
| 56 | 11/10/2011 | Emails between M. Artunduaga and E. Kaplan re: Advice | MA 12586-00001 | | |
| 57 | 11/10/2011 | Emails between Artunduaga and N. Jaskowiak re: Advice | UCMC 1609-11 | | |
| 58 | 11/10/2011 | Artunduaga email to K. Roggin re: Advice | MA 12584-00001 | | |
| 59 | 11/11/2011 | R. Carden email to K. Roggin re: Letter to Song regarding Artunduaga | UCMC 14183-85 | | |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Objection | Response |
|---|---|---|---|---|---|
| 60 | 11/15/2011 | November 15, 2011 Meeting Notes with Artunduaga, Song, Williams | MA 939 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song). |
| 61 | 11/15/2011 | Probation Letter from Dr. Song | UCMC 4484-85 | | |
| 62 | 11/16/2011 | Ferguson email to Song re: MA evaluation | UCMC 12049 | | |
| 63 | 11/19/2011 | Email from Plaintiff to W. Vigneswaran re: Advice | MA 12589 - 00001 | | |
| 64 | 11/21/2011 | Email from Dr. Song to M. Artunduaga re: Perspectives | UCMC 30401 | | |
| 65 | 11/21/2011 | J. Rothstein email to R. Garcia re: M. Artunduaga program issues | MA 383-84 | | |
| 66 | 11/26/2011 | Emails between Artunduaga and Grossman re: Evaluation | UCMC 1604-05 | | |
| 67 | 11/28/2011 | Artunduaga meeting notes with Park and Williams | UCMC 30558-59 | | |
| 68 | 11/28/2011 | Artunduaga letter to B. Kamin | UCMC 16536 | | |
| 69 | 11/28/2011 | D. Shenaq email to Artunduaga re: Absite Exam | MA 11977 - 00001 | | |
| 70 | 11/29/2011 | Emails between Kamin and MA re: Meeting | UCMC 1597 | | |
| 71 | 12/1/2011 | Emails between S. Dickie and Plaintiff re: Plastics Inservice Exam | MA 11981 - 00001 | | |
| 72 | 12/1/2011 | Email from Plaintiff to M. Ferguson, W. Vigneswaran, A. Durkin, K. Todd and N. Mehta re: weekly evaluations | MA 12598 - 00001 | | |
| 73 | 12/2/2011 | Email from M. Stack to Plaintiff and other residents re: Fugly Christmas Sweater Party | UCMC 1593 | | |
| 74 | 12/12/2011 | D. Song email to Artunduaga re: Holiday invite | MA 11993-00001 | | |
| 75 | 12/17/2011 | Email from MA re: wedding photos | MA 12602-00001 | | |
| 76 | 12/18/2011 | Email from MA re: wedding photos | MA 12603 | | |
| 77 | 12/19/2011 | Email from N. Jaskowiak to Plaintiff re: Wedding pics | UCMC 15403-04 | | |
| 78 | 12/22/2011 | Emails between M. Artunduaga and E. Kaplan re: Greetings | UCMC 1586 | | |
| 79 | 12/28/2011 | Emails between Fuller and Artunduaga re: Wedding pics | MA 12001 - 00001 - 02 | | |
| 80 | 1/2/2012 | Schedule of Surgical Services January 2-31, 2011 | UCMC 7355-56 | | |
| 81 | 1/3/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30561 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 82 | 1/10/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30563 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 83 | 1/11/2012 | M. Artunduaga - D. Shenaq text message conversation | MA 13837-41 | | |
| 84 | 1/13/2012 | C. Barr email to Artunduaga re: Operative case logs | UCMC 1582 | | |
| 85 | 1/15/2012 | Email from E. Kueberuwa to M. Plaintiff and other residents re: Dan Butz Birthday Dinner, Thursday 19th Jan, 7:30 pm | UCMC 21670 | | |
| 86 | 1/17/2012 | Email from D. Shenaq to Plaintiff and J. Berian re: call schedule | MA 12012-0001 | | |
| 87 | 1/18/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30565 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 88 | 1/25/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30567 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Objection | Response |
|---|---|---|---|---|---|
| 89 | 1/25/2012 | Emails between M. Artunduaga and E. Kaplan re: Greetings | MA12637-0001-03 | | |
| 90 | 1/26/2012 | M. Artunduaga email to D. Song re: Jaskowiak prescription refill | MA 8932 | | |
| 91 | 1/29/2012 | Text messages between Plaintiff and M. Shao | MA 013872-76 [Redacted] | Motion in Limine No. 5 | See response to Motion in Limine No. 5. Also relevant to Plaintiff's requests for performance evaluations/certain types of evaluations from others and feedback received by Plaintiff. |
| 92 | 1/29/2012 | Email from Plaintiff to M. Shao and J. Paruch re: Last weeks evaluation | UCMC 3513 | | |
| 93 | 1/30/2012 | Emails between N. Jaskowiak and D. Song re: August refill issue (Dr. Jaskowiak) | UCMC 15492 | | |
| 94 | 1/30/2012 | Artunduaga email to H. Hall re: Vascular Rotation | MA 12643 - 00001 - 02 | | |
| 95 | 1/30/2012 | Artunduaga email to D. Eton re: Evaluation Feedback | MA 12641 - 00001 - 03 | | |
| 96 | 1/31/2012 | Email from Plaintiff to D. Eton re: Evaluation | UCMC 3510 | | |
| 97 | 2/1/2012 | Schedule of Surgical Services (February 1-29, 2012) | UCMC 6996-97 [Fleming 2014 Dep. Ex. 10] | | |
| 98 | 2/1/2012 | Emails between Artunduaga and C. Skelly re: Rotation evaluation | UCMC 1573-74 | | |
