# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. MARIA ARTUNDUAGA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 12-cv-08733 |
| | ) | |
| v. | ) | Judge Amy J. St. Eve |
| | ) | Magistrate Judge Sidney I. Schenkier |
| THE UNIVERSITY OF CHICAGO | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S ITEMIZATION OF DAMAGES**

**I.   Reinstatement**

The plaintiff seeks reinstatement into the General Surgery Residency Program at UCMC.

**II.   Lost Wages and Benefits**

In lieu of reinstatement, plaintiff seeks back and front pay (through June 2017, the date plaintiff would have competed her residency) in an amount roughly between $175,000 and $250,000, the exact amount to be determined at trial.

**III.   Compensatory Damages**

A. Education expenses to pursue Masters Degrees necessary for alternative employment: approximately $107,000.00, the exact amount to be determined at trial.

B. Health care expenses for treatment of emotional distress caused by the defendant: approximately $16,000.00, the exact amount to be determined at trial.

C. Damage to plaintiff's future earning capacity of approximately $9 million, the exact amount to be determined at trial.

**IV.   Pain, Suffering, and Emotional Injury**

In an amount to be determined by the jury.

V. **Punitive Damages**

In an amount to be determined by the jury.

VI. **Pre-Judgment Interest**

In an amount to be calculated post-judgment, depending upon the jury's award.

VII. **Costs of Litigation**

The plaintiff's costs of litigation as of the date of filing the Final Pretrial Order are approximately $55,000.00.

VIII. **Attorneys' Fees**

The plaintiff's attorneys' fees as of the date of filing the Pretrial Order are approximately $ 455,000.00.