# Exhibit E-1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. MARIA ARTUNDUAGA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 12-cv-08733 |
| | ) | |
| v. | ) | Judge Amy J. St. Eve |
| | ) | Magistrate Judge Sidney I. Schenkier |
| THE UNIVERSITY OF CHICAGO | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. What jobs have you held for the last 5 years? Tell us your work activities and responsibilities.

2. What do you like about your work? What do you dislike?

3. Have you (or your spouse) ever held a management or supervisory position at work before? If yes, please explain.

4. Have you (or your spouse) ever been involved in the hiring, firing, promotion, discipline or the evaluation of performance of an employee? If yes, please describe.

5. Do you (or your spouse) currently, or have you (or your spouse) ever owned your own business? If yes, please describe the business and state the approximate number of employees.

6. Have you ever been a witness in or party to a lawsuit before? If yes:

   What kind of lawsuit?

   What happened as a result of the lawsuit?

   Would anything in that case cause you to lean in any particular way in this case?

7. Have you ever filed a lawsuit or initiated any other legal proceeding, such as a discrimination charge with the Equal Employment Opportunity Commission or the Illinois Department of Human Rights, because you felt you were being discriminated against? If yes, please give details.

CHICAGO/#2918090.2

2

8. Have you, or anyone close to you, ever been subjected to discrimination or mistreatment at work? If yes:

If it was a person close to you, what is that person's relationship to you?

What type of problem did you, or that person close to you, have at work?

What did you, or he or she, do about it?

Was an investigation conducted by the employer, and if so then how prompt and thorough of investigation?

What was the outcome?

How do you feel about the outcome? (Satisfied/Dissatisfied/Other) Why?

9. Have you, or anyone close to you, ever been accused of discriminating against a co-worker? If yes, what was the resolution?

How do you feel about the outcome? (Satisfied/Dissatisfied/Other) Why?

==10. Do you feel that in order to sue one's employer, the person must have a perfect employment record? If yes, please explain. **Defendant's Objections: Unfairly prejudicial, irrelevant.**==

==11. Do you feel that an employee should complain about discrimination or retaliation that she experiences on the job? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing.**==

12. Do you believe that an employee who is having performance problems will sometimes respond by accusing the supervisor of discrimination?

13. Do you believe psychological injuries are real?

==14. Do you think someone who goes to a therapist is more likely to be forthcoming with the therapist or more likely to lie to the therapist? **Defendant's Objections: Irrelevant**==

15. Do you believe psychological injuries should be compensated?

16. Do you believe it is possible to suffer emotional harm as a result of being fired? Please explain.

17. If you found for the Plaintiff, would you be willing to consider compensation for emotional harm?

2

18. Would you be willing to award money for compensation for a reduction in expected earnings in a person's future jobs? If no, explain.

19. Would you be willing to award money for punitive damages, meaning money that is designed to punish the defendant for wrongdoing and to prevent them from doing the same thing again? If no, explain.

20. Some people think that there should be upper limits on how much money a jury should be allowed to give. Do you ever feel that way? Why? What is the limit? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing**

21. The Plaintiff in this lawsuit is seeking monetary damages from the Defendant. How do you feel about awarding monetary damages to compensate someone for their injuries? Do you feel that money cannot compensate a person for injuries, so why even try? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing**

22. A money award is the only compensation you can give the Plaintiff in this case. Do you have trouble with that concept of justice? Do you find compensating the Plaintiff with money difficult, disagreeable, impossible, or offensive? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing**

23. Do you have any philosophical, religious, moral, or other beliefs that would prevent you from providing monetary compensation to an injured party?

24. Would you have any reservations about awarding damages against the Defendant because it is a hospital?

25. Do you have any members of your family or close friends who are doctors? If so, please elaborate.

26. Do you have an opinion about whether people trained in other countries should be allowed to practice medicine in the United States? What is that opinion?

27. What are your feelings about affirmative action? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing**

28. Do you think it is wrong to ask a person with an accent to repeat herself if you are unable to understand what she is saying? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing**

29. Have you or someone in your family had a negative experience with a native Spanish-speaking person?

30. Were you raised in or do you live in a neighborhood that includes people from other countries? Were any of those people native Spanish speakers?

3

4

31. Do you work with any people who are from other countries?

32. Do you work with any people who are native Spanish speakers?

33. What have your experiences been with the people from other countries? **Defendant's Objections: Vague, confusing, irrelevant**

34. What have your experiences been with the native Spanish speakers? **Defendant's Objections: Unfairly prejudicial, irrelevant, confusing**

35. Do you believe that people from other countries are less trustworthy than people born in the United States?

36. Do you believe that native Spanish-speaking people are less trustworthy than people born in the United States who are not native Spanish speakers?

37. If you have served in the military, in what branch and for how long? What rank did you attain?

38. Is there anything else in your background or experience that you think we should know that could impact on your ability to be fair and impartial juror in this case? Please explain.

39. What websites do you visit most frequently? **Defendant's objections: irrelevant**

40. What news sites, papers or magazines do you read most frequently? **Defendant's objections: irrelevant**

41. What TV channels do you watch most frequently? **Defendant's objections: irrelevant**

42. What TV news network do you watch most frequently? **Defendant's objections: irrelevant**