# Exhibit E-2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. MARIA ARTUNDUAGA,

Plaintiff,

v.

THE UNIVERSITY OF CHICAGO MEDICAL CENTER,

Defendant.

No. 12 C 8733

Judge Amy St. Eve
Magistrate Judge Sidney I. Schenkier

**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

Defendant, the University of Chicago Medical Center ("UCMC"), proposes the following voir dire questions:

**BACKGROUND**

1. Please describe your current and past employment, stating who you worked for, when and what you did.

2. If other members of your immediate family are employed, please describe where they work and their occupations.

3. What is your highest level of education and, if you attended college or graduate school, where did you go and what did you study?

4. Are you or anyone close to you a member of or otherwise involved with any public interest or advocacy groups?

(a) If yes, name the organization and explain the nature of your involvement.

5. What do you like to do in your spare time?

6. Do you have hobbies?

[If reading: What do you like to read?]

[If television: What shows do you like to watch?]

[Where do you get your news from?]

**KNOWLEDGE OF PARTIES AND LEGAL EXPERIENCE**

7. Have you or anyone close to you had any personal or other connection with Plaintiff Maria Artunduaga or her family?

(a) If yes, please explain.

8. Have you or anyone close to you had any personal or other connection with UCMC or any of its doctors or employees?

(a) If yes, please explain.

(b) Is there anything about that connection that would interfere with your ability to decide this case fairly and according to the law?

9. Have you ever been treated at UCMC?

10. Do you have any friends or relatives who work or worked at UCMC?

11. Do you have anything against UCMC? **Plaintiff's objection: Vague.**

12. Are you aware of or involved in any other lawsuits involving UCMC? Another medical center? Against a doctor?

13. Do you or anyone close to you have any connection with the lawyers or law firms representing either party?

(a) If yes, please explain.

14. Have you or anyone close to you filed any type of claim of wrongdoing (including discrimination, harassment or retaliation) against an employer internally to the employer, to an agency or to a court?

(a) If yes, describe the nature of this claim, its current status and, if applicable, how it was resolved.

(b) Do you believe the matter was satisfactorily resolved?

15. Have you or any member of your immediate family ever been a party to any lawsuit?

(a) If yes, please describe the nature of the case and outcome.

16. Have you or anyone close to you ever served on a jury?

(a) If yes, describe the case and its outcome.

(b) What was your reaction to the legal system as a result of that experience?

17. Have you or anyone close to you had any experience with the legal system which has created a good or bad feeling towards judges, lawyers, plaintiffs, defendants or the legal process in general?

## ATTITUDE TOWARD EMPLOYERS

18. Have you or anyone close to you been discriminated against? If yes, please describe the circumstances.

19. Have you or anyone close to you been placed on probation, discharged, laid off or treated unfairly by an employer? If yes, please describe the circumstances.

20. Have you ever had any supervisory responsibilities at work? Explain.

21. Have you ever been responsible for, or participated in, a decision to place on probation, discharge, lay-off, or otherwise adversely affect someone else's employment? If yes, please explain.

22. Have you or anyone close to you been treated unfairly by an employer or supervisor because of national origin or in retaliation for complaints?

(a) If yes, please explain.

23. Do you believe an employee is entitled to preferential treatment because of his or her national origin? **Plaintiff's objection: misleading and unfairly prejudicial; Dr.**

**Artunduaga is not claiming she was entitled to any preferential treatment and being treated non-discriminatorily is not preferential treatment.**

(a) If yes, please explain.

24. Do you think employers tend to discriminate against people because of where they are from?

(a) If yes, please explain.

25. Do you agree that individuals and companies or entities should be treated equally and fairly in a lawsuit?

(a) Are you willing to treat both sides equally under the law?

26. Do you think employers generally treat their employees unfairly or discriminate against them?

(a) If yes, explain.

27. Do you think doctors generally treat people unfairly or discriminate against them?

(a) If yes, explain.

28. Do you think doctors generally treat medical residents unfairly or discriminate against them?

(a) If yes, explain.

29. Do you believe it is okay to award Plaintiff Maria Artunduaga damages just because her employer is a large medical center? **Plaintiff's objection: misleading and unfairly prejudicial; Dr. Artunduaga is not claiming damages because her employer is a large medical center and jury will be instructed that they can award damages only if they find liability under the law and Dr. Artunduaga has proved damages.**

(a) If yes, why do you believe that?

30. Is there any reason you may not be able to serve as a fair and impartial juror in a matter involving a Colombian female who alleges that her employer discriminated against her on the basis of national origin and retaliated against her because of her complaints?

(a) If yes, explain.

31. If selected to serve on this jury, will you follow the law as given by the court in its instructions, even though your idea of what the law ought to be might differ from those instructions?

(a) If no, why not?

32. Is there any other reason you may not be able to serve as an impartial juror in this case? **Plaintiff's objection: misleading; suggests there is at least one reason juror may not be impartial.**

(a) If yes, explain.

33. Is there any fact you believe this Court or the parties should know concerning your ability or willingness to serve as a fair and impartial juror in this matter?

(a) If yes, explain.

34. Is there any fact you believe this Court or the parties should know concerning your ability or willingness to serve as a fair and impartial juror in this matter? **Plaintiff's objection: same as no. 33.**

35. Is there any reason why you might tend to be more favorable to one side or the other in this case? Is there anything about this lawsuit that would prevent you from being fair to all of the parties? **Plaintiff's objection: this is virtually the same question as Nos. 30, 32, and 33.**