UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 12-cv-08733 |
| ) | |
| v. ) | Judge Amy J. St. Eve |
| ) | Magistrate Judge Sidney I. Schenkier |
| THE UNIVERSITY OF CHICAGO ) | |
| MEDICAL CENTER, ) | |
| ) | |
| *Defendant.* ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION *IN LIMINE* TO BAR
REFERENCE TO UNRELATED AND UNFAVORABLE PUBLICITY**

Plaintiff Dr. Maria Artunduaga, by her attorneys, files this Response in Opposition to Defendant's Motion *in Limine* to Bar Reference to Unrelated and Unfavorable Publicity. In support thereof, Plaintiff states as follows:

1. Defendant The University of Chicago Medical Center ("UCMC") seeks to bar Plaintiff from "referencing any unfavorable publicity about UCMC, its witnesses and/or The University of Chicago." *See* Dkt. 153 at 1.

2. UCMC references only two specific pieces of evidence in its Motion: (1) UCMC's decision to build a trauma center in Hyde Park; and (2) The University of Chicago's recent letter to students regarding academic freedom. *Id.* at 2.

3. Plaintiff has no intention of introducing evidence relating to either matter.

4. UCMC, however, seeks in the Conclusion to its Motion also to bar "evidence, testimony and argument … that is unrelated to the instant case and unfavorable to" UCMC's witnesses. *Id.* This request is overly broad and not supported by the arguments made.

5. A motion *in limine* "performs a gatekeeping function and permits the trial judge to eliminate from further consideration evidentiary submissions that clearly ought not to be presented to the jury because they clearly would be inadmissible for any purpose." *Jonasson v. Lutheran Child & Family Servs.*, 115 F.3d 436, 440 (7th Cir. 1997). *See also Mason v. City of Chicago*, 631 F. Supp. 2d 1052, 1055-56 (N.D. Ill. 2009)(evidence may be excluded only if it is inadmissible on all potential grounds). An order barring unspecified evidence or testimony cannot meet this burden.

6. UCMC will have an opportunity at trial to object to potential evidence or testimony it contends is unrelated to the case and reflects unfavorably on its witnesses. Plaintiff should not be left to guess what such evidence or testimony might be.

7. Therefore, Plaintiff requests that this Court deny this Motion to the extent it seeks an order barring evidence or testimony that has not been specifically identified by UCMC.

                Respectfully submitted,

                **DR. MARIA ARTUNDUAGA**

           By: /s/ Cynthia H. Hyndman
              One of her Attorneys

Jamie S. Franklin (ARDC # 6242916)
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Ste. 803
Chicago, IL 60604
(312) 662-1008
(312) 662-1015 (fax)
jsf@thefranklinlawfirm.com

Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Dr., Ste. 1700
Chicago, IL 60606
(312) 663-3100
(312) 663-0303 (fax)
chyndman@robinsoncurley.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, as additional Counsel for Plaintiff, certify the foregoing document, **Plaintiff's Response in Opposition to Defendant's Motion *in Limine* To Bar Reference to Unrelated and Unfavorable Publicity** was served by electronic mail on December 2, 2016 on the following persons:

>Edward C. Jepson
>Elizabeth N. Hall
>Emily C. Fess
>VEDDER PRICE, P.C.
>222 N. LaSalle Street
>Suite 2600
>Chicago, IL 60601
>
>Jamie S. Franklin
>THE FRANKLIN LAW FIRM LLC
>53 W. Jackson, Boulevard
>Suite 803
>Chicago, IL 60604

/s/Cynthia H. Hyndman