# EXHIBIT 3

| | |
|---|---|
| From: | Sain, Sharon [BSD] - ADM |
| Sent: | Tuesday, June 19, 2012 5:29 PM |
| To: | Song, David [BSD] - SUR; Simon, Michael [BSD] - SUR; Curell, Krista [UCH] |
| Attachments: | Artunduaga, MD Grievance Review 6.19.12.PDF |

Per the request below, the attached document was emailed to Dr. Artunduaga. The original will be mailed tomorrow morning. Thank you.

**Sharon Sain**
Executive Assistant to
**Kenneth S. Polonsky, MD**
**Dean of the Biological Sciences Division**
**The University of Chicago**
773-702-3004
ssain@bsd.uchicago.edu

---

**From:** Artunduaga, Maria [UCH] [mailto:Maria.Artunduaga@uchospitals.edu]
**Sent:** Tuesday, June 19, 2012 5:11 PM
**To:** Sain, Sharon [BSD] - ADM
**Subject:** Re: Document from Dr. Polonsky

Sharon,

You can e-mail it, and I'd also like to have a hard copy, my address is:

208 W. Washington St.
Apt 1210
Chicago, IL 60606

Thank you,

MARIA ALEXANDRA ARTUNDUAGA, M.D.
Physician Resident, Plastic and Reconstructive Surgery
The University of Chicago Biological Sciences
5841 S. Maryland Ave. | Rm J-641, MC 6035 | Chicago, IL 60637, USA
Maria.Artunduaga@uchospitals.edu
Cell: (617) 999-3735
Pager: (773) 652-1363 (#3394)
Website: http://martunduaga.com

-
AT THE FOREFRONT OF MEDICINE®
http://www.uchospitals.edu
http://www.uchicagokidshospital.org
http://www.facebook.com/UChicagoMed
Twitter: @UChicagoMed

On Jun 19, 2012, at 4:52 PM, "Sain, Sharon [BSD] - ADM" <ssain@bsd.uchicago.edu> wrote:

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    UCMC00011973

Dr. Artunduaga,

I have a document to deliver to you from Dr. Polonsky. If you provide your location, I can bring it to your office this afternoon or tomorrow morning. I can also overnight it, email it or have it delivered via courier. Please let me know your preference. Thank you.

**Sharon Sain**
Executive Assistant to
**Kenneth S. Polonsky, MD**
**Dean of the Biological Sciences Division**
**The University of Chicago**
773-702-3004
ssain@bsd.uchicago.edu

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this email in error, please notify the sender and destroy/delete all copies of the transmittal. Thank you.

****************************************************************************

This e-mail is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged and confidential.
If the reader of this e-mail message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is prohibited. If you have received this e-mail in error, please
notify the sender and destroy all copies of the transmittal.

Thank you
University of Chicago Medical Center
****************************************************************************

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

UCMC00011974



Kenneth S. Polonsky, M.D.
Richard T. Crane Distinguished Service Professor
Dean of the Division of the Biological Sciences
and the Pritzker School of Medicine
Executive Vice President for Medical Affairs

June 19, 2012

We have reviewed Dr. Artunduaga's request for further review and her arguments in support of same. Having also reviewed the written decision of the Grievance Committee and the written materials reviewed by the Committee in hearing the Grievance, we hereby affirm the decision of the Grievance Committee. That decision was not arbitrary or capricious, and it was supported by the facts presented at the Grievance Hearing. Pursuant to the Grievance Procedure policy (GME #15), this decision is final.

We also note that Dr. Artunduaga has claimed in her request for further review that she previously made complaints of discrimination on the basis of national origin. Based on our review of the written record, it appears that Dr. Artunduaga did not raise any such claim in her Grievance or in her subsequent written submissions to the Grievance Committee in support of her request for review. Inasmuch as these complaints are first presented in Dr. Artunduaga's request for further review, they are not properly before us, and we cannot assess whether they have merit. That said, national origin discrimination in violation of UCMC policy, were that to have occurred, would of course be of concern to us. We do note some tensions between Dr. Artunduaga's description of her qualifications and her recent national origin-related statements. She states, for example, that there was a "generalized lack of sensitivity to [her] cultural and professional background," chiefly through alleged comments regarding her home country or her accent/her "command of the English language." At the same time, she claims to "have shown that I am perfectly capable of expressing myself well both verbally and in writing." Moreover, she has not contended that her performance or that her evaluators' assessment of her performance was impacted by any national origin-based animus. We will nonetheless refer her letter to the Director of Employee/Labor Relations, Jonathan Rothstein, to ensure that any complaints of national origin-based discrimination either have been or will be appropriately and fully investigated consistent with the Medical Center's policies.

_____
Kenneth S. Polonsky, MD

_____
Sharon O'Keefe
President
University of Chicago Medical Center

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          UCMC00011975