# EXHIBIT 2

Page 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DR. MARIA ARTUNDUAGA,   )
                        )
         Plaintiff,     )
                        )
    vs.                 ) No. 2014-L-008678
                        )
THE UNIVERSITY OF CHICAGO )
MEDICAL CENTER and DR. DAVID )
SONG,                   )
                        )
         Defendants.    )

Videotaped Deposition of
MARIA ALEXANDRA BUITRAGO ARTUNDUAGA
January 8, 2016
10:18 a.m.

Taken at:
222 North LaSalle Street
26th Floor
Chicago, Illinois

Eric Campbell, Certified Legal Videographer
Diana G. Polk, Certified Shorthand Reporter

1   correct?

2       A    Which was never really mentioned to me

3   when I came back.

4       Q    I understand that, but it's in the record

5   you were restricted to close supervision and the number

6   of cases and other things, correct?

7       A    They never told me.

8       Q    I understand. But they told you

9   eventually, correct? There is an email there.

10      A    Which one?

11      Q    From Dr. Grossman telling you that Dr.

12  Song had told them to restrict.

13      A    Yes, but I want an explanation.

14      Q    And also you were told by Dr. Song when

15  you were reinstated to your clinical duties that you

16  would be under close supervision, correct?

17      A    He mentioned it in a letter, I believe.

18      Q    Thank you. Now, I want to ask you some

19  questions about paragraph 81 of this complaint which

20  says that in essence because you didn't have clinical

21  duties in May and June 2012 and because you had had a

22  light case load earlier you were unable to complete

23  ACGME surgical case requirements for your intern year.

24  Do you see that paragraph?

Page 49

```
1     A     I'm sorry.  Which one?
2     Q     81, it's the one right after the one --
3     A     I'm sorry.  Okay.  Yes, I read it.
4     Q     And how did you come to understand that
5  you weren't going to be able to complete the ACGME
6  requirements?
7     A     When I was -- when I submitted ACGME
8  complaints I met with Marsha Miller, the Resident
9  Services person at the building here at ACGME, actually
10 Ricardo was there to witness this conversation, and she
11 said that according to her understanding that I could
12 not be certified for at least a year.
13    Q     So in essence you wouldn't be certified
14 for having completed your internship period?
15    A     Exactly.  And that I could not get a
16 medical license if I didn't.
17    Q     And when did you have that conversation
18 with Ms. Miller?
19    A     Around the time I submitted -- I gave her
20 my complaint in writing.
21    Q     The April complaint or the June complaint?
22    A     The April one.
23    Q     And did you ever have any discussions with
24 anyone at UCMC in which you asked them to in any way to
```

Page 103

1  Q    And you gave responses similar to what
2  you've told me were in the emails to Dr. Katz and --
3  A    I mentioned actually discrimination during
4  those interviews.
5  Q    Anything else that you would have
6  mentioned as a reason for departure?
7  A    Hostile work environment. I really never
8  mentioned anything really in relationship to Dr. Song
9  on the way how he behaved or how he failed me as the
10 program director.
11 Q    You just talked in general terms about
12 what happened?
13 A    Yes, because I didn't want to give
14 impression that I was, you know, unprofessional or
15 someone who was, you know, really upset about it
16 especially with him.
17 Q    Let's go back to the complaint.
18 A    It's number what?
19 MS. FRANKLIN:   21.
20 BY MR. JEPSON:
21 Q    So your complaint, in addition to the
22 issue of breach of contract, which we've already talked
23 about, also contains claims for tortious interference
24 by Dr. Song at UCMC, and I want to direct you first to

Page 104

1  allegation 96 or paragraph 96.
2      A    Yes, sir.
3      Q    This is referenced, again, that you were
4  informed by ACGME that you would have to repeat your
5  first year because you didn't finish your clinical
6  rotations, log the necessary number of cases, or
7  provide ACGME-compliant faculty evaluations.  Do you
8  see that?
9      A    Yes, I see.
10     Q    And you indicated that you had a
11 conversation with I think it was Marsha Miller at some
12 point, is that correct?
13     A    Yes, sir.
14     Q    And is Marsha Miller the one who informed
15 you of these things?
16     A    Yes.
17     Q    Did she ever put anything in writing to
18 you about that?
19     A    It wasn't -- well, I don't think she
20 thought it would be necessary since we talked
21 face-to-face.
22     Q    I'm just asking, do you have anything in
23 writing that says anything like this?
24     A    I don't remember.  Sorry.