IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF CHICAGO MEDICAL CENTER, <br><br> Defendant. | No. 12 C 8733 <br><br> Judge Amy J. St. Eve <br> Magistrate Judge Sidney I. Schenkier |

**DEFENDANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION *IN LIMINE* TO BAR REFERENCE TO UNRELATED AND UNFAVORABLE PUBLICITY**

In her Response in Opposition to Defendant's Motion *In Limine* to Bar Reference to Unrelated and Unfavorable Publicity, Plaintiff states that she does not intend to introduce evidence or testimony regarding UCMC's decision to build a trauma center in Hyde Park and The University of Chicago's recent letter to students regarding academic freedom. As Plaintiff takes no issue with the exclusion of evidence and testimony regarding these matters of public controversy that are unrelated to this case, UCMC respectfully requests that this Court enter an Order barring related evidence and testimony, as well as that concerning any other matters of public controversy that are unrelated to this case.

-2-

Dated:  <u>December 5, 2016</u>    Respectfully submitted,

                                                               THE UNIVERSITY OF CHICAGO
                                                               MEDICAL CENTER


                                                               By:    <u>s/ Elizabeth N. Hall</u>
                                                                                     One of Its Attorneys

Edward C. Jepson, Jr.
Elizabeth N. Hall
Emily C. Fess
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 (312) 609 7500

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing document, DEFENDANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION *IN LIMINE* TO BAR REFERENCE TO UNRELATED AND UNFAVORABLE PUBLICITY, was served on December 5, 2016 via the Court's CM/ECF system on the following:

Jamie S. Franklin
The Franklin Law Firm LLC
53 W. Jackson Boulevard, Suite 803
Chicago, IL 60604
jsf@thefranklinlawfirm.com

Cynthia H. Hyndman
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
chyndman@robinsoncurley.com

                                                            s/ Elizabeth N. Hall
                                                            Elizabeth N. Hall