IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, | |
| Plaintiff, | |
| v. | No. 12 C 8733 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, | Judge Amy J. St. Eve<br>Magistrate Judge Sidney I. Schenkier |
| Defendant. | |

## SCHEDULES TO DEFENDANT'S BILL OF COSTS[1]

### SCHEDULE A

*Fees of the Clerk*:

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/14/16 | King County Superior Court –fees for filing, in local court, the required foreign deposition subpoena for the deposition of Dr. Keough, Plaintiff's treater | $262.49 |
| **TOTAL** | | **$262.49** |

### SCHEDULE B

*Fees for service of summons and subpoena*:

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/23/14 | ATG Legal Serve – fees for subpoena service – Dr. Dantz | $196.00 |
| 9/2/16 | Baker Donelson Bearman, Caldwell & Berkowitz, P.C./Legal Wings, Inc. – fees for subpoena service – Dr. Velander | $95.00 |
| **TOTAL** | | **$291.00** |

---

[1] Given the Parties' agreement that depositions and documents procured during the state litigation Plaintiff filed against UCMC and Dr. David Song could be utilized for purposes of the instant case, UCMC has accounted here and in its Bill of Costs for certain costs, as appropriate, relating to documents and depositions procured during the state litigation.

1

**SCHEDULE C**

*Fees for witnesses*:

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/15/14 | Ricardo Garcia – Witness fees for deposition | $40.00 |
| 4/7/14 | Dr. Bezalel Dantz – witness fees for deposition | $40.00 |
| 4/17/14 | Antonio Copete – witness fees for deposition | $40.00 |
| 10/30/15 | Dr. Mark Killingsworth – witness fees for deposition (reduced from $1500 charged by Dr. Killingsworth) | $40.00 |
| 12/10/15 | Employment Research Corporation – fee for Dr. Cohen deposition preparation time on 11/30/15 and 12/1/15 for 12/1/15 deposition | $2,340.00 |
| 9/14/16 | Miller Nash Graham & Dunn/Dr. Meghan Keough – witness fee for deposition (reduced from $1,000 charged by Dr. Keough) | $40.00 |
| 9/29/16 | Ochsner Health Systems /Dr. Jennifer Velander – witness fee for deposition (reduced from $1,690 charged by Dr. Velander) | $40.00 |
| **TOTAL** | | **$2,580.00** |

**SCHEDULE D**

*Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:*[2]

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/28/14 | Deposition of Dr. David Song (12/4/13) | |
| | • Transcript (51 pages – original, ordinary delivery) | $142.80 |
| 11/3/16 | • Video synched file | $120.00 |
| 1/28/14 | Deposition of Dr. David Song (12/9/13) | |

---

[2]  Pursuant to Title 28, United States Code, Section 753, the lower of the actual per page charge or the Judicial Conference rate updated as of January 26, 2012 has been applied.

CHICAGO/#2948437.4

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | • Transcript (44 pages – original, ordinary delivery) | $123.20 |
| 11/3/16 | • Video synched file | $100.00 |
| 4/21/14 | Deposition of Dr. Maria Artunduaga (4/2/14) | |
| | • Court reporter attendance fees | $570.00 |
| | • Transcript (352 pages – original, ordinary delivery) | $1,284.80 |
| 4/16/14 | • Video Services | $1,620.00 |
| 1/28/16 | • Video synched file | $332.50 |
| 4/24/14 | Deposition of Dr. Sara Dickie | |
| | • Transcript (222 pages – original, ordinary delivery) | $621.60 |
| 4/24/14 | Deposition of Dr. Edwin Kaplan | |
| | • Transcript (91 pages – original, ordinary delivery) | $254.80 |
| 4/24/14 | Deposition of Dr. Konstantin Umanskiy | |
| | • Transcript (167 pages – original, ordinary delivery) | $467.60 |
| 4/24/14 | Deposition of Dr. Peter Angelos | |
| | • Transcript (136 pages – original, ordinary delivery) | $380.80 |
| 4/28/14 | Deposition of Dr. Mark Ferguson | |
| | • Transcript (78 pages – original, ordinary delivery) | $218.40 |
| 4/28/14 | Deposition of Dr. Eric Grossman | |
| | • Transcript (116 pages – original, ordinary delivery) | $324.80 |
| 11/17/16 | • Video synched file (ordered for use at trial – unavailable witness, video shown at trial) | $288.00 |
| 4/30/14 | Deposition of Dr. Nora Jaskowiak | |
| | • Transcript (148 pages – original, ordinary delivery) | $414.40 |
| 4/30/14 | Deposition of Ricardo Garcia | |

3

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | • Transcript (173 pages – original, expedited delivery) | $839.05 |
| 5/13/14 | Deposition of Dr. Jonathan Lusardi | |
| | • Transcript (130 pages – original, ordinary delivery) | $364.00 |
| 11/17/16 | • Video synched file (ordered for trial – unavailable witness) | $288.00 |
| 5/19/14 | Deposition of Dr. Irma Fleming (5/5/14) | |
| | • Transcript (156 pages – original, ordinary delivery) | $436.80 |
| 1/11/17 | • Video synched file (ordered for trial – unavailable witness) | $372.00 |
| 5/19/14 | Deposition of Antonio Julio Copete | |
| | • Court reporter attendance fees | $180.00 |
| | • Transcript (123 pages – original, ordinary delivery) | $448.95 |
| 5/19/14 | • Video services and synched file | $852.50 |
| 6/2/14 | Deposition of Dr. Bezalel Dantz | |
| | • Court reporter attendance fees | $180.00 |
| | • Transcript (130 pages – original, ordinary delivery) | $474.50 |
| 6/19/14 | • Video services | $645.00 |
| 1/6/17 | • Video synched file | $412.50 |
| 11/24/14 | Deposition of Krista Curell | |
| | • Transcript (170 pages – original, ordinary delivery) | $476.00 |
| 12/1/14 | Deposition of Barry Kamin | |
| | • Transcript (49 pages – original, ordinary delivery) | $137.20 |
| 12/15/14 | Deposition of Akilah Williams | |
| | • Transcript (58 pages – original, ordinary delivery) | $162.40 |

4

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/6/15 | Deposition of Dr. Michael Simon | |
| | • Transcript (103 pages – original, ordinary delivery) | $375.95 |
| 10/6/15 | Deposition of Dr. Mitchell Posner | |
| | • Transcript (50 pages – original, ordinary delivery) | $140.00 |
| 10/8/15 | Deposition of Dr. Kevin Roggin | |
| | • Transcript (155 pages – original, ordinary delivery) | $565.75 |
| 10/14/15 | Deposition of Dr. David Song (10/2/15) | |
| | • Transcript (179 pages – original, ordinary delivery) | $653.35 |
| 11/2/16 | • Video synched file | $288.00 |
| 10/31/15 | Deposition of Dr. Mark Killingsworth | |
| | • Court reporter attendance fees | $150.00 |
| | • Transcript (169 pages – original, expedited delivery) | $566.15 |
| | • Video synched file | $811.20 |
| 11/10/15 | • Video services | $581.50 |
| 1/5/16 | Deposition of Dr. Malcolm Cohen | |
| | • Transcript (175 pages – original, ordinary delivery) | $420.00 |
| 1/12/16 | Deposition of Dr. Maria Artunduaga (1/8/16) | |
| | • Transcript (194 pages – original, expedited delivery) | $940.90 |
| | • Video synched file | $824.50 |
| 1/12/16 | • Video services | $814.00 |
| 2/15/16 | Deposition of Peggy Simpson | |
| | • Transcript (104 pages – original, ordinary delivery) | $379.60 |
| 7/18/16 | Deposition of Dr. Irma Fleming (6/18/16) | |

CHICAGO/#2948437.4

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | • Transcript (107 pages – original, ordinary delivery) | $390.55 |
| | • Video services (ordered for use and used at trial – unavailable witness) | $125.00 |
| | • Video synched file (Total $453.75 – Plaintiff's counsel paid half, ordered for use and used at trial – unavailable witness) | $226.88 |
| 9/14/16 | Deposition of Dr. Jennifer Velander | |
| | • Transcript (81 pages – original, expedited delivery) | $349.92 |
| | • Video synched file (Total $675.00 – Plaintiff's counsel paid half, ordered for use and used at trial – unavailable witness) | $337.50 |
| 9/27/16 | Deposition of Joly Raju (nee Jose) | |
| | • Court reporter attendance fees | $171.88 |
| | • Transcript (169 pages – original, ordinary delivery) | $616.85 |
| | • Video services (ordered for use at trial – unavailable witness) | $540.00 |
| | • Video synched file (ordered for use at trial – unavailable witness) | $229.25 |
| 10/13/16 | Deposition of Dr. Meghan Keough | |
| | • Transcript (88 pages – original, ordinary delivery) | $256.08 |
| | • Video synched file (Total $545.00 – Plaintiff's counsel paid half – ordered for use at and used at trial, unavailable witness) | $272.50 |
| 2/4/17 | Daily trial transcripts (January 30 – February 3, 2017) | $6,352.50 |
| 2/9/17 | Daily trial transcripts (February 6-9, 2017) | $3,103.65 |
| 2/10/17 | Daily trial transcripts (verdict) | $19.40 |
| **TOTAL** | | **$34,035.46** |

CHICAGO/#2948437.4

**SCHEDULE E**

*Fees and disbursements for printing*:

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16/13 | Aloha Document Services –retrieval fee for Plaintiff's EEOC department file | $117.15 |
| 2/9/16 | Psychiatric Medicine Associates – retrieval fee for Plaintiff's medical records from Dr. Keough | $54.12 |
| 3/24/16 | Psychiatric Medicine Associates – retrieval fee for Plaintiff's medical records from Dr. Velander | $33.96 |
| 7/14/16 | Psychiatric Medicine Associates – retrieval fee for Plaintiff's medical records from Dr. Keough | $50.76 |
| 8/22/16 | Psychiatric Medicine Associates – retrieval fee for Plaintiff's medical records from Dr. Keough | $79.60 |
| 8/24/16 | Diversified Medical Records Services – fee for Plaintiff's medical records from ACHN Pilsen Family Health Center | $69.18 |
| 8/30/16 | HealthPort – retrieval fee for Plaintiff's medical records from Sinai Medical Group Central | $39.13 |
| 9/7/16 | Northwest Family Care Center – retrieval fee for Plaintiff's medical records from Northwest Family | $35.96 |
| **TOTAL** | | **$479.86** |

**SCHEDULE F**

*Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case*:

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Appearance (Michael G. Cleveland) | 1 | 2 | 2 |
| Appearance (Andrea L. Lewis) | 1 | 2 | 2 |
| Answer of Defendant Dr. David Song to Complaint of Plaintiff Dr. Maria Artunduaga | 28 | 2 | 56 |

7

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Answer of Defendant University of Chicago Medical Center to Complaint of Plaintiff Dr. Maria Artunduaga | 29 | 2 | 58 |
| Notice of Motion; Motion to Dismiss Complaint Counts III to VI of Defendants the University of Chicago Medical Center and Dr. Song | 7 | 2 | 14 |
| Memorandum in Support of Motion to Dismiss Complaint Counts III to VI of Defendants the University of Chicago Medical Center and Dr. Song | 35 | 2 | 70 |
| Defendant University of Chicago Medical Center's First Request for Production of Documents | 8 | 2 | 16 |
| Defendant University of Chicago Medical Center's First Set of Interrogatories | 11 | 2 | 22 |
| Defendants' Initial Rule 26(a)(1) Disclosures | 8 | 2 | 16 |
| Answer or Defendant University of Chicago Medical Center to First Amended Complaint of Plaintiff Dr. Maria Artunduaga | 34 | 2 | 68 |
| Motion to Dismiss Second Count III and Counts IV to VII of Plaintiff's First Amended Complaint by Defendants the University of Chicago Medical Center and Dr. Song | 6 | 2 | 12 |
| Memorandum in Support of Motion to Dismiss Second Count III and Counts IV to VII of Plaintiff's First Amended Complaint by Defendants the University of Chicago Medical Center and Dr. Song | 35 | 2 | 70 |
| Notice of Motion; Joint Motion for Agreed Confidentiality Order | 36 | 2 | 72 |
| Defendants' Responses to Plaintiff's First Set of Requests for Admission | 6 | 2 | 12 |
| Defendants' Responses to Plaintiff's Request for the Production of Documents | 18 | 2 | 36 |

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Defendants' Answers and Objections to Plaintiff's First Set of Interrogatories | 16 | 2 | 32 |
| Reply Memorandum in Support of Motion to Dismiss Second Count III and Counts IV to VII of Plaintiff's First Amended Complaint by Defendants the University of Chicago Medical Center and Dr. David Song | 17 | 2 | 34 |
| Answer of Defendant University of Chicago Medical Center to Second Amended Complaint of Plaintiff Dr. Maria Artunduaga | 33 | 2 | 66 |
| Notice of Motion; Motion to Withdraw Appearance | 5 | 2 | 10 |
| Defendant the University of Chicago Medical Center's Response to Plaintiff's Rule 30(b)(6) Notice of Deposition | 9 | 2 | 18 |
| Defendants' Response to Plaintiff's Second Request for the Production of Documents | 5 | 2 | 10 |
| Appearance (Andrew Oppenheimer) | 1 | 2 | 2 |
| Notice of Video Deposition – Maria Artunduaga | 2 | 2 | 4 |
| Defendant the University of Chicago Medical Center's Response to Plaintiff's Second Amended Notice of Rule 30(b)(6) Deposition | 11 | 2 | 22 |
| Defendant's Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint | 17 | 2 | 34 |
| Defendant's Appendix in Support of Defendant's Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint | 161 | 2 | 322 |
| Notice of Motion; Defendant's Motion for Leave to File Certain Documents Under Seal | 5 | 2 | 10 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Exhibits Under Seal | 58 | 2 | 116 |
| Defendant University of Chicago Medical Center's Second Request for Production of Documents and Things | 5 | 2 | 10 |
| Defendant University of Chicago Medical Center's Second Set of Interrogatories | 4 | 2 | 8 |
| Defendant University of Chicago Medical Center's First Requests for Admissions | 4 | 2 | 8 |
| Revised Notice of Video Deposition – Maria Artunduaga | 2 | 2 | 4 |
| Response to Plaintiff's Third Request for the Production of Documents | 3 | 2 | 6 |
| Revised Notice of Video Deposition – Dr. Maria Artunduaga | 2 | 2 | 4 |
| Defendant's Responses to Plaintiff's Fourth Set of Document Requests | 9 | 2 | 18 |
| Defendant's Answers and Objections to Plaintiff's Third Set of Interrogatories | 13 | 2 | 26 |
| Subpoena – Ricardo Garcia | 58 | 2 | 116 |
| Notice of Video Deposition – Ricardo Garcia | 2 | 2 | 4 |
| Notice of Video Deposition – Dr. Bezalel Dantz | 2 | 2 | 4 |
| Notice of Video Deposition – Dr. Antonio Copete | 2 | 2 | 4 |
| Subpoena – Dr. Antonio Copete | 4 | 2 | 8 |
| Subpoena – Dr. Bezalel Dantz | 3 | 2 | 6 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Affidavit of Special Process Server – Dr. Bezalel Dantz | 2 | 2 | 4 |
| Defendant's Supplemental Rule 26(a)(1) Disclosures | 4 | 2 | 8 |
| Notice of Motion; Defendant's Motion for Leave to File Amended Answer | 89 | 2 | 178 |
| Defendant's Reply Memorandum in Support of its Motion for Leave to File Amended Answer | 74 | 2 | 148 |
| Defendant's Sur-Surreply Memorandum in Support of its Motion for Leave to File Amended Answer | 6 | 2 | 12 |
| First Amended Answer of Defendant University of Chicago Medical Center to Second Amended Complaint of Plaintiff Dr. Maria Artunduaga | 34 | 2 | 68 |
| Defendant's Objections to Plaintiff's Fourth Set of Interrogatories | 4 | 2 | 8 |
| Defendant's Response to Plaintiff's Second Set of Requests for Admission | 4 | 2 | 8 |
| Defendant's Answers and Objections to Plaintiff's Fourth Set of Interrogatories | 9 | 2 | 18 |
| Defendant's Response to Plaintiff's Fifth Set of Document Requests | 12 | 2 | 24 |
| Notice of Motion (2/24/15, 9:30 a.m.); Motion to Serve Oversize Brief and Factual Statement | 5 | 2 | 10 |
| Defendant's Motion for Summary Judgment | 3 | 2 | 6 |
| Defendant's Memorandum in Support of its Motion for Summary Judgment | 23 | 2 | 46 |
| Defendant's Statement of Undisputed Material Facts | 30 | 2 | 60 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Appendix in Support of Defendant's Motion for Summary Judgment | 1,043 | 2 | 2,086 |
| Defendant's Reply Memorandum in Support of its Motion for Summary Judgment | 17 | 2 | 34 |
| Appendix to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment | 74 | 2 | 148 |
| Defendant's Response to Plaintiff's Local Rule 56.1 Statement of Additional Materials Facts (REDACTED) | 33 | 2 | 66 |
| Defendant's Response to Plaintiff's Local Rule 56.1 Statement of Additional Materials Facts (SEALED) | 33 | 2 | 66 |
| Notice of Withdrawal and Substitution of Counsel within Same Firm | 3 | 2 | 6 |
| Appearance of Edward C. Jepson, Jr. | 1 | 2 | 2 |
| Appearance of Elizabeth N. Hall | 1 | 2 | 2 |
| Notice of Deposition – Mark Killingsworth – 10/27/15 at 9:30 a.m. | 5 | 2 | 10 |
| Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in Civil Action to Mark Killingsworth | 5 | 2 | 10 |
| Defendant's Unopposed Motion for an Extension of Time (re expert disclosures) | 5 | 2 | 10 |
| Defendant's Rule 26(a)(2) Disclosure of Expert Testimony | 29 | 2 | 58 |
| Motion for Withdrawal of One Attorney (Oppenheimer) | 5 | 2 | 10 |
| Notice of Motion; Motion for Leave to Take Deposition (Joly Raju (nee Jose)) | 10 | 2 | 20 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Notice of Video Deposition (Joly Raju (nee Jose)) | 2 | 2 | 4 |
| Defendant's Notification of Affiliates | 2 | 2 | 4 |
| Defendant's Unopposed Motion to Extend the Pretrial Order Filing Deadline | 5 | 2 | 10 |
| Defendant's Motion in Limine to Bar Plaintiff from Calling Former UCMC Associate General Counsel, Jane McAtee, as a Witness at Trial | 7 | 2 | 14 |
| Defendant's Motion in Limine to Bar Reference to Unrelated and Unfavorable Publicity | 3 | 2 | 6 |
| Defendant's Motion in Limine to Exclude Evidence, Testimony and Argument Regarding Prior Claims Against UCMC and Dr. Song | 7 | 2 | 14 |
| Defendant's Motion in Limine to Bar Evidence, Testimony and Argument Concerning Other Types of Discrimination and Discrimination or Retaliation Against Persons who are not PRS Residents | 18 | 2 | 36 |
| Defendant's Motion in Limine to Exclude Certain of Plaintiff's Exhibits and to Bar Testimony Concerning Witnesses' Consultations with Counsel | 19 | 2 | 38 |
| Defendant's Motion in Limine to Exclude Evidence, Testimony and Argument Regarding Plaintiff's State Court Claims | 87 | 2 | 174 |
| Notice of Motion; Defendant's Motion for Leave to File Certain Documents Under Seal | 6 | 2 | 12 |
| Defendant's CORRECTED Motion in Limine to Exclude Evidence, Testimony and Argument Regarding Improper Comparators | 45 | 2 | 90 |
| Defendant's Notice of Motion; Motion and Memo to Bar, or, in the Alternative Limit, the Opinions and Testimony of Plaintiff's Damages Expert Dr. Mark R. Killingsworth | 277 | 2 | 554 |

13

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Defendant's Motion to Bifurcate and Memorandum in Support | 40 | 2 | 80 |
| SEALED EXHIBIT – Exhibit 2 to Motion in limine to exclude evidence, testimony and evidence regarding improper "comparators" | 23 | 2 | 46 |
| SEALED EXHIBIT – Exhibit 5 to Killingsworth Motion | 7 | 2 | 17 |
| SEALED EXHIBIT – Exhibit 9 to Killingsworth Motion | 3 | 2 | 6 |
| SEALED EXHIBIT – Exhibit 4 to Motion to Bifurcate | 17 | 2 | 34 |
| SEALED EXHIBIT – Exhibit 5 to Motion to Bifurcate | 5 | 2 | 10 |
| SEALED EXHIBIT – Exhibit 6 to Motion to Bifurcate | 6 | 2 | 12 |
| Defendant's Response in Opposition to Plaintiff's Motion In Limine No. 1 | 4 | 2 | 8 |
| Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 2 | 8 | 2 | 16 |
| SEALED DOCUMENT – Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 2 | 39 | 2 | 78 |
| Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 3 | 8 | 2 | 16 |
| SEALED DOCUMENT - Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 3 | 27 | 2 | 54 |
| Defendant's Response to Plaintiff's Motion in Limine No. 4 to Bar Evidence and Testimony of Investigation and Report by Jonathan Rothstein | 22 | 2 | 44 |

14

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 5 – To Bar Evidence and Testimony Regarding the Plaintiff's Grievance Hearing, its Outcome and her Appeal | 30 | 2 | 60 |
| Defendant's Response to Plaintiff's Motion in Limine No. 6 – To Bar Evidence and Testimony Regarding Plaintiff's Complaints to the ACGME and the ACGME's Responses | 47 | 2 | 94 |
| SEALED EXHIBIT – Exhibit 5 to Defendant's Response to Plaintiff's Motion in Limine No. 6 – To Bar Evidence and Testimony Regarding Plaintiff's Complaints to the ACGME and the ACGME's Responses | 17 | 2 | 34 |
| Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 7 | 98 | 2 | 196 |
| SEALED EXHIBITS – Exhibits A, C, E, F of Defendant's Response in Opposition to Plaintiff's Motion in Limine No. 7 | 48 | 2 | 96 |
| Defendant's Response to Plaintiff's Motion in Limine No. 8 – To Exclude Evidence and Testimony of Defendant's Affirmative Defenses Based on the Illinois Eavesdropping Act | 30 | 2 | 60 |
| Defendant's Reply in Further Support of its Motion in Limine to Bar Reference to Unrelated and Unfavorable Publicity | 3 | 2 | 6 |
| Defendant's Reply in Further Support of Its Corrected Motion in Limine to Exclude Evidence, Testimony and Argument Regarding Improper "Comparators" | 5 | 2 | 10 |
| Defendant's Reply in Further Support of its Motion in Limine to Exclude Evidence, Testimony and Argument Regarding Plaintiff's State Court Claims | 4 | 2 | 8 |

