```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3   DR. MARIA ARTUNDUAGA,          ) Docket No. 12 C 8733
                                    )
 4                  Plaintiff,      )
                                    )
 5             vs.                  )
                                    )
 6   THE UNIVERSITY OF CHICAGO      )
     MEDICAL CENTER,                ) Chicago, Illinois
 7                                  ) January 30, 2017
                    Defendant.      ) 1:25 o'clock p.m.
 8
                               VOLUME ONE
 9               TRANSCRIPT OF TRIAL PROCEEDINGS
          BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
10
     APPEARANCES:
11
     For the Plaintiff:          THE FRANKLIN LAW FIRM, LLC
12                               BY:  MS. JAMIE S. FRANKLIN
                                 53 W. Jackson Blvd., Suite 803
13                               Chicago, Illinois  60604

14                               ROBINSON, CURLEY & CLAYTON, P.C.
                                 BY:  MS. CYNTHIA H. HYNDMAN
15                               300 South Wacker Drive, Suite 1700
                                 Chicago, Illinois  60606
16
     For the Defendant:          VEDDER PRICE, P.C.
17                               BY:  MR. EDWARD C. JEPSON, JR.
                                      MS. ELIZABETH N. HALL
18                               222 N. LaSalle St., Suite 2600
                                 Chicago, Illinois  60601
19
     Court Reporter:             MR. JOSEPH RICKHOFF
20                               Official Court Reporter
                                 219 S. Dearborn St., Suite 1232
21                               Chicago, Illinois  60604
                                 (312) 435-5562
22

23               * * * * * * * * * * * * * * * * *

24                       PROCEEDINGS RECORDED BY
                         MECHANICAL STENOGRAPHY
25                  TRANSCRIPT PRODUCED BY COMPUTER
```

Hyndman - Opening Statement

1      (Proceedings had in open court:)

2           THE COURT:  Ready?

3           MS. HYNDMAN:  We are.

4           THE COURT:  Bring in the jury, please, Katie.

5      (Brief pause.)

6      (Jury in.)

7           THE COURT:  You may be seated.

8           Ladies and gentlemen, as I indicated before we broke

9  for lunch, we are going to begin with the attorneys' opening

10 statements to you.  Just a reminder, their opening statements

11 are not evidence.  It is their opportunity to address you to

12 let you know what they think the evidence is going to show.

13           Something else I forgot to tell you is I do not care

14 where you sit.  You can sit in the same seat.  You can sit in

15 a different seat.  You can try them all out.  It does not

16 matter.  Wherever you want to sit is fine with me.

17           Ms. Hyndman, whenever you are ready.

18           MS. HYNDMAN:  Yes, your Honor.  Thank you.

19           OPENING STATEMENT ON BEHALF OF PLAINTIFF

20 BY MS. HYNDMAN:

21           May it please the Court.

22           Counsel, members of the jury.

23           We met earlier today.  My name is Cindy Hyndman and,

24 along with Jamie Franklin, we have the honor of representing

25 Dr. Maria Artunduaga.

Hyndman - Opening Statement

3

1          Dr. Maria Artunduaga came to the United States from

2   her native Colombia to fulfill her dream of pursuing a medical

3   career here.  She began a residency program at the University

4   of Chicago Medical Center in plastic surgery.  It was a

5   six-year residency program.  Maria knew she was going to have

6   a steep learning curve when she first got here.  It had been a

7   long time since she had done any clinical work.  She had been

8   doing research for four years prior to the residency.  And she

9   had not really had very much experience at all working in a

10  clinical setting in an American hospital.  But she never

11  really expected how rough a start she was going to have.

12          Within the first months, other residents and

13  attending physicians at UCMC made negative comments about her

14  accent.  They said she didn't understand the culture.  They

15  made fun of the fact that she went to medical school in

16  Colombia.  Gossip swirled around the medical center about

17  Maria.  The general surgery residents in particular were

18  relentless in their criticisms of her.

19          Dr. Artunduaga complained about those comments and

20  about this treatment, but no one listened.  Instead, Dr. David

21  Song, the program director for the Plastic Surgery Department,

22  listened to the gossip.  He charged his chief residents with

23  keeping their ears to the ground.  He wanted details.  He

24  wanted reports.  He wanted to find a way to stop the gossip

25  that was so embarrassing to him.

1    After Dr. Artunduaga had finished just a mere four

2  months of the six-year program, Dr. Song pressured her to

3  leave.  He told her she couldn't cut it as a plastic surgery

4  resident.  He said she would never successfully finish the

5  program.  Maria responded that she insisted that she could --

6  she told Dr. Song she could improve, she had improved and she

7  would improve.  He relented.  Instead of having her leave the

8  program, he said he would put her on probation.

9    The evidence will show that Maria worked very hard

10  during that probationary period, but to no avail.  By March of

11  2012, Dr. Song achieved his goal of silencing the gossip by

12  terminating Dr. Artunduaga from his program.

13    As Dr. Song himself will testify, when someone gets

14  put on probation, let alone has their contract not renewed, it

15  severely scars their record for further employment elsewhere.

16  Dr. Artunduaga was never able to get a position in another

17  residency program, and it ruined her chances of ever becoming

18  a plastic surgeon in the United States.

19    Maria Alexandra Artunduaga was born in Colombia.  She

20  graduated high school at the age of 16.  And she attended the

21  Pontificia Universidad Javeriana, in Bogota, Colombia,

22  Colombia's premiere medical school.  She earned her degree in

23  the year 2003 at the top of her class.

24    Maria didn't learn English until she was 18.  She

25  came to Los Angeles to take an eight-month English proficiency

Hyndman - Opening Statement

1    course.  By the end of that eight-month program, she had

2    bilingual proficiency.

3            At the end of medical school, she came to the United

4    States, again.  She completed medical training through courses

5    at Harvard, Mt. Sinai Hospital in New York and Baylor

6    University.

7            She then returned to Colombia and practiced medicine

8    there for three years.  In 2007, Maria was awarded a four-year

9    post-doctoral fellowship in human genetics at Harvard.  There,

10   her work helped in the discovery of a new gene.  She published

11   in the renowned scientific journal Nature and in the New

12   England Journal of Medicine.

13           In 2010, she decided she wanted to pursue her dream

14   of a career in plastic surgery in the United States.  She

15   applied to residency programs through the National Residency

16   Matching Program, and she obtained interviews with nine

17   plastic surgery residency programs.  One those was the

18   University of Chicago.

19           At the interview, she met the residents and the

20   attending physicians who worked in the plastic surgery

21   section, including Dr. Song.  Dr. Song will tell you that he

22   ranked Dr. Artunduaga very high in the Match Program because

23   he was impressed with her glowing recommendation letters and

24   the mentoring she had received when she worked at Harvard.  He

25   also liked the fact that he would add to UCMC's diversity

Hyndman - Opening Statement

6

1   pool.

2          When Maria met with Dr. Song at the interview, she

3   confessed to him that she was a little concerned about

4   transitioning back to a clinical setting after she had been

5   doing research for four years at Harvard.  But Dr. Song

6   assured her the transition would not be an issue at all.  The

7   section would give her all the support she needed to get back

8   on track.  Maria liked that.

9          She also liked the fact that Dr. Song told all the

10  candidates that the plastics program at UCMC was family; they

11  had each other's backs.

12         But the evidence will show that despite all those

13  assurances, Dr. Song never treated Maria like a member of his

14  family.

15         Maria began her residency in the Kaplan Service

16  rotation.  In the Kaplan Service rotation, they do endocrine

17  and breast surgeries.  She began on June 24th, 2011.  In the

18  Kaplan Service, she worked with a surgical fellow by the name

19  of Dr. Haijin In.

20         Now, Dr. Artunduaga will be the first to tell you she

21  had a little bit of a rough start when she began her residency

22  at UCMC.  She needed to get back up to speed, like she had

23  told Dr. Song that she was going to need to do.  But that

24  rough start was made even rougher by Dr. In.

25         On more than one occasion, Dr. In ridiculed Maria's

1    medical training in Colombia.  She questioned her medical

2    knowledge.  Frustrated, Maria decided to meet with Dr. Nora

3    Jaskowiak.  Dr. Nora Jaskowiak was one of the attending

4    physicians on the Kaplan Service.  And Maria met with

5    Dr. Jaskowiak and she told her her concerns about her

6    treatment from Dr. In.  She told Dr. Jaskowiak that Dr. In

7    made fun of her medical training.  Dr. Jaskowiak said she

8    noticed that Dr. In had treated her a little poorly, but she

9    told her just to toughen up and let it go.

10          Now, Maria also talked to Dr. Justine Lee, who was

11   one of the two chief residents in the plastic surgery program.

12   She also told Dr. Lee that Dr. In treated her differently

13   because of her -- because she had trained in medical school in

14   Colombia.  And she also expressed concerns that she thought

15   Dr. In might have been treating her poorly because of her

16   accent.

17          The next month, she worked on the Kaplan Service

18   again.  Now, she had poor treatment from Dr. In during the

19   first month of her residency, but the next month of her

20   residency she had even worse treatment at the hands of

21   Dr. John Seal.  Dr. Seal was the chief -- one of the chief

22   residents in general surgery, and he was assigned to that

23   rotation that month, as well.

24          Dr. Seal repeatedly criticized Maria's language

25   skills and her accent.  Dr. Seal then took his opinions to

Hyndman - Opening Statement

1    Dr. Jaskowiak.  Dr. Jaskowiak wrote an e-mail to Dr. Song

2    suggesting that Dr. Artunduaga had some cultural issues and

3    that she and Dr. Seal thought it might be helpful for Maria to

4    have a little American surgery boot camp.

5         Maria continued working on the service for August

6    under the strict scrutiny of Dr. Seal.  At the end of the

7    month, she met, again, with Dr. Lee and the other chief

8    resident, Dr. Sarah Dickie.  And when she met with them, they

9    told her that they had spoken to Dr. Seal.  They told her that

10   Dr. Seal had identified her main problem as communication

11   skills, specifically her accent.  And Maria agreed that

12   Dr. Seal had a problem with her accent.  She told Dr. Dickie

13   and Dr. Lee that she was positive she was being treated badly

14   because of her accent and because she received medical

15   training in Colombia.

16        Dr. Dickie and Dr. Lee sent Dr. Song an e-mail

17   summarizing the conversations they had with both Dr. Seal and

18   Dr. Artunduaga.  Dr. Song directed his assistant to put that

19   e-mail in Maria's file.

20        The next month, Maria was assigned to the Block H or

21   sometimes it's called the Block 2 Service, and this is a

22   service where they perform colorectal surgeries.  There she

23   worked with Dr. Konstantin Umanskiy and Dr. Roger Hurst.

24        Now, Dr. Umanskiy didn't like how Dr. Artunduaga

25   presented herself as a surgeon.  He admonished her to remove

1    the stethoscope from her neck.  He told her to get rid of the

2    notebooks and colored pencils that she carried in her lab

3    coat.  He scolded her that this is not how we do things in the

4    United States.

5         At the beginning of the month, though, her very first

6    formal evaluation came in, and that came from Dr. Edwin

7    Kaplan, who was -- who the Kaplan Service is named after.

8    That evaluation from Dr. Kaplan was very positive.  There was

9    a scale from -- starting from deficient all the way up to

10   exemplary.  And he rated Maria either good or very good on

11   everything he rated her on.  He commented, in fact, she's good

12   now, but will make a fine resident as she gains more

13   experience and gains more confidence.

14        A couple of days later, Dr. Dickie reported to

15   Dr. Song that the chief resident on the service for the month,

16   a fellow by the name of Dr. Brian Bello, had told her that

17   Maria was doing okay and, in fact, he had been impressed with

18   some of the things she was doing on the service.

19        Later that month, Dr. Jaskowiak submitted her first

20   formal evaluation.  Hers was a little more mixed than

21   Dr. Kaplan's had been.  She rated Maria deficient in one

22   category.  She rated her as could improve in a few others.

23   Her comments reflected the fact that Maria had some challenges

24   in the first couple of months of her residency.  But she

25   concluded her comments by saying:  Steps are being taken to

Hyndman - Opening Statement

10

1    address these issues.

2           The very next day, Dr. Dickie, Dr. Lee and Dr. Song

3    decided that they were going to change Dr. Artunduaga's

4    rotation for the next month.  She was originally scheduled to

5    continue another month in the Block H Service.  But, instead,

6    they decided that they were going to put her onto the plastics

7    rotation, their own rotation, for the month of October.

8           Now, according to an e-mail from Dr. Dickie,

9    Dr. Song, this move was prompted by the fact that Dr. Lee, the

10   chief resident, had had a conversation with Dr. Umanskiy and

11   Dr. Umanskiy had apparently told Dr. Lee that Maria was

12   unfixable.  But Dr. Umanskiy never told Maria that she was

13   unfixable when he met with her the very next day to have a

14   formal evaluation and feedback session with her.  And

15   Dr. Umanskiy didn't even tell Dr. Song that Maria was

16   unfixable when he sent an e-mail a few days later.

17          What he said, in fact, in that e-mail was that

18   throughout the rotation, Dr. Artunduaga demonstrated

19   improvement in patient care and communication skills.

20          Now, Dr. Song may say when he testifies that he

21   decided to bring Maria back to plastics so that he could

22   protect her from these vicious attacks that she was suffering

23   at the hands of the general surgery folks.  But the evidence

24   will show that Dr. Song told Dr. Dickie and Dr. Lee that they

25   needed to test Maria.  In other words, this was his

Hyndman - Opening Statement

1    opportunity to put Maria under the microscope.

2         Dr. Song didn't even tell Dr. Artunduaga he was

3    moving her to plastics for the next month, and Dr. Dickie and

4    Dr. Lee didn't tell her either.  She found out from an e-mail

5    from an administrator.  And Maria questioned the e-mail,

6    questioned the administrator:  Why am I getting moved to

7    plastic surgery rotation?  And she said:  You better talk to

8    Dr. Song.

9         So, because she wanted to find out the reason she was

10   being moved, on September 29th, 2011, Maria met with Dr. Song

11   for the very first time since she had started her residency

12   program.  And in that conversation, Maria will tell you that

13   she related to Dr. Song the struggles she had been having with

14   people complaining about her accent and complaining about the

15   fact that she had gone to medical school in Colombia.  She

16   told Dr. Song she felt that people at UCMC were discriminating

17   against her because of her accent.  And Maria will tell you

18   that Dr. Song's response was:  There's no such thing as accent

19   discrimination.

20        Dr. Song also told Maria in that meeting that she had

21   to perform flawlessly on the October plastics rotation or she

22   would face termination.

23        So, Maria proceeded to the plastics rotation in

24   October.  UCMC has Graduate Medical Education Committee

25   policies, and they're all in a policy handbook that you'll

Hyndman - Opening Statement

1    see.  And those policies require that every program has to

2    create and utilize competency-based evaluation forms.

3          It also requires every program -- every residency

4    program -- to assure that the faculty members and others who

5    supervise the residents submit completed evaluation forms in a

6    timely manner.  But Dr. Song in the plastics section didn't do

7    that.  There's not one written evaluation of Dr. Artunduaga's

8    performance in the October plastic surgery rotation at all.

9    No one wrote anything.  The evidence will show that.

10         But other formal evaluations started to come in.

11   Dr. Angelos, who worked with her on the Kaplan Service

12   rotation, sent in a formal evaluation.  Dr. Chhablani and

13   Dr. Umanskiy both submitted formal evaluations.  You will see

14   those, as well.

15         Dr. Artunduaga, herself, asked one of the nurse

16   practitioners she worked with, a woman by the name of Joly

17   Jose, to submit an evaluation of her to Dr. Song.

18         Dr. Hurst submitted his evaluation on October 17th.

19   His evaluation of Maria's performance was mixed, but he made a

20   point of saying this:  She was trained where the routines and

21   customs are not necessarily known to us.

22         In the middle of the month, the surgical education

23   committee had their semi-annual meeting, and they sat down and

24   they talked about the performance of all the residents.

25         At the end of the plastics rotation, Dr. Artunduaga

1   met with Dr. Dickie, and she also met with another senior

2   resident, a woman by the name of Trang Nyugen.  And she met

3   with them to discuss areas of improvement.  And even though

4   Dr. Nyugen had attributed to Maria some mistakes that had been

5   made by another resident on the service, Maria was encouraged

6   by those conversations with Dr. Nyugen and Dr. Dickie.  They

7   pointed out areas that she could work on to improve her

8   performance.  In fact, Dr. Dickie told Maria that she looked

9   forward to helping her improve in the months and years to

10  come.

11          But Dr. Song apparently had another idea.  Maria was

12  scheduled to be on the thoracic rotation for the month of

13  November.  On November 1st, Dr. Song contacted Barry Kamin.

14  Mr. Kamin was UCMC's executive director of Graduate Medical

15  Education.  And he wanted to discuss Dr. Artunduaga's

16  performance.  Mr. Kamin suggests -- Mr. Kamin said they could

17  discuss a pre-probation letter and a somewhat specific

18  remediation plan with a short formal re-evaluation period.

19  But Dr. Song sent back a message that he wasn't interested in

20  that; he was interested in formal probation.

21          But before he could pursue the route of formal

22  probation, Dr. Song had another plan.  On November 2nd, 2011,

23  less than 20 weeks into her six-year residency program,

24  Dr. Song met with Maria and pressured her to leave his

25  program.  He told her that plastic surgery was not for her;

Hyndman - Opening Statement

1    that probation would not even lead to successful remediation.

2    As a courtesy, he gave her 24 hours to decide whether she

3    wanted to move forward with the probation.  But Dr. Artunduaga

4    was undaunted.  Not wanting to scrap her career before it was

5    barely off the ground, she told Dr. Song she wanted to take

6    the probation.

7            In the next few days, she sought guidance how she

8    could proceed with the probation and how she could improve her

9    performance.  She met, again, with Dr. Lee and Dr. Dickie and

10   Dr. Nyugen.  And despite the words of encouragement they had

11   given her just a few days before, they told her not to do

12   probation.  They told her that she should leave the program.

13   She spoke to Dr. Kevin Roggin, who you will hear testify.  He

14   was the program director for general surgery.  She spoke to

15   Dr. Kaplan, and she spoke to Dr. Jaskowiak.  She was

16   determined she wanted a plan for how to improve her

17   performance.

18           Now, the evidence will show that Dr. Song wasn't

19   happy that Dr. Artunduaga had taken this route of probation.

20   He met with her, again, in November 15th, 2011, and at this

21   point, he gave her the formal probation letter.  And at the

22   same time, he once again urged her to leave the program.

23           Troubled by his harsh words and what she felt was an

24   inaccurate assessment of her performance, Maria wanted -- with

25   the help of her husband Ricardo, looked to get some assistance

Hyndman - Opening Statement

1    from the Human Resources Department at UCMC.