| 99 | 2/2/2012 | Emails between Plaintiff and R. Steppacher re: rotation evaluation | UCMC 3500-01 [Redacted] | | |
| 100 | 2/3/2012 | Emails between Artunduaga and A. Williams re: Evaluations | MA 12659 - 00001 | | |
| 101 | 2/6/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30569 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 102 | 2/9/2012 | Emails between A. Williams and Artunduaga re: incomplete medical records for 2/28/12 | MA 12665 - 00001 - 04 | | |
| 103 | 2/12/2012 | Emails between Artunduaga and D. Butz re: Iphone Medical Apps | MA 12025 - 00001-02 | | |
| 104 | 2/13/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30571 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 105 | 2/13/2012 | Email from A. Williams to residents re: inservice | UCMC 1533 | | |
| 106 | 2/13/2012 | Artunduaga email re: Publishing Wedding photos | MA 12027 - 00001 - 02 | FRE 401, 402 -- not relevant | Relevant to Plaintiff's claims of distress and her performance, and contains admissions of a party opponent regarding sources of her distress. |
| 107 | 2/20/2012 | Email from MA to Lee and Dickie re: Over Hours | MA 12037 - 00001 | | |
| 108 | 2/21/2012 | Email from Dickie to MA re: Work Hours Plan for Week of Feb. 19-25 | MA 12044 - 00001 | | |
| 109 | 2/23/2012 | Emails between Plaintiff and P. Witkowski re: rotation evaluation | MA 12695-0001 - 02 | | |
| 110 | 2/23/2012 | Emails between Plaintiff and M. Millis re: evaluation | UCMC 1494-95 | | |
| 111 | 2/23/2012 | Artunduaga email to R. Thislethwaite re: Evaluation | MA 12697-00001 - 02 | | |
| 112 | 2/24/2012 | Email from J. Park to Dr. Song/MA re: Over-hours | UCMC 1481-83 | | |
| 113 | 2/24/2012 | Email from S. Dickie to A. Williams and D. Song re: Artunduaga work hours and I. Fleming conversation | UCMC 11781-82 [Second email same in content as Fleming 2014 Dep Ex. 15, 2016 Dep. Ex. 9] | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth; offered for the effect on listener (Song, Park) |
| 114 | 2/27/2012 | Emails between Y. Becker, J. Park, D. Song and Artunduaga re: Becker Evaluation | UCMC 13147-49 | | |
| 115 | 2/28/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30574-75 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Objection | Response |
|---|---|---|---|---|---|
| 116 | 2/28/2012 | Emails between Plaintiff and P. Witkowski re: evaluation | MA 12710 - 0001 - 04 [Redacted] | | |
| 117 | 2/28/2012 | Greives email to Artunduaga re: Plastics Rotation | MA 12047-00001 | | |
| 118 | 2/28/2012 | Artunduaga email to J. Renz re: Early evaluation | MA 12709-00001 | | |
| 119 | 2/29/2012 | Text Messages between Plaintiff and M. Stack | MA 13877-82 [Redacted] | | |
| 120 | 3/4/2012 | Emails between K. Umanskiy and Plaintiff re: Skills Curriculum | MA 12717 - 0001 - 02 | | |
| 121 | 3/5/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30577 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 122 | 3/7/2012 | Song email response to G. Henry re: hand consult | UCMC 30415-16 | | |
| 123 | 3/10/2012 | Email from Ginard Henry to David Song cc Julie Park re: Tothy Complaint | UCMC 30417 | | |
| 124 | 3/11/2012 | Artunduaga email to G. Kleiber re: This week in Gold Service | MA 12059-01 [Redacted] | | |
| 125 | 3/11/2012 | Emails from G. Kleiber and J. Bank re: Gold/Blue service schedule | MA 12060-001 [Redacted] | | |
| 126 | 3/12/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30579-80 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 127 | 3/12/2012 | Emails between S. Fuller, D. Butz, D. Shenaq, Plaintiff and other residents re: Juniors Conference | MA 12062-00001 - 00002 | | |
| 128 | 3/13/2012 | Email from Alison Tothy to David Song; paper trail re: discussion about MA | UCMC 30418 | | |
| 129 | 3/21/2012 | Artunduaga meeting notes with Park and Williams | UCMC 30582 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Also, not offered for the truth, but for the effect on the listener (Song, Park and attendings who participated in decision not to renew Plaintiff's contract). |
| 130 | 3/23/2012 | Email between A. Williams and C. Barr re: Continuing Residents/Fellows | UCMC 11635-36 | | |
| 131 | 3/26/2012 | Meeting notes | UCMC 1039 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). |
| 132 | 3/27/2012 | Minutes from meeting re: Artunduaga dismissed from program and removed from clinical duties | UCMC 5865 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). |
| 133 | 3/29/2012 | K. Roggin email to D. Song re: Roggin's November meeting with Artunduaga | UCMC 10390-91 | FRE 801, 802 -- hearsay; FRE 401, 402 -- not relevant | Relevant to meeting between Roggin and Plaintiff and what was discussed during same. Admissible as a present sense impression (FRE 803(1)) and a recorded recollection (FRE 803(5)) and contains admissions of a party opponent (FRE 801(d)(2)). |