15

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Defendant's Reply in Support of its Motion in Limine to Exclude Certain of Plaintiff's Exhibits and to Bar Testimony Concerning Witnesses' Consultations with Counsel | 5 | 2 | 10 |
| Defendant's Reply in Further Support of Its Motion in Limine to Bar Evidence, Testimony and Argument Concerning Other types of Discrimination and Discrimination or Retaliation Against Persons Who Are Not PRS Residents | 3 | 2 | 6 |
| Defendant's Reply Memorandum in Further Support of Its Motion to Bar or Limit Testimony of Plaintiff's Damages Expert, Mark R. Killingsworth | 6 | 2 | 12 |
| Defendant's Motion to File Instanter a Sur-Surreply in Further Support of its Motion in Limine to Exclude Certain of Plaintiff's Exhibits and to Bar Testimony Concerning Witnesses' Consultations with Counsel | 27 | 2 | 54 |
| Defendant's Sur-Surreply in Further Support of its Motion in Limine to Exclude Certain of Plaintiff's Exhibits and to Bar Testimony Concerning Witnesses' Consultations with Counsel | 20 | 2 | 40 |
| Defendant's Submission Regarding Plaintiff's Exhibit 29 | 68 | 2 | 136 |
| Subpoena: Dr. Dantz | 4 | 2 | 8 |
| Defendant's Responses to Objections to Dr. Grossman Deposition Designations | 13 | 2 | 26 |
| Defendant's Response To Plaintiff's Objection To Defendant's Designation Of Dr. David Song As Its Corporate Representative | 8 | 2 | 16 |
| Defendant's Responses to Objections to Dr. Fleming's 2016 Deposition Designations | 15 | 2 | 30 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Transcript for deposition of Dr. Irma Fleming (2014) (Courtesy copy designation transcript required by court and Defendant's copy, used in summary judgment and preparation for trial (LR54.1)) | 39 | 2 | 78 |
| Transcript for deposition of Dr. Irma Fleming (2016) (Courtesy copy designation transcript required by court and Defendant's copy, used in preparation for trial (LR54.1)) | 23 | 2 | 46 |
| Transcript for deposition of Dr. Eric Grossman (Courtesy copy designation transcript required by court and Defendant's copy, used in preparation for trial (LR54.1)) | 29 | 2 | 58 |
| Transcript for deposition of Dr. Megan Keough (Courtesy copy designation transcript required by court and Defendant's copy, used in preparation for trial (LR54.1)) | 18 | 2 | 36 |
| Transcript for deposition of Dr. Jonathan Lusardi (Courtesy copy designation transcript required by court and Defendant's copy, used in preparation for trial (LR54.1)) | 33 | 2 | 66 |
| Transcript for deposition of Dr. Jennifer Velander (Courtesy copy designation transcript required by court and Defendant's copy, used in preparation for trial (LR54.1)) | 21 | 2 | 42 |
| Transcript for deposition of Joly Raju (nee Jose) (Courtesy copy designation transcript required by court and Defendant's copy, used in preparation for trial (LR54.1)) | 37 | 2 | 74 |
| Defendant's Motion and Memorandum for Directed Verdict | 18 | 2 | 36 |
| Plaintiff's Trial Exhibits (Defendant's copy) | 257 | 1 | 257 |
| Defendant's Trial Exhibits (Defendant's copy and court copy) | 8,323 | 2 | 16,646 |

17

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Joint Trial Exhibits (Defendant's copy and court copy) | 524 | 2 | 1,048 |
| Defendant's Admitted Exhibits (jury copy) | 241 | 1 | 241 |
| Joint Admitted Exhibits (jury copy) | 519 | 1 | 519 |
| Deposition transcript of Maria Artunduaga (Defendant's copy and Court copy for Impeachment purposes (LR54.1)) | 77 | 1 | 77 |
| Deposition transcript of Ricardo Garcia (Defendant's copy and Court copy for Impeachment purposes (LR54.1)) | 38 | 1 | 38 |
| Defendant's Document Production (Federal) | 28,094 | 1 | 28,094 |
| Defendant's Document Production (State) | 2,521 | 1 | 2,521 |
| Production of documents received from third party (Access Pilsen, ACGME, Cohen, Dantz, ECFMG-MAA, Garcia, Keough, Killingsworth, Sinai, Velander) | 837 | 1 | 837 |
| Deposition transcript of Peter Angelos (Defendant's copy, minuscript (LR 54.1)) | 34 | 1 | 34 |
| Deposition transcript of Maria Artunduaga (2016) (Defendant's copy, minuscript (LR 54.1)) | 42 | 1 | 42 |
| Deposition transcript of Dr. Malcolm Cohen (Defendant's copy, minuscript (LR 54.1)) | 44 | 1 | 44 |
| Deposition transcript of Antonio Copete (Defendant's copy, minuscript (LR 54.1)) | 27 | 1 | 27 |
| Deposition transcript of Krista Curell (Defendant's copy, minuscript (LR 54.1)) | 43 | 1 | 43 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| Deposition transcript of Dr. Bezalel Dantz (Defendant's copy, minuscript (LR 54.1)) | 28 | 1 | 28 |
| Deposition transcript of Dr. Sara Dickie (Defendant's copy, minuscript (LR 54.1)) | 56 | 1 | 56 |
| Deposition transcript of Dr. Mark Ferguson (Defendant's copy, minuscript (LR 54.1)) | 20 | 1 | 20 |
| Deposition transcript of Dr. Nora Jaskowiak (Defendant's copy, minuscript (LR 54.1)) | 37 | 1 | 37 |
| Deposition transcript of Barry Kamin (Defendant's copy, minuscript (LR 54.1)) | 13 | 1 | 13 |
| Deposition transcript of Dr. Edwin Kaplan (Defendant's copy, minuscript (LR 54.1)) | 23 | 1 | 23 |
| Deposition transcript of Dr. Mark Killingsworth (Defendant's copy, minuscript (LR 54.1)) | 37 | 1 | 37 |
| Deposition transcript of Dr. Mitchell Posner (Defendant's copy, minuscript (LR 54.1)) | 13 | 1 | 13 |
| Deposition transcript of Dr. Kevin Roggin (Defendant's copy, minuscript (LR 54.1)) | 39 | 1 | 39 |
| Deposition transcript of Dr. Michael Simon (Defendant's copy, minuscript (LR 54.1)) | 26 | 1 | 26 |
| Deposition transcript of Dr. Peggy Simpson (Defendant's copy, minuscript (LR 54.1)) | 26 | 1 | 26 |
| Deposition transcript of Dr. David Song (2013) (Defendant's copy, minuscript (LR 54.1)) | 24 | 1 | 24 |
| Deposition transcript of Dr. David Song (2015) (Defendant's copy, minuscript (LR 54.1)) | 45 | 1 | 45 |
| Deposition transcript of Dr. Konstantin Umanskiy (Defendant's copy, minuscript (LR 54.1)) | 42 | 1 | 42 |
| Deposition transcript of Akilah Williams (Defendant's copy, minuscript (LR 54.1)) | 15 | 1 | 15 |

CHICAGO/#2948437.4

| DESCRIPTION | NUMBER OF PAGES | NUMBER OF COPIES | AMOUNT |
|---|---|---|---|
| **Total Pages** | | | 58,185 |
| **Multiplied by $.07 per page** (Chubb coverage rate for litigation (*See* Schedule F Part 1)) | | | x .07 |
| **TOTAL** | | | **$4,072.95** |

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/9/17 | Legal Visual Services – Costs for database management, video editing and review and daily attendance at trial by technologist Michael Newell (*See* Schedule F Part 2, Newell Affidavit) | $12,970.00 |
| 2/13/17 | DecisionQuest – costs for procurement and production of three timeline demonstrative exhibits used in opening/closing arguments at trial (*See* Schedule F Part 3, DecisionQuest invoice and timelines) | $5,577.50 |
| **TOTAL** | | **$18,547.50** |

| ELECTRONIC DISCOVERY COSTS[3] | | | | | |
|---|---|---|---|---|---|
| INVOICE DATE | VENDOR | HOSTING | BATES LABELING ENDORSEMENT | CONVERSION COSTS | OCR |
| 5/31/13 | Advanced Discovery | $326.92 (Relativity monthly hosting[4]) | | $11,905.08 (EDD First Look ECA Index and Analysis and FirstLook ECA) | $1,710.46 (EDD – OCR) |
| 6/30/13 | Advanced Discovery | $326.92 (Relativity monthly hosting) | $100.17 (EDD – Electronic Endorsement and Selective Image Production) | | |

---

[3] *See* Affidavit of David Siarny, Schedule F Part 4.
[4] *See* Affidavit of David Siarny and Exhibit A thereto.

| ELECTRONIC DISCOVERY COSTS[3] | | | | | |
|---|---|---|---|---|---|
| **INVOICE DATE** | **VENDOR** | **HOSTING** | **BATES LABELING ENDORSEMENT** | **CONVERSION COSTS** | **OCR** |
| 7/31/13 | Advanced Discovery | $1,771.88 (Relativity monthly hosting) | | $15,004.63 (EDD: FirstLook Data Review Promotion) | |
| 8/31/13 | Advanced Discovery | $1,807.30 (Relativity monthly hosting) | $284.05 (Selective Image per Gig and EDD – Electronic Endorsement) | | $40.32 (EDD – OCR) |
| 9/30/13 | Advanced Discovery | $1,891.78 (monthly storage fee) | | $1,181.03 (Data Load: overlay and promote, First Look ECA Processing-Metadata/text -data reduction & filtering and export of metadata and text only and FirstLook Native Review Promotion) | $34.92 (OCR) |
| 10/31/13 | Advanced Discovery | $1,888.70 (monthly storage fee) | $200.51 (Selective Image Creation and Electronic Image Endorsement) | | $1.16 (OCR) |
| 11/30/13 | Advanced Discovery | $1,888.70 (monthly storage fee) | | | |
| 12/31/13 | Advanced Discovery | $1,897.28 (monthly storage fee) | | | |
| 1/31/14 | Advanced Discovery | $1,897.28 (monthly storage fee) | | | |

CHICAGO/#2948437.4

| ELECTRONIC DISCOVERY COSTS[3] | | | | | |
|---|---|---|---|---|---|
| **INVOICE DATE** | **VENDOR** | **HOSTING** | **BATES LABELING ENDORSEMENT** | **CONVERSION COSTS** | **OCR** |
| 2/28/14 | Advanced Discovery | $1,897.50 (monthly storage fee) | | | |
| 3/31/14 | Advanced Discovery | $1,937.98 (monthly storage fee) | | $1,081.99 (FirstLook Native Review Promotion and FirstLook ECA Processing-Metadata/text ) | $61.50 (OCR) |
| 4/30/14 | Advanced Discovery | $1,938.20 (monthly storage fee) | | | |
| 5/30/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | $25.00 (FirstLook native review promotion) | |
| 6/30/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 7/31/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 8/31/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 9/30/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 10/31/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 11/30/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 12/31/14 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |

CHICAGO/#2948437.4

| ELECTRONIC DISCOVERY COSTS[3] | | | | | |
|---|---|---|---|---|---|
| **INVOICE DATE** | **VENDOR** | **HOSTING** | **BATES LABELING ENDORSEMENT** | **CONVERSION COSTS** | **OCR** |
| 1/31/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 2/28/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 3/31/15 | Advanced Discovery | $2,110.46 (monthly storage fee) | | | |
| 4/30/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 5/31/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 6/30/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 7/31/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 8/31/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 9/30/15 | Advanced Discovery | $1,938.64 (monthly storage fee) | | | |
| 10/31/15 | Relativity[5] (Invoice 554984) | $1,887.42 | | $297.09 | |
| 11/30/15 | Relativity (Invoice 560343) | $2,181.00 | | $343.30 | |
| 12/31/15 | Relativity (Invoice 561260) | $4,281.72 | | $673.98 | |
| 2/29/16 | Relativity (Invoice 571995) | $4,366.40 | | $687.30 | |

---

[5] *See* Affidavit of David Siarny and Exhibit B thereto.

23

| ELECTRONIC DISCOVERY COSTS[3] | | | | | |
|---|---|---|---|---|---|
| **INVOICE DATE** | **VENDOR** | **HOSTING** | **BATES LABELING ENDORSEMENT** | **CONVERSION COSTS** | **OCR** |
| 3/31/16 | Relativity (Invoice 575981) | $4,273.69 | | $672.71 | |
| 4/30/16 | Relativity (Invoice 576149) | $5,599.67 | | $881.43 | |
| 5/31/16 | Relativity (Invoice 577077) | $5,593.54 | | $880.46 | |
| 6/30/16 | Relativity (Invoice 577506) | $5,593.54 | | $880.46 | |
| 7/31/16 | Relativity (Invoice 583575) | $5,597.86 | | $881.15 | |
| 8/31/16 | Relativity (Invoice 583576) | $5,598.55 | | $881.25 | |
| 9/30/16 | Relativity[6] (Invoice 598930) | $4,183.75 | | $658.55 | |
| 10/31/16 | Relativity (Invoice 598930) | $4,183.32 | | $658.48 | |
| 11/30/16 | Relativity (Invoice 598930) | $4,182.45 | | $658.35 | |
| 12/31/16 | Relativity (Invoice 598930) | $4,182.54 | | $658.36 | |
| 1/31/17 | Relativity (Invoice 599256) | $4,193.16 | | $660.04 | |
| **Subtotal** | | **$118,498.15** | **$584.73** | **$39,570.64** | **$1,848.36** |
| **TOTAL** | | | | | **$160,501.88** |

**TOTAL**        **$183,122.33**

---

[6] Relativity invoices dated 9/30/16, 10/31/16, 10/30/16, and 12/31/16 have been combined an paid under invoice number 598930.

CHICAGO/#2948437.4

**SCHEDULE G**

*Other:*

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30/15 | Dr. Mark Killingsworth (Plaintiff's expert) – train fare and taxi expenses incurred traveling to/from deposition | $66.70 |
| 2/3/17 | Dr. Sara Dickie – parking expenses incurred in relation to trial | $35.00 |
| 2/7/17 | Dr. Konstantin Umanskiy – parking expenses incurred in relation to trial | $19.00 |
| **TOTAL** | | **$120.70** |

**GRAND TOTAL:**     **$220,891.84**

Dated:  _____March 10, 2017_____    Respectfully submitted,

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER


By:   s/ Elizabeth N. Hall _____
                One of Its Attorneys

Edward C. Jepson, Jr.
Elizabeth N. Hall
Emily C. Fess
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 (312) 609 7500

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify that a true and correct copy of the foregoing documents, BILL

OF COSTS and SCHEDULES TO DEFENDANT'S BILL OF COSTS, was served on March 10,

2017 via the Court's CM/ECF system and by hand delivery on the following:


Jamie S. Franklin
The Franklin Law Firm LLC
53 W. Jackson Boulevard, Suite 803
Chicago, IL 60604
jsf@thefranklinlawfirm.com

Cynthia H. Hyndman
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL  60606
chyndman@robinsoncurley.com


s/ Elizabeth N. Hall
Elizabeth N. Hall

26

# SCHEDULE A



**MILLER NASH GRAHAM & DUNN** LLP
**ATTORNEYS AT LAW**

Remit address:
Post Office Box 3585
Portland, OR    97208-3585
(503) 224-5858

Vedder, Price, Kaufman & Kammholz
Attn: Elizabeth N. Hall
Shareholder
222 North LaSalle Street
Chicago, IL    60601-1003

Account:    508170.0002

Univ. of Chicago Medical Center-David Song adv. Artunduaga

Invoice:    2044080
September 14, 2016

### Invoice Summary

Professional Fees Through August 31, 2016
Less Fee Reduction
Total Current Fees
Disbursements
**Amount Due - Current Period:**



**To pay by wire transfer,** route to:
Miller Nash Graham & Dunn LLP, U.S. Bank National Association
Account # 1536-0646-7352,    Routing # 123000220, Swift Code USBKUS44IMT
Bank address: Portland Main Branch, 321 SW 6th Avenue, Portland, OR 97204

**To pay by check,** remit to:
P.O. Box 3585
Portland, OR    97208-3585

Accounts due and payable in U.S. dollars upon receipt.    Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date.    Late charges of .75% per
month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice.    Tax ID # 93-0410518.

REDACTED

Account: 508170

Invoice: 2044080

September 14, 2016

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|--------------|------|-------------------------|



REDACTED

Account: 508170

Invoice:  2044080

September 14, 2016

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|



## Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| | | | | |
| **Summary Total:** | | | | |

## Disbursement Summary

| Disbursements | Amount |
|--------------|--------|
| | |
| King County Superior Court: Filing fee for subpoena to Dr. Keough | 262.49 |
| **Disbursement Total:** | |

REDACTED

7⁴

## Nier, Brenda E.

| | |
|---|---|
| **From:** | Fadaie, Gill |
| **Sent:** | Tuesday, August 16, 2016 2:01 PM |
| **To:** | CC |
| **Subject:** | VISA charge - $262.49 - 508170-0002/Stahlfeld - filing fee |
| **Attachments:** | Receipt.pdf |

**From:** KingCountyEcommerce@kingcounty.gov [mailto:KingCountyEcommerce@kingcounty.gov]
**Sent:** Tuesday, August 16, 2016 1:54 PM
**To:** Fadaie, Gill
**Subject:** King County Ecommerce - Payment Confirmation

Dear Gill Fadaie,

Thank you for completing your payment using the King County E-Filing Superior Court Clerks Office Payments. Your transaction reference number is 3681168347.

The following items were paid for on 8/16/2016 1:53:33 PM:

| Product Id | Description |
|---|---|
| 1100 | FOREIGN SUBPOENA MSC 2 , CASE - Dr. Maria Artunduaga vs The University of Chicago Medical Center and Dr. David Song |
| 1110 | SUBPOENA, CASE - Dr. Maria Artunduaga vs The University of Chicago Medical Center and Dr. David Song |

The total amount of the purchase including a $2.49 convenience fee was $262.49.

Please print this email and keep it as a receipt for your records. If you have any questions regarding your transaction, please contact a King County representative. Please do not respond to this email.

Thank you for filing your documents electronically and helping us to streamline government. If you have questions about your online payment or online filing, please call our office during normal business hours, Monday through Friday, 9:00 a.m. - 4:30 p.m.

Superior Court Clerks Office - 206-477-3000
Working Copies Seattle - 206-477-0835
Working Copies Kent - 206-477-3021
eservices@kingcounty.gov

516 3rd Avenue, Room E609
Seattle, WA 98104

**Gill Fadaie**
Assistant to Brian Esler, James Yand, Jeffrey Grieff, and Drew Duggan

1

# CONFIRMATION RECEIPT

| | |
|---|---|
| Case Number: | 16-2-19625-0 SEA |
| Case Title: | Dr. Maria Artunduaga vs The University of Chicago Medical Center and Dr. David Song |
| Submitted By: | Susan Stahlfeld |
| Bar Number: | 22003 |
| User ID: | Stahlfeld |
| Submitted Date/Time: | 8/16/2016 1:53:17 PM |
| Received Date/Time: | 8/16/2016 1:53:17 PM |
| Payment Reference: | 3681168347 |
| Total Cost: | $262.49 |

## DOCUMENTS

| | |
|---|---|
| Document Type: | FOREIGN SUBPOENA |
| File Name: | trial state subpoena.pdf |
| Cost: | $0.00 |

| | |
|---|---|
| Document Type: | INSTRUCTIONS (Download form at www.kingcounty.gov/courts/clerk/forms) |
| File Name: | Foreign Subpoena Instruction Sheet.pdf |
| Cost: | $0.00 |

| | |
|---|---|
| Document Type: | CASE INFORMATION COVER SHEET |
| File Name: | cics.pdf |
| Cost: | $0.00 |

| | |
|---|---|
| Document Type: | SUBPOENA |
| File Name: | Subpoena in a Civil Case (Foreign).pdf |
| Cost: | $20.00 |

| | |
|---|---|
| Document Type: | OTHER (DO NOT FILE UNSIGNED ORDERS) RE MESSENGER SLIP |
| File Name: | Seattle Legal Messenger Slip (pick-up).pdf |
| Cost: | $0.00 |

# SCHEDULE B



# ATG
# LEGALSERVE

1 South Wacker Drive, 24th Floor, Chicago, IL 60606, 312.752.1992

Tax ID 27−0643983

Vedder Price P.C.                          Invoice #: 34852
222 N. LaSalle St.
Suite 2600                                 Date: 04/23/2014
Chicago, IL 60601
Sec: **Shirley Baloun**

## INVOICE FOR SERVICE

**Service #70831:** BEZALEL DANTZ, M.D.        **Your File# 21140.30.0156**
DR. MARIA ARTUNDUAGA v. THE
UNIVERSITY OF CHICAGO MEDICAL
CENTER                                     Court Case #: 12−CV−08733
Standard Service                BEZALEL DANTZ, M.D.        **$59.00**
Immediate Rush Service                                      **$39.00**

**Service #70943:** BEZALEL DANTZ, M.D.        **Your File# 21140.30.0156**
DR. MARIA ARTUNDUAGA v. THE
UNIVERSITY OF CHICAGO MEDICAL
CENTER                                     Court Case #: 12−CV−08733
Standard Service                BEZALEL DANTZ, M.D.        **$59.00**
Immediate Rush Service                                      **$39.00**

**TOTAL CHARGES:**                                          **$196.00**

**BALANCE:**                                                **$196.00**

**REMIT TO:P.O.BOX 9136,**          PAYMENT TERMS:NET 15 DAYS
**CHAMPAIGN,IL 61826−9136**

1



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

**TAX NO. 62-1047356**

## SUMMARY

Emily C. Fess
The University of Chicago Medical Center
University of Chicago Medical Center
c/o Vedder Price
222 N Kasalle Street
Chicago, IL 60601

October 28, 2016
Bill No.8266902
Client/Matter: 2916152.000002

SKC

**Client: The University of Chicago Medical Center**
**Matter: Local Counsel Re: Service of Subpoena**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | ▉ |
| Current Expenses | $ | 95.00 |
| Total Current Amount | $ | ▉ |
| Previously Billed and Outstanding | $ | ▉ |
| TOTAL AMOUNT DUE | $ | ▉ |

ALABAMA   FLORIDA   GEORGIA   LOUISIANA   MISSISSIPPI   SOUTH CAROLINA   TENNESSEE   TEXAS   WASHINGTON D.C.

REDACTED

**The University of Chicago Medical Center**
**Local Counsel Re: Service of Subpoena**
Client/Matter: 2916152.000002

October 28, 2016
Bill No. 8266902
Page 2 of 2

### ITEMIZED FEES



| DATE | INITIALS | DESCRIPTION | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| | | TOTAL CURRENT FEES | | $ |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| | | TOTAL CURRENT FEES | | $ |

### ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Delivery Services/Messengers VENDOR: Legal Wings Inc.; INVOICE#: 149317; DATE: 9/2/2016 - CDC run; court filing; Jefferson sheriff's office for service | 09/02/16 | 95.00 |
| TOTAL CURRENT EXPENSES | | $ 95.00 |

TOTAL CURRENT AMOUNT DUE  $

### PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|-------------|-----------|---------|
| | | |

TOTAL PREVIOUSLY BILLED AND OUTSTANDING  $

TOTAL AMOUNT DUE  $

REDACTED

**Bocanegra, Nicholas**

| | |
|---|---|
| **From:** | Stephen Mentz <legalwings7996@gmail.com> |
| **Sent:** | Friday, February 17, 2017 4:15 PM |
| **To:** | Bocanegra, Nicholas |
| **Subject:** | Re: Vedder Price - Baker Donelson Invoice |

Afternoon Nick

Legal Wings picked up the pleading from their office and took the pleadings to the clerk of court where we have them date stamped coded scanned processed and put on the clerk's office computer. From this point legal Wings takes the pleadings to the Sheriff's Office where we pay all costs filing fees and have the Sheriff's Office code and process the pleadings. After this is done the pleadings are taken to the judge's Chambers where we obtain a hearing date the judge's signature and the clerk puts and processes the work on the judges computer. Then the pleadings are taken back to the clerk's office for final processing and to be sent to the Sheriff's Office for service. If you have any further questions please contact me at area code 504-884-0903 sincerely Stephen Mentz.

On Feb 16, 2017 4:45 PM, "Bocanegra, Nicholas" <nbocanegra@vedderprice.com> wrote:

Hello,

My firm, Vedder Price, received an invoice from Baker Donelson in which they billed services you performed for them. We are currently preparing a bill of cost and require a more detailed itemization of those services. Can you please provide us with a receipt for the services provided to Baker Donelson on our behalf?

The receipt date for those services is listed on the invoice as 09/02/2016, for a cost of $95.00.

Attached is a copy of the invoice upon which your services appear.

Thanks!

**Nick Bocanegra,** Project Assistant

**VedderPrice**

T +1 312 609 7968

1

222 North LaSalle Street, Chicago, Illinois 60601

web | email | offices

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales and with Vedder Price (CA), LLP which operates in California.