2         Ricardo contacted a man by the name of Jonathan

3    Rothstein.  He was UCMC's director of employee relations.

4    Tried to get Mr. Rothstein involved.  The evidence will show

5    it was Mr. Rothstein's job to investigate complaints of

6    discrimination at the medical center.  Ricardo got no

7    immediate response from Mr. Rothstein.

8         But he did get a surprise call on his cell phone one

9    day from a woman named Jane McAtee, who was one of the lawyers

10   for UCMC.  And Ms. McAtee told Ricardo not to contact

11   Mr. Rothstein.  She said Human Resources had nothing to do

12   with Maria's situation.  And, in fact, days later,

13   Mr. Rothstein confirmed that he had nothing to do with

14   Graduate Medical Education and he refused to meet with

15   Ricardo.

16        Part of the probation that Maria was then under was

17   that the residents and fellows and nurses that were going to

18   be working with her directly on each rotation would be given

19   special weekly evaluation forms to fill in.  So, over the

20   month of November, these weekly evaluations began to pour in.

21        Dr. Artunduaga was also required to meet on a weekly

22   basis with Dr. Julie Park.  Dr. Park was the associate program

23   director for the plastic surgery residency program, and

24   Dr. Song had asked her to act as Maria's mentor.  They had

25   their first meeting on November 28th.

Hyndman - Opening Statement

16

1      Now, every resident gets one month of vacation a

2  year.  And Maria had been scheduled since the beginning of her

3  residency to have her vacation for the month of December.  In

4  fact, she was going to Colombia to have her wedding with

5  Ricardo.  Before she left, she made an attempt to meet with

6  Mr. Kamin, who was the executive director of Graduate Medical

7  Education, to discuss the terms of her probation.  She asked

8  him if he was available either November 29th or 30th to meet.

9  But Mr. Kamin ignored her request and, in fact, never met with

10 her until some months later.

11     In December, Maria did go to Colombia, married

12 Ricardo.  They had a lovely honeymoon.  But while she was on

13 vacation, many of the evaluations from the November rotations

14 were being submitted.

15     Went too far.

16     In any event, the evaluations that came in in

17 November were not so good.  Maria had a very tough go of it in

18 the thoracic rotation during the month of November.  She was

19 struggling to keep her equilibrium having heard this probation

20 decision from Dr. Song and how it might affect her future.

21 She had particular problems with a doctor by the name of

22 Dr. Mark Ferguson.  Dr. Ferguson, in fact, at one time threw

23 her out of the operating room.  Another time he chastised her:

24 Do you even understand English?

25     But Maria wanted to do well.  She came back from her

Hyndman - Opening Statement

1    vacation and her wedding very refreshed and rejuvenated and

2    ready to tackle the probation.

3           She was assigned to the vascular rotation for the

4    month of January.  It's a very busy rotation.  And she

5    performed really well.  The evidence will show that the weekly

6    evaluations from the residents and the fellows and the nurses

7    were overwhelmingly positive.  And the evaluations she got

8    from attending physicians for that month were equally

9    complimentary.  Her improvement at this point was palpable.

10          Towards the end of January, she got a call from

11   Dr. Jaskowiak.  Dr. Jaskowiak was not happy with her because

12   Maria apparently had made a mistake with one of Dr.

13   Jaskowiak's patients back in the summer when she was on the

14   Kaplan Service.  Maria had prescribed an antibiotic over the

15   phone, and Dr. Jaskowiak didn't like that.

16          Recognizing that this could impact the evaluation of

17   her progress on the probation, Maria alerted Dr. Song and

18   Dr. Park about the issue with Dr. Jaskowiak.  She talked to

19   Dr. Park about it, and Dr. Park encouraged Dr. Artunduaga to

20   apologize to Dr. Jaskowiak.  And she did.

21          Now, the next month, in February, Maria was assigned

22   to transplant rotation.  And, again, she performed very well.

23   The weekly evaluations she received from the attendings and

24   the nurses and the fellows were very positive.  Maria met

25   weekly during this time with Dr. Park for her mentoring.

Hyndman - Opening Statement

1   Maria will tell you that she was feeling very good about her

2   progress on the probation.  She received a response from

3   Dr. Jaskowiak to her apology, and she felt like Dr. Jaskowiak

4   was trying to teach her about the best course to take so she

5   wouldn't repeat mistakes.  Dr. Jaskowiak told Maria in the

6   e-mail:  It sounds like you've learned a lot this year.

7          Then Maria received an evaluation from Dr. Yolanda

8   Becker, who was one of the attending physicians on the

9   transplant service.  Dr. Becker had only worked with Dr.

10  Artunduaga for a week.  She submitted her evaluation before

11  the rotation month was even over.  She evaluated Maria on

12  areas that she never even observed her on.  And when Maria

13  asked her about that, Dr. Becker claimed she had spoken with

14  the resident and the fellow on the service for those parts of

15  the evaluation.

16         So, Maria went to the resident, Dr. Irma Fleming, and

17  asked her:  Did Dr. Becker talk to you?  And Dr. Fleming was

18  shocked that Dr. Becker would make that claim, calling it

19  horrible and unfair.

20         At the end of the month, Dr. Park advised Dr.

21  Artunduaga that instead of the rotation on the Kaplan Service

22  once again that she was scheduled to have for the month of

23  March, she was going to be returning to plastic surgery.

24  Plastic surgery, the only section where attendings'

25  assessments were secret and couldn't be traced.  Dr. Park told

Hyndman - Opening Statement

1    Dr. Artunduaga, once again, that the rotation in plastics

2    would be a test.  But the evidence will show that this time

3    Maria's entire future was on the line.

4            Maria proceeded to her test in the plastics rotation.

5    Early in the month, she had a difficult encounter with an

6    attending physician from another department, a woman by the

7    name of Dr. Alison Tothy.  Maria called Dr. Tothy to apologize

8    about that, explained to her the tremendous pressure she was

9    feeling from the fact that she was on probation.  Dr. Tothy

10   seemed to understand.  Maria was working hard.  Even the

11   plastics residents gave her decent weekly evaluations this

12   month.  They acknowledged that they were seeing improvement in

13   her performance.

14           But the die had been cast.  The evidence will show

15   that the plastics rotation wasn't a test at all.  The evidence

16   will show that Dr. Song had already made up his mind.  On

17   March 8th, 2012, Dr. Song sent an e-mail to attorney Jane

18   McAtee, the one who had spoken to Ricardo earlier.  And that

19   e-mail was regarding a draft termination letter.

20           Dr. Song and Dr. Park then met with Ms. McAtee on

21   March 14th.  That same day, Dr. Park sent Dr. Song an update

22   on Dr. Artunduaga's progress through the probation.  According

23   to Dr. Song and Dr. Park, that letter, Dr. Park's letter,

24   along with all of the evaluations from Maria's probation and

25   some other materials, some 195 pages in all -- you'll see it;

Hyndman - Opening Statement

1    it's a large exhibit -- were provided to all the plastics

2    section faculty in a meeting on March 26th, 2012, where they

3    were to discuss Maria's future in the program.

4           The faculty had that meeting and, after the meeting,

5    Dr. Song prepared a letter to Maria telling her she had been

6    terminated from the program.

7           Now, Maria knew the faculty was meeting on March

8    26th.  They knew they were deciding her fate.  But Dr. Song

9    didn't tell her until the next day at 4:30 p.m. what they had

10   decided.  He met with Maria for a very brief time, handed her

11   a letter and sent her out of the room.

12          The evidence will show that Dr. Song didn't even pay

13   her the courtesy of telling her not only had they terminated

14   her from the program, but they had -- but he had decided that

15   she had to end all of her clinical duties from that point

16   forward; that he was going to deprive her of three additional

17   months of her education and training that she had been

18   promised in her contract.

19          Maria asked Dr. Song to reconsider his decision.  At

20   the same time, she let him know that she would exercise her

21   right to have this decision reviewed by a grievance committee.

22   Dr. Song refused to reconsider the termination decision.

23          But he did relent and allow her to return to clinical

24   duties, again, on the Kaplan rotation.  But he backed off of

25   that commitment less than a month later.  And he directed her

Hyndman - Opening Statement

1   to complete her residency by summarizing chapters in a

2   textbook.

3          Dr. Artunduaga proceeded to a grievance, with little

4   support from even those who thought she performed just fine.

5   Not surprisingly, the grievance committee, comprised of

6   attending physicians and residents at the University of

7   Chicago Medical Center, denied Maria relief.

8          Maria left UCMC at the end of June, 2012, to figure

9   out how to pursue her dream of becoming a plastic surgeon in

10  the United States.  The evidence will show that that dream had

11  been shattered as a result of her experience at UCMC.

12         Now, counsel for UCMC will have his chance next, and

13  he's going to tell you a very different story.  He's going to

14  maintain that early in the days of Dr. Artunduaga's

15  internship, Dr. Song received many unsolicited criticisms.

16  He'll say that Dr. Song was trying to do Maria a favor by

17  offering to help her find a residency program that would suit

18  her better than plastic surgery, but that she wouldn't take

19  him up on that offer.

20         He'll also tell you that after Dr. Song put Dr.

21  Artunduaga on probation, he still received unsolicited

22  criticisms.  He'll say that Dr. Song and others were convinced

23  that Dr. Artunduaga would never make it through the six-year

24  residency program; she simply couldn't cut it.

25         But the evidence will show that the reasons that

Hyndman - Opening Statement

1    Dr. Song wrote in his November 2nd and November 15th letters

2    to Maria about probation and the reasons he put in the letter

3    of March 27th terminating her were not consistent with the

4    written evaluations from the attendings and the residents and

5    the fellows who worked with Maria directly on a day-to-day

6    basis from July through March.  The evidence will show that

7    even under the microscope of probation, Dr. Artunduaga

8    performed well and improved in every category on which she was

9    evaluated.

10          Now, Mr. Jepson will also tell you that there isn't

11   any evidence that people treated Dr. Artunduaga any

12   differently because she was from Colombia.  But that simply is

13   not the case.  The evidence will show that these were the

14   things that people were saying about Maria many times right to

15   her face.

16          Dr. In said to her:  Where did you go to medical

17   school?  Come on.

18          Dr. Jaskowiak:  Several issues.  Something cultural.

19   Not understanding how things are done in the U.S. medical

20   system.  She needs a little American surgery boot camp.

21          Dr. Seal:  Maria's main problems stem from

22   communication, accent.

23          Dr. Umanskiy:  This is not how we do things here in

24   the United States.

25          Dr. Ferguson:  Can you even understand what I'm

Hyndman - Opening Statement

1    saying?  Can you even understand English?

2            Dr. Hurst:  She was trained where the routines and

3    customs are not necessarily known to us.

4            Dr. Song:  There's no such thing as accent

5    discrimination.

6            Dr. Moreira:  I think there are language and cultural

7    barriers that have affected Maria's ability to effectively

8    communicate.

9            Dr. Chhablani:  Someone like you will have a very

10   difficult time being successful here.

11           And Dr. Song:  Life is never fair to people like you.

12           You probably won't be surprised to hear that

13   probation and termination from the residency program

14   devastated Maria.  She'll tell you about the anxiety she had

15   to deal with dealing with the constant pressure of being under

16   probation and the constant scrutiny.  She'll tell you how she

17   fell into a deep depression after she was fired.  She'll talk

18   about how she couldn't eat, she couldn't sleep, she didn't

19   find enjoyment in the things that she loved to do.

20           You'll also hear from psychiatrists and psychologists

21   who have treated Maria, and they will tell you the same thing.

22   They'll explain how she still hasn't fully recovered from this

23   injury.

24           Her husband Ricardo will testify, as well.  He'll

25   talk about how the experience at UCMC changed Maria; how it

Hyndman - Opening Statement

1    affected her relationship with him, her family, her friends;

2    how her hopes for the future have had to be completely

3    retooled.

4            Maria will talk about how, just like Dr. Song

5    predicted, she wasn't able to find a position in another

6    residency program.  She'll talk about the costs she's incurred

7    by having to go back to school to pursue a career in public

8    health.  You'll also hear from Dr. Mark Killingsworth, a labor

9    economist with 40 years experience.  He teaches at Rutgers

10   University in New Jersey.  Dr. Killingsworth will explain that

11   Maria's lost millions of dollars in future earnings she would

12   have earned as a plastic surgeon.

13           Ladies and gentlemen, at the close of all the

14   evidence, I'll have a chance to come up and talk with you,

15   again.  And at that time, I will ask you to find that UCMC

16   discriminated against Dr. Maria Artunduaga on the basis of her

17   national origin; and will ask you to find that University of

18   Chicago Medical Center retaliated against Maria because she

19   made complaints about that discrimination; and, that UCMC

20   discriminated against Maria and retaliated against her in

21   reckless disregard of her federally protected rights.

22           And I will ask you to consider the harm that UCMC has

23   done to Maria -- the injury to her emotional state, the

24   out-of-pocket costs and losses she's had to try and salvage a

25   career.  And the damage to her reputation has caused a

1    significant reduction in her future earnings.  And I will ask

2    you to compensate her for that harm by returning a verdict in

3    her favor.

4              Thank you.

5              THE COURT:  Thank you.

6              Mr. Jepson.

7              MR. JEPSON:  Thank you, your Honor.

8              We're going to do some of this the old-fashioned way.

9                OPENING STATEMENT ON BEHALF OF DEFENDANT

10   BY MR. JEPSON:

11             Your Honor.

12             Members of the jury, counsel.

13             My name's Ed Jepson, and I represent the University

14   of Chicago Medical Center in this case, which you just heard

15   the opening statement of plaintiff on.

16             I represent UCMC, along with Elizabeth Hall, who is

17   sitting with me at the table.  And Dr. David Song, who you

18   already heard about, was the section chief for plastic surgery

19   at UCMC and also was in charge of the residency program for

20   nine years, including the time when Dr. Artunduaga was at

21   UCMC.

22             Now, the good thing about this process is -- and one

23   thing that the Judge told you is -- that you need to listen to

24   everything -- not just what we say, but also the evidence, as

25   well as our closing arguments -- before you make up your

Jepson - Opening Statement

26

1    minds.

2           And that's important here.  Because you heard a lot

3    of names of people and things attributed to them.  And they're

4    going to testify.  And they will tell you what happened and

5    what they said or didn't say.

6           The key thing here from our standpoint is this:  I

7    have a very able opposing counsel.  She gave you a very nice

8    sketch and outline of the case.  I'm going to take some

9    time -- and probably a little more time -- and show you some

10   of the exhibits that you're actually -- that are actually

11   going to be testified about in this case.  And I'm going to

12   fill in the gaps and complete the picture.

13          And I want to make it very clear to you that we

14   believe that the testimony you hear, the documents you see and

15   the totality of the evidence that is presented will show you

16   -- and very unfortunately, as far as UCMC is concerned -- is

17   that the reason that Dr. Artunduaga's contract in the

18   residency program was not renewed was not because of anything

19   having to do from where she was from and accent or raising any

20   issues of discrimination.  Indeed, the people who will testify

21   will deny that she ever raised issues of discrimination while

22   she was at UCMC.  But it will show, unfortunately, that there

23   were fundamental and consistent flaws in her performance that

24   made it clear to the attending physicians in the plastic and

25   reconstructive surgery program or their attendings that even

Jepson - Opening Statement

1    in a six-year program, they could not train her to be a safe

2    and competent plastic surgeon.

3             Now, a bit about plastic and reconstructive surgery.

4    Lay people like us, sometimes the first thing that comes to

5    mind when you think of plastic surgery is a nose job, cosmetic

6    hair transplant, those kinds of things.  You will hear from

7    Dr. Song and Dr. Park and others that that is only a small

8    portion of what the plastic and reconstructive surgeons do at

9    UCMC.

10            Indeed, plastic and reconstructive surgery is

11   among -- if not the most -- complex and difficult kind of

12   surgery that is performed at that hospital and other hospitals

13   in the United States.  The reason is this:  What kinds of

14   things they do.  If you have a severed finger or a hand, it's

15   a plastic surgeon that is putting that hand back on.  If you

16   are burned in a fire or an accident, it is a plastic surgeon

17   who is taking skin grafts from one part of your body and

18   putting them on another part of the body.  If you have the

19   unfortunate circumstance of having a car crash and go through

20   the windshield, it is a plastic surgeon that reconstructs your

21   face, including bone structure, as well as skin.  And if you

22   have breast cancer and have a mastectomy, it is a plastic and

23   reconstructive surgeon that will reconstruct your breasts.

24   Plastic and reconstructive surgeons work on every part of the

25   body and have to be among the most skilled surgeons in the

Jepson - Opening Statement

1    country and in any hospital.

2           Now, I also have to kind of bring you up to speed

3    with respect to some of the nomenclature you're going to hear.

4    You heard "residency."  What is a residency?  UCMC is a

5    teaching hospital.  Who are the people?  Attending physicians,

6    fellows, who are these people?  So, I'm going to take just a

7    moment and do that.

8           A residency program -- and the one at UCMC -- was six

9    years long.  And it takes six years for those individuals to

10   be trained to be independent and safe in their field.  And

11   they progress from internship, which is the first year, until

12   they are the chief resident in the last year.  And during that

13   progression, they gain more experience and they gain more

14   responsibility.  And we'll talk about what an intern does in a

15   moment.

16          But a residency program, when somebody matches into

17   that program, there's no guarantee that you are going to

18   finish that program.  Indeed, you will hear that at UCMC and

19   almost every other teaching hospital program across the

20   country, if there's a six-year program, you get a new contract

21   every year.  And why is that?  Because each year the

22   attendings need to assess your progress.  They need to assess

23   what kind of experience you've gotten.  They need to know

24   whether you are progressing to complete and become a safe and

25   competent plastic surgeon when you get out.

1          Now, the hierarchy in a hospital.

2          MR. JEPSON:  If you could put that up there, Michael,

3     which is our demonstrative with the pyramid.

4          Your Honor, if we could have the lights come down a

5     bit.

6     BY MR. JEPSON:

7          All right.  Here's the pyramid.  I'm not going to

8     spend a lot of time with this.

9          The attending physician is at the top.  And in

10    plastic and reconstructive surgery, an attending physician is

11    someone who has gone through four years of medical school, has

12    completed typically a six-year residency program and

13    oftentimes does a fellowship of another year or two, maybe

14    some research.  So, oftentimes ten years of training before

15    they become an attending physician.

16         The attending physicians you're going to hear from in

17    this trial have all had many years of practice, as well.  They

18    are in charge of the treatment team.  And the treatment team

19    are the people that go down that pyramid in a teaching

20    hospital.  You just heard about a fellow.  There's not a

21    fellow in every service, but a fellow is somebody who is

22    post-residency who is getting more training.