| 134 | 3/29/2012 | Emails between Artunduaga, R. Thistlethwaite, J. Park, and D. Song re: Evaluation | MA 12784 - 00001 - 02 | | |
| 135 | 3/30/2012 | Emails between M. Millis and Artunduaga re: Evaluation reminder | MA 12800 - 00001 - 03 | | |
| 136 | 3/30/2012 | Note from Artunduaga, Gottlieb, Williams meeting re: relief of clinical duties | MA 869 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Motion | Notes |
|---|---|---|---|---|---|
| 137 | 4/2/2012 | M. Artunduaga - P. Singh text message conversation | MA 13883-84 **[Redacted]** | Motion *in Limine* No. 5 | *See* response to Motion in Limine 5. Also relevant to Plaintiff's claims regarding her understanding of the treatment of her as compared to others, including regarding the number of cases she logged as compared to Singh. |
| 138 | 4/3/2012 | D. Song email to K. Roggin re: Reconsideration of unrenewed contract | UCMC 14510-13 | | |
| 139 | 4/4/2012 | D. Song letter to Artunduaga re: Reconsideration of contract renewal | MA 12208.00006-0001 | | |
| 140 | 4/5/2012 | Emails between K. Roggin and Artunduaga re: Reinstatement of clinical duties | MA 12854-00001-05 | | |
| 141 | 4/5/2012 | Artunduaga email to D. Song re: Reinstatement of clinical duties | MA 12863 - 00001 - 02 | | |
| 142 | 4/6/2012 | Letter from Artunduaga to Dr. Kamin re: grievance filed. | UCMC 1397-98 | Motion *in Limine* No. 5 | See Response to Motion in Limine No. 5. Relevant to the nature of Plaintiff's claims against UCMC and her allegations that she raised complaints of discrimination and that UCMC followed its policies. |
| 143 | 4/9/2012 | Artunduaga email to E. Grossman re: B Service coverage-Endocrine cases | MA 12884 - 0001 - 02 | | |
| 144 | 4/21/2012 | Emails between E. Grossman and Artunduaga re: Coverage Week of the 23rd | MA 12999 - 0001 - 04 | | |
| 145 | 4/24/2012 | Dr. Grossman emails Roggin re: Kaplan service | UCMC 14483 | Motion *in Limine* No. 1; FRE 801, 802 -- hearsay | *See* response to Motion in Limine 1. Not offered for the truth; offered for effect on listener (Roggin/Song). Relevant to Plaintiff's behavior, performance and removal from clinical duties. |
| 146 | 4/27/2012 | MA initial and follow-up email re: second attempt | MA 13053 - 00001 - 02 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. Contains statements and admissions of a party opponent. Relevant to Plaintiff's behavior, performance and removal from clinical duties. Received by decisionmaker Dr. Song. |
| 147 | 4/27/2012 | Grossman emails Song and Roggin re: intern review | UCMC 14479 | Motion *in Limine* No. 1; FRE 801, 802 -- hearsay | *See* response to Motion in Limine 1. In addition, Song was the decision maker and he received this email with Dr. Grossman's assessment of Plaintiff's performance. Also admissible because it is not offered for the truth of the statements, but for the effect on listener (Song, Roggin) and is relevant to Plaintiff's behavior, performance and removal from clinical duties. |
| 148 | 4/27/2012 | Artunduaga first complaint to ACGME (with M. Miller cover email on 5/10) | UCMC 11981-12029 **[Redacted]** | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. This is also relevant to Plaintiff's claims that UCMC violated ACGME's policies and procedures, the nature of her claims themselves and the treatment of her as compared to others. |
| 149 | 4/27/2012 | Email from K. Roggin to E. Kaplan re: Second attempt | UCMC 12074-75 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. Contains statements and admissions of a party opponent. Relevant to Plaintiff's behavior and effect of same. |
| 150 | 4/27/2012 | M. Posner email to K. Roggin, C. Barr, and J. Matthews re: Artunduaga training experience complaint | UCMC 14480-81 | Motion *in Limine* No. 6; FRE 801, 802 -- hearsay | *See* response to Motion in Limine 6. This email is admissible because it contains statements and admissions of a party opponent, and it is relevant to Plaintiff's claims regarding her treatment by the residency program, her behavior and the effect of same. This is also admissible as non-hearsay for its effect on the listener (Posner) and is admissible as a present sense impression and recorded recollection. |
| 151 | 4/29/2012 | Emails between J. Cohen and Artunduaga re: Grievance Process hearing | UCMC 1263-64 | Motion *in Limine* No. 5 | *See* response to Motion in Limine 5. |
| 152 | 4/30/2012 | D. Song Letter to M. Artunduaga re: Rotation schedule | UCMC 1260-62 | | |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Objection | Response |