" A PROFESSIONAL COURT RUN SERVICE "

P. O. Box 8494
Metairie, LA 70011
504-484-7996



| CLIENT NAME: | | BAKER | | | | | |
| ATTN: ACCOUNTING DEPT. | | | | | 02-Sep-16 | | |
| Inv # | Date | File Name / Number | | O/A | Courier Amt | Reimb. Amt | Total Amt |
| 149317 | 09/02/16 | 2616900-011754  2916152-2 | | | $50.00 | $45.00 | $95.00 |
| | | TOTAL DUE: | | | | | |

*ACCOUNTS ARE DUE WITH IN 5 DAYS FROM THE INVOICE DATE*
*IF YOU HAVE ANY QUESTIONS, PLEASE CALL MONICA @ 504-484-7996*
*IF NOT PAYING THIS INVOICE IN FULL; PLEASE INDICATE WHICH*
*INVOICES YOU ARE PAYING IN ORDER TO APPLY THE MONIES*
*TO YOUR BILL CORRECTLY*



Q509542

*"We Appreciate Your Business" and look forward to your payment*
*Thank you for your cooperation.*

REDACTED

Office: (504) 484-7996

# LEGAL WINGS, INC.
P.O. Box 8494
Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE 149317

DATE: 9/2/16

BILL TO: *Baker*

SUIT NAME: _____

VS.

COURT: *CDC / Jeff Sheriff*

CASE NO. _____

FILE NO. *26060900-011754 2916152-2*

ATTORNEY: *S. Casey*

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:

   X____ CONFORMED COPY

   _____ CERTIFIED COPY

☐ TAKE TO JUDGE AND HAVE SIGNED

☐ DELIVER COPY TO JUDGE

☐ OBTAIN HEARING DATE

☑ ARRANGE FOR SERVICE → *W Allred to Jefferson Parish*

☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

BILLED AMOUNT: *$50.00*

REIMBURSEMENTS: *$45.00*

TOTAL INVOICE AMOUNT: *$95.00*

# BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ COURT RUN COVER SHEET

CLIENT/MATTER NUMBER 2616900-011754 ~~2916152-2~~

NAME Sarah Casey / Cathy Bretz

EXTENSION 8614 / 5243

DATE 8-31-16

TIME _____

CASE NO _____

DIVISION _____

PRIORITY: ☑ HIGH (must be done today)    ☐ LOW, DATE DUE _____

| ☐ USDC RUN ☐ 10:00 a.m. ☐ 3:00 p.m. | ☑ CDC RUN ☐ 10:00 a.m. ☑ 3:00 p.m. | ☐ GRETNA RUN 10:00 a.m. ( M-F ) |
|---|---|---|
| ☐ USDC | ☐ CDC | ☐ 24TH JDC |
| ☐ USBC | ☑ CIVIL SHERIFF | ☐ SHERIFF'S OFFICE |
| ☐ U.S. MARSHAL | ☐ FIRST CITY COURT | ☐ MORTGAGE OFFICE |
| ☐ U.S. 5TH CIRCUIT | ☐ MORTGAGE OFFICE | ☐ CONVEYANCE OFFICE |
| ☐ OTHER _____ | ☐ CONVEYANCE OFFICE | ☐ 5TH CIRCUIT |
| | ☐ NOTARIAL ARCHIVES | ☐ OTHER _____ |
| | ☐ 4TH CIRCUIT | |
| | ☐ SUPREME COURT | |
| | ☐ OTHER _____ | |

☑ FILING/SERVICE

TITLE OF DOCUMENT Subpoena - PLEASE EXPEDITE SERVICE - Deposition is next Wed., 9-7-16

SHERIFF'S OFFICE FOR SERVICE ☐ YES ☐ NO

HAND DELIVER COPY TO JUDGE ☐ YES ☐ NO

IF YES, NAME OF JUDGE _____

RETURN TIME-STAMPED COPIES ☐ YES ☐ NO

☐ COPYING

TITLE OF DOCUMENT TO BE COPIED _____

NUMBER OF COPIES _____ ☐ REGULAR ☐ CERTIFIED

☐ OTHER _____

☐ ACCOMPLISHED ☐ UNABLE TO ACCOMPLISH BECAUSE _____

_____ NAME OF RUNNER _____

Pink Copy

# SCHEDULE C

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

| | |
|---|---|
| DR. MARIA ARTUNDUAGA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   12-CV-08733 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER | ) |
| *Defendant* | ) (If the action is pending in another district, state where: |
| | )                                                                    ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Ricardo Garcia, c/o Jamie S. Franklin, The Franklin Law Firm LLC, 53 W. Jackson Boulevard, Suite 803, Chicago, IL 60604, jsf@thefranklinlawfirm.com

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  Vedder Price P.C., 222 N. LaSalle, Suite 2300, Chicago, Illinois  60601 | Date and Time: <br> 04/25/2014 1:00 pm |
|---|---|

The deposition will be recorded by this method:   Audio-visual recording device and stenographic means

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

### SEE ATTACHED RIDER

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   04/15/2014

CLERK OF COURT

_____         OR         _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
 The University of Chicago Medical Center _____ , who issues or requests this subpoena, are:
Michael G. Cleveland, Vedder Price P.C., 222 N. LaSalle, Chicago, Illinois  60601, mcleveland@vedderprice.com, (312) 609-7500

88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  12-CV-08733

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Ricardo Garcia

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: _____

via email and U.S. Mail to Jamie S. Franklin, The Franklin Law Firm LLC, 53 W. Jackson Boulevard, Suite 803,

Chicago, IL 60604, jsf@thefranklinlawfirm.com                on *(date)*   04/15/2014   ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    04/15/2014

_____
*Server's signature*

Michael G. Cleveland, Attorney for Defendant
*Printed name and title*
Vedder Price P.C.
222 N. LaSalle, Suite 2300
Chicago, Illinois  60601

_____
*Server's address*

Additional information regarding attempted service, etc:

88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**VEDDER PRICE** PC
222 N LaSalle Street
Chicago IL 60601
312.609.7500

Bank of America
70-480/819 IL

**337131**

04/17/2014

PAY TO THE
ORDER OF    RICARDO GARCIA

$40.00********

FORTY AND 00/100

VOID AFTER 120 DAYS
AUTHORIZED SIGNATURE

RICARDO GARCIA
FRANKLIN LAW FIRM, C/O JAMIE S FRANKLIN
53 W JACKSON BLVD, SUITE 803
CHICAGO, IL 60604

***COPY**COPY**COPY***

⑆337131⑆ ⑈081904808⑈ 5800505801⑆

**VEDDER PRICE** PC

VENDOR NAME: RICARDO GARCIA

VENDOR #:  GARCIARI

CHECK NO.    **337131**
CHECK DATE  04/17/2014

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 041514 | 04-15-2014 | WITNESS FEE FOR DEPOSITION | 40.00 |
| | | **TOTALS** | $40.00 |

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Illinois

| | | |
|---|---|---|
| DR. MARIA ARTUNDUAGA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   12-CV-08733 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Bezalel Dantz, M.D., S.C., 30 N. Michigan Avenue, Suite 703, Chicago, Illinois  60601

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  Vedder Price P.C., 222 N. LaSalle, Suite 2300, Chicago, Illinois  60601 | Date and Time: 05/16/2014 10:30 am |
|---|---|

The deposition will be recorded by this method:   Audio-visual recording device and stenographic means

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all medical, psychiatric or other records for Dr. Maria Artunduaga.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   04/17/2014

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
 The University of Chicago Medical Center _____ , who issues or requests this subpoena, are:
Michael G. Cleveland, Vedder Price P.C., 222 N. LaSalle, Chicago, Illinois  60601, mcleveland@vedderprice.com, (312) 609-7500

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 12-CV-08733

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Bezalel Dantz, M.D., S.C. _____

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: _____

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$         40.00         .

My fees are $ _____ for travel and $     40.00     for services, for a total of $     40.00     .

I declare under penalty of perjury that this information is true.

Date: _____04/17/2014_____                    _____
                                                                                       *Server's signature*

                                                                      _____
                                                                                        *Printed name and title*

                                                                      _____
                                                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| DR. MARIA ARTUNDUAGA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   12-CV-08733 |
| THE UNIVERSITY OF CHICAGO MEDICAL | ) | |
| CENTER | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Dr. Antonio Copete, 100 Memorial Drive, Apt. 5-1A, Cambridge, MA 02412

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: G & M Court Reporters, 42 Chauncy Street, Suite 1A, Boston, MA 02111 | Date and Time:<br>05/02/2014 12:00 pm |
|---|---|

The deposition will be recorded by this method:   Audio-visual recording device and stenographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

SEE ATTACHED RIDER

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   04/17/2014

CLERK OF COURT

_____          _____
Signature of Clerk or Deputy Clerk                       Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
The University of Chicago Medical Center _____ , who issues or requests this subpoena, are:
Michael G. Cleveland, Vedder Price P.C., 222 N. LaSalle, Chicago, Illinois  60601, mcleveland@vedderprice.com, (312) 609-7500

88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 12-CV-08733

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Dr. Antonio Copete

was received by me on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named individual as follows: _____

Dr. Antonio Copete, 100 Memorial Drive, Apt. 5-1A, Cambridge, MA 02412, via U.S. Mail

_____ on *(date)*  04/17/2014  ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____40.00_____ .

My fees are $ _____ for travel and $ ____40.00____ for services, for a total of $ ____40.00____ .

I declare under penalty of perjury that this information is true.

Date: ____04/17/2014____

_____
*Server's signature*

Michael G. Cleveland, Attorney for Defendant
*Printed name and title*
Vedder Price P.C.
222 N. LaSalle, Suite 2300
Chicago, Illinois 60601

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced In Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



**VEDDER PRICE PC**

|  |  | CHECK NO. | **337114** |
|  |  | CHECK DATE | 04/17/2014 |

VENDOR NAME: DR ANTONIO COPETE          VENDOR #:  COPETE

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 041614 | 04-16-2014 | WITNESS FEE FOR DEPOSITION | 40.00 |
|  |  |  |  |
|  |  | **TOTALS** | $40.00 |

# MARK R. KILLINGSWORTH

152 Cedar Lane    Princeton, NJ 08540
(609) 497-9710    fax: (609) 921-6569
mrk @ rci.rutgers.edu

October 30, 2015

Deposition testimony in re *Artunduaga v. UCMC*, August 2015:

2.50 hours @ $600/hour:                                    $**1,500.00**

nature of work performed:

| date | start | stop | hours | activity |
|------|-------|------|-------|----------|
| 10/27 | 0930 | 1200 | 2.50 | deposition testimony |

**TOTAL:**              **2.50** hours

(Social Security # 3?6-46-1538)

Amount:        $1,566.70          Sequence Number: ▓▓▓▓▓▓

Account: ▓▓▓▓▓▓▓▓          Capture Date:    11/27/2015

Bank Number: ▓▓▓▓          Check Number:    585467



REDACTED

# Employment Research Corporation
305 E. Eisenhower Pkwy, Suite 316, Ann Arbor, MI 48108 ▪ Phone: 734-477-9040 ▪ Fax: 734-477-9060

| Date | |
|---|---|
| 12/10/15 | EIN: 38-334-7863 |

| ERC case | Terms | Due Date | Invoice # |
|---|---|---|---|
| 25101 ... | Net 15 | 12/25/15 | 3482 |

| Bill To |
|---|
| Vedder Price |
| Ed Jepson, Jr. |
| 222 North Lasalle St |
| Chicago, IL 60601-1003 |

| Cite |
|---|
| Artunduaga v University of Chicago |

| Date | Item | Work Done | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/15 | MCohen Research | Testimony preparation | 4 | 450.00 | 1,800.00 |
| 12/1/15 | MCohen Research | Testimony preparation | 1.2 | 450.00 | 540.00 |

| Thank you for your business. | Invoice Total | ▮ |
|---|---|---|

REDACTED



**MILLER NASH** | **GRAHAM & DUNN**LLP

ATTORNEYS AT LAW

Remit address:
Post Office Box 3585
Portland, OR    97208-3585
(503) 224-5858

Vedder, Price, Kaufman & Kammholz
Attn: Elizabeth N. Hall
Shareholder
222 North LaSalle Street
Chicago, IL    60601-1003

Account:    508170.0002

Univ. of Chicago Medical Center-David Song adv. Artunduaga

Invoice:    2044080

September 14, 2016

<u>**Invoice Summary**</u>



| | |
|---|---|
| Professional Fees Through August 31, 2016 | $ ▮ |
| Less Fee Reduction | |
| Total Current Fees | $ ▮ |
| Disbursements | $ ▮ |
| **Amount Due - Current Period:** | $ ▮ |

**To pay by wire transfer**, route to:
Miller Nash Graham & Dunn LLP, U.S. Bank National Association
Account # 1536-0646-7352,    Routing # 123000220, Swift Code USBKUS44IMT
Bank address: Portland Main Branch, 321 SW 6th Avenue, Portland, OR 97204

**To pay by check**, remit to:
P.O. Box 3585
Portland, OR    97208-3585

Accounts due and payable in U.S. dollars upon receipt.    Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date.    Late charges of .75% per
month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice.    Tax ID # 93-0410518.

REDACTED

Account: 508170

Invoice: 2044080

September 14, 2016

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|--------------|------|-------------------------|



REDACTED

Account: 508170

Invoice:   2044080

September 14, 2016

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|



## Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| **Summary Total:** | | | | |

## Disbursement Summary

| Disbursements | Amount |
|---------------|--------|
| Dr. Meghan Keough: Witness Fee | 1,000.00 |
| **Disbursement Total:** | |

REDACTED

287647

**MILLER** | **GRAHAM**
**NASH** | **& DUNN** LLP
ATTORNEYS AT LAW

3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
503.224.5858

24-22/1230

| CHECK DATE |
|---|
| 08/16/16 |

| CHECK AMOUNT |
|---|
| $1,000.00 |

**PAY:** One thousand and 00/100************************************************

TO THE
ORDER OF    Dr. Meghan Keough

**usbank**

MILLER NASH GRAHAM & DUNN LLP

By _____

⑈287647⑈ ⑈123000220⑈ 153606467352⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE



**MAIL PAYMENT TO:**

*INVOICE*

OCHSNER HEALTH SYSTEM
ATTN PHYSICIAN ACCOUNTING DEPT
1201 S. CLEARVIEW PKWY.
BUILDING B, SUITE 500
NEW ORLEANS        LA 70121

|  |  |  |
|---|---|---|
| LI55000625 | 09/29/2016 | $1,690.00 |

Customer No.  20745

EMILY FESS, ESQ.
VEDDER PRICE, PC
222 NORTH LASALLE STREET
CHICAGO        IL 60601

PROV NAME     VELANDER, JENNIFER
PROV NO.        7667
PATIENT NAME  MARIA ARTUNDUAGA

**AMOUNT ENCLOSED $_____**

---------- PLEASE DETACH AND RETURN ABOVE PORTION WITH PAYMENT ----------

| Line | Item Description | Quantity | Unit Price | Credit | Net Amount |
|---|---|---|---|---|---|
| 1 | 609420<br>09/07/16 Deposition<br><br>Should you have any questions regarding this invoice, please contact Ochsner's Litigation Support Department at (504) 842-3919 and/or via litigationsupport@ochsner.org. Thank you very much.<br><br>Federal Tax ID 72-0502505 | 2.00   HR | $      845.00 | $        - | $      1,690.00 |

Billed To:

EMILY FESS, ESQ.
VEDDER PRICE, PC
222 NORTH LASALLE STREET
CHICAGO        IL 60601

PROV NAME     VELANDER, JENNIFER
PROV NO.        7667
PATIENT NAME  MARIA ARTUNDUAGA

**INVOICE TOTAL     $   1,690.00**

INVOICE NUMBER          LI55000625
INVOICE DATE             09/29/2016
**PAYMENT DUE DATE      10/29/2016**



Physician Accounting Dept./ Med Legal Billing
1201 S. Clearview Pkwy., Building B, Suite 500

Amount:         $1,690.00          Sequence Number: ▮▮▮▮▮

Account:        ▮▮▮▮▮               Capture Date:    12/01/2016

Bank Number:    ▮▮▮▮▮               Check Number:    610195

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Federal Insurance Company
120 Fifth Ave, Fifth Ave, Place
Pittsburgh, PA 15222-3008

CHUBB

Claim No: 0294899-03081

Check No: **610195**
Date: 10/27/2016

Bank of America
Atlanta, GA

64-1278
0611

PAY    One Thousand Six Hundred Ninety Dollars And 00/100 ¢

$***1,690.00

TO THE    **OCHSNER HEALTH SYSTEM**
ORDER
OF

Ochsner Health System
1201 S. Clearview Parkway
Building B, Suite 500
New Orleans, LA 70121

AUTHORIZED SIGNATURE

IN SETTLEMENT OF    INV# L155000625; DATED 9/29/16, DJP

⑆000061019⑆  ⑆061112788⑆  33598⑈69818⑆

Capital One, N.A. Richmond VA 065000090

41455SHW1180220161130000076331767

>065000090<

CAPITAL ONE, NA
Capital One, N.A. Richmond VA 065000090
41455SHW1180220161130000639902657          11302016
RICHMOND, VA 095 22
**Deposit**        882343936

For Deposit Only
Ochsner Clinic
Acct# 882343936
X

REDACTED

# SCHEDULE D

# In Demand Electronic Court Reporting, Inc. **Invoice**

*The future of court reporting is here and it's InDemand!*

3839 W. 109th Place

Chicago. IL 60655
Phone: (773) 239-6008     Fax: (312) 658-1366

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 28, 2014 | 30979son |

Andrew Oppenheimer
Vedder, Price P.C.
222 N LaSalle St
Ste 2600
Chicago, IL 60601

Phone:    (312) 609-7500     Fax:    (312) 609-5005

| | |
|---|---|
| **Witness:** | David Habin Song, M.D. |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center and David |
| **Venue:** | Northern District of Illinois - Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 12/4/2013 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 11:59 AM |
| **Reporter:** | Gratzl, Cynthia Adkins |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:13 | 11:59 | 78 |

20613son

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CE | E-Transcript, condensed, word index, ASCII | $2.80 | 51 | $142.80 |
| E | Online Exhibits | $0.45 | 11 | $4.95 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 6 | $6.00 |
| | | **Sub Total** | | $153.75 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $153.75 |

Fed. I.D. # 45-3680052

*We appreciate your business!*

**In Demand Electronic Court Reporting, Inc.**                  **Invoice**

3839 W. 109th Place

Chicago. IL 60655
Phone: (773) 239-6008          Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, November 03, 2016 | 32096bea |

Elda  Capilla
Vedder, Price P.C.
222 N LaSalle St
Ste 2600
Chicago, IL 60601

Phone:     (312) 609-7861     Fax:

| | |
|---|---|
| **Witness:** | David Habin Song, M.D. |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center and David |
| **Venue:** | Northern District of Illinois - Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 12/4/2013 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 11:59 AM |
| **Reporter:** | Gratzl, Cynthia Adkins |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:13 | 11:59 | 78 |

20613son

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| D | Video Synced Transcript - Per Hour | $80.00 | 1.5 | $120.00 |
| | Sub Total | | | $120.00 |
| | Payments | | | $0.00 |
| | Balance Due | | | $120.00 |

Fed. I.D. # 45-3680052

*We appreciate your business!*

## In Demand Electronic Court Reporting, Inc.                    **Invoice**

*The future of court reporting is here and it's InDemand!*

3839 W. 109th Place

Chicago. IL 60655

Phone: (773) 239-6008          Fax: (312) 658-1366

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 28, 2014 | 30980son |

Andrew Oppenheimer
Vedder, Price P.C.
222 N LaSalle St
Ste 2600
Chicago, IL 60601

Phone:      (312) 609-7500      Fax:      (312) 609-5005

| | |
|---|---|
| **Witness:** | David Habin Song, M.D. |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center and David |
| **Venue:** | Northern District of Illinois - Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 12/9/2013 |
| **Start Time:** | 12:30 PM |
| **End Time:** | 2:52 PM |
| **Reporter:** | Gratzl, Cynthia Adkins |
| **Claim #:** | |
| **File #:** | 20676son |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 1 :07 | 2 :52 | 73 |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CE | E-Transcript, condensed, word index, ASCII | $2.80 | 44 | $123.20 |
| E | Online Exhibits | $0.45 | 43 | $19.35 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 25 | $25.00 |
| | | **Sub Total** | | $167.55 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $167.55 |

Fed. I.D. # 45-3680052

*We appreciate your business!*

OK to pay

**In Demand Electronic Court Reporting, Inc.**                    **Invoice**

3839 W. 109th Place

Chicago. IL 60655

Phone: (773) 239-6008          Fax:

| Invoice Date | Invoice # |
| --- | --- |
| Thursday, November 03, 2016 | 32097bea |

Elda  Capilla
Vedder, Price P.C.
222 N LaSalle St
Ste 2600
Chicago, IL 60601

Phone:      (312) 609-7861     Fax:

| | |
| --- | --- |
| **Witness:** | David Habin Song, M.D. |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center and David |
| **Venue:** | Northern District of Illinois - Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 12/9/2013 |
| **Start Time:** | 12:30 PM |
| **End Time:** | 2:52 PM |
| **Reporter:** | Gratzl, Cynthia Adkins |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
| --- | --- | --- |
| 1 :07 | 2 :52 | 73 |

*20676son*

| Item | Description | Each | Quan | Total |
| --- | --- | --- | --- | --- |
| D | Video Synced Transcript - Per Hour | $80.00 | 1.25 | $100.00 |
| | | **Sub Total** | | **$100.00** |
| | | **Payments** | | **$0.00** |
| | | **Balance Due** | | **$100.00** |

**Fed. I.D. # 45-3680052**

*We appreciate your business!*

**Veritext Corp**
**Midwest Region**



1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

| Bill To: | Michael G. Cleveland, Esq | | |
|---|---|---|---|
| | Vedder Price, PC | **Invoice #:** | CHI2013337 |
| | 222 N LaSalle St | **Invoice Date:** | 4/21/2014 |
| | Suite 2600 | **Balance Due:** | $0.00 |
| | Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. University Of Chicago Medical Center |
| **Job #:** | 1826228 \| Job Date: 4/2/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael G. Cleveland, Esq |
| **Location:** | Vedder Price |
| | 222 North LaSalle St \| 24th Flr \| Chicago, IL 60601 |
| **Sched Atty:** | Michael G. Cleveland, Esq \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript - Medical, Technical or Video | Page | 352.00 | $4.15 | $1,460.80 |
| | Attendance Fee-Hrly | Hour | 9.00 | $60.00 | $540.00 |
| Maria Artunduaga | Surcharge - Extended Hours | Hour | 1.00 | $30.00 | $30.00 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

| Notes: Courtesy Discount Applied | | |
|---|---|---|
| | **Invoice Total:** | $2,095.80 |
| | **Courtesy Discounts:** | ($207.33) |
| | **Net Total:** | $1,888.47 |
| | **Payment:** | ($1,945.12) |
| | **Credit:** | $0.00 |
| | **Interest:** | $56.65 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CHI2013337 |
|---|---|
| **Job #:** | 1826228 |
| **Invoice Date:** | 4/21/2014 |
| **Balance:** | $0.00 |

91518

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Michael G. Cleveland, Esq<br>Vedder Price, PC<br>222 N LaSalle St<br>Suite 2600<br>Chicago, IL, 60601-1106 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2013779<br>4/16/2014<br>$0.00 |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. University Of Chicago Medical Center |
| **Job #:** | 1826228 \| Job Date: 4/2/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael G. Cleveland, Esq |
| **Location:** | Vedder Price |
| | 222 North LaSalle St \| 24th Flr \| Chicago, IL 60601 |
| **Sched Atty:** | Michael G. Cleveland, Esq \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Maria Artunduaga | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| | Video - Additional Hours | Hour | 8.00 | $155.00 | $1,240.00 |
| | Video - Media and Cloud Services | Per disk | 5.00 | $15.00 | $75.00 |