23         Then you've got the chief resident.  You heard that

24    Dr. Sarah Dickie and Justine Lee were the chief residents in

25    plastic and reconstructive surgery the year that Dr.

Jepson - Opening Statement

1    Artunduaga was an intern.

2            And, then, we have junior and senior residents.

3    Typically, the seniors are those who are in the second half of

4    the program, and the juniors are in the first half of the

5    program.

6            And another very important part of the team is the

7    advance practice nurse.  And you will hear -- you already

8    heard the name Joly Jose.  These are individuals who not only

9    have a four-year nursing degree, but they also have a

10   master's.  They can actually prescribe medicine, and they

11   serve a very important function of running a service in a

12   hospital.

13           Finally, an intern.  An intern in the plastic and

14   reconstructive surgery residency program has a number of

15   responsibilities.  The first and foremost one, it has to do

16   with the floor.  What is the floor?  The floor are those

17   patients who have been admitted to the hospital, either

18   pre-operation or post-operation and recovery.

19           An intern typically begins their day early in the

20   morning, coming in and getting a list of the patients who are

21   in the hospital and finding out what their condition is, if

22   there were any events that happened overnight.  The intern

23   then will round -- something called rounding.  You're going to

24   hear about that.  They go and see the patients.  They look at

25   them subjectively -- how do they look?  What do they tell me?

Jepson - Opening Statement

1    -- and objectively.  What do the test results say?  What are

2    the vital signs?

3              And, then, they make an assessment.  And they take

4    that assessment and discuss it with the senior residents and

5    attending physicians, and they plan.  They come up with a plan

6    for the day.  That plan will be what kind of treatment will

7    happen -- what kind of medicine, what kind of consults with

8    other services, what kind of lab tests.  The intern then is

9    responsible for entering that into the computer system and

10   making sure it is executed -- making sure the medicines are

11   ordered, administered; making sure that the consults or labs

12   are done.  That's a key part of what an intern does.

13             An intern will also see patients with an attending

14   physician or resident in clinic.  Clinic is where -- when you

15   go visit your doctor.  If you're going to the University of

16   Chicago Medical Center to see your doctor, you're an

17   outpatient, you go in and see them.  Oftentimes an

18   enthusiastic person will come in before your doctor and ask

19   you some questions.  That is typically the intern or another

20   resident.  And, so, that's another way they learn.

21             And there's something called consults.  Consults --

22   you heard the name Dr. Tothy, and you heard about an

23   unfortunate experience that occurred with Dr. Artunduaga and

24   her.  Dr. Tothy is a pediatric emergency room medical

25   director -- at least was at the time.  She consulted with Dr.

Jepson - Opening Statement

1    Artunduaga about an issue.  And what an intern is supposed to

2    do is respond promptly, get back to the person who's been --

3    who consulted them and put their notes in as soon as possible

4    so that the patient that's in the emergency room can get the

5    treatment that they need.  You'll hear more about this later.

6        The final thing, for those who are residents in

7    plastic and reconstructive surgery, they do get into the

8    operating room.  You're going to hear, though, that in 2011,

9    2012, there were no minimum requirements for this.  In fact,

10   it was not the main focus for most of the interns.  What the

11   focus was when they were in the operating room was observing,

12   maybe doing retraction of where the operation is taking place

13   and performing minor procedures.  Again, these are first-year

14   residents out of medical school.  They're learning.

15       Now, that said, a resident is expected to come to the

16   residency program with full clinical medical knowledge.

17   They've completed medical school.  They also have spent some

18   time in the hospital by virtue of their medical school

19   training.  So, they know how things generally run.

20       Unlike a lot of other training programs, a residency

21   program is not like learning how to work on a car or learning

22   how to work on a computer.  As an intern, you're a part of a

23   treatment team.  There's a real person there.  Mistakes or

24   problems that occur can be a matter of life and death.  And

25   you're actually going to hear about that, as well, from some

Jepson - Opening Statement

33

1     of our witnesses.

2             Now, that said, let's talk about the Plastic and

3     Reconstructive Surgery Residency Program in 2011, 2012.

4             There are 12 residents at any time in the program

5     typically, two each year.  Suffice it to say that this is a

6     very diverse group of people.  The sixth-year residents were

7     the chiefs, Dr. Sarah Dickie and Dr. Justine Lee.  And Dr. Lee

8     is of Chinese descent.

9             The fifth-year residents, Dr. Matt Greives and

10    Dr. Trang Nyugen.  Actually, Dr. Nyugen was born in Vietnam.

11            The fourth-year residents, Grant Kleiber and

12    Dr. Jonathan Bank.  You'll hear him referred to as Yonni Bank.

13    He's an Israeli.  He went to a foreign medical school in

14    Israel.

15            The third-year residents, Sam Fuller and Dr. Lee

16    Alquerishi.  Dr. Alquerishi was of Iranian descent.  He's

17    Scottish.  And he has a very thick, you will hear, accent.

18    And he also is a foreign medical school graduate.

19            Second year, Daniel Butz and Essie Kueberuwa.

20    Dr. Kueberuwa is of Nigerian descent, grew up in the U.K. and

21    was a foreign medical grad.

22            And, finally, Dr. Artunduaga's co-intern first year

23    is Dr. Deanna Shenaq.  She is of Jordanian -- first generation

24    U.S., but of Jordanian descent.

25            So, a very diverse group.  Indeed, four of the twelve

Jepson - Opening Statement

1  individuals in this program in that year are foreign medical

2  graduates.

3          You'll also hear that previous to this time, Iris

4  Seitz, who is now a very successful plastic surgeon, was in

5  the program.  She's from Germany.  She went to medical school

6  in Germany.  German is her first language.

7          And you'll also hear of Dr. Amir Dorafshar.  He also

8  is a foreign medical school graduate, originally from Iraq.

9          So, a very diverse group.  And all of these

10  individuals successfully completed the residency program

11  except for Dr. Shenaq, who is in her final year.

12          Now, let's talk a bit about Dr. Artunduaga.  And I'm

13  going to be -- although I've got a board, don't worry.  I'm

14  not going to spend that much time with it.  I just want to

15  note a few things to bring up.

16          You heard from the plaintiff's counsel that Dr.

17  Artunduaga graduated from medical school in Colombia.  And she

18  did.  And it was in December of 2003.  Unlike the U.S. where

19  medical school is four years long, it's six years long in

20  Colombia, and typically the final year is various rotations.

21  And in 2003 and 2004, Dr. Artunduaga spent ten months in the

22  United States at various institutions.  And see here that --

23  and some of this was mentioned.  June and July, 2003, eight

24  weeks of operating room and clinical observation at Harvard

25  Medical School; August and September, eight weeks of

Jepson - Opening Statement

35

1   surgery -- general surgery at Mt. Sinai School of Medicine in

2   New York; October and November of 2003, visiting medical

3   student at Baylor College in Texas, eight weeks divided

4   between radiology and surgery; and, from December, 2003,

5   through March, 2004, she spent four months back at Harvard,

6   this time after having graduated -- or at the time of her

7   graduation or thereafter -- following surgeons and various

8   surgical practices.  So, she spent ten months in the U.S.

9          She then practiced as a doctor for almost three

10  years.  And, as you've heard, she did do a post-doc research

11  at Harvard for four years.

12         But during that four-year period, she did find time

13  to do other things, as well.  And, in particular, what I want

14  you to note is that in July and August of 2010, less than a

15  year before she started at the University of Chicago Medical

16  Center, she was at the University of Washington as a

17  sub-intern.  And, indeed, her description of it on her

18  application is that she functioned as an intern doing rounding

19  and also some procedures.

20         In the fall, she applies to UCMC and other places.

21  And the process, which was alluded to -- I think I just need

22  to emphasize for you -- Dr. David Song is the one who selected

23  Dr. Artunduaga's application from over 200 applications that

24  year to be interviewed for one of two slots.  That application

25  made it very clear that she had grown up in Colombia and

Jepson - Opening Statement

1   graduated from medical school there.  And when Dr. Artunduaga

2   came to interview, she met every one of the attending

3   physicians, plus a number of the residents, and others.  And

4   as a group, the attendings and residents decided to rank her

5   highly in the match process.  She matched and was accepted

6   into the residency program in March, 2011.

7           MR. JEPSON:  Now, Michael, if you can put up Joint

8   Exhibit 4 for us, please.

9   BY MR. JEPSON:

10          Now, I just want to show you this briefly.  This is

11  the contract that Dr. Artunduaga signed for her internship

12  year.  As you can see, her name is there.

13          MR. JEPSON:  And go to the second page, Michael,

14  please.

15  BY MR. JEPSON:

16          And the term, Paragraph 1, very clearly states:

17  Unless earlier terminated in accordance with the agreement,

18  the term of the resident/fellow appointment commences on June

19  20th of 2011 and terminates on June 30, 2012.

20          MR. JEPSON:  And please go to Page 8, if you would,

21  Michael.

22  BY MR. JEPSON:

23          Paragraph 13, this is the paragraph that deals with

24  non-renewal.  And it states:  The resident/fellow understands

25  and acknowledges that this agreement expires no later than the

1    date set forth in Section 1 -- which I just showed you -- and

2    that UCMC makes no commitment to renew this agreement.

3    Reappointment is at the discretion of UCMC and is contingent

4    upon several factors, including but not limited to, the

5    following -- and you can see, A, satisfactory completion of

6    all training components and, C, satisfactory performance

7    evaluations.

8              And this is done year to year because you are being

9    assessed for progress year to year in this residency program.

10             MR. JEPSON:  All right.  Thank you.

11   BY MR. JEPSON:

12             Now, you already heard that Dr. Artunduaga started as

13   a resident in June, 2011, and was on the Kaplan Service.  And

14   interestingly enough, that Kaplan Service is one that's

15   divided between endocrine surgery and is named after

16   Dr. Kaplan, who wrote an evaluation that my opposing counsel

17   referred to.

18             And you'll hear from Dr. Song that there are a lot of

19   grade infliction with these applications.  People check the

20   numbers.  And for Dr. Kaplan, that was not necessarily glowing

21   evaluation.

22             But issues arose early.  There was a complaint from a

23   mastectomy patient about Dr. Artunduaga's treatment of her the

24   day she had had the surgery or the day after as to why she was

25   still in the hospital, why was she taking pain medication.

1    And Dr. Artunduaga's explanation for it was that the patient

2    was confused or the nurses were confused and it wasn't my

3    fault, not my issue; but I did apologize.

4            There's also the issue that was raised with respect

5    to Dr. Jaskowiak did raise concerns about her performance and

6    did say might be something cultural.  But you need to know

7    that Dr. Jaskowiak -- and she's going to testify -- had no

8    idea that Dr. Artunduaga had spent as much time as she had in

9    U.S. rotations in 2003 and 2010.  She was wondering what was

10   going on.  And she also said specifically this is not a

11   language issue.

12           There were four attendings who evaluated her:

13   Dr. Jaskowiak, Dr. Angelos, Dr. Chhablani, Dr. Kaplan.  And,

14   also, there was an evaluation from the nurse practitioner.

15           And I'd like to show you Joint Exhibit 7.  And this

16   is the evaluation, and this is the format they use.  There's

17   three "could improve"s and a "deficient" on the first page.

18           MR. JEPSON:  Go to the second page, Michael, please.

19   BY MR. JEPSON:

20           And on the second page, there's, again, a couple of

21   "could improve"s, but let's focus on the overall comments.  It

22   says here:  Maria spent over two months on our service and it

23   was fairly challenging.  Many issues arose with communication,

24   clinical care and technical OR skills.  These have been

25   brought to the attention of Dr. Song.  Again, she speculates

Jepson - Opening Statement

1    about it might be something cultural.

2           But another thing that was concerning to Dr. Song is

3    she's eager to do well and to improve.  She's diving forward

4    without even fully listening to what is being recommended.

5    This occurred technically and in the OR.

6           And let's go to Dr. Chhablani's evaluation.

7    Dr. Chhablani is also another breast surgeon, Joint Exhibit 9.

8           Again, a bunch of "could improve"s on the front.

9           MR. JEPSON:  Go to the second page, please, Michael.

10   BY MR. JEPSON:

11          And, again, a couple more or three more "could

12   improve"s.  But the overall comments are what are key here in

13   almost all of these, as you will see.

14          Maria is a very nice person.  Tries very hard to do

15   her best.  Extremely anxious to learn and to please.  Honest,

16   upright and willing to work hard.  But appeared to be

17   constantly overwhelmed by her workload, was easily flustered

18   and anxious.  She is smart enough to seek help and advice,

19   however her ability to process information and have a game

20   plan is lacking.

21          There's no mention of an accent there.  She cares

22   enough to be a great physician but needs to be nurtured,

23   mentored and, most importantly, monitored.

24          And Dr. Chhablani, you will hear, is from India, grew

25   up in India, is a foreign medical graduate herself.

Jepson - Opening Statement

40

1          Finally, let's take a look at Joly Jose's evaluation,
2     LX 18.
3          MR. JEPSON:  And, in fact, Michael, if you would,
4     would you put 17 up first and focus on that paragraph at the
5     top.
6     BY MR. JEPSON:
7          This is an e-mail from Dr. Artunduaga to Joly Jose,
8     who is a nurse practitioner:  Hi Joly, I was wondering if you
9     could submit my evaluation.  I know that there are many things
10    to improve, but considering that it was my first rotation in
11    several years, I was hoping that you would comment on other
12    aspects that Dr. J couldn't see.  You're the one who knows me
13    best after all.
14         MR. JEPSON:  Let's take a look at the next exhibit,
15    Joint Exhibit 18, please, Michael.
16         And the evaluation, I believe, is at the top, if you
17    can highlight that and blow it up for us.
18    BY MR. JEPSON:
19         Dr. J -- she's sending it to Dr. Jaskowiak -- here's
20    my eval for Maria.  Maria is motivated and has a willingness
21    to learn.  However, she lacks organization, prioritizing and
22    communication skills.  The two months she was on B service,
23    she was overwhelmed with responsibilities and could not
24    prioritize important versus non-important tasks.  There were
25    also many tasks that were not done because there was a lack of

Jepson - Opening Statement

41

1    communication.  Overall, I think Maria did a fair job.

2    However, she has many areas that need improvement,

3    specifically in organization, prioritizing and communications.

4         So, those were her evaluations for the month of

5    August.  And you did hear that there was a meeting.  The chief

6    residents -- Dr. Song asked the chief residents to meet with

7    Dr. Artunduaga to see what was going on.  He wasn't used to

8    having somebody who was having issues of such severity and

9    frequency so early.  Even those evaluations hadn't come in

10   yet.  It was very clear what was going on because it's a

11   hospital, people talk.

12        Now, with respect to that meeting, it was not meant

13   to try to dig up dirt on her.  It was meant to try to help

14   her.  What's going on here?  What can we do to help you?

15        And, indeed, she did meet or they did meet with John

16   Seal.  And he did indicate that communication was an issue

17   with Dr. Artunduaga.  But he named five factors.  One was the

18   accent, but he went on to state she has a jumbled thought

19   process and other things that had to do -- nothing to do with

20   language but had to do with how she focused, what she knew and

21   how she was working.

22        Now, she moved then into the colorectal Block 2 or

23   Block H, whatever it is.  There were two attendings there,

24   Dr. Umanskiy and Dr. Hurst.  Dr. Brian Bello, the chief, was

25   contacted by Sarah Dickie, the plastic chief, to keep an eye

1   out for Maria.  Please -- not to dig up dirt, again.  Not

2   something so invidious.  But it was to -- we want to help her.

3   Tell us what's going on with her.

4           And Bello reported early on that there were a couple

5   of problems.  She sent a patient home with a PICC line.  A

6   PICC line is something that's in your chest.  And sometimes

7   patients do go home with them, but not if they were discharged

8   without instruction.  And Dr. Bello instructed Dr. Artunduaga

9   to take it out before that patient left.  Severe complications

10  can arise if a patient doesn't know how to care.

11          The evaluations from the attending physicians that

12  month were similarly poor.  In fact, Dr. Umanskiy sent an

13  e-mail -- and I believe that's Joint Exhibit 14 -- to Dr. --

14  make it 15.

15          MR. JEPSON:  Sorry, Michael.

16          And if you could focus on that.

17  BY MR. JEPSON:

18          You will hear from Dr. Umanskiy and Dr. Song that

19  they ran into each other in the hallway and Dr. Artunduaga's

20  pleasant, she's eager, all these nice things; but he has major

21  concerns.  She appears to have difficulty keeping up with the

22  workload, consistent with being overwhelmed and not getting

23  things done.

24          She was not able to establish successful

25  doctor-patient relationships with the patients on the wards.

Jepson - Opening Statement

1    Remember, there had been a patient complaint in August about

2    her.

3              And third, in the operating room, she had difficulty

4    with following instructions and required frequent prompting as

5    to her role and assignment during the case.  And in summary, I

6    have major concerns that Dr. Artunduaga's performance is

7    significantly below that of a typical general or plastic or

8    reconstructive surgery resident at the University of Chicago.

9    While I believe that she's capable of addressing the

10   criticisms presented above, she may not be able to achieve a

11   level of performance that we expect from our residents.

12             Dr. Hurst also noted that there were issues with Dr.

13   Artunduaga's performance.  He pointed out a serious case of

14   nerves.  He did mention the cultural thing.  Maybe because she

15   was trained, there was something else going on that we don't

16   know about.  He also did not know her background because she

17   wasn't a plastic and reconstructive surgery resident.  He

18   didn't know that she had had, frankly, a year of training in

19   the U.S. and two months of training the previous year.

20             So, that's what happened in September.  This letter,

21   Dr. Song in consultation with his chief residents, to decide

22   to bring Dr. Artunduaga on the plastic and reconstructive

23   surgery rotation in October.  It was not -- and he did say to

24   test and assess.  They wanted to figure out what was going on,

25   and they wanted to do it in the nurturing environment of their

1    own group.

2           Remember, this is a small group of residents.  And

3    they have a vested interest in each other, working together.

4    It does nobody any good, Dr. Song will say, if we lose a

5    resident.  It means other people have to work harder.  It's a

6    black mark on our program.  There is no reason why we would

7    want to drive somebody out of our program, he will tell you.