|---|---|---|---|---|---|
| 153 | 5/1/2012 | Matthews email to MA re: concerns about your ongoing training | UCMC 1248 | FRE 801, 802 -- hearsay | Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), record of a regularly conducted activity (FRE 803(6)). Relevant to Plaintiff's complaint to Dr. Matthews re: her treatment and to show that UCMC took her concerns seriously. |
| 154 | 5/1/2012 | Artunduaga addendum to first complaint to ACGME | MA 5272-83 | Motion in Limine No. 6 | See Response to Motion in Limine 6. Relevant to show Plaintiff's complaints about treatment in comparison to others and alleged violations of ACGME rules were considered and rejected and shows lack of complaint about national origin discrimination (and is relevant to the veracity of Plaintiff's belief regarding same and the timing of same) |
| 155 | 5/1/2012 | Emails between M. Artunduaga and K. Curell re: Grievance Hearing requests | UCMC 1239-41 | Motion in Limine No. 5 | See response to Motion in Limine 5. |
| 156 | 5/2/2012 | MA email to J. Rothstein re: complaint | MA 5262 | | |
| 157 | 5/3/2012 | Shenaq email to Williams re: evaluation of Maria | UCMC 10370-71 | Motion in Limine No. 1; FRE 801, 802 -- hearsay | See response to Motion in Limine 1. Relevant to grievance hearing and information provided for same. Present sense impression and offered for effect on listener (Park, Grievance Committee, etc.) |
| 158 | 5/7/2012 | Emails between M. Artunduaga and K. Curell re: Grievance Hearing witness issues | MA 13171 - 00001 - 07 | Motion in Limine No. 5 | See response to Motion in Limine 5. |
| 159 | 5/8/2012 | Group Exhibit: C. Smith Emails to MA including PRS section initial submission for grievance (with attachments combined and tabbed). | UCMC 4120-4199 and 3912-4119 [Redacted] | Motion in Limine No. 5 | See Response to Motion in Limine 5. Relevant to show Plaintiff's complaints about her probation and the non-renewal of her contract were considered and seriously addressed as part of the grievance process and shows lack of complaint about national origin discrimination (and is relevant to the veracity of Plaintiff's belief regarding same and the timing of same) |
| 160 | 5/10/2012 | Letter from ACGME to Dr. Song and Dr. Kamin re: complaint from Artunduaga; asking for UCMC to respond | UCMC 6148-52 | Motion in Limine No. 6 | See response to Motion in Limine 6. Relevant to the nature of Plaintiff's claims and claims of how she was treated as compared to others. |
| 161 | 5/10/2012 | MA email to Rothstein re: complaint | UCMC 2094-95 | | |
| 162 | 5/11/2012 | Emails between M. Artunduaga and K. Curell re: Grievance Hearing witnesses | MA13232 - 0001 - 0011 | Motion in Limine No. 5 | See response to Motion in Limine No. 5. Offered only for rebuttal of claims. |
| 163 | 5/14/2012 | MA Rebuttal Statement to PRS 5/10/12 Grievance Committee Statement (from McAtee) | UCMC 18438-40 | Motion in Limine No. 5 | See response to Motion in Limine No. 5. Also relevant to the nature of Plaintiff's claims against UCMC. Offered only for rebuttal of claims. |
| 164 | 5/15/2012 | Emails between M. Artunduaga and O. Olaitan re: Hearing | UCMC 1944-46 | Motion in Limine No. 5 | See response to Motion in Limine 5. Also relevant to the nature of Plaintiff's claims against UCMC. Offered only for rebuttal of claims. |
| 165 | 5/16/2012 | Grievance Hearing Document re: Maria Artunduaga | UCMC 766-816 [Redacted] | Motion in Limine No. 5 | See response to Motion in Limine 5. Also relevant to the nature of Plaintiff's claims against UCMC. Offered only for rebuttal of claims. |
| 166 | 5/16/2012 | Emails between M. Artunduaga and K. Curell re: Dr. Shao Grievance Hearing testimony | MA 13292-00001-02 | Motion in Limine No. 5 | See response to Motion in Limine 5. Offered only for rebuttal of claims. |
| 167 | 5/16/2012 | Email from Plaintiff to E. Kaplan re: Grievance Hearing | MA 13290-00001 - 02 | Motion in Limine No. 5 | See response to Motion in Limine 5. |
| 168 | 5/19/2012 | Artunduaga email to UCLA re: Position availability | MA 4395 | | |
| 169 | 5/19/2012 | Artunduaga email to T. Mesko re: Position availability | MA 4397 | | |
| 170 | 5/20/2012 | Artunduaga email to G. Stier re: Position opening | MA 12300 - 00001 and MA 12300.0001-00001 | | |
| 171 | 5/20/2012 | Artunduaga email to C. Polanish re: Position availability | MA 4385 | | |
| 172 | 5/20/2012 | Artunduaga email to J. McHugh re: Position availability | MA 4387 | | |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Motion | Response |
|---|---|---|---|---|---|
| 173 | 5/21/2012 | Letter from Jonathan Rothstein to Maria Artunduaga re: Complaint of Discrimination under GME Handbook | MA 13317 and MA 13317.00001-00001 | Motions *in Limine* Nos. 4, 6 | *See* response to Motion in Limine 4 and 6. Relevant to the nature of Plaintiff's claims against UCMC |