**Notes:** Courtesy Discount Applied

| | |
|---|---|
| **Invoice Total:** | $1,620.00 |
| **Courtesy Discounts:** | ($162.00) |
| **Net Total:** | $1,458.00 |
| **Payment:** | ($1,525.58) |
| **Credit:** | $0.00 |
| **Interest:** | $67.58 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2013779 |
| **Job #:** | 1826228 |
| **Invoice Date:** | 4/16/2014 |
| **Balance:** | $0.00 |

91518

## Veritext Corp
## Midwest Region

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**Bill To:** Edward C. Jepson, Jr.
Vedder Price, PC
222 N LaSalle St
Suite 2600
Chicago, IL, 60601-1106

| | |
|---|---|
| **Invoice #:** | CHI2528064 |
| **Invoice Date:** | 1/28/2016 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center |
| **Job #:** | 2210380 \| Job Date: 1/8/2016 \| Delivery: Normal |
| **Billing Atty:** | Edward C. Jepson, Jr. |
| **Location:** | Vedder Price PC |
| | 222 North LaSalle Street \| 25th Floor \| Chicago, IL 60601 |
| **Sched Atty:** | Edward C. Jepson, Jr. \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Maria Alexandra Buitrago Artunduaga | Video – Digitizing & Transcript Synchronization | Hour | 3.50 | $95.00 | $332.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $355.00 |
| | **Payment:** | ($355.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2528064 |
| **Job #:** | 2210380 |
| **Invoice Date:** | 1/28/2016 |
| **Balance:** | $0.00 |

91518

**Exhibit 5**

**Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974     Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 24, 2014 | 319len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:     (312) 609-7500     Fax:     (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Sara R. Dickie |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/1/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 3:24 PM |
| **Reporter:** | amie Hart, Lissa Dewar |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:27 | 3 :24 | **258** |

*166len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 222 | $621.60 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 16 | $16.00 |
| E | Online Exihibits | $0.45 | 31 | $13.95 |
| | | **Sub Total** | | $651.55 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $651.55 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**

**Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974       Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 24, 2014 | 320len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500      Fax:      (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Edwin L. Kaplan |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/11/2014 |
| **Start Time:** | 2:00 PM |
| **End Time:** | 4:31 PM |
| **Reporter:** | ssazian, Jordan Frahm |
| **Claim #:** | |
| **File #:** | 424bcp |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 2 :03 | 4 :31 | **130** |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 91 | $254.80 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 22 | $22.00 |
| E | Online Exihibits | $0.45 | 39 | $17.55 |
| | | **Sub Total** | | $294.35 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $294.35 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                          **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974      Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 24, 2014 | 321len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:    (312) 609-7500     Fax:    (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Konstantin Umanskiy |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/10/2014 |
| **Start Time:** | 11:00 AM |
| **End Time:** | 3:09 PM |
| **Reporter:** | ana Driscoll, Jamie Hart |
| **Claim #:** | |
| **File #:** | 168len |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 11:03 | 3 :09 | **191** |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 167 | $467.60 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 16 | $16.00 |
| E | Online Exihibits | $0.45 | 32 | $14.40 |
| | | **Sub Total** | | $498.00 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $498.00 |

**Fed. I.D. # 45-5331855**

***We appreciate your business!***

**Exhibit 5**                                                           **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 24, 2014 | 322len |

Phone: (847) 637-6974          Fax:


Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601


Phone:      (312) 609-7500      Fax:      (312) 609-5005

| Witness: | Dr. Peter Angelos |
|---|---|
| Case: | Maria Artunduaga v. The University of Chicago Medical Center |
| Venue: | Northern District of Illinois- Eastern Division |
| Case #: | 1:2012cv08733 |
| Date: | 4/9/2014 |
| Start Time: | 8:00 AM |
| End Time: | 11:23 AM |
| Reporter: | Jeremy Aynessazian |
| Claim #: | |
| File #: | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 8 :13 | 11:23 | **169** |

*167len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 136 | $380.80 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 16 | $16.00 |
| E | Online Exihibits | $0.45 | 40 | $18.00 |
| | | **Sub Total** | | $414.80 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $414.80 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                          Invoice

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974          Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, April 28, 2014 | 327len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:     (312) 609-7500     Fax:     (312) 609-5005

| Witness: | Dr. Mark Kendric Ferguson |
|---|---|
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/21/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 11:59 AM |
| **Reporter:** | issa Dewar, Jamie Hart |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 9 :57 | 11:59 | **105** |
| 9 :57 | 11:59 | **105** |

*170len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 78 | $218.40 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 11 | $11.00 |
| E | Online Exihibits | $0.45 | 29 | $13.05 |
| | | **Sub Total** | | $242.45 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $242.45 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                                 **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974          Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, April 28, 2014 | 329len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500     Fax:      (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Eric Grossman |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/22/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:44 AM |
| **Reporter:** | ppegard, Jordan Frahm |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:04 | 12:44 | **145** |

*171len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 116 | $324.80 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 16 | $16.00 |
| E | Online Exihibits | $0.45 | 31 | $13.95 |
| | | **Sub Total** | | $354.75 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $354.75 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                    **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784        Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, November 17, 2016 | 1138zus |

Elda Capilla
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:                        Fax:

| | |
|---|---|
| **Witness:** | Dr. Eric Grossman |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/22/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:44 AM |
| **Reporter:** | ppegard, Jordan Frahm |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:04 | 12:44 | **145** |

*171len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| VS | Video Text Synchronization Hourly | $72.00 | 3 | $216.00 |
| VD | Video Digitalization | $24.00 | 3 | $72.00 |
| | | **Sub Total** | | $288.00 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $288.00 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                            Invoice

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974          Fax:

| Invoice Date | Invoice # |
|---|---|
| Wednesday, April 30, 2014 | 341len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500     Fax:      (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Nora Jaskowiak |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/23/2014 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 4:31 PM |
| **Reporter:** | a Dewar, Jordan Frahm |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 1 :03 | 4 :31 | **184** |

*169len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 148 | $414.40 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 23 | $23.00 |
| E | Online Exihibits | $0.45 | 41 | $18.45 |
| | | **Sub Total** | | $455.85 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $455.85 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Michael G. Cleveland, Esq | Invoice #: | CHI2025315 |
|---|---|---|---|
| | Vedder Price, PC | Invoice Date: | 4/30/2014 |
| | 222 N LaSalle St | Balance Due: | $0.00 |
| | Suite 2600 | | |
| | Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center, et al. |
| **Job #:** | 1848721 \| Job Date: 4/25/2014 \| Delivery: Expedited |
| **Billing Atty:** | Michael G. Cleveland, Esq |
| **Location:** | Vedder Price |
| | 222 North LaSalle Street \| 24th Floor \| Chicago, IL 60601 |
| **Sched Atty:** | Michael G. Cleveland, Esq \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript | Page | 173.00 | $3.70 | $640.10 |
| | Transcript - Expedited Fee | Page | 173.00 | $1.50 | $259.50 |
| Ricardo Garcia | Attendance Fee-Hrly | Hour | 4.00 | $60.00 | $240.00 |
| | Exhibits | Per Page | 159.00 | $0.55 | $87.45 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

| | | |
|---|---|---|
| **Notes:** Courtesy Discount Applied | **Invoice Total:** | $1,292.05 |
| | **Courtesy Discounts:** | ($126.96) |
| | **Net Total:** | $1,165.09 |
| | **Payment:** | ($1,201.09) |
| | **Credit:** | $0.00 |
| | **Interest:** | $36.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

91518

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2025315 |
| **Job #:** | 1848721 |
| **Invoice Date:** | 4/30/2014 |
| **Balance:** | $0.00 |

**Exhibit 5**                                                                    **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974          Fax:

| Invoice Date | Invoice # |
|---|---|
| Tuesday, May 13, 2014 | 358len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500      Fax:      (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Jonathan J. Lusardi |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/30/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:48 PM |
| **Reporter:** | rdan Frahm, Jamie Hart |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:05 | 12:48 | **154** |

*172len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 130 | $364.00 |
| | | **Sub Total** | | $364.00 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $364.00 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                               **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, November 17, 2016 | 1137zus |

Elda  Capilla
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:                         Fax:

| | |
|---|---|
| **Witness:** | Dr. Jonathan J. Lusardi |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 4/30/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:48 PM |
| **Reporter:** | rdan Frahm, Jamie Hart |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:05 | 12:48 | **154** |

*172len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| VS | Video Text Synchronization Hourly | $72.00 | 3 | $216.00 |
| VD | Video Digitalization | $24.00 | 3 | $72.00 |
| DELIVERY | DVD Transcript Delivery | $42.00 | 1 | $42.00 |
| | **Sub Total** | | | $330.00 |
| | **Payments** | | | $0.00 |
| | **Balance Due** | | | $330.00 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                       **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (847) 637-6974          Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, May 19, 2014 | 374len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:     (312) 609-7500     Fax:     (312) 609-5005

| | |
|---|---|
| **Witness:** | Dr. Irma D. Fleming |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 5/5/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 1:24 PM |
| **Reporter:** | Ian Oppegard, Lynn Hill |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:03 | 1 :24 | 118 |

*181len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 156 | $436.80 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 20 | $20.00 |
| E | Online Exhibits | $0.45 | 57 | $25.65 |
| | | **Sub Total** | | $482.45 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $482.45 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                              **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Wednesday, January 11, 2017 | 1221zus |

Elda Capilla
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Dr. Irma D. Fleming |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 5/5/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 1:24 PM |
| **Reporter:** | Ian Oppegard, Lynn Hill |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:03 | 1 :24 | **178** |

*181len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| VS | Video Text Synchronization Hourly | $100.00 | 3 | $300.00 |
| VD | Video Digitalization | $24.00 | 3 | $72.00 |
| DELIVERY | DVD Transcript Delivery | $52.00 | 1 | $52.00 |
| | | **Sub Total** | | $424.00 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $424.00 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Andrew T. Oppenheimer, Esquire | **Invoice #:** | CHI2036748 |
| Vedder Price, PC | **Invoice Date:** | 5/19/2014 |
| 222 N LaSalle St | **Balance Due:** | $0.00 |
| Suite 2600 | | |
| Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| **Case:** | Dr. Artunduaga, Maria v. The University Of Chicago Medical Center, et al. |
| **Job #:** | 1847796 | Job Date: 5/2/2014 | Delivery: Normal |
| **Billing Atty:** | Andrew T. Oppenheimer, Esquire |
| **Location:** | G & M Court Reporters |
| | 42 Chauncy St | Ste 1A | Boston, MA 02111-2211 |
| **Sched Atty:** | Michael G. Cleveland, Esq | Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Antonio Julio Copete , M.D. | Original Transcript | Page | 123.00 | $3.80 | $467.40 |
| | Attendance Fee-Hrly | Hour | 3.00 | $60.00 | $180.00 |

| | | |
|---|---|---|
| **Notes:** Electronic Delivery | **Invoice Total:** | $647.40 |
| | **Payment:** | ($647.40) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2036748 |
| **Job #:** | 1847796 |
| **Invoice Date:** | 5/19/2014 |
| **Balance:** | $0.00 |

91518

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Michael G. Cleveland, Esq | Invoice #: | CHI2037954 |
|---|---|---|---|
| | Vedder Price, PC | Invoice Date: | 5/19/2014 |
| | 222 N LaSalle St | Balance Due: | $0.00 |
| | Suite 2600 | | |
| | Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| Case: | Dr. Artunduaga, Maria v. The University Of Chicago Medical Center, et al. |
| Job #: | 1847796 | Job Date: 5/2/2014 | Delivery: Normal |
| Billing Atty: | Michael G. Cleveland, Esq |
| Location: | G & M Court Reporters |
| | 42 Chauncy St | Ste 1A | Boston, MA 02111-2211 |
| Sched Atty: | Michael G. Cleveland, Esq | Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| | Video - Additional Hours | Hour | 2.00 | $155.00 | $310.00 |
| Antonio Julio Copete , M.D. | Video - Transcript Synchronization | Per hour | 2.50 | $95.00 | $237.50 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | Invoice Total: | $875.00 |
|---|---|---|---|
| | | Payment: | ($901.25) |
| | | Credit: | $0.00 |
| | | Interest: | $26.25 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

91518

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CHI2037954 |
|---|---|
| Job #: | 1847796 |
| Invoice Date: | 5/19/2014 |
| Balance: | $0.00 |

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



<table>
<tr><td>Bill To:</td><td>Michael G. Cleveland, Esq<br>Vedder Price, PC<br>222 N LaSalle St<br>Suite 2600<br>Chicago, IL, 60601-1106</td><td>**Invoice #:**<br>**Invoice Date:**<br>**Balance Due:**</td><td>CHI2049674<br>6/2/2014<br>$0.00</td></tr>
</table>

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center, et al. |
| **Job #:** | 1862520 \| Job Date: 5/16/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael G. Cleveland, Esq |
| **Location:** | Vedder Price |
| | 222 North LaSalle Street \| 24th Floor \| Chicago, IL 60601 |
| **Sched Atty:** | Michael G. Cleveland, Esq \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original Transcript | Page | 130.00 | $4.25 | $552.50 |
| | Attendance Fee-Hrly | Hour | 3.00 | $60.00 | $180.00 |
| Bezalel Dantz , M.D. | Exhibits | Per Page | 26.00 | $0.55 | $14.30 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

| | | |
|---|---|---|
| **Notes:** Courtesy Discount Applied | **Invoice Total:** | $769.30 |
| | **Courtesy Discounts:** | ($74.68) |
| | **Net Total:** | $694.62 |
| | **Payment:** | ($694.62) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CHI2049674 |
|---|---|
| **Job #:** | 1862520 |
| **Invoice Date:** | 6/2/2014 |
| **Balance:** | $0.00 |

91518

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Michael G. Cleveland, Esq | Invoice #: | CHI2063906 |
|---|---|---|---|
| | Vedder Price, PC | Invoice Date: | 6/19/2014 |
| | 222 N LaSalle St | Balance Due: | $0.00 |
| | Suite 2600 | | |
| | Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| Case: | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center, et al. |
| Job #: | 1862520 | Job Date: 5/16/2014 | Delivery: Normal |
| Billing Atty: | Michael G. Cleveland, Esq |
| Location: | Vedder Price |
| | 222 North LaSalle Street | 24th Floor | Chicago, IL 60601 |
| Sched Atty: | Michael G. Cleveland, Esq | Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| Bezalel Dantz , M.D. | Video - Additional Hours | Hour | 2.00 | $155.00 | $310.00 |
| | Video - Media and Cloud Services | Per disk | 2.00 | $15.00 | $30.00 |

| Notes: | | Invoice Total: | $645.00 |
|---|---|---|---|
| | | Payment: | ($645.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CHI2063906 |
|---|---|
| Job #: | 1862520 |
| Invoice Date: | 6/19/2014 |
| Balance: | $0.00 |

91518

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Elizabeth N. Hall, Esq | | |
|---|---|---|---|
| | Vedder Price, PC | **Invoice #:** | CHI2849281 |
| | 222 N LaSalle St | **Invoice Date:** | 1/6/2017 |
| | Suite 2600 | **Balance Due:** | $0.00 |
| | Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center, et al. |
| **Job #:** | 1862520 \| Job Date: 5/16/2014 \| Delivery: Expedited |
| **Billing Atty:** | Elizabeth N. Hall, Esq |
| **Location:** | Vedder Price |
| | 222 North LaSalle Street \| 24th Floor \| Chicago, IL 60601 |
| **Sched Atty:** | Michael G. Cleveland, Esq \| Vedder Price, PC |

| Witness | Description | Amount |
|---|---|---|
| Bezalel Dantz , M.D. | Video Services | $412.50 |
| | Delivery and Handling | $22.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $435.00 |
| | **Payment:** | ($435.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

91518

| Please remit payment to: | | |
|---|---|---|
| **Veritext** | **Invoice #:** | CHI2849281 |
| **P.O. Box 71303** | **Job #:** | 1862520 |
| **Chicago IL 60694-1303** | **Invoice Date:** | 1/6/2017 |
| | **Balance:** | $0.00 |

**Exhibit 5**                                                                        **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, November 24, 2014 | 626len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500     Fax:     (312) 609-5005

**Witness:**   Krista M. Curell

**Case:**   Maria Artunduaga v. The University of Chicago Medical Center

**Venue:**   Northern District of Illinois- Eastern Division

**Case #:**   1:2012cv08733

**Date:**   11/14/2014

**Start Time:**   11:00 AM

**End Time:**   2:32 PM

**Reporter:** issa Dewar, Jamie Hart

**Claim #:**

**File #:**

| Tape Detail | | |
|---|---|---|
| Start | Finish | Elapsed |
| 11:06 | 2 :32 | **186** |

258len

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 170 | $476.00 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 8 | $8.00 |
| E | Online Exihibits | $0.45 | 132 | $59.40 |
| | Sub Total | | | $543.40 |
| | Payments | | | $0.00 |
| | Balance Due | | | $543.40 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                    **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784         Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, December 1, 2014 | 631len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500     Fax:      (312) 609-5005

| **Witness:** | Barry Kamin |
|---|---|
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 11/24/2014 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 1:49 PM |
| **Reporter:** | ren Lykke, Ann Nejman |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 12:55 | 1 :49 | 54 |

*259len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 49 | $137.20 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 5 | $5.00 |
| E | Online Exihibits | $0.45 | 51 | $22.95 |
| | **Sub Total** | | | $165.15 |
| | **Payments** | | | $0.00 |
| | **Balance Due** | | | $165.15 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                             **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, December 15, 2014 | 650len |

Michael G. Cleveland
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7500      Fax:      (312) 609-5005

| | |
|---|---|
| **Witness:** | Akilah R. Williams |
| **Case:** | Maria Artunduaga v. The University of Chicago Medical Center |
| **Venue:** | Northern District of Illinois- Eastern Division |
| **Case #:** | 1:2012cv08733 |
| **Date:** | 12/6/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 11:22 AM |
| **Reporter:** | e Casillas, Ann Nejman |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:19 | 11:22 | **62** |

*301len*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 58 | $162.40 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 6 | $6.00 |
| E | Online Exihibits | $0.45 | 19 | $8.55 |
| | **Sub Total** | | | $176.95 |
| | **Payments** | | | $0.00 |
| | **Balance Due** | | | $176.95 |

Fed. I.D. # 45-5331855

*We appreciate your business!*

**Exhibit 5**                                                            **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Tuesday, October 6, 2015 | 400zus |

Edward C Jepson
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7582      Fax:      (312) 609-7500

| | |
|---|---|
| **Witness:** | Dr. Michael Simon |
| **Case:** | Maria Artunduaga v. David Song and The University of Chicago Medical C |
| **Venue:** | County Department Law Division |
| **Case #:** | 2014-L-008678 |
| **Date:** | 9/24/2015 |
| **Start Time:** | 1:30 PM |
| **End Time:** | 3:55 PM |
| **Reporter:** | arly Rose, Ann Nejman |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 1 :33 | 3 :55 | **126** |

*181zus*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 103 | $509.85 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 13 | $13.00 |
| E | Online Exihibits | $0.45 | 80 | $36.00 |
| | | **Sub Total** | | $558.85 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $558.85 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**

**Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784        Fax:

| Invoice Date | Invoice # |
|---|---|
| Tuesday, October 6, 2015 | 401zus |

Edward C Jepson
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7582      Fax:      (312) 609-7500

| | |
|---|---|
| **Witness:** | Dr. Mitchell Posner |
| **Case:** | Maria Artunduaga v. David Song and The University of Chicago Medical C |
| **Venue:** | County Department Law Division |
| **Case #:** | 2014-L-008678 |
| **Date:** | 9/25/2015 |
| **Start Time:** | 11:00 AM |
| **End Time:** | 12:11 PM |
| **Reporter:** | Santiago, Ann Nejman |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 11:04 | 12:11 | **62** |

*182zus*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CT | PDF Transcript Bundle Copy | $2.80 | 50 | $140.00 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 8 | $8.00 |
| E | Online Exihibits | $0.45 | 52 | $23.40 |
| | | **Sub Total** | | $171.40 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $171.40 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                               **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Thursday, October 8, 2015 | 409zus |

Edward C Jepson
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:    (312) 609-7582    Fax:    (312) 609-7500

| | |
|---|---|
| **Witness:** | Dr. Kevin Roggin |
| **Case:** | Maria Artunduaga v. David Song and The University of Chicago Medical C |
| **Venue:** | County Department Law Division |
| **Case #:** | 2014-L-008678 |
| **Date:** | 9/28/2015 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 12:30 PM |
| **Reporter:** | e Hotard, William Parry |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 9 :24 | 12:30 | **173** |

*183zus*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 155 | $767.25 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 19 | $19.00 |
| E | Online Exihibits | $0.45 | 83 | $37.35 |
| | | **Sub Total** | | $823.60 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $823.60 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**                                                       **Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784       Fax:

| Invoice Date | Invoice # |
|---|---|
| Wednesday, October 14, 2015 | 431zus |

Edward C Jepson
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:    (312) 609-7582    Fax:    (312) 609-7500

| | |
|---|---|
| **Witness:** | Dr. David Song |
| **Case:** | Maria Artunduaga v. David Song and The University of Chicago Medical C |
| **Venue:** | County Department Law Division |
| **Case #:** | 2014-L-008678 |
| **Date:** | 10/2/2015 |
| **Start Time:** | 9:45 AM |
| **End Time:** | 12:58 PM |
| **Reporter:** | jman, Elizabeth Malone |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 9 :53 | 12:58 | **170** |

*184zus*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 179 | $886.05 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 18 | $18.00 |
| E | Online Exihibits | $0.45 | 100 | $45.00 |
| | | **Sub Total** | | $949.05 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $949.05 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Exhibit 5**

**Invoice**

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784    Fax:

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 2, 2016 | 1114zus |

Elda  Capilla
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:             Fax:

| | |
|---|---|
| **Witness:** | Dr. David Song |
| **Case:** | Maria Artunduaga v. David Song and The University of Chicago Medical C |
| **Venue:** | County Department Law Division |
| **Case #:** | 2014-L-008678 |
| **Date:** | 10/2/2015 |
| **Start Time:** | 9:45 AM |
| **End Time:** | 12:58 PM |
| **Reporter:** | jman, Elizabeth Malone |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 9 :53 | 12:58 | **170** |

*184zus*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| VS | Video Text Synchronization Hourly | $72.00 | 3 | $216.00 |
| DELIVERY | DVD Transcript Delivery | $42.00 | 1 | $42.00 |
| VD | Video Digitalization | $24.00 | 3 | $72.00 |
| | **Sub Total** | | | $330.00 |
| | **Payments** | | | $0.00 |
| | **Balance Due** | | | $330.00 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Elizabeth N. Hall, Esq<br>Vedder Price, PC<br>222 N LaSalle St<br>Suite 2600<br>Chicago, IL, 60601-1106 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2463419<br>10/31/2015<br>$0.00 |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center, et al. |
| **Job #:** | 2157990 \| Job Date: 10/27/2015 \| Delivery: Expedited |
| **Billing Atty:** | Elizabeth N. Hall, Esq |
| **Location:** | Vedder Price PC |
| | 1633 Broadway \| 47th Floor \| New York, NY 10019 |
| **Sched Atty:** | Elizabeth N. Hall, Esq \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mark R. Killingsworth, dphil | Original Transcript - Medical, Technical or Video | Page | 169.00 | $4.80 | $811.20 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 169.00 | $3.35 | $566.15 |
| | Attendance Fee | 1 | 2.50 | $60.00 | $150.00 |
| | Exhibits | Per Page | 109.00 | $0.55 | $59.95 |
| | Litigation Package | 1 | 1.00 | $35.55 | $35.55 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,645.35 |
| | **Payment:** | ($1,645.35) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2463419 |
| **Job #:** | 2157990 |
| **Invoice Date:** | 10/31/2015 |
| **Balance:** | $0.00 |

91518

## Veritext Corp
## Midwest Region

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Edward C. Jepson, Jr., Esq | **Invoice #:** | CHI2471413 |
| Vedder Price, PC | **Invoice Date:** | 11/10/2015 |
| 222 N LaSalle St | **Balance Due:** | $0.00 |
| Suite 2600 | | |
| Chicago, IL, 60601-1106 | | |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center, et al. |
| **Job #:** | 2157990 \| Job Date: 10/27/2015 \| Delivery: Normal |
| **Billing Atty:** | Edward C. Jepson, Jr., Esq |
| **Location:** | Vedder Price PC |
| | 1633 Broadway \| 47th Floor \| New York, NY 10019 |
| **Sched Atty:** | Elizabeth N. Hall, Esq \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mark R. Killingsworth, dphil | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| | Video - Additional Hours | Hour | 1.50 | $155.00 | $232.50 |
| | Video - Media and Cloud Services | Per disk | 2.00 | $22.00 | $44.00 |
| | Video - DVD Video | Per disk | 2.00 | $60.00 | $120.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $724.00 |
| | **Payment:** | ($724.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2471413 |
| **Job #:** | 2157990 |
| **Invoice Date:** | 11/10/2015 |
| **Balance:** | $0.00 |

91518

**ANN ARBOR REPORTING SERVICE, INC.**

**106 North Fourth Avenue**
**Ann Arbor, MI 48104**    **www.aa4deps.com**
**(734) 330-5472**

| INVOICE | |
|---|---|
| DATE | INVOICE # |
| 1/5/2016 | 2400 |

| BILL TO |
|---|
| VEDDER & PRICE, PC<br>Elizabeth Hall<br>222 North LaSalle Street<br>Chicago, IL 60601 |

| CASE NAME - DEPONENTS - DEP DATE |
|---|
| Maria Artunduaga v UCMC<br>Case No. 12-cv-08733<br>Malcolm S. Cohen, Ph.D.<br>December 1, 2015 |

| EIN: 30-0566785 | TERMS | Due Date | SHIPPED | VIA | PMT RCV'D | REPORTER |
|---|---|---|---|---|---|---|
| | 2% 10 Net 30 | 2/4/2016 | 1/5/2016 | Federal Exp... | | JD |

| ITEM | DEPOSITION OF | AMOUNT |
|---|---|---|
| MIN-U-SCRIPT COPY<br>ETRANSCRIPT COPY<br>EXHIBITS<br>POSTAGE and DELIVE... | Malcolm S. Cohen, Ph.D. | 420.00<br>15.00<br>81.90<br>12.00 |
| | Schedule Your Next Deposition in Ann Arbor or Ypsilanti And Receive a 10% Discount. | |
| | PAST DUE | |
| | THANK YOU FOR YOUR BUSINESS! | |

| | | **TOTAL** | $528.90 |
|---|---|---|---|

**Capilla, Elda**

| | |
|---|---|
| **From:** | Bocanegra, Nicholas |
| **Sent:** | Wednesday, February 15, 2017 2:04 PM |
| **To:** | Capilla, Elda |
| **Subject:** | Ann Arbor Reporting Service - Vedder Price Invoice |

Below is what we received back from Jackie at Ann Arbor Reporting Service. Let me know if I should contact her again/what needs to be sent to us.