8           So, she comes on and, unfortunately, there were many

9    problems.  A Dr. Lawler sent an e-mail saying, in essence, or

10   sent -- or called Dr. Dickie and said there was a huge mixup

11   with a drain and that it was clear to Dr. Lawler either that

12   Dr. Artunduaga didn't understand the problem or that she blew

13   Dr. Lawler off.

14          Trang Nyugen and Sarah Dickie did meet with Dr.

15   Artunduaga in October.  And you will see the document that

16   they gave her and that Dr. Artunduaga signed, which indicated

17   there were problems with missed medication -- prescriptions,

18   the wrong splint, a patient who became very unstable and was

19   not reported in time.  A whole host of things.  Now -- notes

20   not being placed timely, consult notes not being placed

21   timely.  And both met with her independently and gave her that

22   information.

23          Another resident -- you'll see his e-mail -- Dan

24   Butz, also reported similar experience with her.

25          Now, there's absolutely nothing -- you heard that --

Jepson - Opening Statement

1   she didn't get any written evaluations from attendings or

2   formal evaluations from attendings.  What you will hear is

3   this section doesn't do it.  It's not with Dr. Artunduaga

4   alone.  It's with all of their junior residents.  They just

5   don't do it.  It's a small service.  They talk to each other.

6   So, it's not that there's something, again, untoward going on,

7   at least in our view.

8          Now, November.  At this point in time, Dr. Song is

9   very, very concerned.  He's concerned about patient safety.

10  He has serious doubts as to whether Dr. Artunduaga can

11  successfully complete the program.  And rather than simply put

12  her on probation, he decides to have a meeting with her at

13  which he offers her the choice:  Listen, not everybody's cut

14  out for surgery, let alone plastic surgery.  We'll help you

15  move on, transition, if you wish, to another program.  We're

16  not saying you're not smart.  We're not saying you don't work

17  hard.  But surgery is not for everybody, especially plastic

18  surgery.  If not, we're going to have to put you on probation

19  because it's that serious.  And you are on our service in the

20  month of October, which is where we got a good look at you and

21  tried to remediate, but the problems are so diffuse and

22  repeated and many that we have to take this step.

23         Dr. Artunduaga did decide not to take the

24  probation -- or to take the probation and stay.  And, indeed,

25  it's interesting to look at the e-mail she sent to Dr. Kaplan

Jepson - Opening Statement

46

1    and Dr. Jaskowiak after she had this meeting with Dr. Song.

2              MR. JEPSON:  24 and 25, please.

3              Blow that up for us, please, Michael.

4    BY MR. JEPSON:

5              This is the e-mail to Dr. Kaplan:  Hi, Dr. Kaplan.  I

6    felt compelled to write you looking for advice.  My monthly

7    evaluations have been far below what plastic surgery residents

8    usually get.  Dr. Song has decided to put me into probation,

9    which is totally understandable.  I have had difficulties

10   transitioning from my previous position as a human genetics

11   researcher into the clinical life.  Although uncomfortable and

12   painful, I understand that it is meant to better me.

13             The e-mail to Dr. Jaskowiak says the exact same

14   thing, and we don't have to go through that.  And a similar

15   e-mail was sent to Dr. Roggin.

16             On November 15th -- Joint Exhibit 25, please -- a

17   meeting was held in which Dr. Artunduaga was placed on formal

18   probation and given a probation letter.  That letter pointed

19   out the deficiencies we've talked about and gave the things

20   that she needed to do to remain in the program.

21             Please take a look at the --

22             MR. JEPSON:  Or blow up the bottom part of that.

23             Thank you, Michael.

24   BY MR. JEPSON:

25             The following conditions must be met for you to

Jepson - Opening Statement

 1   continue in the program:  Establish and maintain your

 2   workload -- in other words, get your workload done;

 3   establishing successful doctor-patient relationships;

 4   following technical instructions in the operating room;

 5   improving organizational skills, understanding what should be

 6   prioritized -- in other words, what needs to get done first --

 7   this is a health situation; effectively communicating with

 8   faculty and staff, appropriate clinical decision making -- and

 9   then the second page it goes on.

10          And he made it very clear that these three needed to

11   be done, as well:  Accepting responsibility -- in other words,

12   don't blame others; timely placing consult notes; and,

13   understanding the plan and your role in the plan.

14          So, that letter was given to her.  The letter also

15   indicated that Dr. Park would mentor her.  And we'll talk

16   about that in a minute.

17          On November 18th, Joint Exhibit 27, Dr. Artunduaga

18   gave a response in which she, in essence, said a number of

19   things with respect to some of these issues that were raised,

20   blaming her co-intern John Lusardi for some of the problems.

21          MR. JEPSON:  And, then, go to the next page, please.

22          Next.

23          And the next.  I'm sorry.

24          Paragraph 4, there.

25   BY MR. JEPSON:

Jepson - Opening Statement

1    Accidentally sent a patient home with a PICC line

2  which was supposed to come out before discharge.

3    Dr. Artunduaga's response to that was that:  On

4  September 5th, I was told exactly twice by my senior resident

5  Dr. Bello that this PICC line needed to be removed prior to

6  discharge and it wasn't.

7    So, one thing I will note for you is that this

8  rebuttal letter to probation makes not one mention of any sort

9  of discrimination because of her Colombian national origin.

10    This letter also asked that Dr. Song extend the

11  probationary period so that she could go and enjoy her

12  wedding, which she did.  So, the probation was going through

13  March 23rd.

14    You are going to hear from Dr. Park.  And I'm not

15  going to belabor this, although you may think I'm belaboring

16  everything.  But Dr. Park took the probation very seriously.

17  She, herself, is a very busy plastic and reconstructive

18  surgeon.  She met with Dr. Artunduaga on eleven occasions

19  during the probation.  Each one of these meetings, she had

20  Akilah Williams, the program coordinator, there.  And they

21  took minutes; they were reviewed; and, they were placed in the

22  file.

23    And each one of these meetings, they discussed Dr.

24  Artunduaga's evaluations.  Dr. Park gave her advice as to how

25  to deal with criticism, gave her advice as to how to succeed

Jepson - Opening Statement

1    and listened to what Dr. Artunduaga told her.

2           You will hear Dr. Park state that not once during

3    these eleven meetings did Dr. Artunduaga ever say, I'm being

4    discriminated against because of my Colombian national origin.

5           On November 28th, Dr. Artunduaga sent -- writes a

6    letter to the GME director complaining about her educational

7    experience.  I'm not going to show that to you, but I'm simply

8    going to tell you that, again, there's no mention of Colombian

9    national origin discrimination in that letter.

10          What happened in November?  She was on thoracic

11   surgery.  This was the first month she's on probation.  And

12   Dr. Ferguson --

13          MR. JEPSON:  If we could go to Joint Exhibit 20,

14   please.

15   BY MR. JEPSON:

16          And in particular, you can see there are many "could

17   improve"s, a couple of "deficient"s.

18          MR. JEPSON:  Go to the next page, please.

19   BY MR. JEPSON:

20          And his overall comment:  Maria came to our service

21   clearly unprepared for the duties required of an intern.  She

22   is enthusiastic and works hard, but is insufficiently

23   experienced to be able to participate at a meaningful level.

24   My concern is that she does not have aptitude for the work she

25   has chosen.  Very little improvement was evident during our

Jepson - Opening Statement

50

1    month.  Her knowledge and skill levels are well below those of

2    her peers.

3           And you will hear from Dr. Ferguson, who has been an

4    attending physician at the University of Chicago since 1984

5    and has worked with hundreds of interns.

6           Dr. Vigneswaran was the other attending that month.

7           MR. JEPSON:  If we can show briefly his evaluation,

8    which I believe is Joint Exhibit 22 -- I'm sorry, 21.  21.

9    BY MR. JEPSON:

10          He didn't write a narrative, but he wrote:

11   Deficient, deficient, could improve, could improve, could

12   improve, deficient, a couple of "good"s at the bottom; and, on

13   the next page, deficient, deficient, could improve, deficient,

14   deficient, could improve, could improve.

15          So, that's November.

16          Now, there was mention about these weekly

17   evaluations.  One thing that Dr. Park did for Dr. Artunduaga

18   was set up a system of feedback to be used or to be utilized

19   by residents, not attendings.  The attending evaluations were

20   of a format and they were the ones that counted.  But she set

21   up a weekly system of feedback, based on the probation

22   requirements, to go to residents, nurse practitioners and

23   fellows so that she could find out in realtime if there were

24   issues arising and help Dr. Artunduaga address them.  So,

25   there are some of those out there during the month of

1    November.  Those also were not particularly good.

2         So, Dr. Artunduaga has December, enjoys her wedding

3    and vacation.  And, interestingly enough, in December, 2011,

4    she and Dr. Kaplan have e-mail exchange.  And she asks

5    Dr. Kaplan to contact Dr. Christopher Skelly, who is the chief

6    of the vascular surgery group, to, quote, explain her

7    situation to them so that they will know of it and what she

8    needs, in essence.  So, that e-mail occurs on December 22nd.

9         Dr. Park doesn't know anything about it.  Okay?  She

10   learns about it later.  She meets with Dr. Artunduaga four

11   times during the month of January and notes, hey, these weekly

12   evals from a fellow and couple of third-year residents show

13   you're doing better.  This is good.  But you're not doing good

14   enough.  You've got to really make sure you focus, you read

15   more and you work hard.

16        She learns then in February that not only did

17   Dr. Kaplan speak with Dr. Skelly, but that Dr. Artunduaga has

18   been sending e-mails to the attending evaluators, the

19   attending physicians, in essence, saying, I was placed on

20   probation.  I want to stay in the program.  I think I'm doing

21   a good job.  Please give me a fair assessment.

22        This caused Dr. Park to question the value of at

23   least some of those evaluations.  They were good.  They were

24   better during the month of January, those five attendings.

25        In February, Dr. Artunduaga moves to the transplant

1   service.  There are five attendings there.  And Dr. Park

2   continues to meet with Dr. Artunduaga.  She meets with her on

3   three occasions reminding Dr. Artunduaga that if she is going

4   to stay in the program, she really needs to have good grades

5   across the board and meet all of the requirements that were

6   set forth in Dr. Song's letter.  Three of the five evaluators

7   in February had significant criticisms of Dr. Artunduaga.

8           MR. JEPSON:  Why don't you show us Joint Exhibit 65,

9   please.

10  BY MR. JEPSON:

11          And let's just go to the -- the first page has a

12  whole list of "could improve"s, but let's look at the second

13  page.  And, again, a bunch of "could improve"s.

14          MR. JEPSON:  But the overall comments, please,

15  Michael.

16  BY MR. JEPSON:

17          My interaction with Maria was limited to one week on

18  the service -- and you'll hear that is how transplant

19  operates.  The attendings are there.  It's a one-week-type

20  rotation.

21          She should work toward more timely documentation.

22  Again, the notes issue.

23          Maria should also work to build her clinical fund of

24  knowledge.  She has difficulty applying knowledge to a

25  clinical situation and seemed easily overwhelmed.

1        You will hear Dr. Becker testify not only about her

2   experience with Dr. Artunduaga, but what she believed to be an

3   unprofessional approach to her afterwards by Dr. Artunduaga.

4        Going on, Dr. Millis --

5        MR. JEPSON:  Which is Joint Exhibit 67, Michael.

6   BY MR. JEPSON:

7        And, again, this is at the end of February.  Her

8   probation's almost over.

9        MR. JEPSON:  Let's go to the overall comments,

10  please, Michael.

11  BY MR. JEPSON:

12       It begins:  Maria is struggling as a resident.  She's

13  trying very hard.  I understand that this might be a result of

14  her being on probation.  She then goes on to describe -- and

15  you'll hear about this -- about her being over hours and not

16  managing her workload.

17       MR. JEPSON:  Go to where it says "the time" at the

18  bottom, and then to the next page.

19  BY MR. JEPSON:

20       The time management issues were also a chronic

21  problem, as frequently the notes were not in the computer to

22  cosign until very late in the day.  This improved as the

23  rotation progressed but was a consistent problem.

24       Additionally, you will see an e-mail evaluation from

25  Dr. Thistlethwaite in which he concludes:  It's not yet clear

1    to me that she has the skills to be successful.  She really

2    needs to study and re-fund her clinical knowledge.

3           You heard about the antibiotic issue that was raised

4    by my opposing counsel.  You will hear testimony from Dr. Park

5    and Dr. Song that they felt -- and Dr. Jaskowiak -- that they

6    felt that Maria was, again, pointing fingers at other people,

7    deflecting blame from herself in connection with that.

8           In March, she moves to plastic surgery.  And here the

9    evaluations -- I'm not going to show you them all.  These were

10   from senior residents, because remember the attendings don't

11   submit written evaluations on the junior residents in plastic

12   surgery.  But I want to direct your attention first to Joint

13   Exhibit 87.

14          MR. JEPSON:  Michael, No. 1, please.

15   BY MR. JEPSON:

16          Did Dr. Artunduaga demonstrate the ability to

17   correctly prioritize her work?  This is the comment from Grant

18   Kleiber, who was a fourth year.

19          Maria has trouble triaging coinciding tasks.

20   Surgical residents must be able to multitask and effectively

21   prioritize their work, which she has trouble with.  Sometimes

22   she focuses on whatever task was given to her first rather

23   than more important or more time-sensitive tasks.

24          MR. JEPSON:  Let's go down, Michael, if you would, to

25   No. 2.

Jepson - Opening Statement

1   BY MR. JEPSON:

2           Maria tries earnestly to get all of the work done,

3   but she seems to work very inefficiently compared to the other

4   interns on the service.

5           MR. JEPSON:  Let's go to the next one, please, down

6   to -- yes.

7   BY MR. JEPSON:

8           Computerized notes are not placed in a timely manner

9   for floor patients.  On several occasions, patients have not

10  had notes written until well in the afternoon.

11          MR. JEPSON:  Let's go down, please, to No. 5.  The

12  next page at the top.

13  BY MR. JEPSON:

14          Presentation of new consults has been scattered,

15  disorganized and unfocused.  She should be better at this

16  considering she's been a resident here for over eight months.

17  We discussed patient presentation, and she understands that

18  she needs to do better.

19          MR. JEPSON:  And, then, let's go down to No. 9,

20  please.

21  BY MR. JEPSON:

22          And you're going to hear about this because it

23  happened during an operation:  She frequently interrupts me

24  when I'm trying to speak to her rather than listening.  This

25  is excusable when discussing patient care.  It is not

1    appropriate in the operating room when I'm taking her through

2    a procedure when I did not feel she was listening to my

3    instructions.  She needs to be better at taking direction.

4         And overall:  I feel that Maria needs to improve in

5    several areas.  Efficient, prioritization, patient

6    presentation, and listening skills.  She and I discussed

7    these.

8         MR. JEPSON:  Let's go to 68, please.  And just go to

9    the overall.

10        I'm sorry, this is the wrong one.  88.

11   BY MR. JEPSON:

12        This is from Jonathan Bank.

13        MR. JEPSON:  About prioritization, please highlight

14   that paragraph, No. 1.

15   BY MR. JEPSON:

16        During the course of the week from 3-5 to 3-9, three

17   events, in my opinion, demonstrate her lack of ability to

18   prioritize.

19        That's what the question was.

20        On one of these days, Maria was requested to round on

21   two primary service patients at 8:00 a.m.  By 2:00 p.m., these

22   patients had not been seen.  The reason offered was multiple

23   other floor tasks inhibiting completion of this duty.  On the

24   evening of March 8th, I discussed the following day's cases

25   with Maria and her co-intern on the service and requested they

1  participate in each of these cases if they were available.  On

2  March 9th, Maria chose to scrub in to a different case.

3          MR. JEPSON:  Let's go to the next page, please, and,

4  in particular, No. 9.

5  BY MR. JEPSON:

6          On several occasions, I noticed some improvement.

7  Unfortunately, non-verbal feedback from Maria dissuades me

8  from attempting to engage in such interactions with her.

9          All right.  So, these were two of the seniors'

10  evaluations from March.

11          And Dr. Park did do an update to Dr. Song on March

12  14th.  And, yes, it did happen on the day that a meeting

13  occurred.  But it also happened when Dr. Park was almost nine

14  months pregnant and thought she was going to give birth --

15  and, indeed, she did within about ten days -- and wanted to

16  get this on the record.

17          So, that March 14th letter or update is Joint 96.

18  And this is Dr. Park who, as you heard, has met with Maria for

19  eleven seconds, has gone over all the evaluations with her,

20  has talked with her frequently and tried to give her advice as

21  to how to improve.

22          MR. JEPSON:  Let's go to the top, just the first

23  couple sentences.

24  BY MR. JEPSON:

25          I'm writing to provide an update on Dr. Maria

Jepson - Opening Statement

1    Artunduaga's performance.  During this period we had hoped

2    both to monitor her progress and provide timely, constructive

3    suggestions on how she could improve to meet the standards we

4    expect of our interns.  We wanted her to succeed, so we took

5    the special step of implementing a weekly evaluation system

6    and also weekly advising meetings with me.

7            MR. JEPSON:  Go on to the third paragraph there and

8    highlight that.

9    BY MR. JEPSON:

10           At this point, I have serious reservations regarding

11   her continuation as a resident.  She continues to show

12   problems with clinical judgment, floor management, handling

13   criticism in a constructive fashion, and working with peers.

14   These problems far exceed those that I have encountered with

15   any other resident in our section.  The improvements we have

16   seen -- incremental improvement on managing floor work -- are

17   occurring too slowly, and the poor receptiveness to teaching

18   suggests that this will not change in the future.

19           Dr. Park goes on to note in this letter the concerns

20   that she has about the credibility of the evaluations in

21   January and February because in February, Dr. Kaplan spoke

22   with the chief of transplant in the same fashion.  Maria's on

23   probation, and you can guess whatever else he said.

24           MR. JEPSON:  And let's go to the next page, please.

25   BY MR. JEPSON:

Jepson - Opening Statement

1          Dr. Park in this letter highlights five clinical

2   deficiencies that she witnessed personally, and she will

3   testify about those.  And these are serious things.

4          MR. JEPSON:  Go on to the next page, please.

5          Bottom.  Interpersonal conflicts.

6   BY MR. JEPSON:

7          Maria's had several incidents that illustrate a

8   continuing problem to interact constructively with our medical

9   staff.

10         MR. JEPSON:  And if you go to the next page at the

11  top.

12  BY MR. JEPSON:

13         And this is Dr. Tothy:  Earlier this month Maria was

14  paged repeatedly by Dr. Alison Tothy -- she will testify --

15  director of the pediatric ER.  Dr. Tothy needed a consult on

16  her patient with a hand surgery.  Maria did not respond to the

17  pages timely.  When Dr. Tothy eventually was able to speak

18  with Maria, Dr. Tothy reported that Maria's behavior was

19  unprofessional and that Maria hung up on her while she was

20  still trying to get details on the management of the patient.