| 174 | 5/21/2012 | Email from Maria Artunduaga to Jonathan Rothstein cc: Terry Solem and Barry Kamin re: HR complaint 5/8/12. | UCMC1906 | Motions *in Limine* Nos. 4, 6 | *See* response to Motion in Limine 4 and 6. Relevant to the nature of Plaintiff's claims against UCMC. Contains admissions of party opponent. |
| 175 | 5/22/2012 | Emails between M. Miller and Plaintiff re: Update | MA 12307-0001 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. Relevant to Plaintiff's claims regarding fair treatment. |
| 176 | 5/22/2012 | Artunduaga email to R. Eavey re: Update on UCMC experience | MA 12444 - 00001 | | |
| 177 | 5/23/2012 | Written Grievance Committee decision/hearing recommendation | UCMC 1903-04 | Motion *in Limine* No. 5 | *See* response to Motion in Limine 5. |
| 178 | 5/24/2012 | Artunduaga email to program directors re: Residency positions and UCMC experience | MA 12320 - 00001 - 02 | | |
| 179 | 5/31/2012 | Artunduaga email requesting reconsideration | UCMC 1729-43 | Motion *in Limine* No. 5 | *See* response to Motion in Limine 5. Relevant to the nature of Plaintiff's claims against UCMC and contains admissions of a party opponent. Relevant to the basis of referral to J. Rothstein to investigate and to Defendant's affirmative defense regarding the recording of the grievance hearing. |
| 180 | 5/31/2012 | M. Artunduaga email to V. Garcia re: Program application and UCMC experience | MA 4057-59 | | |
| 181 | 6/11/2012 | Artunduaga Residency application cover letter | MA 3740-41 | | |
| 182 | 6/11/2012 | Artunduaga EEOC Discrimination Charge | MA 1509 - 12 | | |
| 183 | 6/19/2012 | S. Sain email attaching Artunduaga, MD grievance review 6.19.2012 | UCMC 11973-75 | Motion *in Limine* No. 5 | *See* response to Motion in Limine 5. Relevant to claims of unfair treatment. |
| 184 | 6/22/2012 | UCMC response to first complaint to ACGME | UCMC 11964-69 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. Relevant to the nature of Plaintiff's claims against UCMC, the veracity of her belief as to the nature of those claims, and the manner in which she reported them. |
| 185 | 6/22/2012 | Plaintiff Complaint to ACGME | MA 12419-00001 and attachments **[Redacted]** | Motion *in Limine* No. 6 | *See response to Motion in Limine 6.* Relevant to the nature of Plaintiff's claims against UCMC, the veracity of her belief as to the nature of those claims, and the manner in which she reported them. |
| 186 | 6/22/2012 | Rothstein email to Artunduaga re: Request for Review | UCMC 24 | Motion *in Limine* No. 4 | *See* response to Motion in Limine 4. Relevant to Defendant's defenses and punitive damages (*i.e.* what Rothstein investigated, when and why). |
| 187 | 7/2/2012 | M. Miller email to Artunduaga re: EEOC Complaint | MA 13377 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. Relevant to the nature of Plaintiff's claims against UCMC and establishes that ACGME knew of Plaintiff's discrimination claims before it issued its decisions. |
| 188 | 7/7/2012 | Email from M. Artunduaga to P. Angelos and E. Kaplan re: Residency application | MA 13617 - 0001 and attachment | | |
| 189 | 7/13/2012 | Artunduaga email to M. Engel and C. Alejandro re: Plastics reapplication personal statement | MA 3300-02 | | |
| 190 | 7/25/2012 | UCMC response to second complaint to ACGME | UCMC 6276-78 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. Relevant to the nature of Plaintiff's claims. |
| 191 | 7/25/2012 | M. Artunduaga email to M. Austin re: Residency opening; Artunduaga cover letter attached | MA 3265-66 | | |
| 192 | 7/25/2012 | Artunduaga email to r. Boyle re: Position opening | MA 13384 - 0001 and attachment | | |
| 193 | 7/25/2012 | Artunduaga email to R. Bryant re: Application documents | MA 3267-68 | | |
| 194 | 7/31/2012 | Artunduaga email to A. Copete and R. Garcia re: Certificate of Internship Completion | MA 3252 | Motion *in Limine* No. 6; FRE 403 | *See* response to Motion in Limine 6 (but note that this is irrelevant to ACGME complaint, which is not mentioned). Relevant to summative evaluation. |
| 195 | 8/2/2012 | ACGME rejection of both complaints as delivered to UCMC | UCMC 11962 | Motion *in Limine* No. 6 | *See* response to Motion in Limine 6. |
| 196 | 8/2/2012 | ACGME rejection of both complaints as delivered to Artunduaga | MA 3251 | Motion *in Limine* No. 6 | *See response to Motion in Limine 6.* |
| 197 | 8/30/2012 | Artunduaga Summative evaluation | MA 3164-66 | | |
| 198 | 8/30/2012 | Artunduaga email to B. Brent re: Updating letter of recommendation | MA 13637-00001 | | |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| | | | | | |