**Nick Bocanegra**
EXT: 7968

**From:** jackie@aa4deps.com [mailto:jackie@aa4deps.com]
**Sent:** Wednesday, February 15, 2017 1:19 PM
**To:** Bocanegra, Nicholas
**Subject:** Re: Vedder Price Invoice

Thank you, Nick.

The invoice has already been paid, so I won't be able to "change" the invoice at this point.

This is the breakdown of the costs, however:

Transcript:
175 pages @ $2.40 per page = $420.00

Exhibits:
273 pages @ $0.30 per page scanned = $81.90

Postage and Handling:
Federal Express = $12.00 flat fee for actual postage and delivery to the Fed Ex offices.

Please let me know if you need anything else.

Jackie Duchene

Ann Arbor Reporting Service, Inc.
Court Reporting & Video/videoconferencing
106 North Fourth Avenue
Ann Arbor MI 48104
(734) 330-5472
www.aa4deps.com

STATEMENT OF CONFIDENTIALITY

1

The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and may be subject to privilege, protecting communications between attorneys or solicitors and their clients. If you are not the intended recipient or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments if any.

**From:** "Bocanegra, Nicholas" <nbocanegra@vedderprice.com>
**To:** "jackie@aa4deps.com" <jackie@aa4deps.com>
**Sent:** Wednesday, February 15, 2017 12:14 PM
**Subject:** Vedder Price Invoice

Jackie,

Attached is the invoice we received dated 01/05/2016. For the bill of cost we are currently putting together for this matter can you please send along a more detailed itemized invoice that includes cost/page and number of pages per item? Please also detail the cost of the "Postage and delivery" item listed.

Thanks,

**Nick Bocanegra,** Project Assistant

**Vedder**Price

T +1 312 609 7968
222 North LaSalle Street, Chicago, Illinois 60601
web | email | offices

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales and with Vedder Price (CA), LLP which operates in California.

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Edward C. Jepson, Jr.<br>Vedder Price, PC<br>222 N LaSalle St<br>Suite 2600<br>Chicago, IL, 60601-1106 | **Invoice #:** CHI2525597<br>**Invoice Date:** 1/28/2016<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center |
| **Job #:** | 2210380 | Job Date: 1/8/2016 | Delivery: Expedited |
| **Billing Atty:** | Edward C. Jepson, Jr. |
| **Location:** | Vedder Price PC |
| | 222 North LaSalle Street | 25th Floor | Chicago, IL 60601 |
| **Sched Atty:** | Edward C. Jepson, Jr. | Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Maria Alexandra Buitrago Artunduaga | Original Transcript - Medical, Technical or Video | Page | 194.00 | $4.25 | $824.50 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 194.00 | $1.80 | $349.20 |
| | Attendance Fee-Hrly | Hour | 4.00 | $65.00 | $260.00 |
| | Exhibits | Per Page | 451.00 | $0.40 | $180.40 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $55.00 | $55.00 |
| | Litigation Package | 1 | 1.00 | $35.55 | $35.55 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

**Notes:** Courtesy Discount Applied

| | |
|---|---|
| **Invoice Total:** | $1,727.15 |
| **Courtesy Discounts:** | ($143.37) |
| **Net Total:** | $1,583.78 |
| **Payment:** | ($1,583.78) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2525597 |
| **Job #:** | 2210380 |
| **Invoice Date:** | 1/28/2016 |
| **Balance:** | $0.00 |

91518

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Edward C. Jepson, Jr.<br>Vedder Price, PC<br>222 N LaSalle St<br>Suite 2600<br>Chicago, IL, 60601-1106 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2524280<br>1/12/2016<br>$0.00 |

| | |
|---|---|
| **Case:** | Artunduaga, Dr. Maria v. The University Of Chicago Medical Center |
| **Job #:** | 2210380 \| Job Date: 1/8/2016 \| Delivery: Normal |
| **Billing Atty:** | Edward C. Jepson, Jr. |
| **Location:** | Vedder Price PC |
| | 222 North LaSalle Street \| 25th Floor \| Chicago, IL 60601 |
| **Sched Atty:** | Edward C. Jepson, Jr. \| Vedder Price, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $305.00 | $305.00 |
| | Video - Additional Hours | Hour | 3.00 | $155.00 | $465.00 |
| Maria Alexandra Buitrago Artunduaga | Video - Media and Cloud Services | Per disk | 2.00 | $22.00 | $44.00 |
| | DVD Copy | | 2.00 | $60.00 | $120.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $956.50 |
| | **Payment:** | ($956.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

91518

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2524280 |
| **Job #:** | 2210380 |
| **Invoice Date:** | 1/12/2016 |
| **Balance:** | $0.00 |

## Exhibit 5

# Invoice

635 North Dearborn Street
Suite 901
Chicago, IL 60654
Phone: (312) 945-7784          Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, February 15, 2016 | 585zus |

Elizabeth N. Hall
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Phone:      (312) 609-7795      Fax:

| | |
|---|---|
| **Witness:** | Dr. Peggy Simpson |
| **Case:** | Maria Artunduaga v. David Song and The University of Chicago Medical C |
| **Venue:** | County Department Law Division |
| **Case #:** | 2014-L-008678 |
| **Date:** | 2/3/2016 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 3:42 PM |
| **Reporter:** | e Hotard, Lauren Lykke |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 1 :34 | 3 :42 | **118** |

*295zus*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 104 | $514.80 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 11 | $11.00 |
| E | Online Exihibits | $0.45 | 58 | $26.10 |
| | | **Sub Total** | | $551.90 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $551.90 |

Fed. I.D. # 45-5331855

*We appreciate your business!*

**INVOICE**

Page 1

**DTI**

Phone: **312-386-2000**

Vedder Price PC
222 North Lasalle Street
Chicago, IL 60601-1003

| | |
|---|---|
| Invoice #: | M-077753 |
| Invoice Date: | 07/18/16 |
| Our Order #: | CH-088934-03 |
| Customer #: | 101784 |

Attn: EDWARD JEPSON

Terms: Due upon receipt

Case No: 14 L 8678

YOUR FILE NUMBER    21140.30.0126

| Artunduaga vs. UCMC Job Date: 06/18/16 | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deponent: Dr. Irma Fleming | | | | |
| Deposition Appearance Fee - Regular - Up to 2 hours-Ea-STD | 1 | HOUR | $125.00 | $125.00 |
| Minimum - Videography-Ea-STD | 1 | EACH | $525.00 | $525.00 |
| Video Hourly-Hr-STD | 1 | HOUR | $142.50 | $142.50 |
| Tape Stock - DV Cam-Ea-STD | 1 | EACH | $40.00 | $40.00 |
| DTI-Viewer - Per Hour-Hr-STD | 2 | EACH | $95.00 | $190.00 |
| Delivery - Video-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| DISCOUNT | 1 | EACH | $-153.38 | $-153.38 |

| | |
|---|---|
| Subtotal: | $889.12 |
| Sales Tax | $0.00 |
| Total Invoice USD | $889.12 |

Thank You. Your Business is appreciated.

---

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

**INVOICE**

Page 1

# DTI

**Phone:** 312-386-2000

Vedder Price PC
222 North Lasalle Street
Chicago, IL 60601-1003

| | |
|---|---|
| **Invoice #:** | M-077750 |
| **Invoice Date:** | 07/18/16 |
| **Our Order #:** | CH-088934-01 |
| **Customer #:** | 101784 |

Attn: ELIZABETH HALL

Terms: Due upon receipt

Case No: 14 L 8678

YOUR FILE NUMBER    21140.30.0126

Artunduaga vs. UCMC
Job Date: 06/18/16

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deponent: Dr. Irma Fleming | | | | |
| Deposition Appearance Fee - Regular - Up to 2 hours-Ea-STD | 1 | HOUR | $125.00 | $125.00 |
| Delivery - Transcript-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 23 | PAGE | $0.40 | $9.20 |
| Deposition (Technical/Expert) Transcript - Original-Pg-STD | 107 | PAGE | $3.75 | $401.25 |
| DISCOUNT | 1 | EACH | $-88.19 | $-88.19 |

| | |
|---|---|
| **Subtotal:** | **$519.76** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$519.76** |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
**1-800-536-5255**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178668 | 9/14/2016 | 89011 |

| Job Date | Case No. |
|---|---|
| 9/7/2016 | |

| Case Name |
|---|
| Maria Artunduaga vs University of Chicago Medical Center and David Song |

| Payment Terms |
|---|
| 30 days |

Fess, Emily C.
Vedder Price
222 North LaSalle Street
Chicago IL 60601

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Dr. Jennifer Velander | 81.00 | Pages | @ | 4.32 | 349.92 |
| BLACK & WHITE EXHIBITS | 13.00 | Pages | @ | 0.25 | 3.25 |
| EXHIBIT TABS | 2.00 | | @ | 0.60 | 1.20 |
| UPS 2ND DAY AIR | | | | 35.00 | 35.00 |
| | | | **TOTAL DUE >>>** | | **$389.37** |

**Tax ID:** 72-1177884

Phone: (312) 609 7500     Fax:(312) 609 5005

*Please detach bottom portion and return with payment.*

Fess, Emily C.
Vedder Price
222 North LaSalle Street
Chicago IL 60601

| | | |
|---|---|---|
| Invoice No. | : | 178668 |
| Invoice Date | : | 9/14/2016 |
| **Total Due** | : | **$389.37** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans LA 70130**

| | | |
|---|---|---|
| Job No. | : | 89011 |
| BU ID | : | 1-REP |
| Case No. | : | |
| Case Name | : | Maria Artunduaga vs University of Chicago Medical Center and David Song |



**INVOICE**

Page 1

**Phone:** 312-386-2000

Vedder Price PC
222 North Lasalle Street
Chicago, IL 60601-1003

| | |
|---|---|
| **Invoice #:** | M-089841 |
| **Invoice Date:** | 09/23/16 |
| **Our Order #:** | CH-098322-02 |
| **Customer #:** | 101784 |

Attn: EMILY FESS

Terms: Due upon receipt

Case No: 14 L 8678

YOUR FILE NUMBER 21140.30.0126

Artunduaga vs. UCMC
Job Date: 09/07/16

Deponent: Jennifer Velander, M.D.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| DTI Viewer - Per Hour-Hr-STD | 2 | EACH | $95.00 | $190.00 |
| Minimum - Videography-Ea-STD | 1 | EACH | $350.00 | $350.00 |
| Video Hourly-Hr-STD | 1 | HOUR | $95.00 | $95.00 |
| Tape Stock - DV Cam-Ea-STD | 1 | EACH | $40.00 | $40.00 |
| Delivery - Video-Ea-STD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$695.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$695.00** |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793



**INVOICE**

Page 1

| | Phone: | **312-386-2000** |
|---|---|---|

Vedder Price PC
222 North Lasalle Street
Chicago, IL 60601-1003

| | |
|---|---|
| **Invoice #:** | M-088884 |
| **Invoice Date:** | 09/19/16 |
| **Our Order #:** | CH-097359-01 |
| **Customer #:** | 101784 |

Attn: ELIZABETH HALL

Terms: Due upon receipt

Case No: 12-cv-08733

YOUR FILE NUMBER    21140.30.0156

DR. MARIA ARTUNDUAGA vs.
THE UNIVERSITY OF CHICAGO MEDICAL CENTER

Job Date: 08/25/16
Deponent: Joly Raju (nee Jose)

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Obtaining Witness Signature-Ea-STD | 1 | EACH | $25.00 | $25.00 |
| Cab/Taxi - Reporter-Ea-STD | 1 | EACH | $53.40 | $53.40 |
| Deposition Appearance Fee - Regular - Up to 2 hours-Ea-STD | 1 | HOUR | $125.00 | $125.00 |
| Deposition Appearance Fee - Regular - Hourly-Hr-STD | 0.5 | HOUR | $93.75 | $46.88 |
| Delivery - Transcript-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| TotalTranscript Archive-Ea-STD | 1 | EACH | $7.50 | $7.50 |
| Exhibit Scanning - PDF-Pg-STD | 9 | PAGE | $0.40 | $3.60 |
| Deposition Transcript - Original-Pg-STD | 169 | PAGE | $3.75 | $633.75 |
| DISCOUNT | 1 | EACH | $-132.26 | $-132.26 |

| | | |
|---|---|---|
| **Subtotal:** | **$827.87** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$827.87** |

Thank You. Your Business is appreciated.

| | |
|---|---|
| **REMIT TO:** | **PLEASE PAY FROM THIS INVOICE** |
| DTI | **ABA Routing #:** 121000248 |
| PO Box 936158 | **Beneficiary Account #:** 4125126904 |
| Atlanta, GA 31193-6158 | **Beneficiary Name:** DTI |

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax No: 58-2413793



**INVOICE**
Page 1

**Phone:** **312-386-2000**

Vedder Price PC
222 North Lasalle Street
Chicago, IL 60601-1003

**Invoice #:** M-090187
**Invoice Date:** 09/27/16
**Our Order #:** CH-097359-02
**Customer #:** 101784

Attn: ELIZABETH HALL

Terms: Due upon receipt

Case No: 12-cv-08733

**YOUR FILE NUMBER** 21140.30.0156

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| DR. MARIA ARTUNDUAGA vs. | | | | |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER | | | | |
| | | | | |
| Job Date: 08/25/16 | | | | |
| Deponent: Joly Raju (nee Jose) | | | | |
| DTI Viewer - Per Hour-Hr-STD | 3 | EACH | $95.00 | $285.00 |
| Minimum - Videography-Ea-STD | 1 | EACH | $350.00 | $350.00 |
| Video Hourly-Hr-STD | 2 | HOUR | $95.00 | $190.00 |
| Tape Stock - DV Cam-Ea-STD | 2 | EACH | $40.00 | $80.00 |
| Delivery - Video-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| DISCOUNT | 1 | EACH | $-135.75 | $-135.75 |

| | |
|---|---|
| **Subtotal:** | **$789.25** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$789.25** |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax No: 58-2413793



**INVOICE**

Page   1

**Phone:**   212-557-7400

Vedder Price PC
222 North Lasalle Street
Chicago, IL  60601-1003

| | |
|---|---|
| **Invoice #:** | M-093341 |
| **Invoice Date:** | 10/13/16 |
| **Our Order #:** | NY-099350-01 |
| **Customer #:** | 101784 |

Attn:  EMILY FESS

Terms: Due upon receipt

Case No: Chubb

Dr Maria Artundauaga vs. UCMC & Dr David Song
Job Date: 09/21/16

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deponent: Meghan E. Keough, Ph.D. | | | | |
| Rough ASCII-Pg-STD | 73 | EACH | $1.00 | $73.00 |
| Delivery - Transcript-Ea-STD | 1 | EACH | $13.95 | $13.95 |
| Deposition Transcript - Original-Pg-STD | 88 | PAGE | $2.91 | $256.08 |

| | |
|---|---|
| **Subtotal:** | **$343.03** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$343.03** |

**Depo Location:**    2801 Alaskan Way
Suite 300
Seattle, WA  98121

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No: 58-2413793



**INVOICE**

Page   1

**Phone:**    **212-557-7400**

Vedder Price PC
222 North Lasalle Street
Chicago, IL  60601-1003

| | |
|---|---|
| **Invoice #:** | M-095741 |
| **Invoice Date:** | 10/28/16 |
| **Our Order #:** | NY-099350-02 |
| **Customer #:** | 101784 |

Attn:   EMILY FESS

Terms: Due upon receipt

Case No: Chubb

Dr Maria Artundauaga vs. UCMC & Dr David Song
Job Date: 09/21/16

Deponent: Meghan E. Keough, Ph.D.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Tape Stock - DV Cam-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| Delivery - Video-Ea-STD | 1 | EACH | $12.70 | $12.70 |
| Video + Sync & Media-Hr-STD | 3.5 | HOUR | $150.00 | $525.00 |

| | |
|---|---|
| **Subtotal:** | **$557.70** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$557.70** |

**Depo Location:**    2801 Alaskan Way
Suite 300
Seattle, WA  98121

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax No: 58-2413793

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00003705

| | |
|---|---|
| MS. ELIZABETH HALL<br>VEDDER, PRICE, KAUFMAN & KAMMHOLZ<br>222 North LaSalle Street<br>Chicago, IL 60601<br><br>Phone: (312) 609-7500 | **─MAKE CHECKS PAYABLE TO:─**<br>JOSEPH A. RICKHOFF<br>Official Court Reporter<br>219 S. Dearborn Street<br>Suite 1232<br>Chicago, IL 60604<br><br>Phone: (312) 435-5562<br><br>Tax ID: 36-4473619 |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED:<br>01-31-2017 | DATE DELIVERED:<br>02-04-2017 |
|---|---|---|

**Case Style:** 12 C 8733, ARTUNDUAGA v UCMC

TRANSCRIPT OF TRIAL PROCEEDINGS BEFORE THE HON. AMY J. ST. EVE ON JANUARY 30 AND 31, 2017, AND FEBRUARY 1, 2 AND 3, 2017.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1050 | 6.05 | 6,352.50 | | | | | | | 6,352.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 6,352.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $6,352.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| */s/ Joseph Rickhoff* | 02-04-2017 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00003706

**MAKE CHECKS PAYABLE TO:**

MS. ELIZABETH HALL
VEDDER, PRICE, KAUFMAN & KAMMHOLZ
222 North LaSalle Street
Chicago, IL 60601

Phone: (312) 609-7500

JOSEPH A. RICKHOFF
Official Court Reporter
219 S. Dearborn Street
Suite 1232
Chicago, IL 60604

Phone: (312) 435-5562

Tax ID: 36-4473619

| | |
|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 02-06-2017    DATE DELIVERED: 02-09-2017 |

**Case Style:** 12 C 8733, ARTUNDUAGA v UCMC
TRANSCRIPT OF TRIAL PROCEEDINGS BEFORE THE HON. AMY J. ST. EVE ON
FEBRUARY 6, 8 AND 9, 2017.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 513 | 6.05 | 3,103.65 | | | | | | | 3,103.65 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 3,103.65 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $3,103.65 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: */s/ Joseph Rickhoff* | DATE 02-09-2017 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO:   00003709

MAKE CHECKS PAYABLE TO:

MS. ELIZABETH HALL
VEDDER, PRICE, KAUFMAN & KAMMHOLZ
222 North LaSalle Street
Chicago, IL 60601

Phone:   (312) 609-7500

JOSEPH A. RICKHOFF
Official Court Reporter
219 S. Dearborn Street
Suite 1232
Chicago, IL 60604

Phone:   (312) 435-5562

Tax ID:   36-4473619

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 02-10-2017 | 02-10-2017 |

**Case Style:** 12 C 8733, ARTUNDUAGA v UCMC
TRANSCRIPT OF TRIAL PROCEEDINGS BEFORE THE HON. AMY J. ST. EVE ON
FEBRUARY 9, 2017 - VERDICT TRANSCRIPT

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 4 | 4.85 | 19.40 | | | | | | | 19.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 19.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $19.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| */s/ Joseph Rickhoff* | 02-10-2017 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# SCHEDULE E



**DOCUMENT SERVICES**
60 E. Van Buren S-1502 Chicago, IL 60605

# Invoice

| Invoice Number: | **97488** |
|---|---|
| Date: | 12/16/2013 |
| Terms: | Net 30 |
| Due Date: | 1/15/2014 |

**Sold To:**

Mr. Michael G. Cleveland
Vedder Price Kaufman & Kammholz
222 N. LaSalle St.
S-2600
Chicago, IL 60601-0000

| | | | |
|---|---|---|---|
| **Ordered By:** | Originals from EEOC | **Job Number:** | 1213-0360 |
| **Client Reference:** | 440-2012-03996, Artunduaga v. University of Chicago Medical Center | **Sales Rep:** | Scott Youngblood |
| | | **Delivery Date:** | 12/16/2013 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 781 | Litigation Copies 8 1/2 x 11 | 0.15 | $117.15 |

**Remit to:**

**Aloha Document Services, Inc.**
**60 E. Van Buren St. S-1502**
**Chicago, IL 60605**
**FEIN: 30-0059700**
*Credit cards accepted - please call 312-542-1300 for information.*

| **PAY THIS AMOUNT:** | **$117.15** |
|---|---|

*Past due invoices are subject to 1.5% interest per month.*

OK to pay.