21         MR. JEPSON:  You can darken that now.

22  BY MR. JEPSON:

23         So, Dr. Tothy will explain that, as well.

24         There was a meeting on March 26th in which the

25  attendings met to determine whether to continue or discontinue

Jepson - Opening Statement

60

1 the contract.  They had all of the evaluations, much more than

2 what I've shown you.  They had all of the e-mails.  They had a

3 letter that Dr. Artunduaga submitted in support of her belief

4 that she had passed the probation.  And, by the way, nowhere

5 in that letter does it mention Colombian national origin

6 discrimination.  The seven attendings met, they reviewed all

7 these materials and unanimously voted not to continue her in

8 the program.

9          Dr. Song notified her of this on the next day in a

10 letter.  That's March 27th.

11          MR. JEPSON:  I believe it's No. 100, although it's

12 not on -- I can't see it on the sheet.

13          There it is.

14 BY MR. JEPSON:

15          He explained why she was being non-renewed.  He gave

16 her the reasons.  He explained that it was disappointing to

17 him, as well as to the section; and, most importantly, he did

18 tell her she was being removed from clinical.

19          If you look at the bottom:  We suggest that you now

20 devote your time to consideration of your professional

21 development and looking for a job training.  Therefore, we are

22 removing you from all clinical duties effective March 27th.

23          So, she was notified.  She was notified that day.  On

24 March 29th, she sent a letter.  And, again --

25          MR. JEPSON:  Try 100, please.  100.

Jepson - Opening Statement
61

1          No, not that.  Next one.

2          101.

3          I apologize.

4          It's a March 29th letter.  What's the exhibit number?

5    103.

6    BY MR. JEPSON:

7          This is a letter that Dr. Artunduaga sent asking

8    Dr. Song to reconsider the non-renewal.  She also initiated a

9    grievance process -- which, as you heard, is something

10   provided for by the policies -- and asked that she be

11   reinstated to clinical duties.  Not once in this letter is

12   there any mention of Colombian national origin discrimination.

13         Dr. Song relented.  He spoke with Dr. Roggin, and

14   they developed a way to bring her back on clinical duties

15   where there wouldn't be a safety issue, close supervision on a

16   narrow focus on the Kaplan Service.  Dr. Artunduaga complained

17   about it, then said she'd acquiesce, and then complained again

18   and again.  And Dr. Song and Dr. Roggin got reports from the

19   chief resident that Dr. Artunduaga was not fully

20   participating, so they determined to remove her from that

21   rotation.  And for the next two months, she was given an

22   independent study.  And Dr. Song told her that she would be

23   able to certify -- he would certify that she completed her

24   internship year if she did that.  She did it, he certified it,

25   and she had that certification as a summative evaluation.

Jepson - Opening Statement

1        You heard about the grievance procedure.  That

2   grievance that she filed challenging the non-renewal was heard

3   by an independent committee.  And by independent, I mean

4   people that have nothing to do with surgery.  Krista Curell

5   will testify she was a compliance officer -- she didn't know

6   Dr. Artunduaga from Adam; Dr. Michael Hernandez, who is the --

7   at the time was the anesthesiology residents program director;

8   Dr. John McConville, at the time the critical care residency

9   program director; and, two chief residents.

10        You will hear that not once during the hearing of

11   this did national origin -- was national origin -- Colombian

12   national origin discrimination referenced.

13        The committee, under the standard it was focusing on,

14   found that the decision to non-renew was supported by the

15   evidence and not arbitrary and capricious.  This decision was

16   appealed to the dean and the president of the medical center,

17   and it was upheld.

18        Additionally, at the time that the appeal was taken,

19   the president and the dean said within this appeal, maybe

20   there's an allegation that there's some discrimination going

21   on.  So, you'll hear from Jonathan Rothstein.  He was

22   mentioned earlier.  He did an investigation at that time.  He

23   interviewed 12 people, and he determined that there was no

24   violation of UCMC's policy of non-discrimination nor of the

25   Graduate Medical Education Office's policy of

Jepson - Opening Statement

1    non-discrimination.

2         Now, there was a mention earlier about discussions

3    with Rothstein earlier in November.  You'll hear from Jonathan

4    Rothstein.  At the conversation that occurred with him --

5    there was a conversation -- and Ricardo Garcia, and you'll see

6    the e-mail in which Mr. Rothstein replies -- there's, again,

7    no mention of Colombian national origin discrimination.

8         Now, nobody at UCMC is happy about how this turned

9    out.  Nobody wants to have somebody match into a program and

10   not succeed.  It's a black mark for the organization.  It is

11   not good for the intern, obviously.  And there's feeling for

12   Dr. Artunduaga there.

13        We're happy to note that since she left UCMC, she has

14   gotten one master's degree in public health and is now

15   pursuing another.  So, we're happy that she's gone on.

16        With respect to her attempts to get into another

17   residency program, we will present evidence that we believe

18   shows that in her own way, she took actions that may have

19   prevented her from getting another residency program.  But

20   that's neither here nor there.

21        What will be before you here is whether Dr.

22   Artunduaga's Colombian national origin or a complaint she made

23   about Colombian national origin discrimination led to the

24   non-renewal of her residency contract.

25        We believe that the evidence that I've just laid out

Jepson - Opening Statement

64

 1   and which you'll hear more of as we go on will cause you to

 2   conclude that it was her performance and issues with her

 3   performance that were so severe that could not be corrected

 4   within six years or seven years to be able to enable her to be

 5   a safe plastic surgeon.  And, ultimately, that is the mission

 6   of the hospital, that's the mission of the attendings -- is to

 7   turn out safe and competent surgeons.

 8           And we believe that when you hear all the evidence

 9   and when I come back, you will listen to me request you to

10   enter a verdict for UCMC on these two counts, and I will ask

11   you to do that then.

12           Thank you.

13           THE COURT:  Thank you, Mr. Jepson.

14           Let's take our afternoon break.

15     (Jury out.)

16           THE COURT:  We will pick up at 20 after.

17           Your first witness is Dr. Artunduaga?

18           MS. HYNDMAN:  Yes.

19           THE COURT:  Okay.

20           We will pick up at 20 after.

21     (Brief recess.)

22     (Jury out.)

23           THE COURT:  Ready?

24           MS. HYNDMAN:  Yes, ma'am.

25           THE COURT:  Bring in the jury, please.

Artunduaga - direct

```
 1        (Jury in.)
 2             THE COURT:  You may be seated.
 3             Ladies and gentlemen, we are done with opening
 4   statements.  We are now beginning the evidentiary portion of
 5   the case.
 6             Please call your first witness.
 7             MS. HYNDMAN:  Plaintiff calls Dr. Maria Artunduaga.
 8             THE COURT:  Please come forward, Doctor.
 9             Please raise your right hand.
10       (Witness duly sworn.)
11             THE COURT:  You may be seated.
12             THE WITNESS:  Thank you.
13             Can you hear me?
14             MS. HYNDMAN:  Yes.
15             THE WITNESS:  Good.
16        MARIA ALEXANDRA ARTUNDUAGA, PLAINTIFF HEREIN, SWORN
17                     DIRECT EXAMINATION
18   BY MS. HYNDMAN:
19   Q.  Will you please state your name for the record.
20   A.  Maria Alexandra Artunduaga.
21   Q.  Where were you born, Dr. Artunduaga?
22   A.  In Neiva, Colombia.
23   Q.  Where is Neiva?
24   A.  It's the south -- at the south of Colombia, a very small
25   town.
```

Artunduaga - direct

```
 1   Q.   What is your citizenship?

 2   A.   American and Colombian.

 3   Q.   When did you become an American citizen?

 4   A.   Last year.

 5   Q.   Where do you live now?

 6   A.   I live in California, bay area.

 7   Q.   Who do you live with in California?

 8   A.   With my husband, Ricardo Garcia.

 9   Q.   How long have you been married to Ricardo?

10   A.   Since 2011.

11   Q.   So --

12   A.   That's about --

13   Q.   -- five years?

14   A.   Six.

15   Q.   Six years?

16   A.   Yeah.

17   Q.   Oh.  It is 2017, isn't it?

18        What languages do you speak, Dr. Artunduaga?

19   A.   Spanish and English, and I understand Portuguese and

20   French.

21   Q.   When did you learn to speak English?

22   A.   I was 18 years old.

23   Q.   How did you learn?

24   A.   I came to Los Angeles, California, and I joined exchange

25   program where you study English for six hours per day.  That
```

Artunduaga - direct

1    took me 32 weeks.

2    Q.  By the end of 32 weeks, how much English did you know?

3    A.  I was rated advanced.

4    Q.  You were rated what?  Pardon me?

5    A.  Advanced, proficiently advanced English.

6    Q.  Did you continue to study English after that?

7    A.  No, we don't pursue it.  Our education is mainly in

8    Spanish.

9    Q.  How old are you?

10   A.  36.

11   Q.  Can you just very briefly describe your education

12   beginning with your college training.

13   A.  Sure.  So in Colombia, we go straight from high school to

14   medical school.  It's an accelerated program for six years.

15        I graduated when I was 23 -- 23 years old, and I

16   practice for sometime there as a general practitioner and

17   emergency medicine doctor.

18        The last year of my medical school, I spent a

19   significant amount of time in the U.S. doing observerships,

20   which are different from clinical rotations.  I didn't have

21   the money to afford them all.

22        For these observerships, I basically shadowed people

23   around, doctors in the operating room, in the clinic.  I did

24   not have interactions with patients nor assisted in surgeries.

25        And then -- well --

Artunduaga - direct

```
 1   Q.  Let me stop you right there.  We'll get --

 2   A.  Sorry.

 3   Q.  -- break this up a little bit.

 4   A.  I'm sorry.

 5   Q.  I have a lot of questions.  That's fine.

 6           Where did you go to medical school?

 7   A.  Pontificia Universidad Javeriana.

 8   Q.  Where is that located?

 9   A.  In the capital of Colombia, Bogotá.

10   Q.  So you mentioned that you had some of these observerships.

11   So where was the first one that you've had?

12   A.  At Harvard.

13   Q.  How long was that one?

14   A.  About two months.

15   Q.  What did you do in the Harvard program?

16   A.  ENT surgery, otolaryngology at the Massachusetts Eye and

17   Ear Infirmary.

18           THE COURT REPORTER:  Massachusetts --

19           THE WITNESS:  Ear -- Eye And Ear Infirmary.

20   BY MS. HYNDMAN:

21   Q.  You might have to slow down just a smidge for the court

22   reporter.  I have the same problem.  I talk --

23   A.  I'm really --

24   Q.  -- too fast.

25   A.  -- sorry.
```

Artunduaga - direct

1    Q.   Okay.

2    A.   Okay.

3    Q.   What kind of -- what was that program like?  What did you

4    do in that program?

5    A.   It was an observership.  Harvard has really high rates for

6    medical students to rotate there, about $5,000 per month, so I

7    did an observership of two months.  So I followed ENT surgeons

8    doing complex surgery in the ear with microscopes.  I followed

9    them into clinics.  And I also watched residents, how they did

10   things.

11   Q.   Was there any hands-on part of that --

12   A.   Not at all.

13   Q.   -- training?

14   A.   No, we can't.  As observers, you cannot do that.

15   Q.   What was the next program you did?

16   A.   I went to New York at Mount Sinai Medical Center.

17   Q.   How long was that program?

18   A.   I did two months.

19   Q.   What kind of training was that?

20   A.   Intensive care unit for a month.  And then laparoscopic

21   surgery.

22   Q.   What kind of a program was that?

23   A.   This was one of the ones that I could afford.  So it was a

24   hands-on program.

25   Q.   What kind of things did you do as a participant in that

Artunduaga - direct

1   program?

2   A.   In the ICU, we mainly -- medical students, we presented

3   patients.  We took care of at least two people because they

4   are very sick.  We reported complications and -- obviously to

5   the residents, residents or fellows.  Yes, that's about it.

6   Q.   What was the next training you did after that?

7   A.   Laparoscopic surgery in the general surgery section.

8   Q.   What did you do in that one?

9   A.   Mainly holding a camera.

10  Q.   Okay.  After the training in Mount Sinai, I think you said

11  you were at Baylor; is that right?

12  A.   Yes, Baylor College of Medicine in Houston, Texas.

13  Q.   What did you do?  What kind of a program did you have at

14  Baylor?

15  A.   That was a hands-on rotation.

16  Q.   What kind of a rotation was it?

17  A.   I did radiology for a month.  I didn't do much.  I mean,

18  in radiology, you get to watch how the faculty, the residents

19  do their ratings.  And each week, I will rotate through, like,

20  musculoskeletal or, like, breast or other things.  So you

21  don't really see patients.

22  Q.   Did you do any other kind of training at Baylor?

23  A.   Yes.  Emergency medicine for a month.

24  Q.   Was that hands-on as well?

25  A.   Yes.

Artunduaga - direct

1   Q.  What kind of things were you allowed to do in that
2   program?
3   A.  Examine patients, triage them, their -- like their
4   clinical history, so present them to the doctors or fellows or
5   residents.
6   Q.  What did you do after you completed that Baylor training
7   program?
8   A.  I was very lucky to get accepted, just to stay -- to
9   lengthen my stay for a few more months to do observerships in
10  plastic surgery.
11  Q.  Where was that?
12  A.  Harvard.
13  Q.  How long did that -- did those observerships last?
14  A.  About four months.
15  Q.  What year did you have all these different training
16  programs in the U.S.?
17  A.  2003 to 2004, from June to March.
18  Q.  What year did you graduate from medical school?
19  A.  In December of 2003, I decided to not go through my
20  graduation and stay in Boston and do these things.
21  Q.  What did you do after you were complete -- had completed
22  these observerships in 2004 at Harvard?
23  A.  In Colombia and in most Latin-American countries, you are
24  -- apply to do a social service year in a remote location.  So
25  I was the doctor of a town for about a year.  I did a lot of

Artunduaga - direct

1   things.

2   Q.   What town were you in?

3   A.   It's called Rivera.

4   Q.   How large a town was that?

5   A.   Well, really small.  I was the only doctor for an entire

6   town.

7   Q.   What type of medicine did you practice there?

8   A.   So once you graduate from medical school in countries such

9   as mine, you are trained to do mostly everything, as a general

10  practitioner or doctor in the old days.  So I could deliver

11  patient -- deliver babies.  I could treat gunshots and trauma.

12  I could fix minor wounds.  I did a lot of preventive medicine,

13  too, in primary care.  I did it all, even autopsies.

14  Q.   What did you do after your year of service in Colombia?

15  A.   I moved back to Bogotá, the capital, to work for -- as an

16  emergency physician for three years.

17  Q.   What did you do after you were the emergency medicine

18  physician in Bogotá?

19  A.   My dream was to become a reconstructive plastic surgeon,

20  so I -- during the time that I was working two jobs, I studied

21  for the steps, the examinations, to certify your medical

22  degree to be able to apply for residencies in the U.S.  So I

23  was very lucky to get a fellowship at Harvard studying the

24  genetic causes of malformations in your face and in your ears.

25  It was a very prominent laboratory.

Artunduaga - direct

1   Q.   When did you come to Harvard to do that fellowship?

2   A.   June 2007.

3   Q.   How long did that fellowship last?

4   A.   Four years.

5   Q.   Can you describe to the jury really just briefly what a

6   post-doctoral fellowship is.

7   A.   I'll try.

8            So once you have become a medical doctor or a Ph.D.,

9   have a Ph.D. degree, you have the option of working as a

10  trainee paid in a laboratory to enhance, to -- your skills.

11  And this was very important because I was the only one coming

12  from South America getting paid right away without the actual

13  experience in basic science.

14           It was difficult, obviously, because I had no

15  experience doing research.  In Colombia, we don't have the

16  money to do that, so it was -- I mean, transitioning was

17  rocky, difficult, but I had a lot of help from my co-workers

18  and other post-docs.  So I'm a quick learner, so I -- by six

19  months, I was really up to speed.

20  Q.   What kind of research were you doing?

21  A.   Genetics, human genetics research.  We were doing

22  groundbreaking discoveries doing -- using the latest

23  technologies in the world.  So it was really exciting.

24  Q.   Let's take a look at Joint Exhibit No. 111.

25           MR. JEPSON:  There is no 111.

Artunduaga - direct

1        (Counsel conferring.)

2              MS. HYNDMAN:  One moment, please.  We have to figure

3    out what exhibit this is.

4              THE COURT:  Are you using a joint exhibit that's

5    already --

6              MS. HYNDMAN:  Yes.

7              THE COURT:  -- in evidence?

8              MS. HYNDMAN:  Yep.

9              We'll skip that one for now.

10   BY MS. HYNDMAN:

11   Q.  When you were doing your work at Harvard, your post-doc

12   fellowship work, did you do any publishing?

13   A.  Yes.  I published a -- two papers -- no, actually, like

14   three at very reputable and the top of scientific journals.

15   One of them was the New England Journal of Medicine.  That's

16   the top number -- top one in medicine for many, many years.

17             And the other one was the genetic -- a gene that we

18   found for kids that have heart malformations, and that was

19   published in Nature.

20   Q.  What did you do after your fellowship at Harvard ended?

21   A.  I matched to the University of Chicago plastic surgery

22   program.

23   Q.  When did you first decide that you were going to pursue a

24   residency program?

25   A.  Back in 2003 when I met someone at Harvard, a

Artunduaga - direct

1    surgeon/scientist, plastic surgeon/scientist, he was a really

2    good mentor.  He encouraged me to pursue my dream.  He knew

3    that it was going to be difficult, a foreigner from South

4    America.  Most of the people who matched into plastic surgery

5    are not foreigners, come from developed countries such as, you

6    know, Europe.  So that -- I started working towards the

7    plastic surgery dream since 2003.

8    Q.  When did you first apply for a residency program?

9    A.  2010.

10   Q.  Why didn't you simply just begin to practice medicine in

11   the United States?

12   A.  It isn't possible here to practice with a medical degree.

13   The American system makes you -- because you just do four

14   years of medical school and you need to go through some sort

15   of residency program, either primary care or family medicine.

16   That's about equivalent of what I did in Colombia.

17           And even if I wanted to practice, and I knew I had a

18   bit more training than the usual medical schools do here, it's

19   just not the way -- how the system is set up, so I have to

20   train as a resident.

21   Q.  What's the process for getting into a residency program in

22   the United States?

23   A.  Sure.  So you put together your CV, your letters of

24   recommendations, and -- what else?  Oh, your transcripts and

25   grades from medical school, and you submit everything on the

Artunduaga - direct

1   same portal -- I paid a lot of money -- for each program that

2   you are going to apply to.

3          I applied to about 123 programs, 43 in plastic

4   surgery.  The rest were in general surgery.

5   Q.  Did you have a preference as between plastic surgery and

6   general surgery?