|---|---|---|---|---|---|
| 199 | 9/18/2012 | Emails between Artunduaga and B. Brent re: Letter of Recommendation | MA 13640 and attachment | | |
| 200 | 10/10/2012 | Email from Artunduaga to K. Verga re: Invitation to interview | MA 3017-19 | | |
| 201 | 10/19/2012 | Artunduaga email to Angelos re: Interviews | MA 13689 - 00001 | | |
| 202 | 10/19/2012 | Artunduaga email to Kaplan re: Interviews | MA 13688 - 00001 | | |
| 203 | 10/22/2012 | Emails between Artunduaga and C. Linn re: Reapplying | MA 13731 - 0001 - 02 | | |
| 204 | 11/6/2012 | Artunduaga email to E. Rios re: UCMC Lawsuit | MA 13490 - 00001 **[Redacted]** | | |
| 205 | 11/6/2012 | Artunduaga email to K. Janssen re: UCMC report | MA 13489 - 00001 **[Redacted]** | | |
| 206 | 11/6/2012 | Artunduaga email to B. Japsen re: Artunduaga v. UCMC report | MA 13488 - 00001 **[Redacted]** | | |
| 207 | 11/7/2012 | C. Linn email to Artunduaga re: Plastic Surgery Residency interview | MA 2673-74 | | |
| 208 | 11/7/2012 | Artunduaga Facebook UCMC discrimination post & comments | MA 639-646 | FRE 401, 402 -- not relevant | Relevant to Plaintiff's claims for damages, her public communications regarding her claims and her ability to find other positions. |
| 209 | 11/9/2012 | D. Merck email to Artunduaga re: Resident Interview Itinerary | MA 2659-60 | | |
| 210 | 11/10/2012 | Artunduaga email re: UCMC Lawsuit | MA 13510 - 00001 | | |
| 211 | 11/12/2012 | Emails between Artunduaga and C. Bushey re Artunduaga v. UCMC report | MA 13528 - 00001 - 04 | | |
| 212 | 11/12/2012 | Emails between Artunduaga and A. Katz | MA 13748 - 00001 - 02 | | |
| 213 | 11/16/2012 | Emails between Artunduaga and B. Correa re: Greetings/Reapplication | MA 13750 - 00001 - 02 | | |
| 214 | 11/16/2012 | Artunduaga email to J. Kretlow re: Greetings/Reapplication | MA 13544 - 0001 | | |
| 215 | 11/18/2012 | Emails between Artunduaga and B. Albright re: Greetings/Reapplication | MA 13751 - 00001 - 02 | | |
| 216 | 12/3/2012 | Emails between Artunduaga and B. Japsen re: Artunduaga v. UCMC | MA 13566 - 00001 | | |
| 217 | 1/8/2013 | M. Artunduaga 2013 ERAS Personal Statements | MA 1433-35 | | |
| 218 | 1/8/2013 | M. Artunduaga 2013 ERAS Record | MA 1420-1432 | | |
| 219 | 1/17/2013 | Emails between Artunduaga and D. Metro re: UCMC position openings | MA 2155-56 | | |
| 22- | 1/19/2013 | B. Brent email to M. Artunduaga re: Baylor application | MA 2136-37 | | |
| 221 | 10/16/2013 | Artunduaga SOPHAS application | MA 8399-8404 | | |
| 222 | 11/5/2015 | Emails between A. Beane and Plaintiff re: Questions | MA 013885-86 | | |
| 223 | 2012 | Memo from Rothstein to Drs. Simon and Kamin re: Artunduaga national origin discrimination complaint | UCMC 4674-4747 (includes exhibits) | Motion *in Limine* No. 4 | See response to Motion in Limine 4. Relevant to Defendant's defenses and punitive damages (i.e. what Rothstein investigated, when and how, and the conclusions he reached). Admissible as a business record. |
| 224 | 2015 | M. Artunduaga Facebook posts re: Discrimination during surgical residency training | UCMC 28154; UCMC 28149 | FRE 401, 402 -- not relevant | Relevant to Plaintiff's claims for damages, her public communications regarding her claims and her ability to find other positions. |
| 225 | Undated | M. Artunduaga CV | MA 11576-79 | | |
| 226 | Undated | M. Artunduaga CV | MA 13887-91 | | |
| 227 | Undated | M. Artunduaga CV | MA 3022-25 | | |
| 228 | Multiple | Group Exhibit: D. Shenaq pay-related records | UCMC 30600-08 | | |
| 229 | Undated | M. Artunduaga application to joint Master of Translational Medicine (MTM) degree at UCSF and UC Berkeley | MA 013892-94 | | |
| 230 | Multiple | Group exhibit regarding HIPPA related terminations | UCMC 22838-910 | Motion *in Limine* No. 7 | *See* response to Motion in Limine 7. |
| 231 | Multiple | Group Exhibit: Protected Health Information Produced by Plaintiff | MA7569-71, MA 5740-74, MA 5755-84, MA5588-98 **[Redacted]** | Motion *in Limine* No. 7 | *See* response to Motion in Limine 7. |
| 232 | Multiple | Group Exhibit: Protected Health Information Produced by Plaintiff (second) (redacted) | SEE Separate Excel Entry **[Redacted]** | Motion *in Limine* No. 7 | *See* response to Motion in Limine 7. |
| 233 | 2/24/2012 | Emails between J. Park and M. Artunduaga re: Early Transplant Rotation | UCMC 30411 | | |