Feb 11 2016 11:35AM Psych Med Assoc 2063863123                    page 3

## PSYCHIATRIC MEDICINE ASSOCIATES

1505 Westlake Ave. N, Suite 920                    Phone (206)386-3103  Fax (206)386-3123
Seattle, WA 98109-6211                                   www.psychiatricmedicine.com

# Pre-Payment Form
## For Medical Records, Reports, and/or Letters

Requested By: _Vedder Price_   Date Request Received: _2/9/16_

Provider: _DR M. Keonga_

Patient Name: _Maria Artunduaga_

Requested Report or Letter: _—_

Records: _✓_

Release of Information signed?   ☒ Yes        ☐ No

| FEES | | |
|---|---|---|
| Report or Letter Fee for _____ hours | $ | — |
| Clerical processing fee ($25.00) | $ | 25.00 |
| Number of Pages: 26 | | |
| First 30 pages      ($1.12 per page) | $ | 29.12 |
| Additional pages    ($0.84 per page) | $ | — |
| TOTAL CHARGE | $ | 54.12 |

**We will forward the records once we receive payment. Please remit
payment with a copy of this request to ensure proper credit.
We DO NOT accept credit card payments.**

**Psychiatric Medicine Associates Tax ID: 45-2223140**

Notes:_____

_____

_____

_____

Mar 24 2016 02:08PM Psych Med Assoc 2063863123                    page 2

## PSYCHIATRIC MEDICINE ASSOCIATES

1505 Westlake Ave. N, Suite 920                    Phone (206)386-3103 Fax (206)386-3123
Seattle, WA 98109-6211                             www.psychiatricmedicine.com

# Pre-Payment Form
## For Medical Records, Reports, and/or Letters

Requested By: _Vedder Price_          Date Request Received: _3|24|16_

Provider: _DR. J. Velander_

Patient Name: _Maria Artunduaga_

Requested Report or Letter: _—_

Records: _✓_

Release of Information signed?  ☒ Yes          ☐ No

| FEES | |
|---|---|
| Report or Letter Fee for _____ hours | $ _—_ |
| Clerical processing fee ($25.00) | $ _25.00_ |
| Number of Pages: _8_ | |
| First 30 pages ($1.12 per page) | $ _8.96_ |
| Additional pages ($0.84 per page) | $ _—_ |
| TOTAL CHARGE | $ _33.96_ |

We will forward the records once we receive payment. Please remit
payment with a copy of this request to ensure proper credit.
We DO NOT accept credit card payments.

Psychiatric Medicine Associates Tax ID: 45-2223140

Notes: _____

_____

_____

_____

4 2016 01:33PM Psych Med Assoc 2063863123                          page 3

# PSYCHIATRIC MEDICINE ASSOCIATES

1505 Westlake Ave. N, Suite 920          Phone (206)386-3103  Fax (206)386-3123
Seattle, WA 98109-6211                   www.psychiatricmedicine.com

## Pre-Payment Form
### For Medical Records, Reports, and/or Letters

Requested By: _Vedder Price_          Date Request Received: _7/14/16_

Provider: _Dr. Keough_

Patient Name: _Maria Artunduaga_

Requested Report or Letter: _—_

Records: _✓_

Release of Information signed?   ☑ Yes      ☐ No

| FEES | |
|------|------|
| Report or Letter Fee for _____ hours | $ _—_ |
| Clerical processing fee ($25.00) | $ _25.00_ |
| Number of Pages: _23_ | |
| First 30 pages        ($1.12 per page) | $ _25.76_ |
| Additional pages     ($0.84 per page) | $ _—_ |
| TOTAL CHARGE | $ _50.76_ |

**We will forward the records once we receive payment. Please remit
payment with a copy of this request to ensure proper credit.
We DO NOT accept credit card payments.**

**Psychiatric Medicine Associates Tax ID: 45-2223140**

Notes:_____
_____
_____
_____

# PSYCHIATRIC MEDICINE ASSOCIATES

1505 Westlake Ave. N, Suite 920                    Phone (206)386-3103  Fax (206)386-3123
Seattle, WA 98109-6211                             www.psychiatricmedicine.com

## Pre-Payment Form
### For Medical Records, Reports, and/or Letters

Requested By. _Emily Fess_____ Date Request Received: ―

Provider: _Dr Meghan Keough_____

Patient Name: _Maria Artunduaga_____

Requested Report or Letter: _―_____

Records: _____

Release of Information signed?  ☐ Yes        ☐ No

| FEES | |
|---|---|
| Report or Letter Fee for_____ hours | $_____ |
| Clerical processing fee ($25.00) | $ 25.00 |
| Number of Pages: 55 | |
| First 30 pages         ($1.12 per page) | $ 33.60 |
| Additional pages     ($0.84 per page) | $ 21.00 |
| TOTAL CHARGE | $ 79.60 |

**We will forward the records once we receive payment. Please remit
payment with a copy of this request to ensure proper credit.
We DO NOT accept credit card payments.**

### Psychiatric Medicine Associates Tax ID: 45-2223140

Notes:_____

_____

_____

_____

| Request Must Mail To:<br>Shipping Address Same As Invoice To | Invoice No. | Invoice Date | Terms |
|---|---|---|---|
| | 263360 | 08/24/16 | NET 15 DAYS |
| | Federal Id.: 93-1153450 | | Request No.: 217546 |

Customer Number: VEDD222
Vedder Price PC
222 North LaSalle Street, 2300
Chicago
IL 60601

Facility Information
ACHN Pilsen Family Health Center

## Patient Information

Patient Name: MARIA ARTUNDUAGA
SSN:
Case Number: 2014 L 8678
Policy Number:
Claim Number:

Group #:
ID Number:
Treatment Date:
Birth Date: 05/18/1980

| Date | Request # | Breakdown of fees | Qty | Total |
|---|---|---|---|---|
| 08/23/16 | 217546 | Retrieval Fee | | 0.00 |
| | | Clerical Fee | | 26.77 |
| | | Conversion Fee | | 0.00 |
| | | Copy Pages | 52 | |
| | | -Breakdown cost as 25 pages @$1.00 per page | | 25.00 |
| | | -Breakdown cost as 25 pages @$0.67 per page | | 16.75 |
| | | -Breakdown cost as 2 pages @$0.33 per page | | 0.66 |

| | |
|---|---|
| **Sub-Total** | **$69.18** |
| Postage/Electronic Fee | 0 |
| Sales Tax | 0.00 |
| **Request Total** | **$69.18** |
| Pre Payments | 0.00 |
| Adjustments | 0.00 |
| Payments | 0.00 |
| **Total Due:** | **$69.18** |

Remit Payment To
Diversified Medical Records Services
P.O Box 526259
Salt Lake City, UT 84152
Phone: 800-359-8520 Fax: 949-489-7903

Payment Info
Invoice #: 263360
Total Due:
Amount Enclosed
Check #:

**\*Please include the invoice # on your check**

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort.
## INVOICE

Invoice #: **0199673931**
Date: **8/30/2016**
Customer #: 1743784

| Ship to: |
|---|
| E N HALL<br>VEDDER PRICE<br>222 N LA SALLE ST<br>STE 2300<br>CHICAGO, IL 60601-1104 |

| Bill to: |
|---|
| E N HALL<br>VEDDER PRICE<br>222 N LA SALLE ST<br>STE 2300<br>CHICAGO, IL 60601-1104 |

| Records from: |
|---|
| SINAI MEDICAL GROUP CENTRAL<br>1500 S FAIRFIELD AVE<br>CHICAGO, IL 60608-1782 |

**Requested By:** VEDDER PRICE        **OTHER:**        0705
**Patient Name:** ARTUNDUAGA MARIA DR

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 26.77 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 11 | 1.00 | 11.00 |
| Shipping | | | 1.36 |
| Subtotal | | | 39.13 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 39.13 |
| Balance Due | | | 39.13 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days          **Please remit this amount : $ 39.13 (USD)**

✂ ----------------------------------------

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0199673931** |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.

Northwest Family Care Center
9776 Holman Rd. NW #102
Seattle,WA  98117
(206) 524-0033

# Copy of Med Rec

| DATE | INVOICE # |
|------|-----------|
| 9/7/2016 | 2496 |

| BILL TO |
|---------|
| Vedder Price P.C. C/o Elizabeth Hall<br>222 North LaSalle Street, Ste. 2300<br>Chicago, IL 60601 |

| DUE DATE |
|----------|
| 10/7/2016 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 1 | Clerical Fee | 1 | 25.00 | 25.00T |
| 2 | Copies 1-30 | 7 | 1.12 | 7.84T |
| | Pt. Maria Artunduaga | | | 0.00 |

We will send records as soon as we receive payment.Thank you!

| | |
|--|--|
| Subtotal | 32.84 |
| 9.5% Tax | 3.12 |
| **Total** | 35.96 |

# SCHEDULE F

### (PLEADINGS USED IN THIS CASE ARE NOT ATTACHED)

# PART 1

## CHUBB & SON, a DIVISION of FEDERAL INSURANCE COMPANY

## USA LITIGATION MANAGEMENT GUIDELINES

**Chubb Litigation Management Guidelines**



## C. INTERNAL EXPENSES

Unless otherwise agreed, Chubb will reimburse counsel for internal expenses, as follows:

1. **Photocopying**. Chubb will reimburse in house photocopying costs at the actual cost to the firm. A rate of seven cents ($0.07) per page will be applied in lieu of a representation by the firm of its actual costs. In calculating actual cost, secretarial time is not to be considered.

REDACTED

**Chubb Litigation Management Guidelines**

Internal Color photocopying – Chubb will reimburse the firm its actual
cost up to $1.00 per page for internal color photocopying charges.



REDACTED

# PART 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DR. MARIA ARTUNDUAGA,

Plaintiff,

v.

THE UNIVERSITY OF CHICAGO
MEDICAL CENTER,

Defendant.

No. 12 C 8733

Judge Amy J. St. Eve
Magistrate Judge Sidney I. Schenkier

## AFFIDAVIT OF MICHAEL NEWELL

I, Michael Newell, declare as follows:

1.     I am over the age of 18 and make this affidavit of my own free will.

2.     I have personal knowledge of the facts set forth in this affidavit.

3.     I am currently employed by Legal Visual Services ("LVS") as a Project Manager and Litigation Technologist.

4.     LVS was retained by The University of Chicago Medical Center ("UCMC") in the instant case of *Dr. Maria Artunduaga v. The University of Chicago Medical Center*, Case No. 12 CV 8733, pending in the Northern District of Illinois, to provide trial preparation and in-trial technician services to UCMC for the trial that began on January 30, 2017 before Judge Amy St. Eve. I am the LVS Litigation Technologist who assisted UCMC in this regard.

5.     A true and correct copy of the invoice from LVS (as redacted by UCMC's counsel) for my services relating to this case is attached to this affidavit as Exhibit A (the "Invoice"). My time for which UCMC was charged in relation to my work on the instant case is reflected on the Trial Services Time Sheet page of the Invoice (the "Time Sheet").

6.    "Database Management" or "DM" as used in the Activity column of the Time Sheet reflects the time that I spent (rounded up) organizing UCMC's exhibits, the parties' joint exhibits and Dr. Artunduaga's exhibits, received by me from UCMC's counsel in the instant case, into the LVS database that I used at trial for purposes of presenting exhibits to the jury. "Database Management" or "DM" also refers to the time that I spent (rounding up) coding UCMC's exhibits, the parties' joint exhibits and Dr. Artunduaga's exhibits in the LVS database (including the 6,000 plus pages of Defendant's Exhibit 232) so that they could be quickly pulled up by me (according to the code used for the exhibit/page of the exhibit) for use by UCMC's counsel during the trial.

7.    "Video Editing" and "Video Editing and Review" as used in the Activity column of the Time Sheet reflects the time I spent (rounded up) editing the video depositions of Dr. Irma Fleming (from 2016) and Dr. Eric Grossman to be consistent with the UCMC's and Dr. Artunduaga's deposition designations for each individual, and reviewing the edited videos, so that the videos could be shown to the jury at trial.

8.    The videos I edited of Dr. Irma Fleming's testimony (from 2016) and Dr. Grossman's testimony were shown to the jury at trial.

9.    "In-Court Trial Tech" as used in the Activity column of the Time Sheet reflects the time I spent (rounded up) at the courthouse each day for purposes of the trial, including the time I spent preparing to present exhibits each day and being present at trial to present UCMCC's exhibits to the jury.

10.    Per the agreement between LVS and UCMC, my Database Management and Video Editing and Review time was charged to UCMC by LVS at $85 per hour, 1 hour minimum, rounding up in half hour increments and my In Court Trial Tech time was charged to

UCMC by LVS at $185/hour, 4 hours minimum per trial day, rounding up in full hour increments. A true and correct copy of the agreement between UCMC and LVS is attached as Exhibit B to this affidavit.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _3/8/17_____          _____
                                          Michael Newell


SUBSCRIBED AND SWORN TO
before me this ___8th_____ day of
___March_____, 2017

_____
         NOTARY PUBLIC

DIANA T KARGE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 09, 2019

# EXHIBIT A



legal
visual
services

300 West Adams, Suite 820, Chicago, IL 60606

2/9/2017          700068

Tax ID # 36-3675779

**Client**

Vedder Price
222 N. LaSalle St
Suite 2600
Chicago, IL 60601

**Ship To**

Vedder Price
Elizabeth Hall, Esq.
222 N. LaSalle St
Suite 2600
Chicago, IL 60601

**Terms**

Net 30

Artunguaga v UCMC

| | | | |
|---|---|---|---|
| Trial Preparation, Database Management, Deposition Editing and Transcoding, ▆ Production Hours: | 2/9/2017 | ▆ | 85.00 | ▆ |
| In-Court Presentation, document & annotation and litigation support required during trial, ▆ Trial hours.. | 2/9/2017 | ▆ | 185.00 | ▆ |

Artunguaga v. UCMC

Thank you.

**Legal Video Services, Inc.**
**300 West Adams, Suite 820**
**Chicago, Illinois 60606**
**312-551-0595**

kdominiak@legalvisualservices.com
www.legalvisualservices.com



Payment Terms: Payment is due upon receipt of invoice. All accounts become past due 30 days after invoice date and are subject to a late charge of 6.25% per month. If LVS deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought. This contract is entered into and governed by the State of Illinois, County of Cook.

Payments/Credits          $0.00

Balance Due          ▆

REDACTED



# TRIAL SERVICES TIME SHEET

| | |
|---|---|
| **CASE:** Artunguaga v. UCMC | **CASE #** 12 cv 8733 |
| **CLIENT:** Elizabeth Hall & Ed Jepson | **ADDRESS:** 222 North LaSalle Street |
| **FIRM:** VedderPrice | Chicago, IL 60601 |
| **PHONE:** 312 609 7795 | **CELL:** |
| **EMAIL:** Hall, Elizabeth N. <ehall@veddenprice.com> | |

**CODE:**

| | |
|---|---|
| **1** - DOC SCANNING | **8** - VIDEO EDITING |
| **2** - DATABASE MANAGEMENT | **9** - DVD AUTHORING |
| **3** - EQUIPMENT MONITORING | **10** - DEP SYNCING |
| **4** - IN COURT TRIAL TECH | **11** - IMPEACHMENT CLIP CREATION |
| **5** - LOG & CAPTURE | **12** - TRIAL DIRECTOR VIDEO EDITING |
| **6** - VIDEO ENCODING (MPEG1) | **13** - AUDIO ENCODING |
| **7** - VIDEO ENCODING (MPEG2) | **14** - AUDIO ENHANCEMENT/EDITING |

**VENUE:** Dirksen Federal Building   **JUDGE:** St. Eve

| DATE | ACTIVITY | CODE | LVS PERSONNEL | HOURS |
|---|---|---|---|---|
| | | | | |
| 1/13/17 | Database Management | 2 | Michael | 2 |
| 1/16/17 | Database Management | 2 | Michael | 1 |
| 1/25/17 | DM & Video Editing | 2 | Michael | 3 |
| 1/27/17 | Database Management | 2 | Michael | 2 |
| 1/29/17 | Database Management | 2 | Michael | 11 |
| 1/30/17 | In-Court Trial Tech | 4 | Michael | 9 |
| 1/31/17 | In-Court Trial Tech | 4 | Michael | 9 |
| 2/1/17 | In-Court Trial Tech | 4 | Michael | 9 |
| 2/2/17 | In-Court Trial Tech | 4 | Michael | 9 |
| 2/3/17 | In-Court Trial Tech | 4 | Michael | 5 |
| 2/5/17 | Video Editing & Review | 2 | Michael | 3 |
| 2/6/17 | In-Court Trial Tech | 4 | Michael | 7 |
| 2/8/17 | In-Court Trial Tech | 4 | Michael | 8 |
| 2/9/17 | In-Court Trial Tech | 4 | Michael | 4 |
| | | | | |
| | | | | |

| | TOTAL |
|---|---|
| TRIAL BINDER ___ Y ___ N  BINDER QTY.___ BINDER SIZE ___ TAB QTY. ___ | |
| BW PRINT QTY_____  COLOR PRINT QTY_____ | |
| FOAM BOARDS: SIZE_____ QTY.____ PROD. BY _____ | |

REDACTED

# EXHIBIT B

**lvs** | legal
visual
services

communicate**visually**

November 2, 2016

Proposed Revised Contract

# VedderPrice

222 North LaSalle Street
Chicago, IL 60601

**Subject Case:**

Dr. Maria Artunduaga
v.
The University of Chicago Medical Center and Dr. David Song

**Venue:**

Dirksen Federal Building
& Cook County Courthouse - The Daley Center

**Date & Length:**

January 30, 2017 (2-3 weeks)
June 19, 2017 (2-3 weeks)

Dear Ms. Hall and Mr. Jepson:

Per your request, Legal Visual Services, Inc. is pleased to provide the following presentation technology rate structure for your upcoming trial. Our presentation services cover the full spectrum of digital evidence display including database preparation, impeachment clip creation, exhibit display & annotation, trial binder authoring, equipment set-up and in-court trial technologists.

1 of 2

**LVS** legal
visual
services

communicate**visually**

**Rates:** *Trial Preparation & Presentation*

*Preparation* includes exhibit database management, Power Point® authoring, exhibit pre-annotations, video clip creation, document printing/binder authoring, and other services needed to prepare the case for seamless presentation. This rate also applies to in court presentation trial support provided to the client where trial presentation software is not utilized.

$85/hour (1 hour minimum – rounding up in half hour increments)

*In-court presentation* includes digital document and impeachment presentation, document annotation (tear-outs, highlights, side by side comparisons, etc), and any litigation support required during trial (exhibit database management, printing, etc.). Most cases require only one technologist.

$185/hour (4 hour minimum/day in "hot seat" – rounding up in full hour increments)

Michael Newell will be responsible for this project and will perform the preparation and in-court presentation services described in this agreement. Additional support is available as specified and approved by the client in writing in advance.

Invoice will be sent electronically to Elizabeth Hall and Edward Jepson.

Please feel free to call me at 312-551-0595 as you review this information. I look forward to working with you.

Sincerely,

Michael Newell
*Project Manager & Litigation Technologist*
**Legal** *Visual* **Services, Inc.**

Authorizing agent: ____Elizabeth N. Hall_____

Signature: ___*Elizabeth W. Hall*_____

Date: ___November 10, 2016_____

The above signed agrees to the fee terms contained within this contract. Payment is due within 45 days of date on invoice. Parties my cancel contract at any time with written notice, however, full payment of services utilized, up to the time of cancellation, will still be owed. This agreement supersedes any others between the parties regarding the subject matter herein. Client personal health information will be kept strictly confidential in accordance with the Health Insurance Portability and Accountability Act (HIPAA) guidelines.

2 of 2

# PART 3

Page 1 of 2

**DECISIONQUEST™**

21535 Hawthorne Boulevard    Suite 310    Torrance, CA 90503    T: 310.618.9600    F: 310.618.1122

Please remit payment to: DecisionQuest, Inc.    Attn: Accounts Receivable    21535 Hawthorne Blvd, Ste. 310, Torrance, CA 90503-6604

Sent Via Email

Ms. Nora B. Neary
Chubb Specialty Insurance
North American Financial Claims
82 Hopmeadow Street, PO Box 2002
Simsbury, CT 06070-7683
nneary@chubb.com;anne.duprey@uchospitals.edu;
ehall@vedderprice.com

Invoice Date: 13-FEB-17
Invoice #: 82003
DQ Case #: 11284CN/G
Org #: DQ CHI Graphics

Case Name: Maria Artunduaga v University of Chicago Medical Center, et al.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours | UOM | Bill Rate | Bill Amount |
|------|-----------|-------------------|-------------|-------|-----|-----------|-------------|
| **Professional Consulting Fees** | | | | | | | |
| 20-JAN-17 | Professional Labor | Sangster, William J. | Computer graphic design & layout, Set style, and layout three timelines. | 9.00 | Hours | 200.00 | $1,800.00 |
| 20-JAN-17 | Professional Labor | Horwitz, Scott M. | Graphics consulting, Review client timeline entries, prepare visual plan for all three exhibits, project management and rounds of internal revisions with artist on all three exhibits, email and telephone correspondence with client | 2.50 | Hours | 325.00 | $812.50 |
| 29-JAN-17 | Professional Labor | Simanis, Martin | Computer graphic design & layout (after hour), Timeline revisions | 1.50 | Hours | 300.00 | $450.00 |
| 29-JAN-17 | Professional Labor | Horwitz, Scott M. | Graphics consulting (after hour), WEEKEND WORK: Project management and email correspondence of new timeline revisions, coordinate output and delivery | 2.00 | Hours | 487.50 | $975.00 |
| **Total Professional Consulting Fees** | | | | 15.00 | | | $4,037.50 |
| **Expenditures** | | | | | | | |
| 26-JAN-17 | Postage & Shipping | Supplier | Direct expense 934 | | | | $20.00 |
| 26-JAN-17 | Exhibit Boards | Supplier | Taxable direct expense (1) 48"x96" Color timeline | | | | $660.00 |
| 26-JAN-17 | Exhibit Boards | Supplier | Taxable direct expense (2) 40"X60" Color graphic | | | | $860.00 |
| **Total Expenditures** | | | | | | | $1,540.00 |

**Federal ID #95-4556077**
**This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.**

ATLANTA • BOSTON • CHICAGO • HOUSTON • LOS ANGELES • MINNEAPOLIS • NEW YORK • PHILADELPHIA • STATE COLLEGE • WASHINGTON, D.C.
WWW.DECISIONQUEST.COM

# DECISIONQUEST™

21535 Hawthorne Boulevard   Suite 310   Torrance, CA 90503   T: 310.618.9600   F: 310.618.1122

**Please remit payment to:** DecisionQuest, Inc.   Attn: Accounts Receivable   21535 Hawthorne Blvd, Ste. 310, Torrance, CA 90503-6604

Case Name: Maria Artunduaga v University of Chicago Medical Center, et al.

## Detailed Charges
### Confidential and Privileged Attorney Work Product

| Date | Expnd Type | Employee/Supplier | Description | Hours | UOM | Bill Rate | Bill Amount |
|------|-----------|-------------------|-------------|-------|-----|-----------|-------------|
| | | | Applicable Sales Tax, 0% | | | | $.00 |
| | | | **Total Due and Payable - This Invoice:** | | | | **$5,577.50** |

Please note: Additional expenses may have been paid or incurred on your behalf that are not reflected on this invoice and will be charged on future billings.