7   A.  Plastic surgery, obviously.

8   Q.  Why did you prefer plastic surgery?

9   A.  Well, it was -- you could do -- there are two pathways to

10  become a plastic surgeon, and one of them is an integrated

11  path.  That's the six-year accelerated education training

12  program, and then general surgery for five years, and then

13  three more years of fellowship.  So, obviously, I rather the

14  shorter way.

15         And I'm a great believer that if you are going to

16  become a plastic surgeon, you should just focus on the things

17  you need to know instead of doing general surgery and never

18  using those skills again.

19  Q.  At the time you applied to these plastic surgery programs,

20  did you have any particular career goals?

21  A.  At the time, yes.  I wanted to become a pediatric plastic

22  surgeon, and my dream at the time was to be able to do science

23  and surgery back in Colombia by creating a center for

24  craniofacial anomalies.

25  Q.  So once you applied to the various programs, what's the

Artunduaga - direct

1    next step in the matching process?

2    A.   Okay.  So I applied to 123.  I got 21 interviews --

3    invitations.  Nine of them were in plastic surgery, the

4    integrated path, and the rest were in general surgery.

5           So you get e-mails with invites and you coordinate

6    your schedule and start traveling all around the U.S. out of

7    pocket and interview all the places that you have decided to

8    go in to interview.

9    Q.   Did you interview at all 21 places you were invited?

10   A.   No.  16 of them.

11   Q.   Did you interview with all the plastic surgery --

12   A.   Oh, yes.

13   Q.   -- programs?  And then -- so that's seven general surgery

14   programs you interviewed with?

15   A.   Yes.

16   Q.   You have to say "yes" for the court reporter.

17   A.   Yes.  Sorry.

18   Q.   Where did you interview?

19   A.   In plastic surgery?

20   Q.   Yeah.

21   A.   Okay.  The University of Chicago, Stanford, Baylor

22   College, University of Wisconsin, Yale, University of

23   Massachusetts, University of Virginia, Mount Sinai Medical

24   Center.

25           I'm missing one.  I don't remember.  I just forgot

Artunduaga - direct

1    the last one.

2    Q.   Okay.  So let's talk about your interview at the plastic

3    surgery residency program at UCMC.

4    A.   Uh-huh.

5    Q.   When was that interview?

6    A.   I think it was the first week of December, around the 9th

7    or 8th.  It was on a Thursday.

8    Q.   So that would be 2010?

9    A.   Yes.

10   Q.   Okay.  How long did the interview last?

11   A.   Sometime from 8:00 to 5:00.  It was really tense,

12   intensive.

13   Q.   At the time you interviewed with UCMC, who was the program

14   director for that residency program?

15   A.   Dr. David Song.

16   Q.   Did you meet Dr. Song when you came for your interview?

17   A.   Yes, I did.

18   Q.   Did you interview with anyone else when you came for your

19   interview?

20   A.   Yes.  I interview with Dr. Park, with Dr. Russell Reid,

21   Dr. Larry or Lawrence Gottlieb, Rafael Lee, Henry Ginard, a

22   few people from North Shore.  I can't remember exactly their

23   names.  I think there was one, Dr. Howard.  And different

24   residents, Trang, Matthew Greives, Justine Lee.  Yeah, about

25   that.

Artunduaga - direct

1   Q.  So was the interviews that you had with them the only time

2   you had a chance to interact with people in the program?

3   A.  Yes.  About 20 minutes with each one of them.

4   Q.  Did you have any other interaction with them over the

5   course of the time you were at U. of C.?

6   A.  Over the course of the time --

7   Q.  Yes.

8   A.  -- as an intern?

9   Q.  When you came -- no.  When you came to interview --

10  A.  I'm sorry.

11  Q.  -- did you just do an interview with them or did you meet

12  them any other --

13  A.  Oh, no, no.  Because I was leaving Boston anyway, so --

14  Q.  Okay.  So was the -- were these individual interviews that

15  you had?

16  A.  No.  They set up everything to have at least two people,

17  either two faculty -- Dr. Song was the only one alone.  Two

18  faculty, some residents scattered in the rooms.

19  Q.  Were you the only candidate that was there that day for

20  interviews?

21  A.  No.  I think there were about 15 people, if I remember

22  correctly.

23  Q.  Did you meet the other candidates?

24  A.  Yes, I did.

25  Q.  And how did you meet the other candidates?

Artunduaga - direct

1   A.  You -- I mean, once you go in, they have a large room

2   where you sit around a big table and you just get -- you know,

3   you start interacting with them.  And they were, you know,

4   very nice to me.  I was the only foreigner.  It felt a little

5   weird.

6   Q.  And was that just a social time with the 15 of you or was

7   there any sort of program that all 15 of you were in?

8   A.  Oh, yes.  The night before, we spent time together in a

9   social event, in a bar somewhere on the north side, like River

10  North, I think.

11  Q.  So that was just the candidates at that --

12  A.  It was everybody.  The candidates and faculty, doctors was

13  there.  Most of the residents were there regardless of their

14  years, the year of training.

15         They brought in a lot of people who are called

16  clinical associates or plastic surgeons who allow these

17  residents to rotate with them, to do, like, aesthetics,

18  rotations.

19  Q.  So the day that you started the interviews, did you just

20  go right into interviews with the --

21  A.  No.  Dr. Song gave an introduction of the program, how

22  they saw the program as a family, everybody helped each other.

23  He made profiles of every resident and then he gave us the

24  numbers that we would expect by year of, like, surgical cases,

25  too.  And then after that, they made every applicant to pitch

Artunduaga - direct

1   themselves to them and tell them why they should pick us or,

2   like, just us in about five minutes.  And you had three slides

3   to do that.

4   Q.  You had three slides you were allowed?

5   A.  Yeah, for the pitch.

6   Q.  Okay.  So in your individual interview you had with Dr.

7   Song, how long did that last?

8   A.  About 20 minutes, I think.

9   Q.  What did you talk about in that interview with him?

10  A.  Well, first of all, he was very nice in a way that he said

11  that he really wanted me in the program; that he had been

12  called by my letter recommenders and tell beautiful things

13  about me, and obviously I was very grateful.  He started to

14  talk about, like, diversity and how he would like to increase

15  the pool of, like, diversity in the program.

16          And after that, obviously I talk -- you know -- I

17  mean, I had to be truthful to the fact that I was worried

18  about transitioning because it had been four years in a large

19  research laboratory without seeing patients or taking care of

20  them.  And he said, "Oh, well, that's not a problem."  And,

21  "I'll help you transition, and we'll make sure that you just

22  do fine.  So don't worry about it."

23  Q.  Where did you rank the University of Chicago in the

24  matching program?

25  A.  Number 4.

1  Q.  What went into your decision about how to rank the

2  University of Chicago?

3  A.  I ranked first Stanford because it's ranked highly.  And

4  my husband, he works in technology -- he's a Googler,

5  actually, now -- so he obviously wanted me to choose a West

6  Coast program.  Then my sister, she's also a doctor.  She was

7  a radiology resident at the time at Baylor College of

8  Medicine.  It was closer to Colombia, so it was easier to fly.

9        And then I ranked the University of Wisconsin because

10  they had one, up to two years of dedicated research, and

11  that's what I really love to do.

12        So -- and then, University of Chicago, I ranked it

13  because I felt that I will be ranked highly because of the,

14  you know, interactions with Dr. Song.  And people give you

15  these little cues, right, and like -- I mean, he treated me in

16  a very special way, the way how he introduced me to other

17  faculty members, all the things that he would say about my CV

18  to other people.  The residents already knew that he wanted me

19  there, so -- you could just sense it.

20  Q.  When did you learn the results of the match?

21  A.  Mid-March.

22  Q.  Where did you match?

23  A.  University of Chicago, yeah, Medical Center.

24  Q.  Did you just match to one place?

25  A.  Yes.  Well -- yes.  I mean, it has to -- okay.  Should I

Artunduaga - direct

1    explain the matching process?

2    Q.   Yeah.  Because I don't even really understand it, so --

3    A.   Okay.  This is complex.

4           So the hospitals that have all the programs make a

5    ranking based on their applicants and then the applicants make

6    a ranking list of the programs where that -- from favorite to

7    least favorite.  And then a few days before the March date,

8    there is a computer that runs an algorithm and it takes people

9    and it matches them to certain places depending on each list

10   preferences.

11          So at the end, you don't really know where you're

12   going to end up.  And one of the things for -- once you enter

13   into the match, you are obliged to go there and to sign

14   whatever contract they give you.  So you cannot negotiate or

15   anything.  So you just go.

16   Q.   How did you feel about matching with UCMC?

17   A.   I was super happy.

18   Q.   Why were you happy?

19   A.   Because -- well, first of all, it was Chicago and I really

20   like the city.  I like seasons.  And Dr. Song gave me a very

21   good feeling about, you know, the nurturing, the family thing.

22   There were residents that were very nice to me.  I really

23   liked how people were nice to me during the interview.

24   Q.   Let's take a look at Joint Exhibit No. 4.

25          Do you have that in front of you there?

Artunduaga - direct

1   A.  Yes.

2   Q.  Do you recognize this document, Maria?

3   A.  Yes.  It's my contract.

4   Q.  Okay.

5           MS. HYNDMAN:  If we could look at the last page,

6   please.

7   BY MS. HYNDMAN:

8   Q.  Is that your signature, Maria?

9   A.  Yes, it is.

10  Q.  Whose signature is that for Program Director just below

11  yours?

12  A.  Dr. Posner.

13  Q.  Who's Dr. Posner?

14  A.  Sorry.  The general surgery program director.

15  Q.  Did you match into the plastic surgery or general surgery

16  program?

17  A.  Okay.  This is complex again.

18          At the University of Chicago, in particular, we had

19  to do three years of general surgery on their -- the direction

20  of the program director.  That's how it's been done everywhere

21  by rules and policies.  So I was considered a general surgery

22  resident for three years and then I will move into plastic

23  surgery for the last three years of a training program.

24  Q.  When did the residency program begin?

25  A.  About June 23rd, I think.

1    Q.   Of what year?

2    A.   2011.

3    Q.   So between March when you matched and June when you showed

4    up to do your residency, did you have any contact with anyone

5    from the program?

6    A.   I sent some e-mails asking them about -- the senior

7    residents, Jonathan Banks and Matthew Greives, a few others,

8    about like, "Hey, I'm very concerned."  You know, "I haven't

9    been in clinical practice for a few years.  Do you have any

10   directions, guidelines?  What should I read about?"  And the

11   common, like, consensus was, "You just go have fun, do

12   vacation.  You don't need to do that.  You just" -- "You'll

13   catch up.  Don't worry."  Yes.

14   Q.   So your first day was June 2 --

15   A.   23rd --

16   Q.   -- 3rd or 4th?

17   A.   -- approximately.

18   Q.   Something like that?

19   A.   Yes.

20   Q.   Okay.  What'd you do on your first day?

21   A.   I was told -- I mean, all of the interns had to study for

22   something that's called advance cardiac life support.  So I

23   spent two days working on mannikins in, like, this little lab,

24   and I had to pass all of the stations, then they will clear me

25   up.  I needed to demonstrate that I was proficient at the

Artunduaga - direct

1   animation if a code blue would likely, you know, happen.

2         After that, I spent one day doing hospital

3   orientation.  That was mandatory for all the interns who were

4   coming in, I mean, everybody -- every new intern in the

5   hospital, like I don't know how many, 300.

6         And after that, I spent the last day doing a surgery

7   orientation day where the residents from -- like the former

8   interns, the ones that were in the second year already, they

9   would give us, like, tips and tricks about, like, you know,

10  "This is how you do things here."  "If you have this sort of

11  patient, you should probably do this."  Mostly some sort of

12  advice to, like, big brother/little brother.

13  Q.  So you've used the term "interns."  What's an intern?

14  A.  An intern, it's a first-year resident.

15  Q.  Is that the only year where -- you're only called an

16  intern for the first year, is that right?

17  A.  Yes, only.

18  Q.  And is -- are the term -- would it be fair to call you a

19  resident as well?

20  A.  Of course.

21  Q.  So the terms are sort of interchangeable for the first

22  year?

23  A.  Yeah, exactly.

24  Q.  Before you started the first day at UCMC, had you met any

25  of your fellow interns?

Artunduaga - direct

1   A.   Just Deana Shenaq.

2   Q.   Who is Deana Shenaq?

3   A.   She ended up to be my co-resident in the plastic surgery

4   program.  We met in our Mount Sinai plastic surgery interview

5   and then I saw her again at the University of Chicago

6   interview.

7   Q.   So she was there --

8   A.   Yeah.

9   Q.   -- at the interview?

10  A.   The same day.  We even had a picture together.

11  Q.   Had you met any of the interns from any of the other

12  programs before you came?

13  A.   No.

14  Q.   You told us that when you had your interview, you met and

15  interviewed with a lot of people.  Was there anyone that you

16  hadn't interviewed with yet in the plastic surgery section?

17  A.   Yes.  Sara Dickie.

18  Q.   When did you first meet Dr. Dickie?

19  A.   August 31st.  I mean, I saw her, like, walking by sometime

20  later in August, I think.

21  Q.   So you hadn't met her until you'd --

22  A.   Yeah.

23  Q.   -- been a resident for a couple months?

24  A.   Uh-huh.

25  Q.   Okay.  So in the 2011 and 2012 academic year, were any of

Artunduaga - direct

1   the other plastic surgery residents non-native English

2   speakers?

3   A.   Non-native English speakers.   Johnny -- Jonathan Bank was

4   from Israel, but he spent a significant amount of time in --

5   of his childhood in New York, so he doesn't really have an

6   accent.

7   Q.   Do you know what his first language is?

8   A.   Hebrew.

9   Q.   Were any of the plastic surgery residents native Spanish

10  speakers?

11  A.   No.

12  Q.   Did any of the residents have Latino surnames?

13  A.   No.

14  Q.   Were any of them of Latino origin, to your knowledge?

15  A.   No.

16  Q.   Had any of these other plastic surgeon residents gone to

17  medical school outside the United States?

18  A.   Yes.   So Jonathan Bank, they went to an Israelian medical

19  school that -- it's an American university, and he's taught

20  everything in English.

21          There was Lee Alquerishi.   He was from Scotland, and

22  obviously he has -- he's a native speaker.

23          Essie Kueberuwa, she was from Imperial College of

24  London.   She had a British accent and a native speaker, too.

25  Q.   Where did Dr. Alquerishi go to medical school?

Artunduaga - direct

1   A.   University of Glasgow.

2   Q.   To your knowledge, had any of the plastic surgeon

3   residents had their medical training in a different language

4   than English?

5   A.   No.

6   Q.   What about the residents in the other programs?  Had you

7   met any of them before you came to UCMC?

8   A.   No.

9   Q.   How did you feel about starting the program in June of

10  2011?

11  A.   I was super excited.  It was my dream --

12  Q.   So --

13  A.   -- and it had come true.

14  Q.   So what clinical experience did you have the first day you

15  started in the University of Chicago plastic surgery residency

16  program?

17  A.   I don't really think observerships count into clinical

18  experience.  I would say, though, that they -- two months that

19  I spent at the University of Washington, in Seattle, that was

20  a hands-on rotation.  It was a sub-internship, and I was

21  managing just the ward, the patients on the floor.  I didn't

22  get a chance to get into the operating room.

23  Q.   You had no experience in the operating room at the

24  University of Washington?

25  A.   No.

Artunduaga - direct

1   Q.   What kind of things did you do in that sub-internship?

2   A.   I was, like, their right hand of the interns, so I would

3   help them with whatever they needed.  I will put the list

4   together about 5:00 a.m., then we'll round.  I will present

5   some of the patients, and after that -- we always had either a

6   senior resident or a fellow, so these people would tell us --

7   I mean, we will decide -- they will decide what to do with

8   every patient and then we will just make sure that everything

9   happened, every order will go through, it got completed.  I

10  would write notes just like the interns.

11          And we rounded again at about 4:00 o'clock, just to

12  make sure that everything had been done.  And after that, we

13  have a list of patients and we updated it, and we will just

14  pass that information along to the team that comes in to the

15  night.  That's called a night float team.  And that particular

16  process is called signing out.

17  Q.   Did you ever have a conversation with Dr. Song about your

18  experience at the University of Washington?

19  A.   No.

20  Q.   Did you ever have a conversation with Dr. Song about any

21  of the clinical observerships you did at Harvard and Baylor

22  and Mount Sinai?

23  A.   No.

24  Q.   Did you ever have a conversation with any of the other

25  attending physicians in the plastic surgery program about your

Artunduaga - direct

1    experience at the University of Washington?

2    A.   No.   Sorry.

3    Q.   What about the attending physicians?  Did you talk to any

4    of them about your experiences at these observerships?

5    A.   No.

6    Q.   Dr. Artunduaga, what was your understanding of what your

7    duties and responsibilities would be as an intern in the

8    plastic surgery residency program?

9    A.   Well, every rotation had documentation -- a document

10   telling you what to expect depending on your level of

11   training.

12           As an intern, for example, in the Kaplan service,

13   I -- I was expected to do a certain number of, like, cases in

14   the operating room.  I assume, obviously, like most hospitals,

15   work just like at the University of Washington where the

16   intern does all of these things on the floor, that they are

17   allowed or they are encouraged to go to the operating room

18   because we are training, we are training to become surgeons.

19           So my understanding was that at the time, there was a

20   nurse practitioner and she would cover the floor, like in most

21   of the services everywhere nowadays, and I will get to go to

22   the operating room to learn how to operate under supervision.

23   Q.   What other responsibilities did you have as an intern?

24   A.   To supervise the medical students, to make sure that the

25   orders went through, writing notes, and speaking to social

Artunduaga - direct

1    workers, consultations.  Carrying the pager, the beeper.  That

2    was a big deal.  That's about it.

3    Q.  Okay.  Let's get some of this terminology down.

4         First of all, what's a rotation?

5    A.  Sorry.  A rotation, it's a period of time, approximately a

6    month from one -- not day, but like, let's say -- I don't

7    know -- January 1st to the end of January, and they will

8    assign you to a service.

9         A service means that -- it's a specialized type of

10   surgeon doing something.  So some of -- you know, we mentioned

11   already, like, the Kaplan service, there were faculty or

12   surgeons doing breast surgery, mastectomies, most of them, and

13   then endocrine surgery for cancers from the glands here in

14   your neck (indicating), the thyroid, the parathyroid, and then

15   you -- every month, you switch into another service.  So you

16   call them rotations.

17   Q.  You mentioned getting some work in the OR and doing some

18   cases.  What's the role of an intern typically in a surgical

19   case?