| 234 | 5/16/2012 | Transcript del grievance hearing | MA008519-36 (To be used for after-acquired evidence purposes) | FRE 401, 402, 403 -- not relevant, unduly prejudicial; FRE 801, 802 -- hearsay | Relevant to after acquired evidence defense (transcript of grievance hearing produced by Plaintiff). Admissible as a present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)), effect on listener (Plaintiff). Not offered for the truth of the statements contained in the document; offered to establish that the document was created. |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| # | Date | Description | Bates | Objections | Response |
|---|---|---|---|---|---|
| 235 | 5/10/2013 | Letter from M. Engel to M. Cleveland re: Artunduaga v. UCMC & Song | Not bates labeled (To be used for after-acquired evidence purposes) | FRE 401, 402, 403 -- not relevant, unduly prejudicial; FRE 801, 802 -- hearsay | Relevant to after acquired evidence defense. Admissible as an admission against Plaintiff's interests, present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)). |
| 236 | 12/3/2013 | Letter from M. Engel to M. Cleveland re: Artunduaga v. UCMC, No. 12-cv-08733 - Additional Document Production | Not bates labeled (To be used for after-acquired evidence purposes) | FRE 401, 402, 403 -- not relevant, unduly prejudicial; FRE 801, 802 -- hearsay | Relevant to after acquired evidence defense. Admissible as an admission against Plaintiff's interests, present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)). |
| 237 | 3/7/2014 | Email from J. Franklin to M. Cleveland re: Artunduaga v. UCMC - Responses to UCMC's discovery requests | Not bates labeled (To be used for after-acquired evidence purposes) | FRE 401, 402, 403 -- not relevant, unduly prejudicial; FRE 801, 802 -- hearsay | Relevant to after acquired evidence defense. Admissible as an admission against Plaintiff's interests, present sense impression (FRE 803(1)), recorded recollection (FRE 803(5)). |
| 238 | 12/1/2012 | Patient Privacy and Confidentiality Policy | UCMC 22866-68 | | |
| 239 | 3/1/2011 | A to Z: HIPAA Tips for protecting privacy and security | UCMC 22869 | FRE 401, 402 -- not relevant | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 240 | 7/3/2011 | HIPAA Quick Reference Guide for Employees | UCMC 22870-83 | FRE 401, 402 -- not relevant | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 241 | 12/1/2006 | HIPAA Compliance Procedures | UCMC 22884 | FRE 401, 402 -- not relevant | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 242 | 12/1/2011 | Employee Termination Policy | UCMC 22885-91 | | |
| 243 | 1/1/2011 | Release of Patient Medical Information and Emergency Release | UCMC 22892-95 | | |
| 244 | 4/1/2003 | Minimum Necessary Requirements Policy | UCMC 22896-910 | FRE 401, 402 -- not relevant; policy revised in September 2013 and post-dates plaintiff's alleged violation or defendant's discovery thereof | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 245 | 11/8/2013 | UCMC Policies and procedures - HIPAA Security All Documents Listing and Policies Therein | UCMC 27545-731 | FRE 401, 402 -- not relevant; policy post-dates plaintiff's alleged violation or defendant's discovery thereof | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 246 | 12/9/2013 | UCMC Policies and procedures - HIPAA Privacy All Documents Listing and Policies Therein | UCMC 27732-28091 | FRE 401, 402 -- not relevant; policy post-dates plaintiff's alleged violation or defendant's discovery thereof | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 247 | 2013 | HCCS HIPAA Compliance Modules | UCMC 28092-94 | FRE 401, 402 -- not relevant | Relevant to after acquired evidence defense re: HIPAA and policy violations. |
| 248 | Undated | Employee Termination Policy | UCMC 10077-86 | FRE 801, 802 -- hearsay; FRE 901 -- authenticity; appears to be draft | Relevant to after acquired evidence defense re: HIPAA and policy violations. Not hearsay; admissible as a business record. Authenticity to be established by K. Curell and J. Rothstein. |
| 249 | 1/8/2013 | Plaintiff's 2013 ERAS Application | MA 1447-1500 | | |
| 250 | Undated | Dr. Malcolm Cohen CV | | | |
| 251 | 11/11/2015 | Table 1: Dr. Killingsworth's Salary Assumptions for Dr. Artunduaga, 2020 - 2026 | | FRE 801, 802 - hearsay | Not hearsay; admissible under FRE 703 |
| 252 | 11/11/2015 | Table 3: Mean Annual Total Compensation of Plastic Surgeons, by Years of Experience | | FRE 801, 802 - hearsay | Not hearsay; admissible under FRE 703 |
| 253 | 11/11/2015 | Table 4: Mean Annual Salaries, Total Compensation | | FRE 801, 802 - hearsay | Not hearsay; admissible under FRE 703 |
| 254 | | The Job Search (the Business of Plastic Surgery (Cohen Dep. Ex. 7)) | | FRE 801, 802 - hearsay | Not hearsay; admissible under FRE 703. Document relied on by Plaintiff's expert (FRE 803(13)). |
| 255 | 2/8/2013 | Plaintiff's Objections and Response to UCMC First Request for Production of Documents | | | |