**Federal ID #95-4556077**
**This invoice is due and payable upon receipt. Interest at the rate of 1.5% per month will be added to outstanding balance after 30 days.**

ATLANTA · BOSTON · CHICAGO · HOUSTON · LOS ANGELES · MINNEAPOLIS · NEW YORK · PHILADELPHIA · STATE COLLEGE · WASHINGTON, D.C.
WWW.DECISIONQUEST.COM



# Pre-UCMC

**2003**

**JUN**

**June – July 2003**
- Visiting medical student, Harvard Medical School
- **8 weeks OR/Clinic observation**

**JUL**

**AUG**

**August – September 2003**
- Visiting medical student, Mt. Sinai School of Medicine, NY
- **8 weeks Surgery ICU/General Surgery departments**

**SEP**

**2003**
Graduates Colombian Medical School

**OCT**

**October – November 2003**
- Visiting medical student, Baylor College of Medicine
- **8 weeks Radiology/Surgical Surgery departments**

**NOV**

**DEC**

**December 2003 – January 2004**
- Visiting physician, Harvard Medical School
- **OR/Clinic observation**

**2004**

**July – December, 2004**
**Practicing doctor in Colombia**

**2005**

**February 2005 – January 2007**
**Practicing doctor in Colombia**

**2006**

**2007**

**2007 – June 2011**
Conducts research/engages in other activities

**2008**

**2009**

**2010**

**JUL**

**July – August 2010**
- Sub-intern, University of Washington Medical School
- **Attends operations/rounds**

**AUG**

**SEP**

**OCT**

**Fall 2010**
Applies to U.S. plastic surgery residency programs

**NOV**

**DEC**

**December 2010**
- Interviews with Dr. Song, all PRS attendings and PRS residents
- Selected to interview by Dr. Song

**2011**

**MAR**

**March 2011**
Matches to UCMC PRS residency program

**APR**

**UCMC**



# PRS Residency

## June 24 – October 2011: Pre-Probation

## November 2011 – March 27, 2012: PROBATION

**June 24, 2011**
UCMC PRS residency program begins

**June 24 – August, 31 2011**
Kaplan Rotation

**August 11, 2011**
Complaint by double mastectomy patient

**August 2011**
· Meeting with Dr. Song
· Meeting with Chief Residents
Kaplan Rotation Evaluations
· Jasokowiak [JX7]
· Angelos [JX8]
· Chhablani [JX9]
· Jose [JX18]

**September 2011**
· Block 2 – Colorectal Rotation
· Sends patient home with a PICC line [DX28]
September Evaluations
· Umansky [JX14-15]
· Hurst [JX13]

**Late September 2011**
· Meeting with Dr. Song
· Problems outlined
· Switched to PRS

**October 2011**
· PRS Rotation
· Dr. Lawler incident – drains [DX44]
· Drs. Lee, Dickie and Nguyen – mentor, cite issues [DX45, 47]

**November 2011**
Cardio Thoracic Rotation

**November 2, 2011**
· Meeting with Drs. Song and Park
· Choice – probation or transition [JX22]

**November 10, 2011**
Admits probation decision "is totally understandable" [JX 24, 25]

**November 15, 2011**
Given probation letter [JX26]

**November 16, 2011**
· Ferguson [JX62]
· Moreira [JX32]

**November 18, 2011**
Submits rebuttal letter [JX27]

**November 21, 2011**
RC e-mails Jonathan Rothstein – cites "difficulties" [JX29]

**November 28, 2011**
Writes GME Director Kamin about "training" issues [JX40]

**November 28, 2011**
*1st mentoring session with Dr. Park [DX67]*

**November 2011**
November Evaluations
· Ferguson [JX20]

**December 2011**
Vacation/Wedding in Columbia

**December 22, 2011**
Asks Dr. Kaplan to speak with Dr. Skelly – he does it

**January 2012**
Vascular Rotation

**January 3, 2012**
*2nd mentoring session with Dr. Park [DX81]*

**January 10, 2012**
*3rd mentoring session with Dr. Park [DX82]*

**January 18, 2012**
*4th mentoring session with Dr. Park [DX87]*

**January 25, 2012**
*5th mentoring session with Dr. Park [DX88]*

**January 25, 2012**
Asks Dr. Kaplan to speak with Dr. Renz – he does it

**January 26, 2012**
Admits to prescribing antibiotics over the phone to patient not seen [DX90]

**January 2012**
January Evaluations

**February 2012**
Transplant Rotation

**February 6, 2012**
*6th mentoring session with Dr. Park [DX101]*

**February 13, 2012**
*7th mentoring session with Dr. Park [DX104]*

**Mid-February 2012**
Dr. Park begins to question evaluations

**February 28, 2012**
*8th mentoring session with Dr. Park [DX115]*

**February 2012**
February Evaluations
· Becker [JX64]
· Millis [JX67]
· Thistlethwaite [JX97]

**March 1-15, 2012**
PRS Rotation

**March 5, 2012**
*9th mentoring session with Dr. Park [DX121]*

**March 2012**
Hangs up on Dr. Tothy [DX123, 128]

**March 12, 2012**
*10th mentoring session with Dr. Park [DX126]*

**March 2012**
March Evaluations
· Senior residents Kleiber, Bank and Grieves [JX85-88, 90-93]

**March 14, 2012**
Dr. Julie Park's memo [JX96]

**March 21, 2012**
*11th mentoring session with Dr. Park [JX99]*

**March 23, 2012**
Submits letter re: non-renewal [JX99]

**March 26, 2012**
· PRS Attendings meet
· Review documents [JX102]
· Vote not to renew [JX101]

**March 27, 2012**
Informed of non-renewal

| JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2011 | | | | | 2012 | |

# March 29, 2012 to Present



**March 29, 2012**
Requests consideration [JX103]

**April 4, 2012**
Dr. Song responds [JX104]

**April 6, 2012**
Submits grievance [DX142]

**April 9, 2012**
Resumes clinical duties on Kaplan Service (endocrine)

**April 30, 2012**
Notified of removal from clinical duties

**May 16, 2012**
Grievance hearing held; grievance denied

**May 31, 2012**
Requests consideration of grievance decision

**June 11, 2012**
Files EEOC charge

**June 19, 2012**
• Grievance decision upheld
• Referral to Jonathan Rothstein for investigation

**June 22, 2012**
Rothstein begins investigation of EEOC complaints; ultimately concludes no discrimination or retaliation

**June 30, 2012**
Residency year ends

**August 29, 2012**
Sent summative evaluation – certifies completion of intern year

**Spring, Summer, Fall 2012**
Applies for residencies

**October 31, 2012**
Files lawsuit

**November 2012**
Contacts news outlets about lawsuit [JX204-206]

**November 7, 2012**
Posts to Facebook about and provides link to lawsuit

**November 27, 2012**
Crain's article published

**November, December 2012**
Interviews for residency positions

**September 2014 – June 2016**
Earns M.P.H. degree from University of Washington

**September 2016**
Enrolls in a second Master's program

| MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2013 | 2014 | 2015 | JUN | JUL | AUG | SEP |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|-----|-----|-----|-----|

**2012**                                                                              **2016**

# PART 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DR. MARIA ARTUNDUAGA, | |
| Plaintiff, | |
| v. | No. 12 C 8733 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, | Judge Amy J. St. Eve<br>Magistrate Judge Sidney I. Schenkier |
| Defendant. | |

## AFFIDAVIT OF DAVID SIARNY

I, David Siarny, declare as follows:

1. I am over the age of 18 and make this affidavit of my own free will.

2. I am currently employed by Vedder Price P.C. as the eDiscovery Manager. I have personal knowledge of the matters set forth in this affidavit or have gained knowledge through documents and Vedder Price P.C.(the "Firm") records that I have access to as part of my regular duties as eDiscovery Manager.

3. I have reviewed the invoices from Advanced Discovery that are attached to this affidavit as Exhibit A, which I understand to reflect the charges from Advanced Discovery for maintenance of the e-discovery database related to the instant litigation. I generally understand, based on my experience in this field, that the following terms, as used in those invoices, relate to conversion costs associated with converting electronically stored information and/or documents into a format that is readable and/or searchable:

   (a) EDD: FirstLook ECA Index and Analysis (Per GB) – Includes data reduction & filtering and export of metadata and text only for Relativity FirstLook ECA UOFC00000001-UOFC00856091

(b)     EDD: FirstLook Data Review Promotion

(c)     EDD – Technical Time (per hour) – Create overlay file of Conversation Index and Conversation Index Family with cross-reference to Control Number

(d)     Data Load: overlay and promote

(e)     First Look ECA Processing – Metadata/text-data reduction & filtering and export of metadata and text only

(f)     FirstLook Native Review Promotion

4.     I generally understand, based on my experience in this field, that the following terms, as used in the invoices attached as Exhibit A, relate to costs associated with bates labeling or "endorsing" documents for production:

(a)     EDD – Electronic Endorsement

(b)     Selective Image Production

(c)     Selective Image Per Gig

(d)     Selective Image Creation

(e)     Electronic Image Endorsement

5.     In late 2015, the Firm assumed the Relativity Database for the instant litigation and state court litigation filed by Plaintiff against UCMC and Dr. David Song.

6.     The eDiscovery System Report attached as Exhibit B to this affidavit reflects the amount of data – including electronically stored information – stored on the Firm's Relativity system for purposes of the instant case and the state court lawsuit Dr. Maria Artunduaga filed against UCMC and Dr. David Song.

7.     The costs reflected in the eDiscovery System Report for each month referenced in Exhibit A reflect the cost charged to UCMC for use of the Firm's Relativity system for hosting

(by gigabyte) and processing/converting documents into a readable format. Generally, 86.4% of the costs for each month referenced are for hosting charges and the remaining 13.6% of the costs for each month referenced are for processing/conversion charges. The breakdown of these costs for each month referenced is as follows:

| Month | Hosting | Processing/Conversion |
|-------|---------|----------------------|
| October 2015 | $1,887.42 | $297.09 |
| November 2015 | $2,181.00 | $343.30 |
| December 2015 | $4,281.72 | $673.98 |
| February 2016 | $4,366.40 | $687.30 |
| March 2016 | $4,273.69 | $672.71 |
| April 2016 | $5,599.67 | $881.43 |
| May 2016 | $5,593.54 | $880.46 |
| June 2016 | $5,593.54 | $880.46 |
| July 2016 | $5,597.86 | $881.15 |
| August 2016 | $5,598.55 | $881.25 |
| September 2016 | $4,183.75 | $658.55 |
| October 2016 | $4,183.32 | $658.48 |
| November 2016 | $4,182.45 | $658.35 |
| December 2016 | $4,182.54 | $658.36 |
| January 2017 | $4,193.16 | $660.04 |

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _March 4, 2017_          _[signature]_
                                      _____
                                      David Siarny

SUBSCRIBED AND SWORN TO
before me this ____8th____ day of
___March_____, 2017

_[signature]_
_____
NOTARY PUBLIC

**"OFFICIAL SEAL"**
ELDA CAPILLA
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06/10/2019

CHICAGO/#2960063.1B

# EXHIBIT A



**ADVANCED DISCOVERY**

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2013 | B87112 |

Tax ID - 47-1377551

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| CHI006137 | Net 30 | 6/30/2013 | MJ OC | UCMC adv Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | ***May Relativity Hosting and EDD*** | | |
| | Relativity Monthly Hosting (Per GB) | | 326.92 |
| | EDD: FirstLook ECA Index and Analysis (Per GB) - Includes data reduction & filtering and export of metadata and text only for Relativity FirstLook ECA UOFC00000001 - UOFC00856091 | | 11,905.08 |
| | EDD - OCR (Optical Character Recognition) | | 1,710.46T |
| | Thank you! | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| Subtotal | |
|----------|--|
| Sales Tax (0.00) | |
| Invoice Total | |
| Payments/Credits | |
| Balance Due | |

REDACTED



**Invoice**

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

| Date | Invoice # |
|------|-----------|
| 6/30/2013 | B89471 |

Tax ID - 47-1377551

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| CHI006218 | Net 30 | 7/30/2013 | MJ OC | UCMC adv Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | ***June Relativity Hosting*** | | |
| | Relativity Monthly Hosting (Per GB) | | 326.92 |
| | | | |
| | EDD - Electronic Endorsement (Per Page) - UCMC00006986 - UCMC00010002 | | 30.17T |
| | Selective Imagee Production (Per GB) | | 70.00T |
| | Thank you! | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|--|--|
| **Subtotal** | |
| **Sales Tax (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED



**ADVANCED DISCOVERY**

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2013 | B92616 |

Tax ID - 47-1377551

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| CHI006394 | Net 30 | 8/30/2013 | MJ OC | UCMC adv Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | ***July Relativity Hosting*** | | |
| | Relativity Monthly Hosting (Per GB) | | 1,771.88 |
| | EDD: FirstLook Data Review Promotion (Per GB) - Export of native files for promotion in Relativity FirstLook | | 15,004.63 |
| | Thank you! | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED



**ADVANCED DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
P.O. Box 3173
Wichita, KS 67202-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2013 | B95665 |

Tax ID - 27-2325900

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| CHI006581 | Net 30 | 9/30/2013 | MJ OC | UCMC adv Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | ***August Relativity Hosting*** | | |
| | Relativity Monthly Hosting (Per GB) | | 1,807.30 |
| | | | |
| | | | |
| | Selective Image (Per GB) - Post processing TIF image creation for review or production purposes Range: UCMC00010003 - UCMC00016026. (UCMC00016128 - UCMC00019287); (UCMC00019288 - UCMC00019293) | | 192.15T |
| | EDD - Electronic Endorsement (Per Page) | | 91.90T |
| | EDD - OCR (Optical Character Recognition) | | 40.32T |
| | Thank you! | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|--|--|
| **Subtotal** | |
| **Sales Tax (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED



**ADVANCED DISCOVERY**

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

**Remit to:**
P.O. Box 3173
Wichita, KS 67202-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2013 | B98202 |

Tax ID - 27-2325900

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC019771 | Net 30 | 10/30/2013 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB) - Relativity: September 2013 | | 1,891.78 |
| | | | |
| | Data Load (Per Hour) - Relativity: Overlay natives and promote documents | | 175.00 |
| | FirstLook ECA Processing - Metadata/Text (Perg GB): Includes data reduction & filtering and export of metadata and text only for Relativity FirstLook ECA UCMC010: UOFC00856092 - UOFC00896753 | | 646.03 |
| | FirstLook Native Review Promotion (Per GB): Export of native files for promotion in Relativity FirstLook | | 360.00 |
| | Optical Character Recognition (Per Page) | | 34.92T |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED


**ADVANCED** DISCOVERY™

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
**P.O. Box 3173**
**Wichita, KS 67202-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2013 | B100805 |

Tax ID - 27-2325900

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC020055 | Net 30 | 11/30/2013 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB): October 2013 | | 1,888.70 |
| | Selective Image Creation (Per GB): Post processing TIF image creation for review or production purposes 20131018_Production; UCMC00018227 - UCMC00022073 | | 175.80 |
| | Optical Character Recognition (Per Page) | | 1.16T |
| | Electronic Image Endorsement (Per Page) | | 24.71T |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

REDACTED



**ADVANCED™**
DISCOVERY

**Remit to:**
**P.O. Box 3173**
**Wichita, KS 67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2013 | B103232 |

Tax ID - 27-2325900

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC020782 | Net 30 | 12/30/2013 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| █ | Monthly Storage Fee (Per GB): November 2013<br><br>***THANK YOU*** | █ | 1,888.70 |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | █ |
| **Sales Tax (0.00)** | █ |
| **Invoice Total** | █ |
| **Payments/Credits** | █ |
| **Balance Due** | █ |

REDACTED



**ADVANCED™**
**DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2013 | B105549 |

Tax ID - 27-2325900

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC021327 | Net 30 | 1/30/2014 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB) - December 2013 | ▮ | 1,897.28 |
|  | ***THANK YOU*** |  |  |

It's a pleasure working with you!

| | |
|---|---|
| **Subtotal** | ▮ |

**Signature:**

| | |
|---|---|
| **Sales Tax  (0.00)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

REDACTED



**ADVANCED DISCOVERY**

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

**Remit to:**
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2014 | B108229 |

| Tax ID - 27-2325900 | |

**Bill To**

Vedder Price, P.C.
ATTN: Thomas Hett
222 North LaSalle St. 26th Fl.
Chicago, IL 60601

**Ship To**

Vedder Price, P.C.
ATTN: Thomas Hett
222 North LaSalle St. 26th Fl.
Chicago, IL 60601

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC021733 | Net 30 | 3/2/2014 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB): January 2014 | ▮ | 1,897.28 |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

| | |
|---|---|
| **Subtotal** | ▮ |
| **Sales Tax  (0.00)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

REDACTED



**ADVANCED**
**DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

Remit to:
**P.O. Box 3173**
**Wichita, KS  67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2014 | B110553 |
| Tax ID - 27-2325900 | |

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC022353 | Net 30 | 3/30/2014 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Monthly Storage Fee (Per GB): February 2014 |  | 1,897.50 |
|  | ***THANK YOU*** |  |  |

It's a pleasure working with you!

| | |
|---|---|
| **Subtotal** |  |
| **Sales Tax  (0.00)** |  |
| **Invoice Total** |  |
| **Payments/Credits** |  |
| **Balance Due** |  |

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after
that.  Client is subject to maximum allowable finance charges on all past due accounts plus
any related attorney fees and collection charges incurred by Advanced Discovery.  Your
signature above is an agreement that the above described work has been authorized and
received.

REDACTED



**ADVANCED DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
**P.O. Box 3173**
**Wichita, KS  67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2014 | B113629 |

Tax ID - 27-2325900

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC022856 | Net 30 | 4/30/2014 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB) March 2014 | | 1,937.98 |
| | FirstLook Native Review Promotion (Per GB) | | 487.50 |
| | FirstLook ECA Processing - Metadata/Text (Perg GB)  ECA | | 594.49 |
| | UCMC011; UOFC00896754 - UOFC00908637 | | |
| | Optical Character Recognition (Per Page) | | 61.50T |

It's a pleasure working with you!

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED



**ADVANCED** DISCOVERY™

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

Remit to:
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2014 | B116046 |

Tax ID - 27-2325900

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC023571 | Net 30 | 5/30/2014 | MJ OC | Artunduaga | 00000.0000 | Tom Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB): April 2014 | | 1,938.20 |
| | | | |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.00)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

REDACTED



**ADVANCED** DISCOVERY

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
**P.O. Box 3173**
**Wichita, KS  67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/30/2014 | B118285 |
| Tax ID - 27-2325900 | |

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC024026 | Net 30 | 6/29/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ■ | Monthly Storage Fee (Per GB): May 2014 | ■ | 1,938.64 |
| ■ | FirstLook Native Review Promotion (Per GB) | ■ | 25.00 |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | ■ |
| **Sales Tax  (8.0%)** | ■ |
| **Invoice Total** | ■ |
| **Payments/Credits** | ■ |
| **Balance Due** | ■ |

REDACTED



**ADVANCED DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
**P.O. Box 3173**
**Wichita, KS 67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2014 | B121095 |

| Tax ID - 27-2325900 |
|---------------------|

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC024613 | Net 30 | 7/30/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB): June 2014 | ▮ | 1,938.64 |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | ▮ |
| **Sales Tax (8.0%)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

REDACTED



**ADVANCED DISCOVERY**

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2014 | B124253 |
| Tax ID - 47-1377551 | |

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC025281 | Net 30 | 8/30/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB) - Relativity: July, 2014 | ▮ | 1,938.64 |
| | ***THANK YOU*** | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | ▮ |
| **Sales Tax (8.0%)** | ▮ |
| **Invoice Total** | |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

REDACTED



**ADVANCED**
**DISCOVERY**

Remit to:
**P.O. Box 3173**
**Wichita, KS 67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2014 | B126334 |

Tax ID - 47-1377551

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC025800 | Net 30 | 9/30/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB) - Relativity: August, 2014 | ▮ | 1,938.64 |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | ▮ |
| **Sales Tax (8.0%)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

REDACTED



**Remit to:**
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2014 | B129379 |

Tax ID - 47-1377551

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC026372 | Net 30 | 10/30/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▇ | Monthly Storage Fee (Per GB) - Relativity: September, 2014 | ▇ | 1,938.64 ▇ |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | ▇ |
| **Sales Tax (8.0%)** | ▇ |
| **Invoice Total** | ▇ |
| **Payments/Credits** | ▇ |
| **Balance Due** | ▇ |

REDACTED



**Remit to:**
**Advanced Discovery INC**
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2014 | B131561 |

Tax ID - 47-1377551

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC026871 | Net 30 | 11/30/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB) - Relativity: October, 2014 | | 1,938.64 |
| | ***THANK YOU*** | | |

It's a pleasure working with you!

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.0%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED



**ADVANCED™**
**DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
**Advanced Discovery INC**
**P.O. BOX 102242**
**Atlanta, GA 30368-2242**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2014 | B134315 |

Tax ID - 47-1377551

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC027403 | Net 30 | 12/30/2014 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| █ | Monthly Storage Fee (Per GB) - Relativity - November, 2014<br><br>***THANK YOU*** | █ | 1,938.64 |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | █ |
| **Sales Tax (8.0%)** | █ |
| **Invoice Total** | █ |
| **Payments/Credits** | █ |
| **Balance Due** | █ |

REDACTED



**ADVANCED**
DISCOVERY

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

Remit to:
**Advanced Discovery INC**
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2014 | B136531 |
| Tax ID - 47-1377551 | |

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC027941 | Net 30 | 1/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▪ | Monthly Storage Fee (Per GB) - Relativity  - December 2014 | ▪ | 1,938.64 |
|  | ***THANK YOU*** |  |  |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | ▪ |
| **Sales Tax  (8.0%)** | ▪ |
| **Invoice Total** | |
| **Payments/Credits** | ▪ |
| **Balance Due** | ▪ |

REDACTED



**ADVANCED** DISCOVERY

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

Remit to:
**Advanced Discovery INC**
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | B139293 |
| Tax ID - 47-1377551 | |

| Bill To |
|---------|
| Vedder Price, P.C.<br>Attn: John Fischer<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Ship To |
|---------|
| Vedder Price, P.C.<br>Attn: John Fischer<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC028417 | Net 30 | 3/2/2015 | MJ OC | Artunduaga | 00000.0000 | John Fischer |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB) - Relativity  - January 2014 | ▮ | 1,938.64 |
| | ***THANK YOU*** | | |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|--|--|
| **Subtotal** | ▮ |
| **Sales Tax  (8.0%)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

REDACTED



**ADVANCED** DISCOVERY™

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

Remit to:
**Advanced Discovery INC**
**P.O. BOX 102242**
**Atlanta, GA 30368-2242**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2015 | B142117 |
| Tax ID - 47-1377551 | |

| Bill To |
|---------|
| Vedder Price, P.C.<br>Attn: John Fischer<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Ship To |
|---------|
| Vedder Price, P.C.<br>Attn: John Fischer<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC028952 | Net 30 | 3/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB) - Relativity  - February 2015 | ▮ | 1,938.64 |
| | ***THANK YOU*** | | |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | ▮ |
| **Sales Tax  (8.0%)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

REDACTED



**ADVANCED**
**DISCOVERY**

Remit to:
**Advanced Discovery INC**
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2015 | B144510 |
| Tax ID - 47-1377551 | |

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC029509 | Net 30 | 4/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB) - Relativity | | 2,110.46 |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.0%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED



**ADVANCED** ™
**DISCOVERY**

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2015 | B147105 |

| Tax ID - 47-1377551 | |

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC030121 | Net 30 | 5/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▨ | Monthly Storage Fee (Per GB) - Relativity: April, 2015 | ▨ | 1,938.64 |
| | ***THANK YOU*** | | |
| | ▬▬▬▬▬▬ | ▨ | ▨ |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | ▬▬ |
| **Sales Tax (8.0%)** | ▬▬ |
| **Invoice Total** | ▬▬ |
| **Payments/Credits** | ▬▬ |
| **Balance Due** | ▬▬ |

REDACTED



# Invoice

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

| Date | Invoice # |
|------|-----------|
| 5/31/2015 | B149830 |

Tax ID - 47-1377551

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC030733 | Net 30 | 6/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▮ | Monthly Storage Fee (Per GB) - Relativity: May, 2015 | ▮ | 1,938.64 |
|  | ***THANK YOU*** |  |  |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| Subtotal | ▮ |
|----------|---|
| Sales Tax (8.0%) | ▮ |
| Invoice Total | |
| Payments/Credits | ▮ |
| Balance Due | ▮ |

REDACTED



**ADVANCED** ™
DISCOVERY

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2015 | B152063 |

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

Tax ID - 47-1377551

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>Attn: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC031252 | Net 30 | 7/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Hett |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ▉ | Monthly Storage Fee (Per GB) - Relativity: June, 2015 | ▉ | 1,938.64 |
| | ***THANK YOU*** | | ▉ |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | ▉ |
| **Sales Tax  (8.0%)** | ▉ |
| **Invoice Total** | ▉ |
| **Payments/Credits** | ▉ |
| **Balance Due** | ▉ |