20   A.  The role of an intern in a surgical case -- so, first of

21   all, it has to be, like, minor cases where that -- are not

22   very complex.  They become the first assistant.  So it's the

23   surgeon here, and you are in front of him -- or him or her,

24   and they will guide you through.  You do the operation.  You

25   have studied up on the operation the night before, the

Artunduaga - direct

1   anatomy, how everything should go smoothly.  And the surgeon

2   is there to supervise you.  And then maybe if there is a

3   medical student, he will be the second assistant, the person

4   who -- suction or clean certain, you know, things.  That's

5   what interns do.

6   Q.  Okay.  So you mentioned -- I think you mentioned floor

7   work.  What is -- what's floor work?

8   A.  The floor work starts by putting together the vital signs,

9   the information that happen overnight to each patient in a

10  list.  That takes about an hour from 5:00 a.m. to 6:00 a.m.

11  Then you make up it and then you round with your team.  That's

12  generally composed of a senior resident or fellow or someone

13  who knows -- who is about to finish.  Sometimes there is a

14  middle-level resident and then there is the intern.  Some

15  services have nurse practitioners or physician assistants, and

16  sometimes you have medical students.

17          So once you round and have seen your patients -- I'm

18  sorry.

19  Q.  Let me stop you right there.

20          What's rounding?

21  A.  Rounding.  So rounding -- rounding is the process of going

22  through each patient at each room, examine them, asking them

23  how everything is going, what happened overnight, check their

24  wound, mostly, because it's surgery, and then you come up with

25  a plan after -- you inform the patient about, "This is what we

Artunduaga - direct

1    are going to do in order to get you out and get" -- "send you

2    home."  So like today, for example, you have problems with

3    pain management, so we are going to tackle that.  You need a

4    consultation with another service, then we'll place that

5    consult.

6          You do the same thing repetit -- I mean, repetit --

7    repetit -- I don't know how to say it, I'm sorry -- on each

8    patient.  It takes about an hour.  And most of the services

9    have around 20 patients.

10   Q.  What's the role of the intern in the rounding process or

11   doing the rounds?

12   A.  The interns are in charge of the ward, the floor, all the

13   patients who are being hospitalized.  So you are leading the

14   rounds, you put together the list, you present the patients.

15   You are given the responsibility of commanding-in-chief of the

16   ward --

17   Q.  When you --

18   A.  -- or of the floor.

19   Q.  What's involved in presenting a patient?

20   A.  So it depends.  I would say depending on the situation or

21   the way, how you were trained.

22         The way, how I did it was -- I was very detailed

23   about it, and I presented patients by systems.  So like, say,

24   neurological, so that means pain, then cardiovascular or heart

25   and lungs, and I will present them about -- present what is

Artunduaga - direct

1    going on and how I will address that problem.  Then

2    gastrointestinal or, like, the stomach and the gut, and the

3    same thing.  So I will go through a lengthier process than

4    what the University of Chicago residents will -- were doing.

5    Q.  So you do rounding, you do floor work, you work in the OR

6    on occasion.  Is there anything else that you do as a resident

7    on a regular basis?

8    A.  You take care of the pager, so you see consults from other

9    services.  You do a lot of logistics in terms of if a

10   patient's going to get home, so you -- you try to arrange

11   everything with a social worker, with a case manager.

12   Anything that they might need to go home, you become a

13   professional, like, getting those things done.

14   Q.  What was your first assignment as an intern?  I mean, your

15   first rotation.

16   A.  I'm sorry.

17   Q.  First rotation.

18   A.  The Kaplan service, the breast and endocrine service.

19            MS. HYNDMAN:  Can we look at Plaintiff's Exhibit 77,

20   please.

21            This has not been admitted yet, Your Honor, so I

22   don't think we need --

23            THE COURT:  Okay.

24            MS. HYNDMAN:  -- shouldn't publish it yet to the

25   jury.  Thank you.

1   BY MS. HYNDMAN:

2   Q.  Dr. Artunduaga, do you recognize this document?

3   A.  Yes, I do.

4   Q.  What is it?

5   A.  It's the year schedule for each intern, from what I see

6   here, on how the rotations -- I mean, like every intern got a

7   set of rotations per month.  This is the rotations that I was

8   talking about.

9   Q.  And if you look at some of the later pages --

10  A.  How can I do that?

11          MS. HYNDMAN:  Jamie is going to do it for us.

12          THE WITNESS:  I'm sorry.  Okay.

13          MS. HYNDMAN:  Go on to the next few wages.

14  BY MS. HYNDMAN:

15  Q.  What is this page?

16          MS. HYNDMAN:  Oh, went too far.  There we go.

17  BY THE WITNESS:

18  A.  So this is for the second-year residents.  And for this

19  one, I would say that you have general surgery residents here

20  and also the two residents that were in the track of becoming

21  plastic surgeons, but they were considered general surgeons at

22  the time.

23  BY MS. HYNDMAN:

24  Q.  Did you receive the academic schedule for the interns?

25  A.  Yes.

Artunduaga - direct

97

1   Q.  Did you receive the academic schedule for any of the other

2   residents?

3   A.  Yes.

4   Q.  Did you see them for everybody else?

5   A.  I think this came together as a document.

6   Q.  Do you know who prepared this?

7   A.  Yes.  The chief resident in general surgery, John Seal and

8   Eric Grossman.

9   Q.  Okay.  When did you receive this academic schedule?

10  A.  May.

11  Q.  So --

12  A.  I'm not sure.  It should be definitely June or May.

13          MS. HYNDMAN:  Your Honor, plaintiffs would move to

14  admit Plaintiff's Exhibit No. 77 into evidence.

15          THE COURT:  Any objection?

16          MR. JEPSON:  No objection, Your Honor.

17          THE COURT:  It's admitted.

18    (Plaintiff's Exhibit 77 received in evidence.)

19          THE COURT:  Would you like to publish it?

20          MS. HYNDMAN:  Yes, Your Honor, please.

21          If you could go to the first page.

22  BY MS. HYNDMAN:

23  Q.  So if you look, Maria, your name there is the second one.

24  A.  Uh-huh.

25  Q.  Can you just kind of go across and explain to us what each

Artunduaga - direct

98

1   of these rotations are that you're scheduled for for that

2   year.

3   A.  Okay.  So for July and August, I was scheduled to do

4   breast service and endocrine service.  That's called the

5   Kaplan service.  For September and October, I was scheduled to

6   do Block 2, in other words, colorectal surgery.  For November,

7   thoracic surgery.  December was my vacation, where I was going

8   to get married back in Colombia.  In January, vascular

9   surgery, transplant surgery.

10          In March, I will do half of the month in Kaplan

11  surgery, breast and endocrine, then night float for six weeks

12  from March to April.  Then my plastic surgery rotation will be

13  done or, like, completed in May, if not before.  June,

14  anesthesia.

15  Q.  Okay.  So your first --

16          MS. HYNDMAN:  You can take that down now.  Thanks.

17  BY MS. HYNDMAN:

18  Q.  Your first rotation was Kaplan, you said?

19  A.  Uh-huh, yes.

20  Q.  And I think you've explained already what the Kaplan

21  service is.

22          Did you have any clinical experience prior to the

23  time you worked at the University of Chicago with these types

24  of surgeries, either the breast surgery or the endocrine

25  surgery?

Artunduaga - direct

99

1   A.   No, never.

2   Q.   What were your expectations before you started the

3   rotation?

4   A.   My -- I mean, I read through the documentation, and there

5   were, like, goals per year, right.  So I will understand the

6   diseases for the breast and the thyroid, parathyroid.  I will

7   be able to learn from the faculty, that they will teach me

8   about these things, how to manage the sort of diseases and,

9   more importantly, how to make the decision to take these

10  people through the operating room.

11          Also, my expectation was that I will get most of my

12  surgical experience from those two months.  I know that

13  because the plastic surgery residents told me that based on

14  their own experience for many years, I was expected to get at

15  least five to seven surgeries assignments every week.  So I

16  was pretty excited about it.

17          MS. HYNDMAN:  Let's take a look at Joint Exhibit No.

18  5, please.

19  BY MS. HYNDMAN:

20  Q.   Dr. Artunduaga, do you recognize this document?

21  A.   Yes, I do.

22  Q.   What is this?

23  A.   Every month, they will give away or send out a document

24  with the contact information of everyone, a listing of people

25  that were assigned to every service in the section of general

Artunduaga - direct

1    surgery on the left, with their pager numbers, and, like, the

2    senior resident who was assigned to that -- that was the

3    middle column -- and then the junior resident can --

4    Q.  Okay.  Let's --

5            MS. HYNDMAN:  Can we zoom in on the Kaplan Service

6    there, Jamie, please?

7    BY MS. HYNDMAN:

8    Q.  So do you see under where it says Kaplan Service, there's

9    four names there, Kaplan, Chhablani, Jaskowiak, Angelos?

10   A.  Yes.

11   Q.  Did you have an understanding of what those names were

12   there for?

13   A.  They were the last names of the four surgeons working, the

14   faculty members, the attendings.

15   Q.  Okay.  The attendings?

16   A.  Yes.

17   Q.  And just under that, their names -- there's a name,

18   "Gnerlich, surgical oncology fellow."  Do you see that?

19   A.  Yes.

20   Q.  Who's Dr. Gnerlich?

21   A.  She was a fellow starting on that year, but she ended up

22   switching this rotation and -- I mean, she decided to go to

23   the research lab instead.  So Haijin In came to follow --

24   sorry, to do her job.

25   Q.  So Dr. In was a fellow?

Artunduaga - direct

1    A.   Yes.  She was a surgical oncology fellow.

2    Q.   Then under Dr. Gnerlich's name, it says "Jose, nurse

3    practitioner."  Do you know who that is?

4    A.   Yes.

5    Q.   Who's that?

6    A.   A nurse practitioner, Joly Jose, someone who has done a

7    four-year college followed by a Master's degree.

8    Q.   And if we move over to the middle column, then, under

9    Senior Resident, there's a name there that's "Fleming."

10   A.   Yes.

11   Q.   Who's that?

12   A.   Irma Fleming, a third-year resident in general surgery.

13   Q.   Okay.  Did you know Dr. Fleming before you started --

14   A.   No.

15   Q.   -- working on the Kaplan service?  And then we see your

16   name there under the Junior Resident, correct?

17   A.   Uh-huh, yes.

18        MS. HYNDMAN:  Now, let's look at Plaintiff's Exhibit

19   No. 1, please.

20        This is not -- yeah, this hasn't been admitted yet.

21   BY MS. HYNDMAN:

22   Q.   Do you recognize this document, Maria?

23   A.   Yes, I do.

24   Q.   What is this?

25   A.   It's a list of -- Haijin In put it together.

Artunduaga - direct

```
 1              THE COURT REPORTER:  "A list of" --
 2              THE WITNESS:  Haijin In.  I think it's I-n.
 3    BY THE WITNESS:
 4    A.  So what she did here was per day, she would assign every
 5    member of the team to something, either the clinic, the
 6    operating -- like the OR.
 7    BY MS. HYNDMAN:
 8    Q.  Hang on.
 9    A.  Sorry.
10    Q.  Did you receive a copy of this at the beginning of the
11    week --
12    A.  Yes --
13    Q.  -- that's indicated there?
14    A.  -- I did.
15    Q.  And what's the week that's indicated?
16    A.  Sorry?
17    Q.  What week is this for?
18    A.  July 5th to 8th.  Approximately.
19    Q.  You're not --
20    A.  I mean -- I'm sorry.  Wait.  Sorry.
21              Monday, July 4th to -- I don't know.  This is weird.
22    Q.  It is a little confusing.
23    A.  Yeah.
24    Q.  Let's just go to the --
25    A.  Sorry.
```

Artunduaga - direct

1   Q.  Go to the last Friday there.

2   A.  It's supposed to be -- yeah, like the week.

3   Q.  Okay.

4   A.  The --

5        MS. HYNDMAN:  Your Honor, plaintiff moves to admit

6   Plaintiff's Exhibit No. 1.

7        THE COURT:  Any objection?

8        MR. JEPSON:  No.

9        THE COURT:  It's admitted.

10    (Plaintiff's Exhibit 1 received in evidence.)

11        THE COURT:  You may publish it.

12        MS. HYNDMAN:  Thank you, Judge.

13  BY MS. HYNDMAN:

14  Q.  So according to this schedule, Dr. Artunduaga, what were

15  you scheduled to do the week of July 5th to the 8th?

16  A.  Okay.  So on Tuesday, I was scheduled to cover Dr. Edwin

17  Kaplan's clinic.  Nothing on Wednesday.

18        MR. JEPSON:  Objection.

19        THE COURT:  What's your objection?

20        MR. JEPSON:  Misstates the document.  It says "all."

21        THE COURT:  But you are free to cross-examine on it.

22  Overruled.

23  BY THE WITNESS:

24  A.  Okay.  For Thursday -- oh, I'm sorry.  I actually made a

25  mistake.  For Wednesday -- yeah, actually, I'm right.  Nothing

Artunduaga - direct

1    for Wednesday.

2            For Thursday, I was scheduled to do clinic with

3    Dr. Chhablani, one case with Dr. Jaskowiak.  That it is.

4    That's it.  And for Friday, I was scheduled to do two cases

5    with Dr. Chhablani.

6    BY MS. HYNDMAN:

7    Q.  Did you assist on those three surgeries that were

8    scheduled that week?

9    A.  I think I did.

10   Q.  You mentioned that you were assigned in clinic.  What

11   happens in clinic?

12   A.  In clinic -- so it's the outpatient clinic.  It's a room

13   where everybody comes in and there are computers.  Mostly,

14   it's the -- you know, one of the residents and the medical

15   students, usually.  And then people are scheduled to come in

16   consultation either for a follow-up or a new consultation

17   because they have a problem.

18           Later, about -- there is a list that they put on the

19   wall, and depending on, like, you know, the attending's, you

20   know, habits or predilection in this case -- for example,

21   Dr. Jaskowiak -- you just take any chart and go alone first to

22   examine the patient, to, you know, ask about how they are

23   doing, what brings them there, and -- I mean, yeah, you

24   complete the clinical history and then you go out and present

25   what you found to the attending.  You chat for a bit, there

Artunduaga - direct

1   are some teaching points, and then you go in back with your

2   attending and you observe and watch how the attending does

3   everything so that you learn about bedside matter -- manner or

4   how they approach, you know, that interaction.  And then you

5   just go back and try to help out with paperwork and make

6   things happen for this patient to be able to go back as soon

7   as possible.

8   Q.  On the days if you weren't scheduled to have a surgical

9   case or you weren't scheduled for clinic, were you in the

10  hospital?

11  A.  Yes.

12  Q.  What would you do on those days?

13  A.  I was -- well, I was following the nurse practitioner

14  around.  That's how they told me I should do.

15          MS. HYNDMAN:  Can we take a look at Plaintiff's

16  Exhibit No. 2, please.

17  BY MS. HYNDMAN:

18  Q.  Dr. Artunduaga, do you recognize this document?

19  A.  Yes, I do.

20  Q.  What is it?

21  A.  It's the next week's schedule, the distribution of

22  assignments for Dr. Haijin In.

23          MS. HYNDMAN:  Your Honor, this has not been admitted

24  yet.  It's been published there.  Sorry.

25  BY MS. HYNDMAN:

Artunduaga - direct

1    Q.  Sorry to interrupt you, Maria.

2    A.  Uh-huh.

3    Q.  What is --

4    A.  Go ahead.

5    Q.  What is this document?

6    A.  The next week's schedule for assignments and distributions

7    made by Dr. Haijin In.

8    Q.  Would Dr. In provide you a copy of this at the beginning

9    of the week?

10   A.  Yes.

11          MS. HYNDMAN:  Your Honor, we would move to admit

12   Plaintiff's Exhibit No. 2 into evidence.

13          THE COURT:  Any objection?

14          MR. JEPSON:  No objection.

15          THE COURT:  It's admitted, and you may publish.

16     (Plaintiff's Exhibit 2 received in evidence.)

17   BY MS. HYNDMAN:

18   Q.  Dr. Artunduaga, what were you scheduled to do the week of

19   July 11th to 17th on the Kaplan service?

20   A.  Sure.  On Monday, I was scheduled to cover just

21   Dr. Jaskowiak's clinic.  For Tuesday, I was covering

22   Dr. Kaplan's clinic.  For Wednesday, nothing.  Nothing, yes.

23   For Thursday, I was, again, doing Dr. Chhablani's clinic; and

24   then following that, Dr. Jaskowiak's clinic.  Yeah.

25          Friday, I was scheduled to assist Dr. Chhablani in --

Artunduaga - direct

1   well, here, it says four cases, but I ended up doing just two.

2   Q.  Why did you not do the other two cases?

3   A.  Because Dr. In, Haijin In, came to the room and said that

4   she wanted to do those cases.

5          MS. HYNDMAN:  Let's take a look at Plaintiff's

6   Exhibit No. 3.

7   BY MS. HYNDMAN:

8   Q.  Dr. Artunduaga, do you recognize this document?

9   A.  I don't see it.

10  Q.  Sorry.  Do you have it now?

11  A.  Yes.

12  Q.  Okay.  Do you recognize this document?

13  A.  Yes.

14  Q.  What is it?

15  A.  Like, third-week schedule or fourth-week schedule.

16  Q.  Who prepared this schedule?

17  A.  Haijin In.

18  Q.  Did you receive a copy of it at the beginning of the week?

19  A.  Yes, I did.

20         MS. HYNDMAN:  Your Honor, we move to admit

21  Plaintiff's Exhibit 3.

22         THE COURT:  Any objection?

23         MR. JEPSON:  No objection.

24         THE COURT:  It's admitted, and you may publish.

25    (Plaintiff's Exhibit 3 received in evidence.)

Artunduaga - direct

1    BY MS. HYNDMAN:

2    Q.  According to the schedule, Dr. Artunduaga, what were you

3    scheduled to do the week of July 18th to 24th on the Kaplan

4    service?

5    A.  On Monday, I was covering Dr. Angelos' clinic.  On

6    Tuesday, I was scheduled to cover Dr. Jaskowiak's clinic.

7    What else?  On Wednesday, I was doing an operation with

8    Dr. Angelos.  On Thursday, clinic again and one case with

9    Dr. Jaskowiak.  On Friday, clinic with Dr. Kaplan.

10   Q.  Okay.  Did you assist on the surgical case you were

11   scheduled for?

12   A.  I cannot remember.

13          MS. HYNDMAN:  That was No. 3?  Can we take a look at

14   Plaintiff's Exhibit No. 4, please.

15   BY MS. HYNDMAN:

16   Q.  Dr. Artunduaga, do you recognize this document?

17   A.  Yes, I do.

18   Q.  What is this?

19   A.  This is the last week of July.  Again, this weekly

20   schedule with a distribution of assignments per person

21   prepared by Dr. Haijin In.