| 256 | 2/8/2013 | Plaintiff's Objections and Responses to UCMC First Set of Interrogatories | | | |
| 257 | 3/7/2014 | Plaintiff's Answers to UCMC's Second Set of Interrogatories | | | |
| 258 | 3/7/2014 | Plaintiff's Response to UCMC's Second Set of Document Requests | | | |
| 259 | 3/7/2013 | Plaintiff's Answers to UCMC's 1st Requests for Admissions | | | |
| 260 | 10/14/2015 | Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories | | | |
| 261 | 3/16/2016 | Plaintiff's Second Supplemental Answers to Defendant's First Set of Interrogatories | | | |
| 262 | 11/9/2016 | Plaintiff's Third Supplemental Answers to Defendant's First Set of Interrogatories | | | |
| 263 | Multiple | Demonstrative Exhibit: Timeline of Events | | | |
| 264 | | Demonstrative Exhibit: Reflecting hierarchy of attendings, fellows, residents, nurses, etc. | | | |

2919370.4

Artunduaga v. UCMC
Defendant's Exhibit List
November 30, 2016

| | | | | | |
|---|---|---|---|---|---|
| **265** | | Any documents to be used for impeachment purposes | | | |
| **266** | | Any exhibit on Plaintiff's Exhibit List | | | |

2919370.4

| Defendant Exhibit Number | Date (Only or Most Recent in Email Chain) | Description | Bates Number | Plaintiff's Objections | Defendant's Statement of Admissibility |
|---|---|---|---|---|---|
| **232** | Multiple Dates | Group Exhibit: Protected Health Information Produced by Plaintiff (second) (redacted) | MA 196 - MA 371; MA 483 - MA 486; MA 1177 - MA 1178; MA 1183 - MA 1184; MA 1207; MA 1208; MA 1209; MA 3671 - MA 3674; MA 3678 - MA 3680; MA 3682 - MA 3697; MA 3743 - MA 3758; MA 4904 - MA 4962; MA 5120 - MA 5202; MA 5411 - MA 5631; MA 5588 - MA 5598; MA 5735 - MA 5739; MA 5740 - MA 5774; MA 5775 - MA 5777; MA 5778 - MA 5779; MA 5780 - MA 5784; MA 5896 - MA 5913; MA 5914 - MA 5918; MA 5919 - MA 5923; MA 6110 - MA 6160; MA 6401 - MA 6402; MA 6403 - MA 6409; MA 6410 - MA 6411; MA 6412 - MA 6420; MA 6421 - MA 6423; MA 6424 - MA 6425; MA 6426 - MA 6427; MA 6428 - MA 6436; MA 6437 - MA 6438; MA 6439 - MA 6441; MA 6442 - MA 6444; MA 8499 - MA 8505; MA 8506 - MA 8518; MA 8605 - MA 8614; MA 8615 - MA 8631; MA 8645 - MA 8648; MA 8649 - MA 8660; MA 8853 - MA 8854; MA 9046 - MA 9047; MA 9049 - MA 9846; MA 9847 - MA 10374; MA 10391 - MA 10395; MA 10396 - MA 10402; MA 10426 - MA 10430; MA 10431 - MA 10436; MA 10484 - MA 10488; MA 10869 - MA 11077; MA 11752-00001 - MA 11752-00002; MA 11753-00001 - MA 11753-00002; MA 12036.0001-00001 - MA 12036.0001-00003; MA 12164-00001; MA 12164.0001-00001 - MA 12164.0001-00184; MA 12164.0002-00001 - MA 12164.0002-00343; MA 12164.0003-00001 - MA 12164.0003-00293; MA 12164.0004-00001 - MA 12164.0004-00186; MA 12171-00001 - MA 12171-00010; MA 12172-00001 - MA 12172-00012; MA 12188-00001 - MA 12188-00003; MA 12188.0001-00001 - MA 12188.0001-00002; MA 12189-00001 - MA 12189-00003; MA 12189.0001-00001 - MA 12189.0001-00002; MA 12191-00001 - MA 12191-00035; MA 12203-00001 - MA 12203-00004; MA 12203.0001-00001 - MA 12203.0001-00002; MA 12208-00001 - MA 12208-00006; MA 12208.0022-00001 - MA 12208.0022-00002; MA 12208.0024-00001 - MA 12208.0024-00002; MA 12208.0026-00001 - MA 12208.0026-00002; MA 12388-00001 - MA 12388-00002; MA 12388.0001-00001 - MA 12388.0001-00017; MA 12400-00001 - MA 12400.0001-00001 - MA 12400.0001-00017; MA 12401-00001 - MA 12401-00003; MA 12401.0001-00001 - MA 12401.0001-00221; MA 12406-00001 - MA 12406-00002; MA 12406.0001-00001 - MA 12406.0001-00019; MA 12406.0002-00001 - MA 12406.0002-00018; MA 12481-00001; MA 12481.0001-00001; MA 12481.0001.0001-00001 - MA 12481.0001.0001-00002; MA 12558-00001 - MA 12558-00003; MA 12825-00001 - MA 12825-00004; MA 12827-00001; MA 12827.0001-00001 - MA 12827.0001-00157; MA 12830-00001; MA 12830.0001-00001 - MA 12830.0001-00666; MA 12840-00001; MA 12840.0001-00001 - MA 12840.0001-00184; MA 12840.0002-00001 - MA 12840.0002-00343; MA 12840.0003-00001 - MA 12840.0003-00293; MA 12840.0004-00001 - MA 12840.0004-00186; MA 12487-00001 - MA 12487-00007; MA 12849-00001 - MA 12849-00009; MA 12853-00001 - MA 12853-00007; MA 12871-00001 - MA 12871-00012; MA 12899-00001 - MA 12899-00035; MA 12900-00001 - MA 12900-00012; MA 12933-00001 - MA 12933-00003; MA 12933.0001-00001 - MA 12933.0001-00002; MA 12934-00001 - MA 12934-00003; MA 12934.0001-00001 - MA 12934.0001-00002; MA 12935-00001 - MA 12935-00003; MA 12935.0001-00001 - MA 12935.0001-00002; MA 13000-00001 - MA 13000-00004; MA 13000.0001-00001 - MA 13000.0001-00002; MA 13153-00001; MA 13153.0001-00001 - MA 13153.0001-00283; MA 13351-00001; MA 13351.0001-00001 - MA 13351.0001-00157; MA 13352-00001 - MA 13352-00002; MA 13352.0001-00001 - MA 13352.0001-00666. | Motion *in Limine* No. 7 | *See* response to Motion in Limine 7. |