REDACTED



Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2015 | B154536 |

| Tax ID - 47-1377551 |

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC031805 | Net 30 | 8/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| ■ | Monthly Storage Fee (Per GB) - Relativity: July, 2015 ■ | ■ | 1,938.64 ■ |
| | ***THANK YOU*** | | |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after
that. Client is subject to maximum allowable finance charges on all past due accounts plus
any related attorney fees and collection charges incurred by Advanced Discovery. Client has
30 days from receipt of Advanced Discovery completed work to inspect for quality. If no
objection is made within the 30 day period, it shall be deemed accepted and full payment
shall be due in accordance with the terms of this invoice.

| Subtotal | ■ |
|----------|---|
| **Sales Tax (8.0%)** | ■ |
| **Invoice Total** | ■ |
| **Payments/Credits** | ■ |
| **Balance Due** | ■ |

REDACTED



| | | | |Remit to:| |**Invoice**|
|---|---|---|---|---|---|---|

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2015 | B156997 |

| Tax ID - 47-1377551 | |

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---|---|
| Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 | Vedder Price, P.C.<br>ATTN: Thomas Hett<br>222 North LaSalle St. 26th Fl.<br>Chicago, IL 60601 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| OC032307 | Net 30 | 9/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| ▮ | Monthly Storage Fee (Per GB) - Relativity: August, 2015 | ▮ | 1,938.64 |
| | ***THANK YOU*** | | |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality. If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | ▮ |
| **Sales Tax  (8.0%)** | ▮ |
| **Invoice Total** | ▮ |
| **Payments/Credits** | ▮ |
| **Balance Due** | ▮ |

REDACTED



# Invoice

Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

| Date | Invoice # |
|------|-----------|
| 9/30/2015 | B159457 |

Tax ID - 47-1377551

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

**Bill To**

Vedder Price, P.C.
ATTN: Thomas Hett
222 North LaSalle St. 26th Fl.
Chicago, IL 60601

**Ship To**

Vedder Price, P.C.
ATTN: Thomas Hett
222 North LaSalle St. 26th Fl.
Chicago, IL 60601

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| OC032804 | Net 30 | 10/30/2015 | MJ OC | Artunduaga | 00000.0000 | Thomas Heft |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Storage Fee (Per GB) - Relativity: September, 2015 | | 1,938.64 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (8.0%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

REDACTED

# EXHIBIT B

# eDiscovery System Report

# VEDDER PRICE.

| Billing Date | Client Matter # | Client Name \Matter Description |
| --- | --- | --- |

| 10/1/2015 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| --- | --- | --- |

10/31/2015

|  |  |  |  |  | Rate | Cost |
| --- | --- | --- | --- | --- | --- | --- |
| Current Data Usage (GB): | 168.45 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
|  |  |  |  | Second Tier (GB): | 68.45 | $10.00 | $684.51 |
|  |  |  |  |  | Total: | **$2,184.51** |

| 11/1/2015 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| --- | --- | --- |

11/30/2015

|  |  |  |  |  | Rate | Cost |
| --- | --- | --- | --- | --- | --- | --- |
| Current Data Usage (GB): | 202.43 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
|  |  |  |  | Second Tier (GB): | 102.43 | $10.00 | $1,024.30 |
|  |  |  |  |  | Total: | **$2,524.30** |

# eDiscovery System Report

# VEDDER PRICE.

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 12/1/2015 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 12/31/2015 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 445.57 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 345.57 | $10.00 | $3,455.70 |
| | | | | | | Total: | $4,955.70 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 2/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 2/29/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 455.37 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 355.37 | $10.00 | $3,553.70 |
| | | | | | | Total: | $5,053.70 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 3/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 3/31/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 444.64 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 344.64 | $10.00 | $3,446.40 |
| | | | | | | Total: | $4,946.40 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 4/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 4/30/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 598.11 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 498.11 | $10.00 | $4,981.10 |
| | | | | | | Total: | $6,481.10 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 5/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 5/31/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 597.40 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 497.4 | $10.00 | $4,974.00 |
| | | | | | | Total: | $6,474.00 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 6/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 6/30/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 597.40 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 497.4 | $10.00 | $4,974.00 |
| | | | | | | Total: | $6,474.00 |

# eDiscovery System Report

# VEDDER PRICE.

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 7/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 7/31/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 597.90 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 497.9 | $10.00 | $4,979.01 |
| | | | | | | Total: | $6,479.01 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 8/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 8/31/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 597.98 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 497.98 | $10.00 | $4,979.80 |
| | | | | | | Total: | $6,479.80 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 9/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 9/30/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 434.23 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 334.23 | $10.00 | $3,342.30 |
| | | | | | | Total: | $4,842.30 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 10/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 10/31/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 434.18 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 334.18 | $10.00 | $3,341.80 |
| | | | | | | Total: | $4,841.80 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 11/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 11/30/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 434.08 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 334.08 | $10.00 | $3,340.80 |
| | | | | | | Total: | $4,840.80 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 12/1/2016 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 12/31/2016 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 434.09 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 334.09 | $10.00 | $3,340.90 |
| | | | | | | Total: | $4,840.90 |

| Billing Date | Client Matter # | Client Name \Matter Description |
|---|---|---|
| 1/1/2017 | 21140.30.0156 | UNIVERSITY OF CHICAGO MEDICAL CENTER \ ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION |
| 1/31/2017 | | |

| | | | | | | Rate | Cost |
|---|---|---|---|---|---|---|---|
| Current Data Usage (GB): | 435.32 | Tier Threshold (GB): | 100.00 | First Tier (GB): | 100.00 | $15.00 | $1,500.00 |
| | | | | Second Tier (GB): | 335.32 | $10.00 | $3,353.20 |
| | | | | | | Total: | $4,853.20 |

# VEDDERPRICE

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609-7500
F: +1 (312) 609-5005

CHICAGO • NEW YORK • WASHINGTON, D.C.
LONDON • SAN FRANCISCO • LOS ANGELES

November 30, 2015

Invoice No. 554984

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

## Summary of Bill for Period Through October 31, 2015
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ............................................................................
Total Costs ............................................................................................................
**Total Due This Bill** ...............................................................................................

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

New Remittance Address

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with VP (CA), LLP, which operates in California.

REDACTED

VEDDERPRICE

November 30, 2015
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 554984
Matter No. 21140.30.0156

Legal Services for the Period Ending October 31, 2015



REDACTED

# VEDDERPRICE

November 30, 2015
Page 12

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 554984
Matter No. 21140.30.0156

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| ███████████████████████████████████ | | | |
| TOTAL | | ████ | ████ |

**Costs**



Ediscovery Database Charge 2,184.51

| Total Costs | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ████ |
| Total Due this Bill | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ████ |

REDACTED

# VEDDER PRICE

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609-7500
F: +1 (312) 609-5005

CHICAGO • NEW YORK • WASHINGTON, D.C.
LONDON • SAN FRANCISCO • LOS ANGELES

January 29, 2016

Invoice No. 560343

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

## Summary of Bill for Period Through November 30, 2015
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ..................................................................... ██████

Total Costs .................................................................................................... ██████

**Total Due This Bill** ...................................................................................... ██████

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

New Remittance Address

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice:  arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with VP (CA), LLP, which operates in California.

REDACTED

# VEDDERPRICE

January 29, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 560343
Matter No. 21140.30.0156

Legal Services for the Period Ending November 30, 2015



REDACTED

# VEDDERPRICE

January 29, 2016
Page 11

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 560343
Matter No. 21140.30.0156



********************* Time and Fee Summary *********************

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |

TOTAL

**Costs**

Ediscovery Database Charge      2,524.30

Total Costs   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Total Due this Bill   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

# VEDDERPRICE

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609-7500
F: +1 (312) 609-5005

CHICAGO • NEW YORK • WASHINGTON, D.C.
LONDON • SAN FRANCISCO • LOS ANGELES

February 12, 2016

Invoice No. 561260

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

## Summary of Bill for Period Through December 31, 2015
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ............................................................................ ▮▮▮▮▮
Total Costs ........................................................................................................... ▮▮▮▮▮
**Total Due This Bill** ........................................................................................... ▮▮▮▮▮

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

New Remittance Address

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with VP (CA), LLP, which operates in California.

REDACTED

# VEDDERPRICE

February 12, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 561260
Matter No. 21140.30.0156

Legal Services for the Period Ending December 31, 2015



REDACTED

# VEDDERPRICE

February 12, 2016
Page 11

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 561260
Matter No. 21140.30.0156



******************** Time and Fee Summary ********************

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |

TOTAL

**Costs**

Ediscovery Database Charge                4,955.70

Total Costs        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

# VEDDERPRICE

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609-7500
F: +1 (312) 609-5005

CHICAGO • NEW YORK • WASHINGTON, D.C.
LONDON • SAN FRANCISCO • LOS ANGELES

May 31, 2016

Invoice No. 571995

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

## Summary of Bill for Period Through February 29, 2016
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ............................................................................
Total Costs ...........................................................................................................
**Total Due This Bill** ............................................................................................

PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with VP (CA), LLP, which operates in California.

REDACTED

# VEDDERPRICE

May 31, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 571995
Matter No. 21140.30.0156

Legal Services for the Period Ending February 29, 2016



REDACTED

# VEDDERPRICE

May 31, 2016
Page 23

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 571995
Matter No. 21140.30.0156

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| ████████████████████████████████████████████ | | | |
| TOTAL | | ████ | ████ |

**Costs**



Ediscovery Database Charge 5,053.70

Total Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ████

Total Due this Bill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ████

REDACTED

# **Vedder**Price

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
vedderprice.com

July 14, 2016

Invoice No. 575981

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

## **Summary of Bill for Period Through March 31, 2016**
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ............................................................................ █████
Total Costs ............................................................................................................ █████
**Total Due This Bill** ............................................................................................. █████

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.

REDACTED

**Vedder**Price

July 14, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 575981
Matter No. 21140.30.0156

Legal Services for the Period Ending March 31, 2016



REDACTED

**Vedder**Price

July 14, 2016
Page 12

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 575981
Matter No. 21140.30.0156



******************** Time and Fee Summary ********************

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|


TOTAL

**Costs**

REDACTED

**Vedder**Price

July 14, 2016
Page 13

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 575981
Matter No. 21140.30.0156

███████████████████████████████████

Ediscovery Database Charge          4,946.40

Total Costs   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . █████████

Total Due this Bill   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . █████████

REDACTED

**Vedder**Price

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
vedderprice.com

July 14, 2016

Invoice No. 576149

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

**Summary of Bill for Period Through April 30, 2016**
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ..............................................................................
Total Costs  ...............................................................................................................
**Total Due This Bill**  ................................................................................................

PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice:  arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street  |  Chicago, Illinois 60601  |  T +1 312 609 7500  |  F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.

REDACTED

**Vedder**Price

July 14, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 576149
Matter No. 21140.30.0156

Legal Services for the Period Ending April 30, 2016



REDACTED

**VedderPrice**

July 14, 2016
Page 12

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 576149
Matter No. 21140.30.0156



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   Time and Fee Summary   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |

TOTAL

**Costs**

Ediscovery Database Charge        6,481.10

Total Costs        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Total Due this Bill        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

**Vedder**Price

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
vedderprice.com

July 22, 2016

Invoice No. 577077

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

**Summary of Bill for Period Through May 31, 2016**
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ................................................................................
Total Costs ................................................................................................................
**Total Due This Bill** ..................................................................................................

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.

REDACTED

**Vedder**Price

July 22, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 577077
Matter No. 21140.30.0156

Legal Services for the Period Ending May 31, 2016



REDACTED

**Vedder**Price

July 22, 2016
Page 9

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 577077
Matter No. 21140.30.0156



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   Time and Fee Summary   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| | | | |



TOTAL

**Costs**

Ediscovery Database Charge   6,474.00

Total Costs   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

**Vedder**Price

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
vedderprice.com

July 27, 2016

Invoice No. 577506

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

### Summary of Bill for Period Through June 30, 2016
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered .............................................................................

Total Costs ............................................................................................................

**Total Due This Bill** ...............................................................................................

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.

REDACTED

**Vedder**Price

July 27, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 577506
Matter No. 21140.30.0156

Legal Services for the Period Ending June 30, 2016



REDACTED

**Vedder**Price

July 27, 2016
Page 7

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 577506
Matter No. 21140.30.0156



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Time and Fee Summary \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|



|  |  |  |  |
|---|---|---|---|
| TOTAL | | | |

**Costs**

Ediscovery Database Charge          6,474.00

REDACTED

**Vedder**Price

July 27, 2016
Page 8

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 577506
Matter No. 21140.30.0156

Total Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ███████

Total Due this Bill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ███████

REDACTED

**VedderPrice**

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
Singapore
vedderprice.com

September 23, 2016

Invoice No. 583575

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

**Summary of Bill for Period Through July 31, 2016**
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered .............................................................................
Total Costs ...........................................................................................................
**Total Due This Bill** .............................................................................................

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice:  arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street  |  Chicago, Illinois 60601  |  T +1 312 609 7500  |  F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

REDACTED

**Vedder**Price

September 23, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 583575
Matter No. 21140.30.0156

Legal Services for the Period Ending July 31, 2016



REDACTED

**Vedder**Price

September 23, 2016
Page 8

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 583575
Matter No. 21140.30.0156

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|


| | TOTAL | | |

**Costs**

Ediscovery Database Charge      6,479.01

Total Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Total Due this Bill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

**VedderPrice**

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
Singapore
vedderprice.com

September 30, 2016

Invoice No. 583576

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

### Summary of Bill for Period Through August 31, 2016
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ...............................................................................
Total Costs ...............................................................................................................
**Total Due This Bill** ................................................................................................

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

REDACTED

**Vedder**Price

September 30, 2016
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 583576
Matter No. 21140.30.0156

Legal Services for the Period Ending August 31, 2016



REDACTED

**Vedder**Price

September 30, 2016
Page 17

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 583576
Matter No. 21140.30.0156



******************** Time and Fee Summary ********************

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|

| TOTAL | | | |

**Costs**

REDACTED

**Vedder**Price

September 30, 2016
Page 18

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 583576
Matter No. 21140.30.0156



Ediscovery Database Charge                                    6,479.80

Total Costs     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▮▮▮▮▮

Total Due this Bill     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▮▮▮▮▮

REDACTED

**Vedder**Price

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
Singapore
vedderprice.com

February 21, 2017

Invoice No. 598930

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

## Summary of Bill for Period Through December 31, 2016
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ............................................................................ ▮▮▮▮
Total Costs ........................................................................................................... ▮▮▮▮
**Total Due This Bill** ............................................................................................... ▮▮▮▮

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

FEIN 36-3254526

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

REDACTED

**Vedder**Price

February 21, 2017
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 598930
Matter No. 21140.30.0156

Legal Services for the Period Ending December 31, 2016



REDACTED

**Vedder**Price

February 21, 2017
Page 41

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 598930
Matter No. 21140.30.0156

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|



TOTAL

**Costs**



REDACTED

**Vedder**Price

February 21, 2017
Page 42

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 598930
Matter No. 21140.30.0156



REDACTED

**Vedder**Price

February 21, 2017
Page 43

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 598930
Matter No. 21140.30.0156



Ediscovery Database Charge         19,365.80

Total Costs   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Total Due this Bill   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

**Vedder**Price

Chicago
New York
Washington, D.C.
London
San Francisco
Los Angeles
Singapore
vedderprice.com

February 22, 2017

Invoice No. 599256

University of Chicago Hospitals
5841 S. Maryland Ave.
Chicago, IL 60637

Matter No. 21140.30.0156

### Summary of Bill for Period Through January 31, 2017
(See attached pages for detail)

ARTUNDUAGA, MARIA - TERMINATION OF RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733

Total Fees for Services Rendered ..............................................................................
Total Costs ................................................................................................................
**Total Due This Bill** ................................................................................................

**PLEASE REMIT PAYMENT PER BELOW AND REFERENCE INVOICE NUMBER**

Payment by Check:

VEDDER PRICE PC
8677 SOLUTION CENTER
CHICAGO, IL 60677-8006

FEIN 36-3254526

Payment by Wire or ACH Transfer:

VEDDER PRICE PC
The PrivateBank and Trust Company
120 S. LaSalle Street, Chicago, IL 60603
ABA No. 071006486; SWIFT No.: PVTBUS44
Account No. 2190924
Wire Remit Advice: arstatements@vedderprice.com

TERMS: PAYABLE ON RECEIPT

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

REDACTED

**Vedder**Price

February 22, 2017
Page 2

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 599256
Matter No. 21140.30.0156

Legal Services for the Period Ending January 31, 2017



REDACTED

**VedderPrice**

February 22, 2017
Page 27

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF
RESIDENCY LITIGATION
CASE NO. 1:12-cv-08733**

Invoice No. 599256
Matter No. 21140.30.0156

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|



TOTAL

**Costs**



REDACTED

**Vedder**Price

February 22, 2017
Page 28

UNIVERSITY OF CHICAGO MEDICAL CENTER
**ARTUNDUAGA, MARIA - TERMINATION OF**
**RESIDENCY LITIGATION**
**CASE NO. 1:12-cv-08733**

Invoice No. 599256
Matter No. 21140.30.0156



Ediscovery Database Charge                                    4,853.20

Total Costs        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Total Due this Bill    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REDACTED

# SCHEDULE G

**M A R K   R .   K I L L I N G S W O R T H**
152 Cedar Lane    Princeton, NJ 08540
(609) 497-9710    fax: (609) 921-6569

October 30, 2015

Travel expenses incurred in connection with deposition in re *Artunduaga v. UCMC,* October 27, 2015:

| | | |
|---|---|---|
| 1. | Train fare | $14.70 |
| 2. | Taxi from home to train station (receipt not available) | 30.00 |
| 3. | Taxi from train station to home | 22.00 |
| | **TOTAL:** | **$66.70** |

(Social Security # 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)

ZAREPHATH Taxi 13
Date ___10/27___
Person ___MRK___
Waiting Time $_____
Luggage $_____
Receipt $ 22.
Driver's Signature_____
Thank You Call Again (609)672-6504

# NJ TRANSIT
The Way To Go.

## RECEIPT

10/27/15          06:51

NJ TRANSIT Rail
1 SR-D              ROUND TRIP RT-F
PR JCT              NYP NYP
SERIAL NR :         01882
FARE       :        $14.70

TOTAL      :        $14.70

PAYMENT    :        Credit-MC
AMOUNT     :        $14.70
MERCHANT   :        04002770006
TRANS. ID  :        028-0187184258
ACCT NO    :        XXXXXXXXXXXX9757
NAME       :        KILLINGSWORTH/MARK
AUTH NO    :        03506P

277 PR JCT



| Amount: | $1,566.70 | Sequence Number: | ▮▮▮▮▮ |
|---|---|---|---|
| Account: | ▮▮▮▮▮ | Capture Date: | 11/27/2015 |
| Bank Number: | ▮▮▮▮▮ | Check Number: | 585467 |

PAY   One Thousand Five Hundred Sixty Six Dollars And 70/100 ¢          $***1,566.70

TO THE
ORDER   **MARK R. KILLINGSWORTH**
OF

Mark R. Killingsworth
152 Cedar Lane
Princeton, NJ 08540

CAUTHORIZED SIGNATURE

IN SETTLEMENT OF   INVOICE # INV DT 10302015 - DAB

REDACTED

## Capilla, Elda

| | |
|---|---|
| **From:** | Sara Dickie ███████████ |
| **Sent:** | Friday, February 03, 2017 9:07 PM |
| **To:** | Capilla, Elda |
| **Subject:** | Parking for trial |
| **Attachments:** | IMG_7992.JPG; ATT00002.txt |

Here is my parking receipt for the trial today -Sara

1

REDACTED

4691030020310182017

Citadel Center
131 S. Dearborn
(312) 267-6867

Entry Time:
    02/03/17 8:10 AM
Exit Time:
    02/03/17 10:18 AM
Duration: 0d 2h 8m
Pay Station: 3
Tran: 4691
Ticket# 61523

Non-resetable tr #:
    0000014690
Parking Fee    $    35.00
--------------------------------

# Total:
# $    35.00

Tender:         $     0.00
Visa            $    35.00
Last 4 digits: 7483
Change:         $     0.00

Thank You For Parking
With Us.

VEDDERPRICE PC
222 N LaSalle Street
Chicago IL 60601
312.609.7500

Bank of America
70-480/819 IL

**362538**

02/07/2017

PAY TO THE
ORDER OF      DR. SARA DICKIE

$35.00********

THIRTY-FIVE AND 00/100

VOID AFTER 120 DAYS
AUTHORIZED SIGNATURE

DR. SARA DICKIE
1118 MAIN STREET
EVANSTON, IL 60202

_____

**\*\*\*COPY\*\*COPY\*\*COPY\*\*\***

⑆362538⑆ ⑆081904808⑆ 5800 50 580 1⑈

VEDDERPRICE PC

CHECK NO.  **362538**

VENDOR NAME: DR. SARA DICKIE          VENDOR #:  SDICKIE          CHECK DATE  02/07/2017

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 020617 | 02-06-2017 | WITNESS TRIAL ATTENDANCE EXPENSE- DR. SARA DICKIE | 35.00 |
| | | **TOTALS** | $35.00 |

**Capilla, Elda**

| | |
|---|---|
| **From:** | Larson, Abigail [SUR] <alarson@surgery.bsd.uchicago.edu> |
| **Sent:** | Tuesday, February 07, 2017 12:44 PM |
| **To:** | Capilla, Elda; Hall, Elizabeth N. |
| **Subject:** | FW: SpotHero Parking Confirmation #5398007 - Check Your Parking Pass |

Thank you for your quick response! See email receipt below.

Best,
Abby

Begin forwarded message:

> **From:** SpotHero Support <support@spothero.com>
> **Date:** February 6, 2017 at 1:33:16 PM CST
> **To:** <kumanskiy█████████>
> **Subject: SpotHero Parking Confirmation #5398007 - Check Your Parking Pass**



# SPOT
# HERO

**Your spot is reserved. Open your parking pass for directions to your spot and to redeem your reservation.**

**Open Parking Pass**

**Spot:** 318 S Federal St. - South Loop Garage

1

REDACTED

**Entrance Address:** <u>318 South Federal Street</u>

**Rental ID #:** 5398007

**Enter After:** Mon Feb. 6, 2017 1:00 PM

**Exit Before:** Mon Feb. 6, 2017 9:00 PM

<u>Change date/time</u>

**Amount Charged:** $19.00

(to card ending in █████)



### SHARE SPOTHERO
#### SEND YOUR FRIENDS $5 IN FREE PARKING.

125 S. Clark St. • Chicago, IL 60603 • (312) 566-7768

2

REDACTED

VEDDERPRICE PC
222 N LaSalle Street
Chicago IL 60601
312.609.7500

Bank of America
70-480/819 IL

**363181**

02/09/2017

PAY TO THE
ORDER OF          DR. KONSTANTIN UMANSKIY

$19.00********

NINETEEN AND 00/100

VOID AFTER 120 DAYS
AUTHORIZED SIGNATURE

DR. KONSTANTIN UMANSKIY
THE UNIVERSITY OF CHICAGO MEDICINE
5841 S MARYLAND AVE, ROOM S-215-MC 5095
CHICAGO, IL 60637

***COPY**COPY**COPY***

⑈363181⑈ ⑆081904808⑆ 5800505801⑈

VEDDERPRICE PC

CHECK NO. **363181**

VENDOR NAME: DR. KONSTANTIN UMANSKIY          VENDOR #:   UMANSKIY     CHECK DATE   02/09/2017

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 020817 | 02-08-2017 | WITNESS TRIAL ATTENDANCE EXPENSE- DR. UMANKSKIY | 19.00 |
| | | **TOTALS** | $19.00 |