22          MS. HYNDMAN:  Your Honor, we'd move to admit

23   Plaintiff's Exhibit No. 4.

24          THE COURT:  Any objection?

25          MR. JEPSON:  No objection.

Artunduaga - direct

1        THE COURT:  It's admitted, and you may publish.

2        MS. HYNDMAN:  Thank you.

3    (Plaintiff's Exhibit 4 received in evidence.)

4  BY MS. HYNDMAN:

5  Q.  Dr. Artunduaga, what were you scheduled to do this week?

6  A.  Clinic on Monday.  Clinic on Tuesday for about two hours.

7  On Wednesday, nothing.  On Thursday, clinic with Dr. Chhablani

8  and then Dr. -- clinic again with Dr. Jaskowiak.  On Friday, I

9  did clinic with Dr. Kaplan and no surgical cases.

10 Q.  Okay.  Now --

11        MS. HYNDMAN:  I'm done with that one.

12 BY MS. HYNDMAN:

13 Q.  I want to talk a little bit about your relationship with

14 the people you worked on with Kaplan service.

15        Let's start with Dr. Kaplan.  How would you describe

16 your working relationship with Dr. Kaplan?

17 A.  It was very nurturing.  I spent most of my time in the

18 Kaplan service with him.  Every clinic that he had, I was

19 assigned to him.  And he really wanted to teach me to -- he

20 was very nice to me.

21 Q.  Did Dr. Kaplan raise any concerns with you about your

22 performance during that first month?

23 A.  No.

24 Q.  What about Dr. Chhablani?  What was your working

25 relationship with her like?

Artunduaga - direct

1  A.  It was a little difficult because she was -- for example,

2  in Colombia, we don't use -- we don't double-glove.  That's a

3  policy at the University of Chicago Medical Center.  You use

4  two pairs of gloves to operate.  So I had a little trouble

5  manipulating the instruments.  So she grew impatient and she

6  told me that I needed to work on that.  Other than that, she

7  was nice to me and she wanted to teach me.  She was good.

8  Q.  Other than the issue with the double-gloving, did

9  Dr. Chhablani raise any concerns about your performance that

10  first month, we're talking about, in July?

11  A.  No.

12  Q.  What about Dr. Jaskowiak?  How would you describe your

13  working relationship with her?

14  A.  She was great.  I mean, she loved medical education.  She

15  loved teaching.  She taught me a lot about breast diseases.

16  And she never raised any concerns during the few times that I

17  spent with her in the operating room.

18  Q.  What about Dr. Angelos?  What was your working

19  relationship with him like?

20  A.  I didn't really get to spend much time with him, but he is

21  really a gentleman, like a role model for every surgeon, and

22  you will get to see the -- he also loved teaching.

23        He also raised a concern about the, you know, double

24  glove, "Get your gloves.  Get your practice at home, because,

25  I mean, you are telling me that in Colombia, you don't do

Artunduaga - direct

1    that."  That's the only thing he told me.

2    Q.  Did any of the attending physicians on the Kaplan service

3    sit down with you to discuss your performance in any formal

4    kind of way in July of 2011?

5    A.  Yes.  Dr. Jaskowiak, by the end of July, she has this

6    routine of -- I mean, before evaluating the residents in her

7    team for that month, they -- she will ask every one of us to

8    go to her office, and we wait in line, and she will ask each

9    one of us to go in.

10         And when I got in, I was really scared because there

11   had been some issues with Dr. Haijin In.  And she told me,

12   "You know, Maria, I think you're doing great.  I understand

13   that you're transitioning, that you come from another country.

14   I know that.  I'm very aware of Dr. In giving you a really

15   hard time, and my only advice for you is to reach out to your

16   plastic surgery peers to know how to handle this, because you

17   are, you know, very friendly, very nice, and so petite and

18   cute.  So when a woman like you comes into a surgical program,

19   people are going to give you a really hard time.  And surgeons

20   are supposed to be strong and very different from what you

21   are.  So I recommend you talk to Dr. Song or your plastic

22   surgery residents."

23   Q.  Did you say anything to Dr. Jaskowiak about your

24   relationship with Dr. In in that conversation?

25   A.  Yes, I did.

Artunduaga - direct

1   Q.  What did you say?

2   A.  Well, I told her my impression of what had happened over

3   the past month.  I was worried that I was not gaining the

4   skills that I was expecting from the first day.

5          Dr. Haijin In, for example, wouldn't let me present

6   patients in rounds, so -- she wouldn't allow me to carry the

7   pager.  She will make me stay after hours to help her out with

8   her notes.  Instead of -- I mean, I was expecting to get

9   certain number of cases, and I was -- I started to see a trend

10  that she was giving most of the cases to either the nurse

11  practitioner or the medical students, and that was very, very

12  frustrating.  And then she also made comments about my medical

13  credentials from, like, South America, Colombia.

14         So I told her that I felt that somehow that was a

15  problem between her and me.

16  Q.  So when you just said, "I told her" --

17  A.  Sorry.

18  Q.  -- did you tell Dr. In -- or are you talking about Dr. In

19  or Dr. Jaskowiak when you said, "I told her"?

20  A.  Jaskowiak.

21  Q.  Okay.  Did you ever say anything to Dr. In about the

22  issues that you had with her?

23  A.  No, obviously not.  I mean, she was my supervisor, and I

24  was afraid of, like, retaliation of some sort.

25  Q.  You said that Dr. In -- you told Dr. Jaskowiak that Dr. In

Artunduaga - direct

113

1   made comments about your medical credentials.  Can you

2   elaborate on what kind of comments she made?

3   A.  Well, like, when I asked her some questions in regards to

4   the, you know, medical management -- I really wanted to learn

5   more about breast surgery or endocrine surgery -- she will

6   come out with a statement such as, "Where do you go to school?

7   Come on.  I mean, this is pretty obvious and" -- or, "Don't

8   they teach you that in wherever you come from?"

9           On the other side -- I -- sorry.  It's not related to

10  your question.

11  Q.  Okay.  Did Dr. In ever sit down with you to talk about

12  your performance?

13  A.  No.

14  Q.  Where was Dr. In from?

15  A.  She's from Korea.

16  Q.  Where did she have her medical training, do you know?

17  A.  In Korea, but she grew up in the States.

18  Q.  Did Dr. In speak English with an accent?

19  A.  No.

20  Q.  What was your working relationship like with Dr. Fleming,

21  the senior resident on the service?

22  A.  It was really good.  She was very worried -- I mean, like

23  preoccupied about friction on how Dr. In was treating me.  She

24  always tried to help and, like, since I was very frustrated,

25  you know, like a big sister, just hand her -- you know,

Artunduaga - direct

1    holding her.

2    Q.  Did Dr. In raise any concerns with you about your

3    performance in July?

4    A.  No.

5    Q.  What was your working relationship like with Joly Jose?

6    A.  It was okay.  She was a nurse practitioner, and what

7    Dr. Haijin In wanted me to do was to basically follow her

8    around like a pet, and, you know, I mean, she became the

9    person that I spent most of the time with.

10   Q.  Did Ms. Jose ever raise any concerns about your

11   performance with you directly?

12   A.  We met once at -- but later, like somewhere -- sometime in

13   August, but not during July.

14   Q.  Okay.  Well, why don't you tell us about it now.  We'll

15   jump into August.

16          What did Ms. Jose raise with you?

17   A.  She said that she understood that I was coming from a

18   different system, from a foreign country, that I really needed

19   to figure out how to prioritize, you know, work on the floor.

20   What else?  I don't remember --

21   Q.  Was there anything else she raised?

22   A.  Oh, well, yes.  Obviously, the communication part.  She

23   said I needed to communicate better with the team.

24   Q.  Did you ask her what she meant by that?

25   A.  Yes, I ask her, and she said, "Well, I mean, even though,

Artunduaga - direct

1    like, people might give you a hard time, like a resident or

2    something, don't be afraid of" -- you know, "communicate to

3    them because this is just professional.  And regardless of

4    your feelings, you just need to talk to them."

5    Q.  What was your reaction to this information that Ms. Jose

6    was giving you?

7    A.  Well, over the past two -- last two months, I obviously

8    recognized that I was not learning or, like, the same skills

9    like my classmates, the other interns, because I was not

10   trusted for some reason from the beginning, so that I was

11   lagging behind.  So I knew that I had to speed up somehow.

12   But I was very willing to do it.  I mean, it was my dream,

13   right.  I mean, I really wanted to become a plastic surgeon

14   and work really hard in whatever problems I had.

15   Q.  You mentioned that Dr. In had made some comments about

16   your medical training.  Did anyone else ever witness those

17   comments that she made to you?

18   A.  Not really, because the -- she would make those comments

19   when she was alone with me after hours, so everybody had left

20   already.

21         And the main assignments or my main role to her was

22   to be her scribe or her IT assistant.  So she didn't like to

23   work on, like, the electronic medical records, so whenever --

24   wherever she was, she wanted me to be there next to her

25   writing her stuff and, like, giving her operative notes, to

Artunduaga - direct

1   figure out how to look for laboratories and all of these

2   things that interns just -- I mean, no one else did it but me.

3   Q.  You mentioned that you spoke to Dr. Jaskowiak about your

4   issues with Dr. In.  Did you speak to anyone else about those

5   issues?

6   A.  Yes.  I met with Dr. Justine Lee, chief resident in

7   plastic surgery.

8   Q.  When did you speak with Dr. Lee?

9   A.  First week of July.

10  Q.  Where was that meeting?

11  A.  In the locker room of the outpatient building.  It's

12  called DCOM.  She was passing by.  She asked me how I was

13  doing, and I told her, almost crying, that I didn't -- you

14  know, that I didn't feel that the treatment that I was getting

15  from Dr. In was respectful at all, and that the issue of my

16  medical credentials and training overseas, especially South

17  America -- because she say that a lot -- was somehow

18  interfering with my experience.  So that I just didn't know

19  what to do, that if she had some advice, I mean, about how to

20  handle that.

21  Q.  Did Dr. Lee give you any advice?

22  A.  She said, "You know, Maria, some people are" -- "you know,

23  they got prejudices and stuff.  There is nothing we can do

24  about that.  Maybe things will just get better.  It's just a

25  month.  Just low your head and get through it.  It will get

Artunduaga - direct

1   better."

2   Q.  Overall, how would you describe your experience on the

3   Kaplan service rotation in July?

4   A.  Even though I was frustrated with the treatment by

5   Dr. Haijin In, I really liked the faculty members, and I

6   always tried to see everything on a positive light.

7   Q.  Did you learn anything on that rotation?

8   A.  Yes, of course I learned.  I learned about -- you know, a

9   lot about clinic management, about thyroid from Dr. Kaplan,

10   about breast cancer and identifying diseases from

11   Dr. Jaskowiak.  I spent most of my time -- or the two, three

12   cases that I had from Dr. Chhablani to watch her and, like,

13   she will let me do little things, so -- and getting feedback

14   from her.

15         The other thing that I had trouble with was that in

16   Colombia, we don't have absorbable sutures, so I didn't know

17   how to really start suturing, because this thing -- the suture

18   will be absorbed by your body, and those are really expensive.

19   So in Colombia, we don't have that.  So I just didn't know the

20   technique exactly, so she taught me how it should be done.

21   Q.  What was your next rotation?

22   A.  I stayed at the Kaplan service in August.

23         MS. HYNDMAN:  Okay.  Let's take a look at Joint

24   Exhibit No. 10, please.

25   BY MS. HYNDMAN:

Artunduaga - direct

118

1   Q.  Dr. Artunduaga, do you recognize this document?

2   A.  Yes, I do.

3   Q.  What is this?

4   A.  Again, it -- this is distributed by the administrative

5   chief residents, Dr. John Seal and Eric Grossman, to each one

6   of us.  Service is on the left, who are assigned -- the people

7   that are assigned to it, and then Senior Resident in the

8   middle and the Junior Resident on the right.

9   Q.  So did you work with Dr. In for the month of August on the

10  Kaplan service?

11  A.  No.

12  Q.  There's a name there, "Seal, chief resident."  Do you see

13  that?

14  A.  Yes.

15  Q.  Who is Dr. Seal?

16  A.  John Seal is the -- was the administrative chief resident

17  in general surgery.

18  Q.  What does it mean to be the administrative chief resident?

19  A.  They get picked based on leadership skills from the

20  faculty members, like by the professors.  It's like an honor

21  sort of thing.

22  Q.  Did you work with the same attendings in August on the

23  Kaplan service?

24  A.  Yes, I did.

25  Q.  There's an additional name there, Dr. Roggin.

Artunduaga - direct

1   A.  Dr. Roggin, yes.  So he was a young endocrine surgeon that

2   got hired from UCSS.  But since -- he came in like a little

3   late in August, I didn't really interact with him.

4   Q.  And under Junior Resident, there's two names under yours,

5   Dr. Lim and Dr. Berian.

6   A.  Yes.

7   Q.  Who are they?

8   A.  So they were my classmates, also interns, but they were

9   from general surgery.

10  Q.  So there were three of you on the service that month?

11  A.  No.  I spent half of the month with Susan Lim and then

12  Julia Berian for the next two weeks.

13  Q.  So there was always two residents at any one time?

14  A.  Yes.  But usually it's not ideal to have residents of the

15  same level into the same service.

16          MR. JEPSON:  Objection, foundation.

17          THE COURT:  Sustained.

18          MS. HYNDMAN:  Okay.

19          THE COURT:  We're going to wrap up in about five

20  minutes.

21          MS. HYNDMAN:  That's fine, Judge.  Thank you.

22  BY MS. HYNDMAN:

23  Q.  What were your expectations before you began the second

24  rotation on the Kaplan service?

25  A.  That everything was going to improve.

Artunduaga - direct

1   Q.  What did you hope to learn this month?

2   A.  Much more than I had learned from July; that I will get

3   more cases because there were not medical students; that I

4   will get to interact more with Dr. Angelos because he's a very

5   good surgeon, and I would have loved to do more work with him.

6   Getting more into the OR, that would have been lovely.

7           MS. HYNDMAN:  If we can look at Plaintiff's Exhibit

8   No. 5, please.

9   BY MS. HYNDMAN:

10  Q.  Dr. Artunduaga, do you recognize this document?

11  A.  Yes, I do.

12  Q.  What is it?

13  A.  It's, again, like a weekly schedule document made by

14  Dr. John Seal.

15  Q.  Were you provided a copy of this at the beginning of the

16  week?

17  A.  Yes, I did.

18          MS. HYNDMAN:  Your Honor, we would move to admit

19  Plaintiff's Exhibit No. 5.

20          THE COURT:  Any objection?

21          MR. JEPSON:  No objection.

22          THE COURT:  It's admitted.

23    (Plaintiff's Exhibit 5 received in evidence.)

24          THE COURT:  You may publish.

25  BY MS. HYNDMAN:

Artunduaga - direct

121

1   Q.  Dr. Artunduaga, what are you scheduled to do this first

2   week in August on the Kaplan service?

3   A.  Okay.  So on Monday, I was covering clinic with

4   Dr. Jaskowiak.  On Tuesday, I was scheduled to work with

5   Dr. Angelos for two cases.  Then on Wednesday, three cases

6   with Dr. Jaskowiak.  And then, and then, and then -- sorry.

7   Friday, three cases with Dr. Chhablani.

8   Q.  So that's eight cases for the week, I think?  Three,

9   three, and two, right?

10  A.  One, two, three, four, five -- eight, yes.

11  Q.  Did you assist on those eight surgeries?

12  A.  I think so.

13          MS. HYNDMAN:  If we could take a look at Plaintiff's

14  Exhibit No. 7.

15  BY MS. HYNDMAN:

16  Q.  Do you recognize this document?

17  A.  Yes, I do.

18  Q.  What is this?

19  A.  It's the same thing, a weekly schedule of case and clinic

20  coverages done by Dr. John Seal.

21  Q.  What week does this cover?

22  A.  August 8th to the 12th.

23          MS. HYNDMAN:  Your Honor, we would move to admit

24  Plaintiff's Exhibit No. 7.

25          THE COURT:  Any objection?

Artunduaga - direct

1       MR. JEPSON:  No objection, Your Honor.

2       THE COURT:  It's admitted.

3    (Plaintiff's Exhibit 7 received in evidence.)

4       THE COURT:  We can publish this and then we'll end

5  for the day.

6       MS. HYNDMAN:  Thank you, Judge.

7  BY MS. HYNDMAN:

8  Q.  What are you scheduled to do the week of August 8th to

9  12th?

10  A.  Sure.  Monday, clinic.  Tuesday, two cases as a second

11  assistant.  Wednesday, two cases as a second assistant.

12  Thursday, one case with Dr. Jaskowiak.  And then on Friday,

13  two cases with Dr. Chhablani.

14  Q.  Did you assist on all those surgeries that week?

15  A.  I am not sure.

16  Q.  You just don't remember?

17  A.  No.

18  Q.  Okay.

19       THE COURT:  Ladies and gentlemen, we are done for the

20  day.  We will pick up tomorrow morning with this testimony at

21  9:15.

22       Just a reminder, there will be breakfast if you want

23  to come earlier.  Please meet in the jury room.  You could

24  take your notebooks with you and leave them in the jury room.

25  It will be locked overnight.

1           Please don't discuss the case, don't communicate with

2    anybody about the case.  Have a great evening.  I'll see you

3    tomorrow morning at 9:15.

4      (Jury out.)

5           THE COURT:  So if you would please be here at 9:00

6    o'clock tomorrow in case there are any issues for the Court.

7           Is there anything tonight that we need to take up?

8           MR. JEPSON:  No, not that I'm --

9           MS. HYNDMAN:  I don't think so.

10           MR. JEPSON:  -- aware of, Judge.

11           THE COURT:  Okay.  Have a good night.  I'll see you

12    tomorrow morning.

13           MR. JEPSON:  You, too.

14           MS. HYNDMAN:  Thank you.

15           MS. FRANKLIN:  Thank you, Your Honor.

16      (Adjournment at 4:58 p.m. until 9:00 a.m., 1/31/17.)

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4

5

6           We, Joseph Rickhoff and Colleen M. Conway, do

7    hereby certify that the foregoing is a complete, true, and

8    accurate transcript of the Trial proceedings, Volume 1, had in

9    the above-entitled case before the HONORABLE AMY J. ST. EVE,

10   one of the Judges of said Court, at Chicago, Illinois, on

11   January 30, 2017.

12

13

14        */s/ Joseph Rickhoff*              *01/31/17*

15

16        */s/ Colleen M. Conway*            *01/31/17*

17           Official Court Reporters              Date
             United States District Court
18         Northern District of Illinois
                  Eastern Division
19

20

21

22

23

24

25